UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM I. KOCH, an individual,         :

      Plaintiff,         :

  vs.         :
              :  07 Civ. _____
ERIC GREENBERG, an individual; ZACHYS
WINE & LIQUOR STORE, INC., a New York     :  **EXPLANATION OF**
corporation; and ZACHYS WINE AUCTIONS,   **RELATEDNESS**
INC., a New York corporation,         :

      Defendants.         :

              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  Plaintiff William I. Koch has designated this case as related to <u>Koch v. Rodenstock</u>, 06 Civ. 6586, now pending before the Honorable Barbara S. Jones. Plaintiff files this Explanation of Relatedness in accordance with Local Rule 15(c) for the Division of Business Among District Judges and Local Rule 1.6.

  There is significant overlap between the above captioned case and <u>Koch v. Rodenstock</u> in various respects. Both of these cases involve allegations of fraud in the market for rare and valuable vintage wines. They are likely to involve common legal issues and have several common and overlapping facts or circumstances. Some of fraudulent wine at issue in <u>Koch v. Rodenstock</u> is also at issue in this lawsuit. Non-party discovery in each case is expected to involve some of the same third parties and evidence.

Dated: New York, New York

October 26, 2007

Respectfully submitted,

By: _____
Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000
sregan@hunton.com

-and-

Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
Melissa R. McCormick (to be admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

*Attorneys for Plaintiff*
*WILLIAM I. KOCH*