UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM I. KOCH, an individual,              :

               Plaintiff,              :

                vs.                     :

ERIC GREENBERG, an individual; ZACHYS        07-CV-9600
WINE & LIQUOR STORE, INC., a New York   :
corporation; and ZACHYS WINE AUCTIONS,         **NOTICE OF APPEARANCE**
INC., a New York corporation,           :

              Defendants.             :

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears on behalf of Plaintiff William I. Koch in the above-captioned action. All papers in this action shall be served upon the undersigned at the address set forth below.

Dated: November 2, 2007
       New York, New York      Respectfully submitted,

                     By:  /s/ Shawn Patrick Regan
                          Shawn Patrick Regan
                          HUNTON & WILLIAMS LLP
                          200 Park Avenue, 52nd Floor
                          New York, New York 10166-0136
                          (212) 309-1000
                          sregan@hunton.com

                          *Attorneys for Plaintiff William I. Koch*

TO: All Counsel of Record

**DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff.

That on November 2, 2007, I served a true copy of the attached Notice of Appearance, via First Class Mail on counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2007

/s/ Bradford C. Mulder
Bradford C. Mulder

To:  Anthony Paul Coles, Esq.
     DLA Piper
     1251 Avenue of the Americas
     New York, New York 10020

     *Attorneys for Defendant Eric Greenberg*

     Deborah A. Skakel, Esq.
     Lindsay A. Bush, Esq.
     Dickstein Shapiro LLP
     1177 Avenue of the Americas
     New York, New York 10036-2714

     *Attorneys for Defendants*
     *Zachys Wine & Liquor Store, Inc.*
     *Zachys Wine Auction, Inc.*