Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
Melissa R. McCormick (to be admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

-and-

Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
*WILLIAM I. KOCH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM I. KOCH, an individual,              :

             Plaintiff,                              :

             vs.                                           :          07 Civ. 9600

ERIC GREENBERG, an individual; ZACHYS     :
WINE & LIQUOR STORE, INC., a New York            **NOTICE OF MOTION**
corporation; and ZACHYS WINE AUCTIONS,  :
INC., a New York corporation,

             Defendants.                            :

                                                                 :
------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Shawn Patrick Regan, with exhibits, dated November 8, 2007, Plaintiff William I. Koch hereby moves this Court for an order pursuant to Local Civil Rule 1.3 (c) admitting *pro hac vice* Bruce A. Wessel to appear as counsel for Plaintiff William I. Koch.

Dated: New York, New York
November 8, 2007

By: _____
Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
sregan@hunton.com
(212) 309-1000

-and-

Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
Melissa R. McCormick (to be admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

*Attorneys for Plaintiff*
WILLIAM I. KOCH

To:   Anthony Paul Coles, Esq.
      DLA Piper
      1251 Avenue of the Americas
      New York, New York 10020

      *Attorneys for Defendant*
      ERIC GREENBERG

      -and-

      Deborah A. Skakel, Esq.
      Lindsay A. Bush, Esq.
      Dickstein Shapiro LLP
      1177 Avenue of the Americas
      New York, NY  10036 - 2714

      *Attorneys for Defendants*
      ZACHYS WINE & LIQUOR STORE, INC.,
      ZACHYS WINE AUCTIONS, INC.

2

Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
Melissa R. McCormick (to be admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

-and-

Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
WILLIAM I. KOCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM I. KOCH, an individual,        :
                                        :
                    Plaintiff,          :
                                        :      07 Civ. 9600
            vs.                         :
                                        :      **DECLARATION OF SHAWN**
ERIC GREENBERG, an individual; ZACHYS   :      **PATRICK REGAN IN SUPPORT**
WINE & LIQUOR STORE, INC., a New York   :      **OF MOTION FOR ADMISSION**
corporation; and ZACHYS WINE AUCTIONS,  :      **PRO HAC VICE**
INC., a New York corporation,           :
                                        :
                    Defendants.         :
                                        :
------------------------------------X

Shawn Patrick Regan, pursuant to 28 U.S.C. § 1746, hereby declares:

    1.    I am a member of the bar of this Court and counsel to Plaintiff William I. Koch. I make this Declaration in support of the admission pro hac vice of Bruce A. Wessel as an attorney for Plaintiff William I. Koch in the above-captioned action, pursuant to Rule 1.3(c) of the Local Rules of the Southern District of New York.

2. Mr. Wessel is admitted to practice law in the State of California. He is a partner in the Los Angeles, California office of the law firm of Irell & Manella LLP located at 1800 Avenue of the Stars, Suite 900, Los Angeles, California, (310) 277-1010.

3. Attached hereto as Exhibit "A" is a Certificate of Good Standing attesting to Mr. Wessel's membership in good standing with the California State Bar. I am informed that since his admission to the California State Bar, Mr. Wessel has never been reprimanded, nor has he had a grievance, complaint or order of discipline of any kind filed against him in any state or jurisdiction.

4. The New York office of Hunton & Williams LLP and the undersigned will continue to act as counsel of record in this case for purposes of service of papers and otherwise.

5. Granting of this application will not delay the trial of this matter or any proceedings presently pending before the Court, as the case is in its earliest stages and all are fully familiar with the facts herein.

**WHEREFORE**, Plaintiff William I. Koch respectfully requests that the Court admit Bruce A. Wessel to represent Plaintiff William I. Koch for all purposes before this Court in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 8th day of November, 2007.

_____
Shawn Patrick Regan



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 6, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRUCE ADAM WESSEL, #116734 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM I. KOCH, an individual,                :

              Plaintiff,         :

              vs.                :     07 Civ. 9600

ERIC GREENBERG, an individual; ZACHYS
WINE & LIQUOR STORE, INC., a New York          :     **ORDER FOR ADMISSION PRO**
corporation; and ZACHYS WINE AUCTIONS,               **HAC VICE**
INC., a New York corporation,                  :

             Defendants.        :

                                        :
------------------------------------X

      Upon the motion of Shawn Patrick Regan, attorney for Plaintiff William I. Koch, and said sponsor attorney's declaration in support;

      IT IS HEREBY ORDERED THAT

             Bruce A. Wessel
             Irell & Manella LLP
             1800 Avenue of the Stars, Suite 900
             Los Angeles, California 90067-4276
             (310) 277-1010
             (310) 203-7199
             bwessel@irell.com

is admitted to practice pro hac vice as counsel for Plaintiff William I. Koch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED.

_____
U.S.D.J.

Dated: New York, New York
       November ___, 2007

2

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff.

That on November 8, 2007, I served a true copy of the attached Notice of Motion, via First Class Mail on counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2007

　　　　　　　　　　　　　　　　　　　　　　Bradford C. Mulder

To:   Anthony Paul Coles, Esq.
      DLA Piper
      1251 Avenue of the Americas
      New York, New York 10020

      *Attorneys for Defendant Eric Greenberg*


      Deborah A. Skakel, Esq.
      Lindsay A. Bush, Esq.
      Dickstein Shapiro LLP
      1177 Avenue of the Americas
      New York, New York 10036-2714

      *Attorneys for Defendants
      Zachys Wine & Liquor Store, Inc.
      Zachys Wine Auction, Inc.*