IRELL & MANELLA LLP
Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
Melissa R. McCormick (to be admitted *pro hac vice*)
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991

-and-

HUNTON & WILLIAMS LLP
Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
*WILLIAM I. KOCH*

*FILED ELECTRONICALLY*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WILLIAM I. KOCH, an individual,

    Plaintiff,

v.

ERIC GREENBERG, an individual; ZACHYS WINE & LIQUOR STORE, INC., a New York corporation; and ZACHYS WINE AUCTIONS, INC., a New York corporation,

    Defendants.

Case No. 07 Civ. 9600 (BSJ)(DCF)

**NOTICE OF ASSIGNMENT**

Date Action Filed: October 26, 2007

1781893

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 9, 2007, the Clerk of the Southern District of New York issued the Notice of Assignment attached hereto as Exhibit A.

Dated: Newport Beach, CA
November 16, 2007

By: _____s/_____
Melissa R. McCormick (to be admitted *pro hac vice*)
Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
(949) 760-0991

-and-

Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
WILLIAM I. KOCH

To:

Arthur Shartsis
Shartsis Friese LLP
One Maritime Plaza – 18th Floor
San Francisco, CA 94111-3598

Anthony Paul Coles
DLA Piper LLP
1251 Ave. of the Americas
New York, NY 10020

*Attorneys for Defendant*
ERIC GREENBERG

Deborah A. Skakel
Lindsey A. Bush
Dickstein Shapiro LLP
1177 Ave. of the Americas
New York, NY 10036-2714

*Attorneys for Defendant*
ZACHYS WINE & LIQUOR STORE, INC.
ZACHYS WINE AUCTIONS, INC.

EXHIBIT A

Doc

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

--------------------------------X

NOTICE OF ASSIGNMENT
07cv9600

Koch  v.
Greenberg

--------------------------------X

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

Judge Jones

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of assignment on all defendants.

J. Michael McMahon, CLERK

Dated: 11/9/2007

By:    Jenny R. Horne
       Deputy Clerk


cc: Attorneys of Record
PS REASSIGNMENT FORM


Data Quality Control
Revised: March 9, 2001

EXHIBIT A

## DECLARATION OF SERVICE

Meghan Lettington, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am employed at the law firm of Irell & Manella LLP attorneys for Plaintiffs. I am over the age of 18 and not a party to the within action.

On November 16, 2007, I served a true copy of the foregoing NOTICE OF ASSIGNMENT on each interested parties via First Class Mail on counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007, at Newport Beach, California.

_____
Meghan Lettington

To:  Arthur Shartsis
     Shartsis Friese LLP
     One Maritime Plaza – 18th Floor
     San Francisco, CA  94111-3598

     Anthony Paul Coles
     DLA Piper LLP
     1251 Ave. of the Americas
     New York, NY  10020

     *Attorneys for Defendant*
     ERIC GREENBERG

     Deborah A. Skakel
     Lindsey A. Bush
     Dickstein Shapiro LLP
     1177 Ave. of the Americas
     New York, NY  10036-2714

     *Attorneys for Defendant*
     ZACHYS WINE & LIQUOR STORE, INC.
     ZACHYS WINE AUCTIONS, INC.

1781893.1 03