UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
WILLIAM I. KOCH, an individual,         :

         Plaintiff,             :

    vs.                                :       07 Civ. 9600 (BSJ)(DCF)

ERIC GREENBERG, an individual; ZACHYS
WINE & LIQUOR STORE, INC., a New York   :       **ORDER FOR ADMISSION PRO**
corporation; and ZACHYS WINE AUCTIONS,          **HAC VICE**
INC., a New York corporation,           :

         Defendants.            :

                                            :
------------------------------------- X

      Upon the motion of Shawn Patrick Regan, attorney for Plaintiff William I. Koch, and said sponsor attorney's declaration in support;

      IT IS HEREBY ORDERED THAT

              Melissa R. McCormick
              Irell & Manella LLP
              840 Newport Center Drive, Suite 400
              Newport Beach, California 92660-6324
              (949) 760-0991
              (949) 760-5200
              mmccormick@irell.com

is admitted to practice pro hac vice as counsel for Plaintiff William I. Koch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.



[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC # / DATE FILED: 11/19/07]

SO ORDERED.

_____
U.S.D.J.

Dated: New York, New York
November 19, 2007