JONES,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM I. KOCH, an individual, | Case No. 07 Civ. 9600 |
| Plaintiff, | ECF CASE |
| vs. | |
| ERIC GREENBERG, an individual, ZACHYS WINE & LIQUOR STORE, INC., A New York corporation, and ZACHYS WINE AUCTIONS, INC., a New York corporation, | |
| Defendants. | |



## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the time for defendants Eric Greenberg, Zachys Wine & Liquor Store, Inc. and Zachys Wine Auctions, Inc. to answer, move or otherwise respond to the Complaint is hereby extended to and including December 19, 2007.

IT IS FURTHER STIPULATED AND AGREED that this document may be executed in counterparts.

279006

Dated: New York, New York
November 21, 2007

DICKSTEIN SHAPIRO LLP

By: /s/ Deborah Skakel
Deborah A. Skakel
Lindsay A. Bush
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
*Attorneys for Zachys Wine & Liquor Store, Inc. & Zachys Wine Auctions, Inc.*

Dated: New York, New York
November 21, 2007

DLA PIPER US LLP

By: /s/ Anthony Paul Coles
Anthony Paul Coles
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4844
*Attorneys for Eric Greenberg*

Dated: New York, New York
November 21, 2007

HUNTON & WILLIAMS LLP

By: /s/ Shawn Patrick Regan
Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
Richard Soto
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

IRELL & MANELLA LLP

Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (to be admitted *pro hac vice*)
Melissa R. McCormick (to be admitted *pro hac vice*)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

*Attorneys for William I. Koch*

SO ORDERED on this 25th day of Nov, 2007

/s/ Barbara S. Jones
Hon. Barbara S. Jones
United States District Judge

279006