UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM I. KOCH, an individual,            :

              Plaintiff,                :

              vs.                       :     07 Civ. 9600 (BSJ)

ERIC GREENBERG, an individual; ZACHYS      :
WINE & LIQUOR STORE, INC., a New York            **ORDER FOR ADMISSION PRO**
corporation; and ZACHYS WINE AUCTIONS,     :     **HAC VICE**
INC., a New York corporation,
                                              :

              Defendants.               :
                                              :
------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07

       Upon the motion of Shawn Patrick Regan, attorney for Plaintiff William I. Koch, and said sponsor attorney's declaration in support;

       IT IS HEREBY ORDERED THAT

               Bruce A. Wessel
               Irell & Manella LLP
               1800 Avenue of the Stars, Suite 900
               Los Angeles, California 90067-4276
               (310) 277-1010
               (310) 203-7199
               bwessel@irell.com

is admitted to practice pro hac vice as counsel for Plaintiff William I. Koch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED.

*[signature]*
U.S.D.J.

Dated: New York, New York
       November 25, 2007