DUPLICATE ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM I. KOCH, an individual,             :

            Plaintiff,             :

     vs.                                          :

ERIC GREENBERG, an individual; ZACHYS
WINE & LIQUOR STORE, INC., a New York        :
corporation; and ZACHYS WINE AUCTIONS,
INC., a New York corporation,                :

           Defendants.            :

                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

07 CV 9600 (BSJ)(DCF)

**ORDER FOR ADMISSION
PRO HAC VICE**

Upon the motion of Shawn Patrick Regan, attorney for Plaintiff William I. Koch, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED THAT

        Layn R. Phillips
        Irell & Manella LLP
        840 Newport Center Drive, Suite 400
        Newport Beach, California 92660-6324
        (949) 760-0991
        (949) 760-5289
        lphillips@irell.com

is admitted to practice pro hac vice as counsel for Plaintiff William I. Koch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED.

*[signature: Barbara S. Jones]*
U.S.D.J.

Dated: New York, New York
       Dec. 6, 2007