ANTHONY P. COLES (AC 7942)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Attorneys for Defendant Eric Greenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
WILLIAM I. KOCH, an individual,                 :   No.: 07 Civ. 9600(BSJ)(DCF)
                                                    ECF CASE
                                                :
              Plaintiff,                        :   **NOTICE OF MOTION TO DISMISS
                                                    FOR LACK OF SUBJECT MATTER
                                                :   JURISDICTION PURSUANT TO
    vs.                                             FEDERAL RULE 12(b)(1) OR, IN THE
                                                    ALTERNATIVE, TO DISMISS FOR
                                                :   FAILURE TO STATE A CLAIM
ERIC GREENBERG, an individual, ZACHYS               PURSUANT TO FEDERAL RULE
WINE & LIQUOR STORE, INC., a New York           :   12(b)(6)**
corporation; and ZACHYS WINE AUCTIONS,
INC., a New York corporation,

                                                    **ORAL ARGUMENT REQUESTED**

              Defendants.

------------------------------------- X

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Eric Greenberg's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule 12(b)(1) or, in the Alternative, to Dismiss for Failure to State a Claim Pursuant to Federal Rule 12(b)(6), the Declaration of Arthur J. Shartsis executed on December 17, 2007, and the exhibits attached thereto, the Declaration of Eric Greenberg executed on December 13, 2007, and the exhibits attached thereto, and all other papers and proceedings in this matter, Defendant Eric Greenberg, by his undersigned attorneys, will move this Court, before the Honorable Barbara S. Jones, United States District Judge, on a date to be designated by the Court, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in this action in its entirety with prejudice, as

well as such other and further relief as the Court may deem just and proper in these circumstances.

    Movant respectfully requests oral argument on the motion.

Dated: New York, New York
       December 19, 2007

                                      Respectfully submitted,

                                                                                 s/
                                      Anthony P. Coles (AC 7942)
                                      DLA PIPER US LLP
                                      1251 Avenue of the Americas
                                      New York, New York 10020
                                      (212) 335-4500

*Of Counsel:*
Arthur J. Shartsis
Tracy L. Salisbury
Richard F. Munzinger
Amy L. Hespenheide
SHARTSIS FRIESE LLP
1800 Maritime Plaza, 18th Floor
San Francisco, California 94111
(415) 421-6500

NEWY1\8178592.1