UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
WILLIAM I. KOCH, an individual,          :

       Plaintiff,                        :

  vs.                                    :

ERIC GREENBERG, an individual; ZACHYS   :
WINE & LIQUOR STORE, INC., a New York       No.: 07 Civ. 9600 (BSJ) (DCF)
corporation; and ZACHYS WINE AUCTIONS,  :   ECF Case
INC., a New York corporation,

       Defendants.                      :

                                                     :
--------------------------------------- X

**DECLARATION OF ERIC GREENBERG IN SUPPORT OF DEFENDANT ERIC
GREENBERG'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION PURSUANT TO RULE 12(b)(1) OR, IN THE ALTERNATIVE, TO
DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE 12(b)(6)**

I, ERIC GREENBERG, declare and state as follows:

1. I am one of the defendants in this action. I make the following statements of my own personal knowledge and if called upon to testify concerning them, could and would do so.

2. I have attached as Exhibit A hereto a true and correct copy of the cover page, four unnumbered introductory pages and pages 233-235 and 238-240 from the Zachy's Wine Auction, Inc. catalog for:

> The Fall Auction
> Over 17,000 Bottles of Greatness
> Friday, October 28 & Saturday, October 29, 2005
> Daniel, New York City.

We have added page numbers 1 through 5 to the unnumbered pages for convenience. This catalogue was produced for the October 28, 2005 Zachys wine auction referred to in plaintiff's complaint in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of December, 2007, in _EMERYVILLE_, California.

_____
ERIC GREENBERG

6006\032\TSALISBURY\1476758.1