**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM I. KOCH, an individual, | ) Case No. 07 Civ. 9600 (BSJ)(DCF) |
| Plaintiff, | ) ECF Case |
| vs. | ) |
| ERIC GREENBERG, an individual, ZACHYS WINE & LIQUOR STORE, INC., a New York corporation; and ZACHYS WINE AUCTIONS, INC., a New York corporation, | ) RULE 7.1 STATEMENT |
| Defendants. | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Zachys Wine & Liquor Store, Inc. and Zachys Wine Auctions, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

None.

Dated: New York, New York
December 19, 2007

DICKSTEIN SHAPIRO LLP

By:    s/Deborah A. Skakel
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Defendants Zachys Wine & Liquor Store, Inc. and Zachys Wine Auctions, Inc.