# EXHIBIT B





# The Inaugural Los Angeles Auction

Including Magnificent 18th, 19th and 20th Century Rarities from the Collection of Graeme Revell

FRIDAY, OCTOBER 8 & SATURDAY, OCTOBER 9, 2004

THE PENINSULA HOTEL, BEVERLY HILLS

# Zachys Wine Auctions

**The Inaugural Los Angeles Auction**
Including Magnificent 18th, 19th and 20th Century Rarities from the Collection of Graeme Revell
Friday, October 8, 2004
Saturday, October 9, 2004

**Auction**
THE PENINSULA HOTEL
9822 South Santa Monica Boulevard
Beverly Hills

| | | |
|---|---|---|
| Friday, October 8 | 9:30 am to 4:00 pm | Lots 1-943 |
| Saturday, October 9 | 9:30 am to 4:00 pm | Lots 944-1886 |

**Sale 0410LA**

**Upcoming Zachys Wine Auctions**
October 29 and 30, 2004 - New York
December 3 and 4, 2004 - New York
February 11 and 12, 2005 - New York



13152 Raymer Street, Suite D, North Hollywood, CA 91605 • Tel: 310.446.6622 • Fax 310.446.6172
39 Westmoreland Avenue, White Plains, NY 10606 • Tel: 914.448.3026 • Fax: 914.206.4544 • zachys.com

# Thoughts from Don Zacharia & Steve Wallace

**Hello Los Angeles.**

A long, long, long, time ago I went to Los Angeles for the first time. I was discharged from the Army in Fort Lewis, Washington, and my young wife and I, in a snazzy 1952 red Ford convertible, took a very slow drive from Tacoma, Washington to Los Angeles. I liked Los Angeles then, and I still like it.



Don Zacharia of Zachys and Steve Wallace of Wally's

We stayed in LA for about three weeks, and I wanted to stay longer. I had a couple of bucks from my discharge, and I suggested we live in LA for a year or two, and see where it takes us. In those early days I thought I had some talent as a writer, and television was in its infancy.

Life has its own direction, though, and it never happened. We left Los Angeles heading east, stopped in Las Vegas where I lost all my money, and arrived in New York stone broke. So goes a dream!

My knowledge of wine in those days started and ended with jugs of Mt. Red. But a lot happened along the way—Zachys became Zachys, and here I am back in Los Angeles doing our first wine auction with my buddy, Steve Wallace, of the famous wine shop Wally's.

It seems like it has been a lot longer, but it was just two years ago that Zachys did its first solo auction in New York at Restaurant DANIEL. We had very specific goals—we wanted to bring the buzz, the drama, and the excitement back into the wine auction world. We wanted to pack the room with bidders. We wanted to create an event out of an auction and build from that.

Have we succeeded? Beyond our wildest dreams. Our sell thru rate ranges from 95% to 100%. We do more business, sell more lots, and have more people in the room than any other auction house in America.

And now, in partnership with Wally's, I am in Los Angeles.

*Don Zacharia*

**The much anticipated Zachys with Wally's wine auction is finally here.**

In a way, the roots of the Zachys and Wally's partnership originated well over a decade ago. My friendship with Don Zacharia began when Don's son-in-law, Andrew McMurray, did his internship at Wally's back in 1992. Andrew was young, bright, aggressive and green- and couldn't have made a better first impression.

Andrew's year-long tenure with Wally's was the catalyst for much more frequent communication between Don and me. We found that we shared a sense of business fundamentals, built on a philosophy of integrity, service and value. As we cultivated our relationship over the years that followed, we came to discover that we saw eye-to-eye (and, more importantly in our industry, nose-to-nose!) on a wide array of topics.

It was around two years ago that the concept of teaming up for a West Coast Zachys/Wally's wine auction first took root. This idea was lubricated by many bottles of wine and nurtured through meetings in different parts of the world until it evolved into a concrete venture.

I am proud that our unique bond has brought this project to fruition in the form of the Inaugural Los Angeles Auction. Additionally, I am thrilled that we have identified this opportunity to forge our friendship into an exciting business partnership, and look forward to continuing to work more closely with Don and the auction team. I can say with confidence, due to the talents shared by the staff at both Zachys and Wally's, that this venture is sure to be the first of many!

*Steve Wallace*

# Auction Highlights



**THE BEST OF BORDEAUX AND THE RHONE**
**Lots 44 - 269**
- Almost 200 pristine full case lots of Bordeaux, Rhone and California
- A collection of Chateau d'Yquem sourced directly from France in the early 1980s

*1975 Chateau de Fargues - Lot 204*



**A PRISTINE COLLECTION OF DRC, DUJAC, AND CALIFORNIA CULTS**
**Lots 270 - 303**
- 1999 Romanee Conti, La Tache, Echezeaux and Montrachet DRC
- Bottles of 1992 and 1999 Screaming Eagle

*1999 La Tache Magnums - Lot 275*



**THE EXTRAORDINARY COLLECTION OF MR. WILLIAM W. STUART FEATURING CLASSIC BORDEAUX PURCHASED FROM THE HENRY E. SINGLETON CELLAR**
**Lots 308 - 421**
- A full case of 1961 Latour
- 7 vintages of Romanee Conti

*Mixed Romanee Conti - Lots 376 - 382*



**SUPERB WINES FROM A MAJOR SAN FRANCISCO BAY AREA PRIVATE COLLECTION**
**Lots 443 - 757**
- Multiple vintages of Clarendon Hills Astralis
- Full cases of California cult wines from the 1990s

*1998 Astralis - Lots 750 - 752*



**OUTSTANDING JAYER, LEROY, DRC, AND YQUEM**
**Lots 1137 - 1171**
- A full case of Mazis Chambertin Hospices de Beaune Cuvee Madeleine Colignon Leroy 1985
- Cros Parantoux Henri Jayer 1985
- Clos de la Roche Vielles Vignes Ponsot 1985

*Mixed 1985 Jayer - Lots 1148 – 1153*



**MAGNIFICENT 18TH, 19TH AND 20TH CENTURY RARITIES FROM THE COLLECTION OF GRAEME REVELL**
**Lots 1176 - 1465**
- A complete vertical of Penfolds Grange 1951 – 1991
- Extremely rare examples of 19th century first-growth Bordeaux and Yquem
- 1985 & 1990 DRC Assortment Cases

*Penfolds Grange from 1956, 1957 and 1958*
*Lot 1450 (Penfolds Grange Vertical)*

# Contents

| Contents | Page |
|---|---|
| Contacts For This Auction | 5 |
| Lunch at The Peninsula | 6 |
| Day One Lots 1-943 | 7 |
| Day Two Lots 944-1886 | 99 |
| The Auction Team | 214 |
| Buying & Bidding Information | 215 |
| Additional Catalog Notes For Bidders | 218 |
| Conditions of Sale & Limited Warranty | 220 |
| Collection, Delivery & Storage of Wine | 223 |
| Collection & Delivery Form | 225 |
| Catalog Subscription Order Form | 226 |
| Bidder Pre-Registration Form | 227 |
| Absentee Bid Form | 228 |
| Index By Region & Bottle Size | 230 |

Front Cover Photo: Lots 1187, 1190, 1198, 1270
Back Cover Photo: Lots 1413 and 1414

Photography by
Ed Glendinning

# Contacts For This Auction

**SALE ADMINISTRATION**
Christin Wingo, Auction Director
cwingo@zachysauctions.com
914.448.3026   x208

Amanda Keston, L.A. Auction Manager
akeston@zachysauctions.com
310.446.6622

**WINE SPECIALISTS**
David Beckwith
dbeckwith@zachysauctions.com
914.448.3026   x203

Michael Jessen
mjessen@zachysauctions.com
914.448.3026   x201

Ben Nelson
bnelson@zachysauctions.com
914.448.3026   x202

**ABSENTEE & TELEPHONE BIDS**
Edgar Barbosa
914.448.3026   x0
Fax 914.206.4544

**BUYER PAYMENT**
**CONSIGNOR PAYMENT**
Dick Trauner
914.874.8039

Margie Biscardi
914.874.8027
Fax 914.472.6390

**STORAGE, COLLECTION & SHIPPING**
Zachys Wine and Liquor, Inc.
914.723.0241

**BIDDER REGISTRATION**
**GENERAL AUCTION INQUIRIES**
914.448.3026   x0
info@zachysauctions.com

**AUCTION RESULTS**
www.zachys.com

**AUCTIONEERS**
Ursula Hermacinski
Fritz Hatton
Matthew Chung

5

# THE PENINSULA

## BEVERLY HILLS





**Zachys Wine Auction Lunches at The Peninsula**
Friday, October 8 & Saturday, October 9, 2004
11:30 am to 2:30 pm

Zachys and Wally's invite you to savor a splendid buffet luncheon during our Inaugural Los Angeles Auction. The Peninsula Beverly Hills provides the perfect luxurious oasis for an informal yet sumptuous luncheon to complement your wine auction experience.

Please join us to enjoy this splendid buffet of seasonal gourmet cuisine. You will find the menu has been designed for you to enjoy at your leisure — or on the go — as the auction progresses.

The wine auction buffet is $50 per person and is available only to registered auction bidders. Advance reservations are required and should be made at your earliest convenience by calling 310.446.6622.

We look forward to welcoming you.

**Lunch Reservations Required**
$50 per person, plus beverages and tax.
Registered auction bidders only.
Reservations 310.446.6622

**The Peninsula**

9822 South Santa Monica Boulevard, Beverly Hills, CA 90212

# The Inaugural
# Los Angeles Auction

Including Magnificent 18th, 19th and 20th
Century Rarities from the Collection of
Graeme Revell

**Friday, October 8, 2004
9:30 am to 4:00 pm**

**Lots 1-943**



**Lot 763**

## BORDEAUX: CLASSICS AND CONTEMPORARY

We are thrilled to lead off our Inaugural Los Angeles with this fine consignment of classic and contemporary Bordeaux. The older wines were bought by the consignor directly from a friend who had purchased the wines upon release and kept them in ideal storage conditions. The younger wines were purchased as futures and moved directly into temperature-controlled home storage. DB

### RED BORDEAUX

### Chateau Cheval Blanc 1945
*St Emilion, Premier Grand Cru Classe (a)*
*top shoulder, label torn and partially taped to bottle*

1    1 bottle                    per lot $1000-1500

### Chateau Cheval Blanc 1949
*St Emilion, Premier Grand Cru Classe (a)*
*just below top shoulder, bin-soiled label*
"...an unbelievably rich, sweet, expansive, full-bodied style of Cheval Blanc with enormous quantities of glycerin, fruit, alcohol, and extract. Although it has been drinkable for decades, it continues to offer that exotic, Asian spice, cedar, and huge, sweet fruit-scented nose...96." WA 2/96.

2    1 bottle                    per lot $800-1400

### Chateau Mouton Rothschild 1953
*Pauillac, Deuxieme Cru Classe*
*upper shoulder*
"Another outstanding vintage, with characteristic cassis flavor and chocolate, currant and cedar nuances, as well as an herbaceous note that blends well with the lovely, sweet fruit flavor on the long finish...94." WS 5/91.

3    1 bottle                    per lot $500-900

### Chateau Mouton Rothschild 1959
*Pauillac, Deuxieme Cru Classe*
*just below top shoulder, excellent appearance*
"I am always blown away by the 1959 Mouton, one of the greatest Moutons made in the last thirty-five years...Astonishingly young and unevolved, with a black/purple color, the wine exhibits a youthful nose of cassis, minerals, and new oak...powerful and super-extracted, with the fruit supported by high levels of tannin and some lusty quantities of alcohol...100." WA 10/94.

4    1 bottle                    per lot $850-1500

### Chateau Lafite Rothschild 1961
*Pauillac, Premier Cru Classe*
*one just below top shoulder, one upper shoulder, one upper-mid shoulder, one mid shoulder, three bin-soiled labels*
"...many 5-star notes - gentle, spicy, silky tannins, a certain delicacy and always great length...It had the sweetness of fully ripe grapes and alcohol, a mouthfilling flavour, very good tannins and acidity. Complete...★★★★★." MB 5/99.

5    4 bottles                   per lot $1200-2000

### Chateau Latour 1961
*Pauillac, Premier Cru Classe*
*upper shoulder*
"...liquid perfection, exhibiting fragrant, cedary, truffle, leather, mineral, and sweet, jammy aromatics, full-bodied, voluptuous textures, exquisite purity and concentration, and a layered, highly-nuanced finish that represents the essence of compellingly great wine...An extraordinary wine, it is unquestionably one of the Bordeaux legends of the century!...100." WA 6/00.

6    2 bottles                   per lot $2000-3200

### Chateau Latour 1961
*Pauillac, Premier Cru Classe*
*mid shoulder*

7    1 bottle                    per lot $1000-1700

**Chateau Margaux 1961**
*Margaux, Premier Cru Classe*
*upper shoulder, bin-soiled and nicked label*
"Another splendid '61…Most recently…the bouquet
leapt out of the glass, sweet, brambly fruit, singed,
fragrant; amazingly sweet, showing a little age but
beautiful. It demonstrates that superb wines were
made at Margaux long before the Mentzelopoulos
purchase in 1977…★★★★★." MB 6/01.
8     1 bottle                          per lot $500-800

**Chateau Mouton Rothschild 1961**
*Pauillac, Deuxieme Cru Classe*
*just below top shoulder*
"Huge, cedary, cassis, lead pencil, menthol-like aro-
mas soared from the glass. The black/purple color
revealed no signs of lightening or amber at the
edge…98." WA 10/94.
9     1 bottle                          per lot $750-1200

**Chateau Margaux**
*Margaux, Premier Cru Classe*
*bottom neck or better*
• **1981**                                    (5)
• **1989**                                    (3)
10    above 8 bottles                  per lot $900-1200

**Mixed Bordeaux**
• **Chateau Mouton Rothschild 1966**          (1)
  *Pauillac, Deuxieme Cru Classe*
  *upper shoulder, torn and water stained label*
• **Chateau Lafite Rothschild 1970**          (2)
  *Pauillac, Premier Cru Classe*
  *bottom neck*
• **Chateau Lafite Rothschild 1975**          (1)
  *Pauillac, Premier Cru Classe*
  *very top shoulder*
• **Chateau Mouton Rothschild 1975**          (1)
  *Pauillac, Premier Cru Classe*
  *just below top shoulder, water stained label*
• **Chateau Margaux 1978**                    (1)
  *Margaux, Premier Cru Classe*
  *bottom neck*
• **Chateau Latour 1978**                     (1)
  *Pauillac, Premier Cru Classe*
  *very top shoulder*
• **Chateau Lafite Rothschild 1979**          (1)
  *Pauillac, Premier Cru Classe*
  *into neck*
11    above 8 bottles                  per lot $750-1100

**Chateau Haut Brion**
*Graves, Premier Cru Classe*
• **1966**                                    (4)
  *three 4cm, one 4.5cm*
• **1970**                                    (1)
  *2.5cm*
• **1983**                                    (1)
  *2.5cm*
12    above 6 bottles                  per lot $550-800

**Chateau Cheval Blanc**
*St Emilion, Premier Grand Cru Classe (a)*
• **1970**                                    (2)
  *one bottom neck, one very top shoulder, torn and
  bin-soiled labels*
• **1981**                                    (3)
  *two bottom neck, one very top shoulder*
13    above 5 bottles                  per lot $500-800

**Chateau Lafite Rothschild 1981**
*Pauillac, Premier Cru Classe*
*bottom neck or better, two torn labels with vintage
illegible on one bottle*
14    12 bottles                       per lot $900-1300

**Chateau Petrus**
*Pomerol*
• **1981**                                    (1)
  *bottom neck*
• **1982**                                    (1)
  *into neck*
15    above 2 bottles                  per lot $1600-2400

**Chateau Mouton Rothschild 1982**
*Pauillac, Premier Cru Classe*
*seven bottom neck, five very top shoulder, two bin-
soiled and torn labels*
"… it has a level of concentration that represents
the essence of the Mouton terroir as well as the
high percentage of Cabernet Sauvignon it con-
tains… I have always felt the 1982 was perfect,
yet this immortal effort might be capable of last-
ing for 100 years!…100." WA 12/95.
16    12 bottles                       per lot $5500-8000

**Mixed Bordeaux**
*bottom neck or better*
- **Chateau Cheval Blanc 1982**                (2)
  *St Emilion, Premier Grand Cru Classe (a)*
- **Chateau Margaux 1982**                     (1)
  *Margaux, Premier Cru Classe*
- **Chateau Lafite Rothschild 1986**           (1)
  *Pauillac, Premier Cru Classe*

17    above 4 bottles                    per lot $1500-2200

**Chateau Lafite Rothschild 1986**
*Pauillac, Premier Cru Classe*
*into neck, owc*
*Parcel: lots 18-19*
"The 1986 possesses outstanding richness, a deep
color, medium body, a graceful, harmonious tex-
ture, and superb length. The penetrating fragrance
of cedar, chestnuts, minerals, and rich fruit is a
hallmark of this wine...100." WA 10/94.

18    12 bottles                         per lot $2800-4000
19    12 bottles                         per lot $2800-4000

**Chateau Haut Brion 1986**
*Pessac Leognan, Premier Cru Classe*
*owc*
"...remains a backward, highly concentrated, pow-
erful wine... The wine possesses a tell-tale smoky
tobacco and sweet black currant-scented nose, in
addition to subtle new oak and mineral scents.
This medium to full-bodied, rich, intensely smoky
wine has still not reached its plateau of maturity.
It is unquestionably the wine of the vintage for
Graves." WA 7/97.

20    12 bottles                         per lot $1400-2000

**Chateau Margaux 1986**
*Margaux, Premier Cru Classe*
*into neck*
"...continues to be the most powerful, tannic, and
muscular Margaux made in decades. One wonders
if the 1928 or 1945 had as much power and depth
as the 1986?... It should prove nearly immortal in
terms of aging potential...96." WA 10/94.

21    1 double magnum (3L)              per lot $850-1300

**Chateau Mouton Rothschild 1988**
*Pauillac, Premier Cru Classe*
*into neck*
"...rich and fruity, with loads of currant, tobacco,
smoke and new wood on the nose and palate.
Full-bodied, with silky tannins and an elegant fin-
ish...94." WS 11/98.

22    1 imperial (6L)                   per lot $1100-1600

**Chateau Haut Brion 1989**
*Pessac Leognan, Premier Cru Classe*
*owc*
"This is unbelievable. Greatest Haut-Brion ever
made... full-bodied, with an amazing concentra-
tion of fruit and velvety tannins. The finish goes
on for minutes...100." WS 5/99.

23    12 bottles                        per lot $4800-7000

**Chateau Lafite Rothschild 1989**
*Pauillac, Premier Cru Classe*
*owc*

24    12 bottles                        per lot $1700-2200

**Chateau Petrus 1989**
*Pomerol*
*owc*
"...a return to the great Petrus of the pre-1976 era.
The tannin is well-integrated, but the enormous
texture, thickness and impeccable balance are what
make these wines so provocative...100." WA 2/97.

25    12 bottles                        per lot $11,000-16,000

**Chateau Mouton Rothschild 1990**
*Pauillac, Premier Cru Classe*
*eight bottom neck, four very top shoulder*
"Coffee, cigar box and chocolate aromas. Full-bod-
ied, yet harmonious, with a lovely, silky texture. A
caressing and rich wine. Gorgeous...97." WS 6/01.

26    12 bottles                        per lot $1700-2400

**Bordeaux 1990**
*bottom neck or better*
- **Chateau Latour**                           (2)
  *Pauillac, Premier Cru Classe*
- **Chateau Margaux**                          (2)
  *Margaux, Premier Cru Classe*

27    above 4 bottles                   per lot $1500-2400

**BORDEAUX 1982**
- **CHATEAU LEOVILLE LAS CASES** (1)
  *St Julien, Deuxieme Cru Classe*
  *into neck*
- **CHATEAU PICHON-LONGUEVILLE**
  **COMTESSE DE LALANDE** (2)
  *Pauillac, Deuxieme Cru Classe*
  *very top shoulder*

28    above 3 bottles      per lot $750-1000

**CHATEAU LA CONSEILLANTE 1986**
*Pomerol*
*bottom neck*

29    7 bottles      per lot $240-350

**CHATEAU L'EVANGILE 1986**
*Pomerol*
*seven bottom neck, one top shoulder*

30    8 bottles      per lot $320-450

**MIXED BORDEAUX**
*bottom neck or better*
- **CHATEAU TROTANOY 1988**    magnum (1)
  *Pomerol*
- **CHATEAU PICHON-LONGUEVILLE BARON**
  **1990** (2)
  *Pauillac, Deuxieme Cru Classe*
- **CHATEAU PICHON-LONGUEVILLE BARON**
  **1990**    magnum (1)
  *Pauillac, Deuxieme Cru Classe*

31    above 2 bottles &
     2 magnums (1.5L)      per lot $480-700

**CHATEAU CERTAN DE MAY 1990**
*Pomerol*
*bottom neck*

32    8 bottles      per lot $500-750

**MIXED BORDEAUX**
- **CHATEAU BEYCHEVELLE 1961** (1)
  *St Julien, Quatrieme Cru Classe*
  *very top shoulder*
- **CHATEAU FIGEAC 1970** (1)
  *St Emilion, Premier Grand Cru Classe (b)*
  *bottom neck*
- **CHATEAU TALBOT 1970** (1)
  *St Julien, Quatrieme Cru Classe*
  *5.5cm*
- **CHATEAU FIGEAC 1985** (3)
  *St Emilion, Premier Grand Cru Classe (b)*
  *two bottom neck, one very top shoulder, two nicked*
  *labels*

33    above 6 bottles      per lot $350-480

**MIXED BORDEAUX**
*very top shoulder or better*
- **LES FORTS DE LATOUR 1975** (1)
  *Pauillac*
- **CHATEAU TROTANOY 1978** (1)
  *Pomerol*
- **CHATEAU LA MISSION HAUT BRION 1981** (1)
  *Graves, Cru Classe*
- **CHATEAU BEYCHEVELLE 1982** (2)
  *St Julien, Quatrieme Cru Classe*

34    above 5 bottles      per lot $300-420

**MIXED BORDEAUX**
*bottom neck or better*
- **CHATEAU L'EVANGILE 1983** (1)
  *Pomerol*
- **CHATEAU LA CONSEILLANTE 1986** (1)
  *Pomerol*
- **CHATEAU CERTAN DE MAY 1988** (1)
  *Pomerol*
- **CHATEAU CANON 1989** (1)
  *St Emilion, Premier Grand Cru Classe (b)*

35    above 4 bottles      per lot $220-320

### Mixed Bordeaux
- **Chateau Branaire 1982** (3)
  *St Julien, Quatrieme Cru Classe*
  *very top shoulder, bin-soiled and two torn labels, one*
  *sign of seepage*
- **Chateau Canon 1986** (1)
  *St Emilion, Premier Grand Cru Classe (b)*
  *bottom neck*
- **Chateau Cos d'Estournel 1986** (1)
  *St Estephe, Deuxieme Cru Classe*
  *into neck*
- **Chateau Leoville Las Cases 1994** (2)
  *St Julien, Deuxieme Cru Classe*

36    above 7 bottles           per lot $350-500

### Mixed Bordeaux
*bottom neck or better*
- **Chateau Gruaud Larose 1982** (1)
  *St Julien, Deuxieme Cru Classe*
- **Chateau Gruaud Larose 1986** (2)
  *St Julien, Deuxieme Cru Classe*
- **Chateau Pichon-Longueville**
  **Comtesse de Lalande 1986** (2)
  *Pauillac, Deuxieme Cru Classe*
- **Chateau Lynch Bages 1989** (1)
  *Pauillac, Cinquieme Cru Classe*
- **Chateau Palmer 1989** (1)
  *Margaux, Troisieme Cru Classe*

37    above 7 bottles           per lot $650-950

### Mixed Bordeaux
- **Chateau Clinet 1989** (1)
  *Pomerol*
- **Chateau Angelus 1990** (2)
  *St Emilion, Premier Grand Cru Classe (b)*
- **Chateau Montrose 1990** (2)
  *St Estephe, Deuxieme Cru Classe*

38    above 5 bottles           per lot $850-1200

### WHITE BORDEAUX

### Chateau Laville Haut Brion 1983
*Graves, Cru Classe*
*eight bottom neck, four very top shoulder, owc*

39    12 bottles               per lot $550-850

### RED BURGUNDY

### La Tache Domaine de la Romanee Conti 1969
*Cote de Nuits, Grand Cru*
*3cm*
"... a very good colour; a perfectly harmonious bouquet with, I thought, a whiff of vanilla; glorious flavour, fragrant aftertaste.  Perfection... ★★★★★." MB 9/01.

40    2 bottles               per lot $1400-2200

### Romanee Conti
### Domaine de la Romanee Conti 1979
*Cote de Nuits, Grand Cru*
*3cm, bin-soiled label*

41    1 bottle                per lot $1400-2200

### Mixed Hermitage 1982
*bottom neck*
- **La Chapelle Jaboulet** (1)
  *Rhone*
- **Penfolds Grange** (1)
  *Australia*

42    above 2 bottles          per lot $240-380

### CALIFORNIA

### California Cabernet Sauvignon
*Napa Valley*
*bottom neck or better*
- **Robert Mondavi Winery Reserve 1987** (1)
- **Caymus Vineyards Vineyards**
  **Grace Family 1980** (4)
- **Chateau Montelena Cabernet**
  **Sauvignon Estate 1987** magnum (1)
- **Daniel 1983** (1)

43    above 6 bottles &
      1 magnum (1.5L)         per lot $650-1000

## THE BEST OF BORDEAUX AND THE RHONE

This consignor's passion for the wines of Bordeaux and the Rhone Valley is unparalleled. In fact, he can barely get to his cellar through the many stacks of original wooden cases which block his way. Fifty thousand bottles make up this extraordinary cellar which is kept at perfect temperature and humidity year round.

The consignor purchases his wines only from the most reputable sources. All red Bordeaux and Rhone wines were purchased upon release from reliable retailers. The amazing collection of Chateau d'Yquem was sourced directly from France in the early 1980's, the majority of wines coming from the Maitre de Chai of Chateau d'Yquem, Pierre Meslier. DB

### RED BORDEAUX

### Chateau Ausone 1982
*St Emilion, Premier Grand Cru Classe (a)*
*owc*



"Medium ruby-colored, with a pronounced smoky, herb-tinged bouquet revealing aromas of black tea, minerals, and sweet fruit, this medium-bodied 1982 exhibits a striking liquid minerality, decent acidity, and a powerful, concentrated, long finish...93." WA 6/00.

44   12 bottles                per lot $2400-3500

### Chateau Ausone 1990
*St Emilion, Premier Grand Cru Classe (a)*
*ten bottom neck, two very top shoulder, owc*

45   12 bottles                per lot $1500-2200

### Chateau Ausone 1996
*St Emilion, Premier Grand Cru Classe (a)*
*owc*

"...The color is a dense ruby/black/purple. Reluctant aromas of blueberries, blackberries, minerals, flowers, truffles, and subtle new oak eventually emerge.  Elegant on the attack, with sweet ripeness, and a delicate, concentrated richness, the hallmark of this wine is subtlety rather than flamboyance...93." WA 4/99.

46   12 bottles                per lot $1400-2200

### Chateau Cheval Blanc 1928
*St Emilion, Premier Grand Cru Classe (a)*
*upper shoulder, excellent appearance*



"The exceptionally good ripening conditions were responsible for the richness and substantial alcoholic content. This is the longest lived vintage of the decade..." MB

47   1 bottle                per lot $600-800

### Chateau Cheval Blanc 1959
*St Emilion, Premier Grand Cru Classe (a)*
*just below top shoulder*

48   1 bottle                per lot $420-600

### Chateau Cheval Blanc 1983
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck or better, owc*

49   12 bottles                per lot $2400-3500

### Chateau Cheval Blanc 1985
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck or better, owc*
"One of my abslotute favourite wines. For me, perfection...now medium deep, rich, with mature rim; a lovely, fully evolved bouquet; perfect sweetness, body, flavour, tannin and acidity...★★★★★." MB 6/00.

50   12 bottles                per lot $2400-3500

### Chateau Cheval Blanc 1990
*St Emilion, Premier Grand Cru Classe (a)*
*into neck, owc*
"I am increasingly convinced that this is the most profound Cheval Blanc since the legendary 1982. Because of its fleshy, low-acid character, the wine can be drunk, but it is still youthful...98." WA 2/97.

51   12 bottles                per lot $5000-8000

**CHATEAU CHEVAL BLANC 1995**
*St Emilion, Premier Grand Cru Classe (a)*
*owc*
"A beautiful Cheval-Blanc. Compacted and extremely fruity with gorgeous ripe fruit character. Highly perfumed with berry and floral aromas. Full-bodied, with velvety tannins and a lovely, fruity aftertaste...94." WS 1/98.

| 52 | 12 bottles | per lot $1300-1800 |

**CHATEAU CHEVAL BLANC 1999**
*St Emilion, Premier Grand Cru Classe (a)*
*owc*
"...complex, explosively fragrant...puts on weight and richness in the bottle...Once past the blockbuster bouquet of menthol, leather, black fruits, licorice and mocha, the wine reveals medium body, extraordinary elegance, purity, and sweet, harmonious flavors with no hard edges. A seamless beauty of finesse, charm, and concentration...93." WA 4/02.

| 53 | 6 magnums (1.5L) | per lot $1200-1600 |

**CHATEAU HAUT BRION 1985**
*Graves, Premier Cru Classe*
*owc*



"...one of the two best first-growths of the vintage.  The epitome of elegance and finesse, the 1985 is a deep ruby-colored wine, with a full intensity bouquet of jammy fruit, spices, and tobacco.  It exhibits a soft, generous texture, super concentration, exquisite balance, and a long, impressive finish...it is a gorgeously elegant wine...93." WA 8/93.

| 54 | 12 bottles | per lot $1800-2400 |

**CHATEAU HAUT BRION 1989**
*Pessac Leognan, Premier Cru Classe*
*owc*
"The prodigious 1989 Haut Brion is one of the greatest First-Growths I have ever tasted...100." WA 2/97.

| 55 | 12 bottles | per lot $4800-7000 |
| 56 | 3 double magnums (3L) | per lot $4800-7000 |

**CHATEAU HAUT BRION 1990**
*Pessac Leognan, Premier Cru Classe*
*owc*
"...a decadently ripe wine with much more evolution to its fragrant cassis, mineral, smoked-herb, hot rocks, tobacco, sweet, toasty nose. Fat, rich, and medium to full-bodied, this superbly-concentrated, forward, awesomely-endowed wine...96." WA 2/97.

| 57 | 12 bottles | per lot $2200-3200 |

**CHATEAU HAUT BRION 1995**
*Pessac Leognan, Premier Cru Classe*
*owc*
"...brilliant on every occasion I have tasted it. Multidimensional and rich, with layers of ripe fruit, and beautifully integrated tannin and acidity, this medium- to full-bodied wine is graceful, seamless, exceptional Haut Brion...96." WA 2/98.

| 58 | 12 bottles | per lot $1600-2200 |

**CHATEAU LAFITE ROTHSCHILD 1961**
*Pauillac, Premier Cru Classe*
*into neck, reconditioned by the chateau in 1998*



"...many 5-star notes - gentle, spicy, silky tannins, a certain delicacy and always great length...It had the sweetness of fully ripe grapes and alcohol, a mouthfilling flavour, very good tannins and acidity. Complete...★★★★★." MB 5/99.

| 59 | 2 magnums (1.5L) | per lot $2400-3500 |

**CHATEAU LAFITE ROTHSCHILD 1982**
*Pauillac, Premier Cru Classe*
*into neck, owc*
"Powerful for a Lafite, this wine unfolds to reveal extraordinary richness, purity, and overall symmetry in addition to stunning flavor depth and persistence. The finish lasts for nearly a minute. The modern day equivalent of Lafite-Rothschild's immortal 1959...100." WA 6/00.

| 60 | 12 bottles | per lot $5000-7500 |

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*into neck, bin-soiled labels*

61   3 double magnums (3L)         per lot $5000-7000

**Chateau Lafite Rothschild 1986**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
"…possesses outstanding richness, a deep color, medium body, a graceful, harmonious texture, and superb length. The penetrating fragrance of cedar, chestnuts, minerals, and rich fruit is a hallmark of this wine…100." WA 10/94.

62   12 bottles               per lot $2800-4000
63   6 magnums (1.5L)          per lot $2800-4000

**Chateau Lafite Rothschild 1995**
*Pauillac, Premier Cru Classe*
*owc*
"Here's the best Lafite in ages. It's a polished Bordeaux, extremely sophisticated and harmonious, with blackberry, dark chocolate and olive aromas. Full-bodied and very silky, with a lovely fruity chocolate aftertaste…97." WS 6/98.

64   12 bottles               per lot $1700-2400

**Chateau Lafite Rothschild 1996**
*Pauillac, Premier Cru Classe*
*owc*
"This massive wine may be the biggest, largest-scaled Lafite I have ever tasted…extremely powerful and full-bodied, with remarkable complexity for such a young wine, this huge Lafite is oozing with extract and richness, yet has managed to preserve its quintessentially elegant personality…100." WA 4/99.

65   12 bottles               per lot $2600-3800
66   6 magnums (1.5L)          per lot $2600-3800

**Chateau Lafite Rothschild 1996**
*Pauillac, Premier Cru Classe*
*owc*
67   3 double magnums (3L)      per lot $2600-3800
68   1 imperial (6L)            per lot $1800-2600

**Chateau Latour 1970**
*Pauillac, Premier Cru Classe*
*very top shoulder or better, bin-soiled labels, owc*



"…The opaque garnet color is followed by a huge, emerging nose of black fruits, truffles, walnuts, and subtle tobacco/ Graves-like scents… This will be the longest-lived and potentially most classic wine of the vintage. Cream always comes to the top…98." WA 6/96.

69   12 bottles               per lot $3000-4500

**Chateau Latour 1982**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
"Sweet, smoky, roasted aromas in the nose combine with jammy levels of black currant, cherry, and prune-like fruit. It possesses extraordinary concentration and unctuosity, with a thick, fat texture oozing notes of cedar wood, tobacco, coffee, and over-ripe fruit…100." WA 6/00.

70   12 bottles               per lot $5500-8000
71   3 double magnums (3L)      per lot $5500-8000

**Chateau Latour 1990**
*Pauillac, Premier Cru Classe*
*into neck*
"Just as it should be. A perfect wine; full-bodied, with tons of ripe fruit flavors and round tannins. Truly impressive--like one of the old greats of Bordeaux..100." WS 9/96.

72   6 bottles                per lot $2200-3200

**Chateau Latour 1990**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
73   12 bottles               per lot $4500-6500

**CHATEAU LATOUR 1995**
*Pauillac, Premier Cru Classe*
*owc*
" Wow! What a fabulous, profound wine this has turned out to be. It is unquestionably one of the great wines of the vintage...It is a fabulous Latour that should age effortlessly for 40-50 years...96." WA 2/98.

| 74 | 12 bottles | per lot $1800-2400 |
| 75 | 1 imperial (6L) | per lot $1200-1600 |

**CHATEAU LATOUR 1996**
*Pauillac, Premier Cru Classe*
*owc*
"A spectacular Latour...This massive offering possesses unreal levels of extract, full body, intensely ripe, but abundant tannin, and a finish that lasts for nearly a minute. Classic and dense, it displays the potential for 50-75 years of longevity...99." WA 6/00.

| 76 | 12 bottles | per lot $2000-3000 |
| 77 | 6 magnums (1.5L) | per lot $2000-3000 |
| 78 | 3 double magnums (3L) | per lot $2000-3000 |

**CHATEAU MARGAUX 1983**
*Margaux, Premier Cru Classe*
*bottom neck or better, owc*



"The 1983 Margaux is a breathtaking wine. The Cabernet Sauvignon grapes achieved perfect maturity in 1983, and the result is an astonishingly rich, concentrated, atypically powerful and tannic Margaux...96." WA 10/94.

| 79 | 12 bottles | per lot $2800-3800 |

**CHATEAU MARGAUX 1983**
*Margaux, Premier Cru Classe*
*into neck, two signs of seepage, owc*

| 80 | 6 magnums (1.5L) | per lot $2800-3800 |

**CHATEAU MARGAUX 1985**
*Margaux, Premier Cru Classe*
*bottom neck or better, two signs of seepage, owc*
"Young, exuberant and exciting. Fabulously well integrated with raspberry, mint and violet character. Full-bodied with loads of fine tannins...95." WS 10/94.

| 81 | 12 bottles | per lot $2000-2800 |
| 82 | 3 double magnums (3L) | per lot $2000-2800 |

**CHATEAU MARGAUX 1986**
*Margaux, Premier Cru Classe*
*into neck, five signs of seepage, two 6-pack owc*
"...continues to be the most powerful, tannic, and muscular Margaux made in decades. One wonders if the 1928 or 1945 had as much power and depth as the 1986?... It should prove nearly immortal in terms of aging potential...96." WA 10/94.

| 83 | 12 bottles | per lot $2600-3800 |

**CHATEAU MARGAUX 1986**
*Margaux, Premier Cru Classe*
*into neck, owc*

| 84 | 6 magnums (1.5L) | per lot $2400-3500 |

**CHATEAU MARGAUX 1990**
*Margaux, Premier Cru Classe*
*into neck*
"...continues to be the quintessential example of this chateau...there is not a hard edge to this classic wine, which is super-concentrated, soft, silky-textured, and opulent. It displays an opaque ruby/purple color, a compelling bouquet, and exquisite layers of flavors...100." WA 11/96.

| 85 | 6 bottles | per lot $2400-3500 |

**CHATEAU MARGAUX 1990**
*Margaux, Premier Cru Classe*
*bottom neck or better, owc*

| 86 | 12 bottles | per lot $4800-7000 |

**Chateau Margaux 1995**
*Margaux, Premier Cru Classe*
owc
"Wine of the vintage and the greatest Chateau Margaux ever produced. A stunning red. The essence of raspberry, violet and berry, with hints of vanilla and toasted oak. Full-bodied and thick, yet racy, with masses of tannins and a harmonious structure. Long, long finish…100." WS 1/98.

| | | |
|---|---|---|
| 87 | 12 bottles | per lot $2200-3200 |
| 88 | 3 double magnums (3L) | per lot $2200-3200 |

**Chateau Margaux 1996**
*Margaux, Premier Cru Classe*
owc
"…In many respects, it is the quintessential Chateau Margaux, as well as the paradigm for this estate, combining measured power, extraordinary elegance, and admirable complexity. ..the fruit is exceptionally sweet and pure, and there are layers of flavor in the mouth…99." WA 4/99.

| | | |
|---|---|---|
| 89 | 6 magnums (1.5L) | per lot $2400-3500 |
| 90 | 1 imperial (6L) | per lot $1500-2400 |

**Chateau Mouton Rothschild 1986**
*Pauillac, Premier Cru Classe*
owc
"… the most profound wine of a great Northern Medoc vintage… incredible concentration, full body, fabulous length, and it is… well… perfect… 100." WA 8/96.

| | | |
|---|---|---|
| 91 | 12 bottles | per lot $3200-4500 |



**Chateau Mouton Rothschild 1995**
*Pauillac, Premier Cru Classe*
owc
"In the mouth, the wine is 'great stuff,' with superb density, a full-bodied personality, rich mid-palate, and a layered, profound finish that lasts for 40+ seconds. There is outstanding purity and high tannin…95." WA 2/98.

| | | |
|---|---|---|
| 92 | 12 bottles | per lot $1600-2200 |

**Chateau Petrus 1982**
*Pomerol*
*into neck*



"For long one of the stars of the salesroom, and one can see why…My highest mark, a rare enough 19/20. Just so sweet, rich, fleshy, fruit packed, rounded. Most recently at Kaplan's '82s dinner, with noisettes of Virginia lamb, by now less deep in colour; bouquet fully evolved and justly deserving about every praise one could heap upon it…★★★★★." MB 4/97.

| | | |
|---|---|---|
| 93 | 3 bottles | per lot $4000-6000 |

**Chateau Angelus 1989**
*St Emilion*
owc
"Any Bordeaux lover would be thrilled to have either of the 1989 or 1990 in his or her cellar. Both wines reveal an opaque purple color… exceptionally endowed, backward, rich, full-bodied, and crammed with fruit. The 1989 possesses a huge finish, with more noticeable tannin than in the 1990…both wines are 25-30-year wines, with the 1989 possibly reaching full maturity in 5-6 years…96." WA 2/97.

| | | |
|---|---|---|
| 94 | 6 magnums (1.5L) | per lot $1200-1800 |

**Chateau Angelus 1995**
*St Emilion, Premier Grand Cru Classe (b)*
owc
"… a massive, powerful, rich offering with plenty of ripe, sweet tannin. The wine's aromatics include scents of Provencal olives, jammy black cherries, blackberries, truffles, and toast. A very full-bodied wine, it is layered, thick, and pure. This is the most concentrated of the 1995 St.-Emilion premier grand crus…95." WA 2/98.

| | | |
|---|---|---|
| 95 | 12 bottles | per lot $900-1300 |
| 96 | 6 magnums (1.5L) | per lot $900-1300 |
| 97 | 3 double magnums (3L) | per lot $900-1300 |
| 98 | 1 imperial (6L) | per lot $700-1000 |



**Chateau Beausejour**
**Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
"I believe this wine may, in 15-20 years, be considered to be one of the greatest wines made this century. It is in a league with such legends as the 1961 Latour a Pomerol...100." WA 2/97.

| 99 | 6 bottles | per lot $1800-2400 |

**Chateau Beausejour**
**Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*owc*

| 100 | 12 bottles | per lot $3500-4800 |
| 101 | 6 magnums (1.5L) | per lot $3500-4800 |

**Chateau Certan de May 1990**
*Pomerol*
*owc*

| 102 | 12 half-bottles (375ml) | per lot $380-550 |

**Chateau Clinet 1989**
*Pomerol*
*owc*
"Full-bodied, with a seamless texture, fabulous concentration, a massive degree of richness, but no heaviness or awkwardness, this remains one of the most profound young wines I have ever tasted. Its sweetness of fruit and layers of flavor, combined with its remarkable texture are the stuff of legends...100." WA 2/97.

| 103 | 12 bottles | per lot $2400-3500 |

**Chateau Clinet 1995**
*Pomerol*
*owc*
"...represents the essence of Pomerol. The black-berry, cassis liqueur-like fruit of this wine is awesome. The color is saturated black/purple, and the wine extremely full-bodied and powerful with layers of glycerin-imbued fruit, massive richness, plenty of licorice, blackberry, and cassis flavors, full body, and a thick, unctuous texture. This is a dense, impressive offering...96." WA 2/98.

| 104 | 12 bottles | per lot $900-1200 |

**Chateau Cos d'Estournel 1990**
*St Estephe, Deuxieme Cru Classe*
*owc*
"...a spectacular wine, and, along with the 1986, 1982, and 1953, one of the four finest Cos d'Estournels made in the post-World War II era. Bruno Prats believes it is the finest wine he has ever made...95." WA 2/97.

| 105 | 12 bottles | per lot $1100-1500 |

**Chateau Cos d'Estournel 1996**
*St Estephe, Deuxieme Cru Classe*
*owc*
"...Dark-colored, with plenty of currant and spice aromas, the wine is full-bodied, with very velvety tannins and allspice, berry and currant flavors. Long, long finish. One of the wines of the vintage, it's a beauty...95." WS 1/99.

| 106 | 12 bottles | per lot $650-900 |
| 107 | 6 magnums (1.5L) | per lot $650-900 |
| 108 | 1 imperial (6L) | per lot $420-600 |

**Chateau Ducru Beaucaillou 1996**
*St Julien, Deuxieme Cru Classe*
*owc*
"This wine is remarkable...a knock-out nose of minerals, licorice, cassis, and an unmistakable lead pencil smell that I often associate with top vintages of Lafite-Rothschild...This profound, backward Ducru-Beaucaillou is a must purchase...96." WA 4/99.

| 109 | 12 bottles | per lot $750-1100 |
| 110 | 6 magnums (1.5L) | per lot $750-1100 |

**Chateau Figeac 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*owc*
"...exhibits a saturated dark purple color... and a gorgeous nose of olives, fruitcake, jammy black fruits, minerals, and licorice... Fleshy and rich, as well as elegant and complex... I predict the 1990 Figeac will have one of the most exotic and compelling aromatic profiles of the 1990s. It is a terrific wine!...94." WA 2/97.

| | | |
|---|---|---|
| 111 | 12 bottles | per lot $1100-1500 |
| 112 | 6 magnums (1.5L) | per lot $1100-1500 |

**Chateau Gazin 1990**
*Pomerol*
*owc*

| | | |
|---|---|---|
| 113 | 12 bottles | per lot $600-900 |

**Chateau Grand Puy Lacoste 1990**
*Pauillac, Cinquieme Cru Classe*
*owc*

| | | |
|---|---|---|
| 114 | 12 bottles | per lot $800-1100 |

**Chateau Haut Bailly 1990**
*Pessac Leognan, Cru Classe*
*owc*

| | | |
|---|---|---|
| 115 | 12 bottles | per lot $550-850 |

**Chateau Haut Bailly 1995**
*Pessac Leognan, Cru Classe*
*owc*

| | | |
|---|---|---|
| 116 | 12 bottles | per lot $300-450 |

**Chateau La Conseillante 1989**
*Pomerol*
*owc*
"...a perfumed, exotic, sweet, expansive, yummy wine that is hard to resist...One of the unexplainable facts of Bordeaux wine drinking is that even the softer, delicious, up-front wines can age impeccably when well-stored...97." WA 11/96.

| | | |
|---|---|---|
| 117 | 12 bottles | per lot $1800-2400 |

**Chateau La Conseillante 1989**
*Pomerol*
*signs of seepage, owc*

| | | |
|---|---|---|
| 118 | 6 magnums (1.5L) | per lot $1700-2400 |

**Chateau La Dominique 1989**
*St Emilion*
*owc*
"...In the mouth, the wine defines the word "opulence" with its viscosity and superb levels of jammy black fruits nicely dosed with high quality wood. Sweet and expansive, this is an exuberant, flamboyant St.-Emilion that should drink well for 10-15 years." WA 2/97.

| | | |
|---|---|---|
| 119 | 6 magnums (1.5L) | per lot $500-700 |
| 120 | 3 double magnums (3L) | per lot $500-700 |

**Chateau Lafleur 1994**
*Pomerol*
*owc*
"...this exceptionally concentrated, massive, tannic, backward, opaque purple-colored Lafleur offers considerable promise. The provocative nose of licorice violets, black-raspberry, and truffle-like fruit is followed by a huge, tannic, forbiddingly backward, super-concentrated wine..." WA 2/97.

| | | |
|---|---|---|
| 121 | 12 bottles | per lot $900-1200 |
| 122 | 6 magnums (1.5L) | per lot $900-1200 |

**Chateau La Fleur Petrus 1995**
*Pomerol*
*owc*

| | | |
|---|---|---|
| 123 | 12 bottles | per lot $600-900 |
| 124 | 6 magnums (1.5L) | per lot $600-900 |

**Chateau La Mission Haut Brion 1975**
*Graves, Cru Classe*
*bottom neck*
"Super-concentrated, and now beginning to shed enough tannin so that it can be fully appreciated...An extraordinary La Mission-Haut-Brion, it comes closest in style to resembling the 1945, with a hint of the sweet, ripe 1959...100." WA 2/96.

| | | |
|---|---|---|
| 125 | 6 bottles | per lot $1800-2400 |

### Chateau La Mission Haut Brion 1985
*Graves, Cru Classe*
*bottom neck, owc*
"...the pure flavors are impressive. Wonderful berry, raspberry and cherry character, full body and silky tannins..." WS 10/94.

126    12 bottles                          per lot $1000-1500

### Chateau La Mission Haut Brion 1989
*Pessac Leognan, Cru Classe*
*owc*
"It is a spectacular wine, and as it ages in the bottle, it is quickly becoming one of my all-time favorite La Mission-Haut-Brions, ranking alongside the 1982, 1975, 1961...the 89 boasts a dense, thick, purple color, followed by a sweet, roasted cassis, chocolatey-scented nose with whiffs of tobacco, tar, and minerals...100." WA 11/96.

127    12 bottles                          per lot $3000-4500

### Chateau Lafleur 1981
*Pomerol*
*six very top shoulder, six top shoulder, owc*

128    12 bottles                          per lot $1000-1500

### Chateau Lafleur 1986
*Pomerol*
*bottom neck*
"The 1986 is an enormously powerful, exceptionally deep, full-bodied wine. It offers a formidable presence on the palate, tremendous tannins, a large, austere, Medoc-like framework, and tough structure..." WA 8/93.

129    1 magnum (1.5L)                      per lot $400-600

### Chateau Lagrange 1996
*St Julien, Troisieme Cru Classe*
*owc*
*Parcel: lots 130-131*
"...Opaque purple-colored, with a backward yet promising nose of classically pure cassis intermixed with pain grille and spice, this medium to full-bodied, powerful yet stylish wine possesses superb purity, a nicely-layered feel in the mouth, and plenty of structure..." WA 4/99.

130    12 bottles                          per lot $300-450
131    12 bottles                          per lot $300-450

### Chateau Latour a Pomerol 1982
*Pomerol*
*four very top shoulder, two top shoulder*
"...A fleshy, classically proportioned wine--like a Reubens painting in structure--with ripe berry, truffle and chocolate characteristics, mouth-coating tannins and a long finish of sweet fruit. Can age for decades...97." WS 8/92.

132    6 bottles                           per lot $800-1200

### Le Pin 1999
*Pomerol*
*two 6-pack owc*
"Ripe plum character, hints of dried fruits, spices. Full-bodied with soft, round tannins. Succulent finish. Subtle...93." WS 3/02.

133    12 bottles                          per lot $5500-8000

### Le Pin 1999
*Pomerol*
*two 3-pack owc*

134    6 magnums (1.5L)                     per lot $5500-8000

### Le Pin 1999
*Pomerol*
*owc*

135    3 double magnums (3L)                per lot $5500-8000

### Chateau Le Tertre Roteboeuf 1990
*St Emilion*
*owc*
"Over the last year, the 1990 has exploded in the bottle...The 1990 has been so stunning the last several times I tasted it, that it is inching its way up the scoring ladder. In fact, I am close to running out of points. The sweet nose of coffee, jammy berry fruit, smoke, caramel and spice soars from a glass of this marvelously concentrated, viscous, layered, smooth wine...98." WA 2/97.

136    12 bottles                          per lot $2000-3000

### Chateau L'Eglise Clinet 1985
*Pomerol*
*bottom neck or better, one wine stained label, one sign of old seepage, owc*
"...This wine is far more concentrated than some of the appellation's super stars (Trotanoy and Petrus for example), and has retained a dense, opaque ruby/purple color, as well as an unevolved but promising nose of kirsch, black raspberries, minerals, and truffles...95." WA 9/97.

| | | |
|---|---|---|
| 137 | 12 bottles | per lot $1200-1800 |

### Chateau L'Eglise Clinet 1995
*Pomerol*
*owc*
"One of the vintage's most awesome wines, L'Eglise-Clinet's 1995 has been fabulous from both cask and bottle... profound levels of fruit and richness, this dense, exceptionally well delineated, layered, multidimensional L'Eglise-Clinet only hints at its ultimate potential... a tour de force in winemaking...96." WA 2/98.

| | | |
|---|---|---|
| 138 | 12 bottles | per lot $1200-1800 |
| 139 | 6 magnums (1.5L) | per lot $1200-1800 |
| 140 | 1 imperial (6L) | per lot $800-1200 |

### Chateau Leoville Barton 1996
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 141-142*
"This impressive wine is a classic. Although backward, it exhibits a dense ruby/purple color in addition to abundant black currant fruit intertwined with spicy oak and truffle-like scents. The wine is brilliantly made, full-bodied, and tightly-structured with plenty of muscle and outstanding concentration and purity...92." WA 4/99.

| | | |
|---|---|---|
| 141 | 12 bottles | per lot $400-600 |
| 142 | 12 bottles | per lot $400-600 |

### Chateau Leoville Las Cases
*St Julien, Deuxieme Cru Classe*
- **1940** (1)
  upper-mid shoulder
- **1950** (1)
  very top shoulder
- **1961** (1)
  very top shoulder

| | | |
|---|---|---|
| 143 | above 3 bottles | per lot $400-650 |

### Chateau Leoville Las Cases 1986
*St Julien, Deuxieme Cru Classe*
*bottom neck, owc*

| | | |
|---|---|---|
| 144 | 6 magnums (1.5L) | per lot $1300-1700 |

### Chateau Leoville Las Cases 1996
*St Julien, Deuxieme Cru Classe*
*owc*
"A profound Leoville Las Cases, it is one of the great modern day wines of Bordeaux... It is a remarkable, seamless, palate-staining, and extraordinarily elegant wine - the quintessential St.-Julien...98." WA 4/99.

| | | |
|---|---|---|
| 145 | 12 bottles | per lot $1100-1500 |

### Chateau Leoville Poyferre 1990
*St Julien, Deuxieme Cru Classe*
*owc*
"An absolute must purchase... The wine exhibits a profoundly deep, opaque ruby/purple color, a fabulous nose of jammy, sweet, cassis fruit intertwined with scents of minerals and toasty oak. Still youthful and full-bodied, with low acidity, high tannin, and fabulous extract and purity, this is an awesomely-endowed Leoville-Poyferre that is just beginning to evolve...96." WA 2/97.

| | | |
|---|---|---|
| 146 | 12 bottles | per lot $1100-1600 |

### Chateau Leoville Poyferre 1996
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 147-148*

| | | |
|---|---|---|
| 147 | 12 bottles | per lot $480-650 |
| 148 | 12 bottles | per lot $480-650 |

### Chateau L'Evangile 1982
*Pomerol*
*bottom neck or better, owc*
"Dark plum-colored with purple nuances, this complex 1982 reveals notions of cedar, allspice, black raspberries, blackberries and currants. Expansive on the palate, with superb density, low acidity, full body and a juicy, fat, mouth-staining mid-palate, this youthful Pomerol is approaching full maturity. Powerful and concentrated, it will evolve effortlessly for another 15-20 years...95." WA 6/00.

| | | |
|---|---|---|
| 149 | 12 bottles | per lot $2000-3000 |

**Chateau L'Evangile 1985**
*Pomerol*
*bottom neck, owc*

150    3 double magnums (3L)        per lot $1200-1600

**Chateau L'Evangile 1989**
*Pomerol*
*owc*
"Finely crafted traditional wine. Intense aromas of blackberry, cherry and tobacco. Full-bodied, with lots of tobacco and ripe fruit and velvety tannins..." WS 5/99.

151    12 bottles        per lot $900-1200

**Chateau L'Evangile 1990**
*Pomerol*
*owc*
"...remains one of the great modern day L'Evangiles, rivaling such superb vintages as 1995, 1985, 1982, 1975, 1950 AND 1947...the wine is exceptionally rich and full bodied, with admirable glycerin and thickness...the 1990 is a fabulously pure, rich l'Evangile to drink...96." WA 11/96.

152    12 bottles        per lot $1400-2200

**Chateau Lynch Bages 1989**
*Pauillac, Cinquieme Cru Classe*
*owc*
"Dark-ruby in color, offering plenty of blackberry, mint and spice aromas and flavors. Full-bodied, with masses of velvety tannins and a superlong, fruity finish. Yet it's only giving half of what it's got; give it time. Perhaps the greatest Lynch-Bages ever produced...98." WS 5/99.

153    12 bottles        per lot $1300-1800

**Chateau Lynch Bages 1990**
*Pauillac, Cinquieme Cru Classe*
*owc*
"Very dark ruby color, almost black still.  Superripe fruit aromas, with currants, prunes and spices. Full-bodied, with layers of fruit and velvety tannins.  It goes on and on.  Very polished Lynch-Bages...95."  WS 8/00.

154    12 bottles        per lot $1200-1800

**Chateau Lynch Bages 1996**
*Pauillac, Cinquieme Cru Classe*
*owc*
*Parcel: lots 156-157*
"...stood out for its absolute purity of creme de cassis, ripe fruit, medium to full body, high tannin, wonderful sweetness, massive richness on the mid-palate, and abundant power, density, and ripeness. It is clearly the finest Lynch Bages since the 1989 and 1990...94." WA 6/00.

155    24 half-bottles (375ml)        per lot $550-750
156    12 bottles        per lot $550-750
157    12 bottles        per lot $550-750

**Chateau Marojallia 1999**
*Margaux*
*owc*
"This exceptional wine exhibits notes of violets, charcoal, vanilla, and pure creme de cassis. A dense ruby purple color is followed by a medium to full-bodied, textured beauty with extraordinary elegance and savory sweetness. The finish lasts over 30 seconds. This brilliant debut wine from a heretofore unknown vineyard merits serious attention...94." WA 4/02

158    12 bottles        per lot $1000-1500
159    6 magnums (1.5L)        per lot $1000-1500

**Chateau Montrose 1989**
*St Estephe, Deuxieme Cru Classe*
*owc*
"...an outstanding Montrose...It possesses an opaque dark ruby/purple color, a sweet nose of minerals, black fruits, cedar, and wood, dense, medium to full-bodied, highly extracted flavors, low acidity, and moderate tannin in the long finish...94." WA 2/97.

160    6 magnums (1.5L)        per lot $1100-1600

**Chateau Montrose 1990**
*St Estephe, Deuxieme Cru Classe*
*owc*
"... remarkably rich, with a distinctive nose of sweet, jammy fruit, liquefied minerals, new saddle leather, and grilled steak. In the mouth, the enormous concentration, extract, high glycerin, and sweet tannin slide across the palate with considerable ease...100." WA 2/97.

161    12 bottles        per lot $2200-3200

**Chateau Montrose 1996**
*St Estephe, Deuxieme Cru Classe*
*owc*
*Parcel: lots 163-164*
"A classic St.-Estephe with all the exotic character you expect from this appellation, along with a harmony, finesse and subtlety…full-bodied, with layers of well-integrated, polished tannins and an intense spicy, fruity aftertaste. One of the best of the modern-day wines from Montrose…95." WS 1/99.

| | | |
|---|---|---|
| 162 | 24 half-bottles (375ml) | per lot $550-750 |
| 163 | 12 bottles | per lot $550-750 |
| 164 | 12 bottles | per lot $550-750 |
| 165 | 6 magnums (1.5L) | per lot $550-750 |

**Chateau Palmer 1970**
*Margaux, Troisieme Cru Classe*
*eight bottom neck, three just below top shoulder, one upper shoulder, owc*
"…the 1970 Palmer is one of the great wines of the vintage… .Rich and concentrated, with medium to full body, a sweet inner-core of fruit, firm but silky tannin, and a long, rich finish, this remains a youthful, potentially superb Palmer…95." WA 6/96.

| | | |
|---|---|---|
| 166 | 12 bottles | per lot $2000-3000 |

**Chateau Palmer 1983**
*Margaux, Troisieme Cru Classe*
*owc*
"One of the superb wines of the vintage…I remain convinced that the 1983 will be the finest Palmer since the great 1961…97." WA 10/94.

| | | |
|---|---|---|
| 167 | 12 bottles | per lot $1600-2200 |

**Chateau Palmer 1989**
*Margaux, Troisieme Cru Classe*
*owc*
"Palmer's 1989 is one of the vintage's great successes…Full-bodied and supple, with low acidity, copious quantities of ripe fruit and glycerin, and a medium to full-bodied, concentrated, harmonious, seamless texture, this is a gorgeous Palmer…95." WA 2/97.

| | | |
|---|---|---|
| 168 | 12 bottles | per lot $1400-2000 |

**Chateau Pape Clement 1996**
*Pessac Leognan, Cru Classe*
*owc*
*Parcel: lots 169-170*

| | | |
|---|---|---|
| 169 | 12 bottles | per lot $300-450 |
| 170 | 12 bottles | per lot $300-450 |
| 171 | 6 magnums (1.5L) | per lot $300-450 |

**Chateau Pichon-Longueville Baron 1990**
*Pauillac, Deuxieme Cru Classe*
*owc*
"Very dark ruby color.  Beautiful aromas of berries, minerals, cherries and chocolate.  Full-bodied, with very rich yet ripe tannins and a long, long tobacco, cherry, berry aftertaste.  Goes on and on. Always been superb; in fact, it keeps getting better…97." WS 8/00.

| | | |
|---|---|---|
| 172 | 12 bottles | per lot $1200-1800 |

**Chateau Pichon-Longueville Baron 1996**
*Pauillac, Deuxieme Cru Classe*
*owc*
"…An opaque purple color is accompanied by beautiful aromas of tobacco, new saddle leather, roasted coffee, and cassis. It is dense, medium to full-bodied, and backward, with moderately high tannin, but plenty of sweet fruit, glycerin, and extract to balance out the wine's structure." WA 4/99.

| | | |
|---|---|---|
| 173 | 12 bottles | per lot $500-700 |

**Chateau Pichon-Longueville Comtesse de Lalande 1989**
*Pauillac, Deuxieme Cru Classe*
*owc*
"…this is a compacted, thick, classic-quality wine. Full-bodied, chunky and rich with berry, chocolate and pepper character. Full tannins and a medium finish. This is a brutish wine. Better after 2002…95." WS 11/97.

| | | |
|---|---|---|
| 174 | 6 magnums (1.5L) | per lot $900-1200 |

### Chateau Pichon-Longueville Comtesse de Lalande 1996
*Pauillac, Deuxieme Cru Classe*
owc
"The 1996 Pichon-Lalande is just as awesome from bottle as it was from multiple cask tastings. ...deep and full-bodied, with fabulous concentration and a sweet, opulent texture, this wine was singing in full harmony....96." WA 4/99.

| | | |
|---|---|---|
| 175 | 24 half-bottles (375ml) | per lot $800-1200 |
| 176 | 12 bottles | per lot $800-1200 |

### Chateau Pontet Canet 1996
*Pauillac, Cinquieme Cru Classe*
owc
"A classic Pauillac, the 1996 continues to flesh out, revealing an opaque purple color, and a magnificent creme de cassis nose reminiscent of the superb vintages of Mouton-Rothschild...Massive on the palate... this is a profound Pontet-Canet... Terrific stuff!" WA 2/98.

| | | |
|---|---|---|
| 177 | 24 half-bottles (375ml) | per lot $350-500 |

### Chateau Sociando Mallet 1996
*Haut Medoc*
owc

| | | |
|---|---|---|
| 178 | 12 bottles | per lot $380-550 |
| 179 | 6 magnums (1.5L) | per lot $380-550 |
| 180 | 3 double magnums (3L) | per lot $380-550 |
| 181 | 1 imperial (6L) | per lot $300-400 |

### Chateau Troplong Mondot 1989
*St Emilion, Grand Cru Classe*
owc
"...broodingly backward, opaque purple-colored wines with masses of fruit, extraction, and power...96." WA 2/97.

| | | |
|---|---|---|
| 182 | 12 bottles | per lot $1200-1800 |

### Chateau Troplong Mondot 1995
*St Emilion, Grand Cru Classe*
owc
"Closed but immensely promising, this dark purple-colored wine exhibits a reticent but intriguing nose of underbrush, jammy black fruits, minerals, and vanillin...It is not far off the splendid level of quality achieved in both 1989 and 1990...92." WA 2/98.

| | | |
|---|---|---|
| 183 | 6 magnums (1.5L) | per lot $400-600 |

### Chateau Trotanoy 1995
*Pomerol*
owc
"Lots of red berry character, with undertones of wet earth and fresh mushrooms. Full-bodied, with a bounty of fruit and loads of velvety tannins. Long, sweet fruit and caressing texture mark the finish...97." WS 1/98.

| | | |
|---|---|---|
| 184 | 12 bottles | per lot $800-1300 |
| 185 | 6 magnums (1.5L) | per lot $800-1300 |

### Pomerol 1975
*bottom neck*

| | | |
|---|---|---|
| | • Chateau L'Evangile | (2) |
| | • Vieux Chateau Certan | (4) |
| 186 | above 6 bottles | per lot $900-1400 |

### Mixed Bordeaux

| | | |
|---|---|---|
| | • Chateau Gruaud Larose 1921 | (1) |
| | *St Julien, Deuxieme Cru Classe* | |
| | *bottom neck* | |
| | • Chateau Chasse Spleen 1929 | (1) |
| | *Moulis* | |
| | *into neck, torn label* | |
| | • Chateau Pichon-Longueville Comtesse de Lalande 1940 | (1) |
| | *Pauillac, Deuxieme Cru Classe* | |
| | *mid shoulder* | |
| | • Chateau Cantemerle 1949 | (1) |
| | *Haut Medoc, Cinquieme Cru Classe* | |
| | *very top shoulder* | |
| | • Chateau Pontet Canet 1950 | (1) |
| | *Pauillac* | |
| | *upper-mid shoulder, bottled by Cruse* | |
| | • Chateau Carruades de Lafite 1959 | (2) |
| | *Pauillac* | |
| | *one upper-mid shoulder, one mid shoulder* | |
| | • Chateau Cos d'Estournel 1961 | (1) |
| | *St Estephe, Deuxieme Cru Classe* | |
| | *upper-mid shoulder* | |
| 187 | above 8 bottles | per lot $1200-1800 |

### Chateau d'Yquem

This amazing collection of Chateau d'Yquem was sourced directly from France in the early 1980's, the majority of wines coming from the Maitre de Chai of Chateau d'Yquem, Pierre Meslier.

### Chateau d'Yquem 1928
*Sauternes, Premier Cru Superieur*
*one just below top shoulder, one upper shoulder, labels missing, corks fully stamped*
"...★★★★★." MB 11/98.

188    2 bottles                          per lot $2000-3200

### Chateau d'Yquem 1937
*Sauternes, Premier Cru Superieur*
*upper shoulder, Nicolas Selection*
"Most recently, a superb bottle despite a rather varnishly, singed, raisiny fragrance; very sweet, tremendously rich, fleshy, almost fat...and so on... ★★★★★." MB 9/98.

189    1 bottle                           per lot $1600-2400

### Chateau d'Yquem 1945
*Sauternes, Premier Cru Superieur*
*very top shoulder, Nicolas Selection*
"A considerable number of notes starting in 1969, none less than magnificent. But not an opulent Yquem, rather an elegant yet concentrated 'honey and flowers' Yquem. 'Clover honey' and 'orange blossom'...★★★★★." MB 9/98.

190    1 bottle                           per lot $1200-2000

### Chateau d'Yquem 1959
*Sauternes, Premier Cru Superieur*
*bottom neck, Nicolas Selection*
"Classic, exciting Yquem. Silky, creamy and round, yet armed with plenty of intense botrytized flavors--dried apricot, raisin, dried fig. Full-bodied, with caramel and butterscotch complexity, it ends on a very intense finish...97." WS 5/99.

191    1 bottle                           per lot $1000-1600

### Chateau d'Yquem
*Sauternes, Premier Cru Superieur*
- **1943**                                            (1)
  *bottom neck, damp stained label*
- **1953**                                            (1)
  *very top shoulder, Nicolas Selection*
- **1955**                                            (1)
  *bottom neck*
- **1961**                                            (1)
  *bottom neck, stained label, sign of old seepage*
- **1967**                                            (1)
  *bottom neck, Nicolas Selection*

192    above 5 bottles                   per lot $2400-3800

### Chateau d'Yquem 1971
*Sauternes, Premier Cru Superieur*
*very top shoulder, one bin-soiled label, torn labels, vintage illegible on one label but indicated on capsule*

193    2 magnums (1.5L)                 per lot $1100-1600

### Chateau d'Yquem 1975
*Sauternes, Premier Cru Superieur*
*nine very top shoulder, three top shoulder, one sign of old seepage, owc*
"Most recently, sheer perfection: creamy, honeyed, orange blossom bouquet of impenetrable depth; rich, perfect weight, flavour, balance and length, with another 20 years to go...★★★★★." MB 11/00.

194    12 bottles                       per lot $4800-7000

### Chateau d'Yquem 1975
*Sauternes, Premier Cru Superieur*
*bottom neck, one lightly bin-soiled label*

195    2 magnums (1.5L)                 per lot $2000-3000

### Chateau d'Yquem
*Sauternes, Premier Cru Superieur*
*bottom neck*
- **1979**                              magnums (2)
  *one bin-soiled label*
- **1980**                              magnums (2)
  *one bin-soiled label*
- **1981**                              magnums (2)
  *one torn label*

196    above 6 magnums (1.5L)          per lot $1200-1600

**Chateau d'Yquem 1983**
*Sauternes, Premier Cru Superieur*
*bottom neck, owc*
"Super-intense and full-throttled, elegant and stylish. Dark amber in color and rich in complexity, this '83 coats your mouth with butterscotch, dried apricot, fig and spice flavors. Made to age for decades...98." WS 4/95.

| | | |
|---|---|---|
| 197 | 12 bottles | per lot $2500-3800 |
| 198 | 1 imperial (6L) | per lot $2000-3000 |

**Chateau d'Yquem 1986**
*Sauternes, Premier Cru Superieur*
*bottom neck*
"Several highly respected Bordeaux negociants who are Yquem enthusiasts claim the 1986 Yquem is the greatest wine produced at the property since the legendary 1937. Its enthralling bouquet of pineapples, sauteed hazelnuts, vanillin, and ripe apricots is breathtaking...98." WA 4/91.

| | | |
|---|---|---|
| 199 | 2 magnums (1.5L) | per lot $750-1100 |

**Chateau d'Yquem 1988**
*Sauternes, Premier Cru Superieur*
*bottom neck, owc*
"The 1988 is a more backward-styled Yquem, built along the lines of the extraordinary 1975. With a honeyed, smoky, orange/ coconut/ pineapple-scented nose, this powerful wine possesses full body, layers of highly concentrated, extracted flavors, considerable botrytis, and a sensational finish...99." WA 4/95.

| | | |
|---|---|---|
| 200 | 12 bottles | per lot $2200-3200 |

**Chateau d'Yquem 1990**
*Sauternes, Premier Cru Superieur*
*bottom neck, owc*
"Showing great class and depth, it's destined to be a classic. Full-bodied, compacted and rich, with intense aromas of vanilla, honey, and pears, loads of fruit flavors and a long, honeyed finish...97." WS 1/97.

| | | |
|---|---|---|
| 201 | 12 bottles | per lot $2200-3200 |

**Chateau d'Yquem 1995**
*Sauternes, Premier Cru Superieur*
*owc*

| | | |
|---|---|---|
| 202 | 12 bottles | per lot $1500-2200 |
| 203 | 1 imperial (6L) | per lot $1000-1500 |

## SAUTERNES

**Chateau de Fargues 1975**
*Sauternes*
*bottom neck or better, one sign of old seepage*
"The 1975 is one of the finest de Fargues ever produced. It has the Yquem-like bouquet of coconuts, grilled nuts, ripe exotic fruit, and spicy oak. On the palate, the 1975 is much tighter structured and less evolved than the 1976. It has a lighter golden color and more acidity, but every bit as much concentration and richness." WA 2/91.

| | | |
|---|---|---|
| 204 | 12 bottles | per lot $800-1200 |

**Chateau Climens**
*Sauternes, Premier Cru Classe*
- **1929** (1)
  *bottom neck, Nicolas Selection*
- **1947** (1)
  *upper shoulder, bin-soiled and torn label*
- **1949** (1)
  *bottom neck, bin-soiled label, Nicolas Selection*
- **1950** (1)
  *top shoulder, bin-soiled label*

| | | |
|---|---|---|
| 205 | above 4 bottles | per lot $900-1200 |

**Chateau Raymond Lafon 1988**
*Sauternes*
*owc*

| | | |
|---|---|---|
| 206 | 12 bottles | per lot $480-600 |
| 207 | 1 imperial (6L) | per lot $400-600 |

**Bordeaux 1947**
*Sauternes*
- **Chateau Gilette Creme de Tete** (1)
  *very top shoulder, torn label*
- **Chateau Rayne Vigneau** (1)
  *upper shoulder, bin-soiled label*

| | | |
|---|---|---|
| 208 | above 2 bottles | per lot $350-500 |

## RHONE

**Chateauneuf du Pape
Domaine de Monpertuis Paul Jeune 1989**
*Rhone*

| | | |
|---|---|---|
| 209 | 12 bottles | per lot $420-550 |



Lot 204

**CHATEAUNEUF DU PAPE CHATEAU RAYAS RESERVE J REYNAUD 1989**
*Rhone*
*2cm or better*
"...Extremely full-bodied, powerful, and rich, with lots of tannin, muscle, and extract, the colossal-sized, tightly-knit 1989 is bursting at its seams. This is a prodigious Rayas that is just beginning to strut its stuff...98." WA 6/00.
210    12 bottles                    per lot $3200-4500

**CHATEAUNEUF DU PAPE VIEUX TELEGRAPHE**
*Rhone*
• 1988                                        (6)
• 1989                                        (6)
211    above 12 bottles              per lot $600-900

**COTES DU RHONE CHATEAU DE FONSALETTE CUVEE SYRAH J REYNAUD**
*Rhone*
• 1989                                        (1)
  *sign of old seepage*
• 1990                                        (4)
• 1990                        magnum (1)
• 1995                                        (1)
212    6 bottles & 1 magnum (1.5L)    per lot $650-950

**CHATEAUNEUF DU PAPE CUVEE DU PAPET CLOS MONT OLIVET JOSPEH SABON 1990**
*Rhone*
213    6 bottles                      per lot $600-800

**COTES DU RHONE CHATEAU DE FONSALETTE CUVEE SYRAH J REYNAUD 1994**
*Rhone*
214    12 bottles                    per lot $500-700

**CHATEAUNEUF DU PAPE CHATEAU RAYAS RESERVE J REYNAUD 1994**
*Rhone*
*Parcel: lots 215-216*
215    12 bottles                    per lot $750-1000
216    12 bottles                    per lot $750-1000

**CHATEAUNEUF DU PAPE CHATEAU RAYAS RESERVE J REYNAUD 1995**
*Rhone*
*oc*
"... black currant/creme de cassis-like characteristics, huge body, yet great structure and delineation, this is a classic Rayas that is totally different than the 1990. It should continue to improve in the bottle and may merit an even higher score...96." WA 1/03.
217    12 bottles                    per lot $3000-4000

**CHATEAUNEUF DU PAPE CUVEE RESERVEE DOMAINE DU PEGAU 1995**
*Rhone*
218    one 9 liter (9L)              per lot $500-700

**CHATEAUNEUF DU PAPE LES CAILLOUX CENTENAIRE BRUNEL 1998**
*Rhone*
*oc*
"...an awesome Chateauneuf du Pape...The wine boasts a deep ruby/purple color as well as an extraordinary bouquet of melted, jammy black cherry, raspberry, and currant fruit mixed with pepper and spice box. In the mouth, it is rich, full-bodied, and unctuously-textured, with extraordinary purity, and laser-like definition for a wine of such massive concentration and depth. The finish lasts for nearly a minute...100." WA 12/01.
219    6 magnums (1.5L)             per lot $2400-3500

**CHATEAUNEUF DU PAPE CUVEE VIEILLE VIGNES JANASSE 2000**
*Rhone*
*owc*
"...a southern Rhone masterpiece...it displays uncanny purity, remarkable delineation for a wine of such masss and density, and a multidimensional personality. There are abundant quantites of black fruits as well as more definition, minerality, and notions of licorice and flowers...92-95." WA 12/01.
220    6 magnums (1.5L)             per lot $750-1100

**Chateauneuf du Pape Reserve Deux Freres Pierre Usseglio 2000**
*Rhone*
*two 6-pack owc*
"An enormous Chateauneuf du Pape, it is extremely full-bodied and strikingly pure with copious quantities of blackberry and cherry liquer intermixed with spice, and subtle pain grille. Enormously-endowed, with multiple flavor dimensions...94-97." WA 12/01.

221    12 bottles                          per lot $1200-1800

**Chateauneuf du Pape Reserve Deux Freres Pierre Usseglio 2001**
*Rhone*
*two 6-pack owc*

222    12 bottles                          per lot $1600-2400

**Gigondas Les Hauts de Montmirail Brusset 1989**
*Rhone*

223    12 bottles                          per lot $350-500

**Cote Rotie Guigal 1998**
*Rhone*
• La Landonne                                      (4)
• La Mouline                                       (4)
• La Turque                                        (4)
224    above 12 bottles                    per lot $2200-3200

**Hermitage JL Chave**
*Rhone*
• **1988**                              magnums (3)
• **1991**                              magnums (3)
  *one vintage tag wine stained, one sign of old seepage*
225    above 6 magnums (1.5L)      per lot $1300-1900

**Hermitage JL Chave 1991**
*Rhone*

226    12 bottles                          per lot $1400-2200

**Hermitage JL Chave**
*Rhone*
• **1995**                               magnum (1)
• **1996**                               magnum (1)
• **1997**                              magnums (4)
227    above 6 magnums (1.5L)       per lot $850-1300

**Ermitage Cuvee Cathelin JL Chave 2000**
*Rhone*
*two 3-pack owc*
"Silky and seamless but also primary and precise, with a great lightness of touch. Utterly spherical wine, like Romanee-Conti to the basic bottling's La Tache. Wonderfully subtle and extremely long on the aftertaste, with the expanding flavors maintaining near-magical focus...95-96." IWC 1/03.

228    6 bottles                           per lot $3000-4500

**Hermitage Blanc JL Chave 1995**
*Rhone*
229    12 bottles                          per lot $700-1100

**Ermitage Le Meal Chapoutier 1996**
*Rhone*
*owc*
230    6 bottles                           per lot $750-1000

**Ermitage Le Pavillon Chapoutier 1996**
*Rhone*
"...The wine possesses a saturated black/purple color, in addition to fabulously sweet aromas of blackberries, framboise, blueberries, violets, roasted herbs, and meats. Massively concentrated and full-bodied, with staggering levels of extract, this wine is super pure... This is one of the superstars of the vintage in France!...96." WA 2/99.

231    6 bottles                           per lot $550-800

**Hermitage La Chapelle Jaboulet 1983**
*Rhone*
*2cm or better, four bin-soiled labels*
232    12 bottles                          per lot $700-1000

**HERMITAGE LA CHAPELLE JABOULET 1985**
*Rhone*
*2cm or better*
233    12 bottles                              per lot $600-900

**HERMITAGE LA CHAPELLE JABOULET 1988**
*Rhone*
*2cm or better*
234    12 bottles                              per lot $750-1000

**HERMITAGE LA CHAPELLE JABOULET 1989**
*Rhone*
*2cm or better, oc*
"...A saturated opaque purple color is followed
by aromas of cassis, minerals, and hot bricks/
wood fire. Super-ripe and full-bodied, with a
massive mid-section, teeth-staining extract, and
mouth-searing tannin, it is a monster-sized La
Chapelle...96." WA 6/00.
235    12 bottles                              per lot $1300-2000

**HERMITAGE LA CHAPELLE JABOULET 1990**
*Rhone*
*2cm or better, oc*
"There is extraordinary freshness for such a mam-
moth wine in addition to abundant tannin, an
amazing 60-second finish, and a level of glycerin
and thick, fleshy texture that have to be tasted to
be believed...100." WA 6/00.
236    12 bottles                              per lot $2400-3500
237    6 magnums (1.5L)                        per lot $2400-3500

**HERMITAGE 1988**
*Rhone*
• **LA SIZERANNE CHAPOUTIER**                    (6)
• **MARC SORRELL "LE GREAL"**                    (6)
238    above 12 bottles                        per lot $380-550

**CHATEAU MONTUS CUVEE PRESTIGE 1995**
*Madiran*
*owc*
"Extraordinarily deep and full-bodied, with layers
of concentrated, jammy fruit, a formidable tannin
level, and a monster finish, this is unquestionably
one of the great 1995s (and I am including all my
top picks from Bordeaux)...94-96." WA 8/96.
239    12 bottles                              per lot $420-600

## LOIRE

**COTEAUX DU LAYON SELECTION DE GRAINS
NOBLES DELESVAUX 1999**
*Loire*
*oc*
240    twelve 500ml bottles                    per lot $550-800

**COTEAUX DU LAYON SELECTION DE GRAINS
NOBLES DELESVAUX 2000**
*Loire*
241    twelve 500ml bottles                    per lot $550-800

**COTEAUX DU LAYON SELECTION DE GRAINS
NOBLES DELESVAUX 2000**
*Loire*
*oc*
242    twelve 500ml bottles                    per lot $550-800

## ITALY

**BAROLO CANNUBI BOSCHIS SANDRONE 1997**
*Piedmont*
*two 6-pack owc*
"...this large-scaled as well as elegant Barolo pos-
sesses fabulous extract as well as a multidimen-
sional mid-palate and finish. It is an amazing
effort!...96." WA 6/01.
243    12 bottles                              per lot $1200-1800

## SPAIN

**PESQUERA JANUS RESERVA 1994**
*Ribera del Duero*
*two 6-pack owc*
244    12 bottles                              per lot $950-1400

**PESQUERA RESERVA ESPECIAL 1994**
*Ribera del Duero*
*two 6-pack oc*
245    12 bottles                              per lot $750-1100

**ALENZA CONDADO DE HAZA 1995**
*Ribera del Duero*
*very top shoulder or better, four signs of old seepage,
two 6-pack owc*
246    12 bottles                              per lot $400-600

**Valsotillo Gran Reserva 1994**
*Ribera del Duero*
*oc*
247  12 bottles                      per lot $480-650

---

### PORT

**Quinta do Noval 1997**
*Douro*
*owc*
248  6 bottles                       per lot $600-900

---

### CALIFORNIA

**Beringer Vineyards Private Reserve Cabernet Sauvignon 1995**
*Napa Valley*
*two 6-pack oc*
*Parcel: lots 249-250*
"A tightly wound wine from a classic vintage, with a firm band of cedar and spice wrapped around a core of ripe plum, blackberry and black cherry. It fans out to reveal hints of olive and smoke, firming on the finish...92." WS 4/00.
249  12 bottles                      per lot $550-800
250  12 bottles                      per lot $550-800

**Chateau Montelena Cabernet Sauvignon Estate 1993**
*Napa Valley*
*oc*
251  6 magnums (1.5L)                per lot $550-800

**Chateau Montelena Cabernet Sauvignon Estate 1995**
*Napa Valley*
*oc*
"...full-bodied and powerful, with classic notes of cassis intermixed with loamy soil scents, underbrush, and spice. There is massive body and elevated, but sweet tannin that is well-integrated with the wine's other components, a blockbuster mid-palate, and a finish that lasts for 30+ seconds...94." WA 12/98.
252  6 magnums (1.5L)                per lot $700-1000

**Chateau Montelena Cabernet Sauvignon Estate 1996**
*Napa Valley*
*oc*
253  12 bottles                      per lot $650-900

**Chateau Montelena Cabernet Sauvignon Estate 1997**
*Napa Valley*
*oc*
*Parcel: lots 254-255*
"Opaque purple-colored with a dense, chewy, full-bodied personality, it displays abundant cassis, mineral, and earth notes. This brilliantly made, super-concentrated, pure, blockbuster possesses sweet tannin as well as a terrific finish...98." WA 12/00.
254  12 bottles                      per lot $950-1400
255  12 bottles                      per lot $950-1400
256  6 magnums (1.5L)               per lot $950-1400

**Grace Family Cabernet Sauvignon**
*Napa Valley*
*bottom neck or better*
- 1983                              (1)
- 1984                              (1)
- 1985                              (1)
- 1986                              (1)
- 1987                              (1)
- 1988                              (1)
- 1989                              (1)
- 1990                              (1)
- 1991                              (1)
- 1992                              (1)
- 1993                              (1)
- 1994                              (1)
257  above 12 bottles              per lot $2200-3200

**Joseph Phelps Vineyards Insignia 1997**
*Napa Valley*
*oc*
*Parcel: lots 258-259*
"Superrich and seductive version of this prestigious red, its layers of currant, black cherry, chocolate and ginger turning smooth and polished, with a long, intricate aftertaste...96." WS 9/00.
258  12 bottles                      per lot $1000-1500
259  12 bottles                      per lot $1000-1500

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1991**
*Santa Cruz Mountains*
*oc*

260    12 bottles                    per lot $900-1300

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1992**
*Santa Cruz Mountains*
*oc*

261    12 bottles                    per lot $800-1200

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1992**
*Santa Cruz Mountains*

262    6 magnums (1.5L)              per lot $800-1200

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1993**
*Santa Cruz Mountains*
*oc*

263    24 half-bottles (375ml)       per lot $700-1100

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1994**
*Santa Cruz Mountains*

264    12 bottles                    per lot $900-1300

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1995**
*Santa Cruz Mountains*
*two 6-pack owc*
"...This saturated ruby/purple-colored effort is still
backward, with a closed nose of minerals, oak, and
subtle black fruits. In the mouth, it is large-scaled,
tannic, rich, and long, but nearly abrasive because
of the wine's high tannin level. This youthful, mus-
cular, monster Monte Bello will require significant
cellaring." WA 12/98.

265    12 bottles                    per lot $900-1200

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1996**
*Santa Cruz Mountains*
*two 6-pack owc*
*Parcel: lots 266-267*
"A blockbuster, powerful, concentrated Monte
Bello,...There is a touch of oak in the flavors,
which are otherwise dominated by minerals and
jammy black fruits...95." WA 12/98.

266    12 bottles                    per lot $700-900
267    12 bottles                    per lot $700-900

**RIDGE VINEYARDS CABERNET SAUVIGNON
MONTE BELLO 1997**
*Santa Cruz Mountains*
*two 6-pack owc*
*Parcel: lots 268-269*
"Ripe and compact, with rich black cherry, plum,
chocolate and cedar notes, focused and long on
the finish. Has tannin to lose...93." WS 10/00.

268    12 bottles                    per lot $750-950
269    12 bottles                    per lot $750-950

---

**A PRISTINE COLLECTION OF DRC, DUJAC, AND
CALIFORNIA CULTS**

**This Pristine Private Collection Has Been
Stored Since Release At One Professional
Storage Location Prior To Being Moved To A
Custom-Built Climate-Controlled Home Cellar**

**RED BURGUNDY**

**ASSORTMENT CASE
DOMAINE DE LA ROMANEE CONTI 1996**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg,
three Romanee St Vivant, one Grands Echezeaux, two
Echezeaux, banded owc*

270    12 bottle                     per lot $4000-5500



**Assortment Case**
**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richbourg, two*
*Romanee St Vivant, one Grands Echezeaux, and three*
*Echezeaux, owc banded prior to inspection*

271   12 bottles                              per lot $3500-4500

**Romanee Conti**
**Domaine de la Romanee Conti 1999**
*Cote de Nuits, Grand Cru*
*bottle numbers 00445 - 00447, 3-pack owc banded*
*prior to inspection*
"…The focus is unbelievable and while it's hard to
speak of subtle power, one can sense the vibrancy
and depths of reserve that are only hinted at
now… the finish lasts literally for minutes; I could
still taste it the next day… I  could only shake my
head in awe…98." Burghound 1/02.

272   3 bottles                               per lot $6500-8500

**Romanee Conti**
**Domaine de la Romanee Conti 2000**
*Cote de Nuits, Grand Cru*
*bottle numbers 01343 - 01345, 3-pack owc banded*
*prior to inspection*
"Rich, deep, silky and sweet, with an utterly
suave, spherical texture; boasts outstanding
nuance and volume…94(+?)." IWC 3/03.

273   3 bottles                               per lot $3000-4500

**La Tache**
**Domaine de la Romanee Conti 1999**
*Cote de Nuits, Grand Cru*
*bottle numbers 00643 - 00648, 6-pack owc banded*
*prior to inspection*
"…words remain inadequate to describe just
how good this wine is. Classic La Tâche in every
respect…Destined to become one of the all time
great vintages of La Tâche…98." Burghound 10/03.

274   6 bottles                               per lot $2800-3800

**La Tache**
**Domaine de la Romanee Conti 1999**
*Cote de Nuits, Grand Cru*
*bottles 00052-00054, owc banded prior to inspection*

275   3 magnums (1.5L)                        per lot $2800-3800

**La Tache**
**Domaine de la Romanee Conti 2000**
*Cote de Nuits, Grand Cru*
*6-pack banded owc*
"Good full medium red. Pure aromas of cassis, vio-
let and minerals. Rich, sweet, suave and penetrat-
ing, with lovely mineral character and integrated
acidity contributing to an impression of preci-
sion. Very primary, long and subtle on the back
end…94." IWC 3/03.

276   6 bottles                               per lot $1800-2200

**Grands Echezeaux**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*owc*
"…excellent density, concentration and superb
length. The breadth of flavors and incredible tex-
ture here is outstanding and the wine offers stun-
ning overall quality…93." Burghound 10/01.

277   12 bottles                              per lot $3500-5000

**Echezeaux**
**Domaine de la Romanee Conti 1999**
*Cote de Nuits, Grand Cru*
*6-pack owc banded*
"This is still very tight but there is good vigor,
indeed even force behind this wine. One of the
better DRC Echézeaux in a long time, in fact as
good as the terrific '88 though stylistically differ-
ent…92." Burghound 1/02.

278   6 bottles                               per lot $1200-1500

## WHITE BURGUNDY

**Montrachet**
**Domaine de la Romanee Conti 1995**
*Cote de Beaune, Grand Cru*
*bottle numbers 00001, 00002 and 00003*
"…virtually perfect wine. It displays breath-tak-
ing aromas of liquid minerals, creamed hazelnuts,
candied chestnuts (marrons glaces), white flow-
ers, anise, and buttered toast that seem to gain
in expressiveness and intensity with time. On its
utterly extraordinary palate layer upon layer of
stones, straw, minerals, grilled bread, and sweet
white flowers…this is as complex a wine as I have
ever had the honor to pour…99." WA 2/98.

279   3 magnums (1.5L)                        per lot $6000-8000

**Montrachet**
**Domaine de la Romanee Conti 1997**
*Cote de Beaune, Grand Cru*
*bottle numbers 00493 - 00495, 3-pack owc banded*
*prior to inspection*
"This massive, medium-to-full-bodied, and dense
wine displays layers of spice, creamy super-ripe
pears, creme brulee, and hints of butterscotch in
its opulent flavor profile. Velvety-textured and
broad, it is forward yet better balanced than origi-
nally perceived." WA 4/00.
280    3 bottles                    per lot $2200-3000

**Montrachet**
**Domaine de la Romanee Conti 1998**
*Cote de Beaune, Grand Cru*
*bottle numbers 00142 - 00144, 3-pack owc banded*
*prior to inspection*
281    3 bottles                    per lot $2200-2800

**Montrachet**
**Domaine de la Romanee Conti 1999**
*Cote de Beaune, Grand Cru*
*bottle numbers 00460 - 00462, 3-pack owc banded*
*prior to inspection*
"...Massively rich with laser beam-like focus of ele-
gant white flower fruit, rich, lemon tinged flavors
of wonderful purity, good complexity and terrific
length. The balance, flavor detail and elegance, not
to mention raw power is something to behold..."
Burghound 7/02.
282    3 bottles                    per lot $3000-4500

**Montrachet**
**Domaine de la Romanee Conti 2000**
*Cote de Beaune, Grand Cru*
*bottle numbers 00607 - 00609, 3-pack owc banded*
*prior to inspection*
"Medium gold. Superripe aromas of orchard fruits,
honey, butterscotch, clove and smoke. Thick,
superripe and sweet; really explosive and sensu-
ous in the mouth. Extremely rich and voluptuous
for this cuvee, and amazingly easy to taste today.
Very long on the finish..." IWC 3/03.
283    3 bottles                    per lot $2800-4000

**Clos St Denis Domaine Dujac 1997**
*Cote de Nuits, Grand Cru*
*owc*
284    6 magnums (1.5L)           per lot $850-1200

**Clos St Denis Domaine Dujac 1997**
*Cote de Nuits, Grand Cru*
*chipped wax capsule, owc*
285    1 jeroboam (3L)            per lot $280-400

**Clos St Denis Domaine Dujac 1998**
*Cote de Nuits, Grand Cru*
*owc*
286    6 magnums (1.5L)           per lot $850-1200

**Clos St Denis Domaine Dujac 1999**
*Cote de Nuits, Grand Cru*
*owc*
287    3 magnums (1.5L)           per lot $600-900

**Clos St Denis Domaine Dujac**
*Cote de Nuits, Grand Cru*
• **1996**                         magnum (1)
• **1997**                         magnum (1)
• **1998**                         magnum (1)
• **1999**                         magnum (1)
288    above 4 magnums (1.5L)     per lot $650-950

**Clos de la Roche Domaine Dujac**
*Cote de Nuits, Grand Cru*
• **1995**                         magnum (1)
• **1997**                         magnum (1)
• **1999**                         magnum (1)
289    above 3 magnums (1.5L)     per lot $650-900

**Echezeaux Domaine Dujac**
*Cote de Nuits, Grand Cru*
• **1996**                         magnum (1)
• **1997**                         magnum (1)
• **1999**                         magnums (2)
290    above 4 magnums (1.5L)     per lot $700-1000

**PULIGNY MONTRACHET DOMAINE LEFLAIVE 1998**
*Cote de Beaune, Premier Cru*
- **CLAVOILLON** (6)
  *two 6-pack oc*
- **LES FOLATIERES** (6)
  *two 6-pack oc*

291  above 12 bottles              per lot $600-900

**BATARD MONTRACHET DOMAINE LEFLAIVE 1998**
*Cote de Beaune, Grand Cru*
*owc*
"Ripe, fruit-driven aromas of peach, mandarin orange and quince. Thicker, sweeter and larger-scaled than the Bienvenue; quite dry but rich and mouthfilling…Very ripe and sweet…90-93." IWC 9/99.

292  6 bottles                     per lot $600-900

**BIENVENUES BATARD MONTRACHET DOMAINE LEFLAIVE 1998**
*Cote de Beaune, Grand Cru*
*owc*
"Aromas of crystallized peach and grilled nuts. Ripe and spicy in the mouth, with strong fruit salad (pineapple, peach, pear) flavors and noteworthy nervosite." IWC 9/99.

293  6 bottles                     per lot $600-900

## CALIFORNIA

**DALLA VALLE VINEYARDS CABERNET SAUVIGNON 1990**
*Napa Valley*

294  4 bottles                     per lot $260-320

**DALLA VALLE VINEYARDS MAYA 1991**
*Napa Valley*

295  10 bottles                    per lot $2600-4000

**DALLA VALLE VINEYARDS CABERNET SAUVIGNON 1991**
*Napa Valley*

296  12 bottles                    per lot $950-1300

**DALLA VALLE VINEYARDS CABERNET SAUVIGNON 1992**
*Napa Valley*

297  8 bottles                     per lot $600-800

**DALLA VALLE VINEYARDS CABERNET SAUVIGNON 1993**
*Napa Valley*

298  10 bottles                    per lot $600-800
299  12 bottles                    per lot $700-950

**DALLA VALLE VINEYARDS MAYA 1993**
*Napa Valley*

300  11 bottles                    per lot $2800-3500
301  12 bottles                    per lot $3000-4000

**SCREAMING EAGLE CABERNET SAUVIGNON 1992**
*Napa Valley*

302  2 bottles                     per lot $2400-3500

**SCREAMING EAGLE CABERNET SAUVIGNON 1999**
*Napa Valley*
"…boasts an opaque purple color along with a gorgeously pure nose of creme de cassis, charcoal, and floral characteristics. The wine is opulent, dense, and rich, with exceptional purity, a viscous texture, and impressive underlying tannin that frames its large but elegant personality. Not surprisingly, this is a candidate for the wine of the vintage…97." WA 8/02.

303  1 bottle                      per lot $750-1000

Lots 305, 306, 307



**A FIRST-EVER LIBRARY RELEASE FROM BEL AIR'S MORAGA VINEYARDS**

The following lots are being offered courtesy of Bel Air's Moraga Vineyards. The bottles were removed directly from Moraga's library reserves for this sale and this is the first ever offering of large formats of the 1990 and 1994 vintages along with a ten-year vertical (1990-1999).

The seeds of Moraga were planted in the late 1970s when Tom Jones decided to experiment with wine making at his 16-acre Bel Air property. In 1978, vines were planted in carefully selected locations at the estate and by the mid-1980s results were so successful that Steve Wallace of Wally's encouraged Tom to produce a commercial Cabernet blend. In 1989 the first official release of Moraga came to market.

Moraga's red wine is composed of approximately 80% Cabernet Sauvignon and 20% Merlot. It is aged for 20 months in French oak barrels and then an additional 12 months in bottle before release. The distinct microclimate and deep gravel beds at Moraga, coupled with the blending and vinification techniques employed by the winemakers, result in wines in a Bordeaux style but with very distinct character.

This is a unique opportunity to acquire rare large formats, as well as a ten-year retrospective vertical, directly from the cellars of Moraga Vineyards. MJ

**MORAGA CABERNET SAUVIGNON 1990**
*Bel Air*
owc

| | | |
|---|---|---|
| 304 | 1 double magnum (3L) | per lot $300-550 |

**MORAGA CABERNET SAUVIGNON 1994**
*Bel Air*
owc

"The most striking of our series of 18 flights, encompassing 165 different wines, was the tasting devoted to the so-called cult Cabernets... My three favorite wines were Cabernets from two of the Napa Valley's aristocrats, Harlan Estate and Araujo's Eisele Vineyard, and the interloper from the hills of Bel-Air, the 1994 Moraga... I'd never tasted Moraga before... But I was impressed by the wine... it had a lovely, caressing sort of effect on the palate.  It was a neat, beautifully balanced, elegant sort of a wine whose flavor went on and on.  Most impressive." Jancis Robinson, Los Angeles Times, 6/17/99.

| | | |
|---|---|---|
| 305 | 1 double magnum (3L) | per lot $320-600 |
| 306 | one 6 liter (6L) | per lot $750-1200 |

**MORAGA CABERNET SAUVIGNON**
*Bel Air*

| | |
|---|---|
| • **1990** | (1) |
| • **1991** | (1) |
| • **1992** | (1) |
| • **1993** | (1) |
| • **1994** | (1) |
| • **1995** | (1) |
| • **1996** | (1) |
| • **1997** | (1) |
| • **1998** | (1) |
| • **1999** | (1) |

| | | |
|---|---|---|
| 307 | above 10 bottles | per lot $1000-1800 |

**THE EXTRAORDINARY COLLECTION OF MR. WILLIAM W. STUART FEATURING CLASSIC BORDEAUX PURCHASED FROM THE HENRY E. SINGLETON CELLAR**

Woody Stuart's wine collection is one of the finest in Los Angeles. Stuart's love affair with great wine began in the late 1970's when he first experienced the top wines of Bordeaux. His interests expanded to Burgundy and in the mid-1980's he became a member of the Chevaliers du Tastevin. Through the Chevaliers Stuart made numerous wine friends and began collecting in earnest. As his favorite wines he cites First Growth Bordeaux and Chateau Leoville Las Cases, as well as the wines of the Domaine de la Romanee-Conti, Henri Jayer, and Gaja. He has personally visited many of the producers in his collection.

Much of the Bordeaux offered below was purchased by Woody Stuart at Zachys-Christie's sale of the Collection of Henry E. Singleton in Los Angeles in 2000, the most important single owner wine sale ever held on the West Coast. The Singleton Collection was amassed in a short period in the early 1970's and remained undisturbed for three decades in temperature-controlled cellars in the basement of the Singleton mansion in Los Angeles. Stuart has enjoyed these wines as much as any in his collection for their superb condition and drinkability. He is offering a portion of them along with the rest of his collection to consolidate his cellar prior to moving. DB

## BORDEAUX

**CHATEAU LATOUR 1945**
*Pauillac, Premier Cru Classe*
one just below top shoulder, one upper shoulder
**Provenance: Lot 516, purchased from "The Magnificent Collection of Henry E. Singleton."**
"A great wine.  Surely one of the best ever Latours, drinking beautifully now but with many years more life... ★★★★★." MB 11/00.

308    2 bottles                    per lot $2400-4000

**CHATEAU HAUT BRION 1952**
*Graves, Premier Cru Classe*
two top shoulder, two upper shoulder
**Provenance: Lot 547, purchased from "The Magnificent Collection of Henry E. Singleton."**
"...characteristic earth Graves character, showing no signs of cracking up...distinctive, slightly chocolatey, earthy bouquet which opened well... ★★★★." MB 6/00.

309    4 bottles                    per lot $800-1400

**CHATEAU HAUT BRION 1953**
*Graves, Premier Cru Classe*
one just below top shoulder, four upper shoulder, one torn and bin-soiled label, one sign of seepage
**Provenance: Lot 567, purchased from "The Magnificent Collection of Henry E. Singleton."**
"...lovely colour, luminous, nice gradation; beautiful bouquet...★★★★★." MB 6/00

310    5 bottles                    per lot $1800-2600

**CHATEAU LAFITE ROTHSCHILD 1959**
*Pauillac, Premier Cru Classe*
two top shoulder, two just below top shoulder, excellent appearance
**Provenance: Lot 590, purchased from "The Magnificent Collection of Henry E. Singleton."**
"One of the best-ever Lafites...The extraordinary ability to exude not only an immediate cedary perfume but, very much a Lafite specialty, the way it opens up further avenues of fragrance and subtle by-paths, lingering in the mouth. Each time you pick up your glass you notice another facet of scent and taste. It also happens to be a good drink, still a perfect beverage...★★★★★." MB 12/00.

311    4 bottles                    per lot $3200-5500

**Chateau Margaux 1959**
*Margaux, Premier Cru Classe*
*two very top shoulder, two top shoulder*
**Provenance:** *Lot 604, purchased from "The Magnificent Collection of Henry E. Singleton."*
"Superbly balanced, with lovely, elegant fruit flavors. Quite succulent in style. Medium ruby-garnet, with an elegant, earthy strawberry aroma, balanced fruit and medium tannins..." WS 10/90.
312    4 bottles                    per lot $2000-3200

**Chateau Margaux 1959**
*Margaux, Premier Cru Classe*
*one bottom neck, two very top shoulder, three top shoulder*
**Provenance:** *Lot 604, purchased from "The Magnificent Collection of Henry E. Singleton."*
313    6 bottles                    per lot $3000-4800

**Chateau Haut Brion 1961**
*Graves, Premier Cru Classe*
*one 4cm, three 5cm, one torn label, one sign of seepage*
**Provenance:** *Lot 691, purchased from "The Magnificent Collection of Henry E. Singleton."*
"The 1961 Haut-Brion was pure perfection, with gloriously intense aromas of tobacco, cedar, minerals, and sweet red and black fruits complemented by smoky wood. This has always been a prodigious effort (it was the debut vintage for Jean Delmas)...100." WA 2/96.
314    4 bottles                    per lot $3200-5000

**Chateau Lafite Rothschild 1961**
*Pauillac, Premier Cru Classe*
*one very top shoulder, two top shoulder, two just below top shoulder, one upper shoulder, excellent appearance*
**Provenance:** *Lot 644, purchased from "The Magnificent Collection of Henry E. Singleton."*
"...many 5-star notes - gentle, spicy, silky tannins, a certain delicacy and always great length...It had the sweetness of fully ripe grapes and alcohol, a mouthfilling flavour, very good tannins and acidity. Complete...★★★★★." MB 5/99.
315    6 bottles                    per lot $2200-3200

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*one just below top shoulder, two upper shoulder, one upper-mid shoulder, one bin-soiled label, one sign of seepage*
**Provenance:** *Lot 655, purchased from "The Magnificent Collection of Henry E. Singleton."*
316    4 bottles                    per lot $4000-6500

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*three top shoulder, nine just below top shoulder, one stained label*
**Provenance:** *Lot 666, purchased from "The Magnificent Collection of Henry E. Singleton."*
"...liquid perfection, exhibiting fragrant, cedary, truffle, leather, mineral, and sweet, jammy aromatics, full-bodied, voluptuous textures, exquisite purity and concentration, and a layered, highly-nuanced finish that represents the essence of compellingly great wine...An extraordinary wine, it is unquestionably one of the Bordeaux legends of the century!...100." WA 6/00.
317    12 bottles                    per lot $12,000-20,000

**Chateau Margaux 1961**
*Margaux, Premier Cru Classe*
*one very top shoulder, one just below top shoulder, one upper shoulder, two upper-mid shoulder*
**Provenance:** *Lot 683, purchased from "The Magnificent Collection of Henry E. Singleton."*
"Another splendid '61...Most recently...the bouquet leapt out of the glass, sweet, brambly fruit, singed, fragrant; amazingly sweet, showing a little age but beautiful. It demonstrates that superb wines were made at Margaux long before the Mentzelopoulos purchase in 1977...★★★★★." MB 6/01.
318    5 bottles                    per lot $2600-4000

**Chateau Margaux 1961**
*Margaux, Premier Cru Classe*
*three just below top shoulder, one upper shoulder, two upper-mid shoulder*
**Provenance:** *Lot 683, purchased from "The Magnificent Collection of Henry E. Singleton."*
319    6 bottles                    per lot $3000-4800

Lots 312, 313



**CHATEAU HAUT BRION 1966**
*Graves, Premier Cru Classe*
*one 2.5cm, four 3cm, one 3.5cm, three signs of seepage*
***Provenance:*** *Lot 999, purchased from "The Magnificent Collection of Henry E. Singleton."*
"A wonderfully rich, complex wine, with a firm palate, although slightly dry on the finish. Medium-deep ruby in color, with fine coffee bean, cedar and ripe fruit aromas. Firm, with full tannins and ripe fruit flavors, yet highly knit in structure...94." WS 11/91.

320    6 bottles                    per lot $600-900


**CHATEAU LATOUR 1966**
*Pauillac, Premier Cru Classe*
*one very top shoulder, five top shoulder, one just below top shoulder, one upper shoulder*
***Provenance:*** *Lot 962, purchased from "The Magnificent Collection of Henry E. Singleton."*

321    8 bottles                    per lot $1900-2600


**BORDEAUX 1970**
• **CHATEAU CHEVAL BLANC**        magnum (1)
  *St Emilion, Premier Grand Cru Classe (a)*
  *top shoulder, signs of old seepage*
  ***Provenance:*** *Lot 1211, purchased from "The Magnificent Collection of Henry E. Singleton."*
• **CHATEAU MOUTON ROTHSCHILD**        double magnums (2)
  *Pauillac, Deuxieme Cru Classe*
  *bottom neck, signs of old seepage*
  ***Provenance:*** *Lot 1189, purchased from "The Magnificent Collection of Henry E. Singleton."*

322    above 1 magnum (1.5L) &
       2 double magnums            per lot $950-1600


**CHATEAU LEOVILLE LAS CASES 1945**
*St Julien, Deuxieme Cru Classe*
*two bottom neck, one very top shoulder, one top shoulder*
***Provenance:*** *Lot 519, purchased from "The Magnificent Collection of Henry E. Singleton."*

323    4 bottles                    per lot $1100-1400


**CHATEAU PONTET CANET 1945**
*Pauillac*
*one top shoulder, three just below top shoulder, two upper shoulder, two upper-mid shoulder, lightly bin-soiled labels and two torn labels, bottled by Cruse*
***Provenance:*** *Lots 524 & 525, purchased from "The Magnificent Collection of Henry E. Singleton."*

324    8 bottles                    per lot $4000-6000


**CHATEAU PICHON-LONGUEVILLE BARON 1959**
*Pauillac, Deuxieme Cru Classe*
*three upper shoulder, two upper-mid shoulder*
***Provenance:*** *Lot 623, purchased from "The Magnificent Collection of Henry E. Singleton."*

325    5 bottles                    per lot $550-750


**CHATEAU PICHON-LONGUEVILLE BARON 1959**
*Pauillac, Deuxieme Cru Classe*
*upper shoulder, one signs of old seepage*
***Provenance:*** *Lot 623, purchased from "The Magnificent Collection of Henry E. Singleton."*

326    6 bottles                    per lot $650-900


**CHATEAU PALMER 1966**
*Margaux, Troisieme Cru Classe*
*three just below top shoulder, two upper shoulder*
***Provenance:*** *Lot 1107, purchased from "The Magnificent Collection of Henry E. Singleton."*
"The 1966 continues to be one of the greatest examples of Palmer I have ever tasted...not only rich and full, it is also delicate and loaded with complexity and finesse. This wine gets my nod as one of the best of the vintage...96." WA 5/96.

327    5 bottles                    per lot $1000-1500


**CHATEAU HAUT BRION 1928**
*Graves, Premier Cru Classe*
*upper-mid shoulder, pen marked label*

328    1 bottle                     per lot $750-1200

**Chateau Haut Brion 1978**
*Graves, Premier Cru Classe*
*3cm or better, five bin-soiled labels, four signs of seep-age*
"Almost as powerful as the '78 La Mission, but has much more class and pedigree. Medium ruby color, with rich, gamy, earthy aromas. Full-bodied, with grape, earth and tobacco flavors, well-integrated tannins and a long, elegant finish...96." WS 11/91.

329     12 bottles                     per lot $1100-1600

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*bottom neck*
"Powerful for a Lafite, this wine unfolds to reveal extraordinary richness, purity, and overall symmetry in addition to stunning flavor depth and persistence. The finish lasts for nearly a minute. The modern day equivalent of Lafite-Rothschild's immortal 1959...100." WA 6/00.

330     4 bottles                     per lot $1700-2600

**Chateau Mouton Rothschild 1982**
*Pauillac, Premier Cru Classe*
*nine bottom neck or better, three very top shoulder*
"...it has a level of concentration that represents the essence of the Mouton terroir as well as the high percentage of Cabernet Sauvignon it contains... I have always felt the 1982 was perfect, yet this immortal effort might be capable of lasting for 100 years!...100." WA 12/95.

331     12 bottles                     per lot $5500-8000

**Chateau Cheval Blanc**
*St Emilion, Premier Grand Cru Classe (a)*
• **1983**                              magnums (2)
• **1985**                              magnums (2)
332     above 4 magnums (1.5L)     per lot $1600-2400

**Chateau Cheval Blanc 1986**
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck or better, owc*
"Good concentration of plum, currant and berry aromas. It crams all those characteristics into a surprisingly lithe and elegant structure. This may age past our lifetimes...98." WS 6/89.

333     12 bottles                     per lot $1500-2400

**Chateau Petrus**
*Pomerol*
*bottom neck or better*
• **1976**                              (1)
• **1986**                              (6)
334     above 7 bottles           per lot $2000-3000

**Chateau Lafite Rothschild 1988**
*Pauillac, Premier Cru Classe*
*into neck*
"Broodingly backward and in need of considerable bottle age, the 1988 is a classic expression of Lafite. This deeply-colored wine exhibits the telltale Lafite bouquet of cedar, subtle herbs, dried pit fruits, minerals, and cassis. Extremely concentrated, with brilliantly focused flavors and huge tannins, this backward, yet impressively endowed Lafite-Rothschild may well turn out to be the wine of the vintage! Anticipated maturity: 2000-2035...94." WA 10/94.

335     8 bottles                     per lot $1000-1300

**Chateau Haut Brion 1989**
*Pessac Leognan, Premier Cru Classe*
"This is unbelievable. Greatest Haut-Brion ever made... full-bodied, with an amazing concentration of fruit and velvety tannins. The finish goes on for minutes...100." WS 5/99.

336     6 bottles                     per lot $2600-3500

**Chateau Latour 1996**
*Pauillac, Premier Cru Classe*
"A spectacular Latour...This massive offering possesses unreal levels of extract, full body, intensely ripe, but abundant tannin, and a finish that lasts for nearly a minute. Classic and dense, it displays the potential for 50-75 years of longevity...99." WA 06/00.

337     12 bottles                     per lot $2000-3000

**Chateau Mouton Rothschild 1998**
*Pauillac, Premier Cru Classe*
"Like many of its peers, the 1998 has filled out spectacularly. Now in the bottle, this opaque black/purple-colored offering has increased in stature, richness, and size…it is an extremely powerful, super-concentrated wine offering notes of roasted espresso, creme de cassis, smoke, new saddle leather, graphite, and licorice. It is massive, with awesome concentration, mouth-searing tannin levels, and a saturated flavor profile that grips the mouth with considerable intensity…96." WA 4/01.

338    12 bottles                    per lot $1200-1600

**Chateau Mouton Rothschild 1998**
*Pauillac, Premier Cru Classe*
*owc*

339    2 double magnums (3L)        per lot $850-1100

**Chateau Haut Brion**
*Graves, Premier Cru Classe*
• **1978**                                        (3)
  one stained label
• **1988**                                        (1)
• **1996**                              magnum (1)
340    above 4 bottles &
       1 magnum (1.5L)               per lot $600-850

**Chateau La Mission Haut Brion 1970**
*Graves, Cru Classe*
*four top shoulder, three just below top shoulder, one wine stained label, three signs of seepage*
341    7 bottles                      per lot $550-750

**Chateau La Mission Haut Brion 1970**
*Graves, Cru Classe*
*top shoulder or better*
342    12 bottles                     per lot $950-1300

**Les Forts de Latour 1970**
*Pauillac*
*bottom neck or better*
343    12 bottles                     per lot $750-1100

**Les Forts de Latour 1970**
*Pauillac*
*one bottom neck, one top shoulder*
344    2 magnums (1.5L)              per lot $380-550

**Les Forts de Latour 1970**
*Pauillac*
*five very top shoulder, one top shoulder, five signs of old seepage*
345    6 magnums (1.5L)             per lot $750-1100

**Chateau Trotanoy 1970**
*Pomerol*
*four into neck, one top shoulder, torn and bin-soiled labels, bottled in Belgium by Jacques Feys*
"When I first had the 1970 Trotanoy at Bordeaux tastings in the mid-seventies, it was often ranked first, largely because of its massive power, richness, and ferocious tannin level. The wine has barely changed…the fruit is as rich and impressive as it was twenty years ago…96." WA 10/94.
346    5 bottles                      per lot $1200-1500

**Chateau La Mission Haut Brion 1975**
*Graves, Cru Classe*
*bottom neck or better*
"Super-concentrated, and now beginning to shed enough tannin so that it can be fully appreciated…An extraordinary La Mission-Haut-Brion, it comes closest in style to resembling the 1945, with a hint of the sweet, ripe 1959…100." WA 2/96.
347    3 magnums (1.5L)             per lot $2200-3200

**Chateau Pichon-Longueville Comtesse de Lalande 1982**
*Pauillac, Deuxieme Cru Classe*
"It is a fully mature, gloriously perfumed, luxuriously rich Pauillac the likes of which are rarely encountered…this is one of the vintage's most compelling and profound efforts, it has been delicious since birth, but absolutely stupendous…100." WA 6/00.
348    2 magnums (1.5L)             per lot $800-1200

**Chateau Trotanoy 1982**
*Pomerol*
*one bottom neck, one top shoulder*
"This fully mature, gorgeously seductive, fragrant, complex wine offers up intense aromas of jammy fruit, mocha, roasted herbs, and sweet toasty oak...Although still young, it is soft, delicious, and ideal for drinking over the next 10-15+ years...94." WA 12/95.

349    2 bottles                    per lot $380-550

**Chateau Trotanoy 1982**
*Pomerol*
*six very top shoulder, six top shoulder, owc*
350    12 bottles                    per lot $2200-3200

**Bordeaux 1989**
*St Julien, Deuxieme Cru Classe*
• **Chateau Leoville Barton**          (7)
• **Chateau Leoville Las Cases**          (6)
351    above 13 bottles                    per lot $900-1300

**Chateau Figeac 1990**
*St Emilion, Premier Grand Cru Classe (b)*
"...exhibits a saturated dark purple color... and a gorgeous nose of olives, fruitcake, jammy black fruits, minerals, and licorice... Fleshy and rich, as well as elegant and complex... I predict the 1990 Figeac will have one of the most exotic and compelling aromatic profiles of the 1990s. It is a terrific wine!...94." WA 2/97.

352    12 bottles                    per lot $1100-1500

**Chateau Leoville Las Cases 1990**
*St Julien, Deuxieme Cru Classe*
*owc*
"Broad, expansive flavors come across as rich, pure, and concentrated, but never heavy or coarse. Beautifully integrated tannin and acidity are barely noticeable in this classic, full-bodied, velvety-textured, youthful yet exceptional St.-Julien...96." WA 2/97.

353    12 bottles                    per lot $1400-2000

**Le Pin 1994**
*Pomerol*
"A classic Le Pin that's absolutely gorgeous. Has beautiful, accentuated aromas of roasted coffee, fruit and oak. Full to medium body with a sleek tannin structure and a long, silky finish. Very fine indeed. Hard not to drink this now, but will improve with cellaring through at least 2004." WS 1/97.

354    6 bottles                    per lot $1700-2400

**Le Pin 1994**
*Pomerol*
*owc*
355    12 bottles                    per lot $3500-4800

**Chateau Cos d'Estournel 1995**
*St Estephe, Deuxieme Cru Classe*
"A wine of extraordinary intensity and accessibility, the 1995 Cos d'Estournel is a sexier, more hedonistic offering than the muscular, backward 1996... possesses remarkable intensity, full body, and layers of jammy fruit nicely framed by the wine's new oak...95." WA 2/98.

356    9 bottles                    per lot $550-850

**Chateau L'Eglise Clinet 1995**
*Pomerol*
"One of the vintage's most awesome wines, L'Eglise-Clinet's 1995 has been fabulous from both cask and bottle... profound levels of fruit and richness, this dense, exceptionally well delineated, layered, multidimensional L'Eglise-Clinet only hints at its ultimate potential... a tour de force in winemaking...96." WA 2/98.

357    12 bottles                    per lot $1200-1800

**Chateau La Mission Haut Brion 1998**
*Pessac Leognan, Cru Classe*
*owc*
"A tight and muscular young wine. Very floral on the nose, with gorgeous berry and cherry. Full-bodied, with silky tannins and a long, fresh and fruity finish. Very fine and harmonious...95." WS 1/01.

358    12 bottles                    per lot $850-1200

### Chateau Trotanoy 1998
*Pomerol*
*owc*
*Parcel: lots 359-360*
"Subtle and harmonious young red with berry, tobacco and vanilla character. Full-bodied, with masses of extremely polished, fine tannins that build on the palate. Finishes long, with milk chocolate and berry...96." WS 1/01.

| | | |
|---|---|---|
| 359 | 12 bottles | per lot $2000-2800 |
| 360 | 12 bottles | per lot $2000-2800 |

### Vieux Chateau Certan 1998
*Pomerol*
*owc*
*Parcel: lots 361-362*
"A powerful, wonderfully toned red. Like a great javelin-thrower. Lovely mineral, berry and violet aromas with hints of new oak. Full-bodied, with big yet silky tannins and a long, long finish....95." WS 1/01.

| | | |
|---|---|---|
| 361 | 12 bottles | per lot $1200-1800 |
| 362 | 12 bottles | per lot $1200-1800 |

### Chateau Calon Segur 2000
*St Estephe, Troisieme Cru Classe*
*owc*
*Parcel: lots 363-366*
"Unquestionably the greatest Calon-Segur...94-96." WA 2/02.

| | | |
|---|---|---|
| 363 | 12 bottles | per lot $850-1200 |
| 364 | 12 bottles | per lot $850-1200 |
| 365 | 12 bottles | per lot $850-1200 |
| 366 | 12 bottles | per lot $850-1200 |

### Chateau Clinet 2000
*Pomerol*
*owc*
"Chocolate and berry, with mineral and cream. Full-bodied, with a wonderful velvety, caressing texture and a long, long finish. Wonderfully balanced and generous. I've never tasted a better Clinet...96." WS 3/03.

| | | |
|---|---|---|
| 367 | 12 bottles | per lot $950-1300 |

### Chateau Leoville Las Cases 2000
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 368-369*
"The hard work and dedication of owner and director Jean-Hubert Delon have helped realize his family's dream: The 2000 Las Cases is absolutely fantastic. This is one of the most exciting young reds I have tasted in a long, long time. It shows intense aromas of berries, urrants and minerals, with hints of mint. Full-bodied and packed with fruit and seamless tannins, it is refined, silky and long on the finish. A benchmark for the vintage...100." WS 1/03.

| | | |
|---|---|---|
| 368 | 12 bottles | per lot $2000-3000 |
| 369 | 12 bottles | per lot $2000-3000 |

### Chateau Lynch Bages 2000
*Pauillac, Cinquieme Cru Classe*
*owc*
*Parcel: lots 370-371*
"If you love Lynch, buy this. Gorgeous aromas of plums, blackberries and licorice, with hints of mineral. Full-bodied, with full and silky tannins and a long, long finish. Big and solid. Fantastic...96." WS 1/03.

| | | |
|---|---|---|
| 370 | 12 bottles | per lot $800-1100 |
| 371 | 12 bottles | per lot $800-1100 |

### Chateau Troplong Mondot 2000
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 372-373*
"The 2000 has added even more weight since last year. A blockbuster effort in this great vintage, its saturated purple color is followed by aromas of ink, creme de cassis, graphite, and toasty oak. Full-bodied and powerful, with excellent balance, this is a wine of extraordinary depth and massiveness yet surreal freshness as well as vibrancy. The finish lasts for over forty seconds. With fabulous definition, richness, and intensity, this impressive 2000 will be ready to drink by 2006 and last for 25 years...94-96." WA 2/02.

| | | |
|---|---|---|
| 372 | 12 bottles | per lot $600-800 |
| 373 | 12 bottles | per lot $600-800 |

Lots 376-382

## SAUTERNES

### Chateau d'Yquem 1979
*Sauternes, Premier Cru Superieur*
*bottom neck or better*

374  6 bottles        per lot $500-700

### Chateau d'Yquem 1986
*Sauternes, Premier Cru Superieur*
"Several highly respected Bordeaux negociants who are Yquem enthusiasts claim the 1986 Yquem is the greatest wine produced at the property since the legendary 1937. Its enthralling bouquet of pineapples, sauteed hazelnuts, vanillin, and ripe apricots is breathtaking...98." WA 4/91.

375  6 bottles        per lot $1200-1800

## BURGUNDY

### Romanee Conti

The Romanee Conti vineyard is some of the world's most valuable real estate. A mere 150 by 150 meters, the wine produced is majestic. Descriptor's such as 'power without weight' and 'peacock's tail' only hint at the depth and complexity. The quintessential expression of Pinot Noir.

### Romanee Conti
### Domaine de la Romanee Conti 1989
*Cote de Nuits, Grand Cru*

376  1 bottle        per lot $1800-2600

### Romanee Conti
### Domaine de la Romanee Conti 1990
*Cote de Nuits, Grand Cru*
"... should ultimately be the most compelling and complex of the DRC wines. Normally it possesses a lighter color than either La Tache or Richebourg, but in 1990 it boasts a surprisingly saturated color that is the equal of La Tache and Richebourg. The nose offers up sweet, clove, cinnamon, and blackberry aromas intermingled with toasty, smoky new oak. Lavishly rich and full-bodied, with abundant tannins...98." WA 10/92.

377  1 bottle        per lot $3000-4500

### Romanee Conti
### Domaine de la Romanee Conti 1991
*Cote de Nuits, Grand Cru*

378  1 bottle        per lot $1400-2200

### Romanee Conti
### Domaine de la Romanee Conti 1994
*Cote de Nuits, Grand Cru*

379  1 bottle        per lot $1200-1600

### Romanee Conti
### Domaine de la Romanee Conti 1995
*Cote de Nuits, Grand Cru*

380  1 bottle        per lot $1300-2000

### Romanee Conti
### Domaine de la Romanee Conti 1996
*Cote de Nuits, Grand Cru*
"...This superb wine offers a mouthful of silky-textured cherries, blueberries, plums, boysenberries, earth, minerals, and spiced oak. This masterpiece is full-bodied, dense (yet extremely elegant and defined), thickly-textured, and immensely concentrated...96-98." WA 8/98.

381  1 bottle        per lot $1700-2600

### Romanee Conti
### Domaine de la Romanee Conti 1999
*Cote de Nuits, Grand Cru*
"Vibrant, pure, spicy and concentrated to the point of almost painful intensity with its super ripe, palate staining flavors yet this remains regal, almost aloof and quite reserved. The focus is unbelievable and while it's hard to speak of subtle power, one can sense the vibrancy and depths of reserve that are only hinted at now... the finish lasts literally for minutes; I could still taste it the next day... I could only shake my head in awe...98." Burghound 1/02.

382  1 bottle        per lot $2200-2800

**LA TACHE DOMAINE DE LA ROMANEE CONTI
1988**
*Cote de Nuits, Grand Cru*
"Somewhat subdued and reserved on the nose
with the classic nose of Asian spices, hoisin, soy
and a trace of oak followed by sweet, long, struc-
tured and beautifully complex flavors. There is
fine length here and the power is impressive…"
Burghound 10/03.

383    4 bottles                 per lot $1300-2000

**LA TACHE DOMAINE DE LA ROMANEE CONTI
1990**
*Cote de Nuits, Grand Cru*
"I cannot think of a more profound, young red
Burgundy tasted than DRC's 1990 La Tache…
incredibly endowed, with an extraordinary per-
fume of Asian spices as well as jammy black rasp-
berries, cherries, and blackberries infused with
smoke, toast, and dried herbs. Full-bodied, but
ethereal, with layers of flavor, as well as mind-bog-
gling delicacy and complexity…100." WA 2/02.

384    1 bottle                  per lot $900-1400

**RICHEBOURG DOMAINE DE LA ROMANEE CONTI
1988**
*Cote de Nuits, Grand Cru*
"Luxuriantly powerful fruit of spice, jam and violets
with obvious pinot extract lead to amazingly power-
ful yet velvety flavors. There are ample tannins but
the extract more than buffers them. Huge, rich and
long from beginning to end…93." Burghound 9/01.

385    2 bottles                 per lot $500-650

**RICHEBOURG DOMAINE DE LA ROMANEE CONTI
1999**
*Cote de Nuits, Grand Cru*
"Magnificent, the 1999 Richebourg has a satu-
rated, dark ruby color. It explodes from the glass
with loads of super-ripe, dark fruits, including
blackberries, cassis, plums, and black cherries.
This dense, plush, and broad wine has prodigious
depth to its roasted red and black fruit-flavored
personality. A myriad of spices can be found in its
chewy-textured, full-bodied, highly concentrated,
powerful character. Its extraordinarily long finish
is dominated by fruit, yet copious quantities of
sweet and supple tannin can be discerned… 94-
97." WA 8/01.

386    2 bottles                 per lot $800-1200

**GRANDS ECHEZEAUX
DOMAINE DE LA ROMANEE CONTI 1996**
*Cote de Nuits, Grand Cru*
387    12 bottles                per lot $2600-3500

**DOMAINE DE LA ROMANEE CONTI**
*Cote de Nuits, Grand Cru*
• **ROMANEE ST VIVANT 1990**          (1)
• **LA TACHE 1993**                   (1)
• **LA TACHE 1994**                   (2)
• **RICHEBOURG 1995**                 (2)
• **GRANDS ECHEZEAUX 1996**           (1)
388    above 7 bottles           per lot $1700-2400

**ECHEZEAUX HENRI JAYER FOR GEORGES JAYER**
*Cote de Nuits, Grand Cru*
• **1985**                            (1)
• **1990**                            (2)
389    above 3 bottles           per lot $1700-2800

**HENRI JAYER**
*Cote de Nuits*
• **VOSNE ROMANEE LES BEAUX MONTS
   HENRI JAYER 1982**       magnum (1)
   *Premier Cru*
• **ECHEZEAUX HENRI JAYER FOR
   GEORGES JAYER 1986**             (1)
   *Grand Cru*
390    above 1 bottle &
1 magnum (1.5L)            per lot $700-1000

**ROMANEE ST VIVANT DOMAINE LEROY 1988**
*Cote de Nuits, Grand Cru*
391    5 bottles                 per lot $1200-1800

**DOMAINE LEROY 1988**
*Cote de Nuits, Grand Cru*
• **CHAMBERTIN**                      (1)
• **RICHEBOURG**                      (3)
392    above 4 bottles           per lot $1300-1900

**DOMAINE LEROY**
*Cote de Nuits, Grand Cru*
• **CLOS DE LA ROCHE 1991**           (1)
   *chipped wax capsule*
• **CLOS DE VOUGEOT 1996**            (1)
393    above 2 bottles           per lot $450-650

**CHAMBERTIN CLOS DE BEZE ROUSSEAU**
*Cote de Nuits, Grand Cru*
- **1988**                                                      (1)
- **1988**                              magnum (1)

394   above 1 bottle &
      1 magnum (1.5L)                    per lot $450-650

**MIXED BURGUNDY**
- **CLOS DE LA ROCHE VIEILLES VIGNES**
  **DOMAINE PONSOT 1990**            magnum (1)
  *Cote de Nuits, Grand Cru*
  *slightly wrinkled label*
- **VOSNE ROMANEE CROS PARANTOUX**
  **MEO-CAMUZET 1989**                            (2)
  *Cote de Nuits, Premier Cru*

395   above 2 bottles &
      1 magnum (1.5L)                    per lot $950-1300

**MUSIGNY VIEILLES VIGNES**
**COMTE GEORGES DE VOGUE 1990**
*Cote de Nuits, Grand Cru*
"The Bordeaux-like, saturated dense ruby/purple
color is followed by a tight-fisted nose and flavors
of black fruits, underbrush, minerals, smoke, and
new oak...This loaded effort should prove to be
one of the longest-lived red Burgundies made in
the last twenty years...96." WA 2/02.

396   6 bottles                         per lot $1600-2400

**LA ROMANEE BOUCHARD PERE ET FILS 1996**
*Cote de Nuits, Grand Cru*
*owc*
"This magnificent wine offers a medium-to-dark
ruby color and an extraordinary nose of perfume,
violets, and a myriad of red fruits. I was blown
away by this wine's combination of precision, femi-
ninity, focus, and jammy, candied cherries. Traces
of sweet, vanilla-infused oak grace this wine's com-
plex and concentrated, yet lace-like flavor profile.
Medium-to-full-bodied and silky-textured, this wine
also possesses a long, soft, gorgeous finish that
leaves the taster yearning for more." WA 8/98.

397   1 jeroboam (3L)                    per lot $550-750

**RHONE**

**COTE ROTIE LA TURQUE GUIGAL 1986**
*Rhone*
*two signs of seepage*

398   6 bottles                         per lot $750-1000

**CHAMPAGNE**

**KRUG BRUT 1982**
*Champagne*

399   3 magnums (1.5L)                   per lot $600-900

**ROEDERER CRISTAL 1990**
*Champagne*
"The Louis Roederer 1990 Cristal is awesome! A
classic of power and finesse, richness and deli-
cacy, it may be the greatest Cristal I have ever
tasted!...97." WA 10/98

400   3 bottles                         per lot $600-900

**ROEDERER CRISTAL 1990**
*Champagne*
*two 6-pack oc*

401   12 bottles                        per lot $2400-3500

**VEUVE CLICQUOT LA GRANDE DAME 1990**
*Champagne*
*two 6-pack oc*
*Parcel: lots 402-403*

402   12 bottles                        per lot $1000-1400
403   12 bottles                        per lot $1000-1400

**CALIFORNIA**

**GRACE FAMILY VINEYARDS**
"These beautifully made wines are among the fin-
est Cabernets in California. I rarely report on them
because they are, for all intents and purposes,
unobtainable. Yet there is no doubting the high
quality aspirations of the owner, and the skills
exhibited by winemaking consultant Heidi Barrett
in the production, aging, and bottling of these
100% Cabernet Sauvignon wines." WA 12/96

**GRACE FAMILY CABERNET SAUVIGNON**
*Napa Valley*
- **1991**                                            (1)
- **1992**                                            (3)

404   above 4 bottles                   per lot $700-950

**GRACE FAMILY CABERNET SAUVIGNON 1993**
*Napa Valley*

405   3 bottles                         per lot $450-750

**Grace Family Cabernet Sauvignon 1994**
*Napa Valley*
406   3 bottles         per lot $1000-1300

**Grace Family Cabernet Sauvignon 1998**
*Napa Valley*
407   3 bottles         per lot $550-900

**Grace Family Cabernet Sauvignon 2000**
*Napa Valley*
408   4 bottles         per lot $800-1200

**Grace Family Cabernet Sauvignon 2001**
*Napa Valley*
*owc*
409   6 bottles         per lot $1300-1800

## Hartwell

"Hartwell's Cabernet Sauvignon is produced in very limited quantities…This estate's Cabernets have become somewhat of a cult wine, largely because the vineyard is planted with the same clones of Cabernet that are on the Grace Family Vineyard. Moreover, the wine is made by one of Napa Valley's most fashionable consultants, Heidi Barrett" WA 12/96

**Hartwell Cabernet Sauvignon**
*Stag's Leap District*
• **1993**         magnum (1)
• **Sunshine Vineyard 1993**   magnum (1)
• **1994**         magnum (1)
• **1996**         magnum (1)
• **Sunshine Vineyard 1996**   magnum (1)
• **1999**         magnum (1)
410   above 6 magnums (1.5L)   per lot $750-1000

**Hartwell Cabernet Sauvigon**
*Stag's Leap District*
• **Sunshine Vineyard 1994**   (4)
• **Sunshine Vineyard 1995**   (4)
• **Sunshine Vineyard 1996**   (2)
411   above 10 bottles     per lot $500-650

**Hartwell Cabernet Sauvignon 1998**
*Stag's Leap District*
412   11 bottles      per lot $550-750
413   12 bottles      per lot $600-800
414   4 magnums (1.5L)   per lot $400-550

**Hartwell Cabernet Sauvignon 1999**
*Stag's Leap District*
415   6 bottles      per lot $350-450

**Barbour Vineyards Cabernet Sauvignon 1997**
*Napa Valley*
"It is beautifully pure, with gobs of fruit, low but adequate supporting acidity, and plenty of ripe tannin in the finish….This wine is made from the famed Grace clone of Cabernet Sauvignon (from Grace Family Vineyards)." WA 1/00.
416   3 bottles      per lot $380-500

**Dalla Valle Vineyards Cabernet Sauvignon 1998**
*Napa Valley*
"… a terrific wine with an opaque blue/purple color and a gorgeously sweet nose of black fruits intermixed with licorice, mineral, and spice. Full-bodied, opulently textured, and drinkable at an early, it should keep for at least two decades… 94." WA 12/00.
417   12 bottles     per lot $700-1000

**Opus One 1996**
*Napa Valley*
"Wonderful finesse and complexity… toasty clove, currant, black cherry and spice. Tannins are fine-grained…96." WS 2/00.
418   12 bottles     per lot $1200-1800

**Opus One 1997**
*Napa Valley*
*two 6-pack owc*
"A rich, decidely earthy style of Opus, showing currant. Anise, black cherry, mineral, leather and sage flavors that are focused and complex… 94." WS 11/00.
419   12 bottles     per lot $1200-1800

**Opus One**
*Napa Valley*
- **1996** (2)
- **1997** (6)
  *6-pack owc*
420  above 8 bottles          per lot $800-1200

## BORDEAUX

**Chateau Pichon-Longueville Comtesse de Lalande 1986**
*Pauillac, Deuxieme Cru Classe*
"Dark ruby/purple, with a tight yet profound bouquet of cedar, blackcurrants, spicy oak, and minerals, this full-bodied, deeply concentrated, exceptionally well-balanced...96." WA 4/94.
421  1 jeroboam (5L)          per lot $650-850

## VERTICAL LOTS OF MOUTON ROTHSCHILD

**Purchased Upon Release And Ideally Stored**

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
- **1957** (1)
  *upper shoulder, sign of seepage*
- **1962** (2)
  *upper-mid shoulder*
422  above 3 bottles          per lot $550-850

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
*mid shoulder*
- **1959** (1)
  *lightly bin-soiled label*
- **1961** (1)
423  above 2 bottles          per lot $1600-2800

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
- **1966** (2)
  *one upper shoulder, one upper-mid shoulder*
- **1967** (2)
  *upper shoulder*
- **1969** (2)
  *upper-mid shoulder*
424  above 6 bottles          per lot $450-650

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
- **1958** (2)
  *upper-mid shoulder*
- **1960** (2)
  *one upper shoulder, one upper-mid shoulder*
- **1964** (2)
  *one just below top shoulder, one upper shoulder, lightly glue stained labels*
425  above 6 bottles          per lot $900-1500

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
*upper-mid shoulder*
- **1963** (2)
- **1965** (1)
426  above 3 bottles          per lot $220-350

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
- **1968** (3)
  *one top shoulder, two upper-mid shoulder*
- **1974** (4)
  *one bottom neck, three top shoulder*
427  above 7 bottles          per lot $350-550

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
- **1970** (1)
  *mid shoulder*
- **1976** (2)
  *bottom neck*
- **1978** (3)
  *upper shoulder*
428  above 6 bottles          per lot $420-600

**Chateau Mouton Rothschild**
*Pauillac, Premier Cru Classe*
- **1980** (6)
  *bottom neck*
- **1987** (1)
  *one sign of seepage*
429  above 7 bottles          per lot $380-600

**FINE WINES OF A SOUTHERN CALIFORNIA COLLECTOR**

**Removed From Climate-Controlled Storage**

### BORDEAUX

**Chateau Margaux 1995**
*Margaux, Premier Cru Classe*
owc
"Wine of the vintage and the greatest Chateau Margaux ever produced. A stunning red. The essence of raspberry, violet and berry, with hints of vanilla and toasted oak. Full-bodied and thick, yet racy, with masses of tannins and a harmonious structure. Long, long finish...100." WS 1/98.

430    12 bottles                        per lot $2200-3200

**Chateau Lafite Rothschild 1996**
*Pauillac, Premier Cru Classe*
owc
"This massive wine may be the biggest, largest-scaled Lafite I have ever tasted...extremely powerful and full-bodied, with remarkable complexity for such a young wine, this huge Lafite is oozing with extract and richness, yet has managed to preserve its quintessentially elegant personality...100." WA 4/99.

431    12 bottles                        per lot $2600-3800

**Chateau Margaux 1996**
*Margaux, Premier Cru Classe*
owc
"...is undoubtedly one of the great classics produced under the Mentzelopoulos regime. In many respects, it is the quintessential Chateau Margaux...99." WA 4/99.

432    12 bottles                        per lot $2400-3600

**Chateau Cheval Blanc 1998**
*St Emilion, Premier Grand Cru Classe (a)*
owc
"Subtle, complex and refined, with aromas of cherry, licorice, mineral, berry and other sweet, ripe fruit. Full-bodied and compacted, with masses of fine, silky tannins. Long, long finish...98." WS 1/01.

433    12 bottles                        per lot $2400-3200

**Chateau Haut Brion 1998**
*Pessac Leognan, Premier Cru Classe*
owc
"...this is a prodigious Haut-Brion. It tastes like liquid nobility...96." WA 4/01.

434    12 bottles                        per lot $1500-2200

**Chateau Cos d'Estournel**
*St Estephe, Deuxieme Cru Classe*
• 1986                                            (9)
• 1990                                            (1)
435    above 10 bottles            per lot $800-1200

**Chateau Leoville Las Cases 1989**
*St Julien, Deuxieme Cru Classe*
"Greatest Leoville Las Cases ever produced. Superb concentration with a great velvety texture and ripe fresh flavors. Coconut and vanilla notes and a burst of fruit at the end; wonderful backbone...96." WS 10/94.

436    6 bottles                        per lot $500-750

**Chateau Palmer 1989**
*Margaux, Troisieme Cru Classe*
owc
"Palmer's 1989 is one of the vintage's great successes...Full-bodied and supple, with low acidity, copious quantities of ripe fruit and glycerin, and a medium to full-bodied, concentrated, harmonious, seamless texture, this is a gorgeous Palmer...95." WA 2/97.

437    12 bottles                        per lot $1400-2000

**Chateau Le Tertre Roteboeuf 1995**
*St Emilion*
"...a Le Pin like exotic richness and opulence... dense and full bodied, with layers of intensely ripe fruit, this plump, gorgeously pure, expansively flavored, multi-dimensional wines is even better out of the bottle than it was in cask...95." WA 2/98.

438    12 bottles                        per lot $900-1200

## CALIFORNIA

### Harlan Estate 1994
*Napa Valley*
owc
"What can I say about the 1994? I have tasted the wine for three consecutive years, and each time it satisfied all of my requirements for perfection... Harlan's 1994 comes close to immortality in the glass...100." WA 12/97.

439    6 bottles                 per lot $2800-4000

### Bryant Family Vineyards Cabernet Sauvignon 1995
*Napa Valley*
"The 1995 Cabernet Sauvignon is cut from the same mold as the profound 1996, displaying astonishing levels of black fruits (the usual suspects - blueberries, blackberries, raspberries, and cassis), phenomenal concentration, and virtually perfect balance and equilibrium...99." WA 12/97.

440    5 bottles                 per lot $1700-2500

### Groth Reserve Cabernet Sauvignon 1995
*Napa Valley*

441    6 bottles                 per lot $480-600

---



NAPA VALLEY MERLOT



NAPA VALLEY RED WINE · VINTAGE
Variation One

### A COMPLETE SET OF THE NINE ARIETTAS BOTTLED IN MAGNUM

Arietta is a wine making venture created by partners John Kongsgaard and Fritz Hatton. In 1996, two exceptional vineyard blocks at the southern end of the Napa Valley were singled out for the project. The wine is handmade using traditional methods with grapes sourced from Lee Hudson's ranch in Napa/Carneros. John Kongsgaard and Lee Hudson had been working together since 1983, studying the combination of exposure, soil type, grape variety, clone, rootstock, cover crop, trellis, yield, and the countless other critical details of growing grapes at the highest level of quality.

Arietta is produced in 350-900 case quantities, and only 15 cases of magnums are produced in each vintage, offered in support of charitable causes.

Reviews are available by both Robert Parker and Steve Tanzer. All wines have achieved scores ranging from 90-96 points. This is the only complete set of Arietta magnums known to exist outside the winery.

Here is the summary with cépages for each wine:

Arietta 1997: 81% Cabernet Franc, 19% Merlot

Arietta Red Wine 1998: 60% Cabernet Franc, 40% Merlot

Arietta Merlot 1998: 100% Merlot

Arietta Red Wine 1999: 60% Cabernet Franc, 40% Merlot

Arietta 1999: 100% Merlot

Arietta H Block Hudson 2000: 50% Cabernet Franc, 50% Merlot

Arietta Variation One 2000: 70% Merlot, 30% Syrah

Arietta H Block Hudson 2001: 60% Merlot, 40% Cabernet Franc

Arietta Variation One 2001: 60% Merlot, 40% Syrah

### Arietta
*Napa Valley*
• **Napa Red 1997**              magnum (1)
• **Merlot 1998**               magnum (1)
• **Napa Red 1998**             magnum (1)
• **Merlot 1999**               magnum (1)
• **Napa Red 1999**             magnum (1)
• **H Block Hudson Red 2000**   magnum (1)
• **Variation One Red 2000**    magnum (1)
• **Variation One Red 2001**    magnum (1)
• **H Block Hudson Red 2001**   magnum (1)

442    above 9 magnums (1.5L)    per lot $1800-3000

**SUPERB WINES FROM A MAJOR SAN FRANCISCO BAY AREA PRIVATE COLLECTION**

**Most Wines Purchased On Original Release And Perfectly Maintained In First Class Professional Storage**

### BORDEAUX

**Chateau Margaux 1983**
*Margaux, Premier Cru Classe*
*into neck, owc*
"The 1983 Margaux is a breathtaking wine. The Cabernet Sauvignon grapes achieved perfect maturity in 1983, and the result is an astonishingly rich, concentrated, atypically powerful and tannic Margaux...96." WA 10/94.

443    12 bottles                 per lot $2800-3800

**Chateau Latour 1990**
*Pauillac, Premier Cru Classe*
*bottom neck or better*
"Just as it should be. A perfect wine; full-bodied, with tons of ripe fruit flavors and round tannins. Truly impressive—like one of the old greats of Bordeaux...100." WS 9/96.

444    6 bottles                  per lot $2200-3200

**Chateau Latour 1990**
*Pauillac, Premier Cru Classe*
*into neck, owc*

445    3 double magnums (3L)       per lot $4500-6500

**Chateau Leoville Las Cases 1982**
*St Julien, Deuxieme Cru Classe*
*top shoulder or better*
"Tasted three times over a two month period, this youthful yet profoundly complex wine gets my nod as the finest Leoville-Las-Cases ever made...100." WA 6/00.

446    12 bottles                 per lot $3200-4500

**Chateau Certan de May 1982**
*Pomerol*
*top shoulder or better*
"Rich, powerful, and full-bodied, with a thick, unctuous texture, considerable fat and glycerin, and dazzling concentration... It is a modern day classic, and unquestionably the fines Certan de May I have ever tasted...98." WA 6/00.

447    9 bottles                  per lot $1600-2600

**Chateau Certan de May 1982**
*Pomerol*
*very top shoulder or better, one stained label, owc*

448    12 bottles                 per lot $2200-3500

**Chateau Ducru Beaucaillou 1982**
*St Julien, Deuxieme Cru Classe*
*bottom neck or better*
"A wine of extraordinary aromatic complexity and finesse...This superb, elegant 1982 has achieved full maturity, but it promises to last for another 15+ years...94." WA 6/00.

449    10 bottles                 per lot $1200-2000

**Chateau Gruaud Larose 1982**
*St Julien, Deuxieme Cru Classe*
*bottom neck or better*
"Unbelievably powerful, thick, and intense, with full body... and a huge, intense finish, this is a monster, blockbuster 1982... In quality, it is a first-growth...96." WA 6/00.

450    6 bottles                   per lot $800-1100
451    12 bottles                  per lot $1600-2200

**Chateau Gruaud Larose 1982**
*St Julien, Deuxieme Cru Classe*
*five bottom neck or better, seven very top shoulder, five signs of old seepage, oc*

452    12 bottles                  per lot $1600-2200

**Chateau Pichon-Longueville Comtesse de Lalande 1983**
*Pauillac, Deuxieme Cru Classe*
*into neck, owc*

453    1 jeroboam (5L)             per lot $600-900

### Chateau Gruaud Larose 1986
*St Julien, Deuxieme Cru Classe*
*into neck*
"There seems to be no doubt about the quality of the 1986 Gruaud-Larose, which in 20 years should rival the extraordinary 1990, 1982, 1961, 1949, and 1928 made at this vast estate...This is indeed first-growth quality...94." WA 7/97.

454   1 imperial (6L)                  per lot $550-800

### Chateau Leoville Las Cases 1986
*St Julien, Deuxieme Cru Classe*
*bottom neck or better, owc*

455   12 bottles                       per lot $1500-2200

### Chateau Pichon-Longueville Comtesse de Lalande 1986
*Pauillac, Deuxieme Cru Classe*
*into neck, owc*
*Parcel: lots 456-457*
"Dark ruby/purple, with a tight yet profound bouquet of cedar, blackcurrants, spicy oak, and minerals, this full-bodied, deeply concentrated, exceptionally well-balanced wine is, atypically, too brawny and big to drink young...96." WA 4/94.

456   12 bottles                       per lot $1100-1600
457   12 bottles                       per lot $1100-1600

### Chateau Lynch Bages 1989
*Pauillac, Cinquieme Cru Classe*
*bottom neck or better, bin-soiled labels*
"Dark-ruby in color, offering plenty of blackberry, mint and spice aromas and flavors. Full-bodied, with masses of velvety tannins and a superlong, fruity finish. Yet it's only giving half of what it's got; give it time. Perhaps the greatest Lynch-Bages ever produced...98." WS 5/99.

458   12 bottles                       per lot $1300-1800

### Chateau Lynch Bages 1989
*Pauillac, Cinquieme Cru Classe*
*bottom neck or better, owc*

459   12 bottles                       per lot $1300-1800

### Chateau Montrose 1989
*St Estephe, Deuxieme Cru Classe*
*bottom neck or better*
"... outstanding...It possesses an opaque dark ruby/purple color, a sweet nose of minerals, black fruits, cedar, and wood, dense, medium to full-bodied, highly extracted flavors, low acidity, and moderate tannin in the long finish...94." WA 2/97.

460   12 bottles                       per lot $1100-1600

### Chateau Palmer 1989
*Margaux, Troisieme Cru Classe*
*into neck, scuffed and nicked label, signs of old seep-age, owc*
"Palmer's 1989 is one of the vintage's great successes...Full-bodied and supple, with low acidity, copious quantities of ripe fruit and glycerin, and a medium to full-bodied, concentrated, harmonious, seamless texture, this is a gorgeous Palmer...95." WA 2/97.

461   1 imperial (6L)                  per lot $950-1400

### Chateau Pichon-Longueville Baron 1989
*Pauillac, Deuxieme Cru Classe*
*bottom neck or better, owc*
"Youthful and gorgeous. Hedonistic. Superyoung ruby, black color. Masses of ripe fruit. Blackberry, cassis and spices. Full-bodied and very soft, with round, caressing tannins and a deliciously fresh berry, plum aftertaste. Hard not to drink it now...98." WS 5/99.

462   12 bottles                       per lot $1100-1600

### Chateau Pichon-Longueville Baron 1989
*Pauillac, Deuxieme Cru Classe*
*into neck, cracked wax capsule*

463   1 jeroboam (5L)                  per lot $650-1000

### Chateau La Conseillante 1990
*Pomerol*
*bottom neck or better, owc*
"...exhibiting all of its charms, with its deep ruby color, and flamboyant display of toasty new oak, black-cherries, raspberries, kirsch, licorice, and Asian spices. Velvety-textured, supple, sexy, and easy to drink, the low acid 1990 La Conseillante is about as seductive a wine as readers will ever encounter...97." WA 2/97.

464   6 magnums (1.5L)                 per lot $1800-2600

### Chateau L'Evangile 1990
*Pomerol*
*bottom neck or better, owc*
"The 1990 remains one of the great modern day
L'Evangiles, rivaling such superb vintages as 1995,
1985, 1982, 1975, 1950 AND 1947…the wine is
exceptionally rich and full bodied, with admirable
glycerin and thickness…the 1990 is a fabulously
pure, rich l'Evangile to drink…96." WA 11/96.

465    12 bottles                    per lot $1400-2200

### Chateau Montrose 1990
*St Estephe, Deuxieme Cru Classe*
*bottom neck or better*
"… remarkably rich, with a distinctive nose of
sweet, jammy fruit, liquefied minerals, new saddle
leather, and grilled steak. In the mouth, the enor-
mous concentration, extract, high glycerin, and
sweet tannin slide across the palate with consider-
able ease…100." WA 2/97.

466    8 bottles                    per lot $1600-2400
467    12 bottles                   per lot $2200-3200

### Chateau Montrose 1990
*St Estephe, Deuxieme Cru Classe*
*bottom neck or better, owc*
*Parcel: lots 468-469*

468    12 bottles                   per lot $2200-3200
469    12 bottles                   per lot $2200-3200

### Chateau Pichon-Longueville Baron 1990
*Pauillac, Deuxieme Cru Classe*
*bottom neck or better, owc*
"Very dark ruby color.  Beautiful aromas of ber-
ries, minerals, cherries and chocolate.  Full-bodied,
with very rich yet ripe tannins and a long, long
tobacco, cherry, berry aftertaste.  Goes on and on.
Always been superb; in fact, it keeps getting bet-
ter…97." WS 8/00.

470    12 bottles                   per lot $1200-1800

### Chateau Troplong Mondot 1990
*St Emilion, Grand Cru Classe*
*bottom neck or better, owc*
"Both [1990 & 1989] are…opaque purple-col-
ored wines with masses of fruit, extraction, and
power…Owners of these wines should feel smug
about their purchases…98." WA 2/97.

471    12 bottles                   per lot $1500-2000

### Chateau Angelus 1995
*St Emilion, Premier Grand Cru Classe (b)*
*owc*
"…a massive, powerful, rich offering with plenty
of ripe, sweet tannin. The wine's aromatics include
scents of Provencal olives, jammy black cherries,
blackberries, truffles, and toast. A very full-bodied
wine, it is layered, thick, and pure. This is the
most concentrated of the 1995 St.-Emilion premier
grand crus…95." WA 2/98.

472    12 bottles                   per lot $900-1300

### Chateau Cos d'Estournel 1995
*St Estephe, Deuxieme Cru Classe*
*owc*
"A wine of extraordinary intensity and accessibil-
ity, the 1995 Cos d'Estournel is a sexier, more
hedonistic offering than the muscular, backward
1996… possesses remarkable intensity, full body,
and layers of jammy fruit nicely framed by the
wine's new oak…95." WA 2/98.

473    12 bottles                   per lot $750-1100

### Chateau Ducru Beaucaillou 1995
*St Julien, Deuxieme Cru Classe*
*owc*
"The greatest Ducru produced this century.
Breathtaking aromas of berries, violets, vanilla and
blackberries set the stage for a wine that's full-
bodied and tannic, yet very fine and long in the
mouth. This has fabulous structure for aging…97."
WS 1/98.

474    12 bottles                   per lot $750-1100

### Chateau Grand Puy Lacoste 1995
*Pauillac, Cinquieme Cru Classe*
"…this gorgeously proportioned, medium- to full-
bodied, fabulously ripe, rich, cassis-scented and -
flavored Grand Puy Lacoste is another beauty…95."
WA 2/98.

475    12 bottles                   per lot $500-750
476    6 magnums (1.5L)             per lot $500-750

### Chateau Le Tertre Roteboeuf 1995
*St Emilion*
*owc*
"...a Le Pin like exotic richness and opulence... dense and full bodied, with layers of intensely ripe fruit, this plump, gorgeously pure, expansively flavored, multi-dimensional wines is even better out of the bottle than it was in cask...95." WA 2/98.

477    12 bottles                              per lot $900-1200

### Chateau Le Tertre Roteboeuf 1995
*St Emilion*
*one nicked label*
478    3 magnums (1.5L)                   per lot $450-600

### Chateau L'Eglise Clinet 1995
*Pomerol*
*two 6-pack owc*
"One of the vintage's most awesome wines, L'Eglise-Clinet's 1995 has been fabulous from both cask and bottle... profound levels of fruit and richness, this dense, exceptionally well delineated, layered, multidimensional L'Eglise-Clinet only hints at its ultimate potential... a tour de force in winemaking...96." WA 2/98.

479    12 bottles                              per lot $1200-1800

### Chateau Pichon-Longueville Comtesse de Lalande 1995
*Pauillac, Deuxieme Cru Classe*
"...this full-bodied, layered, multidimensional wine should prove to be one of the vintage's most extraordinary success stories...96." WA 2/98.

480    1 double magnum (3L)             per lot $300-450

### Chateau Ducru Beaucaillou 1996
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 481–482*
"This wine is remarkable... a knock-out nose of minerals, licorice, cassis, and an unmistakable lead pencil smell that I often associate with top vintages of Lafite-Rothschild... This profound, backward Ducru-Beaucaillou is a must purchase...96." WA 4/99.

481    12 bottles                              per lot $750-1100
482    12 bottles                              per lot $750-1100

### Chateau Grand Puy Lacoste 1996
*Pauillac, Cinquieme Cru Classe*
"Enormously rich and full-bodied, with massive intensity, this is a modern day tour de force in winemaking... a seamless giant with extraordinary richness and intensity. This may be even greater than the exceptional 1982..." WA 2/98.

483    12 bottles                              per lot $500-750

### Chateau Grand Puy Lacoste 1996
*Pauillac, Cinquieme Cru Classe*
*owc*
484    1 imperial (6L)                         per lot $400-600

### La Mondotte 1996
*St Emilion*
*owc*
"One of the vintage's most extraordinary wines... it is unquestionably one of the super-stars of the 1996 vintage. The wine is atypically powerful and unctuously textured... with gorgeously integrated acidity, alcohol, and tannin. Still remarkably thick, layered, and extravagantly rich... If it continues to improve as it did between spring and late fall, it may merit an even higher rating...97." WA 4/99.

485    12 bottles                              per lot $2000-3000

### Chateau Leoville Las Cases 1996
*St Julien, Deuxieme Cru Classe*
*owc*
"A profound Leoville Las Cases, it is one of the great modern day wines of Bordeaux... It is a remarkable, seamless, palate-staining, and extraordinarily elegant wine - the quintessential St.-Julien...98." WA 4/99.

486    12 bottles                              per lot $1100-1500

### Chateau Lynch Bages 1996
*Pauillac, Cinquieme Cru Classe*
*owc*
"In the flight of young wines, with all the vintages of the nineties represented, this wine stood out for its absolute purity of creme de cassis, ripe fruit, medium to full body, high tannin, wonderful sweetness, massive richness on the mid-palate, and abundant power, density, and ripeness. It is clearly the finest Lynch Bages since the 1989 and 1990...94." WA 6/00.

487    12 bottles                              per lot $550-750

**VALANDRAUD 1996**
*St Emilion*
*oc*
"…Unfined and unfiltered, this viscous wine dis-
plays the tell-tale thickness of color (saturated
dark ruby/plum/purple). The wine's exotic bouquet
is just beginning to form, offering up notes of
iodine, roasted coffee, jammy black fruits, and
pain grille. In the mouth, it is medium to full-bod-
ied, with sweet tannin, terrific texture, and out-
standing purity and length…" WA 4/99.
488    12 bottles                    per lot $2000-3000

**LA MONDOTTE 1998**
*St Emilion*
"An amazing tour de force in winemaking, this
massive, opaque black/purple-colored offering
boasts an extraordinarily pure nose …It is unctu-
ously-textured, with exhilarating levels of black-
berry/cassis fruit and extract, as well as multiple
dimensions that unfold on the palate…98." WA
4/01.
489    12 bottles                    per lot $2400-3800

**SAUTERNES**

**CHATEAU D'YQUEM**
*Sauternes, Premier Cru Superieur*
*bottom neck or better*
• **1988**                          half-bottles (14)
• **1989**                          half-bottles (8)
490    above 22 half-bottles (375ml)   per lot $2000-3200

**CHATEAU D'YQUEM 1990**
*Sauternes, Premier Cru Superieur*
*bottom neck or better*
"An extraordinary effort in this powerful, block-
buster vintage, Yquem's '90 is the richest of the
fabulous trilogy of superb sweet wine vintages
in Bordeaux- '88, '89, '90…massive on the palate,
with layers of intensely ripe botrytis-tinged fruit.
Surprisingly good acidity and a seamless, full-bod-
ied power and richness are remarkably harmonious
and pure…one of the richest Yquems I have ever
tasted…99." WA 4/99.
491    14 half-bottles (375ml)         per lot $1200-1800

**CHATEAU D'YQUEM 1994**
*Sauternes, Premier Cru Superieur*
*owc*
492    12 bottles            per lot $1200-1800

**CHATEAU D'YQUEM 1995**
*Sauternes, Premier Cru Superieur*
*owc*
493    24 half-bottles (375ml)      per lot $1500-2200

**RED BURGUNDY**

**ASSORTMENT CASE**
**DOMAINE DE LA ROMANEE CONTI 1986**
*Cote de Nuits, Grand Cru*
*all 2.5cm or better, one Romanee Conti, three La Tache,*
*one Richebourg, two Romanee St Vivant one with signs*
*of seepage, two Grands Echezeaux one with signs of*
*seepage, three Echezeaux, owc*
494    12 bottles            per lot $3500-5000

**ECHEZEAUX DOMAINE DE LA ROMANEE CONTI
1986**
*Cote de Nuits, Grand Cru*
*3cm or better, two signs of old seepage, owc*
495    12 bottles            per lot $1400-2000

**LA TACHE DOMAINE DE LA ROMANEE CONTI
1986**
*Cote de Nuits, Grand Cru*
*ten 2cm or better, two 3cm, owc banded prior to*
*inspection*
496    12 bottles            per lot $2800-4000

**CORTON CLOS DES CORTONS FAIVELEY 1990**
*Cote de Beaune, Grand Cru*
*owc*
497    12 bottles            per lot $1200-1800

**MUSIGNY VIEILLES VIGNES COMTE GEORGES DE VOGUE 1990**
*Cote de Nuits, Grand Cru*
*2cm or better, owc*
"The Bordeaux-like, saturated dense ruby/purple color is followed by a tight-fisted nose and flavors of black fruits, underbrush, minerals, smoke, and new oak…This loaded effort should prove to be one of the longest-lived red Burgundies made in the last twenty years…96." WA 2/02.

498   12 bottles                    per lot $3200-4800

**BONNES MARES COMTE GEORGES DE VOGUE 1993**
*Cote de Nuits, Grand Cru*
"A beauty, boasting clean, pure, subtle currant, black cherry and mint flavors. Elegant structure of silky tannins. Tight and closed in, it's not giving much now; try in 2000…94." WS 11/95.

499   12 bottles                    per lot $1500-2000

**MAZIS CHAMBERTIN MAUME 1990**
*Cote de Nuits, Grand Cru*
*oc*

500   12 bottles                    per lot $800-1200

**BONNES MARES DOMAINE LEROY 1995**
*Cote de Nuits, Grand Cru*

501   3 bottles                     per lot $600-900

**ROMANEE ST VIVANT ROBERT ARNOUX 1995**
*Cote de Nuits, Grand Cru*

502   6 bottles                     per lot $700-1000

**BONNES MARES ROBERT GROFFIER 1995**
*Cote de Nuits, Grand Cru*

503   10 bottles                    per lot $800-1200

**GEVREY CHAMBERTIN CLAUDE DUGAT 1995**
*Cote de Nuits*

504   12 bottles                    per lot $450-650

**MUSIGNY VIEILLES VIGNES COMTE GEORGES DE VOGUE 1995**
*Cote de Nuits, Grand Cru*
"One of the greatest wines of the vintage…How anything can be this massive, powerful, and robust and yet be strikingly elegant and refined…Complex, intensely deep and buttressed…93-96." WA 6/97.

505   12 bottles                    per lot $2000-3000

**GEVREY CHAMBERTIN CLAUDE DUGAT 1996**
*Cote de Nuits*
*wine stained labels*

506   11 bottles                    per lot $420-600

**CHARMES CHAMBERTIN CLAUDE DUGAT 1997**
*Cote de Nuits, Grand Cru*
"Crafted from yields below 30 h/h, the medium to dark ruby-colored 1997 Charmes-Chambertin displays candied red cherry and spicy aromas. On the palate, it is opulent, sexy, refined, and gorgeously velvety. Flavors reminiscent of cinnamon-laced, red cherry jam coat the palate, and linger for up to 30 seconds or more. This hedonistic wine will offer superb drinking over the next 6-10 years." WA 10/99.

507   5 bottles                     per lot $1100-1600

**ECHEZEAUX EMMANUEL ROUGET 1997**
*Cote de Nuits, Grand Cru*

508   12 bottles                    per lot $1100-1600

**GRIOTTES CHAMBERTIN DOMAINE DES CHEZEAUX 1997**
*Cote de Nuits, Grand Cru*

509   12 bottles                    per lot $500-750

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1997**
*Cote de Nuits, Grand Cru*

510   3 bottles                     per lot $800-1200

**MUSIGNY VIEILLES VIGNES
COMTE GEORGES DE VOGUE 1997**
*Cote de Nuits, Grand Cru*
"...This magnificent wine is medium to full-bod-
ied, sublimely refined, and detailed. It is a great
Musigny in a light and lace-like style. Red currants
and cherries vie for the taster's attention with
spices and fresh clay in its luxurious, yet well-
defined, personality...93-95." WA 10/99.
511   8 bottles                    per lot $1000-1500

**BONNES MARES LOUIS JADOT 1998**
*Cote de Nuits, Grand Cru*
"Good full red-ruby. Liqueur-like red fruits, tar
and sappy oak scents; almost surmuri yet highly
aromatic and fresh. Concentrated, sweet and
full; denser than the '99, with notes of rasp-
berry and roasted nuts. Firmly structured and
very long, with sweet, even tannins. Very strong
wine...93(+?)." IWC 9/02.
512   6 bottles                     per lot $350-550

**ECHEZEAUX EMMANUEL ROUGET 1998**
*Cote de Nuits, Grand Cru*
513   6 bottles                     per lot $500-750

**GRIOTTES CHAMBERTIN JOSEPH ROTY 1998**
*Cote de Nuits, Grand Cru*
*one stained label*
514   4 bottles                    per lot $650-1000

**GEVREY CHAMBERTIN CLAUDE DUGAT 1998**
*Cote de Nuits*
*oc*
515   12 bottles                    per lot $480-700

**CLOS DE TART MOMMESSIN 1998**
*Cote de Nuits, Grand Cru*
*two 6-pack owc*
516   12 bottles                    per lot $650-950

**CLOS VOUGEOT ANNE GROS 1998**
*Cote de Nuits, Grand Cru*
517   4 bottles                     per lot $300-400

**MAZIS CHAMBERTIN MAUME 1998**
*Cote de Nuits, Grand Cru*
*oc*
518   12 bottles                    per lot $450-650

**ROMANEE ST VIVANT ROBERT ARNOUX 1999**
*Cote de Nuits, Grand Cru*
519   6 bottles                    per lot $900-1200

**MUSIGNY VIEILLES VIGNES
COMTE GEORGES DE VOGUE**
*Cote de Nuits, Grand Cru*
• **1991**                                    (6)
• **1992**                     magnums (2)
520   above 6 bottles &
2 magnums (1.5L)       per lot $1500-2400

**GRANDS ECHEZEAUX GROS FRERE ET SOEUR**
*Cote de Nuits, Grand Cru*
• **1993**                                    (7)
• **1995**                                    (6)
521   above 13 bottles        per lot $700-1100

**MIXED BURGUNDY**
*Cote de Nuits, Grand Cru*
• **CHAMBERTIN VIEILLES VIGNES
   DOMAINE ROSSIGNOL TRAPET 1993**     (4)
• **CLOS VOUGEOT MUSIGNI GROS
   FRERE ET SOEUR 1995**               (6)
   *two scuffed labels*
522   above 10 bottles        per lot $500-750

**MIXED BURGUNDY**
• **GEVREY CHAMBERTIN VIEILLES VIGNES
   DOMINIQUE LAURENT 1993**            (1)
   *Cote de Nuits*
• **VOLNAY DOMAINE MICHEL LAFARGE 1995** (4)
   *Cote de Beaune*
• **CORTON CLOS ROGNET
   MEO-CAMUZET 1997**                  (6)
   *Cote de Beaune*
523   above 11 bottles        per lot $420-600

**GEORGES ROUMIER 1995**
- **CHAMBOLLE MUSIGNY** (6)
  *Cote de Nuits*
- **MOREY ST DENIS CLOS DE LA BUSSIERE** (6)
  *Cote de Nuits, Premier Cru*

524 above 12 bottles          per lot $400-650


**MIXED COTE DE NUITS**
- **ECHEZEAUX DOMINIQUE LAURENT 1995** (6)
  *Cote de Nuits, Grand Cru*
- **VOSNE ROMANEE LES SUCHOTS**
  **ROBERT ARNOUX 1996** (6)
  *Cote de Nuits, Premier Cru*

525 above 12 bottles          per lot $650-1000


**DOMAINE LEROY**
- **CHAMBOLLE MUSIGNY**
  **LES FREMIERES 1995** (1)
  *Cote de Nuits*
- **NUITS ST GEORGES AUX BOUDOTS 1995** (3)
  *Cote de Nuits, Premier Cru*
  *one signs of old seepage*
- **VOLNAY SANTENOTS 1995** (1)
  *Cote de Beaune*
- **POMMARD LES VIGNOTS 1996** (3)
  *Cote de Beaune*

526 above 8 bottles          per lot $650-1000


**DOMAINE LEROY 1995**
*Cote de Nuits, Grand Cru*
- **CHAMBERTIN** (1)
- **CLOS DE VOUGEOT** (2)

527 above 3 bottles          per lot $800-1200


**DOMAINE LEROY**
- **NUITS ST GEORGES 1993** (4)
  *Cote de Nuits*
  *two signs of old seepage*
- **GEVREY CHAMBERTIN**
  **LES COMBOTTES 1995** (2)
  *Cote de Nuits, Premier Cru*
- **CHAMBOLLE MUSIGNY**
  **LES CHARMES 1996** (1)
  *Cote de Nuits, Premier Cru*
- **CORTON RENARDES 1996** (2)
  *Cote de Beaune, Grand Cru*

528 above 9 bottles          per lot $750-1100


**MIXED COTE DE NUITS**
- **CHAMBOLLE MUSIGNY LES HAUTS DOIX**
  **ROBERT GROFFIER 1995** (6)
  *Premier Cru*
- **GEVREY CHAMBERTIN CLOS ST JACQUES**
  **LOUIS JADOT 1995** (3)
  *Premier Cru*
- **CHAMBOLLE MUSIGNY LES HAUTS DOIX**
  **ROBERT GROFFIER 1996** (6)
  *Premier Cru*
- **GEVREY CHAMBERTIN VIEILLES VIGNES**
  **SERAFIN PERE ET FILS 1996** (4)

529 above 19 bottles          per lot $700-1100


**DOMINIQUE LAURENT**
*Cote de Nuits*
- **NUITS ST GEORGES LES PRULIERES 1995** (4)
  *Premier Cru*
- **CLOS DE LA ROCHE 1997** (4)
  *Grand Cru*
- **VOSNE ROMANEE LES SUCHOTS 1997** (4)
  *Premier Cru*

530 above 12 bottles          per lot $500-750


**GEVREY CHAMBERTIN CLAUDE DUGAT**
*Cote de Nuits, Premier Cru*
- **LAVAUX ST JACQUES 1995** (1)
- **PREMIER CRU 1997** (4)
- **LAVAUX ST JACQUES 1997** (2)

531 above 7 bottles          per lot $400-600


**ECHEZEAUX 1996**
*Cote de Nuits, Grand Cru*
- **DOMAINE DES PERDRIX** (3)
- **LOUIS JADOT** (3)
- **ROBERT ARNOUX** (6)

532 above 12 bottles          per lot $650-1000


**LOUIS JADOT**
*Cote de Nuits, Grand Cru*
- **GRANDS ECHEZEAUX 1996** (2)
- **ROMANEE ST VIVANT 1996** (3)
- **CLOS VOUGEOT 1997** (4)
- **ECHEZEAUX 1998** (1)
- **CHAPELLE CHAMBERTIN 1999** (2)

533 above 12 bottles          per lot $650-1000

**Louis Jadot 1998**
- **Chambertin Clos de Beze** (4)
  *Cote de Nuits, Grand Cru*
- **Charmes Chambertin** (2)
  *Cote de Nuits, Grand Cru*
- **Clos St Denis** (2)
  *Cote de Nuits, Grand Cru*
- **Gevrey Chambertin Clos St Jacques** (4)
  *Cote de Nuits, Premier Cru*

534    above 12 bottles      per lot $600-900

**Bonnes Mares 1997**
*Cote de Nuits, Grand Cru*
- **Comte Georges de Vogue** (8)
- **Louis Jadot** (4)

535    above 12 bottles      per lot $800-1200

**Mixed Cote de Nuits**
- **Gevrey Chambertin En Champs Vielle Vignes D Mortet 1995** (4)
  *Cote de Nuits*
- **Chambolle Musigny Les Amoureuses Robert Groffier 1997** (3)
  *Cote de Nuits, Premier Cru*

536    above 7 bottles      per lot $240-380

**Chambolle Musigny Les Amoureuses 1997**
*Cote de Nuits, Premier Cru*
- **Comte Georges de Vogue** (8)
- **Louis Jadot** (4)

537    above 12 bottles      per lot $750-1100

**Chambertin Rousseau**
*Cote de Nuits, Grand Cru*
- **1997** (4)
- **Clos de Beze 1997** (4)

538    above 8 bottles      per lot $650-950

**Louis Jadot 1997**
*Cote de Nuits, Grand Cru*
- **Chambertin Clos de Beze** (4)
- **Chapelle Chambertin** (4)
- **Charmes Chambertin** (4)

539    above 12 bottles      per lot $650-950

**Louis Jadot 1997**
*Cote de Nuits, Grand Cru*
- **Clos de la Roche** (4)
- **Echezeaux** (4)
- **Grands Echezeaux** (4)

540    above 12 bottles      per lot $500-750

**Dominique Laurent 1997**
*Cote de Nuits, Grand Cru*
*two 6-pack oc*
- **Echezeaux** (6)
- **Grands Echezeaux** (6)

541    above 12 bottles      per lot $650-1000

**Dominique Laurent 1997**
*Cote de Nuits, Grand Cru*
*two 6-pack oc*
- **Charmes Chambertin** (6)
- **Clos Vougeot** (6)

542    above 12 bottles      per lot $550-800

**Robert Groffier 1997**
- **Bonnes Mares** (6)
  *Cote de Nuits, Grand Cru*
- **Chambolle Musigny Les Amoureuses** (6)
  *Cote de Nuits, Premier Cru*

543    above 12 bottles      per lot $700-1100

**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
- **Grands Echezeaux** (3)
- **Richebourg** (3)
- **Romanee St Vivant** (3)

544    above 9 bottles      per lot $1400-2000

**Bouchard 1997**
*Cote de Nuits, Grand Cru*
- **Bonnes Mares** (6)
- **Corton Pere et Fils** (6)

545    above 12 bottles      per lot $320-500

**Joseph Roty 1998**
*Cote de Nuits, Grand Cru*
- **Charmes Chambertin Cuvee Tres Vieilles Vignes** (4)
- **Mazy Chambertin** (4)

546    above 8 bottles      per lot $800-1200

**LOUIS JADOT 1998**
*Cote de Beaune, Grand Cru*
- **CLOS DE LA ROCHE** (6)
- **CLOS VOUGEOT** (6)

547    above 12 bottles                    per lot $400-600


**COTE DE NUITS 1999**
*Premier Cru*
- **CHAMBOLLE MUSIGNY PREMIER CRU**
  **COMTE GEORGES DE VOGUE** (6)
- **VOSNE ROMANEE REIGNOTS BOUCHARD** (6)
  *6-pack owc*

548    above 12 bottles                    per lot $600-900


## WHITE BURGUNDY

**CHASSAGNE MONTRACHET MORGEOT**
**DOMAINE RAMONET 1990**
*Cote de Beaune*
*five signs of old seepage, oc*

549    12 bottles                    per lot $800-1200


**MONTRACHET COMTES LAFON 1993**
*Cote de Beaune, Grand Cru*
"Mind-boggling, full-throttle white Burgundy that
not only delivers amazing toast, butterscotch,
honey and ripe fruit complexity, but also kicks in
on the finish with awesome intensity. Creamy,
silky texture and overall balance are simply magi-
cal…98."WS 5/96.

550    6 bottles                    per lot $4000-6000


**CORTON CHARLEMAGNE DOMAINE LEROY 1993**
*Cote de Beaune, Grand Cru*
*one sign of old seepage*

551    6 bottles                    per lot $400-600


**MEURSAULT COCHE-DURY 1993**
*Cote de Beaune*

552    12 bottles                    per lot $850-1300


**MONTRACHET REMOISSENET 1993**
*Cote de Beaune, Grand Cru*

553    12 bottles                    per lot $1200-1800


**BATARD MONTRACHET**
**DOMAINE LEFLAIVE 1994**
*Cote de Beaune, Grand Cru*
*ten signs of old seepage, oc*
"Like sipping cream. Oily-textured and full-bod-
ied, with pear, piecrust, vanilla bean, peach and
toasted bread flavors. Appealingly round, supple,
harmonious finish…"WS 8/96.

554    12 bottles                    per lot $1400-2000


**BIENVENUES BATARD MONTRACHET**
**DOMAINE LEFLAIVE 1994**
*Cote de Beaune, Grand Cru*
*oc*

555    12 bottles                    per lot $600-900


**MONTRACHET SAUZET 1995**
*Cote de Beaune, Grand Cru*

556    2 bottles                    per lot $700-1000


**BATARD MONTRACHET SAUZET 1995**
*Cote de Beaune, Grand Cru*

557    6 bottles                    per lot $700-1000


**CHEVALIER MONTRACHET LES DEMOISELLES**
**LOUIS LATOUR 1995**
*Cote de Beaune, Grand Cru*

558    6 bottles                    per lot $500-750


**MONTRACHET MARQUIS DE LAGUICHE**
**JOSEPH DROUHIN 1996**
*Cote de Beaune, Grand Cru*

559    3 bottles                    per lot $600-900


**MONTRACHET SAUZET 1996**
*Cote de Beaune, Grand Cru*

560    3 bottles                    per lot $700-1000


**MONTRACHET LOUIS JADOT 1996**
*Cote de Beaune, Grand Cru*

561    7 bottles                    per lot $1100-1700

**Batard Montrachet**
**Domaine Ramonet 1996**
*Cote de Beaune, Grand Cru*
562   3 bottles                    per lot $600-900

**Batard Montrachet Sauzet 1996**
*Cote de Beaune, Grand Cru*
563   4 bottles                    per lot $800-1200

**Mixed Cote de Beaune**
• **Puligny Montrachet Carillon 1995**   (1)
• **Meursault Les Narvaux**
  **Domaine Leroy 1996**               (3)
  *two signs of old seepage*
564   above 4 bottles               per lot $200-300

**Batard Montrachet**
**Chartron et Trebuchet 1996**
*Cote de Beaune, Grand Cru*
565   12 bottles                   per lot $800-1200

**Chablis Butteaux Raveneau 1990**
*Cote de Beaune, Premier Cru*
*2cm or better, oc*
566   12 bottles                   per lot $700-1000

**Chassagne Montrachet Les Chaumes**
**Colin-Deleger 1996**
*Cote de Beaune, Premier Cru*
567   12 bottles                   per lot $350-550

**Chablis Montee de Tonnerre**
**Raveneau 1990**
*Chablis, Premier Cru*
*2cm or better, one cracked capsule, signs of old seep-*
*age, oc*
568   12 bottles                   per lot $800-1200

**Chevalier Montrachet Clos des Chevalier**
**Chartron et Trebuchet 1996**
*Cote de Beaune, Grand Cru*
569   12 bottles                   per lot $950-1400

**Puligny Montrachet Le Cailleret**
**Colin-Deleger 1996**
*Cote de Beaune, Premier Cru*
*oc*
570   12 bottles                   per lot $480-700

**Montrachet Bouchard 1997**
*Cote de Beaune, Grand Cru*
571   3 bottles                    per lot $550-800

**Montrachet Olivier Leflaive 1997**
*Cote de Beaune, Grand Cru*
572   3 bottles                    per lot $500-750

**Meursault Francois Jobard 1989**
*Cote de Beaune, Premier Cru*
• **Les Charmes**                     (6)
• **Les Poruzots**                    (6)
573   above 12 bottles              per lot $600-900

**Chablis Raveneau 1990**
*Chablis, Premier Cru*
• **Butteaux**                        (7)
• **Chapelot**                        (1)
• **Vaillons**                        (4)
  *two signs of old seepage*
574   above 12 bottles              per lot $800-1200

**Meursault Francois Jobard**
*Cote de Beaune, Premier Cru*
• **Genevrieres 1989**                (5)
• **Les Charmes 1989**                (1)
• **Les Charmes 1990**                (6)
575   above 12 bottles              per lot $800-1200

**Meursault Jobard 1990**
*Cote de Beaune, Premier Cru*
• **Genevrieres**                     (6)
• **Les Poruzots**                    (6)
576   above 12 bottles              per lot $750-1100

**Francois Jobard 1995**
*Cote de Beaune*
- **Meursault Genevrieres** (1)
  *Premier Cru*
- **Meursault Les Charmes** (2)
  *Premier Cru*
- **Meursault Les Poruzots** (6)
  *Premier Cru*
- **Puligny Montrachet Le Trezin** (3)

577    above 12 bottles              per lot $650-1000

**Chevalier Montrachet**
*Cote de Beaune, Grand Cru*
- **Verget 1994** (4)
- **Bouchard 1995** (2)

578    above 6 bottles               per lot $450-700

**Chassagne Montrachet Les Vergers**
*Cote de Beaune, Premier Cru*
- **Colin-Deleger 1994** (1)
- **Colin-Deleger 1995** (6)
- **Domaine Ramonet 1995** (6)

579    above 13 bottles              per lot $480-700

**Montrachet 1995**
*Cote de Beaune, Grand Cru*
- **Bouchard** (2)
- **Louis Jadot** (3)

580    above 5 bottles               per lot $750-1000

**Corton Charlemagne 1995**
*Cote de Beaune, Grand Cru*
- **Bonneau du Martray** (6)
- **Louis Latour** (6)

581    above 12 bottles              per lot $750-1100

**Puligny Montrachet Sauzet 1995**
*Cote de Beaune, Premier Cru*
- **Champs Canet** (3)
- **Les Folatieres** (3)
- **Les Perrieres** (3)
- **Les Referts** (6)

582    above 15 bottles              per lot $550-800

**Batard Montrachet 1996**
*Cote de Beaune, Grand Cru*
- **Louis Jadot** (4)
- **Verget** (2)

583    above 6 bottles               per lot $800-1200

**Auxey Duresses Les Clous
Domaine d'Auvenay 1996**
*Cote de Beaune*

584    12 bottles                    per lot $600-900

**Chassagne Montrachet Colin-Deleger 1996**
*Cote de Beaune, Premier Cru*
- **En Remilly** (4)
- **Maltroie** (4)
- **Morgeot** (4)

585    above 12 bottles              per lot $420-650

**Chablis**
*Chablis, Grand Cru*
- **Bougros Verget 1996** (3)
- **Valmur Verget 1996** (3)
- **Les Clos Raveneau 1998** (3)
- **Valmur Raveneau 1998** (3)

586    above 12 bottles              per lot $550-850

**Cote de Beaune 1996**
- **Chassagne Montrachet
  La Romanee Verget** (4)
  *Premier Cru*
- **Corton Charlemagne Louis Jadot** (3)
  *Grand Cru*

587    above 7 bottles               per lot $420-650

**Montrachet 1997**
*Cote de Beaune, Grand Cru*
- **Chartron et Trebuchet** (3)
- **Louis Latour** (3)

588    above 6 bottles               per lot $550-800

## RHONE

### Hermitage JL Chave 1988
*Rhone*
*bottom neck or better, oc*
*Parcel: lots 589-590*

| | | |
|---|---|---|
| 589 | 12 bottles | per lot $1200-1800 |
| 590 | 12 bottles | per lot $1200-1800 |

### Hermitage La Chapelle Jaboulet 1990
*Rhone*
*2cm or better, oc*
"There is extraordinary freshness for such a mammoth wine in addition to abundant tannin, an amazing 60-second finish, and a level of glycerin and thick, fleshy texture that have to be tasted to be believed...100." WA 6/00.

| | | |
|---|---|---|
| 591 | 12 bottles | per lot $2400-3500 |

### Hermitage La Chapelle Jaboulet 1990
*Rhone*
*bottom neck or better, two stained labels, signs of old seepage, oc*

| | | |
|---|---|---|
| 592 | 6 magnums (1.5L) | per lot $2400-3500 |

### Cornas Clape 1990
*Rhone*
*bottom neck or better, oc*

| | | |
|---|---|---|
| 593 | 12 bottles | per lot $480-700 |

### Cornas Noel Verset 1990
*Rhone*
*bottom neck or better*

| | | |
|---|---|---|
| 594 | 12 bottles | per lot $480-700 |

### Cornas Noel Verset 1990
*Rhone*
*oc*
*Parcel: lots 595-596*

| | | |
|---|---|---|
| 595 | 6 magnums (1.5L) | per lot $480-700 |
| 596 | 6 magnums (1.5L) | per lot $480-700 |

### Hermitage Tardieu Laurent 1997
*Rhone*

| | | |
|---|---|---|
| 597 | 12 bottles | per lot $350-550 |

### Ermitage Le Pavillon Chapoutier 1991
*Rhone*
*two signs of old seepage*
"...it is another perfect wine. The saturated black/purple color is followed by a compelling bouquet of spices, roasted meats, and black and red fruits. Enormously concentrated yet with brilliant focus and delineation to its awesomely-endowed personality, this extraordinary wine should age effortlessly for three plus decades...100." WA 06/94.

| | | |
|---|---|---|
| 598 | 7 bottles | per lot $1100-1600 |

### Chateauneuf du Pape Barbe Rac Chapoutier 1999
*Rhone*
*owc*
"...a big beast of a Chateauneuf. It offers a gorgeous nose of black fruits, smoke, and dried herbs. In the mouth, the wine is dense, with an unctuous texture, full body, and a long, concentrated, fruit-driven finish. It is a top-flight Chateauneuf du Pape...90-93." WA 10/00.

| | | |
|---|---|---|
| 599 | 6 bottles | per lot $300-450 |

### Cote Rotie La Landonne Delas 1999
*Rhone*
*two 6-pack owc*
"...An opaque purple color and spectacular nose of scorched earth, roasted meat juices, blackberry liqueur, licorice, minerals, and toast are followed by an amazingly concentrated, textured wine with exquisite depth, balance, and length...This is one for the history books....94-96." WA 2/01.

| | | |
|---|---|---|
| 600 | 12 bottles | per lot $1200-1800 |

### Hermitage Les Bessards Delas 1999
*Rhone*
*owc*
"The blockbuster, opaque black/purple-colored 1999 Hermitage Les Bessards offers a flatteringly sweet bouquet of black fruits, licorice, smoke, and minerals. The wine is unctuously-textured, seemingly low in acidity, with great opulence, and a multilayered, velvety finish...95-98." WA 2/01.

| | | |
|---|---|---|
| 601 | 6 bottles | per lot $450-650 |

### Hermitage Les Bessards Delas 1999
*Rhone*
*two 6-pack owc*
602    12 bottles                     per lot $900-1300

### Chateauneuf du Pape Deux Freres Pierre Usseglio 2000
*Rhone*
*owc*
"...extremely full-bodied and strikingly pure with copious quantities of blackberry and cherry liquer intermixed with spice, and subtle pain grille. Enormously-endowed, with multiple flavor dimensions...94-97." WA 12/01.
603    6 bottles                      per lot $600-900

### Chateauneuf du Pape Reserve La Vieille Julienne 2000
*Rhone*
*6-pack owc*
"...This massively constituted, full-bodied effort possesses huge amounts of glycerin in addition to a staggeringly concentrated, multilayered attack and mid-palate. The sumptuous finish lasts for nearly a minute. The purity, seamlessness, and overall symmetry are spectacular in this wine... a candidate for wine of the vintage...98-100." WA 12/01.
604    6 bottles                      per lot $750-1000

### Chateauneuf du Pape V.V. La Vieille Julienne 2000
*Rhone*
*6-pack owc*
"...offers the essence of kirsch liqueur intermixed with licorice, smoke, and minerals. It possesses a striking bouquet, but the wine is closed. There is great precision, stunning purity, concentration, and length...should prove to be a future legend...96-99." WA 12/01.
605    6 bottles                      per lot $600-900

### Ermitage L'Ermite Chapoutier 2000
*Rhone*
"...reveals notes of liquid minerals intermixed with kirsch liqueur and blackberries... appears to be a hypothetical blend of Bordeaux's Lafleur and Ausone... 2000 flirts with perfection. A provocative wine with great minerality, finesse, and delineation, it blew me away when I tasted it from bottle...99+." WA 6/03.
606    6 bottles                      per lot $700-1000

### Ermitage Le Pavillon Chapoutier 2000
*Rhone*
*owc*
"...brilliant out of bottle. Notes of graphite, ink, licorice, creme de cassis, and minerals jump from the glass of this syrup of Hermitage. Full-bodied, unctuously-textured, gorgeously rich, spectacularly concentrated and long, it is a tour de force in winemaking...98+." WA 6/03.
607    6 bottles                      per lot $700-1000

### Cornas Clape
*Rhone*
*bottom neck or better*
• **1988**                                       (4)
• **1990**                                       (5)
608    above 9 bottles                per lot $300-450

### Mixed Rhone 1990
*Rhone*
*bottom neck or better*
• **Cote Rotie La Landonne Rene Rostaing**       (4)
• **Cornas Noel Verset**                          (8)
609    above 12 bottles               per lot $500-750

### Chateauneuf du Pape 1998
*Rhone*
• **Cuvee Prestige Roger Sabon**                  (6)
• **Vieux Telegraphe**                            (6)
610    above 12 bottles               per lot $600-900

### Ermitage de L'Oree Chapoutier 1991
*Rhone*
*3cm or better, one torn label, two signs of old seepage*
611    6 bottles                      per lot $400-600

### Ermitage Blanc Cuvee de L'Oree Chapoutier 2000
*Rhone*
*owc*
"…a compelling, full-bodied, massively-endowed white that should be even better after bot-tling. Along with Gerard and Jean-Louis Chave, Chapoutier is producing the finest expressions of white Hermitage. His single vineyard cuvees are to die for if you like these eccentric, idiosyncratic, mammoth dry whites…" WA 4/02.

612    6 bottles                    per lot $700-1000

### Ermitage Blanc Le Meal Chapoutier 2000
*Rhone*
*owc*
"…possesses huge levels of glycerin, intensity, and concentration, the likes of which I have never before tasted in a dry white Hermitage. It is hard to say where this wine is going, or how long it will take to get there, but this should be a rivet-ing example for true connoisseurs…" WA 4/02.

613    6 bottles                    per lot $850-1200

### PROVENCE

### Provence Red Les Baux Trevallon 1990
*Provence*

614    12 bottles                   per lot $500-750

### Bandol Cabassaou Cuvee Speciale Domaine Tempier 1988
*Bandol*
*bottom neck or better, oc*

615    6 magnums (1.5L)             per lot $600-900

### Bandol Domaine Tempier 1988
*Bandol*
*oc*
• **Cabassaou Cuvee Speciale**         (12)
• **La Louffe**                        (12)

616    above 24 bottles             per lot $750-1200

### CHAMPAGNE

### Krug Brut 1985
*Champagne*
*individual gift boxes*
"A seductive, fully mature, spicy-flavored Champagne that's rich in texture, full in body, still quite firm in balance and long on the finish. What a satisfying taste experience!…94." WS 12/96.

617    6 bottles                    per lot $850-1200
618    12 bottles                   per lot $1700-2400

### Salon Blanc de Blanc Le Mesnil 1985
*Champagne*
*individual gift boxes*
"A wonderful, mature Champagne, offering toast, mushroom, honey and citrus aromas and flavors that evolve into a long walnut aftertaste. Its rich-ness is offset by bracing acidity, yet not quite fully integrated. Full-bodied and aristocratic. Drink now through 2005…95." WS 11/00.

619    6 bottles                    per lot $550-800

### Salon Blanc de Blancs Le Mesnil 1985
*Champagne*

620    6 magnums (1.5L)             per lot $1100-1600

### Dom Perignon 1988
*Champagne*
*individual gift boxes*
*Parcel: lots 621-622*

621    12 bottles                   per lot $900-1200
622    12 bottles                   per lot $900-1200

### Charles Heidsieck 1990
*Champagne*
"Seamless from start to finish. An elegantly woven tapestry of fruit blossoms, citrus, honey and vanil-la, creamy and pliant, finely integrated with firm structure. This really sings today…98." WS 11/01.

623    10 magnums (1.5L)            per lot $650-1000

**Pol Roger Sir Winston Churchill 1990**
*Champagne*
*six individual gift boxes, 6-pack oc*
"Power and intensity in a glass. Bold and full of
bread dough and apple, with a marmalade note,
married to a big, firm structure, it still seems
youthful. A brilliant Champagne that should devel-
op beautifully. Best from 2001 through 2010…96."
WS 12/00.

| | | |
|---|---|---|
| 624 | 12 bottles | per lot $1000-1500 |

**Pol Roger Sir Winston Churchill 1990**
*Champagne*
*Parcel: lots 625-626*

| | | |
|---|---|---|
| 625 | 12 bottles | per lot $1000-1500 |
| 626 | 12 bottles | per lot $1000-1500 |

**Salon Blanc de Blancs Mesnil 1990**
*Champagne*
*both lots: two 6-pack owc*
*Parcel: lots 627-628*
"The Salon packs a lot of power for a blanc de
blancs, tasting more like a Montrachet with
bubbles. It has real depth and concentration,
combining fresh floral and citrus notes with its
signature nutty flavor. Each provides an incredible
Champagne experience…97." WS 08/01.

| | | |
|---|---|---|
| 627 | 12 bottles | per lot $1200-1800 |
| 628 | 12 bottles | per lot $1200-1800 |

## ALSACE

**Gewurztraminer Vendage Tardive**
**Zind-Humbrecht 1989**
*Alsace*
• **Heimbourg**                    magnums (4)
• **Hengst**                        magnums (2)
  *Grand Cru*

| | | |
|---|---|---|
| 629 | above 6 magnums (1.5L) | per lot $700-1100 |

**Zind-Humbrecht 1994**
*Alsace, Grand Cru*
• **Gewurztraminer Hengst**
  **Vendange Tardive**           magnums (2)
• **Riesling Clos St Urbain**
  **Rangen de Thann**            magnums (4)

| | | |
|---|---|---|
| 630 | above 6 magnums (1.5L) | per lot $800-1200 |

**Zind-Humbrecht 1994**
*Alsace, Grand Cru*
• **Gewurztraminer**
  **Clos Windsbuhl**               magnum (1)
• **Pinot Gris Clos St Urbain Rangen de Thann**
  **Vendage Tardive**            magnums (4)

| | | |
|---|---|---|
| 631 | above 5 magnums (1.5L) | per lot $450-700 |

## ITALY

**Spanna Vallana**
*Piedmont*
• **1955**                                (2)
  *top shoulder*
• **1958**                                (8)
  *two bottom neck or better, two top shoulder, one just
  below top shoulder, three upper shoulder*

| | | |
|---|---|---|
| 632 | above 10 bottles | per lot $350-550 |

**Amarone Allegrini 1996**
*Veneto*
"The outstanding dark purple-colored 1996
Amarone offers a knock-out nose of wood charcoal
intermixed with black truffles, melted asphalt,
blackberries, and roast beef. Amazingly rich and
full-bodied, but not heavy, this chewy, thick,
exceptionally pure, harmonious offering should
drink well for 10-15+ years. Its low acidity and
gorgeously ripe fruit provide imemdiate accessibil-
ity…95." WA 8/00.

| | | |
|---|---|---|
| 633 | 12 bottles | per lot $500-750 |

**Barbaresco Asili Riserva**
**Bruno Giacosa 1996**
*Piedmont*
*owc*
"The utterly perfect, dense ruby/purple-colored
1996 Barbaresco Asili (Red Label Riserva) is a
heroic offering brilliantly displaying both power
and elegance. The bouquet develops incrementally,
offering up aromas of black raspberries, cherries,
cigar box, licorice, and leather. The wine impresses
with its nuances as well as its extraordinarily rich,
dense mid-palate, and a finish that lasts nearly a
minute. There is huge tannin, but equally massive
concentration, extract, and overall harmony…98."
WA 6/01.

| | | |
|---|---|---|
| 634 | 6 bottles | per lot $600-900 |

**BARBARESCO ASILI RISERVA**
**BRUNO GIACOSA 1996**
*Piedmont*

635   3 magnums (1.5L)                per lot $600-900

**SASSICAIA TENUTA SAN GUIDO 1996**
*Tuscany*
oc

636   6 bottles                        per lot $500-750

**SASSICAIA TENUTA SAN GUIDO 1996**
*Tuscany*

637   6 magnums (1.5L)                per lot $1000-1500

**CAMPOLEONE LAMBORGHINI 1997**
*Umbria*

638   6 bottles                        per lot $750-1000

**CEPPARELLO ISOLE OLENA 1997**
*Tuscany*
oc

"This blockbuster of a Sangiovese shows layers of ripe fruit on the palate, with loads of ripe tannins and a long, fruity finish. Truly monumental for this producer and appellation. Breathtaking…96." WS 11/99.

639   12 bottles                       per lot $700-1100

**L'INSIEME ALTARE 1997**
*Barolo*

640   12 bottles                       per lot $950-1300

**MONTEVETRANO 1997**
*Umbria*
oc

"Opaque purple-colored, with a layered, naturally textured feel, this full-bodied, spectacularly concentrated, multidimensional wine must be tasted to be believed. A prodigious effort, it may be the finest Montevetrano yet made… which is saying something given how spectacular other vintages have been…96." WA 8/99.

641   6 bottles                        per lot $550-800

**MONTEVETRANO 1997**
*Umbria*
two 6-pack oc

642   12 bottles                       per lot $1100-1600

**MONTIANO FALESCO 1997**
*Umbria*
oc
*Parcel: lots 643-645*

"…fabulous. It displays multiple layers that build in the mouth, exploding at the back of the palate. From its opaque purple color, the huge sweet notes of chocolate, smoke, black fruits, and toast satiate the olfactory senses, yet please the mind's intellectual yearnings. Pure and powerful, yet brilliantly knit together…this sensational wine is one of the finest Merlots made in Italy…96." WA 8/99.

643   12 bottles                       per lot $550-800
644   12 bottles                       per lot $550-800
645   12 bottles                       per lot $550-800

**ORNELLAIA 1997**
*Tuscany*
owc

"This Tuscan gem is black in color, with complex aromas of black currants, minerals and wet earth.  Full-bodied, with lots of tannins, but very polished.  Long, long finish.  Super well-made -- a great Ornellaia…96." WS 7/00.

646   6 bottles                        per lot $650-900

**SOLAIA ANTINORI 1997**
*Tuscany*
oc

"Dark ruby in color, with extremely ripe raisin and spice aromas. Full-bodied and very chewy, with loads of polished tannins and a long, long finish that's big and fruity. A solid, muscular red from Tuscany, this is the greatest Solaia ever made. Best after 2004…98." WS 6/00.

647   12 bottles                       per lot $2600-3800

**SOLAIA ANTINORI 1997**
*Tuscany*

648   12 bottles                       per lot $2600-3800

**Barbaresco Rabaja Bruno Giacosa 1998**
*Piedmont*
*owc*
"Complex notes of soy, earth, candied cherry fruit, and cigar box emerge from this concentrated yet intellectually challenging effort...95." WA 10/01.

649    6 bottles                                   per lot $350-550

**Vigna d'Alceo Castello dei Rampolla 1999**
*Tuscany*
"It tastes like the Sammarco on steroids...fabulously concentrated yet remarkably light on its feet, with medium to full body, sweet tannin, and layer upon layer of flavor nuances...99." WA 10/01.

650    12 bottles                                  per lot $1400-2000

**Vigna d'Alceo Castello dei Rampolla 2000**
*Tuscany*

651    6 bottles                                   per lot $600-900

**Giusto di Notri Tua Rita 2000**
*Tuscany*
*oc*
"It requires decanting to strut its stuff, but it is phenominally rich...a full-bodied, powerful, concentrated style with remarkable precision and harmony for a wine of such massive intensity and richness...95." WA 12/02.

652    6 bottles                                   per lot $400-600

**Brunello di Montalcino 1997**
*Tuscany*
*two 6-pack ocs*
• **La Fiorita**                                            (6)
• **Valdicava**                                             (6)

653    above 12 bottles                            per lot $550-800

**Italian Wines 1997**
• **San Leonardo Vallagarina**                 (6)
    *Trentino*
    *6-pack owc*
• **Syrah Podere Il Bosco Manzano**            (6)
    *Tuscany*
    *6-pack oc*

654    above 12 bottles                            per lot $420-650

**Mixed Italian Wines**
*Tuscany*
*three 6-pack ocs*
• **Guado Al Tasso Antinori 1997**             (6)
• **Sammarco Castello dei Rampalla 1997**      (6)
• **Guado Al Tasso Antinori 1999**             (6)

655    above 18 bottles                           per lot $1000-1500

**Montiano Falesco**
*Umbria*
*two 6-pack ocs*
• **1997**                                                 (6)
• **2000**                                                 (6)

656    above 12 bottles                            per lot $450-700

**Mixed Italian Wines**
*Umbria*
*two 6-pack oc*
• **Villa Fidelia Sportoletti 1999**           (6)
• **Montevetrano 2000**                         (6)

657    above 12 bottles                            per lot $550-800

**Campoleone Lamborghini**
*Umbria*
*three 6-pack oc*
• **1999**                                                 (6)
• **2000**                                                (12)

658    above 18 bottles                           per lot $1000-1500

<u>**SPAIN**</u>

**Artadi El Pison 1995**
*Rioja*
*owc*

659    6 bottles                                   per lot $800-1100

**Mixed Rioja 1995**
• **Artadi Pagos Viejos Reserva**              (6)
    *6-pack oc*
• **Muga Torre Muga Reserva**                   (6)
    *6-pack owc*

660    above 12 bottles                            per lot $600-900

**ABADIA RETUERTA PAGO NEGRALATO 1996**
*Sardon de Duero*
"This is unquestionably a spectacular effort, displaying a saturated purple color, and a knock-out blackberry, chocolate, licorice, and earthy-scented nose. Exquisitely balanced, this full-bodied wine is crammed with fruit, yet it does not come across as heavy or overbearing...93-96." WA 10/98.
661    12 bottles                    per lot $650-950

**L'ERMITA VELLES VINYES ALVARO PALACIOS 1996**
*Priorat*
owc
662    6 bottles                    per lot $750-1000

**L'ERMITA VELLES VINYES ALVARO PALACIOS 1996**
*Priorat*
663    6 bottles                    per lot $750-1000

**REMIREZ DE GANUZA RESERVA**
*Rioja*
two 6-pack owc
• 1996                                    (6)
• 1998                                    (6)
664    above 12 bottles             per lot $400-600

**FINCA DOFI ALVARO PALACIO 1997**
*Priorat*
665    6 bottles                    per lot $300-400

**L'ERMITA VELLES VINYES ALVARO PALACIOS 1997**
*Priorat*
*Parcel: lots 666-667*
666    6 bottles                    per lot $600-900
667    6 bottles                    per lot $600-900

**PINGUS 1997**
*Ribera del Duero*
*scuffed labels, owc*
*Parcel: lots 668-669*
668    12 bottles                   per lot $1800-2400
669    12 bottles                   per lot $1800-2400

**CLOS ERASMUS 1998**
*Priorat*
670    6 bottles                    per lot $1100-1600

**L'ERMITA PALACIOS 1998**
*Priorat*
*Parcel: lots 671-672*
671    6 bottles                    per lot $700-1000
672    6 bottles                    per lot $700-1000

**PORT**

**MIXED PORT**
*Douro*
• **GRAHAM 1963**                          (5)
  *four bottom neck or better, one top shoulder, two soiled labels, three signs of old seepage*
• **FONSECA 1970**                         (4)
  *four bottom neck or better*
673    above 9 bottles              per lot $950-1300

**GRAHAM 1985**
*Douro*
owc
674    12 bottles                   per lot $500-750

**GRAHAM 1985**
*Douro*
*Parcel: lots 675-677*
675    12 bottles                   per lot $500-750
676    12 bottles                   per lot $500-750
677    12 bottles                   per lot $500-750

**WARRES 1985**
*Douro*
owc
678    12 bottles                   per lot $380-550

**WARRES 1985**
*Douro*
*Parcel: lots 679-680*
679    12 bottles                   per lot $380-550
680    12 bottles                   per lot $380-550

**Dow 1994**
*Douro*

681    6 magnums (1.5L)                per lot $450-700


**Fonseca 1994**
*Douro*

owc

"One of the most spectacular 1994s...a flashy display of jammy cassis, pepper, licorice, and truffles, this port is an attention-grabber...97." WA 10/96.

682    12 bottles                per lot $900-1400


**Fonseca 1997**
*Douro*

"A young Port, with good, dark color and mineral and raspberry character. Medium- to full-bodied, with a solid core of fruit and a firm, silky finish. This is outstanding... 91." WS 2/00.

683    6 bottles                 per lot $240-400
684    12 bottles                per lot $500-750


**Fonseca 1997**
*Douro*

owc
*Parcel: lots 685-689*

685    12 bottles                per lot $500-750
686    12 bottles                per lot $500-750
687    12 bottles                per lot $500-750
688    12 bottles                per lot $500-750
689    12 bottles                per lot $500-750


**Niepoort 1997**
*Douro*

*Parcel: lots 690-691*

"The greatest modern vintage of Niepoort...Full-bodied and mouthpuckering, this young body-builder of a Port has loads of fruit and powerful tannins. Amazingly long finish...98." WS 2/00.

690    12 bottles                per lot $450-650
691    12 bottles                per lot $450-650


**Quinta do Noval 1997**
*Douro*

owc

692    6 bottles                 per lot $600-900


**Quinta do Noval 1997**
*Douro*

*both lots: two 6-pack owc*
*Parcel: lots 693-694*

693    12 bottles                per lot $1200-1800
694    12 bottles                per lot $1200-1800


**Taylor Fladgate 1997**
*Douro*

"Beautiful. A young Port, with very pretty blackberry, violet and cherry character. Full-bodied, with velvety tannins and a long, long finish. Very well done...94." WS 2/00.

695    6 bottles                 per lot $320-450
696    12 bottles                per lot $650-950


**Taylor Fladgate 1997**
*Douro*

owc
*Parcel: lots 697-700*

697    12 bottles                per lot $650-950
698    12 bottles                per lot $650-950
699    12 bottles                per lot $650-950
700    12 bottles                per lot $650-950


**Quinta do Noval 2000**
*Douro*

owc

"...fascinating aromas of crushed fruit, tar and wet earth that turns floral and aromatic. It's full-bodied and medium-sweet, with chewy, velvety tannins and a long finish...96." WS 2/03.

701    12 half-bottles (375ml)    per lot $320-450


**Quinta do Noval 2000**
*Douro*

702    12 bottles                per lot $650-950


**Mixed Port**
*Douro*

• **Fonseca 1992**                magnum (1)
• **Cockburn 1994**               magnum (1)
• **Dow 1994**                    magnum (1)
• **Graham 1994**                 magnum (1)
• **Taylor Fladgate Port 1994**   magnum (1)
• **Warres 1994**                 magnum (1)

703    above 6 magnums (1.5L)     per lot $500-750

**Lots 709, 713, 721-723, 725, 730**



## CALIFORNIA

**CAYMUS VINEYARDS CABERNET SAUVIGNON
SPECIAL SELECTION 1985**
*Napa Valley*
*into neck, oc*
704   1 imperial (6L)                    per lot $1200-1800

**CAYMUS VINEYARDS CABERNET SAUVIGNON
SPECIAL SELECTION 1985**
*Napa Valley*
*into neck, signs of old seepage, oc*
705   1 imperial (6L)                    per lot $1200-1800

**SPOTTSWOODE CABERNET SAUVIGNON 1985**
*Napa Valley*
*into neck, owc*
706   2 double magnums (3L)              per lot $550-800

**DALLA VALLE VINEYARDS MAYA 1990**
*Napa Valley*
*bottom neck or better, two 6-pack owc*
707   12 bottles                        per lot $2600-3800

**DALLA VALLE VINEYARDS MAYA 1991**
*Napa Valley*
708   3 bottles                         per lot $750-1200

**HARLAN ESTATE 1991**
*Napa Valley*
*owc*
"This is a profoundly great wine. It came across
in a blind tasting as one of the most remarkable
wines there, with most tasters mistaking it for a
first-growth Medoc. I have consistently rated the
1991 Harlan Estate in the mid to upper nineties,
but in this blind tasting with so many high qual-
ity wines, it was a big-time winner. Approachable
now, this wine should be at its best by the turn
of the century and last for 2-3 decades…98." WA
2/97.
709   6 bottles                         per lot $1600-2200

**DOMINUS ESTATE 1991**
*Napa Valley*
*owc*
"The wine is extremely concentrated, opulently-
textured, and voluptuous, with huge reserves of
juicy fruit. It is a marvelous Pomerol-like wine of
exceptional purity and harmony…98." WA 02/97.
710   one 6 liter (6L)                  per lot $1200-2000

**BRYANT FAMILY VINEYARDS
CABERNET SAUVIGNON 1992**
*Napa Valley*
*two signs of old seepage*
711   12 bottles                        per lot $2200-3200

**COLGIN CABERNET SAUVIGNON
HERB LAMB VINEYARD 1992**
*Napa Valley*
712   6 bottles                         per lot $1200-1800

**DALLA VALLE VINEYARDS MAYA 1992**
*Napa Valley*
*three scuffed labels*
"It reveals a saturated purple color, as well as an
intense fragrance of black-raspberries, cassis, flow-
ers, and minerals. The wine possesses great fruit,
superb density, wonderful purity and balance,
and a compelling extra dimension both aromati-
cally and texturally. It is destined to be one of
California's legendary wines…100." 10/95.
713   7 bottles                         per lot $2400-3800

**HARLAN ESTATE 1992**
*Napa Valley*
*owc*
"…offers a dense purple color, and a splendid
sweet nose of minerals, blackcurrants, toast, and
spice. Opulent and rich, with full body, and well-
integrated sweet tannin, this expansive yet grace-
ful wine possesses layers of flavor that caress the
palate…96." WA 12/96.
714   6 bottles                         per lot $1500-2000

**LA JOTA VINEYARD CO CABERNET SAUVIGNON
11TH ANNIVERSARY 1992**
*Howell Mountain*
715   one 5 liter (5L)                  per lot $400-600

**SHAFER VINEYARDS CABERNET SAUVIGNON
HILLSIDE SELECT 1992**
*Stag's Leap District*
owc

716    6 bottles                     per lot $650-950

**BRYANT FAMILY VINEYARDS
CABERNET SAUVIGNON 1993**
*Napa Valley*
"There are just under 1000 cases of this extraordinary Cabernet Sauvignon…It exhibits an opaque purple/black color, and a huge, fragrant, penetrating bouquet of minerals, licorice, toast, and remarkable layers of black fruits…97." WA 12/95.

717    12 bottles                    per lot $2600-3800

**COLGIN CABERNET SAUVIGNON
HERB LAMB VINEYARD 1993**
*Napa Valley*
"…should turn out to be one of the most exceptional wines of the vintage. The color is an opaque purple. The nose offers up cassis, blueberry, black-raspberry, and toasty scents, followed by gorgeously rich, sweet (from extract, not sugar) flavors…95." WA 12/95.

718    6 bottles                     per lot $1300-1900

**HARLAN ESTATE 1993**
*Napa Valley*
two 6-pack owc
"…The wine offers the intensity one expects from a top California Cabernet-based wine, yet it incorporates a sense of grace, complexity, and elegance that clearly places it in the top echelon of California wines…95." WA 12/96.

719    12 bottles                    per lot $3200-4200

**LA JOTA VINEYARD CO CABERNET SAUVIGNON
12TH ANNIVERSARY 1993**
*Howell Mountain*
owc

720    one 5 liter (5L)              per lot $300-450

**BRYANT FAMILY VINEYARDS
CABERNET SAUVIGNON 1994**
*Napa Valley*
*Parcel: lots 722-723*

721    10 bottles                    per lot $3500-5000
722    12 bottles                    per lot $4200-6000
723    12 bottles                    per lot $4200-6000

**CAYMUS VINEYARDS CABERNET SAUVIGNON
SPECIAL SELECTION 1994**
*Napa Valley*
"Big, ripe, rich and concentrated, with layers of currant, plum, black cherry, spice, cedary oak and a dash of vanilla. Picks up complex tobacco and coffee notes, and reveals even more flavor nuances on the finish. The texture is smooth and polished, finishing with a thick, plush core of tannins…95." WS 12/97.

724    10 bottles                    per lot $1500-2000

**COLGIN CABERNET SAUVIGNON
HERB LAMB VINEYARD 1994**
*Napa Valley*

725    12 bottles                    per lot $3500-5500

**DALLA VALLE VINEYARDS MAYA 1994**
*Napa Valley*
one 6-pack owc
"This is a beautifully crafted wine that will require, and reward, patience. It's tight and intense, with a big, ripe, rich core of spicy currant, plum and berry flavors, finishing with a complex earth and mineral nuance…95." WS 10/97.

726    8 bottles                     per lot $2800-4000

**DOMINUS ESTATE 1994**
*Napa Valley*
two 6-pack owc
"Christian Moueix and his talented winemaking team continue to rewrite the definition of a Napa Valley reference point wine… strikingly thick, compellingly rich wine with the texture of a great Pomerol… has the potential to last for 30+ years…99." WA 12/97.

727    12 bottles                    per lot $1500-2200

**Dominus Estate 1994**
*Napa Valley*
*owc*

728  1 imperial (6L)                per lot $1000-1600

**Dominus Estate 1994**
*Napa Valley*

729  1 imperial (6L)                per lot $1000-1600

**Screaming Eagle Cabernet Sauvignon 1994**
*Napa Valley*
"What makes Screaming Eagle such an extraordinary wine is its remarkably sweet, lavishly rich, opulently-textured, super-extracted black currant and black cherry fruitiness. Moreover, they are admirably pure, layered, velvety, and accessible. As delicious as these wines are young, they should age for 20 or more years, because of their extraordinary equilibrium…94." WA 12/97.

730  3 bottles                per lot $3000-4500

**Dominus Estate 1995**
*Napa Valley*
*owc*
"The 1995 Dominus (6,000 cases produced from a blend of 80% Cabernet Sauvignon, 10% Cabernet Franc, 6% Petit Verdot, and 4% Merlot) is a ripe, plummy, supple, expansively-flavored wine with copious quantities of black currant fruit. Full-bodied and low in acidity, it possesses exceptional concentration and purity…93." WA 12/97.

731  6 bottles                per lot $400-600

**Dominus Estate 1995**
*Napa Valley*
*nicked label*

732  1 imperial (6L)                per lot $600-900

**Dominus Estate 1995**
*Napa Valley*
*owc*

733  1 imperial (6L)                per lot $600-900

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1995**
*Howell Mountain*
*Parcel: lots 734-735*

734  one 5 liter (5L)                per lot $400-600
735  one 5 liter (5L)                per lot $400-600

**La Jota Vineyard Co Cabernet Sauvignon 14th Anniversary 1995**
*Howell Mountain*
*owc*

736  one 5 liter (5L)                per lot $320-450

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1995**
*Stag's Leap District*

737  12 bottles                per lot $2200-3200

**Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1996**
*Napa Valley*

738  6 bottles                per lot $1200-1800

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1996**
*Howell Mountain*
*owc*

739  one 5 liter (5L)                per lot $500-750

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1996**
*Stag's Leap District*
"…one of the vintage's super-stars. Its opaque purple color is accompanied by super aromatics, immense body, great fruit extraction, superb purity and overall symmetry, as well as a 40+ second finish. Revealing exceptional intensity (but no heaviness)… perfectly integrated… fabulous Cabernet will drink wonderfully for three decades…98." WA 12/00.

740  6 bottles                per lot $850-1200

Lots 750-752

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1997**
*Howell Mountain*
owc
"This one's ruggedly tannic and hard-edged, with lots of cedary oak in the forefront, so patience is required—let the earthy anise and mineral-scented currant flavors meld and the tannins to soften." WS 10/00.

741    one 5 liter (5L)                    per lot $500-750


**Martinelli Vineyards Zinfandel**
*Russian River Valley*
• **Jackass Hill Vineyard 1997**              (3)
• **Jackass Vineyard 1998**                   (8)

742    above 11 bottles              per lot $750-1100


**Turley Wine Cellars Zinfandel 1998**
*Napa Valley*
*torn labels*
• **Hayne Vineyard**                          (6)
• **Pringle Family Vineyard**                 (2)

743    above 8 bottles              per lot $550-800


**Turley Wine Cellars Zinfandel 1998**
*Napa Valley*
• **Dogtown Vineyard**                        (2)
• **Moore Earthquake Vineyard**               (6)
• **Tofanelli Vineyard**                      (2)

744    above 10 bottles              per lot $500-750


**Turley Wine Cellars Zinfandel 1999**
*Napa Valley*
• **Juvenile**                                (6)
• **Vineyard 101**                            (8)

745    above 14 bottles              per lot $650-950


**Turley Wine Cellars Zinfandel 1999**
*Napa Valley*
• **Estate**                                  (2)
• **Tofanelli Vineyard**                      (8)

746    above 10 bottles              per lot $550-800


## AUSTRALIA

**Clarendon Hills Astralis 1996**
*South Australia*
oc

747    6 bottles                    per lot $650-950


**Clarendon Hills Astralis 1997**
*South Australia*

748    6 bottles                    per lot $700-1000
749    12 bottles                   per lot $1400-2000


**Clarendon Hills Astralis 1998**
*South Australia*
*both lots: two 6-pack oc*
*Parcel: lots 750-751*

750    12 bottles                   per lot $1500-2000
751    12 bottles                   per lot $1500-2000


**Clarendon Hills Astralis 1998**
*South Australia*
oc

752    12 bottles                   per lot $1500-2000


**Hattrick Australian Domaine Wines 1998**
*South Australia*

753    6 bottles                    per lot $300-450


**Torbreck Run Rig 1998**
*South Australia*
owc
"It's uncanny for the way its lapel-grabbing plum, berry and exotic spice flavors play out on a remarkably supple and elegant frame, weaving fine tannins through the finish so deftly you can easily miss them. Give it until 2003, after which it should last at least a decade… 95." WS 7/01

754    6 bottles                    per lot $900-1300

## BURGUNDY

**MUSIGNY VIEILLES VIGNES
COMTE GEORGES DE VOGUE 1995**
*Cote de Nuits, Grand Cru*
*owc*
"One of the greatest wines of the vintage...
How anything can be this massive, powerful, and
robust and yet be strikingly elegant and refined...
dark ruby color and an amazingly spicy, floral
(roses) and black fruit-filled nose, this stupendous
Burgundy has a thick, almost velvety tex-
ture, with copious quantities of fat, chewy, red
berries...the fruit almost tastes stewed yet is per-
fectly and clearly delineated. Complex, intensely
deep and buttressed...93-96." WA 6/97.

| | | |
|---|---|---|
| 755 | 6 bottles | per lot $1000-1500 |

**MUSIGNY JACQUES PRIEUR 1997**
*Cote de Nuits, Grand Cru*
"This broad, refined, well-delineated, and full-bod-
ied wine is replete with over-ripe blackberry and
chocolate flavors. This well-wrought, harmonious,
and elegant wine appears to expand and gain in
strength from the attack all the way through its
impressively long and detailed finish. An impres-
sive wine." WA 10/99.

| | | |
|---|---|---|
| 756 | 6 bottles | per lot $350-550 |

**ROBERT ARNOUX 1997**
*Cote de Nuits, Grand Cru*
• **ECHEZEAUX** (3)
• **ROMANEE ST VIVANT** (3)

| | | |
|---|---|---|
| 757 | above 6 bottles | per lot $320-500 |

---

## RAREST CALIFORNIA COLLECTIBLES AND OTHER FINE WINES FROM A MAJOR EAST COAST COLLECTION

The following collection comes courtesy of an
impassioned collector who is a tremendous sup-
porter of the California wine industry and the
many charities which the industry has helped. This
consignor counts among his closest friends many
of California's most distinguished winemakers and
his collection reflects these connections. Included
in this extensive offering is an extremely rare
3L of 1992 Screaming Eagle - one of only three
bottles in existence.

**All Wines Removed From Ideal Temperature-
Controlled Home Storage**

### BORDEAUX

**CHATEAU MOUTON ROTHSCHILD 1993**
*Pauillac, Premier Cru Classe*
*Balthus label*
"This beautifully made wine could be considered a
sleeper of the vintage. The wine boasts a dark pur-
ple color, followed by a sweet, pain grillee, roasted
nut, and cassis-scented bouquet that is just begin-
ning to open..." WA 2/97.

| | | |
|---|---|---|
| 758 | 6 bottles | per lot $450-600 |

**CHATEAU COS D'ESTOURNEL 1988**
*St Estephe, Deuxieme Cru Classe*
*bottom neck or better*

| | | |
|---|---|---|
| 759 | 12 bottles | per lot $600-900 |

### RHONE

**CHATEAUNEUF DU PAPE CHATEAU BEAUCASTEL**
*Rhone*
• **1983** (3)
   *2.5cm*
• **1986** (4)
   *2.5cm*
• **1987** (3)
   *2cm*
• **1988** (6)
   *3cm or better*

| | | |
|---|---|---|
| 760 | above 16 bottles | per lot $600-850 |

**CHATEAUNEUF DU PAPE CHATEAU BEAUCASTEL**
*Rhone*
- **1989** (8)
- **1990** (4)
761  above 12 bottles          per lot $1100-1700

**CHATEAUNEUF DU PAPE CLOS DU MONT OLIVET JOSEPH SABON 1985**
*Rhone*
762  10 bottles          per lot $420-600

## CALIFORNIA



**SCREAMING EAGLE CABERNET SAUVIGNON 1992**
*Napa Valley*
"As stunning as the aromatics are, the wine reveals even greater richness and intensity on the palate, offering up layers of stunningly proportioned, ripe, intense fruit, full body, great purity, and an inner-core of sweet, creamy, highly extracted blackcurrant/cassis fruit... the finish is awesome! 99." WA 12/95
763  1 double magnum (3L)          per lot $12,000-18,000

**SCREAMING EAGLE CABERNET SAUVIGNON**
*Napa Valley*
- **1992** (1)
- **1993** (1)
- **1994** (1)
- **1995** (1)
- **1996** (1)
- **1997** (1)
- **1998** (1)
- **1999** (1)
764  above 8 bottles          per lot $7000-11,000

**ABREU VINEYARDS CABERNET SAUVIGNON MADRONA RANCH**
*Napa Valley*
- **1991** (4)
- **1994** (4)
765  above 8 bottles          per lot $1200-1800

**ARAUJO ESTATE CABERNET SAUVIGNON EISELE VINEYARD**
*Napa Valley*
- **1994** (2)
- **1995** (2)
- **1996** (2)
- **1997** (2)
- **1998** (2)
- **1999** (2)
766  above 12 bottles          per lot $1700-2600

## BEAULIEU VINEYARDS

**BEAULIEU VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE 1970**
*Napa Valley*
*very top shoulder or better*
767  6 bottles          per lot $600-900

**BEAULIEU VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE**
*Napa Valley*
*bottom neck or better*
- **1982** (6)
- **1983** (6)
768  above 12 bottles          per lot $380-550

**BEAULIEU VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE 1985**
*Napa Valley*
*bottom neck, owc*
769  one 6 liter (6L)          per lot $500-750

**BEAULIEU VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE**
*Napa Valley*
- **1990** (6)
- **1993** (6)
770  above 12 bottles          per lot $350-500

**BEAULIEU VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE 1994**
*Napa Valley*
"...an impressive core of spicy currant and mineral-laced Cabernet flavors emerging from chewy tannins, picking up cedary oak, coffee and sage notes. Most enjoyable." WS 10/97.
771  6 bottles          per lot $300-450

## Beringer Vineyards



"All things considered, Beringer Vineyards is a candidate for California's best all-around winery. It is doing many things exceptionally well – from its classy Reserve Chardonnays and Cabernets to its Howell Mountain Merlot and delicious Nightingale dessert wines – and nothing poorly." JL.

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1977
*Napa Valley*
*7cm, owc*
772  one 9 liter (9L)                per lot $650-1000

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1978
*Napa Valley*
*5cm, owc*
773  one 9 liter (9L)                per lot $700-1100

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1981
*Napa Valley*
*7cm*
774  one 9 liter (9L)                per lot $500-750

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1982
*Napa Valley*
*3.5cm, chipped wax capsule*
775  one 9 liter (9L)                per lot $600-900

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1984
*Napa Valley*
*4.5cm*
776  one 9 liter (9L)                per lot $600-900

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1985
*Napa Valley*
*into neck*
777  6 bottles                per lot $350-500

### Beringer Vineyards Cabernet Sauvignon Chabot Vineyard 1985
*Napa Valley*
*bottom neck*
778  6 bottles                per lot $300-450

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1986
*Napa Valley*
*1.5cm, owc*
779  one 9 liter (9L)                per lot $650-1000

### Beringer Vineyard Cabernet Sauvignon Private Reserve 1990
*Napa Valley*
"The generously endowed, dark purple-colored 1990 Cabernet Sauvignon Private Reserve is a rich, opulent, full-bodied wine loaded with layers of flavor, copious amounts of juicy fruit, sweet tannin, and moderate amounts of lavish oak...93." WA 10/94.
780  11 bottles                per lot $700-1100

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1991
*Napa Valley*
*oc*
"Beringer's 1991 Cabernet Sauvignon Private Reserve possesses excellent concentration, a smashing bouquet of smoky, unctuously-textured black and red fruits, sweet, generous, decadently rich flavors, low acidity, and a voluptuously long, juicy finish...95." WA 10/95.
781  12 bottles                per lot $800-1200

### Beringer Vineyards Cabernet Sauvignon Private Reserve 1992
*Napa Valley*
782  6 bottles                per lot $300-450

**BERINGER VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE 1992**
*Napa Valley*
owc

| 783 | one 9 liter (9L) | per lot $650-1000 |
|-----|------------------|-------------------|

**BERINGER VINEYARDS CABERNET SAUVIGNON 1993**
*Napa Valley*
• **CHABOT VINEYARD** (3)
• **PRIVATE RESERVE** (3)

| 784 | above 6 bottles | per lot $280-400 |
|-----|-----------------|------------------|

**BERINGER VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE 1993**
*Napa Valley*
oc

| 785 | 12 bottles | per lot $500-700 |
|-----|------------|------------------|

**BERINGER VINEYARDS CABERNET SAUVIGNON 1994**
*Napa Valley*
• **MARSTON VINEYARD** (4)
• **PRIVATE RESERVE** (4)
• **TRE COLLINE VINEYARD** (4)

| 786 | above 12 bottles | per lot $750-1100 |
|-----|------------------|-------------------|

**BERINGER VINEYARDS CABERNET SAUVIGNON 1995**
*Napa Valley*
• **BANCROFT RANCH** (3)
• **CHABOT VINEYARD** (2)
• **PRIVATE RESERVE** (2)
• **STATE LANE VINEYARD** (3)
• **TRE COLLINE VINEYARD** (2)

| 787 | above 12 bottles | per lot $700-1000 |
|-----|------------------|-------------------|

**BERINGER VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE 1997**
*Napa Valley*
oc
"Showing hints of maturity, with a complex array of cedar, currant, dried cherry and anise flavors that turn supple and firm up nicely on the finish...91." WS 10/01.

| 788 | 6 bottles | per lot $350-550 |
|-----|-----------|------------------|

**<u>BRYANT FAMILY VINEYARDS</u>**

**BRYANT FAMILY VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
• **1992** (1)
• **1993** (1)
• **1994** (1)
• **1995** (1)
• **1996** (1)

| 789 | above 5 bottles | per lot $1500-2200 |
|-----|-----------------|--------------------|

**BRYANT FAMILY VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
• **1999** (2)
• **2000** (2)
• **2001** (2)

| 790 | above 6 bottles | per lot $1400-2000 |
|-----|-----------------|--------------------|

**<u>CAYMUS VINEYARDS</u>**

**CAYMUS VINEYARDS CABERNET SAUVIGNON SPECIAL SELECTION 1988**
*Napa Valley*
oc

| 791 | 6 bottles | per lot $350-550 |
|-----|-----------|------------------|

**CAYMUS VINEYARDS CABERNET SAUVIGNON SPECIAL SELECTION 1989**
*Napa Valley*
into neck

| 792 | 6 bottles | per lot $350-550 |
|-----|-----------|------------------|

**CAYMUS VINEYARDS CABERNET SAUVIGNON SPECIAL SELECTION 1990**
*Napa Valley*
into neck
"Aging extremely well, this is rich, sleek and elegant, with a wide range of black cherry, anise, currant, plum and earth notes that offer depth and complexity, finishing in a long aftertaste...93." WS 2/01.

| 793 | 9 bottles | per lot $1200-1800 |
|-----|-----------|--------------------|

**CAYMUS VINEYARDS CABERNET SAUVIGNON
SPECIAL SELECTION**
*Napa Valley*
• 1994 (3)
• 1995 (9)
794  above 12 bottles        per lot $1200-1800

**CAYMUS VINEYARDS CABERNET SAUVIGNON
SPECIAL SELECTION 1995**
*Napa Valley*
"Wow. This '95 Special Selection is a classic.
Amazingly complex, it displays a wide range of
flavors—including currant, wild berry, herb, sage,
coffee and tobacco—gains in nuance, delicacy,
elegance and finesse, and unveils pretty oak shad-
ings on the finish. Drink now through 2009...97."
WS 6/99.
795  1 double magnum (3L)      per lot $400-600

**CHATEAU MONTELENA**

**CHATEAU MONTELENA CABERNET SAUVIGNON
ESTATE 1982**
*Napa Valley*
bottom neck
796  12 bottles            per lot $700-1000

**CHATEAU MONTELENA
CABERNET SAUVIGNON ESTATE**
*Napa Valley*
bottom neck or better
• 1982 (3)
• 1983 (3)
• 1984 (3)
• 1985 (3)
• 1986 (3)
797  above 15 bottles       per lot $900-1400

**CHATEAU MONTELENA
CABERNET SAUVIGNON ESTATE**
*Napa Valley*
• 1986 (3)
• 1987 (3)
• 1988 (3)
• 1989 (3)
798  above 12 bottles       per lot $650-1000

**CHATEAU MONTELENA
CABERNET SAUVIGNON ESTATE**
*Napa Valley*
• 1989 (6)
• 1990 (3)
• 1991 (3)
799  above 12 bottles       per lot $600-900

**CHATEAU MONTELENA
CABERNET SAUVIGNON ESTATE**
*Napa Valley*
• 1991 (2)
• 1992 (2)
• 1993 (2)
• 1994 (2)
• 1995 (2)
• 1996 (2)
800  above 12 bottles       per lot $750-1000

**CHATEAU MONTELENA
CABERNET SAUVIGNON ESTATE**
*Napa Valley*
• 1992 (6)
• 1993 (6)
801  above 12 bottles       per lot $600-900

**CHATEAU MONTELENA
CABERNET SAUVIGNON ESTATE**
*Napa Valley*
• 1994 (6)
• 1995 (6)
802  above 12 bottles       per lot $750-1000

**CHATEAU MONTELENA CABERNET SAUVIGNON
ESTATE 1997**
*Napa Valley*
"Opaque purple-colored with a dense, chewy, full-
bodied personality, it displays abundant cassis,
mineral, and earth notes. This brilliantly made,
super-concentrated, pure, blockbuster possesses
sweet tannin as well as a terrific finish...98." WA
12/00.
803  one 5 liter (5L)       per lot $600-900

**Colgin**
*Napa Valley*
- **Cabernet Sauvignon**
  **Herb Lamb Vineyard 1992** (1)
- **Cabernet Sauvignon Herb Lamb 1993** (1)
- **Cabernet Sauvignon Herb Lamb 1994** (1)
- **Cabernet Sauvignon Herb Lamb 1995** (1)
- **Cabernet Sauvignon Herb Lamb 1996** (1)
- **Cabernet Sauvignon Herb Lamb 1997** (1)
- **Cabernet Sauvignon Herb Lamb 1998** (1)
- **Cabernet Sauvignon Herb Lamb 1999** (1)
- **Cabernet Sauvignon Herb Lamb 2000** (1)
- **Red Cariad Vineyard 1999** (1)
- **Cabernet Sauvignon**
  **Tychson Hill Vineyard 2000** (1)
- **Red Cariad Vineyard 2000** (1)

804   above 12 bottles           per lot $2600-3800


**Dalla Valle Vineyards**

**Dalla Valle Vineyards Maya 1991**
*Napa Valley*
*into neck*
805   6 magnums (1.5L)           per lot $4000-6000


**Dalla Valle Vineyards Maya**
*Napa Valley*
- **1989** (1)
- **1990** (1)
- **1991** (1)
- **1992** (1)
- **1993** (1)
- **1994** (1)
- **1995** (1)
- **1996** (1)

806   above 8 bottles           per lot $2200-3200


**Dalla Valle Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1991** (6)
- **1993** (6)

807   above 12 bottles           per lot $850-1200


**Dalla Valle Vineyards**
**Cabernet Sauvignon 1992**
*Napa Valley*
808   12 bottles           per lot $900-1300

**Dalla Valle Vineyards**
**Cabernet Sauvignon 1993**
*Napa Valley*
809   12 bottles           per lot $700-1000


**Dalla Valle Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1994** (6)
- **1995** (6)
  oc
810   above 12 bottles           per lot $900-1300


**Diamond Creek Vineyards**

**Diamond Creek Vineyards**
**Mixed Vineyard Case 1982**
*Napa Valley*
*one Volcanic Hill, one Red Rock Terrace and one Gravelly Meadow, owc*
811   3 magnums (1.5L)           per lot $280-400


**Diamond Creek Vineyards**
**Mixed Vineyard Case 1982**
*Napa Valley*
*one Volcanic Hill, one Red Rock Terrace and one Gravelly Meadow*
812   3 double magnums (3L)           per lot $550-750


**Diamond Creek Vineyards**
**Mixed Vineyard Case 1985**
*Napa Valley*
*one Volcanic Hill, one Red Rock Terrace and one Gravelly Meadow, owc*
813   3 magnums (1.5L)           per lot $300-450


**Diamond Creek Vineyards**
**Mixed Vineyard Case 1986**
*Napa Valley*
*four Volcanic Hill, four Red Rock Terrace and four Gravelly Meadow*
814   12 bottles           per lot $600-900


**Diamond Creek Vineyards**
**Cabernet Sauvignon Red Rock Terrace 1986**
*Diamond Mountain*
815   1 double magnum (3L)           per lot $240-300
816   one 9 liter (9L)           per lot $600-900

**Diamond Creek Vineyards**
**Cabernet Sauvignon Gravelly Meadow 1986**
*Napa Valley*
*chipped wax capsule, owc*
817   one 12 liter (12L)                per lot $800-1200

**Diamond Creek Vineyards**
**Mixed Vineyard Case 1987**
*Napa Valley*
*six Volcanic Hill, four Red Rock Terrace and two Gravelly*
*Meadow, two 6-pack owc*
818   12 bottles                        per lot $650-950

**Diamond Creek Vineyards**
**Cabernet Sauvignon**
**Lake 1987**
*Napa Valley*
819   3 bottles                         per lot $750-1000

**Diamond Creek Vineyards**
**Cabernet Sauvignon Volcanic Hill 1987**
*Napa Valley*
*owc*
820   one 6 liter (6L)                  per lot $400-600

**Diamond Creek Vineyards**
**Mixed Vineyard Case 1988**
*Napa Valley*
*three Volcanic Hill, two Red Rock Terrace, one Gravelly*
*Meadow, oc*
821   6 bottles                         per lot $260-380

**Diamond Creek Vineyards**
**Mixed Vineyard Case 1989**
*Napa Valley*
*one Volcanic Hill, one Red Rock Terrace, one Gravelly*
*Meadow, three individual owc*
822   3 double magnums (3L)             per lot $400-600



**Diamond Creek Vineyards**
**Cabernet Sauvignon**
*Napa Valley*
- **Gravelly Meadow 1989**                (1)
- **Gravelly Meadow 1990**                (1)
- **Gravelly Meadow 1991**                (1)
- **Gravelly Meadow 1992**                (1)
- **Gravelly Meadow 1993**                (1)
- **Gravelly Meadow 1994**                (1)
- **Gravelly Meadow 1995**                (1)
- **Gravelly Meadow Lake Blend 1991**     (1)
- **Gravelly Meadow Lake Blend 1992**     (1)
- **Lake 1990**                           (1)
- **Red Rock Terrace 1989**               (1)
- **Red Rock Terrace 1990**               (1)
- **Red Rock Terrace 1991**               (1)
- **Red Rock Terrace 1992**               (1)
- **Red Rock Terrace 1993**               (1)
- **Red Rock Terrace 1994**               (1)
- **Red Rock Terrace 1995**               (1)
- **Volcanic Hill 1989**                  (1)
- **Volcanic Hill 1990**                  (1)
- **Volcanic Hill 1991**                  (1)
- **Volcanic Hill 1992**                  (1)
- **Volcanic Hill 1993**                  (1)
- **Volcanic Hill 1994**                  (1)
- **Volcanic Hill 1995**                  (1)
823   above 24 bottles                   per lot $1500-2200

**Verticals of Dominus 1983-1999**

**Dominus Estate**
*Napa Valley*
*bottom neck or better (please note that Dominus was not produced in 1993)*
*Parcel: lots 824-825*

| | |
|---|---|
| • **1983** | (1) |
| • **1984** | (1) |
| • **1985** | (1) |
| • **1986** | (1) |
| • **1987** | (1) |
| • **1988** | (1) |
| • **1989** | (1) |
| • **1990** | (1) |
| • **1991** | (1) |
| • **1992** | (1) |
| • **1994** | (1) |
| • **1995** | (1) |
| • **1996** | (1) |
| • **1997** | (1) |
| • **1998** | (1) |
| • **1999** | (1) |

| | | |
|---|---|---|
| 824 | above 16 bottles | per lot $1000-1500 |
| 825 | above 16 bottles | per lot $1000-1500 |

**Dominus Estate**
*Napa Valley*

| | |
|---|---|
| • **1984** | (4) |
| • **1986** | (4) |
| • **1988** | (4) |

| | | |
|---|---|---|
| 826 | above 12 bottles | per lot $600-900 |

**Dominus Estate**
*Napa Valley*

| | |
|---|---|
| • **1985** | (2) |
| • **1987** | (4) |
| • **1988** | (4) |
| • **1989** | (2) |

| | | |
|---|---|---|
| 827 | above 12 bottles | per lot $650-950 |

**Dominus Estate**
*Napa Valley*

| | |
|---|---|
| • **1990** | (4) |
| • **1992** | (4) |
| • **1994** | (4) |

| | | |
|---|---|---|
| 828 | above 12 bottles | per lot $1000-1500 |

**Dominus Estate**
*Napa Valley*

| | |
|---|---|
| • **1996** | (4) |
| • **1997** | (4) |
| • **1998** | (4) |
| • **1999** | (4) |

| | | |
|---|---|---|
| 829 | above 16 bottles | per lot $1100-1600 |

**Dominus Estate 1983**
*Napa Valley*
*owc*
"Only 2,100 cases were produced of the debut vintage of Dominus...It gives every sign of shedding its tannins and having the requisite extraction of fruit and concentration for future harmony. It is unquestionably among the finest 1983 California Cabernet Sauvignon-based wines." WA 8/92.

| | | |
|---|---|---|
| 830 | 6 bottles | per lot $240-350 |

**Dominus Estate 1984**
*Napa Valley*
*all in 6-pack owc*
"I have been fooled by this wine in blind tastings, mistaking it for a top Pomerol, although there is an insignificant percentage of Merlot in the blend...Full-bodied, opulent, and soft, this fleshy wine appears to have reached an attractive plateau of maturity; it should easily last for another 10-15+ years." WA 6/94.

| | | |
|---|---|---|
| 831 | 6 bottles | per lot $300-450 |
| 832 | 12 bottles | per lot $600-900 |

**Dominus Estate 1985**
*Napa Valley*
"... stands out for its smoky, ripe cassis, earthy nose, sweet, full-bodied, concentrated flavors, and opulently long, chewy finish...This bottling exhibited the plush, velvety texture that proprietor Christian Moueix achieves in top Pomerol vintages. The 1985 Dominus should continue to drink well for another 15-20 years." WA 4/95.

| | | |
|---|---|---|
| 833 | 6 bottles | per lot $320-450 |

### Dominus Estate 1987
*Napa Valley*
*bottom neck*
"…one of the great wines of the vintage in a year when a handful of California producers made pro-found Cabernets…displays a rich ruby color and an intensely spicy, fragrant nose of toasty vanillin oak, cassis, and cedar.  In the mouth, this medium to full-bodied wine displays considerable tannins, fine integrated acidity, and an opulent, rich, spicy finish…96." WA 10/93.

834    6 bottles                   per lot $400-600

### Dominus Estate 1992
*Napa Valley*
*owc*
"…an opulent, opaquely concentrated wine with great ripeness of fruit, and a huge nose of earth, black-cherries, mocha, and herbs. Full-bodied, with a layered, multidimensional personality, adequate acidity, and a super finish…97." WA 6/95.

835    6 bottles                   per lot $450-600

### Dominus Estate 1994
*Napa Valley*
*owc*
"Christian Moueix and his talented winemaking team continue to rewrite the definition of a Napa Valley reference point wine… strikingly thick, compellingly rich wine with the texture of a great Pomerol… has the potential to last for 30+ years…99." WA 12/97.

836    6 bottles                   per lot $750-1100
837    3 magnums (1.5L)            per lot $750-1100

### Dominus Estate 1995
*Napa Valley*
*owc*
"The 1995 Dominus (6,000 cases produced from a blend of 80% Cabernet Sauvignon, 10% Cabernet Franc, 6% Petit Verdot, and 4% Merlot) is a ripe, plummy, supple, expansively-flavored wine with copious quantities of black currant fruit. Full-bod-ied and low in acidity, it possesses exceptional concentration and purity…93." WA 12/97.

838    6 bottles                   per lot $400-600
839    1 double magnum (3L)        per lot $300-500
840    one 6 liter (6L)            per lot $600-900

### Duckhorn

### Duckhorn Merlot
*Napa Valley*
• 1985                                        (6)
• 1985                            5L (1)
    *owc*
841    above 6 bottles &
one 5 liter (5L)                  per lot $500-800

### Duckhorn Three Palms Merlot
*Napa Valley*
• 1992                                        (6)
• 1992                  double magnum (1)
    *owc*
842    above 6 bottles &
1 double magnum (3L)              per lot $480-700

### Duckhorn Three Palms Merlot
*Napa Valley*
• 1993                                        (6)
• 1993                            6L (1)
    *owc*
843    above 6 bottles &
one 6 liter (6L)                  per lot $400-650

### Duckhorn Napa Cabernet Sauvignon
*Napa Valley*
• 1993                                        (6)
• 1993                            6L (1)
    *owc*
844    above 6 bottles &
one 6 liter (6L)                  per lot $450-750

### Duckhorn Merlot 1986
*Napa Valley*
*oc*
845    12 bottles                 per lot $350-550

### Duckhorn Red Howell Mountain 1989
*Napa Valley*
846    12 bottles                 per lot $480-700

**DUCKHORN NAPA CABERNET SAUVIGNON 1994**
*Napa Valley*
*Parcel: lots 847-848*

| | | |
|---|---|---|
| 847 | 12 bottles | per lot $480-700 |
| 848 | 12 bottles | per lot $480-700 |

**DUNN VINEYARDS**

"Having closely followed Dunn's Cabernet Sauvignons since the debut 1979 vintage, it is remarkable how consistent these wines have been…The wines are always impressive for their strength, massive body, and highly extracted blackcurrant fruit…Dunn remains one of California's superstar Cabernet Sauvignon producers." WA 12/94.

**VERTICALS OF DUNN VINEYARDS 1982-1999**

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN**
*Howell Mountain*
*Parcel: lots 849-850*

| | |
|---|---|
| • 1982 | (1) |
| • 1983 | (1) |
| • 1984 | (1) |
| • 1985 | (1) |
| • 1986 | (1) |
| • 1987 | (1) |
| • 1988 | (1) |
| • 1989 | (1) |
| • 1990 | (1) |
| • 1991 | (1) |
| • 1992 | (1) |
| • 1993 | (1) |
| • 1994 | (1) |
| • 1995 | (1) |
| • 1996 | (1) |
| • 1997 | (1) |
| • 1998 | (1) |
| • 1999 | (1) |

| | | |
|---|---|---|
| 849 | above 18 bottles | per lot $1100-1600 |
| 850 | above 18 bottles | per lot $1100-1600 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1979**
*Howell Mountain*
*very top shoulder, signed by Randy Dunn*

| | | |
|---|---|---|
| 851 | one 5 liter (5L) | per lot $400-600 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1980**
*Howell Mountain*
*into neck, signed by Randy Dunn*

| | | |
|---|---|---|
| 852 | one 5 liter (5L) | per lot $850-1300 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1981**
*Howell Mountain*
*bottom neck, signed by Randy Dunn*

| | | |
|---|---|---|
| 853 | one 5 liter (5L) | per lot $500-750 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1986**
*Howell Mountain*

"…big, ripe, intense and expressive, with tiers of earthy currant, mineral, cedar and spice flavors. Given all its power and richness, it finishes with elegance and finesse. Remarkably well focused and lively, it has aged very well and shows no signs of fatigue…" WS 12/96.

| | | |
|---|---|---|
| 854 | 6 bottles | per lot $400-600 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1988**
*Howell Mountain*

| | | |
|---|---|---|
| 855 | 12 bottles | per lot $500-750 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1989**
*Howell Mountain*

| | | |
|---|---|---|
| 856 | 6 bottles | per lot $280-380 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1990**
*Howell Mountain*

| | | |
|---|---|---|
| 857 | 6 bottles | per lot $450-600 |

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1991**
*Howell Mountain*

| | | |
|---|---|---|
| 858 | 12 bottles | per lot $800-1200 |

**DUNN VINEYARDS CABERNET SAUVIGNON
HOWELL MOUNTAIN 1992**
*Howell Mountain*
859    6 bottles                    per lot $400-550

**DUNN VINEYARDS CABERNET SAUVIGNON
HOWELL MOUNTAIN 1993**
*Howell Mountain*
860    6 bottles                    per lot $300-450

**DUNN VINEYARDS CABERNET SAUVIGNON
HOWELL MOUNTAIN 1995**
*Howell Mountain*
861    6 bottles                    per lot $350-500

**DUNN VINEYARDS CABERNET SAUVIGNON
HOWELL MOUNTAIN 1997**
*Howell Mountain*
"This one's ruggedly tannic and hard-edged, with
lots of cedary oak in the forefront, so patience is
required—let the earthy anise and mineral-scented
currant flavors meld and the tannins to soften."
WS 10/00.
862    6 bottles                    per lot $450-600

**DUNN VINEYARDS CABERNET SAUVIGNON
HOWELL MOUNTAIN 1998**
*Howell Mountain*
863    6 bottles                    per lot $300-420

**DUNN VINEYARD CABERNET SAUVIGNON
HOWELL MOUNTAIN 1999**
*Howell Mountain*
"Dark and intense, with a tight, compact, tightly
wound band of earth, anise, leather, game meat,
currant and blackberry, revealing layers of com-
plexity and concentration before the tannins and
cedary oak clamp down. Needs time...93." WS
11/02.
864    6 bottles                    per lot $320-480

**DUNN VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
• 1985                                      (6)
• 1986                                      (6)
865    above 12 bottles             per lot $550-850

**DUNN VINEYARDS CABERNET SAUVIGNON 1987**
*Napa Valley*
866    12 bottles                   per lot $550-800

**DUNN VINEYARDS CABERNET SAUVIGNON 1988**
*Napa Valley*
867    12 bottles                   per lot $300-500

**DUNN VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
• 1990                                      (6)
• 1992                                      (6)
868    above 12 bottles             per lot $480-650

**DUNN VINEYARDS CABERNET SAUVIGNON 1991**
*Napa Valley*
869    12 bottles                   per lot $500-700

**DUNN VINEYARDS CABERNET SAUVIGNON 1993**
*Napa Valley*
870    12 bottles                   per lot $480-700

**DUNN VINEYARDS CABERNET SAUVIGNON 1994**
*Napa Valley*
871    6 bottles                    per lot $240-350

**GRACE FAMILY VINEYARDS VINEYARD 29
CABERNET SAUVIGNON 1992**
*Napa Valley*
872    6 bottles                    per lot $420-600

**HARLAN ESTATE**

**HARLAN ESTATE 1992**
*Napa Valley*
*owc*
873    3 magnums (1.5L)             per lot $1500-2200

**HARLAN ESTATE**
*Napa Valley*
- **1991** (3)
- **1993** (3)
- **1994** (3)
- **1995** (3)

874    above 12 bottles    per lot $4000-6000

**HARLAN ESTATE**
*Napa Valley*
- **1996** (3)
- **1997** (3)
- **1999** (3)
- **2000** (3)

875    above 12 bottles    per lot $3800-5000

**HEITZ WINE CELLARS CABERNET SAUVIGNON**
*Napa Valley*
- **MARTHA'S VINEYARD 1989** (3)
- **TRAILSIDE VINEYARD 1990** (3)
- **MARTHA'S VINEYARD 1991** (3)

876    above 9 bottles    per lot $450-650

**JOSEPH PHELPS VINEYARDS**

**JOSEPH PHELPS VINEYARDS 1986**
*Napa Valley*
- **BACKUS VINEYARD CABERNET SAUVIGNON** (4)
- **CABERNET SAUVIGNON EISELE VINEYARD** (4)
- **INSIGNIA** (4)

877    above 12 bottles    per lot $550-800

**JOSEPH PHELPS VINEYARDS INSIGNIA 1990**
*Napa Valley*

878    6 bottles    per lot $380-550

**JOSEPH PHELPS VINEYARDS INSIGNIA 1991**
*Napa Valley*
"…powerful…full-bodied wine with considerable aging potential. A saturated black/purple color… restrained, spicy, herb, cassis, and vanilla-scented nose is followed by rich, intense, tannic, lingering flavors that coat the palate…broodingly large-scaled wine…92." WA 2/95.

879    6 bottles    per lot $350-500

**JOSEPH PHELPS VINEYARDS**
**CABERNET SAUVIGNON EISELE VINEYARD 1991**
*Napa Valley*

880    6 bottles    per lot $280-400
881    1 double magnum (3L)    per lot $180-260

**OPUS ONE**

**OPUS ONE**
*Napa Valley*
*bottom neck or better unless otherwise noted*
- **1980** (1)
- **1981** (1)
- **1982** (1)
- **1983** (1)
- **1984** (1)
- **1985** (1)
- **1986** (1)
  very top shoulder
- **1987** (1)
  top shoulder
- **1988** (1)
- **1989** (1)
- **1990** (1)
- **1991** (1)
- **1992** (1)
- **1993** (1)
- **1994** (1)
- **1995** (1)
- **1996** (1)
- **1997** (1)
- **1998** (1)
- **1999** (1)

882    above 20 bottles    per lot $2000-3000

**OPUS ONE**
*Napa Valley*
*bottom neck or better unless otherwise noted*
- **1981** (1)
- **1982** (1)
- **1984** (1)
- **1985** (1)
- **1987** (2)
  top shoulder
- **1988** (1)
- **1989** (1)
- **1990** (2)
- **1991** (1)
- **1995** (1)

883    above 12 bottles    per lot $1200-1800

**Opus One**
*Napa Valley*
- 1991                                            (2)
- 1993                                            (2)
- 1994                                            (2)
- 1997                                            (2)
- 1998                                            (4)
- 1999                                            (2)

884    above 14 bottles            per lot $1400-2000

**Opus One 1983**
*Napa Valley*
*bottom neck or better*

885    6 bottles                    per lot $500-700

**Opus One 1990**
*Napa Valley*
*owc*
"Dramatic, with its ripe, rich, plush core of exotic currant, anise, cedar, vanilla and berry notes that are enormously complex on the finish. Delicious...96." WS 2/oo.

886    6 bottles                    per lot $600-900

**Opus One 1992**
*Napa Valley*

887    6 bottles                    per lot $650-950

**Opus One 1993**
*Napa Valley*
*owc*
"Up front it's supple in texture though firmly tannic, with grapey currant and black cherry. Turns firm, revealing its depth and concentration...93." WS 2/oo.

888    6 bottles                    per lot $600-900

**Opus One 1995**
*Napa Valley*
"A shade more elegant and refined than the '94, yet sharing the delicious range of flavors, with bright black cherry, plum and floral notes. Turns smooth and polished...95." WS 2/oo.

889    6 bottles                    per lot $650-900

**Opus One 1996**
*Napa Valley*
"Wonderful finesse and complexity... toasty clove, currant, black cherry and spice. Tannins are fine-grained...96." WS 2/oo.

890    6 bottles                    per lot $600-900

**Pahlmeyer**

**Pahlmeyer Red 1986**
*Napa Valley*

891    12 bottles                   per lot $480-700

**Pahlmeyer Red 1987**
*Napa Valley*

892    6 magnums (1.5L)             per lot $550-800

**Pahlmeyer Red 1988**
*Napa Valley*

893    12 bottles                   per lot $300-480

**Pahlmeyer Red**
*Napa Valley*
- 1987                                            (4)
- 1988                                            (4)
- 1989                                            (4)

894    above 12 bottles            per lot $450-650

**Pahlmeyer Red**
*Napa Valley*
- 1989                                            (6)
- 1990                                            (6)

895    above 12 bottles            per lot $550-800

**Pahlmeyer Red**
*Napa Valley*
- 1991                                            (6)
- 1992                                            (6)

896    above 12 bottles            per lot $550-800

**Pahlmeyer Red 1994**
*Napa Valley*

897    12 bottles                   per lot $900-1300

**PAHLMEYER RED**
*Napa Valley*
- **1994** (4)
- **1996** (4)
- **1997** (4)
898  above 12 bottles          per lot $1000-1500

**PRIDE MOUNTAIN VINEYARDS**
**CABERNET SAUVIGNON 1996**
*Napa Valley*
*owc*
899  one 5 liter (5L)          per lot $300-450

**RIDGE VINEYARDS**

**RIDGE VINEYARDS CABERNET SAUVIGNON**
**MONTE BELLO**
*Santa Cruz Mountains*
- **1985** (4)
- **1986** (4)
- **1988** (4)
900  above 12 bottles          per lot $750-1100

**RIDGE VINEYARDS CABERNET SAUVIGNON**
**MONTE BELLO 1992**
*Santa Cruz Mountains*
"...a profound nose of minerals, cassis, licorice, and spices, spectacular richness...a great mid-palate... Admirable purity... ripe tannin make this another compelling effort...1992 Monte Bello should have 30-35 years of longevity...94-97." WA 4/94.
901  12 bottles          per lot $800-1200

**RIDGE VINEYARDS CABERNET SAUVIGNON**
**MONTE BELLO**
*Santa Cruz Mountains*
- **1993** (4)
- **1994** (8)
902  above 12 bottles          per lot $850-1200

**RIDGE VINEYARDS CABERNET SAUVIGNON**
**MONTE BELLO**
*Santa Cruz Mountains*
*two 6-pack owcs*
- **1995** (6)
- **1997** (6)
903  above 12 bottles          per lot $850-1200



**ROBERT MONDAVI WINERY**

**ROBERT MONDAVI WINERY**
**CABERNET SAUVIGNON RESERVE 1984**
*Napa Valley*
*bottom neck or better*
904  10 bottles          per lot $380-550

**ROBERT MONDAVI WINERY**
**CABERNET SAUVIGNON RESERVE 1987**
*Napa Valley*
*bottom neck or better, owc*
"Sweet, decadently rich, dense, highly extracted flavors are wrapped around a full-bodied, chewy, super-concentrated, moderately tannic wine... A potential legend in the making!...97." WA 8/94.
905  12 bottles          per lot $900-1300
906  2 double magnums (3L)          per lot $600-1000

**ROBERT MONDAVI WINERY**
**CABERNET SAUVIGNON RESERVE 1988**
*Napa Valley*
907  6 bottles          per lot $240-300

**ROBERT MONDAVI WINERY**
**CABERNET SAUVIGNON RESERVE 1989**
*Napa Valley*
*oc*
908  12 bottles          per lot $300-450

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1990**
*Napa Valley*
oc
"This wine is just beginning to drink spectacularly well. The rustic, big, thick 1990 is Californian in its orientation. It is loaded with flavor…94." WA 8/02.
909   12 bottles                    per lot $600-900

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1991**
*Napa Valley*
oc
910   6 bottles                     per lot $300-450

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1992**
*Napa Valley*
oc
911   12 bottles                    per lot $400-600

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1993**
*Napa Valley*
oc
"Dark, ripe and intense, with a tight core of currant, mineral, earth and spice flavors. Turns dry and austere on the finish, where the flavors show more earthy qualities…90." WS 11/96.
912   12 bottles                    per lot $500-750

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1994**
*Napa Valley*
owc
"I had the 1994 Cabernet Sauvignon Reserve a half-dozen times this year, and it may be the finest Cabernet ever from Mondavi…97." WA 12/97.
913   6 bottles                     per lot $420-600

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1995**
*Napa Valley*
owc
"…an outstanding wine… superb fruit and richness, medium body, and subtle lead pencil notes to go along with black currant, mineral, and pain grille scents and flavors… an exceptional California Cabernet Sauvignon made in a compellingly elegant, graceful style…93." WA 12/97.
914   6 bottles                     per lot $300-450

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1996**
*Napa Valley*
owc
915   6 bottles                     per lot $300-450

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1997**
*Napa Valley*
owc
"…a textbook varietal nose of cedar wood, licorice, creme de cassis, and pain grille. Full-bodied, with explosive sweetness and fruit on the attack…95." WA 1/00.
916   6 bottles                     per lot $450-600

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1998**
*Napa Valley*
owc
917   6 bottles                     per lot $260-350

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve 1999**
*Napa Valley*
owc
918   6 bottles                     per lot $300-450



### Shafer Vineyards

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1984**
*Stag's Leap District*
*into neck, wine stained label, owc*
919  one 5 liter (5L)                    per lot $500-750

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1984**
*Stag's Leap District*
*into neck*
920  one 5 liter (5L)                    per lot $500-750

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1990**
*Stag's Leap District*
*into neck, signed by John Shafer, owc*
921  one 5 liter (5L)                    per lot $700-1100

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1992**
*Stag's Leap District*
*owc*
922  one 5 liter (5L)                    per lot $750-1200

**Shafer Vineyards Cabernet Sauvignon Hillside Select**
*Stag's Leap District*
• **1990**                                (2)
• **1991**                                (2)
• **1992**                                (2)
923  above 6 bottles                     per lot $650-950

**Shafer Vineyards Cabernet Sauvignon Hillside Select**
*Stag's Leap District*
• **1994**                                (3)
• **1996**                                (3)
924  above 6 bottles                     per lot $1000-1500

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1995**
*Stag's Leap District*
*owc*
925  6 bottles                           per lot $1100-1600

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1997**
*Stag's Leap District*
*owc*
"Dense, rich and concentrated, packed with black cherry, blackberry and currant flavors, picking up a pencil lead, mocha and anise edge before the tannins weigh in. A massive wine that will need time…97." WS 10/00.
926  6 bottles                           per lot $1200-1800

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1998**
*Stag's Leap District*
*owc*
927  6 bottles                           per lot $700-1000

**Shafer Vineyards Cabernet Sauvignon Hillside Select 1999**
*Stag's Leap District*
*owc*
928  6 bottles                           per lot $900-1200

**Silver Oak Cellars Cabernet Sauvignon Napa Valley 1984**
*Napa Valley*
*into neck, signed by Justin Meyer, owc*
929  one 6 liter (6L)                    per lot $600-900

### Silver Oak Cellars Cabernet Sauvignon
*Napa Valley*
- **Bonnys Vineyard 1983** (3)
- **1986** (3)
- **Bonnys Vineyard 1986** (3)
- **Bonnys Vineyard 1987** (3)
- **1988** (3)

930    above 15 bottles      per lot $1000-1500

### Spottswoode

### Spottswoode Cabernet Sauvignon
*Napa Valley*
- **1988** (6)
- **1990** (6)

931    above 12 bottles      per lot $600-900

### Spottswoode Cabernet Sauvignon 1989
*Napa Valley*

932    12 bottles      per lot $480-700

### Spottswoode Cabernet Sauvignon 1991
*Napa Valley*
owc
"This big, muscular red reflects its tannic vintage, with deep, smoky flavors of plum, spice and tar. It's still a bit tough…Spottswoode vertical. Best after 2001…94." WS 12/98.

933    12 bottles      per lot $700-1000

### Spottswoode Cabernet Sauvignon
*Napa Valley*
- **1992** (6)
- **1993** (6)

934    above 12 bottles      per lot $550-800

### Spottswoode Cabernet Sauvignon
*Napa Valley*
- **1994** (6)
- **1997** (6)

935    above 12 bottles      per lot $700-1000

### Spottswoode Cabernet Sauvignon
*Napa Valley*
- **1998** (6)
- **1999** (6)
- **2000** (6)

936    above 18 bottles      per lot $850-1200



### Turley Wine Cellars

### Turley Wine Cellars 1996
*Napa Valley*
- **Petite Syrah Hayne** (1)
- **Zinfandel Aida Vineyard** (1)
- **Zinfandel Black Sears Vineyard** (1)
- **Zinfandel Duarte Vineyard** (1)
- **Zinfandel Grist Vineyard** (1)
- **Zinfandel Hayne** (1)
- **Zinfandel Old Vines** (1)
- **Zinfandel Vineyard 101** (1)
- **Zinfandel Whitney Tennessee Vineyard** (1)

937    above 9 bottles      per lot $600-900

### Turley Wine Cellars 1997
*Napa Valley*
- **Petite Syrah Hayne** (1)
- **Petite Syrah Rattlesnake Acres** (1)
- **Zinfandel Black Sears Vineyard** (1)
- **Zinfandel Dogtown Vineyard** (1)
- **Zinfandel Duarte Vineyard** (1)
- **Zinfandel Grist** (1)
- **Zinfandel Hayne Vineyard** (1)
- **Zinfandel Moore Earthquake Vineyard** (1)
- **Zinfandel Old Vines** (1)
- **Zinfandel Spenker Ranch** (1)
- **Zinfandel Tofanelli Vineyard** (1)
- **Zinfandel Vineyard 101** (1)

938    above 12 bottles      per lot $800-1200

**Turley Wine Cellars 1998**
*Napa Valley*
- **Charbono Tofanelli Vineyard** (1)
- **Petit Syrah Hayne Vineyard** (1)
- **Petite Syrah Rattlesnake Acres** (1)
- **Zinfandel Black Sears Vineyard** (1)
- **Zinfandel Dogtown Vineyard** (1)
- **Zinfandel Duarte Vineyard** (1)
- **Zinfandel Grist Vineyard** (1)
- **Zinfandel Hayne Vineyard** (1)
- **Zinfandel Old Vines** (1)
- **Zinfandel Pringle Family Vineyard** (1)
- **Zinfandel Tofanelli** (1)
- **Zinfandel Vineyard 101** (1)

939  above 12 bottles                per lot $700-1000

**William Hill**

**William Hill Gold Label**
**Cabernet Sauvignon 1978**
*Napa Valley*

940  12 bottles                per lot $500-750

**William Hill Gold Label**
**Cabernet Sauvignon 1985**
*Napa Valley*

941  12 bottles2                per lot $260-380

**William Hill Cabernet Sauvignon**
*Napa Valley*
*bottom neck or better*
- **Gold Label 1982** (3)
- **Gold Label 1984** (3)
- **Reserve 1986** (3)
- **Reserve 1987** (3)
- **Reserve 1988** (3)
- **Reserve 1989** (3)

942  above 18 bottles                per lot $450-650

**California Wines 1995**
*owc*
- **Flora Springs Rutherford Hillside**
  **Reserve Cabernet Sauvignon** (6)
  *Napa Valley*
- **Kendall Jackson Cardinale** (6)
  *California*
- **Quintessa Rutherford Red** (6)
  *Napa Valley*

943  above 18 bottles                per lot $950-1400

End of first session

Zachys Wine Auctions tel 310 446 6622 • fax 310 446 6172 • info@zachysauctions.com

# The Inaugural
# Los Angeles Auction

Including Magnificent 18th, 19th and 20th
Century Rarities from the Collection of
Graeme Revell

**Saturday, October 9, 2004**
**9:30 am to 4:00 pm**

**Lots 944–1886**



**Lot 1450**

## VERTICALS OF MONTRACHET LAGUICHE, BEAULIEU AND MONDAVI CABERNET RESERVES, AND A CASE OF PETRUS

### All Wines Purchased Upon Release And Removed From Temperature-Controlled Home Storage

### CHATEAU PETRUS 1981
*Pomerol*
*eleven bottom neck or better, one top shoulder, owc*
"… mulberry-ripe richness; fleshier, rounded, powerful finish…★★★★." MB 12/97.

| | | |
|---|---|---|
| 944 | 12 bottles | per lot $2800-4000 |



### MONTRACHET MARQUIS DE LAGUICHE JOSEPH DROUHIN
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| • 1980 | | (1) |
| • 1981 | | (1) |
| • 1982 | | (1) |
| • 1983 | | (1) |
| • 1984 | | (1) |
| • 1985 | | (1) |
| • 1986 | | (1) |
| • 1987 | | (1) |
| • 1988 | | (1) |
| • 1989 | | (1) |
| • 1990 | | (1) |
| • 1991 | | (1) |
| • 1992 | | (1) |
| 945 | above 13 bottles | per lot $2400-3500 |

### BEAULIEU VINEYARDS CABERNET SAUVIGNON PRIVATE RESERVE
*Napa Valley*
*bottom neck or better except where noted*

| | | |
|---|---|---|
| • 1964 | | (1) |
| • 1965 | | (1) |
| *upper-mid shoulder* | | |
| • 1966 | | (1) |
| *upper-mid shoulder* | | |
| • 1967 | | (1) |
| • 1968 | | (1) |
| • 1969 | | (1) |
| • 1970 | | (1) |
| • 1971 | | (1) |
| • 1972 | | (1) |
| • 1973 | | (1) |
| • 1974 | | (1) |
| • 1975 | | (1) |
| • 1976 | | (1) |
| • 1977 | | (1) |
| • 1978 | | (1) |
| • 1979 | | (1) |
| • 1980 | | (1) |
| • 1981 | | (1) |
| • 1982 | | (1) |
| • 1983 | | (1) |
| • 1984 | | (1) |
| • 1985 | | (1) |
| • 1986 | | (1) |
| • 1987 | | (1) |
| • 1988 | | (1) |
| • 1989 | | (1) |
| • 1990 | | (1) |
| • 1991 | | (1) |
| • 1992 | | (1) |
| • 1993 | | (1) |
| • 1994 | | (1) |
| • 1995 | | (1) |
| • 1996 | | (1) |
| • 1997 | | (1) |
| • 1998 | | (1) |
| • 1999 | | (1) |
| • 2000 | | (1) |
| 946 | above 37 bottles | per lot $1800-2600 |

**Robert Mondavi Winery**
**Cabernet Sauvignon Reserve**
*Napa Valley*
- **1971**                                           (1)
- **1973**                                           (1)
- **1974**                                           (1)
- **1975**                                           (1)
- **1976**                                           (1)
- **1977**                                           (1)
- **1978**                                           (1)
- **1979**                                           (1)
- **1980**                                           (1)
- **1981**                                           (1)
- **1982**                                           (1)
- **1983**                                           (1)
- **1984**                                           (1)
- **1985**                                           (1)
- **1986**                                           (1)
947  above 15 bottles            per lot $600-900

### A TASTE OF HARLAN AND MARCASSIN

**Removed From Professional Storage**

**Harlan Estate 2000**
*Napa Valley*
*owc*
948  6 bottles                 per lot $1200-1800
949  2 magnums (1.5L)          per lot $800-1200

**Marcassin Pinot Noir**
**Blue Slide Ridge Vineyard 1999**
*Sonoma Coast*
"It is dense, opulent, and nearly viscous with extraordinary purity and concentration. It comes across as a New World version of perhaps Domaine de la Romanee-Conti's La Tache or Richebourg, or a Claude Dugat or Dugat-Py grand cru. It is an awesome effort that falls just short of perfection...98." WA 8/02.
950  6 bottles                 per lot $1800-2600

**Marcassin Pinot Noir**
**Marcassin Vineyard 1999**
*Sonoma Coast*
*Parcel: lots 951-952*
"It exhibits more animal, plum, raspberry, and earthy characteristics (meaty porchinis come to mind) in its broodingly backward, mineral-dominated personality. Additionally, there is great structure and purity, as well as layers of fruit and intensity...95." WA 8/02.
951  6 bottles                 per lot $1300-1900
952  6 bottles                 per lot $1300-1900

**Marcassin Chardonnay**
**Three Sisters Vineyard 1999**
*Sonoma Coast*
*Parcel: lots 953-954*
"The 1999 Chardonnay Marcassin Vineyard recalls the 1985 Niellon Batard-Montrachet or Chevalier. It offers up extraordinary, concentrated honeyed pineapple fruit intermixed with candied orange and lemon peel, liquid stones, and a steely finish. It is layered, with superb purity...98." WA 8/02.
953  6 bottles                 per lot $1000-1500
954  6 bottles                 per lot $1000-1500

### CALIFORNIA CULTS HIGHLIGHTED BY HARLAN 2000

**Removed From Professional Storage**

**Harlan Estate 2000**
*Napa Valley*
*owc*
*Parcel: lots 955-957*
*Parcel: lots 958-960*
955  6 bottles                 per lot $1200-1800
956  6 bottles                 per lot $1200-1800
957  6 bottles                 per lot $1200-1800
958  2 magnums (1.5L)          per lot $800-1200
959  2 magnums (1.5L)          per lot $800-1200
960  2 magnums (1.5L)          per lot $800-1200

### Screaming Eagle Cabernet Sauvignon 2001
*Napa Valley*
*owc*

961    3 bottles                    per lot $2200-3200

### Sine Qua Non Midnight Oil 2001
*Ventura*

962    12 bottles                   per lot $2200-3000

### Sine Qua Non Ventriloquist
*Ventura*

963    4 bottles                    per lot $300-500

---

## CLASSIC BORDEAUX OF A LOS ANGELES COLLECTOR

The following offering is dominated by classic First Growth Bordeaux spanning 1945 to 2000 and features an astounding seven cases of the mythic 1982 Lafite Rothschild.

**All Wines Removed From Professional Storage**

### BORDEAUX

### Chateau Lafite Rothschild 1945
*Pauillac, Premier Cru Classe*
*one upper shoulder, one upper-mid shoulder, one slightly torn label and one nicked label, one torn capsule, sold Christies 10/28/71 - lot 154*

964    2 bottles                    per lot $1700-2600

### Chateau Mouton Rothschild 1953
*Pauillac, Deuxieme Cru Classe*
*upper shoulder*
"Another outstanding vintage, with characteristic cassis flavor and chocolate, currant and cedar nuances, as well as an herbaceous note that blends well with the lovely, sweet fruit flavor on the long finish." WS 5/91.

965    1 bottle                     per lot $500-800

### Chateau Lafite Rothschild
*Pauillac, Premier Cru Classe*
- **1957**                                    (1)
  *just below top shoulder, damp stained label*
- **1964**                                    (3)
  *one bottom neck, two just below top shoulder*
- **1966**                                    (5)
  *one bottom neck, two top shoulder, two just below top shoulder*
- **1967**                                    (3)
  *one bottom neck, one just below top shoulder, one upper-mid shoulder, one lightly bin-soiled label*

966    above 12 bottles             per lot $1100-1600

### Chateau Lafite Rothschild 1959
*Pauillac, Premier Cru Classe*
*one top shoulder, one just below top shoulder, one upper shoulder, one slightly stained label, one faded label, lightly corroded capsules*
"One of the best-ever Lafites...The extraordinary ability to exude not only an immediate cedary perfume but, very much a Lafite specialty, the way it opens up further avenues of fragrance and subtle by-paths, lingering in the mouth. Each time you pick up your glass you notice another facet of scent and taste. It also happens to be a good drink, still a perfect beverage...★★★★★." MB 12/00.

967    3 bottles                    per lot $2400-3500

### Chateau Margaux 1959
*Margaux, Premier Cru Classe*
*upper-mid shoulder*
"Superbly balanced, with lovely, elegant fruit flavors. Quite succulent in style. Medium ruby-garnet, with an elegant, earthy strawberry aroma, balanced fruit and medium tannins.--1959 Bordeaux horizontal...93." WS 10/90.

968    2 bottles                    per lot $800-1300

### Chateau Haut Brion 1961
*Graves, Premier Cru Classe*
*two 2.5cm, two 4.5cm*
"The 1961 Haut-Brion was pure perfection, with gloriously intense aromas of tobacco, cedar, minerals, and sweet red and black fruits complemented by smoky wood. This has always been a prodigious effort (it was the debut vintage for Jean Delmas)...100." WA 2/96.

969    4 bottles                    per lot $3200-5000

**Chateau Lafite Rothschild 1961**
*Pauillac, Premier Cru Classe*
*five upper-mid shoulder, one mid shoulder*
"…many 5-star notes - gentle, spicy, silky tannins, a certain delicacy and always great length…It had the sweetness of fully ripe grapes and alcohol, a mouthfilling flavour, very good tannins and acidity. Complete…★★★★★." MB 5/99.

970     6 bottles                       per lot $2200-3200

**Chateau Mouton Rothschild 1961**
*Pauillac, Deuxieme Cru Classe*
*upper-mid shoulder*
"Huge, cedary, cassis, lead pencil, menthol-like aromas soared from the glass. The black/purple color revealed no signs of lightening or amber at the edge. Full-bodied, rich, and super-intense…98." WA 10/94.

971     3 bottles                       per lot $2200-3200

**Chateau Lafite Rothschild 1962**
*Pauillac, Premier Cru Classe*
*two top shoulder, seven upper shoulder, three upper-mid shoulder, two signs of seepage*
"Tasted from magnum. A shade deeper and richer than the single bottle, with plenty of cedar and currant flavors, full body and a sense of intensity and liveliness. One of the most powerful Lafites in the tasting. Drink now to 2005…93." WS 11/91.

972     12 bottles                      per lot $1900-3000

**Chateau Lafite Rothschild 1962**
*Pauillac, Premier Cru Classe*
*one top shoulder, four upper shoulder, six upper-mid shoulder, one mid shoulder, four lightly bin-soiled labels, one signs of seepage*

973     12 bottles                      per lot $1900-3000

**Chateau Lafite Rothschild 1962**
*Pauillac, Premier Cru Classe*
*two top shoulder, five upper shoulder, five upper-mid shoulder, owc*

974     12 bottles                      per lot $1900-3000

**Mixed Bordeaux**
• **Chateau Lafite Rothschild 1970**          (3)
  *Pauillac, Premier Cru Classe*
  *top shoulder*
• **Chateau Lafite Rothschild 1971**          (1)
  *Pauillac*
  *bottom neck*
• **Chateau Margaux 1971**                    (1)
  *Margaux, Premier Cru Classe*
  *bottom neck*
• **Chateau Lafite Rothschild 1979**          (1)
  *Pauillac, Premier Cru Classe*
  *bottom neck*

975     above 6 bottles                 per lot $380-600

**Chateau Lafite Rothschild 1970**
*Pauillac, Premier Cru Classe*
*nine bottom neck or better, three very top shoulder, one torn capsule, owc*

976     12 bottles                      per lot $900-1400

**Chateau Lafite Rothschild 1970**
*Pauillac, Premier Cru Classe*
*four very top shoulder, four top shoulder, three just below top shoulder, two nicked labels, three nicked capsules*

977     11 bottles                      per lot $850-1300

**Chateau Margaux 1971**
*Margaux, Premier Cru Classe*
*top shoulder or better*

978     10 bottles                      per lot $420-600

**Chateau Lafite Rothschild 1973**
*Pauillac*
*one bottom neck, five top shoulder, six upper shoulder, owc*

979     12 bottles                      per lot $500-700

**Chateau Lafite Rothschild 1975**
*Pauillac, Premier Cru Classe*
*nine bottom neck or better, three very top shoulder, six damp stained labels, one corroded capsule*

980     12 bottles                      per lot $1000-1500

**Chateau Lafite Rothschild 1976**
*Pauillac, Premier Cru Classe*
*seven bottom neck or better, one very top shoulder,*
*four top shoulder, owc*
"The 1976 Lafite clearly stands far above the
crowd in this vintage. A beautiful bouquet of
seductive cedarwood, spices, and ripe fruit pre-
cedes a very concentrated, darkly colored wine,
with great length and texture. Some amber is just
beginning to appear at the edge. The 1976 has
turned out to be the best Lafite of the '70s. It is
gorgeous to drink at present." WA 9/96.

981   12 bottles                    per lot $1500-2200

**Chateau Lafite Rothschild 1976**
*Pauillac, Premier Cru Classe*
*three bottom neck or better, three very top shoulder,*
*three top shoulder, two just below top shoulder, one*
*upper shoulder, owc*

982   12 bottles                    per lot $1500-2200

**Chateau Lafite Rothschild 1976**
*Pauillac, Premier Cru Classe*
*bottom neck or better, three damp stained labels, owc*

983   6 magnums (1.5L)             per lot $1500-2200

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
*Parcel: lots 984-985*
"Powerful for a Lafite, this wine unfolds to reveal
extraordinary richness, purity, and overall sym-
metry in addition to stunning flavor depth and
persistence. The finish lasts for nearly a minute.
The modern day equivalent of Lafite-Rothschild's
immortal 1959...100." WA 6/00.

984   12 bottles                    per lot $5000-7500
985   12 bottles                    per lot $5000-7500

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*ten very top shoulder or better, two top shoulder, owc*

986   12 bottles                    per lot $5000-7500

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*bottom neck or better, three nicked labels and two torn*
*labels, five torn capsules*

987   12 bottles                    per lot $5000-7500

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*ten bottom neck or better, two very top shoulder, six*
*stained labels, corroded capsule and one cut capsule*

988   12 bottles                    per lot $5000-7500

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*seven bottom neck or better, five very top shoulder,*
*two nicked labels*

989   12 bottles                    per lot $5000-7500

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*four very top shoulder, eight top shoulder, two torn*
*and corroded capsules, two signs of seepage*

990   12 bottles                    per lot $5000-7500

**Pauillac 1982**
*Pauillac, Premier Cru Classe*
• **Chateau Lafite Rothschild**              (2)
  *top shoulder, one corroded capsule*
• **Chateau Latour**                          (1)
  *very top shoulder, nicked label*
• **Chateau Mouton Rothschild**              (2)
  *very top shoulder, nicked labels*

991   above 5 bottles              per lot $2000-2800

**Chateau Petrus 1985**
*Pomerol*
*bottom neck or better, slightly scuffed capsules, one*
*signs of seepage, owc*
"A massive concentration of rich, intense plum,
cherry, spice, smoke and chocolate flavors that
are wrapped in thick, rich tannins and cedary oak.
It gains intensity and vibrancy on the palate, a
powerful wine with a distinct personality...98."
WS 5/88.

992   12 bottles                    per lot $4800-7000

Lots 984-990



### Chateau Ausone 1986
*St Emilion, Premier Grand Cru Classe (a)*
*eleven bottom neck or better, one upper shoulder, one*
*torn and three scuffed capsules, owc*

| | | |
|---|---|---|
| 993 | 12 bottles | per lot $700-950 |

### Chateau Margaux 1986
*Margaux, Premier Cru Classe*
*six bottom neck or better, one very top shoulder, one*
*slightly nicked label, one 6-pack owc*
"The 1986 Margaux continues to be the most powerful, tannic, and muscular Margaux made in decades. One wonders if the 1928 or 1945 had as much power and depth as the 1986?... It should prove nearly immortal in terms of aging potential...96." WA 10/94.

| | | |
|---|---|---|
| 994 | 7 bottles | per lot $1400-2200 |

### Chateau Petrus 1988
*Pomerol*
*bottom neck or better, owc*
"Very fine Petrus. Gorgeous aromas of violet and berry and hints of new oak. Full-bodied, with racy, silky tannins and a long, palate-caressing finish." WS 11/98.

| | | |
|---|---|---|
| 995 | 12 bottles | per lot $3500-5500 |

### Chateau Lafite Rothschild 1989
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
*Parcel: lots 996-998*

| | | |
|---|---|---|
| 996 | 12 bottles | per lot $1700-2400 |
| 997 | 12 bottles | per lot $1700-2400 |
| 998 | 12 bottles | per lot $1700-2400 |

### Bordeaux 1989
*bottom neck or better*
- **Chateau Lafite Rothschild** (2)
  *Pauillac, Premier Cru Classe*
- **Chateau Cheval Blanc** (1)
  *St Emilion, Premier Grand Cru Classe (a)*
- **Chateau Latour** (2)
  *Pauillac, Premier Cru Classe*

| | | |
|---|---|---|
| 999 | above 5 bottles | per lot $600-800 |

### Chateau Lafite Rothschild 1990
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
*Parcel: lots 1000-1003*
"Dark ruby color. Wonderful aromas of plums, berries, mint and dark chocolate. Full-bodied, chunky and rich. Closed yet compacted. Harmonious...96." WS 6/01.

| | | |
|---|---|---|
| 1000 | 12 bottles | per lot $1800-2400 |
| 1001 | 12 bottles | per lot $1800-2400 |
| 1002 | 12 bottles | per lot $1800-2400 |
| 1003 | 12 bottles | per lot $1800-2400 |

### Chateau Petrus 1992
*Pomerol*
*bottom neck, nicked labels*

| | | |
|---|---|---|
| 1004 | 2 bottles | per lot $320-450 |

### Chateau Petrus 1993
*Pomerol*
*owc*
"A candidate for the most concentrated wine of the vintage, this 1993 exhibits a saturated purple/plum color, and a sweet nose of black fruits, Asian spices, and vanilla. Huge and formidably rich, this powerful, dense, super-pure wine is a tour de force in winemaking." WA 2/97.

| | | |
|---|---|---|
| 1005 | 12 bottles | per lot $2600-4200 |

### Chateau Petrus 1994
*Pomerol*
"...this full-bodied, densely packed wine reveals layers of flavor, and an inner-core of sweetness with huge quantities of glycerin and depth. A tannic, classic style of Petrus, with immense body, great purity...94." WA 2/97.

| | | |
|---|---|---|
| 1006 | 10 bottles | per lot $2600-3800 |

### Chateau Lafite Rothschild 1995
*Pauillac, Premier Cru Classe*
"Here's the best Lafite in ages. It's a polished Bordeaux, extremely sophisticated and harmonious, with blackberry, dark chocolate and olive aromas. Full-bodied and very silky, with a lovely fruity chocolate aftertaste...97." WS 6/98.

| | | |
|---|---|---|
| 1007 | 12 bottles | per lot $1700-2400 |

### Chateau L'Eglise Clinet
*Pomerol*
- 1995                                    (10)
- 1996                                    (2)

1008  above 12 bottles          per lot $1100-1700

### Chateau Lafite Rothschild 1996
*Pauillac, Premier Cru Classe*
*Parcel: lots 1009-1010*
"This  massive wine may be the biggest, largest-scaled Lafite I have ever tasted…extremely powerful and full-bodied, with remarkable complexity for such a young wine, this huge Lafite is oozing with extract and richness, yet has managed to preserve its quintessentially elegant personality…100." WA 4/99.

1009  12 bottles          per lot $2600-3800
1010  12 bottles          per lot $2600-3800

### Chateau Lafite Rothschild 1998
*Pauillac, Premier Cru Classe*
"…it has been spectacular since birth, putting on more weight and flesh over the last year. This opaque purple,-colored 1998 is close to perfection…the wine is elegant yet profoundly rich, revealing the essence of Lafite's character. The tannin is sweet, and the wine is spectacularly layered yet never heavy. The finish is sweet, super-rich, yet impeccably balanced and long (50+ seconds)…98." WA 4/01.

1011  12 bottles          per lot $1500-2000

### Chateau L'Eglise Clinet 1998
*Pomerol*
*owc*
"Truly gorgeous. Rich and thick yet refined and precise. Crushed raspberry and berry character rises from the glass. Full-bodied, with loads of fruit, fine tannins and an extremely long finish…96." WS 1/01.

1012  12 bottles          per lot $1400-2000

### Chateau L'Evangile 1998
*Pomerol*
"Captivating aromas of wild raspberry, cherry, mineral and grilled meat mark this full-bodied wine, along with huge,silky tannins and an extra-long, caressing finish. Envelops the palate like a perfectly tailored silk shirt. Incredible class, with everything in wonderful proportions. The greatest L'Evangile ever made…98." WS 1/01.

1013  12 bottles          per lot $1200-1800

### Le Pin 1999
*Pomerol*
*two 6-pack owc*
"This is an example of a wine that has gained considerable weight since I tasted it in 2000 and 2001. Exotic and sexy, with a cunning display of super-ripe mocha and toast-infused, jammy black cherry fruit, low acidity, and a savory personality…luxuriously rich…100% Merlot…" WA 4/02.

1014  12 bottles          per lot $5500-6500

### Chateau Lafite Rothschild 2000
*Pauillac, Premier Cru Classe*
*owc*
*Parcel: lots 1015-1017*
"Since taking over this first-growth estate in 1994, director Charles Chevallier has taken the wines from strength to strength. He is now the most capable winemaker of the top estates in the Médoc. This is the best young Lafite I have tasted. A triumph. Subtle aromas of currants, leather, tobacco and cedar—a classic cigar box nose, with plenty of fruit. It's full-bodied, with silky, ripe tannins. This is a wine that completely coats your palate, but caresses it at the same time…100." WS 1/03.

1015  12 bottles          per lot $3800-5500
1016  12 bottles          per lot $3800-5500
1017  12 bottles          per lot $3800-5500

### Chateau L'Eglise Clinet 2000
*Pomerol*
"This has everything. Super class and elegance, yet ripe and exciting. Winemaker Denis Durantou is a purist and it shows. Fantastic aromas of blackberries, cherries, violets and minerals. Full-bodied, with incredible raspberry, cherry, mineral and silky tannins. Very long…97." WS 1/03.

1018  12 bottles          per lot $2000-3000

**CHATEAU L'EVANGILE 2000**
*Pomerol*
"An inky purple color is accompanied by scents of
violets, blueberries, blackberries, cassis, graphite,
and truffles. Aromatically, it is the finest young
l'Evangile I have ever smelled. Splendidly rich and
full-bodied, with great intensity, exquisite purity,
astonishing harmony, and a blockbuster finish that
lasts nearly a minute, this is a potential legend in
the making. L'Evangile reveals more grip and tan-
nin this year...96-98+." WA 2/02.
1019  12 bottles                    per lot $2000-2400

### SAUTERNES

**CHATEAU D'YQUEM 1959**
*Sauternes, Premier Cru Superieur*
*one bottom neck, two top shoulder, one slightly torn
and one torn label*
"Classic, exciting Yquem. Silky, creamy and round,
yet armed with plenty of intense botrytized fla-
vors—dried apricot, raisin, dried fig. Full-bodied,
with caramel and butterscotch complexity, it ends
on a very intense finish...97." WS 5/99.
1020  3 bottles                    per lot $3000-4000

**CHATEAU D'YQUEM**
*Sauternes, Premier Cru Superieur*
• **1970**                                      (1)
  *top shoulder*
• **1983**                                      (1)
  *bottom neck*
1021  above 2 bottles              per lot $350-550

### BURGUNDY

**POMMARD CHATEAU DE POMMARD
JEAN LOUIS LAPLANCHE 1971**
*Cote de Beaune*
*4cm or better*
1022  12 bottles                    per lot $300-500

### CHAMPAGNE

**ROEDERER CRISTAL 1990**
*Champagne*
*oc*
"The Louis Roederer 1990 Cristal is awesome! A
classic of power and finesse, richness and deli-
cacy, it may be the greatest Cristal I have ever
tasted!...97." WA 10/98.
1023  6 bottles                    per lot $1100-1500

### ITALY

**TIGNANELLO ANTINORI 1997**
*Tuscany*
"A fabulous Tuscan red, young and racy. Deep dark
ruby in color, with focused aromas of blackberries,
wood and very ripe fruit. Full-bodied, with loads
of velvety tannins and a long, long finish...95."
WS 6/00.
1024  12 bottles                    per lot $900-1200

## FINEST FRENCH AND CALIFORNIA WINE

Most these wines were purchased upon release
and stored thereafter in a substantial tempera-
ture-controlled home wine cellar. This consign-
ment represents only a small percentage of a mag-
nificent collection.

### BORDEAUX

**CHATEAU MOUTON ROTHSCHILD 1989**
*Pauillac, Premier Cru Classe*
"One of the stars in every vintage. The exciting
1989 Mouton defines class and concentration,
with thick, chewy cassis, mint and berry flavors,
full, silky tannins and great harmony. Best after
2000...99." WS 5/92.
1025  9 bottles                    per lot $1300-1800

**CHATEAU TROTANOY 1985**
*Pomerol*
*bottom neck or better*
1026  12 bottles                    per lot $500-750

## BURGUNDY

### Grands Echezeaux Domaine Leroy 1959
*Cote de Nuits, Grand Cru*
*.5cm*
1027    1 bottle                    per lot $750-1000

### Echezeaux Henri Jayer 1986
*Cote de Nuits, Grand Cru*
*1.5cm or better*
1028    3 bottles                   per lot $1000-1400

### Vosne Romanee
*Cote de Nuits, Premier Cru*
• **Les Beaux Monts Henri Jayer 1986**    (1)
  *bin-soiled label*
• **Les Beaumonts Emmanuel Rouget 1988**  (1)
1029    above 2 bottles             per lot $320-420

### Charmes Chambertin Claude Dugat 1990
*Cote de Nuits, Grand Cru*
*two nicked labels, one sign of seepage*
"…it has to be tasted to be believed…96." WA 10/92.
1030    8 bottles                   per lot $5000-6000

### Echezeaux Rouget 1990
*Cote de Nuits, Grand Cru*
"Some readers may argue that the Echezeaux is as profound as the Vosne-Romanee-Cros Parantoux… It is no secret that the genius behind the wines of the young Emmanuel Rouget is the legendary Henri Jayer…" WA 10/02.
1031    12 bottles                  per lot $4200-5000

### Emmanuel Rouget
• **Vosne Romanee Les Beaumonts 1990**    (2)
  *Cote de Nuits, Premier Cru*
• **Echezeaux 1992**                       (2)
  *Cote de Nuits, Grand Cru*
1032    above 4 bottles             per lot $450-650

### Vosne Romanee Cros Parantoux Henri Jayer 1994
*Cote de Nuits, Premier Cru*
1033    3 bottles                   per lot $650-900

### Gevrey Chambertin Claude Dugat 1995
*Cote de Nuits*
*six Robert Kacher Selection*
1034    10 bottles                  per lot $380-550

### Charmes Chambertin Claude Dugat 1995
*Cote de Nuits, Grand Cru*
"…this elegant gem's thick texture and cascade of fat, chewy black fruits are divine…93-95." WA 6/97.
1035    4 bottles                   per lot $1300-2000

### Griotte Chambertin Claude Dugat 1995
*Cote de Nuits, Grand Cru*
*Robert Kacher Selection*
"This is a mesmerizing wine…Wave upon wave of luscious fruit unfold on the palate in this opulent and hedonistic offering's velvety-textured core. Perfectly balanced and harmonious, intense yet soft, structured yet supple…99." WA 8/98.
1036    2 bottles                   per lot $1300-1700

### Echezeaux Emmanuel Rouget 1996
*Cote de Nuits, Grand Cru*
"This feminine, yet powerful beauty is magnificently proportioned, balanced, and reveals creamy blackberries, candied cherries, and hints of chocolate in its complex, concentrated and pure personality. Its immensely long finish reveals a firm backbone…92-94." WA 2/98.
1037    12 bottles                  per lot $1500-2200

### Gevrey Chambertin Lavaux St Jacques Claude Dugat 2001
*Cote de Nuits, Premier Cru*
1038    7 bottles                   per lot $550-800

### Gevrey Chambertin Claude Dugat
*Cote de Nuits*
• **1995**                                 (1)
• **1996**                                 (5)
• **Premier Cru 1998**                     (3)
  *Premier Cru*
• **Premier Cru 2000**                     (2)
  *Premier Cru*
1039    above 11 bottles            per lot $550-850

**MIXED COTE DE NUITS**
- **ECHEZEAUX A ET F GROS 1990**            (2)
  *Cote de Nuits, Grand Cru*
- **GRIOTTE CHAMBERTIN
  CLAUDE DUGAT 1994**            (1)
  *Cote de Nuits, Grand Cru*
  Robert Kacher Selection
- **GEVREY CHAMBERTIN LAVAUX ST JACQUES
  CLAUDE DUGAT 1995**            (2)
  *Cote de Nuits, Premier Cru*

1040   above 5 bottles            per lot $550-750


**MONTRACHET DOMAINE RAMONET 1985**
*Cote de Beaune, Grand Cru*

1041   1 bottle            per lot $800-1200


**MONTRACHET DOMAINE RAMONET 1989**
*Cote de Beaune, Grand Cru*
"The 1989 Montrachet (of which there are 2 barrels
from 70-year old vines) attained a natural alcohol
level of 14.8%. So much for those oenologist's
wines made within s afe technical parameters! I
realize few readers will ever get a chance to taste
this wine, but as you can imagine, it boasts unbe-
lievable concentration and viscosity...All things
considered, I would wait 10 years before popping
the cork. It will drink well for at least the first two
decades of the next century...97." WA 2/92.

1042   2 bottles            per lot $1600-2400



Lots 1041, 1042

**CORTON CHARLEMAGNE COCHE-DURY 1993**
*Cote de Beaune, Grand Cru*
"A blockbuster with the finesse to seduce the most
demanding aficionados of top white Burgundy...
Brilliant winemaking at work here...99." WS 5/96.

1043   2 bottles            per lot $1800-2800


**MEURSAULT CLOS DE LA BARRE
COMTE LAFON 1996**
*Cote de Beaune*
"Displaying candied nuts on the nose, the Meursault
Clos de La Barre is an absolutely delicious, expan-
sive, rich, elegant and well-defined wine. Sweet
layers of toasty and buttered brioches, hazelnuts,
poached pears, spices, and traces of anise are found
in this medium-to-full-bodied, velvety-textured, and
superbly-balanced wine." WA 2/98.

1044   3 bottles            per lot $300-400


**MONTRACHET**
*Cote de Beaune, Grand Cru*
- **DOMAINE RAMONET 1981**            (1)
- **P MOREY 1986**            (1)

1045   above 2 bottles            per lot $500-700


## RHONE

**CHATEAUNEUF DU PAPE CHATEAU RAYAS
RESERVE J REYNAUD 1985**
*Rhone*
*signs of seepage*

1046   2 bottles            per lot $320-500


## ALSACE

**GEWURZTRAMINER HENGST VENDANGE TARDIVE
ZIND-HUMBRECHT 1989**
*Alsace, Grand Cru*

1047   6 bottles            per lot $300-420


**TOKAY PINOT GRIS CLOS WINDSBUHL VENDAGE
TARDIVE ZIND HUMBRECHT**
*Alsace, Grand Cru*
- **1989**            (4)
- **1994**            (8)
*five signs of seepage*

1048   above 12 bottles            per lot $650-950

**Gewurztraminer Zind-Humbrecht**
*Alsace*
- **Clos Windsbuhl 1989**                    (2)
- **Heimbourg Vendage Tardive 1989**          (5)
- **Wintzenheim 1989**                        (3)
- **Goldert Vendage Tardive 1990**            (1)
  *Grand Cru*
- **Heimbourg 1991**                          (3)

1049  above 14 bottles          per lot $800-1100

**Pinot Gris Clos St Urbain Rangen de Thann Vendage Tardive Zind-Humbrecht 1994**
*Alsace, Grand Cru*
*one sign of seepage*

1050  8 bottles               per lot $420-650



**Pinot Gris**
*Alsace*
- **Tokay Clos St Urbain Rangen de Thann Vendage Tardive Zind-Humbrecht 1988** (2)
- **Barriques Domaine Ostertag 1989**         (4)
- **Tokay Clos Jebsal Vendage Tardive Zind Humbrecht 1990**                    (4)
- **Tokay Clos Windsuhl Zind Humbrecht 1990**                    (4)
- **Tokay Heimbourg Zind Humbrecht 1996**                    (1)

1051  above 15 bottles         per lot $850-1300

## ITALY

**Barolo**
*Piedmont*
- **Bricco Bussia Vigna Cicala Aldo Conterno 1985**                        (5)
- **Rocche Vietti 1988**                      (6)

1052  above 11 bottles         per lot $750-1200

## CALIFORNIA

**Dalla Valle Vineyards Maya 1992**
*Napa Valley*
"It reveals a saturated purple color, as well as an intense fragrance of black-raspberries, cassis, flowers, and minerals. The wine possesses great fruit, superb density, wonderful purity and balance, and a compelling extra dimension both aromatically and texturally. It is destined to be one of California's legendary wines...100." WA 10/95.

1053  4 bottles               per lot $1500-2200

**Araujo Estate Cabernet Sauvignon Eisele Vineyard 1998**
*Napa Valley*
"There are 2,300 cases of this 90% Cabernet Sauvignon, 7% Petit-Verdot, and 3% Cabernet Franc blend. It is supple and elegant, with a complex, evolved bouquet of smoke, black currants, spice box, and cedar...92." WA 12/00.

1054  5 bottles               per lot $420-650
1055  2 magnums (1.5L)         per lot $320-500

**Bryant Family Vineyards Cabernet Sauvignon 1998**
*Napa Valley*

1056  3 bottles               per lot $550-800

**Araujo Estate Eisele Vineyard 1999**
*Napa Valley*
- **Altagracia**                              (1)
- **Syrah**                                   (5)

1057  above 6 bottles          per lot $420-650

**Dalla Valle Vineyards Cabernet Sauvignon 1999**
*Napa Valley*
"A potent wine, dark, rich and concentrated, with a tight, intense, sharply focused beam of spicy currant, black cherry, blackberry and boysenberry fruit that unfolds gracefully, revealing extra facets of depth and complexity. Best from 2004 through 2012...95." WS 8/02.

1058  3 bottles               per lot $240-320

**Araujo Estate Syrah Eisele Vineyard 2000**
*Napa Valley*

1059  4 bottles                    per lot $300-450

**Bryant Family Vineyards Cabernet Sauvignon 2001**
*Napa Valley*

1060  7 bottles                    per lot $1400-2200

**Kongsgaard Syrah Hudson Vineyard 2001**
*Napa Valley*

1061  3 bottles                    per lot $300-450

<u>**Marcassin**</u>

"Those readers who continue to believe that only the Cote d'Or can produce world-class Chardonnays should consider the following. In a recent blind tasting that included Marcassin's 1992 Upper Barn Chardonnay, and several great vintages of Montrachet, Chevalier-Montrachet, and Batard-Montrachet from Domaine Leflaive, Michel Niellon, and Louis Latour, France's finest taster, Michel Bettane, confirmed what I had already come to believe - Marcassin is producing wines that are superior to France's grands crus - hard to believe, but true!" WA 6/95.

**Marcassin Pinot Noir Marcassin Vineyard 1996**
*Sonoma Coast*

In order to get a snapshot of what this wine is really about is to recognize that it is reminiscent of the finest grand crus I have tasted from such sites as Clos de la Roche and Clos St.-Denis. It shares an extraordinary minerality with fabulously concentrated plum, black cherry, blueberry/blackberry characteristics. It is full-bodied, dense, concentrated and alcoholic...95." WA 1/00.

1062  2 bottles                    per lot $550-800

**Marcassin Pinot Noir Marcassin Vineyard 1997**
*Sonoma Coast*

1063  9 bottles                    per lot $2200-3500

**Marcassin Pinot Noir Marcassin Vineyard 1998**
*Sonoma Coast*

"The 1998 Pinot Noir Marcassin Vineyard is similar to a hypothetical blend of a grand cru Musigny and a grand cru such as Clos de la Roche. This is an extraordinary accomplishment. This firmly structured, precise offering exhibits notes of figs, plum liqueur, black cherries, wet stones, smoked duck, and gorgeous red and black fruits. It is a very Burgundian, gamy, earthy effort with incredibly sweet fruit...98." WA 8/02.

1064  3 bottles                    per lot $850-1200

**Marcassin Pinot Noir Marcassin Vineyard 1999**
*Sonoma Coast*
*Parcel: lots 1065-1066*

"It exhibits more animal, plum, raspberry, and earthy characteristics (meaty porchinis come to mind) in its broodingly backward, mineral-dominated personality. Additionally, there is great structure and purity, as well as layers of fruit and intensity...95." WA 8/02.

1065  6 bottles                    per lot $1300-1900
1066  6 bottles                    per lot $1300-1900

**Marcassin Pinot Noir Blue Slide Ridge Vineyard 1998**
*Sonoma Coast*

"...exhibits a grand cru Burgundy-like perfume of plum liqueur intermixed with soy, underbrush, and roasted meats in a more foresty, autumnal style than the 1999, 2000, and 2001. There is sweet black cherry fruit as well as a pronounced earthy, animal-like character to this wine...98." WA 8/02.

1067  2 bottles                    per lot $550-800

**Marcassin Pinot Noir Blue Slide Ridge Vineyard 1999**
*Sonoma Coast*

"It is dense, opulent, and nearly viscous with extraordinary purity and concentration. It comes across as a New World version of perhaps Domaine de la Romanee-Conti's La Tache or Richebourg, or a Claude Dugat or Dugat-Py grand cru. It is an awesome effort that falls just short of perfection...98." WA 8/02.

1068  8 bottles                    per lot $2400-3500

**Marcassin Chardonnay**
**Marcassin Vineyard 1996**
*Sonoma Coast*

1069  2 bottles                    per lot $400-600

**Marcassin Chardonnay**
**Marcassin Vineyard 1997**
*Sonoma Coast*

"...the 1997 Chardonnay Marcassin Vineyard offers up gorgeous notes of liquified oranges, hazelnuts, and citrus oils, with high levels of acidity, a backward, full-bodied palate impression, and a finish that lasts over 40 seconds...96." WA 8/02.

1070  4 bottles                    per lot $950-1300

**Marcassin Chardonnay**
**Marcassin Vineyard 1998**
*Sonoma Coast*

"The 1998 Chardonnay Marcassin Vineyard is a phenomenal effort! Its 14.9% alcohol is hidden beneath a cascade of aromas and flavors suggesting a liqueur made from crushed seashells, candied citrus, honeysuckle, and lemon butter. It is rich and full-bodied, with an unctuous texture, good acidity that provides a significant framework for the wine's intensity and concentration, and an extraordinary finish. This is a virtually perfect Chardonnay ... again!...99." WA 8/02.

1071  5 bottles                    per lot $1300-1800

**Marcassin Chardonnay**
**Marcassin Vineyard 1999**
*Sonoma Coast*

"The 1999 Chardonnay Marcassin Vineyard recalls the 1985 Niellon Batard-Montrachet or Chevalier. It offers up extraordinary, concentrated honeyed pineapple fruit intermixed with candied orange and lemon peel, liquid stones, and a steely finish. It is layered, with superb purity...98." WA 8/02.

1072  7 bottles                    per lot $1400-2200

**Marcassin Alexander Mountain**
**Upper Barn Chardonnay 1999**
*Alexander Valley*

"An amazingly flavorful Chardonnay, it packs in loads of rich, multifaceted layers of flavor, built around a core of lemon meringue, honeysuckle, hazelnut, fig, smoke and apricot, turning fat and fleshy, with a super rich, long and tantalizing aftertaste...97." WS 2/04.

1073  5 bottles                    per lot $900-1200

**Marcassin Gauer Vineyard Upper Barn**
**Chardonnay**
*Alexander Valley*

- **1994**                              (3)
- **1996**                              (2)
- **1997**                              (3)

1074  above 8 bottles              per lot $1300-1900

**Marcassin E Block Hudson Vineyard**
**Chardonnay**
*Carneros*

- **1996**                              (3)
- **1997**                              (7)

1075  above 10 bottles             per lot $1600-2200

**Marcassin Lorenzo Vineyard Chardonnay**
*Sonoma Coast*

- **1996**                              (1)
- **1997**                              (2)
- **1998**                              (5)

1076  above 8 bottles              per lot $1300-1800

**Marcassin Three Sisters Vineyard**
**Chardonnay 1999**
*Sonoma Coast*
*Parcel: lots 1077-1078*

1077  5 bottles                    per lot $700-1000
1078  5 bottles                    per lot $700-1000

### Kistler Pinot Noir
*Sonoma*
- **Cuvee Catherine 1996** (2)
- **Cuvee Catherine 1997** (1)
- **Occidental Vineyard**
  **Cuvee Elizabeth 1999** (1)
- **Cuvee Catherine 2000** (2)
- **Occidental Vineyard**
  **Cuvee Elizabeth 2000** (2)

1079   above 8 bottles          per lot $1100-1600

### Kistler Cuvee Cathleen Chardonnay
*Sonoma*
- **1997** (3)
- **1998** (3)
- **2000** (3)

1080   above 9 bottles          per lot $700-900

### Kongsgaard
*Napa Valley*
- **Chardonnay 1999** (12)
- **Rousanne/Viognier 2002** (2)

1081   above 14 bottles         per lot $800-1100

## COLLECTABLE BORDEAUX FEATURING VALANDRAUD

**All Wines Removed From Professional Storage**

### BORDEAUX

### Chateau Petrus 1985
*Pomerol*
*bottom neck, wrinkled label, signs of seepage*
"A massive concentration of rich, intense plum, cherry, spice, smoke and chocolate flavors that are wrapped in thick, rich tannins and cedary oak. It gains intensity and vibrancy on the palate, a powerful wine with a distinct personality...98." WS 5/88.

1082   1 magnum (1.5L)          per lot $800-1100

### Chateau Cheval Blanc 1995
*St Emilion, Premier Grand Cru Classe (a)*
*owc*
"A beautiful Cheval-Blanc. Compacted and extremely fruity with gorgeous ripe fruit character. Highly perfumed with berry and floral aromas. Full-bodied, with velvety tannins and a lovely, fruity aftertaste...94." WS 1/98.

1083   12 bottles               per lot $1300-1800

### Chateau Lafite Rothschild 1995
*Pauillac, Premier Cru Classe*
*owc*
"Here's the best Lafite in ages. It's a polished Bordeaux, extremely sophisticated and harmonious, with blackberry, dark chocolate and olive aromas. Full-bodied and very silky, with a lovely fruity chocolate aftertaste...97." WS 6/98.

1084   24 half-bottles (375ml)   per lot $1700-2400

### Chateau Latour 1995
*Pauillac, Premier Cru Classe*
*owc*
"Wow! What a fabulous, profound wine this has turned out to be. It is unquestionably one of the great wines of the vintage...It is a fabulous Latour that should age effortlessly for 40-50 years...96." WA 2/98.

1085   1 imperial (6L)          per lot $1200-1600

### Chateau Gruaud Larose 1978
*St Julien, Deuxieme Cru Classe*
*4.5cm or better, owc*
"Garnet rim. A big, rich, ripe, generous yet tannic claret with fragrant tar cedar, ripe cassis and tobacco flavors. Not ready yet, but showing good evolution. Should be a lovely, classic wine in a few years, but can be drunk now." WS 2/91.

1086   6 magnums (1.5L)         per lot $400-600

### Chateau Angelus 1989
*St Emilion, Premier Grand Cru Classe (b)*
*owc*
"The 1989 possesses a huge finish, with more noticeable tannin than in the 1990...96." WA 2/97.

1087   24 half-bottles (375ml)   per lot $1200-1700

### Chateau Le Bon Pasteur 1990
*Pomerol*
*very top shoulder or better, owc*
"...a fine underlying tannic structure, and impressive levels of mocha-tinged, chocolatey, jammy cherry fruit intermixed with aromas of smoke and vanilla. Full-bodied, youthful, and far younger than the 1989 than the one-year age difference would suggest, this appears to be an outstanding Bon Pasteur that should drink well from the late nineties through 2015..." WA 2/97.

| 1088 | 12 bottles | per lot $500-750 |

### Valandraud 1993
*St Emilion*
*both lots: two 6-pack owc*
*Parcel: lots 1089-1090*

| 1089 | 12 bottles | per lot $1200-1600 |
| 1090 | 12 bottles | per lot $1200-1600 |

### Valandraud
*St Emilion*
• **1994**      magnum (1)
  *owc*
• **1994**      double magnums (2)
  *two owc*

| 1091 | above 1 magnum (1.5L) & 2 double magnums (3L) | per lot $1000-1500 |

### Valandraud 1994
*St Emilion*
*owc*
"Valandraud symbolizes what can be done in Bordeaux when the limits of quality are pushed to the maximum, and the advice of most oenologists (who for nearly three decades have encouraged too much fining and filtering) is ignored." WA 2/97.

| 1092 | 1 imperial (6L) | per lot $750-900 |

### Chateau Clinet 1995
*Pomerol*
*owc*
*Parcel: lots 1093-1094*
"Another extraordinary wine made in a backward vin de garde style, the 1995 Clinet represents the essence of Pomerol...This is a dense, impressive offering...96." WA 2/98.

| 1093 | 12 bottles | per lot $900-1200 |
| 1094 | 12 bottles | per lot $900-1200 |

### Chateau Cos d'Estournel 1995
*St Estephe, Deuxieme Cru Classe*
*owc*
"A wine of extraordinary intensity and accessibility, the 1995 Cos d'Estournel is a sexier, more hedonistic offering than the muscular, backward 1996... possesses remarkable intensity, full body, and layers of jammy fruit nicely framed by the wine's new oak...95." WA 2/98.

| 1095 | 12 bottles | per lot $750-1100 |

### Chateau Ducru Beaucaillou 1995
*St Julien, Deuxieme Cru Classe*
*owc*
"The greatest Ducru produced this century. Breathtaking aromas of berries, violets, vanilla and blackberries set the stage for a wine that's full-bodied and tannic, yet very fine and long in the mouth. This has fabulous structure for aging...97." WS 1/98.

| 1096 | 6 magnums (1.5L) | per lot $750-1100 |

### Chateau L'Eglise Clinet 1995
*Pomerol*
*owc*
*Parcel: lots 1097-1098*
"One of the vintage's most awesome wines, L'Eglise-Clinet's 1995 has been fabulous from both cask and bottle...profound levels of fruit and richness, this dense, exceptionally well delineated, layered, multidimensional L'Eglise-Clinet only hints at its ultimate potential...a tour de force in winemaking...96." WA 2/98.

| 1097 | 12 bottles | per lot $1200-1800 |
| 1098 | 12 bottles | per lot $1200-1800 |
| 1099 | 1 imperial (6L) | per lot $800-1200 |

**La Mondotte 1998**
*St Emilion*
*owc*
"An amazing tour de force in winemaking, this massive, opaque black/purple-colored offering boasts an extraordinarily pure nose...It is unctuously-textured, with exhilarating levels of blackberry/cassis fruit and extract, as well as multiple dimensions that unfold on the palate...98." WA 4/01.

1100   2 magnums (1.5L)                    per lot $800-1200

## SAUTERNES

**Chateau d'Yquem**
*Sauternes, Premier Cru Superieur*
*very top shoulder or better*
• **1978**                                        (1)
   *slightly depressed cork*
• **1983**                                        (3)
1101   above 4 bottles                    per lot $700-1100

**Chateau d'Yquem 1983**
*Sauternes, Premier Cru Superieur*
*two slightly depressed corks*
"Super-intense and full-throttled, elegant and stylish. Dark amber in color and rich in complexity, this '83 coats your mouth with butterscotch, dried apricot, fig and spice flavors...98." WS 4/95.
1102   3 magnums (1.5L)                    per lot $1300-1800

## ITALY

**Brunello di Montalcino Riserva Poggio Antico 1990**
*Tuscany*
*oc*
1103   12 bottles                    per lot $800-1200

**Siepi Fonterutoli 1993**
*Tuscany*
*very top shoulder or better, oc*
1104   12 bottles                    per lot $350-550

**Siepi Fonterutoli 1997**
*Tuscany*
*oc*
1105   3 magnums (1.5L)                    per lot $200-300

## SPAIN

**Pingus 1996**
*Ribera del Duero*
*owc*
"The 1996 Pingus is an astonishing wine that continues to put on weight and add more nuances to its multidimensional personality. The explosive aromatics consist of smoke, jammy blackberry and currant fruit, incense, licorice, cedar, and pain grille. Massive in the mouth, with a sumptuous texture, immense body, high levels of glycerin, and a multilayered mid-palate, this spectacular wine is evolved and accessible...96." WA 4/99.
1106   12 bottles                    per lot $2400-3500

## CALIFORNIA CULTS REMOVED FROM PROFESSIONAL STORAGE

## CALIFORNIA

**Chateau Montelena Cabernet Sauvignon Estate 1995**
*Napa Valley*
*one sign of seepage*
"...full-bodied and powerful, with classic notes of cassis intermixed with loamy soil scents, underbrush, and spice. There is massive body and elevated, but sweet tannin that is well-integrated with the wine's other components, a blockbuster mid-palate, and a finish that lasts for 30+ seconds...94." WA 12/98.
1107   10 bottles                    per lot $550-700

**Stag's Leap Wine Cellars Cabernet Sauvignon Fay 1997**
*Napa Valley*
"Smooth, rich and spicy, this expands into a tremendously rich and flavorful wine, exhibiting depth, firmness and intensity while its mocha and vanilla-scented currant and black cherry flavors remain elegant and sophisticated...93." WS 3/01.
1108   12 bottles                    per lot $600-900

### Stag's Leap Wine Cellars SLV Cabernet Sauvignon 1997
*Stag's Leap District*
"Packs in lots of rich, intense, deep flavors of currant, anise, coffee, cedar, mineral, sage and black cherry. Tightly wound, with rich, firm, earthy, detailed tannins, it needs a sign: patience required…94." WS 4/01.

1109   12 bottles                    per lot $600-900

### Chateau Montelena Cabernet Sauvignon Estate 1998
*Napa Valley*
"It possesses an opaque ruby/purple color, a gorgeous perfume of loamy soil, new saddle leather, chocolate, and black cherry and black currant fruit, full body, and ripe tannin in the finish. As it sits in the glass, notes of cedar and spice box also emerge…93." WA 9/02.

1110   12 bottles                    per lot $600-850

### Dalla Valle Vineyards Cabernet Sauvignon 1998
*Napa Valley*
"…a terrific wine with an opaque blue/purple color and a gorgeously sweet nose of black fruits intermixed with licorice, mineral, and spice. Full-bodied, opulently textured, and drinkable at an early, it should keep for at least two decades…94." WA 12/00.

1111   12 bottles                    per lot $700-1000

### Joseph Phelps Vineyards Insignia 1998
*Napa Valley*
*oc*
"A dark, deliciously rich and complex youngster, brimming with layers of currant, blackberry, plum, mineral, spice, chocolate and cedar. Finishes with a gush of flavors, yet maintains its finesse and grace…93." WS 7/01.

1112   12 bottles                    per lot $480-750

### Dalla Valle Vineyards Cabernet Sauvignon 1999
*Napa Valley*
"A potent wine, dark, rich and concentrated, with a tight, intense, sharply focused beam of spicy currant, black cherry, blackberry and boysenberry fruit that unfolds gracefully, revealing extra facets of depth and complexity. Best from 2004 through 2012…95." WS 8/02.

1113   6 bottles                    per lot $480-650

### Harlan Estate 1999
*Napa Valley*
*owc*
"Enormously complex, rich and concentrated, with layers of currant, black cherry, blackberry and chocolate-mocha flavors that are intense and focused, finishing with a long, detailed aftertaste that keeps revealing extra facets of flavor and depth…97." WS 11/02.

1114   6 bottles                    per lot $1500-2200

### Harlan Estate The Maiden 1999
*Napa Valley*
*owc*
1115   6 bottles                    per lot $450-600

### Harlan Estate 2000
*Napa Valley*
*owc*
1116   6 bottles                    per lot $1200-1800
1117   2 magnums (1.5L)             per lot $800-1200

### Screaming Eagle Cabernet Sauvignon 2001
*Napa Valley*
*owc*
1118   3 bottles                    per lot $2200-3200

### An Arietta Collection

### Arietta
*Napa Valley*
• **Merlot 1998**                              (12)
• **Napa Red 1998**                            (12)
• **Merlot 1999**                              (12)
• **Napa Red 1999**                            (12)
1119   above 48 bottles             per lot $2200-3200

## CASE LOTS OF DUNN HOWELL MOUNTAIN AND NAPA VALLEY

**All Wines Purchased Directly From Dunn And Removed From Professional Storage**

### <u>DUNN VINEYARDS</u>

"Having closely followed Dunn's Cabernet Sauvignons since the debut 1979 vintage, it is remarkable how consistent these wines have been…The wines are always impressive for their strength, massive body, and highly extracted blackcurrant fruit…Dunn remains one of California's superstar Cabernet Sauvignon producers." WA 12/94.

**DUNN VINEYARDS CABERNET SAUVIGNON 1988**
*Napa Valley*
1120   11 bottles                    per lot $250-450

**DUNN VINEYARDS CABERNET SAUVIGNON 1990**
*Napa Valley*
1121   12 bottles                    per lot $480-650

**DUNN VINEYARDS CABERNET SAUVIGNON 1991**
*Napa Valley*
1122   12 bottles                    per lot $500-700

**DUNN VINEYARDS CABERNET SAUVIGNON 1992**
*Napa Valley*
1123   12 bottles                    per lot $500-700

**DUNN VINEYARDS CABERNET SAUVIGNON 1994**
*Napa Valley*
1124   10 bottles                    per lot $400-550

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1987**
*Howell Mountain*
1125   12 bottles                    per lot $900-1300

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1988**
*Howell Mountain*
1126   12 bottles                    per lot $500-750

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1989**
*Howell Mountain*
1127   12 bottles                    per lot $550-750

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1990**
*Howell Mountain*
1128   12 bottles                    per lot $900-1200

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1991**
*Howell Mountain*
1129   12 bottles                    per lot $800-1100

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1992**
*Howell Mountain*
1130   12 bottles                    per lot $800-1100

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1993**
*Howell Mountain*
1131   12 bottles                    per lot $600-900

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1994**
*Howell Mountain*
1132   6 bottles                     per lot $450-600

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN 1995**
*Howell Mountain*
1133   12 bottles                    per lot $700-1000

**DUNN VINEYARDS CABERNET SAUVIGNON HOWELL MOUNTAIN  1996**
*Howell Mountain*
1134   12 bottles                    per lot $750-1100

**DUNN VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
• **1990**                          magnums (2)
• **HOWELL MOUNTAIN 1990**          magnum (1)
• **1994**                          magnums (2)
1135   above 5 magnums (1.5L)       per lot $450-600

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **Howell Mountain 1997** (1)
- **Howell Mountain 1997** magnums (1)
- **1998** magnum (1)
- **Howell Mountain 1998** (1)
- **Howell Mountain 1999** magnums (2)
- **Howell Mountain 2000** magnums (2)

1136   above 2 bottles &
6 magnums (1.5L)       per lot $750-1200

---

### OUTSTANDING JAYER, LEROY, DRC, AND YQUEM

The following lots come from the cellar of a West Coast collector with a taste for the finest, especially when it comes to Burgundy. All lots were purchased on release and stored in an ideal home cellar. The bottles are all of remarkably good appearance for age.

The highlights here are too many to list, but for starters a case of Mazis Chambertin Hospices de Beaune Cuvee Madeleine Collignon Leroy 1985, a parcel of Cros Parantoux Henri Jayer 1985, and ten bottles of Clos de la Roche Vieilles Vignes Ponsot 1985. The consignor wishes to share part of his collection with fellow wine enthusiasts.

### SAUTERNES

**Chateau d'Yquem 1976**
*Sauternes, Premier Cru Superieur*
*bottom neck, owc*
"...a very powerful thick, viscous Yquem with notes of honeyed tropical fruits, spice box, creme brulee, smoke, and orange marmalade. The wine is viscous, rich, and an amazingly great Yquem...100." WA 12/02.

1137   12 bottles       per lot $3500-6000

**Chateau d'Yquem 1983**
*Sauternes, Premier Cru Superieur*
*bottom neck, two signs of seepage, owc*
"Super-intense and full-throttled, elegant and stylish. Dark amber in color and rich in complexity, this '83 coats your mouth with butterscotch, dried apricot, fig and spice flavors...98." WS 4/95.

1138   12 bottles       per lot $2500-3800

**Chateau d'Yquem 1986**
*Sauternes, Premier Cru Superieur*
*bottom neck or better*
"Several highly respected Bordeaux negociants who are Yquem enthusiasts claim the 1986 Yquem is the greatest wine produced at the property since the legendary 1937...98." 4/91.

1139   11 bottles       per lot $2200-3200

### BURGUNDY

**Assortment Case**
**Domaine de la Romanee Conti 1983**
*Cote de Nuits, Grand Cru*
*One Romanee Conti with signs of seepage, two La Tache with one sign of seepage, one Richebourg, three Romanee St Vivant, two Grands Echezeaux with one sign of seepage, three Echezeaux, 2cm or better, owc*

1140   12 bottles       per lot $3500-5000

**Assortment Case**
**Domaine de la Romanee Conti 1986**
*Cote de Nuits, Grand Cru*
*One Romanee Conti, three La Tache, one Richebourg, two Romanee St Vivant, two Grands Echezeaux, three Echezeaux, 1.5cm or better, owc*

1141   12 bottles       per lot $3500-5000

**Clos de la Roche Vieilles Vignes**
**Domaine Ponsot 1985**
*Cote de Nuits, Grand Cru*
*2cm or better*

1142   10 bottles       per lot $5000-7500

**Clos de la Roche Vieilles Vignes**
**Domaine Ponsot 1990**
*Cote de Nuits, Grand Cru*
*2cm or better*
"...it is amazing how phenomenal Ponsot's wines can be...extremely rich and full-bodied, with spectacular concentration, an unctuous texture, and an extraordinarily long finish...98." WA 2/02.

1143   10 bottles       per lot $3000-4200

**ECHEZEAUX HENRI JAYER**
*Cote de Nuits, Grand Cru*
- **1979** (1)
  *1.5cm*
- **1980** (3)
  *two 2cm, one 2.5cm*

1144  above 4 bottles        per lot $1900-2600

**RICHEBOURG HENRI JAYER 1980**
*Cote de Nuits, Grand Cru*
*2cm*

1145  1 bottle        per lot $1200-1600

**ECHEZEAUX HENRI JAYER 1983**
*Cote de Nuits, Grand Cru*
*2.5cm*

1146  2 bottles        per lot $800-900

**RICHEBOURG HENRI JAYER 1983**
*Cote de Nuits, Grand Cru*
*1.5cm*

1147  1 bottle        per lot $900-1200

**ECHEZEAUX HENRI JAYER 1985**
*Cote de Nuits, Grand Cru*
*one .5cm, one 1cm*
"Very complex, ripe and Burgundian, almost gamy
on the palate, very well structured, supple, deep
and long...96." WS 5/91.

1148  2 bottles        per lot $2400-3500

**RICHEBOURG HENRI JAYER 1985**
*Cote de Nuits, Grand Cru*
*.5cm*

1149  1 bottle        per lot $2200-3200



Lots 1148-1152

**VOSNE ROMANEE CROS PARANTOUX
HENRI JAYER 1985**
*Cote de Nuits, Premier Cru*
*.5cm*
*Parcel: lots 1150-1151*
"Beautifully rich, elegant and complex, with great
depth of fruit, plum, cherry, spice and a hint of
chocolate on the palate. Very long and intense but
smooth and elegant...95." WS 5/91.

| | | |
|---|---|---|
| 1150 | 1 bottle | per lot $1500-2400 |
| 1151 | 1 bottle | per lot $1500-2400 |

**VOSNE ROMANEE HENRI JAYER 1985**
*Cote de Nuits, Premier Cru*
• **BRULEES** (1)
　*.5cm*
• **LES BEAUX MONTS** (2)
　*one .5cm, one 1.5cm*

| | | |
|---|---|---|
| 1152 | above 3 bottles | per lot $1700-2400 |

**NUITS MEURGERS HENRI JAYER 1985**
*Cote de Nuits, Premier Cru*
*.5cm*

| | | |
|---|---|---|
| 1153 | 2 bottles | per lot $700-1100 |

**ECHEZEAUX HENRI JAYER 1986**
*Cote de Nuits, Grand Cru*
*one 1cm, one 1.5cm*

| | | |
|---|---|---|
| 1154 | 2 bottles | per lot $800-1100 |

**RICHEBOURG HENRI JAYER 1986**
*Cote de Nuits, Grand Cru*
*.5cm*

| | | |
|---|---|---|
| 1155 | 1 bottle | per lot $700-1000 |

**HENRI JAYER 1986**
*Cote de Nuits*
• **NUITS MEURGERS** (2)
　*Premier Cru*
　*one 1cm, one 1.5cm*
• **VOSNE ROMANEE CROS PARANTOUX** (2)
　*one .5cm, one 1cm*
• **VOSNE ROMANEE LES BEAUX MONTS** (2)
　*one 1cm, one 1.5cm*

| | | |
|---|---|---|
| 1157 | above 6 bottles | per lot $1400-2000 |

**VOSNE ROMANEE LES BRULEES
HENRI JAYER 1986**
*Cote de Nuits, Premier Cru*
*1cm, one sign of old seepage*

| | | |
|---|---|---|
| 1157 | 2 bottles | per lot $1400-2000 |

**VOSNE ROMANEE CROS PARANTOUX
HENRI JAYER 1987**
*Cote de Nuits, Premier Cru*
*three 1cm, three 2cm*

| | | |
|---|---|---|
| 1158 | 6 bottles | per lot $2400-3000 |

**VOSNE ROMANEE HENRI JAYER 1987**
*Cote de Nuits, Premier Cru*
• **LES BEAUX MONTS** (4)
　*two 1cm, one 2cm, one 2.5cm*
• **LES BRULEES** (2)
　*one 1.5cm, one 2.5cm*

| | | |
|---|---|---|
| 1159 | above 6 bottles | per lot $1200-1800 |

**GRANDS ECHEZEAUX DOMAINE LEROY 1959**
*Cote de Nuits, Grand Cru*
*2cm or better, recently released from the Domaine*

| | | |
|---|---|---|
| 1160 | 4 bottles | per lot $3000-4000 |

**ECHEZEAUX DOMAINE LEROY 1969**
*Cote de Nuits, Grand Cru*
*2cm or better, recently released from the Domaine*

| | | |
|---|---|---|
| 1161 | 4 bottles | per lot $700-1200 |

**CLOS DE VOUGEOT DOMAINE LEROY 1985**
*Cote de Nuits, Grand Cru*
*2cm or better*

| | | |
|---|---|---|
| 1162 | 5 bottles | per lot $1200-1600 |

**MAZIS CHAMBERTIN HOSPICES DE BEAUNE
CUVEE MADELAINE COLIGNON
DOMAINE LEROY 1985**
*Cote de Nuits, Grand Cru*
*four .5cm, two 1cm, six 1.5cm*
The legendary first Burgundy awarded 100 points
by Robert Parker.

| | | |
|---|---|---|
| 1163 | 12 bottles | per lot $9500-14,000 |

**Musigny Domaine Leroy 1987**
*Cote de Nuits, Grand Cru*
*.5cm*
1164   3 bottles                          per lot $450-600

**Clos de Vougeot Domaine Leroy 1988**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one chipped wax capsule, two signs of*
*seepage due to overfill*
1165   6 bottles                          per lot $900-1300

**Romanee St Vivant Domaine Leroy 1988**
*Cote de Nuits, Grand Cru*
*1.5cm or better, two chipped wax capsules*
1166   4 bottles                          per lot $1200-2000

**Chambertin Domaine Leroy 1990**
*Cote de Nuits, Grand Cru*
*1.5cm or better, two signs of seepage due to overfill*
"...the richest, longest wine I have ever tasted
from this renowned vineyard...Only 125 cases were
made...100." WA 10/92.
1167   4 bottles                          per lot $3200-4200

**Clos de la Roche Domaine Leroy 1990**
*Cote de Nuits, Grand Cru*
*1.5cm or better, signs of seepage due to overfill*
"This medium-to-full-bodied wine has exquisite
equilibrium and focus, as well as a seemingly
unending luxurious finish...98." WA 10/00.
1168   5 bottles                          per lot $2400-4000

**Richebourg Domaine Leroy 1990**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one chipped wax capsule, signs of*
*seepage due to overfill*
"...240 cases made...98." WS 12/92.
1169   4 bottles                          per lot $2000-3000

**Vosne Romanee Les Beaux Monts
Domaine Leroy 1990**
*Cote de Nuits, Premier Cru*
*1.5cm or better, one signs of seepage due to overfill*
"...The Vosne-Romanee-Les Beaumonts is a more
subtle, more classic example of a top premier cru
Vosne-Romanee...98." WA 10/92.
1170   4 bottles                          per lot $1100-1600

**Clos de la Roche Domaine Leroy 1991**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one chipped wax capsule*
1171   4 bottles                          per lot $1200-1600

---

**AN OFFERING OF CHAVE HERMITAGE**

The following collection of Chave Hermitage fea-
tures an incredibly rare 6-pack of the 1998 Cuvee
Cathelin in its original wooden case. This is also an
unusual opportunity to acquire Chave Hermitage
red and white in magnum format. All wine
removed from temperature-controlled storage.

**Ermitage Cuvee Cathelin JL Chave 1998**
*Rhone*
*6-pack owc*
"The opaque black/purple-colored 1998 Ermitage
Cuvee Cathelin (200 cases) offers a huge nose
of smoked licorice, blackberry, cassis, new saddle
leather, and vanillin. Tasting like liqueur of Syrah,
it is extremely full-bodied and awesomely concen-
trated, with formidable tannin as well as mind-
blowing levels of extract and density. The tannin
is sweet, and the wine seamless for a young Chave
Hermitage...98." WA 02/01.
1172   6 bottles                          per lot $3500-6000

**Hermitage JL Chave**
*Rhone*
*two 6-pack ocs*
• **1997**                          magnums (6)
• **Blanc 1997**                    magnums (6)
1173   above 12 magnums (1.5L)    per lot $1800-2800

**Hermitage JL Chave**
*Rhone*
*two 6-pack ocs*
• **1999**                          magnums (6)
• **Blanc 1999**                    magnums (6)
1174   above 12 magnums (1.5L)    per lot $2800-4000

**Hermitage JL Chave**
*Rhone*
*two 6-pack ocs*
• **2000**                          magnums (6)
• **Blanc 2000**                    magnums (6)
1175   above 12 magnums (1.5L)    per lot $2600-3800

Introducing the Magnificent 18th, 19th and 20th
Century Rarities from the Collection
of Graeme Revell

**Lots 1176-1465**



**Lots 1202-1205, 1208,
1209, 1212, 1213,
1216-1219, 1220, 1221**

**MAGNIFICENT 18TH, 19TH AND 20TH CENTURY RARITIES FROM THE COLLECTION OF GRAEME REVELL**

**Removed From An Ideal Temperature Controlled Home Cellar**

There are great parallels between Graeme Revell's life story and his wine collection: both are departures from the conventional.



Graeme Revell is an acclaimed major motion picture composer. Revell came to Hollywood by way of a classical training in piano and French horn, a University of Auckland, NZ, degree in developmental economics, a serious stint at a psychiatric hospital and a long European run with his industrial rock band, SPK. His first job was scoring the music to Nicole Kidman's breakthrough thriller-at-sea, *Dead Calm* (1989). Revell's long list of film credits now include more drama/thriller hits such as *The Crow, Blow, The Saint, The Negotiator, Lara-Croft: Tomb Raider*, and a bunch of scary films including *The Bride of Chucky and Freddy vs. Jason*. Revell most recently scored this summer's blockbuster indie thriller *Open Water*. I asked Graeme why so many of his films are nail-biters and while he's not entirely sure, he did comment, "when you start off in one genre, it's hard to shake."

Can the same be said about wine collecting?

Graeme's "light bulb" wine moment came in 1990 while working on a film with an American crew in Australia. He saw a bottle of 1968 Penfold's Grange on a restaurant list and decided to introduce the young Americans to a great bottle of Australian wine. Graeme was curious what an older wine from the country's top producer would taste like; it was the first time he had a "really good wine". That bottle of Grange ignited a curiosity about wine extending far beyond his palate. The experience explains his continued passion for Grange. (See lot 1450), Revell's ultimate love song to the wine.)

As his music career grew busier, Revell found himself in London, working on *The Saint* (1997), with digs around the corner from Christie's South Kensington salerooms. Revell spent his free time exploring the pre-sale exhibitions and flipping through pages of all categories of auction catalogues. Graeme developed a fanatical (his word) interest in almost every type of collectible, and found the South Kensington wine auctions particularly appealing. Revell soon discovered that the better sales, with wines that really spiked his interest, were held at Christie's King Street location. He started to read, taste and buy. During his work on *The Saint*, Revell bought 500 bottles, and found that he preferred Bordeaux, old Bordeaux in particular, which provided an affordable and convivial collecting category.

Revell's other collecting interests, rare books and manuscripts and exceptional motorcars, are not quite as affordable or convivial. Revell owns a 1st edition Copernicus *De Revolutionibus* (1543) and each of Galileo's famous books *Dialogo* (1632) and *Discorsi*, (1638). With regard to motorcars, Revell has bought and sold a fair number, collecting always with an eye to a car as a pivotal design statement, an object that propels the art of the motorcar further forward. Revell has a very rare 1953 Ferrari and was looking closely at another unique bodied 1952 Ferrari at this past summer's Pebble Beach Concourse d'Elegance auctions.

Revell sees each bottle of older wine as a tangible piece of history, documenting a place in time. Revell loves thinking about 1784 Lafite. A wine made, he reminds us, before Washington was president (1789), the grapes were in the ground when the British finally gave up on America (1783). For his father's 80th birthday, Revell opened a magnum of 1864 Lafite for a neophyte group of friends. He smiles as he recalls, "the delight on their faces was magic." When asked what Revell himself thought of the wine, he merely breathes a pleasure-soaked sigh. No doubt still thinking about that moment, he starts, "if it was just a matter of history…" and trails off, back to his memory of the wine.

Another favorite vintage is 1895. Revell bought and opened quite a few bottles with film industry colleagues. Whether they were wine drinkers or not, Revell wanted to share the experience of a wine that was made the same year the first motion picture was created in France. For Revell, the ability to make history come alive by pulling a cork is a powerful, mysterious and romantic notion – and a wonderfully old fashioned type of wine collecting.

Although older bottles provide the fascinating history that guides much of Revell's collecting, the creation of horizontal mini-collections also piqued Revell's interest. To have the opportunity to breathe and taste the annual development of the fruit from a single property is always an exciting experience. Revell's diligent and thoughtful collecting of these horizontals provided him with the thrill of the hunt. Horizontal tastings speak to the idea of style. Can you sense when a great wine property reaches its apex, changes its course, loses its luster? Each of the horizontals that Revell built offers a superb opportunity to explore these questions.

Provenance is everything to Revell, who taught himself to read each word in every wine auction catalogue to find the very best example of any given wine. He would then buy another example of a wine, perhaps with lesser provenance or condition, hoping to get a "deal." It was the "lesser bottles" that he would drink, keeping the greatest prizes for this collection. He considers himself extremely lucky in experiencing an approximately 10% failure rate in the bottles consumed from his collection, due to either spoilage or cork taint. More likely, Revell just isn't giving himself the credit for his astute purchases, made after a tremendous amount of study. In that 10% number, Graeme doesn't include the share of "thin experiences" that go with the territory, but as he was buying from great old collections, the pulling of each cork was a very special experience.

Revell is selling his great collection of rare and historic wines because he's sold his house in preparation for building a home in Malibu, and simply cannot stand the idea of placing his bottles in someone else's temporary charge. Revell figures it may be four years before he's ready to begin rebuilding his wine collection, and sees himself collecting the same kind of wines. Just like his experience in movies: "when you start off in one genre, it's hard to shake."

*Ursula Hermacinski*

## CHAMPAGNE

**Roederer Brut 1955**
*Champagne*
*3cm or better, one torn and bin-soiled label*
1176    4 bottles                              per lot $400-700

**Taittinger Artists Collection**
*Champagne*
*original gift cartons*
• **1978**                                    (1)
• **1981**                                    (1)
• **1982**                                    (1)
• **1983**                                    (1)
• **1986**                                    (1)
• **1988**                                    (1)
• **1990**                                    (1)
• **1992**                                    (1)
1177    above 8 bottles                       per lot $550-800

**Dom Perignon 1985**
*Champagne*
*oc*
1178    6 bottles                             per lot $550-800



**Krug Brut 1985**
*Champagne*
*one 6-pack oc*
"A seductive, fully mature, spicy-flavored Champagne that's rich in texture, full in body, still quite firm in balance and long on the finish. What a satisfying taste experience!...94." WS 12/96.
1179    7 bottles                             per lot $1000-1500

**Krug Clos du Mesnil 1985**
*Champagne*
*owc*
1180    2 bottles                             per lot $550-800
1181    1 magnum (1.5L)                       per lot $550-800