## RED BORDEAUX 1784-1900

*"The grapes tell a story." Graeme Revell*

### Chateau Lafite Rothschild 1784
*Pauillac, Premier Cru Classe*
*top shoulder level in old hand-blown bottle, with 20th century chateau foil and bin-soiled label*
**Provenance:** *Ex-Christie's — London, 11/23/00, Lot 67*
This extremely rare bottle was originally in the cellar of the celebrated restaurant Le Coq Hardy outside of Paris, and was recorked by the cellar-master of Lafite in 1953 and again in 1983. The 1784 vintage was reported to be the greatest of the last two decades of the eighteenth century. After touring French wine country in 1787, Thomas Jefferson, then U.S. Commissioner to France, described the 1784 vintage to a wine merchant friend in Virginia: "It is the best vintage which has happened in nine years." Jefferson purchased many bottles of top Bordeaux, Burgundy, and white Rhone from the 1784 vintage for himself and his friends, including George Washington and John Adams. Jefferson's excitement over the 1784 Lafite is expressed in a letter to Monsieur de Pichard, the owner of Chateau Lafite: "I hasten to renew my thanks and I take the liberty of asking for a favor. The excellent wines called La Fite are produced by your people. If you have some of the 1784 vintage, and if you could accommodate me with 250 bottles, I would be infinitely grateful. If it is possible to have them bottled at your place, this would be a guarantee that the wine is natural and well drawn…" (Quoted from "Passions: The Wines and Travels of Thomas Jefferson" by James Gabler, Bacchus Press, 1995.)



Lot 1182

1182    1 bottle              per lot $30,000-60,000

### Chateau Lafite Rothschild 1799
*Pauillac, Premier Cru Classe*
*top shoulder level, in old hand blown bottle with 20th Century foil and faded label, recorked in 1953 and again in 1983*
**Provenance:** *Ex-Christie's - London, 12/2/99, Lot 278*
The 1799 vintage, harvested when John Adams was U.S. President, is the oldest in the Library at Chateau Lafite. Michael Broadbent tasted an example from the Library at the Overton tasting in 1979, and reported it to be "fragrant, faded but fascinating." (MB, "Vintage Wine")



Lot 1183

1183    1 bottle              per lot $25,000-50,000



Lots 1184, 1185

*"Opening a bottle from the 19th century is an experience that you'll never get in the modern world." Graeme Revell*

### Chateau Lafite Rothschild 1800
*Pauillac, Premier Cru Classe*
*upper shoulder level with 20th Century foil and faded label, believed reconditioned at the Chateau in the last thirty years*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 587*
This is an extremely rare example. No known tasting note.

| 1184 | 1 bottle | per lot $25,000-50,000 |
|---|---|---|

### Chateau Lafite Rothschild 1811
*Pauillac, Premier Cru Classe*
*very top shoulder level with 20th Century chateau foil and bin-soiled label, believed recorked at the Chateau in the last thirty years*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 597*
1811, the famous "Comet Vintage," was celebrated for producing top quality wines throughout Europe. I was fortunate enough to taste an 1811 Lafite, Bordeaux-bottled by J.J. Van der Berghe, at Wilf Jaeger's on June 5, 2001. The color was a bright medium ruby, with a tawny rim. The wine provided a fascinating tasting experience. The aromas and flavors at first were medicinal—common in very old wine—with notes of lanolin, peppermint, and malt extract. Then the fruit started peeking through. After fifteen minutes, the medicinal element gave way to essences of chartreuse, and at thirty minutes, the fruit was even more prominent, and the wine rounder and much less medicinal. After that—my glass was empty. Elie de Rothschild gave a backhanded compliment to the 1811 Lafite in a letter describing early Bordeaux production methods to James Gabler, the author of "Passions: The Wines and Travels of Thomas Jefferson." "From my experience and tasting and hearsay, I think that on the contrary the vinification methods were much cruder and the wine much harder. They often left the wine on the grapes for two or three months and that is one of the reasons I have drunk 1811 Lafite that was not dead." —FH

| 1185 | 1 bottle | per lot $28,000-50,000 |
|---|---|---|

### The 1864 and 1865 bordeaux vintages

1864 and 1865 are the first of the great vintages that are "twinned" in the minds of Bordeaux aficionados, the others being 1899 and 1900, 1928 and 1929, and more recently, 1989 and 1990. About the 1864 vintage, Michael Broadbent notes: "Vins complets. One of the greatest vintages of the 19th century. Despite the heat at vintage time (picking from 17 September), an abundant crop of superbly balanced wines." Of the 1865 vintage Broadbent writes: "Another great vintage, sturdier than the 1864, and, in my experience, the most dependable vintage of the period. Another very abundant crop harvested early, from 6 September. A boom time; the highest prices of the century, led by Ch Lafite and Ch Latour (the former selling exclusively to six negociants) while Ch Margaux, tied to a contract, lagged behind."

### Chateau Lafite Rothschild 1864
*Pauillac, Premier Cru Classe*
**upper shoulder, reconditioned at the chateau in 1986**
*Provenance: Ex-Christie's - London, 10/7/99, Lot 898*
"I have been privileged to taste, to drink, this wine- reputedly the finest wine of the vintage and the greatest Lafite of the century- on seven occasions. Whether Queen Victoria, a regular sherry and claret drinker, was fully aware of its stellar quality, I do not know, but it was certainly in the royal cellars and being consumed in the mid-1980s. A perfect bottle from the Chateau, recorked, at the Overton tasting in 1979; again in 1987, and another, recorked by the maitre de chai in 1986, at Flatt's Lafite tasting in 1988. All superb. Next, an almost too sweet bottle, labelled 'Lafite Bon (Baron) de Rothschild, R. Galos' at a Rodenstock tasting in 1995, and, very recently, perfection, complete, harmonious. Last tasted at Wilfred Jaeger's, June 2001 ★★★★★." MB

1186    1 bottle                              per lot $5000-8000



Lots 1187, 1190, 1198, 1270

**Chateau Latour 1864**
*Pauillac, Premier Cru Classe*
*very top shoulder level, 20th Century Chateau foil and label*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 37*
Michael Broadbent's notes on the 1864 Latour served at Will Jaeger's pre-phylloxera tasting in June, 2001: "Most recently, brought cool from his cellar to compare with the Lafite: a bottle with a pictorial label, 'Chateau Latour 1864 Grand Vin Bordeaux': similar colour to Lafite; spicy bouquet, creaking a bit after 40 minutes; exceedingly flavoury, delicious. Distinguished. Venerable."

1187    1 bottle                    per lot $5000-8000

*"Everyone at this point knows what a 1982 tastes like, but do you know what a 1865 tastes like?" Graeme Revell*

**Chateau Lafite 1865**
*Pauillac, Premier Cru Classe*
*upper shoulder, no label, scuffed and badly worn bin label (imprinted "1865"), original gold foil capsule (embossed "Lafite")*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98, Lot 760*
"Most recently, a bottle recorked at the chateau in 1980: medium-dry, lovely colour, amber rim, showing its age and slightly malty at first but after an hour had got its 'second wind'. Dry, a hefty style, very tannic. Very impressive. Last noted at Jaeger's tasting, June 2001. At best ★★★★★." MB

1188    1 bottle                    per lot $4000-6000

**Chateau Lafite 1865**
*Pauillac, Premier Cru Classe*
*mid shoulder, no label, scuffed and badly worn bin label (imprinted "1865"), original gold foil capsule (embossed "Lafite")*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98, Lot 760*

1189    1 bottle                    per lot $4000-6000

**Chateau Latour 1865**
*Pauillac, Premier Cru Classe*
*very top shoulder, 20th Century Chateau foil and label, excellent appearance*
*Provenance: Ex-Zachys/Christies - New York, 12/1/00, Lot 741 from "The Magnificent Private Cellar of Lenoir M. Josey," who purchased this bottle at the Chateau Latour sale at Christie's, 6/16/1977*
"...lovely, rich, faultless bouquet; amazingly sweet, perfection despite its 1865 tannic bite...still fairly deep, with a good mature rim; eucalyptus noted yet again on the nose; good flavour, balance, condition, length. Faultless, even allowing for a slight touch of the vintage's tannic astringency... ★★★★★." MB 6/01

1190    1 bottle                    per lot $5000-8000

**Chateau Lafite Rothschild 1868**
*Pauillac, Premier Cru Classe*
*upper shoulder, scuffed and soiled Berry Bros. label, english bottled by Berry Bros.*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98, Lot 761*
This very rare bottle 1868 vintage is the first example of "Chateau Lafite-Rothschild" as Baron James de Rothschild completed the purchase of Chateau Lafite in August 1868. Lafite's website provides additional detail on this vintage: "On 8 August 1868, Baron James de Rothschild purchased Château Lafite, which had been placed under public sale through the inheritance of Ignace-Joseph Vanlerberghe. Baron James, who was head of the French branch of the Rothschild family, passed away just 3 months after purchasing Lafite. The estate then became the joint property of his three sons: Alphonse, Gustave and Edmond. The estate then boasted 74 hectares of vineyards. As a sign welcoming the new owner, Lafite vintage 1868 goes down as a record in many ways. It was the highest priced wine of its vintage year (6,250 of that period's francs, or 4,700 of today's euros the 'tonneau' of 900 liters). This early wine's high price would remain a record for the entire century, before being far surpassed at the end of the 20th century. Fortunately for Barons Alphonse, Gustave, and Edmond de Rothschild, the "golden age" of Médoc would go on for another fifteen years after the purchase of Lafite."
"… rich rosehip colour; bouquet opened up beautifully in the glass; despite its reputation, a charmer. Last noted at Flatt's Lafite tasting, Oct 1988 ★★★★." MB

1191    1 bottle                    per lot $2000-3500

**Chateau Margaux 1868**
*Margaux, Premier Cru Classe*
*very top shoulder, 20th Century Chateau foil and label (bin-soiled)*
*Provenance: Ex-Zachys/Christies - Los Angeles, 2/21/98, Lot 225*
"… two bottles, slight variation. Both good-looking, one smelling of a venerable chai, the other dusty and slightly sour-nosed. But both sweet and flavoury, one complete, tannic, the other more piquant. The last two noted at Desai's Margaux tasting, May 1987. At best ★★★★." MB

1192    1 bottle                    per lot $1200-2000

*Michael Broadbent on the 1870 Bordeaux vintage:*
"Together with the 1864 and 1865 one of the most magnificent of all the classic pre-phylloxera clarets… spring frosts reduced the potential crop and a bakingly hot summer escalated the sugar content leading to an early (from 10 September) harvest of super ripe, concentrated wines… ★★★★★."

**Chateau Lafite 1870**
*Pauillac, Premier Cru Classe*
*mid shoulder, original cork and capsule, glass lozenge embossed "Chateau Lafite grand vin", Bordeaux bottled by Cruse, hand-blown bottle*
*Provenance: Ex-Sotheby's - New York, 9/26/97, Lot 1148*
"One of the all time greats and at its best, a powerhouse, massively endowed with every conceivable component. In fact, such a powerful and tannic wine that it was virtually undrinkable for half a century… Most recently, rising to the occasion, a bottle recorked in 1980: still fairly deep with a fine mahogany-mature edge. Just after decanting it, it emitted a deliciously Mouton-like spicy scent. After 30 minutes in the glass it reminded me of Heitz Martha's Vineyard Cabernet: pure eucalyptus on the palate; dry, its fine flavour matching the bouquet, wonderful length, still buoyed up by its original tannins. Last noted at Wilfred Jaeger's in the hills south of San Francisco, June 2001. At best ★★★★★." MB

1193    1 bottle                    per lot $4000-6000

**Chateau Lafite Rothschild 1872**
*Pauillac, Premier Cru Classe*
*very top shoulder, 20th Century Chateau foil and label*
*Provenance: Ex-Sotheby's - Los Angeles, 10/24/98, Lot 65*

1194    1 bottle                    per lot $1000-1500

*Michael Broadbent on the 1887 Bordeaux vintage:*
"A relatively early harvest; mildew under control, only a half-sized crop. The best vintage between 1878 and 1893… ★★★."

**Chateau Margaux 1887**
*Margaux, Premier Cru Classe*
*upper shoulder, bin labels, wax capsule remains embossed "Claret, Glamis Cas.", ex-Glamis Castle*
*Provenance: Ex-Zachys/Christies - New York, 12/1/00, Lot 789 from "The Magnificent Private Cellar of Lenoir M. Josey" These bottles were originally in a Rothschild family cellar in Paris, auctioned by Christie's 24 June 1976.*

1195    2 bottles                   per lot $2000-3200

"I really like to share 19th century wines with friends."
*Graeme Revell*

**Chateau Latour 1888**
*Pauillac, Premier Cru Classe*
*upper shoulder, heavily bin-soiled label*
*Provenance: Ex-Zachys/Christies - New York, 3/22/97, Lot 660 from "Magnificent Wine from the Collection of Tawfiq N. Khoury"*
"Fragrant, 'ivy' bouquet, light, charming, and lovely. At Ch Lafite, March 1983." MB

1196    1 bottle                    per lot $1000-1600

**Chateau Lafite Rothschild 1892**
*Pauillac, Premier Cru Classe*
*into neck, reconditioned at the chateau in 1992*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98, Lot 679*
"… slightly sweet, feminine, long dry finish with refreshing acidity… ★★★." MB

1197    1 bottle                    per lot $1000-1600

*Michael Broadbent on the 1893 Bordeaux vintage:*
"*An extraordinary year, after a string of poor to middling vintages. Warm spring followed by early flowering. The summer was bakingly hot. The exceptionally ripe and abundant harvest was picked from 15 August…* ★★★★."

### Chateau Latour 1893
*Pauillac, Premier Cru Classe*
*just below top shoulder, excellent appearance*
**Provenance:** *Ex-Sotheby's - Los Angeles, 11/8/97, Lot 195*

1198    1 bottle          per lot $1200-2000

### Chateau Lafite Rothschild 1895
*Pauillac, Premier Cru Classe*
*bottom neck, stained labels, reconditioned at the chateau in 1987*
**Provenance:** *Ex-Sotheby's - London, 11/26/97, Lot 4*
"More recently, a bottle recorked by the maitre de chai in 1987 (it would not have been chateau-bottled originally, for in the phylloxera-affected period, from 1885 vintage to the 1906, Lafite did not bottle its own wine at the chateau: the wine was all supplied in barriques for merchant-bottling). The recorked bottle was equally good: deep, sweet, lively but rich; good fruit and length. Last noted at Flatt's Lafite tasting, Oct 1988 ★★★★." MB

1199    2 bottles          per lot $2000-3500

*Michael Broadbent on the 1899 Bordeaux vintage:*
"*The first of the renowned fin de siecle twin vintages. A wellnigh perfect growing season culminating in an abundant harvest. Wine of stature to match, yet with a certain delicacy and great finesse…* ★★★★★."

### Chateau Latour 1899
*Pauillac, Premier Cru Classe*
*mid shoulder, scuffed and soiled label, Bordeaux bottled*
**Provenance:** *Ex-Sotheby's - London, 11/26/97, Lot 38*
"… impressively coloured; a bit of bottle-stink soon cleared revealing remarkable fruit; not a big wine but soft and full flavored… Last noted March 1987. At best ★★★★★." MB

1200    1 bottle          per lot $3000-5000

### Chateau Mouton Rothschild 1899
*Pauillac, Deuxieme Cru Classe*
*very top shoulder, stained and faded Miollis label, modern chateau foil*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*
"… a lovely, lively appearance; fragrant; slightly minty bouquet; perfect weight, lovely flavour, firm, dry finish (at Lloyd Flatt's tasting in 1986). More recently, a double magnum, far more opulent, chocolatey; dry, crisp, good length, highish acidity. Last noted at Eigensatz's big bottle tasting, May 1989. At best ★★★★." MB

1201    1 bottle          per lot $2600-4500

### Chateau Mouton Rothschild 1899
*Pauillac, Deuxieme Cru Classe*
*upper shoulder, soiled label*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*

1202    1 bottle          per lot $2600-4500

### Chateau Mouton Rothschild 1899
*Pauillac, Deuxieme Cru Classe*
*mid shoulder, soiled label*
**Provenance:** *Ex-Christie's - London, 9/19/97, Lot 44*

1203    1 bottle          per lot $2600-4500

### Chateau Lafite Rothschild 1899
*Pauillac, Premier Cru Classe*
*bottom neck*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*
"… More recently, a spectacular, recorked, double magnum: fragrant, gentle, beautifully balanced. Last noted at Walter Eigensatz's tasting, May 1999. At best ★★★★★." MB

1204    1 bottle          per lot $2600-4500

### Chateau Lafite Rothschild 1899
*Pauillac, Premier Cru Classe*
*very top shoulder*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*

1205    1 bottle          per lot $2600-4500

**CHATEAU HAUT BRION 1899**
*Graves, Premier Cru Classe*
*top shoulder, bin label only*
*Provenance: Ex-Zachys/Christies – New York, 12/1/00,*
*Lot 837 from "The Magnificent Private Cellar of Lenoir*
*M. Josey"*
This bottle was originaly in the Rothschild family cellar in Paris. The late wine writer Edmund Penning-Rowsell placed the Haut-Brion 1899 on his short list of all-time favorite Bordeaux.

1206    1 bottle                                     per lot $3500-5500

*Michael Broadbent on the 1900 Bordeaux vintage:*
*"The second of the renowned twin vintages. Whereas the 1899s had finesse and delicacy, the sort of feminine charm later associated with the 1929s and 1953s, the 1900s were more structured – to use a fashionable expression – well balanced and more obviously impressive. But it was also a superabundant vintage following perfect weather conditions and the wines were uniformly excellent. That is to say, those that were capable of making top quality wines did...* ★★★★★.*"MB*

**CHATEAU CHEVAL BLANC 1900**
*St Emilion, Premier Grand Cru Classe (a)*
*into neck, glue stained label, reconditioned at the chateau in 1988*
*Provenance: Ex-Christie's – London, 10/7/99, Lot 536*

1207    1 bottle                                     per lot $3000-5000

**CHATEAU LAFITE ROTHSCHILD 1900**
*Pauillac, Premier Cru Classe*
*into neck, recorked at the Chateau in 1986, new Chateau capsules, original labels*
*Provenance: Ex-Christie's – London, 10/7/99, Lot 516*
"... very sweet, rich, good flavor and length, delicious. Last tasted in 'flight' 5 of Hardy Rodenstock's wine weekend, Sept 1996. At best ★★★★★." MB

1208    1 bottle                                     per lot $3000-5000

**CHATEAU LAFITE ROTHSCHILD 1900**
*Pauillac, Premier Cru Classe*
*top shoulder, recorked at the Chateau in 1986, new Chateau capsules, original labels*
*Provenance: Ex-Christie's – London, 10/7/99, Lot 516*

1209    1 bottle                                     per lot $3000-5000

**CHATEAU LAFITE ROTHSCHILD 1900**
*Pauillac, Premier Cru Classe*
*top shoulder, label indicates reconditioned at chateau in 1993, no rebouchage stamp on cork, cork stamped with chateau and vintage*
*Provenance: Ex-Sotheby's – London, 3/31/98, Lot 258*

1210    1 bottle                                     per lot $3000-5000

**CHATEAU LATOUR 1900**
*Pauillac, Premier Cru Classe*
*top shoulder, bin label only*
*Provenance: Ex-Zachys/Christies – New York, 12/1/00,*
*Lot 389 from "The Magnificent Private Cellar of Lenoir*
*M. Josey" These bottles were originally in a Rothschild*
*family cellar in Paris, auctioned by Christie's 24 June*
*1976.*
"One of Latour's great vintages... A sweet, ripe, harmonious thoroughbred, which after 75 minutes in the glass, soared opulently and exotically. One the palate the sweetness of impending decay but still with ripe, rich fruit, extract, tannin and acidity, and fragrant aftertaste. Last tasted in Zurich, Oct 1994. At best ★★★★★." MB

1211    1 bottle                                     per lot $3500-6000

**CHATEAU MARGAUX 1900**
*Margaux, Premier Cru Classe*
*upper shoulder, soiled Pillet-Will label, Ginestet strip label, recorked at the Chateau in the early 1960s*
*Provenance: Ex-Christie's – London, 10/7/99, Lot 516*
*Parcel: lots 1212-1213*
"The finest Margaux of the century...I first tasted it in 1969, its bouquet reminding me, among other things, of deep, rich Burgundy...Two equally perfect bottles in 1987, then a curious dried-out double magnum in Hamburg (1993), and more recently, three virtually flawless bottled all tasted on totally different occasions and all, coincidentaly , with Barton & Guestier labels, two stating clearly that they were 'reconditioned and recorked' by B & G. The first, in January 2000, at a spectacular dinner given by Joshua Latner at the Lanesborough Hotel in London, The second at Manfred Wagner's Margaux tasting in Zurich, the last at a Rodenstock dinner...in Munich. No point in decribing each of them, they were all superb, with the same surging fragrance, Margaux at its very best; sweet, still perfectly balanced, the flavour many-layered...Last tasted March 2001. All ★★★★★." MB

1212    1 bottle                                     per lot $4000-7000
1213    1 bottle                                     per lot $4000-7000



Lot 1214



**CHATEAU PETRUS 1900**
*Pomerol*
*just below top shoulder, Bordeaux bottled by Georges*
*Gurchy, recorked at the Chateau in the early 1960s*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*

1218   1 bottle                          per lot $3500-6000

**CHATEAU PETRUS 1900**
*Pomerol*
*upper shoulder, embossed chateau foils, Bordeaux*
*bottled by Georges Gurchy, recorked at the Chateau in*
*the early 1960s*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*

1219   1 bottle                          per lot $3500-6000

**CHATEAU L'EGLISE CLINET 1899**
*Pomerol*
*one just below top shoulder, one upper shoulder,*
*Belgian bottled by R.B. Beaumaine*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*

1220   2 bottles                         per lot $1500-2600

**CHATEAU L'EGLISE CLINET 1900**
*Pomerol*
*upper shoulder, Belgian bottled by R.B. Beaumaine*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*

1221   2 bottles                         per lot $1500-2600

**CHATEAU MARGAUX 1900**
*Margaux, Premier Cru Classe*
*very top shoulder, scuffed and faded Pillet-Will label*
**Provenance:** *Ex-Sotheby's - London, 11/12/97, Lot 359*

1214   1 magnum (1.5L)          per lot $10,000-18,000

**CHATEAU MARGAUX 1900**
*Margaux, Premier Cru Classe*
*top shoulder, faded Pillet-Will label*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 592*

1215   1 magnum (1.5L)          per lot $10,000-18,000

**CHATEAU MOUTON ROTHSCHILD 1900**
*Pauillac, Deuxieme Cru Classe*
*both lots: upper shoulder, bin-soiled label*
**Provenance:** *Ex-Christie's - London, 10/7/99, Lot 516*
*Parcel: lots 1216-1217*

1216   1 bottle                    per lot $3000-5000
1217   1 bottle                    per lot $3000-5000

## CHATEAU D'YQUEM

### CHATEAU D'YQUEM 1784

*Sauternes, Premier Cru Superieur*
*level into neck of old hand-blown slope-shouldered*
*bottle, modern chateau capsule and label*
**Provenance:** *Ex-Christie's – London, 10/7/99, Lot 929*



This incredibly rare bottle was originally in the cellar of a French collector, and was recorked and labeled at the Chateau in 1993. Thomas Jefferson was a great lover of Yquem, and served it often at dinner parties. In late 1787 he wrote Monsieur d'Yquem requesting 250 bottles of the great 1784 vintage. His anxiousness to receive the wine is revealed in a letter to his agent John Bondfield, in which he states that the chateau owner "does not know either my name or character in public or private…I must ask you also to add on the letter the address of Mr. Diquem with which I am unacquainted… Perhaps I should have addressed myself to Monsr. Salus his son-in-law, as I am not certain whether he is not either jointly or solely interested at present in the vineyards." Jefferson's request was granted by Count Lur Saluces, who assured that Jefferson's wine had been "drawn and bottled with the greatest care." (Quoted from "Passions: The Wines and Travels of Thomas Jefferson" by James Gabler, Bacchus Press, 1995.) Michael Broadbent tasted a bottle of 1784 Yquem in 1998 and noted: "The bottle had its original cork and was reassuringly deep for its age, a warm amber-mahogany with a pronounced yellow-green rim; the bouquet was remarkable, honeyed, rich, tangy which after 25 minutes opened up, very sweet, like black treacle. On the palate drying out a little though some sweetness remained. Extraordinary and surprisingly drinkable."

1222    1 bottle                    per lot $30,000-50,000

### CHATEAU D'YQUEM 1811

*Sauternes, Premier Cru Superieur*
*upper shoulder, Bordeaux bottled by Brandenburg*
*Freres, in 19th century hand blown bottle with glass*
*lozenge embossed "CHATEAU YQUEM HAUT SAUTERNES*
*GRAND CRU," hard*
*brown wax capsule*
*stamped "1811," worn*
*and torn label*
**Provenance:** *Ex-*
*Zachys/Christies - New*
*York, 9/20/97, Lot*
*1379*



This very rare bottle from the "Comet" vintage was originally part of a collection offered by Christie's in Los Angeles in 1989, before which it been in the possession of a West Coast collector for more than fifty years. "First tasted at the Chateau in 1986. Contemporary hand blown bottle, labelled 'Chateau Yquem, Marquis A M de Lur Saluces, 1811, Grand Vin Sauternes'. Blackened cork. Wine a lovely color, raisiny, still sweet. Nine years later, at Rodenstock's 16th annual rare wine tasting. Worn label. Gold; high-toned apricot; barley sugar flavour with aggressive acidity. Most recently, similar label to the bottle noted in 1986; scent. It reminded me of raspberries and cream. Considerable depth and length. Dry finish. Last tasted Sept 1998." MB

1223    1 bottle                    per lot $25,000-40,000

**Chateau d'Yquem 1847**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, recorked and labeled at the*
*Chateau in 1994*
**Provenance:** *Ex-Sotheby's - NY, 11/20/99, Lot 1606*
To rare wine collectors the 1847 Yquem is the holy
grail, for its drinking experience the most famous
and highly prized of all. The story behind this
wine, first viewed as a mistake, is well told by
James Gabler in "Passions: The Wines and Travels
of Thomas Jefferson": "The story goes that in
1847 the Marquis de Lur-Saluces, the owner
of the Chateau d'Yquem, returned from Russia to
his estate where they were waiting his return in
order to begin the harvest. His return was so late
in the year that most of the grapes were over-
ripe and completely contaminated with botrytis.
Nevertheless, the order was given to harvest them
and the wine made from these grapes was of
such a high quality that its fame quickly spread.
Count Alexandre de Lur-Saluces adds, 'This acci-
dent, according to my interpretation, gave birth
to a harvest which was quite out of the ordinary.
During the 1860's the Grand Duke Constantine,
the Czar of Russia's brother, on a visit to Yquem
tasted the extraordinary harvest of 1847 which,
by the way, they did not dare commercialize for
fear of astonishing the consumers. The Grand
Duke found this wine so good that he offered an
exorbitant price for a barrel of it. "This chance
incident was without doubt the catalyst that
changed the thinking of the period and led them
to consider the grape rot as particularly desirable
and to seek it rather than avoid it at the time of
the grape harvest, thus obtaining a systemati-
cally sweet wine. Of course, the risk is infinitely
greater and the yield much less but the effort
leads one to a truly outstanding wine, unique of
its type and that is the true expression of this
Sauternais soil." I tasted the 1847 Yquem at Wilf
Jaeger's tasting of pre-phylloxera wines on June
5, 2001. Notes: In decanter from afar, looks like
a Burgundy! In the glass, a medium dark caramel
color with a lime rim. All-enveloping aromas of
sugar cane, with hints of pineapple, apple, and
toffee. The first flavor impression is of intense
caramel, accented by hints of lime, vanilla ice
cream, sweet pineapple, and mandarine orange. An
incredibly long, caramelly, powerful, and expansive
finish, a perfect balance of sweetness and acidity,
with limey acidity finally cleansing the palate of
caramel. Outstanding plus plus, the best Yquem
ever tasted.—FH



Lot 1224

1224    1 bottle                per lot $12,000-20,000

### Chateau d'Yquem 1852
*Sauternes, Premier Cru Superieur*
*just below top shoulder, reconditioned at the Chateau*
*in 1997*
**Provenance:** *Ex-Sotheby's - London, 3/31/98, Lot 243*
Extremely rare; no known tasting note.

1225    1 bottle                    per lot $3000-5000

### Chateau d'Yquem 1864
*Sauternes, Premier Cru Superieur*
*very top shoulder, reconditioned at the chateau in 1997*
**Provenance:** *Ex-Sotheby's - New York, 11/20/99, Lot*
*1614*
"One of the greatest Bordeaux vintages, both red
and white… well-nigh perfect when tasted at
Yquem in 1987. Most recently, surprisingly pale;
smoky caramel bouquet… Last noted Sept 1998.
At best ★★★★★." MB

1226    1 bottle                    per lot $3500-6000

### Chateau d'Yquem 1865
*Sauternes, Premier Cru Superieur*
*upper shoulder, recorked and relabeled at the chateau*
*in 1992*
**Provenance:** *Ex-Sotheby's - London, 9/16/97, Lot 936*
"First noted… in 1987. Bouquet evolved beautiful-
ly in the glass; sweet, soft, delicate, perfect. Most
recently, recorked at the chateau in 1922, showing
its age on the nose, caramelized yet somehow cor-
rect… Last tasted Sept 1998. At best ★★★★★." MB

1227    1 bottle                    per lot $3500-6000

### Chateau d'Yquem 1867
*Sauternes, Premier Cru Superieur*
*top shoulder, reconditioned at the chateau in 1995*
**Provenance:** *Ex-Sotheby's - London, 3/31/98, Lot 244*

1228    1 bottle                    per lot $2000-3500



Lots 1226, 1227,
1231, 1232

**Chateau d'Yquem 1871**
*Sauternes, Premier Cru Superieur*
*into neck, reconditioned, cork stamped YQUEM*
*BOUTEILLE AU CHATEAU 1871*
**Provenance:** *Ex-Zachys/Christies – New York, 9/20/97,*
*Lot 1472 from "Finest and Rarest Wines From the*
*Outstanding Cellar of Belle and Barney Rhodes"*
"First tasted in 1985: Chateau-bottled, dark tawny;
rich though somewhat sharp bouquet, old, 'deep
honey', held well; sweet, assertive, pasty flavour,
backbone of acidity. Next, level upper shoulder:
an attractive amber-coloured, rich, toasty-nosed,
sweet, powerful, concentrated wine at Bud Moon's
Yquem tasting. Last noted Feb 1988. At best
★★★★." MB

1229    1 bottle                          per lot $2600-4000

**Chateau d'Yquem 1892**
*Sauternes, Premier Cru Superieur*
*very top shoulder, reproduction label, whitwhams*
*embossed wax capsule, recorked by Whitwhams & Co.*
*in 1980*
**Provenance:** *Ex-Zachys/Christies – New York, 3/22/97,*
*Lot 507 from "Magnificent Wine From the Collection of*
*Tawfiq N. Khoury"*

1230    1 bottle                          per lot $1000-1600

**Chateau d'Yquem 1899**
*Sauternes, Premier Cru Superieur*
*very top shoulder, scuffed label, reconditioned at the*
*chateau in 1995*
**Provenance:** *Ex-Christie's – London, 10/7/99, Lot 516*
"Most recently, warm amber; pleasant, sweet nose
that started to fade; medium-sweet, good flavour
and acidity. Dry finish. Last tasted Sept 1998. At
best ★★★★." MB

1231    1 bottle                          per lot $2000-3500

**Chateau d'Yquem 1900**
*Sauternes, Premier Cru Superieur*
*very top shoulder, reconditioned at the chateau in*
*1997, excellent appearance*
**Provenance:** *Ex-Sotheby's – London, 9/16/97, Lot 937*
"…An amalgam of my most recent notes: limpid
yellow-gold; perfect richness and ripeness on the
nose; 'classic'; very sweet, full, fleshy, velvety,
richly flavoured, perfect balance. Perfect now yet
great future…★★★★★." MB 12/98.

1232    1 bottle                          per lot $2000-3500

**Chateau d'Yquem 1900**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, reconditioned at the chateau*
*in 1995*
**Provenance:** *Ex-Christie's – London, 10/7/99, Lot 516*

1233    1 bottle                          per lot $2000-3500

*Michael Broadbent on the 1921 White Bordeaux*
*vintage:* "*Unquestionably the greatest vintage of the*
*20th century, Yquem in particular being legendary.*
*Following the hottest summer since 1893, grapes were*
*harvested with a tremendous high sugar content which,*
*after fermentation, resulted in high levels of alcohol and*
*residual sugar… ★★★★★.*"

**Chateau d'Yquem 1921**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, badly faded label, original*
*capsule, fully stamped cork*
**Provenance:** *Ex-Zachys/Christies – New York, 1/31/98,*
*Lot 832*
"A Colossus. Perhaps the most staggeringly rich
Yquem of all time, certainly since the towering
1847… in my last five notes varying from fairly
deep, at best a warm amber-gold, on one occa-
sion reminding me of an old oloroso sherry, on
another Bual Madeira-like, with a pronounced
apple-green rim. The bouquet, very rich, honeyed
of course, peachy, barley sugar (boiled and spun
sugar), intense yet fragrant, 'custard cream', crème
brulee yet again, but very true. On the palate
from sweet to very sweet, depending I think on
context, unquestionably rich, powerful, even asser-
tive, great length and intensity, and supported
by life-perserving acidity. One of life's sublime
experiences. Last tasted a bottle brought by Paolo
Pong to a dinner at Jancis Robinson's, Dec 2000
★★★★★." MB

1234    1 bottle                          per lot $2600-4000

**Chateau d'Yquem 1921**
*Sauternes, Premier Cru Superieur*
*top shoulder, label missing*
**Provenance:** *Ex-Zachys/Christies – New York, 1/31/98,*
*Lot 832*

1235    1 bottle                          per lot $2600-4000

**CHATEAU D'YQUEM 1921**
*Sauternes, Premier Cru Superieur*
*upper shoulder, bin-soiled label*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 832*

1236 1 bottle                           per lot $2600-4000

**CHATEAU D'YQUEM 1921**
*Sauternes, Premier Cru Superieur*
*mid shoulder, reconditioned at the chateau in 1997*
*Provenance: Ex-Sotheby's - London, 9/16/97, Lot 1077*

1237 1 bottle                           per lot $2600-4000

**CHATEAU D'YQUEM 1924**
*Sauternes, Premier Cru Superieur*
*mid shoulder, stained and soiled label*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 839*

1238 1 bottle                           per lot $600-1000

***Michael Broadbent on the 1928 White Bordeaux***
***vintage:*** *"The first of a pair of Sauternes vintages of*
*outstanding quality but of different weight and style...*
*★★★★."*

**CHATEAU D'YQUEM 1928**
*Sauternes, Premier Cru Superieur*
*upper shoulder, label missing, original embossed cha-*
*teau foil*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 839*
"Tasted well over a dozen times in different con-
texts through the 1970s and 1980s, almost all
5-star though colour variation noted, from lemon
gold to rich warm amber, but never as dark as the
'29... ★★★★★." MB

1239 1 bottle                           per lot $1000-1600

***Michael Broadbent on the 1929 White Bordeaux***
***vintage:*** *"Magnificent. The finest Sauternes vintage*
*between 1921 and 1937. Like these two vintages, the*
*wines were deep in colour... ★★★★★."*

**CHATEAU D'YQUEM 1929**
*Sauternes, Premier Cru Superieur*
*upper-mid shoulder, soiled and torn label*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 839*
"Sheer perfection on all but one... of several
memorable occasions. To summarise, slight colour
variation though mostly a deep, rich amber,
some a rose-tinted tawny; peaches and cream
ride uppermost, also apricote (sorry to drag this
out again, but it is so apposite), peeled sultanas,
sometimes slightly chocalatey, always richly pen-
etrating. Also always sweet, never seeming dry
out, its flavour being a concentration of all the
fragrances just mentioned, with great length and
exquisite aftertaste... ★★★★★."

1240 1 bottle                           per lot $1000-1600

***Michael Broadbent on the 1937 White Bordeaux***
***vintage:*** *"One of the great Sauternes vintages, on a par*
*with the top pre-phylloxera years and 1929, but perhaps*
*not as monumental as the 1921... ★★★★★"*

**CHATEAU D'YQUEM 1937**
*Sauternes, Premier Cru Superieur*
*top shoulder*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 833*
"Around a dozen notes, mainly in the 1980s.
If well cellared, then certain still to be superb.
Although a naturally deepish coloured wine, gener-
ally less dark than the Yquem '21 and '29... sweet,
concentrated, ambrosial, untiringly persistent.
A magnum (in 1988) I described as having 'an
explosive bouquet and almost exaggerated flavour'.
Most recently, a superb bottle despite a rather
varnishy, singed, raisiny fragrance; very sweet,
tremendously rich, fleshy, almost fat... Last tasted
Sept 1998... ★★★★★." MB

1241 1 bottle                           per lot $1600-2400

**CHATEAU D'YQUEM 1937**
*Sauternes, Premier Cru Superieur*
*very top shoulder, heavily soiled and stained label*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 263*
1242    1 bottle                    per lot $1600-2400

**CHATEAU D'YQUEM 1937**
*Sauternes, Premier Cru Superieur*
*upper shoulder, stained and soiled label*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 833*
1243    1 bottle                    per lot $1600-2400

**CHATEAU D'YQUEM 1941**
*Sauternes, Premier Cru Superieur*
*top shoulder, heavily bin-soiled label, signs of seepage*
*Provenance: Ex-Sotheby's - London, 11/12/97, Lot 720*
1244    1 bottle                    per lot $600-1000

**CHATEAU D'YQUEM 1942**
*Sauternes, Premier Cru Superieur*
*top shoulder, heavily bin-soiled label*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 264*
"… gentle, fragrant bouquet belying its body and
power. Most recently… fairly deep colour; very
rich, heavily honeyed, toffee-like nose. Holding its
sweetness with attractive raisiny flavour not uin-
like a mature 5 puttonyos Tokaji Aszu, with similar
acidity. Last tasted Sept 1998. At best ★★★★." MB
1245    1 bottle                    per lot $600-1000

**CHATEAU D'YQUEM 1943**
*Sauternes, Premier Cru Superieur*
*one very top shoulder, one just below top shoulder,*
*bin-soiled labels, one depressed cork*
*Provenance: Ex-Sotheby's - London, 11/12/97, Lot*
*1134*
"…warm amber, orange-tinged; classic bouquet,
very forthcoming; sweet enough, rich and posi-
tive, with fairly high volatile acidity (noted in
1984) merely uplifting its fragrance. Most recent-
ly… hefty old-fashioned style, bouquet and pal-
ate, sweet, good length and acidity. Last noted
at the Rodenstock marathon, Sept 1998. At best
★★★★★." MB
1246    2 bottles                    per lot $1200-2000

**CHATEAU D'YQUEM 1943**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, bin-soiled labels*
*Provenance: Ex-Sotheby's - London, 11/12/97, Lot*
*1134*
1247    2 bottles                    per lot $1200-2000

**CHATEAU D'YQUEM 1945**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, reconditioned at the chateau*
*in 1989*
*Provenance: Ex-Sotheby's - London, 12/9/97, Lot 1367*
"A considerable number of notes starting in 1969,
none less than magnificent. But not an opu-
lent Yquem, rather an elegant yet concentrated
'honey and flowers' Yquem. 'Clover honey' and
'orange blossom' recur in my notes, perhaps rather
unoriginally and certainly repetitive. The lovliest
of colours, warm gold, pure gold; bouquet perfec-
tion, opening up in the glass like a water lilly;
still sweet, intense, great length… Last tasted
in Munich, Sept 1998… ★★★★★ Another quarter
century of life." MB
1248    1 bottle                    per lot $1200-2000

**CHATEAU D'YQUEM 1947**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, bin-soiled labels, one torn*
*label*
*Provenance: Ex-Sotheby's - London, 12/9/97, Lot 327*
"First tasted in 1954: 'incomparable, luscious', and
14 times since. Never a poor bottle. Perfect, glow-
ing amber-gold with apple-green rim; bouquet
– well, the usual thing only more so, yet totally
harmonious; still remarkably sweet, mouthfilling
with a singed hot-vintage character. Always decant
a wine like this. It looks the purest glowing gold
in a decanter by candlelight… Last noted Sept
1998 ★★★★★." MB
1249    2 bottles                    per lot $2400-4000

**CHATEAU D'YQUEM 1947**
*Sauternes, Premier Cru Superieur*
*just below top shoulder, one heavily stained and soiled*
*label and one label missing*
*Provenance: Ex-Sotheby's - London, 12/9/97, Lot 327*
1250    2 bottles                    per lot $2400-4000

**Chateau d'Yquem 1949**
*Sauternes, Premier Cru Superieur*
*upper shoulder*
*Provenance: Ex-Sotheby's - New York, 9/26/97, Lot 1747*
"Over a dozen notes, lovely, soft, complete in the 1960s. Four lovely bottles in the 1970s and at peak of perfection in 1984. Rich bottle age and botrytis honey and apricots at Carre des Feuillants, Paris, in 1995. Most recently... paler but lovely; exquisitely floral, orange blossom bouquet; still sweet and fleshy, dry finish. A wine of style and charm. One of my top marks at Rodenstock's tasting in Munich, 1998... Last tasted... Sept 2000 ★★★★★." MB

1251    1 bottle                              per lot $750-1200


**Chateau d'Yquem 1954**
*Sauternes, Premier Cru Superieur*
*one bottom neck, one top shoulder, bin-soiled labels*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 762*

1252    2 bottles                            per lot $800-1400


**Chateau d'Yquem 1959**
*Sauternes, Premier Cru Superieur*
*one bottom neck, two very top shoulder, two slightly nicked and slightly bin-soiled labels*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 269*
"Most recently: a rich, apricot and lime blossom bouquet of great depth; sweet, powerful, its flesh and fat balanced by its excellent acidity. A hot, dry finish with a touch of caramel. Last noted... March 2002 ★★★★★." MB

1253    3 bottles                          per lot $3000-4000


**Chateau d'Yquem 1962**
*Sauternes, Premier Cru Superieur*
*top shoulder*
*Provenance: Ex-Sotheby's - New York, 9/26/97, Lot 1747*
"This is an excellent, even outstanding Yquem... It is rich and honeyed, with a spicy, oaky, tropical fruit aroma, rich butterscotch, toasted fruit, and caramel flavors." WA 11/82.

1254    1 bottle                              per lot $300-500


**Chateau d'Yquem 1967**
*Sauternes, Premier Cru Superieur*
*one bottom neck, five top shoulder, two just below top shoulder, labels missing, chateau capsules embossed with vintage*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 768*
"From one of the 20th century's celebrated vintages for Yquem, this bottle stands up to all the hype—unforgettable for its purity, elegance, harmony, its "total" everything. Powerful, yet it seems weightless on the palate, almost defying gravity as it tangos around with its vanilla, peach and apricot flavors...100." WS 5/99.

1255    8 bottles                          per lot $5000-8000


**Chateau d'Yquem 1983**
*Sauternes, Premier Cru Superieur*
*very top shoulder or better*
"Super-intense and full-throttled, elegant and stylish. Dark amber in color and rich in complexity, this '83 coats your mouth with butterscotch, dried apricot, fig and spice flavors. Made to age for decades...98." WS 4/95.

1256    6 bottles                          per lot $1300-1900


**Chateau d'Yquem 1985**
*Sauternes, Premier Cru Superieur*
*very top shoulder or better*

1257    12 bottles                         per lot $1500-2000


**Chateau d'Yquem 1986**
*Sauternes, Premier Cru Superieur*
*bottom neck or better, bin-soiled labels and one wine stained label*
"Several highly respected Bordeaux negociants who are Yquem enthusiasts claim the 1986 Yquem is the greatest wine produced at the property since the legendary 1937. Its enthralling bouquet of pineapples, sauteed hazelnuts, vanillin, and ripe apricots is breathtaking...98." 4/91.

1258    5 bottles                          per lot $1000-1500

### Chateau d'Yquem 1988
*Sauternes, Premier Cru Superieur*
*bottom neck, seven bin-soiled labels, seven signs of old seepage*
"The 1988 is a more backward-styled Yquem, built along the lines of the extraordinary 1975. With a honeyed, smoky, orange/ coconut/ pineapple-scented nose, this powerful wine possesses full body, layers of highly concentrated, extracted flavors, considerable botrytis, and a sensational finish…99." WA 4/95.

1259    12 bottles                    per lot $2200-3200

### Chateau d'Yquem
*Sauternes, Premier Cru Superieur*
*into neck*
• 1990                          half-bottles (6)
• 1990                                     (3)

1260    above 6 half-bottles (375ml) &
3 bottles                       per lot $1100-1600

### 20TH CENTURY RED BORDEAUX

*"There's a completely different joy one gets from tasting a bottle pre-1970." Graeme Revell*

### Chateau Lafite Rothschild 1912
*Pauillac, Premier Cru Classe*
*one very top shoulder with modern chateau label and foil, one upper shoulder*
*Provenance: Ex-Zachys/Christies - New York, 3/22/97, Lot 590 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"*
"Delicious to drink. Two very good bottles, one recorked in 1957, gentle cedary; the other with fabulous bouquet, minty (eucalyptus), gingery… [last tasted] Oct 1988 ★★★★." MB

1261    2 bottles                      per lot $900-1500

### Chateau Lafite Rothschild 1914
*Pauillac, Premier Cru Classe*
*into neck, bin-soiled labels, pushed corks, reconditioned at the chateau in 1992*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98, Lot 684*

1262    2 bottles                      per lot $800-1300

### Chateau Cheval Blanc 1917
*St Emilion, Premier Grand Classe (a)*
*upper shoulder, bin-soiled label, Bordeaux bottled by P. Skawinski*
*Provenance: Ex-Sotheby's - London, 2/18/98, Lot 1336*

1263    1 bottle                       per lot $400-700

### Chateau Latour 1917
*Pauillac, Premier Cru Classe*
*one into neck, one top shoulder, one just below top shoulder, bin-soiled labels*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 39*
"… nose like old parchment but rich on the palate. Seven subsequent notes including a soft Berry Bros bottling. Most recently, tasted blind at lunch at Lafite: nose, gamey, rich, attractive; touch of sweetness, nice weight, delicious flavour. Last tasted Sept 1998… ★★★." MB

1264    3 bottles                      per lot $1200-2000

### Chateau Latour 1918
*Pauillac, Premier Cru Classe*
*one upper shoulder, one mid shoulder, labels missing, vintage-stamped capsules*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 40*

1265    2 bottles                      per lot $900-1500

### Chateau Mouton Rothschild 1921
*Pauillac, Deuxieme Cru Classe*
*mid shoulder, torn capsule*
*Provenance: Ex-Zachys/Christies - New York, 3/22/1997, Lot 706 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"*
"Several notes, no duds… Most recently a jeroboam: ripe nose like well-hung pheasant; sweet, gamey, flavoury too, full, rich, soft yet firm finish… Last tasted… Sept 1998 ★★★★★." MB

1266    1 magnum (1.5L)                per lot $1500-2500

**CHATEAU MARGAUX 1924**
*Margaux, Premier Cru Classe*
*one upper shoulder, one upper-mid shoulder, heavily*
*soiled and faded labels, Christie's London 23 April 1970*
*sale strip labels*
***Provenance:*** *Ex-Zachys/Christies - New York, 4/26/97,*
*Lot 1389 from "The Haskell Norman Cellar"*
"Another charmer. First a soft, ripe, long flavoured
bottle with the Ginestets at the chateau in 1975.
A fully evolved, delectable bottle at the Desai tast-
ing. Next, dining at Dom de Chevalier, a fascinat-
ingly curious magnum decanted at 7pm, served
at 10:30pm… Deeply impressive colour; a rather
singed, faisande bouquet and flavor – the sweet-
ness of decay but dry finish. Full-bodied, still
fruity… Last noted… Jan 1997… ★★★★★." MB

| 1267 | 2 bottles | per lot $600-1000 |

***Michael Broadbent on the 1928 Bordeaux vintage:***
*"The first of the famous twin vintages; both great but*
*of totally contrasting weight and style. What produced*
*massively tannic wines? Summer heat thickened the*
*skins from which were extracted deep colouring matter*
*and tannin. The exceptionally good ripening conditions*
*were responsible fro the richness and substantial alco-*
*holic content. This is the longest lived vintage of the*
*decade… ★★★★★."*

**CHATEAU HAUT BRION 1928**
*Graves, Premier Cru Classe*
*upper-mid shoulder*
***Provenance:*** *Ex-Zachys/Christies - New York, 4/26/97,*
*Lot 1445 from "The Haskell Norman Cellar"*

| 1268 | 1 bottle | per lot $750-1200 |

**CHATEAU LAFITE ROTHSCHILD 1928**
*Pauillac, Premier Cru Classe*
*very top shoulder, reconditioned at the chateau in 1995*
***Provenance:*** *Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 310*

| 1269 | 1 bottle | per lot $750-1200 |

**CHATEAU LATOUR 1928**
*Pauillac, Premier Cru Classe*
*top shoulder, excellent appearance*
***Provenance:*** *Ex-Zachys/Christies - New York, 4/26/97,*
*Lot 1445 from "The Haskell Norman Cellar"*
"… was, and still is, the star of the vintage. Like
the 1870 Lafite, so dense, powerful and bitterly
tannic that it was a full half century before it was
mellow enough to be enjoyed… fragrant, drinking
perfectly. Last tasted… Jan 2000 ★★★★★." MB

| 1270 | 1 bottle | per lot $1400-2200 |

**CHATEAU MARGAUX 1928**
*Margaux, Premier Cru Classe*
*upper shoulder, bin-soiled and torn label*
***Provenance:*** *Ex-Zachys/Christies - New York, 4/26/97,*
*Lot 1445 from "The Haskell Norman Cellar"*
"Eight notes. Slight bottle variation but mainly
very good: deeply colored; sweet, singed, cedery,
fragrant bouquet; 'sweet, tanned and tannic'. This
was the first time (in 1976) I used the expression
'iron fist in a velvet glove'… Most recent: rather
too sweet caramelly; rich yet still very tannic. Last
tasted… Nov 2000 ★★★★★." MB

| 1271 | 1 bottle | per lot $750-1200 |

**CHATEAU MOUTON ROTHSCHILD 1928**
*Pauillac, Deuxieme Cru Classe*
*two upper shoulder with disintegrating labels, one low*
*shoulder with replacement label*
***Provenance:*** *(2) Ex-Zachys/Christies - New York,*
*3/22/97, Lot 707 from "Magnificent Wine From the*
*Collection of Tawfiq N. Khoury"; (1) Ex-Zachys/*
*Christies - New York, 4/26/1997, Lot 1445*
"… fragrant, sweet, crisp, attractive… despite
its age remarkably sweet on the palate, lighter
than expected. Delicious. Last noted… June 2000
★★★★." MB

| 1272 | 3 bottles | per lot $1800-3000 |

**CHATEAU PETRUS 1928**
*Pomerol*
*upper-mid shoulder, remains of label, chateau bottled*
***Provenance:*** *Ex-Zachys/Christies - Los Angeles,*
*12/14/01, Lot 574*

| 1273 | 1 bottle | per lot $2000-3500 |

*Michael Broadbent on the 1929 Bordeaux vintage:*
*"A wonderful vintage. At its best it was the epitome of elegance and finesse, and the end of an era... ★★★★★."*

**CHATEAU HAUT BRION 1929**
*Graves, Premier Cru Classe*
*just below top shoulder*
**Provenance:** *Ex-Zachys/Christies - New York, 4/26/97, Lot 1390 from "The Haskell Norman Cellar"*

1274    1 bottle                        per lot $750-1200

**CHATEAU LATOUR 1929**
*Pauillac, Premier Cru Classe*
*mid shoulder, labels missing, vintage stamped chateau foils*
**Provenance:** *Ex-Zachys/Christies - New York, 3/22/97, Lot 665 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"*
"Superlative. Softer and more amenable than the '28. Sixteen notes, almost all 5 stars... Always deeply coloured, its bouquet variously described – mainly inadequately – as rich but restrained old cedar, spicy (eucalyptus once again, cloves and sage), 'medicinal' Pauillac, and so forth. On the palate generally sweet, soft and luscious for Latour – a complete contrast to the monumental and tannic '28 – velvety, elongated. More recently a perfect magnum in a 'flight' of Latours at a Rodenstock weekend. Last noted Dec 1995 ★★★★★." MB

1275    1 bottle                        per lot $1400-2200

**CHATEAU LATOUR 1929**
*Pauillac, Premier Cru Classe*
*mid shoulder, labels missing, vintage stamped Chateau foils*
**Provenance:** *Ex-Sotheby's - London, 11/26/97, Lot 41*

1276    2 bottles                       per lot $1800-2800

*Michael Broadbent on the 1934 Bordeaux vintage:*
*"The decade's best vintage. The grapes were saved from a two-month drought by September rain. An abundant harvest, very good wines... ★★★★."*

**CHATEAU LATOUR 1934**
*Pauillac, Premier Cru Classe*
*just below top shoulder, bin-soiled label*
**Provenance:** *Ex-Zachys/Christies - New York, 4/26/97, Lot 1447 from "The Haskell Norman Cellar"*

1277    1 bottle                        per lot $300-500

**CHATEAU MOUTON ROTHSCHILD 1934**
*Pauillac, Deuxieme Cru Classe*
*just below top shoulder, torn and heavily bin-soiled label, capsule corroded*
**Provenance:** *Ex-Zachys/Christies - New York, 3/22/97, Lot 708 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"*
"... most recent, a 'Res du Baron' jeroboam recorked in 1953: lively, intense; initially restrained but complete, opening gradually. Lovely and – for Mouton – relatively low-keyed. Sweet, fairly full-bodied, delicious fruit, excellent tannin and acidity. 'A perfect drink.' Last tasted Sept 1987 ★★★★★." MB

1278    1 bottle                        per lot $300-500

**CHATEAU LATOUR 1937**
*Pauillac, Premier Cru Classe*
*top shoulder, remains of label only*
**Provenance:** *Ex-Zachys/Christies - New York, 4/26/97, Lot 1447 from "The Haskell Norman Cellar"*

1279    1 bottle                        per lot $300-500

**CHATEAU PETRUS BELGIAN BOTTLED 1940**
*Pomerol*
*one upper shoulder, two mid shoulder, one deteriorated label and two missing labels (believed to be 1940), Belgian bottled by R. Coppin*
**Provenance:** *Ex-Sotheby's - London, 11/26/97, Lot 233*

1280    3 bottles                       per lot $1500-2400

**CHATEAU LATOUR 1943**
*Pauillac, Premier Cru Classe*
*upper shoulder, bin-soiled label*
**Provenance:** *Ex-Sotheby's - Los Angeles, 10/24/98, Lot 80*

1281    1 bottle                        per lot $300-500

**Michael Broadbent on the 1945 Bordeaux vintage:**
"Arguably one of the greatest vintages of the 20th century, and in my opinion eclipsing the 1961. An early harvest yielded magnificent, long-lasting wines of the highest quality. The very small crop size was the result of severe frosts in May, when the vines were literally nipped in the bud. The wines' exceptional ripeness, concentration and power were due to a summer of drought and excessive heat. The vines and the winemaking also benefited – though it may not have been appreciated at the time – from some fortuitous circumstances: first, old, or at least fully mature, vine stock as there had been little replanting during the war; second, traditional winemaking methods. New oak barrels were a thing of the future as was the influence of the consultant oenologist. The best, and best kept, are still superb... ★★★★★."

### Chateau Cheval Blanc 1945
*St Emilion, Premier Grand Cru Classe (a)*
upper shoulder, bin-soiled label
**Provenance: Ex-Zachys/Christies – New York, 4/26/97, Lot 1402 from "The Haskell Norman Cellar"**

| 1282 | 1 bottle | per lot $1000-1500 |

### Chateau Haut Brion 1945
*Graves, Premier Cru Classe*
upper shoulder
**Provenance: Ex-Sotheby's – New York, 9/26/97, Lot 1289**
"Tasted 5 times with consistent notes... The 1945 Haut-Brion is profound. It demonstrates the essence of Haut-Brion's style. The color remains a healthy, opaque garnet with only slight amber at the edge. A huge, penetrating bouquet of sweet black fruits, smoked nuts, tobacco, and tar soars from the glass. The wine possesses extraordinary density and extraction of fruit, massive, full-bodied, unctuously-textured flavors that reveal little tannin, and copious quantities of glycerin and alcohol. It is a fabulously rich, monumental example of a fully mature Haut-Brion that exhibits no signs of decline. Awesome!... 100." WA 10/94.

| 1283 | 1 magnum (1.5L) | per lot $3000-5000 |

### Chateau Lafite Rothschild 1945
*Pauillac, Premier Cru Classe*
one upper shoulder, one mid shoulder, one torn label, one capsule corroded
**Provenance: Ex-Zachys/Christies – New York, 4/26/97, Lot 1396 from "The Haskell Norman Cellar"**
"...what is remarkable is the relatively little bottle variation...Just about every note over the years refers to a glorious fragrance which seems to unravel itself after 15 or 20 minutes in the glass. Also noticed at the Sveass dinner, and previously, its sweetness to which one adds, unoriginally, rich, soft with masked tannins. A glorious mouthful...★★★★★." MB 4/96

| 1284 | 2 bottles | per lot $1700-2600 |

### Chateau Latour 1945
*Pauillac, Premier Cru Classe*
one top shoulder with glue stained label, one upper-mid shoulder with bin-soiled label
**Provenance: Ex-Sotheby's – London, 11/26/97, Lot 42**
"A great wine. Surely one of the best ever Latours, drinking beautifully now but with many years more life...★★★★★." MB 11/00

| 1285 | 2 bottles | per lot $2400-4000 |

### Chateau Margaux 1945
*Margaux, Premier Cru Classe*
one very top shoulder, one upper shoulder with faded and barely legible label
**Provenance: Ex-Zachys/Christies – New York, 3/22/97, Lot 788 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"**
"A magnificent wine. Nothing fragile and feminine about this '45...Nov 2000 ★★★★★." MB

| 1286 | 2 bottles | per lot $1500-2400 |

### Chateau Mouton Rothschild 1945
*Pauillac, Deuxieme Cru Classe*
one top shoulder, one just below top shoulder, heavily bin-soiled labels
**Provenance: Ex-Zachys/Christies – New York, 2/8/97, Lot 649**
"There is simply no other wine like it. Its taste is a component of smell, its fragrance is reflected on the palate. Still lovely, still vivacious. Seemingly tireless – indeed another half century anticipated. Last tasted... June 2001 ★★★★★★ (6 stars)." MB

| 1287 | 2 bottles | per lot $6000-10,000 |

**Chateau Mouton Rothschild 1945**
*Pauillac, Deuxieme Cru Classe*
*upper shoulder, bin-soiled label, top of capsule cut*
*Provenance: Ex-Zachys/Christies - New York, 3/22/97,*
*Lot 712 from "Magnificent Wine From the Collection of*
*Tawfiq N. Khoury"*

1288  1 bottle                        per lot $3000-5000

**Chateau Petrus 1945**
*Pomerol*
*just below top shoulder, chateau bottled, excellent*
*appearance*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 699*
"... the nose offers aromas of black fruits, licorice,
truffles, and smoked meat. Massively-constituted,
with formidably high tannin and extract levels,
this sleeping giant may evolve into another per-
fect example of Petrus... 98+." WA 10/94.

1289  1 bottle                        per lot $2600-4000

**Michael Broadbent on the 1947 Bordeaux vintage:**
*"The second of the three great post-war vintages. An*
*increasingly hot summer followed by harvesting in*
*almost tropical conditions. The grapes had an exception-*
*ally high sugar content but the heat caused serious*
*fermentation problems, resulting in quite a few wines*
*suffering from high volatile acidity. On the whole, excep-*
*tionally rich almost voluptuous wines, though some liv-*
*ing dangerously... ★★★★★."*

**Chateau Cheval Blanc 1947**
*St Emilion, Premier Grand Cru Classe (a)*
*upper-mid shoulder*
*Provenance: Ex-Sotheby's - London, 9/16/97, Lot 942*
"... unquestionably one of the greatest wines of
all time... ★★★★★." MB 5/00.

1290  1 bottle                        per lot $2600-4000



Lot 1291

**Chateau Cheval Blanc 1947**
*St Emilion, Premier Grand Cru Classe (a)*
*upper shoulder, corroded capsule, fully stamped cork*
*visible*
*Provenance: Ex-Zachys/Christies - New York, 1/31/98,*
*Lot 675*

1291  1 magnum (1.5L)              per lot $7000-13,000

**Chateau Haut Brion 1947**
*Graves, Premier Cru Classe*
*one just below top shoulder, one upper shoulder, two*
*upper-mid shoulder, two slightly faded labels and one*
*slightly torn label*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,*
*Lot 10*

1292  4 bottles                     per lot $2000-3200

**Chateau Haut Brion 1947**
*Graves, Premier Cru Classe*
*just below top shoulder, bin-soiled label*
*Provenance: Ex-Sotheby's - New York, 9/26/97, Lot*
*1289*

1293  1 magnum (1.5L)             per lot $1000-1500

### Chateau Latour 1947
*Pauillac, Premier Cru Classe*
*upper shoulder, bin-soiled label*
**Provenance:** *Ex-Sotheby's - London, 12/9/97, Lot 663*

1294  1 bottle                                per lot $500-800

### Chateau Margaux 1947
*Margaux, Premier Cru Classe*
*upper shoulder, shipped by Cruse, chateau bottled*
**Provenance:** *Ex-Zachys/Christies - New York, 9/20/97,*
*Lot 1402 from "Finest and Rarest Wines From the*
*Outstanding Cellar of Belle and Barney Rhodes"*

1295  1 bottle                               per lot $650-1000

### Chateau Petrus 1947
*Pomerol*
*both lots: mid shoulder, bin-soiled label, chateau*
*bottled*
**Provenance:** *Ex-Christie's - London, 9/19/97, Lot 106*
*Parcel: lots 1296-1297*
"The 1947 Petrus is the most decadent "wine of
the century." While not as port-like as the 1947
Cheval Blanc, it is a massive, unctuously-textured,
viscous wine with amazing power, richness, and
sweet fruit. The nose explodes from the glass,
offering jammy fruit, smoke, and buttery caramel
scents. The wine's viscosity is reminiscent of 10-
W-40 motor oil. It is so sweet, thick, and rich one
suspects a spoon could stand upright. The wine is
loaded with dream-like quantities of fruit, as well
as high alcohol, but there is no noticeable tan-
nin. While drinkable now, given its amazing fruit
extract, and high levels of glycerin and alcohol, it
is capable of lasting two more decades... 100." WA,
11/97.

1296  1 bottle                              per lot $2600-4000
1297  1 bottle                              per lot $2600-4000

### Chateau Petrus French Bottled 1947
*Pomerol*
*upper shoulder, replacement label, capsule cut to per-*
*mit inspection of cork, cork stamped "Chateau Petrus*
*1947 Pomerol", French bottled*
**Provenance:** *Ex-Zachys/Christies - New York, 9/20/97,*
*Lot 1404 from "Finest and Rarest Wines From the*
*Outstanding Cellar of Belle and Barney Rhodes"*

1298  1 bottle                              per lot $1200-2000

### Pauillac 1948
- ### Chateau Latour                                    (1)
  *Pauillac, Premier Cru Classe*
  *mid shoulder, heavily bin-soiled label*
  **Provenance:** *Ex-Sotheby's - London, 11/26/97, Lot 43*
- ### Chateau Mouton Rothschild                         (1)
  *Pauillac, Deuxieme Cru Classe*
  *upper-mid shoulder, bin-soiled label*
  **Provenance:** *Ex-Zachys/Christies - New York,*
  *3/22/97, Lot 715 from "Magnificent Wine From the*
  *Collection of Tawfiq N. Khoury"*

1299  above 2 bottles                       per lot $650-1100

*Michael Broadbent on the 1949 Bordeaux vintage:*
"The third of the great trio of post-war vintages.
Stylistically quite different from the concentrated '45s
and the ripe and more opulent '47s. At their best, and
there were many wines of great style, avoiding some of
the constraints and excesses of the two other vintages
just mentioned... ★★★★★."

### Chateau Cheval Blanc 1949
*St Emilion, Premier Grand Cru Classe (a)*
*one top shoulder, one upper shoulder*
**Provenance:** *Ex-Zachys/Christies - New York, 4/26/97,*
*Lot 1410 from "The Haskell Norman Cellar"*
"Another wonderful wine which along with the
Ch Mouton-Rothschild and Ch Margaux, having
the most perfect expression of the vintage... Last
noted... Feb 1998 ★★★★★." MB

1300  2 bottles                             per lot $1800-2800

### Chateau Lafite Rothschild 1949
*Pauillac, Premier Cru Classe*
*upper shoulder, bin-soiled label*
**Provenance:** *Ex-Sotheby's - New York, 9/26/97, Lot*
*1929*
"Most recently: high-toned, tea-like, spicy; sweet
entry; dry slightly raw finish, but very flavoury.
Last noted... Sept 2000 ★★★★★." MB

1301  1 bottle                              per lot $700-1100

**Chateau Latour 1949**
*Pauillac, Premier Cru Classe*
*one just below top shoulder, one upper shoulder*
*Provenance: (1) Ex-Zachys/Christies - New York,*
*9/20/97, Lot 1407 from "Finest and Rarest Wines From*
*the Outstanding Cellar of Belle and Barney Rhodes" (1)*
*Ex-Sotheby's - London, 12/9/97, Lot 663*
"Most recently: lovely colour; perfect nose, rich,
perfect balance. Fabulous. Last noted... Nov 2000
★★★★★." MB

1302    2 bottles                    per lot $2000-3200

**Chateau Latour 1949**
*Pauillac, Premier Cru Classe*
*one bottom neck, two upper shoulder, one bin-soiled*
*label*
*Provenance: Ex-Zachys/Christies - New York, 9/20/97,*
*Lot 1407 from "Finest and Rarest Wines From the*
*Outstanding Cellar of Belle and Barney Rhodes"*

1303    3 bottles                    per lot $3000-4800

**Chateau Margaux 1949**
*Margaux, Premier Cru Classe*
*upper shoulder, torn and bin-soiled label*
*Provenance: Ex-Zachys/Christies - New York, 9/20/97,*
*Lot 1745*
An archetypal elegant Margaux, exceedingly fra-
grant... Last noted Nov 2000 ★★★★★." MB

1304    1 magnum (1.5L)              per lot $900-1400

**Chateau Mouton Rothschild 1949**
*Pauillac, Deuxieme Cru Classe*
*upper shoulder, slightly torn and bin-soiled label*
*Provenance: Ex-Sotheby's - NY, 9/26/97, Lot 486*
"Unquestionably the finest '49. A wine that, at
its best has an inimitable fragrance and deftness
of touch. It was Baron Philippe's favourite... Last
noted... Sept 1999 ★★★★★★." MB

1305    1 bottle                     per lot $1200-2000

**Chateau Haut Brion**
*Graves, Premier Cru Classe*
• **1952**                                           (1)
   *upper shoulder, glue stained label*
• **1952**                          magnums (2)
   *one just below top shoulder, one upper shoulder, one*
   *soiled and faded label, one bin-soiled label*
1306    above 1 bottle &
        2 magnums (1.5L)             per lot $1200-2000

**Bordeaux 1952**
• **Chateau Lafite Rothschild**                      (2)
   *Pauillac, Premier Cru Classe*
   *one just below top shoulder, one upper shoulder*
• **Chateau Latour**                                 (5)
   *Pauillac, Premier Cru Classe*
   *two top shoulder, three upper shoulder, three torn*
   *and barely legible labels, three heavily bin-soiled*
   *labels, two bin-soiled labels, one scuffed label*
• **Chateau Margaux**                                (1)
   *Margaux, Premier Cru Classe*
   *one upper shoulder, one stained label*
1307    above 8 bottles             per lot $1700-2800

**Chateau Petrus 1952**
*Pomerol*
*upper shoulder, Chateau bottled*
*Provenance: Ex-Sotheby's - New York, 9/26/97, Lot*
*1249*
"Characteristically deep in colour; finely textured,
combining power and flesh; its sweetness and
high alcoholic content masking its sustained tan-
nin. Last tasted April 2000 ★★★★★." MB

1308    1 bottle                    per lot $700-1100

*Michael Broadbent on the 1953 Bordeaux vintage:*
*"One of my all-time favourite vintages, combining fra-*
*grance, finesse and charm, epitomizing claret at its best,*
*the antithesis of some latter day blockbusters...A hot,*
*sunny summer and propitious ripening period was rudely*
*interrupted by heavy rain mid-September. However, the*
*subsequent late harvest produced wines which were easy,*
*lovely to taste even in cask: beautiful babies, no prob-*
*lems at puberty, well-behaved teenagers, elegant, lively*
*and charming in their prime, middle-aged without crises,*
*ageing gracefully... ★★★★★."*

**Chateau Haut Brion 1953**
*Graves, Premier Cru Classe*
*two upper shoulder, three mid shoulder*
*Provenance: Ex-Zachys/Christies - New York, 3/22/97,*
*Lot 843 from "Magnificent Wine From the Collection of*
*Tawfiq N. Khoury"*
"... lovely colour, luminous, nice gradation; beauti-
ful bouquet slightly marred by a touch of some-
thing like varnish; delicious, singed, hot, earthy
flavour. Last noted June 2000 ★★★★★." MB

1309    5 bottles                   per lot $1800-2600

**Chateau Lafite Rothschild 1953**
*Pauillac, Premier Cru Classe*
*one upper shoulder, one mid shoulder*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,*
*Lot 654*
"A lovely wine, Lafite at its beguiling best. Not a
thruster, not a show off, a wine of exquisite charm
and finesse... Last noted... May 1993 ★★★★★." MB
1310    2 bottles                          per lot $1000-1500

**Chateau Latour 1953**
*Pauillac, Premier Cru Classe*
*one upper shoulder, one mid shoulder*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,*
*Lot 653*
1311    2 bottles                          per lot $650-1000

**Chateau Margaux 1953**
*Margaux, Premier Cru Classe*
*one very top shoulder, one top shoulder and Nicolas*
*Selection, three upper shoulder with signs of old seep-*
*age, one mid shoulder with damaged label and slight*
*signs of old seepage*
*Provenance: Ex-Zachys/Christies - New York, 3/22/97,*
*Lot 792 from "Magnificent Wine From the Collection of*
*Tawfiq N. Khoury"*
This very attractive case of magnums of the
legendary Margaux 1953, with five of the six
magnums bearing fine appearance for age, was
purchased by noted collector American collector
Tawfiq Khoury at Christie's London in 1985, hav-
ing been sent for sale by a private collector in
Bordeaux. Graeme Revell purchased the case at
the Khoury Collection sale conducted by Zachys-
Christie's in New York in March 1997. The incredible
and indelible fragrance of the Margaux 1953 will
likely be best preserved in magnum format.—FH
1312    6 magnums (1.5L)            per lot $8000-14,000

**Chateau Mouton Rothschild**
*Pauillac, Deuxieme Cru Classe*
• **1953**                                      (1)
   *mid shoulder, pushed cork*
   *Provenance: Ex-Zachys/Christies - New York, 2/8/97,*
   *Lot 650*
• **1953**                          magnum (1)
   *upper-mid shoulder*
   *Provenance: Ex-Sotheby's - New York, 9/26/97, Lot*
   *486*
1313    above 1 bottle &
        1 magnum (1.5L)               per lot $2000-3500

**Chateau Cheval Blanc 1955**
*St Emilion, Premier Grand Cru Classe (a)*
*into neck, reconditioned at the chateau in 1986*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 204*
"... a fabulous bottle in its fortieth year at
Ziegler's tasting. I gave it 19/20. The following
year a good but not flawless magnum at Wolf's
vertical: more meaty, more chewy but refreshing.
Last noted Sept 1997 ★★★★★." MB
1314    1 bottle                          per lot $350-600

**Chateau Cheval Blanc 1955**
*St Emilion, Premier Grand Cru Classe (a)*
*one just below top shoulder, one upper shoulder, one*
*upper-mid shoulder, UK bottled by Berry Bros.*
*Provenance: Ex-Sotheby's - London, 11/26/97, Lot 204*
1315    3 bottles                          per lot $750-1200

**Chateau Haut Brion 1955**
*Graves, Premier Cru Classe*
*upper shoulder, slightly torn and bin-soiled labels*
*Provenance: Ex-Zachys/Christies - New York, 3/22/97,*
*Lot 863 from "Magnificent Wine From the Collection of*
*Tawfiq N. Khoury"*
Well kept examples of this wine, such as the deli-
cious bottle generously opened for me by collector
(and now Ambassador) Ron Weiser in Ann Arbor in
2001, still exhibit the rich, tobacco-infused cassis
fruit which is the hallmark of Haut-Brion. —FH
1316    2 magnums (1.5L)            per lot $2400-4000

**Chateau Lafite Rothschild 1955**
*Pauillac, Premier Cru Classe*
*five upper shoulder, one mid shoulder, two torn labels*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,*
*Lot 731*
"A delightful, well nigh perfect Lafite vintage... In
some ways it epitomizes all the virtues that nou-
veau tasters and writers despise: delicacy, charm,
subtlety, length and the sort of weight – or lack
of it – that makes this sort of wine such a perfect
drink or 'food wine', to use a more vulgar term. A
beautiful lady, slow to reveal her charm, needing
patience and understanding. Last tasted Aug 2000
★★★★★ Should still be delicious." MB
1317    6 bottles                          per lot $2000-3500



Lot 1312

**Chateau Latour 1955**
*Pauillac, Premier Cru Classe*
*one just below top shoulder, one upper shoulder, bin-soiled labels*
***Provenance:*** *Ex-Zachys/Christies - New York, 3/22/97,
Lot 677 from "Magnificent Wine From the Collection of
Tawfiq N. Khoury"*
"Lastly, deep, healthy colour; perfect nose, flavour,
balance and length. Complete. Faultless. Last tast-
ed... Feb 2001 ★★★★★ Will go on, and on." MB
1318   2 bottles                          per lot $800-1200

**Chateau Margaux 1955**
*Margaux, Premier Cru Classe*
*one upper shoulder, three upper-mid shoulder, bin-soiled labels, two nicked labels, one sign of old seepage*
***Provenance:*** *Ex-Zachys/Christies - New York, 3/22/97,
Lot 793 from "Magnificent Wine From the Collection of
Tawfiq N. Khoury"*
"A lovely wine, with characteristic fragrance and
charm... Last tasted Nov 2000 ★★★★★." MB
1319   4 bottles                          per lot $1200-2000

**Chateau Mouton Rothschild 1955**
*Pauillac, Deuxieme Cru Classe*
*one upper-mid shoulder, two mid shoulder, two torn
and bin-soiled labels*
***Provenance:*** *Ex-Zachys/Christies - New York, 3/22/97,
Lot 724 from "Magnificent Wine From the Collection of
Tawfiq N. Khoury"*
"The 1955 should be a vintage to buy at auction as
I suspect the price is more reasonable than what
such acclaimed vintages as 1959 and 1961 fetch.
The color reveals no amber or rust, only a slight
lightening of intensity at the edge. The nose
offers up that explosive Mouton perfume of mint,
leather, cassis, black olives, and lead pencil. In the
mouth, there is stunning concentration, magnifi-
cent extraction of fruit, and plenty of tannin in
the long finish. The wine still tastes remarkably
young and could easily last another 20-30 years.
Amazing!... 97." WA 10/94.
1320   3 bottles                          per lot $1200-2000

**Pauillac 1957**
• **Chateau Latour**                              (4)
  *Pauillac, Premier Cru Classe*
  *one top shoulder, three upper shoulder, one bin-soiled
  label*
• **Chateau Mouton Rothschild**                   (3)
  *Pauillac, Deuxieme Cru Classe*
  *one very top shoulder, two top shoulder, three cap-
  sules are crowned*
1321   above 7 bottles                per lot $900-1500

**Bordeaux 1958**
• **Chateau Haut Brion**                          (2)
  *Graves, Premier Cru Classe*
  *one 3.5cm, one 4.5cm*
• **Chateau Lafite Rothschild**                   (2)
  *Pauillac*
  *one upper-mid shoulder, one mid shoulder*
1322   above 4 bottles                 per lot $500-750

*Michael Broadbent on the 1959 Bordeaux vintage:*
*"A great vintage. Hugely popular with the British wine
trade, proclaimed by the pundits as 'the vintage of the
century' and tres grands vin by the Bordelais, the opti-
mists were not far out despite some talk of lack of acid-
ity. Apropos, the eminent Professor Peynaud states that
if a wine has an abundance of all the major component
parts, alcohol, extract, fruit and tannin, an equally high
level of acidity is not only not essential, it is not neces-
sary. The 1959 vintage was blessed with a very favour-
able growing season, in particular a fine, warm summer,
with rain mid-September to swell the grapes; the harvest
followed a week or so later... ★★★★★."*

**Chateau Haut Brion 1959**
*Graves, Premier Cru Classe*
*one 3.5cm, one 4.5cm, one 5cm*
***Provenance:*** *Ex-Zachys/Christies - New York, 2/8/97,
Lot 25*
"Most recently, by a short head the best wine at
La Reserve's Haut-Brion/La Mission tasting: a won-
derful gradation of colour; showing age but sweet
and mellow, with a lovely edge-of-honeycomb
scent after an hour in the glass.  A positive, sweet
entry and soft.  All the component parts working
in harmony.  Last tasted June 2000 ★★★★★." MB
1323   3 bottles                       per lot $2200-3500

### Chateau Lafite Rothschild 1959
*Pauillac, Premier Cru Classe*
*upper shoulder*
**Provenance: Ex-Zachys/Christies - New York, 2/8/97, Lot 654**
"One of the best-ever Lafites…The extraordinary ability to exude not only an immediate cedary perfume but, very much a Lafite specialty, the way it opens up further avenues of fragrance and subtle by-paths, lingering in the mouth. Each time you pick up your glass you notice another facet of scent and taste. It also happens to be a good drink, still a perfect beverage…★★★★★." MB 12/00.

1324   2 bottles                      per lot $1600-2600

### Chateau Latour 1959
*Pauillac, Premier Cru Classe*
*two upper shoulder, one mid shoulder*
**Provenance: Ex-Zachys/Christies - New York, 2/8/97, Lot 653**
"Superb…Equal in quality to the perfect 1961. Thick and rich, with berry, cherry and tobacco character, it shows layers of ripe fruit and velvety tannins that go on and on at the finish. Exciting wine…98." WS 8/00.

1325   3 bottles                      per lot $2200-3800

### Chateau Margaux 1959
*Margaux, Premier Cru Classe*
*one very top shoulder, three top shoulder, three bin-soiled labels*
**Provenance: Ex-Zachys/Christies - New York, 2/8/97, Lot 686**
"… a medium depth of colour; a lovely 'warm', rich, well-tempered, complete, harmonious bouquet; sweet, full, rich and rounded… Last tasted… Dec 2001 ★★★★★." MB

1326   4 bottles                      per lot $2000-3200

### Chateau Mouton Rothschild 1959
*Pauillac, Deuxieme Cru Classe*
*one bottom neck, three very top shoulder, one top shoulder*
**Provenance: Ex-Zachys/Christies - New York, 3/22/97, Lot 728 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"**
"I am always blown away by the 1959 Mouton, one of the greatest Moutons made in the last thirty-five years. Every time I have this wine it is undeniable that Mouton made a richer, more persuasive wine in 1959 than in 1961. Astonishingly young and unevolved, with a black/purple color, the wine exhibits a youthful nose of cassis, minerals, and new oak…powerful and super-extracted, with the fruit supported by high levels of tannin and some lusty quantities of alcohol…100." WA 10/94.

1327   5 bottles                      per lot $4200-7500

### Chateau Mouton Rothschild 1959
*Pauillac, Deuxieme Cru Classe*
*three top shoulder, three upper shoulder*
**Provenance: Ex-Zachys/Christies - New York, 3/22/97, Lot 728 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"**

1328   6 bottles                      per lot $5000-9000

### Chateau Petrus 1959
*Pomerol*
*top shoulder, stained and bin-soiled label*
"…predictably sweet and fleshy… a big, rich wine, fully mature…★★★★★." MB 11/94.
**Provenance: Ex-Sotheby's - London, 2/18/98, Lot 1336**

1329   1 bottle                       per lot $1000-1600

### Chateau Mouton Rothschild 1960
*Pauillac, Deuxieme Cru Classe*
*one just below top shoulder, one upper shoulder, two upper-mid shoulder, one label wrinkled*
**Provenance: Ex-Zachys/Christies - New York, 2/8/97, Lot 689**

1330   4 bottles                      per lot $800-1400

**Chateau Cheval Blanc 1961**
*St Emilion, Premier Grand Cru Classe (a)*
*one just below top shoulder, four upper shoulder, one*
*upper-mid shoulder*
**Provenance:** *Ex-Sotheby's - New York, 9/26/97, Lot*
*1091*
"...brilliantly good at Wolf's extensive vertical in
1997, its many layered, almost exotic bouquet
growing even richer in the glass. Good length,
a slightly nutty, walnut flavour and aftertaste...
★★★★★." MB 3/02.

1331    6 bottles                            per lot $2400-4000

**Chateau Haut Brion 1961**
*Graves, Premier Cru Classe*
*5cm, water stained label, signs of old seepage*
**Provenance:** *Ex-Sotheby's - New York, 9/26/97, Lot*
*1099*
"The 1961 Haut-Brion was pure perfection, with
gloriously intense aromas of tobacco, cedar, miner-
als, and sweet red and black fruits complemented
by smoky wood. This has always been a prodi-
gious effort (it was the debut vintage for Jean
Delmas)...100." WA 2/96.

1332    1 bottle                             per lot $750-1100

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*two top shoulder, three upper shoulder, two mid shoul-*
*der, five signs of old seepage*
**Provenance:** *Ex-Zachys/Christies - New York, 4/26/97,*
*Lot 1318*
"...liquid perfection, exhibiting fragrant, cedary,
truffle, leather, mineral, and sweet, jammy aro-
matics, full-bodied, voluptuous textures, exquisite
purity and concentration, and a layered, highly-
nuanced finish that represents the essence of
compellingly great wine...An extraordinary wine,
it is unquestionably one of the Bordeaux legends
of the century!...100." WA 06/00.

1333    7 bottles                           per lot $7000-12,000

**Chateau Margaux 1961**
*Margaux, Premier Cru Classe*
*one bottom neck, one very top shoulder, one top shoul-*
*der, two upper shoulder*
**Provenance:** *Ex-Zachys/Christies - New York, 3/22/97,*
*Lot 797 from "Magnificent Wine From the Collection of*
*Tawfiq N. Khoury"*
"Another splendid '61...Most recently...the bou-
quet leapt out of the glass, sweet, brambly fruit,
singed, fragrant; amazingly sweet, showing a little
age but beautiful. It demonstrates that superb
wines were made at Margaux long before the
Mentzelopoulos purchase in 1977...★★★★★." MB
6/01.

1334    5 bottles                           per lot $2600-4000

**Chateau Mouton Rothschild 1961**
*Pauillac, Deuxieme Cru Classe*
*two top shoulder, one upper shoulder, one upper-mid*
*shoulder, three bin-soiled labels*
**Provenance:** *Ex-Zachys/Christies - New York, 2/8/97,*
*Lot 734*
"Huge, cedary, cassis, lead pencil, menthol-like
aromas soared from the glass. The black/purple
color revealed no signs of lightening or amber at
the edge. Full-bodied, rich, and super-intense...98."
WA 10/94.

1335    4 bottles                           per lot $3000-4800

**Chateau Petrus 1961**
*Pomerol*
*just below top shoulder, excellent appearance*
**Provenance:** *Ex-Sotheby's - New York, 9/26/97, Lot*
*1931*
"An estate only needs to produce a handful of
wines such as the 1961 Petrus to garner an inter-
national following. Not surprisingly, the 1961
Petrus was pure perfection. This fully mature wine
possesses a port-like richness (reminiscent of the
1947 Petrus and 1947 Cheval Blanc). The color
revealed considerable amber and garnet, but the
wine is crammed with viscous, thick, over-ripe
black-cherry, mocha-tinged fruit flavors. Extremely
full-bodied, with huge amounts of glycerin and
alcohol, this unctuously-textured, thick wine
makes for an awesome mouthful. Imagine a Reese's
Peanut Butter Cup laced with layers of coffee and
cherry, and encased in a shell of Valrhona choco-
late!...100." WA 2/96.

1336    1 bottle                            per lot $3000-4500

Lots 1289, 1336




### CHATEAU LATOUR 1962
*Pauillac, Premier Cru Classe*
*bottom neck*
**Provenance:** *Ex-Sotheby's - London, 12/9/97, Lot 663*
"A dense opaque garnet color reveals amber at the edge, as well as an incredible perfume of cedar wood, balsam, coffee, black fruits, leather, and cigar smoke. The wine is supple and full-bodied, with sweet tannin, glorious levels of fruit and extract, abundant glycerin, and a seductive, truffle-flavored finish. While it has been drinkable for two decades, it is capable of lasting another 20 years. It is a perfectly balanced, exciting Latour that remains undervalued as well as underrated… 95." WA 6/00.

1337    1 magnum (1.5L)                    per lot $600-1000

### CHATEAU MOUTON ROTHSCHILD 1962
*Pauillac, Deuxieme Cru Classe*
*top shoulder*
"…The 1962 is extremely fragrant, with a dark garnet color revealing lightening at the edge. A sweet nose of jammy black fruits, cedar, and smoke is followed by a velvety-textured, medium to full-bodied wine with no hard edges. It is a compellingly rich, opulent Mouton that appears to have gained character and complexity with age…" WA 10/97.

1338    2 bottles                         per lot $400-700

### CHATEAU CHEVAL BLANC 1964
*St Emilion, Premier Grand Cru Classe (a)*
*two bottom neck, three top shoulder, one sign of old seepage, one bin-soiled label*
**Provenance:** *Ex-Sotheby's - Los Angeles, 11/8/97, Lot 8*
"… a wonderfully rich, thick, powerful, and concentrated wine that is the most authoritative Cheval Blanc produced since the monumental wines made by this chateau in 1947, 1948, and 1949. Opaque dark ruby, with only some amber, and a powerful, yet restrained bouquet of roasted ripe fruit, cedar, herbs, and gravelly, mineral scents, the wine remains amazingly young and tannic, with layer upon layer of ripe fruit… 95." WA 10/94.

1339    5 bottles                         per lot $2200-3500

### CHATEAU HAUT BRION
*Graves, Premier Cru Classe*
- **1964**                           magnum (1)
  *5cm*
- **1966**                               (2)
  *two 3cm, one slightly torn and one torn label, one vintage illegible with fully stamped cork*

1340    above 2 bottles &
        1 magnum (1.5L)                per lot $450-750

### CHATEAU LATOUR 1964
*Pauillac, Premier Cru Classe*
*very top shoulder, torn and bin-soiled labels*

1341    2 bottles                         per lot $400-700

### CHATEAU PETRUS 1964
*Pomerol*
*one top shoulder, one just below top shoulder, one upper shoulder, two mid shoulder, one sign of old seepage*
**Provenance:** *Ex-Sotheby's - New York, 9/26/97, Lot 1249; Ex-Sotheby's - New York, 9/26/97, Lot 1287*
"… the 1964 Petrus offers a huge, smoky, roasted bouquet of jammy fruit, coffee, and mocha. This huge, massively-endowed wine is packed with alcohol, glycerin, and high tannin. There is stupendous extraction of fruit and amazing length…97." WA 11/95.

1342    5 bottles                        per lot $3800-6000

### CHATEAU CHEVAL BLANC 1966
*St Emilion, Premier Grand Cru Classe (a)*
*five top shoulder, one just below top shoulder*
"I have always preferred the '66 to the great '47 for though the latter is hugely impressive, the '66 is the epitome of elegance… Very sweet, a lovely cedary flavour, good flech and weight. Totally harmonious. This is what claret is all about… ★★★★★." MB 9/97.

1343    6 bottles                         per lot $800-1200

### CHATEAU LATOUR 1966
*Pauillac, Premier Cru Classe*
*five just below top shoulder, four upper shoulder, two upper-mid shoulder, two signs of old seepage*

1344    11 bottles                        per lot $2600-3800

### Chateau Mouton Rothschild 1966
*Pauillac, Deuxieme Cru Classe*
*three top shoulder, four upper shoulder, two upper-mid shoulder, three wine stained labels, five signs of old seepage*
*Provenance: Ex-Zachys/Christies – New York, 3/22/97, Lot 733 from "Magnificent Wine From the Collection of Tawfiq N. Khoury"*
"...I have always liked this wine... the dark garnet color and classic sweet, spicy, tobacco, coffee, and black currant aromas are enticing. The wine still has powerful tannin in the finish... One of the more intellectually-styled Moutons, the 1966 is a classic example of the vintage, as well as of the chateau's Cabernet Sauvignon-dominated style..." WA 10/97.

1345    9 bottles                    per lot $1000-1500

### Chateau Petrus 1966
*Pomerol*
*top shoulder, lightly bin-soiled label*
"Deep, the wine's extract almost visible it is so thick looking.  An equally rich nose, almost malty yet developing a lovely fragrance.  Sweet, full-bodied, yet tannic.  Made as if the grapes had not been pressed but allowed to drip their sugar-laden juice...★★★★★." MB 4/90.

1346    1 bottle                     per lot $450-700

### Chateau Latour
*Pauillac, Premier Cru Classe*
*top shoulder*
- **1967**                                    (2)
  *bin-soiled labels*
- **1972**                                    (4)
  *two torn and bin-soiled labels*
- **1973**                                    (4)
  *glue stained labels*

1347    above 10 bottles            per lot $600-900

### Chateau Latour 1970
*Pauillac, Premier Cru Classe*
*three top shoulder, two upper-mid shoulder*
"One of the top two or three wines of the vintage (Petrus and Trotanoy are noteworthy rivals), this young, magnificent Latour is still 5-10 years away from full maturity. The opaque garnet color is followed by a huge, emerging nose of black fruits, truffles, walnuts, and subtle tobacco/Graves-like scents...This will be the longest-lived and potentially most classic wine of the vintage. Cream always comes to the top...98." WA 6/96.

1348    5 bottles                  per lot $1000-1600

### Chateau Petrus 1970
*Pomerol*
*top shoulder*
"... has blossomed into a true blockbuster. This massive, highly-extracted, full-bodied, jammy, thick, unctuously-textured wine possesses a huge, spice, tobacco, black cherry, mocha-scented nose... owners of this wine have a true nectar in their cellars...98." WA 6/96.

1349    4 bottles                  per lot $2600-4000

### Chateau Mouton Rothschild 1973
*Pauillac, Premier Cru Classe*
*one top shoulder, two just below top shoulder*

1350    3 bottles                   per lot $200-320

### Chateau Latour 1975
*Pauillac, Premier Cru Classe*
*top shoulder or better, glue stained labels*
"Fascinating aromas of plums, minerals and mint, with a hint of peat. Medium- to full-bodied, with firm tannins and a long finish. Plenty of life left in it....I loved it...93." WS 8/00.

1351    7 bottles                   per lot $800-1200

### Chateau Petrus 1975
*Pomerol*
*just below top shoulder, wine stained label*
"The 1975 Petrus reveals a youthful, rustic, brutally powerful style, with an opaque garnet/ruby/purple color, and an emerging nose of over-ripe black-cherries, mocha/chocolate, and truffles. Extremely full-bodied, ferociously tannic, but awesomely concentrated...98." WA 2/96.

1352    1 bottle                    per lot $500-750

**Chateau Latour 1978**
*Pauillac, Premier Cru Classe*
*very top shoulder or better, owc*
"A sleek and racy wine. Ruby-amber color. Aromas of cedar, cigar box, tobacco, mint and mushrooms, with hints of red fruits, follow though to a medium body with fine tannins and a long, silky finish. Excellent now, but a little more bottle age would only improve it." WS 8/00.

1353    12 bottles                    per lot $1200-1800

**Chateau Petrus 1978**
*Pomerol*
*two very top shoulder, four top shoulder*

1354    6 bottles                     per lot $1600-2400

**Chateau Latour**
*Pauillac, Premier Cru Classe*
*bottom neck or better, glue stained labels*
• 1979                                          (4)
• 1981                                          (7)

1355    above 11 bottles              per lot $850-1200

**Chateau Cheval Blanc 1982**
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck or better*
"A gorgeously sweet entry displays flavors of caramel, roasted coffee, jammy red and black fruits, coconut, and smoke. It is fat and full-bodied, with considerable tannin, structure, and muscle in the finish... it is also sexy, juicy, and formidably-structured...100." WA 12/95.

1356    9 bottles                     per lot $4200-6000

**Chateau Haut Brion 1982**
*Graves, Premier Cru Classe*
*2cm or better, one scuffed label*
"Dark ruby red. Tobacco, roasted coffee and light raisin. Full-bodied, with soft and silky tannins and a long finish...95." WS 6/01.

1357    3 bottles                     per lot $700-1000

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*seven bottom neck or better, five top shoulder, four signs of old seepage, owc*
"Powerful for a Lafite, this wine unfolds to reveal extraordinary richness, purity, and overall symmetry in addition to stunning flavor depth and persistence. The finish lasts for nearly a minute. The modern day equivalent of Lafite-Rothschild's immortal 1959...100." WA 6/00.

1358    12 bottles                    per lot $5000-7500

**Chateau Latour 1982**
*Pauillac, Premier Cru Classe*
*eleven bottom neck or better, one top shoulder*
"Sweet, smoky, roasted aromas in the nose combine with jammy levels of black currant, cherry, and prune-like fruit. It possesses extraordinary concentration and unctuosity, with a thick, fat texture oozing notes of cedar wood, tobacco, coffee, and over-ripe fruit...100." WA 6/00.

1359    12 bottles                    per lot $5500-8000

**Chateau Margaux 1982**
*Margaux, Premier Cru Classe*
*top shoulder or better*
"Big and overripe. Dark ruby-colored, with an amber rim. Character of ripe blackberry, with a hint of earth. Full-bodied and very tannic, with a lot of fruit and more ripe fruit on the finish...98." WS 11/98.

1360    10 bottles                    per lot $3200-4200

**Chateau Mouton Rothschild 1982**
*Pauillac, Premier Cru Classe*
*bottom neck or better*
"... it has a level of concentration that represents the essence of the Mouton terroir as well as the high percentage of Cabernet Sauvignon it contains... I have always felt the 1982 was perfect, yet this immortal effort might be capable of lasting for 100 years!...100." WA 12/95.

1361    11 bottles                    per lot $5000-7500

**Chateau Petrus 1982**
*Pomerol*
*two into neck, one top shoulder*
"For long one of the stars of the salesroom, and one can see why…My highest mark, a rare enough 19/20. Just so sweet, rich, fleshy, fruit packed, rounded. Most recently at Kaplan's '82s dinner, with noisettes of Virginia lamb, by now less deep in colour; bouquet fully evolved and justly deserving about every praise one could heap upon it… ★★★★★." MB 4/97.

1362    3 bottles                        per lot $4000-6000


**Chateau Latour 1983**
*Pauillac, Premier Cru Classe*
*top shoulder or better, three bin-soiled labels, six signs of old seepage*
"A solid, firm wine with a tannin structure that is softening. Aromas of chocolate, ripe fruit and meat. Full-bodied, with loads of fruit and tannins and a long, long finish. Thick and chewy. Gorgeous…94." WS 8/oo.

1363    11 bottles                       per lot $900-1300


**Chateau Petrus**
*Pomerol*
*bottom neck, torn and bin-soiled labels*
• **1983**                                      (1)
• **1985**                                      (1)
1364    above 2 bottles                  per lot $650-1000


**Chateau Petrus 1985**
*Pomerol*
*bottom neck or better*
"A massive concentration of rich, intense plum, cherry, spice, smoke and chocolate flavors that are wrapped in thick, rich tannins and cedary oak. It gains intensity and vibrancy on the palate, a powerful wine with a distinct personality… 98." WS 5/88.

1365    12 bottles                       per lot $4800-7000


**Chateau Latour 1986**
*Pauillac, Premier Cru Classe*
*into neck, one torn label*
"Seems to be gaining in strength and depth. Incredibly rich, with meat, plum, cassis and tobacco flavors, harmonious, clean and long. Beginning to be approachable…96." WS 12/97.

1366    6 bottles                        per lot $750-1100


**Chateau Mouton Rothschild 1986**
*Pauillac, Premier Cru Classe*
*three bottom neck, one top shoulder*
"… the most profound wine of a great Northern Medoc vintage… incredible concentration, full body, fabulous length, and it is… well… perfect… 100." WA 8/96.

1367    4 bottles                        per lot $1000-1500


**Chateau Cheval Blanc 1989**
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck or better, owc*
*Parcel: lots 1368-1369*
1368    12 bottles                       per lot $1300-1800
1369    12 bottles                       per lot $1300-1800


**Chateau Haut Brion 1989**
*Pessac Leognan, Premier Cru Classe*
*2cm or better, owc*
"This is unbelievable. Greatest Haut-Brion ever made… full-bodied, with an amazing concentration of fruit and velvety tannins. The finish goes on for minutes… 100." WS 5/99.

1370    12 bottles                       per lot $4800-7000


**Chateau Lafite Rothschild 1989**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
1371    12 bottles                       per lot $1700-2400


**Chateau Latour 1989**
*Pauillac, Premier Cru Classe*
*into neck, bin-soiled labels, one wrinkled label*
"Dark ruby color. Intense aromas of plums, berries and spices with highlights of cinnamon. Full-bodied, massive, adding loads of chewy tannins. Mouthpuckering young thing. Approachable now.-- Latour vertical. Best after 2005…97." WS 8/oo

1372    5 bottles                        per lot $650-950

**CHATEAU MARGAUX 1989**
*Margaux, Premier Cru Classe*
*into neck*
"This is a dormant volcano of a wine waiting to
explode with fruit. Bubbling over with flowers,
blackberries, cherries and chocolate. Full-bodied,
very chewy adding masses of tannin...99." WS 5/99.

1373    12 bottles                    per lot $1700-2400

**CHATEAU MOUTON ROTHSCHILD 1989**
*Pauillac, Premier Cru Classe*
*bottom neck or better*
"One of the stars in every vintage. The exciting
1989 Mouton defines class and concentration,
with thick, chewy cassis, mint and berry flavors,
full, silky tannins and great harmony. Best after
2000...99." WS 5/92.

1374    12 bottles                    per lot $1700-2400

**CHATEAU PETRUS 1989**
*Pomerol*
*into neck*
"...a return to the great Petrus of the pre-1976 era.
The tannin is well-integrated, but the enormous
texture, thickness and impeccable balance are what
make these wines so provocative...100." WA 2/97.

1375    9 bottles                    per lot $8000-12,000

**CHATEAU CHEVAL BLANC 1990**
*St Emilion, Premier Grand Cru Classe (a)*
*into neck*
"I am increasingly convinced that this is the most
profound Cheval Blanc since the legendary 1982.
Because of its fleshy, low-acid character, the wine
can be drunk, but it is still youthful...98" WA 2/97.

1376    1 magnum (1.5L)              per lot $850-1200

**CHATEAU LAFITE ROTHSCHILD 1990**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
"Dark ruby color. Wonderful aromas of plums, ber-
ries, mint and dark chocolate. Full-bodied, chunky
and rich. Closed yet compacted. Harmonious...96."
WS 6/01.

1377    12 bottles                    per lot $1800-2400

**CHATEAU LATOUR 1990**
*Pauillac, Premier Cru Classe*
*into neck, owc*
"Just as it should be. A perfect wine; full-bodied,
with tons of ripe fruit flavors and round tannins.
Truly impressive—like one of the old greats of
Bordeaux...100." WS 9/96.

1378    12 bottles                    per lot $4500-6500

**CHATEAU MARGAUX 1990**
*Margaux, Premier Cru Classe*
*bottom neck or better*
"The 1990 Margaux continues to be the quintes-
sential example of this chateau...there is not a
hard edge to this classic wine, which is super-
concentrated, soft, silky-textured, and opulent. It
displays an opaque ruby/purple color, a compelling
bouquet, and exquisite layers of flavors...100." WA
11/96.

1379    11 bottles                    per lot $4500-6000

**CHATEAU MARGAUX 1990**
*Margaux, Premier Cru Classe*
*bottom neck or better, owc*

1380    12 bottles                    per lot $4800-6500

**CHATEAU MOUTON ROTHSCHILD 1990**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*
"Black red. Coffee, cigar box and chocolate aromas.
Full-bodied, yet harmonious, with a lovely, silky
texture. A caressing and rich wine. Gorgeous...97."
WS 6/01.

1381    12 bottles                    per lot $1700-2400

**CHATEAU PETRUS 1990**
*Pomerol*
*bottom neck, glue stained label, signs of old seepage*
"The phenomenally rich, well-endowed 1990
Petrus has been magical from the first time I tast-
ed it in cask...the 1990 is an extraordinarily rich,
seamless wine with layers of flavor, and a finish
that lasts for nearly 45 seconds...100." WA 11/97.

1382    1 magnum (1.5L)              per lot $2000-3000

**Chateau Cheval Blanc 1995**
*St Emilion, Premier Grand Cru Classe (a)*
owc
"A beautiful Cheval-Blanc. Compacted and extremely fruity with gorgeous ripe fruit character. Highly perfumed with berry and floral aromas. Full-bodied, with velvety tannins and a lovely, fruity aftertaste....94." WS 1/98.

1383    12 bottles                    per lot $1300-1800

**Chateau Lafite Rothschild 1995**
*Pauillac, Premier Cru Classe*
owc
"Here's the best Lafite in ages. It's a polished Bordeaux, extremely sophisticated and harmonious, with blackberry, dark chocolate and olive aromas. Full-bodied and very silky, with a lovely fruity chocolate aftertaste...97." WS 6/98.

1384    12 bottles                    per lot $1700-2400

**Chateau Latour 1995**
*Pauillac, Premier Cru Classe*
owc
" Wow! What a fabulous, profound wine this has turned out to be. It is unquestionably one of the great wines of the vintage...It is a fabulous Latour that should age effortlessly for 40-50 years...96." WA 2/98.

1385    12 bottles                    per lot $1800-2400

**Chateau Margaux 1995**
*Margaux, Premier Cru Classe*
"Wine of the vintage and the greatest Chateau Margaux ever produced. A stunning red. The essence of raspberry, violet and berry, with hints of vanilla and toasted oak. Full-bodied and thick, yet racy, with masses of tannins and a harmonious structure. Long, long finish...100." WS 1/98.

1386    22 half-bottles (375ml)       per lot $1800-2800

**Chateau Mouton Rothschild 1995**
*Pauillac, Premier Cru Classe*
owc
"In the mouth, the wine is 'great stuff,' with superb density, a full-bodied personality, rich mid-palate, and a layered, profound finish that lasts for 40+ seconds. There is outstanding purity and high tannin...95." WA 2/98.

1387    12 bottles                    per lot $1600-2200

**Chateau Petrus 1995**
*Pomerol*
owc
"The 1995 Petrus boasts an opaque purple color followed by a sensational jammy nose of black fruits and spices. This monstrous, over-sized wine is oozing with extract, glycerin, and jammy fruit, yet it is oh, so pure and well-balanced. Its mouth-coating, teeth-staining levels of extract are hauntingly close to the profoundly perfect 1989 and 1990 Petrus. The 1995 is awesome!...97." WA 11/97.

1388    12 bottles                    per lot $6000-9000

**Mixed Bordeaux**
*top shoulder*
• **Chateau Talbot 1947**                        (1)
  *St Julien, Quatrieme Cru Classe*
• **Chateau La Mission Haut Brion 1957**    (1)
  *Pessac Leognan, Cru Classe*

1389    above 2 bottles               per lot $240-400

**Chateau La Mission Haut Brion 1982**
*Graves, Cru Classe*
*very top shoulder*
"An extraordinary effort that gets better with each tasting, this dark, murky, garnet/purple-colored 1982 exhibits a fabulously complex nose of hot bricks, asphalt, black fruits, tar, roast beef, and truffles, colossal concentration, super-ripeness, an unctuous texture, and low acidity...99." WA 6/00.

1390    2 bottles                     per lot $500-750

**Chateau Lynch Bages 1989**
*Pauillac, Cinquieme Cru Classe*
*bottom neck or better*
"Dark-ruby in color, offering plenty of blackberry, mint and spice aromas and flavors. Full-bodied, with masses of velvety tannins and a superlong, fruity finish. Yet it's only giving half of what it's got; give it time. Perhaps the greatest Lynch-Bages ever produced...98." WS 5/99.

1391    11 bottles                    per lot $1200-1700

**Chateau Pichon-Longueville Baron**
*Pauillac, Deuxieme Cru Classe*
*bottom neck or better*
• **1989**                                        (5)
• **1989**                            magnum (1)

1392    above 5 bottles &
        1 magnum (1.5L)               per lot $650-950

## RED BURGUNDY

### RICHEBOURG
### DOMAINE DE LA ROMANEE CONTI 1900
*Cote de Nuits*
*1cm, reconditioned at the domaine in April 1987*
**Provenance:** *Ex-Sotheby's - London, 3/31/98, Lot 257*
1393  1 bottle                          per lot $2000-3500

*Michael Broadbent on the 1911 Burgundy vintage:*
*"A great classic Burgundy vintage. Weather conditions similar to 1906... ★★★★★."*

### SANTENAY DR. BAROLET 1911
*Cote de Beaune*
*one 1cm, one 3cm, two 4cm*
**Provenance:** *Ex-Zachys/Christies - New York, 12/1/00, Lot 846 from "The Magnificent Private Cellar of Lenoir M. Josey"*
1394  4 bottles                         per lot $700-1200

*Michael Broadbent on the 1919 Burgundy vintage:*
*"Great vintage. Below average production of magnificently ripe wines... ★★★★★."*

### CHAMBOLLE MUSIGNY DR. BAROLET 1919
*Cote de Nuits*
*two 4cm, one 5cm*
**Provenance:** *Ex-Zachys/Christies - New York, 12/1/00, Lot 847 from "The Magnificent Private Cellar of Lenoir M. Josey"*
*"One of the most beautiful and dependable of all Barolet burgundies. Several pre- and post-sale notes dating from 1969-1970. Most recently: medium-pale, healthy glow; sound nose and flavour, holding well. In fact remarkably good. Lost noted at the Josey pre-sale tasting in New York, Nov 2000 ★★★★." MB*
1395  3 bottles                         per lot $1500-2400

### POMMARD RUGIENS 1928
*Cote de Beaune*
*two 4cm, two 5cm, shipped by W. Bolter & Co. from Bordeaux*
**Provenance:** *Ex-Zachys/Christies - New York, 12/1/00, Lot 862 from "The Magnificent Private Cellar of Lenoir M. Josey"*
1396  4 bottles                         per lot $400-600

### VOSNE ROMANEE MALCONSORTS
### DR. BAROLET 1935
*Cote de Nuits, Premier Cru*
*two 3cm, three 4cm, one 5cm, one 6cm*
**Provenance:** *Ex-Zachys/Christies - New York, 12/1/00, Lot 881 from "The Magnificent Private Cellar of Lenoir M. Josey"*
1397  7 bottles                         per lot $1100-1700

### ROMANEE CONTI
### DOMAINE DE LA ROMANEE CONTI 1937
*Cote de Nuits, Grand Cru*
*4cm, remains of original label, "Douglas Dillon Cellar" handwitten on label, reproduction label on reverse side of bottle, re-waxed capsule*
**Provenance:** *Ex-Zachys/Christies - New York, 12/1/00, Lot 884 from "The Magnificent Private Cellar of Lenoir M. Josey"*
A now rare and famous wine from a great vintage. This bottle was purchased by the distinguished American collector Lenoir Josey at the Clarence Dillon Cellar sale at Christie's London in December, 1979.
1398  1 bottle                          per lot $3000-5000

### ASSORTMENT CASE
### DOMAINE DE LA ROMANEE CONTI 1985
*Cote de Nuits, Grand Cru*
*one Romanee Conti at 1.5cm, three La Tache with one at 0.5cm, one at 1.5cm and one at 2.5cm with three signs of seepage, one Richebourg at 1.5cm, two Romanee St Vivant with one at 0.5cm and one at 1.0cm with one sign of seepage, two Grands Echezeaux with one at 2cm and one at 3cm with one sign of seepage, three Echezeaux with two at 0.5cm and one at 1.5cm with two signs of seepage, owc banded prior to inspection*
1399  12 bottles                        per lot $10,000-15,000

**ASSORTMENT CASE**
**DOMAINE DE LA ROMANEE CONTI 1990**
*Cote de Nuits, Grand Cru*
*one Romanee Conti at 1cm, three La Tache at 1cm with*
*two signs of seepage, two Richebourg with one at*
*1cm and one at 2cm with two signs of seepage, three*
*Romanee St Vivant with two at 1.5cm and one at 2.0cm*
*with two signs of seepage, one Grands Echezeaux at*
*3cm with signs of seepage, two Echezeaux at 1cm with*
*signs of seepage, owc*
**Provenance:** *Ex-Zachys/Christies - New York, 12/1/00,*
*Lot 1169 from "The Magnificent Private Cellar of Lenoir*
*M. Josey"*

1400   12 bottles                       per lot $10,000-15,000

**LA TACHE**
**DOMAINE DE LA ROMANEE CONTI 1990**
*Cote de Nuits, Grand Cru*
*2cm*
"I cannot think of a more profound, young red
Burgundy tasted than DRC's 1990 La Tache...
incredibly endowed, with an extraordinary per-
fume of Asian spices as well as jammy black rasp-
berries, cherries, and blackberries infused with
smoke, toast, and dried herbs. Full-bodied, but
ethereal, with layers of flavor, as well as mind-bog-
gling delicacy and complexity...100." WA 2/02.

1401   1 bottle                         per lot $900-1400

**RHONE**

**COTE ROTIE**
*Rhone*
• **COTE BLONDE RENE ROSTAING 1988**        (3)
• **COTE BRUNE CUVEE RESERVE GENTAZ**
  **DERVIEUX 1988**                         (2)
• **BRUNE ET BLONDE GUIGAL 1989**           (1)
• **LA VIAILLERE DERVIEUX THAIZE 1989**     (7)

1402   above 13 bottles                  per lot $400-700

**HERMITAGE LA CHAPELLE JABOULET 1990**
*Rhone*
*2cm or better*
"There is extraordinary freshness for such a mam-
moth wine in addition to abundant tannin, an
amazing 60-second finish, and a level of glycerin
and thick, fleshy texture that have to be tasted to
be believed...100." WA 6/00.

1403   10 bottles                       per lot $2000-3000

**HERMITAGE LA CHAPELLE JABOULET**
*Rhone*
• **1995**                                  (4)
• **1996**                                  (11)

1404   above 15 bottles                 per lot $550-800

**ITALY**

**MIXED ITALIAN WINES**
• **BRUNELLO DI MONTALCINO RISERVA**
  **BIONDI SANTI 1985**                     (1)
  *Tuscany*
• **BRUNELLO DI MONTALCINO RISERVA**
  **IL POGGIONE 1985**                      (3)
  *Tuscany*
• **CHIANTI CLASSICO CAPARSINO 1985**       (1)
  *Tuscany*
• **BARBARESCO SANTO STEFANO DI NEIVE**
  **BRUNO GIACOSA 1986**                    (2)
  *Piedmont*
• **CHIANTI CLASSICO RISERVA**
  **MONSANTO 1988**                         (1)
  *Tuscany*

1405   above 8 bottles                  per lot $480-700

**SOLAIA ANTINORI 1985**
*Tuscany*
*bottom neck*
"This is charged with ripe fruit flavors. Deep col-
ors, powerful aromas and flavors of berries and
mint. Full body, velvety tannins and impressive,
flavorful finish. Better after 1997." WS 11/93.

1406   5 bottles                        per lot $1500-2500

**MIXED ITALIAN WINES**
*Tuscany*
• **SOLAIA ANTINORI 1987**                  (1)
  *one bin-soiled label*
• **ORNELLAIA 1988**                        (4)
  *two bin-soiled label*
• **SASSICAIA TENUTA SAN GUIDO 1991**       (3)

1407   above 8 bottles                  per lot $550-800

**BAROLO FALLETTO DI SERRALUNGA RISERVA**
**BRUNO GIACOSA 1990**
*Piedmont*
*bottom neck or better*

1408   6 bottles                        per lot $750-1100

### Italian Wines 1990
*Tuscany*
*bottom neck or better*
- **Ornellaia** (1)
- **Sassicaia Tenuta San Guido** (2)
- **Tignanello Antinori** (5)

1409  above 8 bottles  per lot $1000-1500

### Sassicaia Tenuta San Guido 1995
*Tuscany*
*owc*
"…The exceptional 1995 has two decades of aging potential ahead of it… appears to be a Sassicaia to rival the estate's other top vintages…" WA 10/98.

1410  6 bottles  per lot $450-700



### Solaia Antinori 1995
*Tuscany*
"Always a voluptuous and rounded red. Gorgeous blackberry, black currant and lead pencil aromas. Full-bodied, with well integrated, soft tannins. Long, fruity aftertaste." WS.

1411  6 bottles  per lot $400-600

### Tignanello Antinori 1995
*Tuscany*
"Deep ruby-red… thick and concentrated, with compelling sweetness buffered by strong extract. Fat and mouthfilling. Finishes with outstanding grip and persistence. A strong vintage for this wine… 93." IWC 1/99.

1412  6 bottles  per lot $280-400

## CALIFORNIA

### Inglenook Cabernet Sauvignon 1941
*Napa Valley*
*into neck, excellent appearance*
**Provenance:** *Ex-Sotheby's – New York, 11/20/99, Lot 2526*
**Parcel:** *lots 1413-1414*
These bottles of 1941 Inglenook Cabernet Sauvignon—the "holy grail" for collectors of classic California wines—come from a lot of nine bottles offered in Zachys-Christie's "California Only" sale in Los Angeles in 1999. Three of these were subsequently offered by Sothebys in November of that same year. They first came to market in a Heublein auction in Chicago in 1979 as a full original case consigned directly from the property. The buyer had the bottles reconditioned at Inglenook in the 1980's, at which time two were consumed to great acclaim by press and tasters who were present. Thereafter to 1999 the bottles lay in a natural cool underground cellar in the Pacific Northwest. The 1941 vintage was arguably the finest vintage in Napa in the first half of the 20th Century, and the 1941 Inglenook is the only wine ever awarded 100 points by Wine Spectator critic James Laube.

1413  1 bottle  per lot $3000-5000
1414  1 bottle  per lot $3000-5000

### Cabernet Sauvignon
- **Ridge Vineyards Monte Bello 1984** (1)
  *Santa Cruz Mountains*
  *into neck*
- **Beaulieu Vineyards**
  **Private Reserve 1978** magnums (4)
  *Napa Valley*
  *top shoulder or better, one signs of old seepage*

1415  above 1 bottle &
4 magnums (1.5L)  per lot $420-650

### Robert Mondavi Winery
### Cabernet Sauvignon 1978
*Napa Valley*
*top shoulder or better*
*Parcel: lots 1416-1417*

1416  6 magnums (1.5L)  per lot $400-600
1417  6 magnums (1.5L)  per lot $400-600

**GROTH RESERVE CABERNET SAUVIGNON 1985**
*Napa Valley*
*bottom neck, water stained label*
1418  1 bottle                    per lot $280-400

**JOSEPH PHELPS VINEYARDS INSIGNIA 1986**
*Napa Valley*
*bottom neck or better*
1419  11 bottles                   per lot $650-1000

**CAYMUS VINEYARDS
CABERNET SAUVIGNON 1990**
*Napa Valley*
1420  12 bottles                   per lot $450-700

**BRYANT FAMILY VINEYARDS
CABERNET SAUVIGNON 1992**
*Napa Valley*
1421  1 bottle                    per lot $200-300

## MADEIRA

**MADEIRA VERDELHO 1789**
*Madeira*
*bottom neck*
*Provenance: Ex-Sotheby's - London, 3/31/98, Lot 943*
1422  1 bottle                    per lot $900-1500

**MADEIRA TERRANTEZ 1795 BARBEITO**
*Madeira*
*into neck*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,
Lot 1293*
"Most recently: palish amber; sweet, lovely, ethereal, crystallized violets bouquet; medium-sweet, concentrated yet not heavy, penetrating flavour, rapier-like acidity. Superb… Last noted… March 1998 ★★★★★." MB
1423  1 bottle                    per lot $1000-1600

**MADEIRA BUAL QUINTA DO SERRADO 1827**
*Madeira*
*into neck, believed to be Quinto do Serrado*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,
Lot 1294*
"A fabulous wine, with all the great, old-vintage attributes, concentration yet finesse, length, fragrance. Most recently, very rich amber; sweet, mouth-tantalising, very high acidity. Superb. Last noted… March 1995 ★★★★★." MB
1424  1 bottle                    per lot $450-700

**MADEIRA CENTENARY SOLERA BUAL COSSART
GORDON 1845**
*Madeira*
*into neck*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,
Lot 1298*
1425  1 bottle                    per lot $300-500

**MADEIRA MALVASIA SOLERA BLANDYS 1863**
*Madeira*
*into neck*
*Provenance: (1) Ex-Zachys/Christies - New York,
2/8/97, Lot 1299 & 1306*
"I have 16 notes, all consistent. Most recently: impressively deep; beautiful bouquet, very sweet, soft, rich. Perfection. Last noted… March 1995 ★★★★★." MB
1426  2 bottles                   per lot $500-800

**MADEIRA MALVASIA SOLERA BLANDYS 1863**
*Madeira*
*into neck*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,
Lot 1306*
1427  2 bottles                   per lot $500-800

**MADEIRA GRAND CAMA DE LOBOS SOLERA
BLANDYS 1864**
*Madeira*
*very top shoulder*
*Provenance: Ex-Zachys/Christies - New York, 2/8/97,
Lot 1300*
1428  2 bottles                   per lot $500-800

**MADEIRA BOAL BARBEITO 1899**
*Madeira*
*into neck*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 516*
1429   1 bottle                                    per lot $300-500

**MADEIRA BUAL MANUEL DE SOUSA 1900**
*Madeira*
*into neck, bottled in 1978*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 516*
1430   1 bottle                                    per lot $200-350

**PORT**

**COCKBURN 1851**
*Douro*
*into neck, Christies Wine Department bin labels*
1431   3 bottles                                   per lot $900-1500

**FERREIRA 1934**
*Douro*
*into neck*
*Provenance: Ex-Zachys/Christies - New York, 9/20/97,*
*Lot 2046 from "A Special Offering of Ports From the*
*Library of Ferreira, 1810-1994"*
1432   6 bottles                                   per lot $1200-2000

**FERREIRA 1945**
*Douro*
*into neck*
*Provenance: Ex-Zachys/Christies - New York, 9/20/97,*
*Lot 2047 from "A Special Offering of Ports From the*
*Library of Ferreira, 1810-1994"*
1433   3 bottles                                   per lot $800-1200

**TAYLOR FLADGATE 1963**
*Douro*
*bottom neck or better, labels missing, one signs of old*
*seepage, shipped by Berry Bros.*
"A big wine with superb balance, a shining exam-
ple of this exuberantly fruity vintage. Deep ruby,
with violets and coffee on the nose, full-bodied,
with dried cherry flavors and plenty of tannin, bal-
anced and long on the finish… 97." WS.
1434   6 bottles                                   per lot $1000-1500

**QUINTA DO NOVAL 1963**
*Douro*
*bottom neck or better, one torn label and two scuffed*
*labels, one typed label with capsule stamp, four signs*
*of old seepage*
1435   8 bottles                                   per lot $550-800

**TAYLOR FLADGATE**
*Douro*
*bottom neck or better*
• **1963**                                              (1)
• **1970**                                              (4)
1436   above 5 bottles                             per lot $500-750

**MIXED PORT**
*Douro*
• **FONSECA 1970**                                      (4)
   *bottom neck or better, one sign of old seepage*
• **QUINTA DO NOVAL 1975**                              (6)
   *bottom neck or better, one scuffed and one torn label,*
   *two signs of old seepage*
1437   above 10 bottles                            per lot $450-700

**FONSECA 1977**
*Douro*
*bottom neck or better, owc*
"Until recently this wine was understated and
closed. Now it has opened into a mammoth wine
with so much fruit that it crushes your palate.
Deep ruby, with ripe raspberry and cherry aromas,
full-bodied, with layers of concentrated, sweet
raspberry flavors, tons of tannin and an incredibly
long finish. Perhaps as great as the '48…100." WS
web only (1989).
1438   12 bottles                                  per lot $1200-1800

**TAYLOR FLADGATE 1977**
*Douro*
*bottom neck or better, two stained labels, seven signs*
*of old seepage*
"There is an explosion of fruit and tannins in the
mouth but at the same time this wine is in total
harmony. Deep dark ruby, with blackberries and
violets on the nose, full-bodied, with masses of
blackberry flavors, full, hard tannins and a very
long finish…98." WS web only.
1439   10 bottles                                  per lot $750-1200

**Taylor Fladgate 1977**
*Douro*
*bottom neck or better, signs of old seepage*
1440  12 bottles                    per lot $900-1400



**Fonseca 1983**
*Douro*
*bottom neck or better, owc*
1441  12 bottles                    per lot $350-550

**Fonseca 1985**
*Douro*
*bottom neck or better, two torn labels, signs of old seepage, owc*
"A take-no-prisoners Port, extremely powerful and still closed when last tasted. Deep inky color, with concentrated blackberry and raisin aromas, full-bodied, with massive raisin flavors, a superb backbone and a very long finish..95." WS
1442  12 bottles                    per lot $550-800

**Fonseca 1994**
*Douro*
"One of the most spectacular 1994s, this opaque purple-colored wine is an exotic, flamboyant, ostentatious port. Extremely fragrant and pungent, with a flashy display of jammy cassis, pepper, licorice, and truffles, this port is an attention-grabber...97" WA 10/96.
1443  5 bottles                     per lot $380-600

**Quinta do Noval Nacional 1994**
*Douro*
1444  1 bottle                      per lot $500-750

**Taylor Fladgate 1994**
*Douro*
"In a word, superb. It's full-bodied, moderately sweet and incredibly tannic, but there's amazing finesse and refinement to the texture, not to mention fabulous, concentrated aromas of raspberries, violets and other flowers. Perhaps the greatest Taylor ever, it's better than either the '92 or the '70, though it's very like the '70 in structure...100." WS 4/97.
1445  5 bottles                     per lot $380-600

## MALAGA

**Malaga Benefique Lerios 1800**
*Spain*
*into neck*
*Provenance: Ex-Christie's - London, 10/7/99, Lot 95*
1446  1 bottle                      per lot $350-600

## AUSTRALIA

**Mount Mary Quintet Cabernet Sauvignon 1994**
*South Australia*
1447  4 bottles                     per lot $300-450

**Henschke Shiraz Hill of Grace 1988**
*South Australia*
*slightly scuffed labels*
1448  8 bottles                     per lot $800-1200

**Henschke Shiraz Hill of Grace 1993**
*South Australia*
*individual oc*
1449  6 bottles                     per lot $600-900

## Penfolds Grange

Penfolds' first vineyard was established in 1844 at Magill, South Australia, by Dr. Christopher Rawson Penfold. For over 100 years, the company, similar to most Australian wineries, produced mostly fortified wines and brandies. In 1950, Max Schubert, chief winemaker, visited Europe, particularly the Bordeaux region. On his return to Australia, he introduced Bordeaux winemaking techniques he had seen in Europe. Schubert's aim was to produce a wine of high quality with a potential for aging, equal to the finest Bordeaux wines.

Schubert's Penfolds Grange (known as Penfolds Grange Hermitage through the 1989 vintage) fulfilled his goal and the wine is widely acknowledged to be Australia's greatest wine, the most decorated in Australian history and the first new world wine to gain international acclaim. Grange won its first Gold Medal in 1955. Since 1962, it has won 126 gold, 76 silver and 42 bronze medals, plus 28 trophies and seven championship awards.

Limited by Australia's lack of Bordeaux grapes and no oak, Schubert decided to base his wine on Shiraz, grown in abundance all over South Australia. The early vintages were all made from Shiraz grapes grown at Magill and Morphett Vale, Adelaide. The wine was aged in new American oak for one year, giving it intense fruit character and great potential for aging. Schubert needed American oak, rather than French, in order to stand up to the rich, pungent fruit. He also wanted greater control over the fermentation process than was typical in Australia. In fact, Grange Hermitage was the first, scientific attempt to make modern, top-quality red wine outside the classic areas of Europe.

The first vintage of Grange was 1951, named after Dr. Penfold's cottage and vineyard in Magill. The 1952 vintage was Schubert's first commercial vintage. The first vintages were rejected for tasting like dry port so that Schubert was ordered by the Penfolds Company to stop production in 1956. However, he continued making wine in secret for the vintages of 1957, 1958 and 1959, using no oak. Then, in 1960, one of the Company's board members tasted the original Granges. At eight or nine years old, with a little maturity, the 1951, 1952 and 1953 were finally opening up, fruit emerging with the tannins softening, enhanced by the sweetness of the oak. The wines were now showing great promise, the quality was finally recognized and Schubert resumed commercial production. At that point, Max Schubert and Grange ushered in the modern age of Australian wine.

Fruit from other areas was introduced in 1961 and later small amounts of Cabernet Sauvignon were added in some vintages (ranging from 8 –15%) and the wood aging period was extended to 18-20 months. The wine is fermented in stainless steel tanks with wooden header boards, completed in oak, and released when five years old. In the early years, Grange had different bin numbers, but it has been Bin 95 since the 1961 vintage.

The wines are beautifully aromatic, deep in color, youthful, redolent of blackberries, plums, leather, cedar, cassis and smoke. The fruit is fresh, ripe, rich and sweet, with oak influence, a firm backbone, great texture, complex flavor and rounded tannins. A lovely, silky texture is a hallmark of the Grange style.

Grange is rare, top quality and long-lived, affording a 30-50 year lifecycle with the best vintages. The older wines don't seem to fade. Penfolds has been produced every year since 1951, with good bottles from the 1950's and 1960's still affording exceptional drinking. The wine needs at least 12-15 years aging.

Some vintages now are really rare. 1951, the first experimental vintage, is worth many thousands. The best vintages are 1952, 1953, 1955, 1963, 1966, 1967, 1971, 1976, 1978, 1980, 1983, 1985, 1986, 1990, and 1991.

At a comprehensive tasting of Penfolds Grange wines held recently in Australia, a panel of five international critics and wine professionals, including James Halliday and Andrea Immer, tasted 30 wines spanning 42 vintages, from 1953 to 1995. Adrian Read and Andrew Caillard, MW, recorded the panel's findings in the book, The Rewards of Patience, published in May 2000.

The group found the 1953 to still be drinking beautifully, with amazing red color, sweet chocolate/berry fruit, a soft, silky texture, and a sound structure. The lively, powerful, still youthful 1955 showed great layered, extracted fruit, complex character and a silky texture. The exceptionally proportioned 1963 is a classic Grange, with rich, full fruit, a silky seductiveness, grand complexity, finishing long, at a peak but should hold for a few more years.

The 1966 is an opulent, graceful wine with good fruit, soft tannins and excellent length. The 1970 is muscular, with grip and chewiness. The fabulous 1971 is big, powerful, complex and youthful, with a sweet, silky palate, sweet tannins and a really long finish. The 1972 is vibrant, beautifully aromatic, concentrated and textured, with a palate of fruit, spice, chocolate and cedar. The 1973 offers complex chocolate and berry aromas and flavors, with great concentration, needing more time to resolve the tannins. The 1975 is rich, fruity, muscular and intense, again needing time to soften the tannins. The 1976 shows rich fruit and power, with great complexity, balance and velvet tannins, auguring well for its longevity. The 1978 is packed with complex, sweet, concentrated and beautifully textured fruit, nowhere near its peak. The 1980 is big, rich, ripe and fruity, with substantial tannins, dense, sweet fruit, and should be a classic Grange. The wonderful 1983 reveals rich, brambly, concentrated fruit and plush tannins, with underlying sweet oak. The 1985 is voluptuous, with opulent fruit, a tightly structured palate and firm tannins. The 1986 has a long way to go, but is already intense, and beautifully balanced, with great concentration, fine tannins and a long finish.

Clearly, Penfolds Grange is Australia's finest wine, with an unrivalled track record for excellence spanning the last fifty vintages.

*Christine Graham, Zachys LA Consultant*
*& The Underground Wine Journal*



Lot 1450

# The Most Extensive Penfolds Grange Vertical Ever Offered In America

## Vintages 1951 - 1991



**Vintages 1951-1960**



**Vintages 1961-1970**



**Vintages 1971-1980**



**Vintages 1981-1991**

## Penfolds Grange Hermitage
*South Australia*
*bottom neck or better except where noted*

- **1951** (1)
  *just below top shoulder, small tear to label, excellent appearance*
  **Provenance:** *Ex-Sotheby's - New York, 11/20/99, Lot 252*
- **1952** (1)
  *just below top shoulder, signed by Max Schubert*
  **Provenance:** *Ex-Langton's, 5/6/99, Lot 354*
- **1953** (1)
  *top shoulder*
  **Provenance:** *Ex-Langton's, 5/6/99, Lot 354A*
- **1954** (1)
  *reconditioned by Penfolds in 1991*
  **Provenance:** *Ex-Langton's, 5/6/99, Lot 355*
- **1955** (1)
  *upper shoulder, signed by Max Schubert*
  **Provenance:** *Ex-Langton's, 2/11/99, Lot 615*
- **1956** (1)
  *upper-mid shoulder*
  **Provenance:** *Ex-Langton's, 5/6/99, Lot 358*
- **1957** (1)
  *just below top shoulder*
  **Provenance:** *Ex-NYWines/Christies, 10/24/03, Lot 9*
- **1958** (1)
  *reconditioned by Penfolds in 1994*
  **Provenance:** *Ex-Langton's, 5/6/99, Lot 359*
- **1959** (1)
  *just below top shoulder, torn capsule*
  **Provenance:** *Ex-Langton's, 5/11/98, Lot 886*
- **1960** (1)
  *just below top shoulder*
  **Provenance:** *Ex-Langton's, 5/11/98, Lot 887*
- **1961** (1)
  *upper shoulder, signs of old seepage*
- **1962** (1)
  *bin-soiled label*
- **1963** (1)
  *top shoulder*
- **1964** (1)
  *upper shoulder, scuffed and yellowed label*
- **1965** (1)
  *just below top shoulder*

- **1966** (1)
  *top shoulder, damp stained and torn label*
- **1967** (1)
  *reconditioned by Penfolds in 1991, stained label*
- **1968** (1)
  *very top shoulder*
- **1969** (1)
  *just below top shoulder*
- **1970** (1)
  *just below top shoulder*
- **1971** (1)
  *reconditioned by Penfolds 1996*
- **1972** (1)
  *top shoulder, torn label*
- **1973** (1)
  *upper shoulder*
- **1974** (1)
  *just below top shoulder*
- **1975** (1)
- **1976** (1)
  *very top shoulder*
- **1977** (1)
  *upper shoulder*
- **1978** (1)
  *just below top shoulder*
- **1979** (1)
  *very top shoulder*
- **1980** (1)
- **1981** (1)
  *very top shoulder*
- **1982** (1)
  *very top shoulder*
- **1983** (1)
- **1984** (1)
- **1985** (1)
- **1986** (1)
- **1987** (1)
- **1988** (1)
- **1989** (1)
- **Penfolds Grange 1990** (1)
- **Penfolds Grange 1991** (1)

1450   above 41 bottles        per lot $60,000-120,000

**Lots 1450**



### Penfolds Grange Hermitage 1955
*South Australia*
*one very top shoulder, one top shoulder*
***Provenance:*** *(1) Ex-Langton's, 2/11/99, Lots 616 & 617*
"Most recently, the best of the pre-1960 reds at the Yalumba Museum tasting in London: warm amber colour; caramelly nose; still very sweet, soft textured. Last noted May 1999 ★★★★★." MB

1451    2 bottles                    per lot $2400-4000


### Penfolds Grange Hermitage 1955
*South Australia*
*upper-mid shoulder*
***Provenance:*** *(1) Ex-Langton's, 2/11/1999, Lot 618; (1) Ex-Langton's, 5/6/1999, Lot 357*

1452    2 bottles                    per lot $2400-4000


### Penfolds Grange Hermitage
*South Australia*
• **1961**                                         (1)
    *into neck, torn and bin-soiled label, reconditioned by penfolds in 1996*
• **1965**                                         (1)
    *top shoulder*

1453    above 2 bottles              per lot $650-1100


### Penfolds Grange Hermitage 1962
*South Australia*
*two bottom neck, three very top shoulder, one damp stained label, one slightly nicked label*

1454    5 bottles                    per lot $2000-3500


### Penfolds Grange Hermitage 1963
*South Australia*
*very top shoulder or better*

1455    5 bottles                    per lot $1500-2500


### Penfolds Grange Hermitage 1963
*South Australia*
*top shoulder or better, one slightly torn and one damp stained label*

1456    6 bottles                    per lot $1800-3000


### Penfolds Grange Hermitage 1968
*South Australia*
*four very top shoulder or better, two top shoulder, one upper shoulder, one upper-mid shoulder, one damp stained label*

1457    8 bottles                    per lot $1600-2800


### Penfolds Grange Hermitage 1969
*South Australia*
*top shoulder or better, one damp stained label*

1458    4 bottles                    per lot $500-800


### Penfolds Grange Hermitage 1970
*South Australia*
*two bottom neck, one very top shoulder, one damp stained label*

1459    3 bottles                    per lot $600-900


### Penfolds Grange Hermitage 1976
*South Australia*
*bottom neck or better, two damp stained labels, reconditioned by Penfolds in 1996*

1460    3 bottles                    per lot $1000-1500

**Penfolds Grange Hermitage**
*South Australia*
• **1980**                                                          (2)
  *two into neck, one loose and torn label*
• **1982**                                                          (2)
  *one into neck, one top shoulder, one water stained label*

1461    above 4 bottles                    per lot $650-950

**Penfolds Grange Hermitage 1985**
*South Australia*
*bottom neck or better*
"Atypical of an 11-year-old wine, this is youthful but graceful. It began lean and elegant, but has developed sweet, deep and heady berry, plum, vanilla and spice flavors that swirl through. Delicious now, but should keep developing until 2010 or 2015, possibly beyond… 94" WS, 1/97.

1462    6 bottles                          per lot $700-1000

**Penfolds Grange Hermitage 1986**
*South Australia*
*bottom neck or better, three slightly soiled labels*
"The 1986 is my candidate for the finest Grange Hermitage yet produced.  The wine has been phenomenal since its release in 1991.  It exhibits an opaque black/purple color, followed by an extraordinary, compelling, sweet bouquet of black-raspberries, cassis, minerals, smoky oak, and vanilla. This multi-dimensional wine's huge extraction of fruit, profound flavor concentration, astonishing balance, and layers of fruit make it the greatest of the modern day Granges.  Although still youthful, the wine's sweetness, ripeness of tannin, and extraordinary balance make it delicious today.  It is capable of lasting another 20-25 years.  This may turn out to be superior to the 1971 and 1976 - imagine that!…99" WA

1463    10 bottles                         per lot $3000-4200

**Penfolds Grange 1990**
*South Australia*
*two 6-pack owc*
"Magnificent, exotic, a veritable cascade of opulent flavors—earthy currant, black cherry and licorice—on a grand frame of incredible length, wrapped in finely grained tannins… 98." WS 1/97.

1464    12 bottles                         per lot $2400-3800

**Penfolds Grange 1996**
*South Australia*
"This dark purple-colored wine exhibits notes of sweet plum, blackberry, and cassis intermixed with some licorice, chocolate, and espresso. It is a blend of 94% Shiraz and 6% Cabernet Sauvignon that tips the scales at 14+% alcohol. The wine is layered, unctuously textured, full-bodied with tremendous intensity, moderately high tannin, and a 40-second finish. The wine needs a good 4-5 years of cellaring. Anticipated maturity: 2006-2025. This Grange should ultimately merit a higher score when it is closer to its plateau of drinkability… 93." WA, 2/02

1465    2 bottles                          per lot $220-350

---

**PROPERTY OF A WYOMING GENTLEMAN AND SOMETIME GOLFER**

Buried in the Grand Tetons was a stunning collection of DRC and Diamond Creek wines. All wines purchased upon release and removed from a 55 degree home cellar.

**BORDEAUX**

**Chateau Petrus 1988**
*Pomerol*
*owc*
"Very fine Petrus. Gorgeous aromas of violet and berry and hints of new oak. Full-bodied, with racy, silky tannins and a long, palate-caressing finish." WS 11/98.

1466    6 magnums (1.5L)                   per lot $3500-5000

**SAUTERNES**

**Chateau d'Yquem 1983**
*Sauternes, Premier Cru Superieur*
*owc*
"Super-intense and full-throttled, elegant and stylish. Dark amber in color and rich in complexity, this '83 coats your mouth with butterscotch, dried apricot, fig and spice flavors. Made to age for decades…98." WS 4/95.

1467    12 bottles                         per lot $2600-3800

## BURGUNDY

**ASSORTMENT CASE**
**DOMAINE DE LA ROMANEE CONTI 1985**
*Cote de Nuits, Grand Cru*
*one Romanee Conti - 3cm, three La Tache with one*
*- 1cm and two - 1.5cm with one sign of seepage,*
*one Richebourg - 1.5cm with signs of seepage, two*
*Romanee St Vivant with one - 2cm and one - 2.5cm*
*with sign of seepage, two Grands Echezeaux with one*
*- 1.5cm and one - 2.5cm, three Echezeaux with one -*
*1cm, one - 2cm and one - 2.5cm with signs of seepage,*
*owc*
1468    12 bottles                    per lot $10,000-15,000

**ASSORTMENT CASE**
**DOMAINE DE LA ROMANEE CONTI 1993**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg,*
*three Romanee St Vivant, one Grands Echezeaux, two*
*Echezeaux, all 2.5cm or better, owc banded prior to*
*inspection*
1469    12 bottles                    per lot $4200-6000

**ASSORTMENT CASE**
**DOMAINE DE LA ROMANEE CONTI 1993**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg,*
*three Romanee St Vivant, one Grands Echezeaux, two*
*Echezeaux, all 2.5cm or better, owc banded prior to*
*inspection*
1470    12 bottles                    per lot $4200-6000

**ASSORTMENT**
**CASE DOMAINE DE LA ROMANEE CONTI 1993**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg,*
*three Romanee St Vivant, one Grands Echezeaux, two*
*Echezeaux, all 2.5cm or better, owc banded prior to*
*inspection*
1471    12 bottles                    per lot $4200-6000

**ASSORTMENT CASE**
**DOMAINE DE LA ROMANEE CONTI 1993**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg,*
*three Romanee St Vivant, one Grands Echezeaux, two*
*Echezeaux, all 2.5cm or better, owc banded prior to*
*inspection*
1472    12 bottles                    per lot $4200-6000

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1990**
*Cote de Nuits, Grand Cru*
1473    4 bottles                    per lot $1100-1600

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1993**
*Cote de Nuits, Grand Cru*
1474    12 bottles                    per lot $1800-2400

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1995**
*Cote de Nuits, Grand Cru*
1475    6 bottles                    per lot $900-1200

**GRANDS ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1990**
*Cote de Nuits, Grand Cru*
"This is a wine that I've had the pleasure of enjoy-
ing many times since its release and one that offers
fantastically rich yet not excessively ripe fruit and
flavors with excellent density, concentration and
superb length. The breadth of flavors and incred-
ible texture here is outstanding and the wine offers
stunning overall quality…93." Burghound, Issue 4.
1476    2 bottles                    per lot $600-850

**GRANDS ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1993**
*Cote de Nuits, Grand Cru*
*owc, banded prior to inspection*
1477    12 bottles                    per lot $3000-4000

**GRANDS ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1995**
*Cote de Nuits, Grand Cru*
*owc, banded prior to inspection*
1478    12 bottles                    per lot $2600-3500

**La Tache**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*2cm or better*
"I cannot think of a more profound, young red
Burgundy tasted than DRC's 1990 La Tache...
incredibly endowed, with an extraordinary per-
fume of Asian spices as well as jammy black rasp-
berries, cherries, and blackberries infused with
smoke, toast, and dried herbs. Full-bodied, but
ethereal, with layers of flavor, as well as mind-bog-
gling delicacy and complexity...100." WA 2/02.
1479   6 bottles                      per lot $6000-9000

**La Tache**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*3cm, one sign of seepage*
1480   2 magnums (1.5L)            per lot $4000-6000

**La Tache**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*4cm, crowned capsule, signs of seepage*
1481   1 jeroboam (3L)            per lot $5000-7000

**La Tache**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*5cm, chipped wax capsule*
1482   1 methuselah (6L)      per lot $12,000-20,000

**La Tache**
**Domaine de la Romanee Conti 1993**
*Cote de Nuits, Grand Cru*
"... evidences a slight floral quality, and a fascinat-
ing mix of earth, leather, tea and spice notes plus
an interesting green bark component. The slightly
austere, tannic, wonderfully rich flavors are dense,
in fact extremely dense with excellent depth and
terrific complexity and a finish that seems to go
on forever...95." Burghound 7/02.
1483   12 bottles                  per lot $4200-6000

**Richebourg**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
"The stunning aromatics offer intense aromas of
spring flowers, black fruits, licorice, and toasty
new oak. Fleshy and medium to full-bodied, with
a velvety-textured palate, and sweet fruit, this
smoky, rich, complex red Burgundy can be drunk
now and over the next decade...96." WA 2/02.
1484   4 bottles                   per lot $2000-2800

**Richebourg**
**Domaine de la Romanee Conti 1993**
*Cote de Nuits, Grand Cru*
*owc, banded prior to inspection*
1485   12 bottles                  per lot $3000-4000

**Richebourg**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
1486   6 bottles                   per lot $1400-1900

**Romanee St Vivant**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
1487   6 bottles                   per lot $2000-3000

**Romanee St Vivant**
**Domaine de la Romanee Conti 1993**
*Cote de Nuits, Grand Cru*
*owc*
1488   12 bottles                  per lot $2400-3500

**Romanee St Vivant**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
*one signs of seepage, owc banded prior to inspection*
"Unctuous. almost delicate, but also full-bodied,
rich and ripe, with attractive rose petal, plum,
black cherry and currant character. a lovely, vel-
vety wine." WS 8/98.
1489   12 bottles                  per lot $2200-3500

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1990**
*Cote de Nuits, Grand Cru*
*0.5cm*
"The 1990 Romanee-Conti should ultimately be
the most compelling and complex of the DRC
wines. Normally it possesses a lighter color than
either La Tache or Richebourg, but in 1990 it
boasts a surprisingly saturated color that is the
equal of La Tache and Richebourg. The nose offers
up sweet, clove, cinnamon, and blackberry aromas
intermingled with toasty, smoky new oak. Lavishly
rich and full-bodied, with abundant tannins...98."
WA 10/92.

1490  2 bottles                        per lot $6000-9000


**CLOS DE VOUGEOT DOMAINE LEROY 1993**
*Cote de Nuits, Grand Cru*
"Stupendous. So balanced it's difficult not to drink
this one now. Lovely spice, mocha and fruit char-
acter. Full-bodied, adding velvety tannins and a
long, savory finish...96." 11/95.

1491  10 bottles                       per lot $2600-4200


**VOSNE ROMANEE LES BEAUX MONTS**
**DOMAINE LEROY 1993**
*Cote de Nuits, Premier Cru*
*six signs of seepage, owc*

1492  12 bottles                       per lot $2200-3200


**MUSIGNY VIEILLES VIGNES**
**COMTE GEORGES DE VOGUE 1990**
*Cote de Nuits, Grand Cru*
"The Bordeaux-like, saturated dense ruby/purple
color is followed by a tight-fisted nose and flavors
of black fruits, underbrush, minerals, smoke, and
new oak... This loaded effort should prove to be
one of the longest-lived red Burgundies made in
the last twenty years...96." WA 2/02.

1493  12 bottles                       per lot $3200-4800


**CALIFORNIA**

**DIAMOND CREEK VINEYARDS**
**CABERNET SAUVIGNON VOLCANIC HILL 1987**
*Napa Valley*
*signs of seepage*

1494  one 6 liter (6L)                 per lot $400-600


**DIAMOND CREEK VINEYARDS**
**CABERNET SAUVIGNON LAKE 1994**
*Napa Valley*
*owc*
"A dramatic, dark and complex California Cabernet,
with a firm tannic backbone offset by lots of rich
mineral, currant, earth, spice and cedar notes.
Shows more tannin than the Gravelly Meadow bot-
tling, and at this price and case production level, it
will be rare...146 cases made...94." WS 3/97

1495  12 bottles                       per lot $1800-2400


**DIAMOND CREEK VINEYARDS**
**CABERNET SAUVIGNON GRAVELLY MEADOW 1994**
*Napa Valley*

1496  12 bottles                       per lot $750-1100


**DIAMOND CREEK VINEYARDS**
**CABERNET SAUVIGNON VOLCANIC HILL 1994**
*Napa Valley*

1497  12 bottles                       per lot $800-1100


**DIAMOND CREEK VINEYARDS**
**CABERNET SAUVIGNON RED ROCK TERRACE 1994**
*Napa Valley*
*owc*

1498  one 12 liter (12L)              per lot $1100-1600


**DIAMOND CREEK VINEYARDS**
**CABERNET SAUVIGNON 1994**
*Napa Valley*
*owc*
• **GRAVELLY MEADOW**        double magnum (1)
• **RED ROCK TERRACE**       double magnum (1)

1499  above 2 double magnums (3L)   per lot $500-750

**Lots 1494, 1495, 1498, 1499**



**ORIGINAL WOODEN CASE OF 1967 D'YQUEM PURCHASED ON RELEASE**

**Removed From A California Gentleman's Ideal Home Storage**

## SAUTERNES

### Chateau d'Yquem 1967
*Sauternes, Premier Cru Superieur*
*bottom neck or better, four signs of seepage, owc*
"From one of the 20th century's celebrated vintages for Yquem, this bottle stands up to all the hype--unforgettable for its purity, elegance, harmony, its "total" everything. Powerful, yet it seems weightless on the palate, almost defying gravity as it tangos around with its vanilla, peach and apricot flavors...100." WS 5/99.

1500    12 bottles             per lot $7000-12,000

**PROPERTY OF AN AVID COLLECTOR**

**Removed From Temperature-controlled Home Storage**

## PORT

### Quinta do Noval Nacional 1997
*Douro*
*owc*
"The 1997 Nacional is a legend from this pre-phylloxera vineyard. The color is a saturated black/purple. The nose reveals floral scents intermixed with coffee, blackberries, tar, cassis, licorice, and chocolate...100." WA 1/00.

1501    12 bottles             per lot $7000-10,000

## CALIFORNIA

### Screaming Eagle Cabernet Sauvignon 1998
*Napa Valley*
"The 1998 Cabernet Sauvignon, which was bottled in late June, has turned out even better that I thought last year. It boasts a saturated ruby/purple color in addition to an expressive bouquet of cassis, minerals, and smoke. This multi-textured, round wine exhibits sweet, well-integrated tannin, a great mid-palate and finish, as well as spectacular purity and palate presence. Consume it now and over the next 15-20 years...94." WA 12/00.

1502    1 bottle              per lot $550-800

### Screaming Eagle Cabernet Sauvignon 1999
*Napa Valley*
"...boasts an opaque purple color along with a gorgeously pure nose of creme de cassis, charcoal, and floral characteristics. The wine is opulent, dense, and rich, with exceptional purity, a viscous texture, and impressive underlying tannin that frames its large but elegant personality. Not surprisingly, this is a candidate for the wine of the vintage...97." WA 8/02.

1503    1 bottle              per lot $750-1000

## AUSTRALIA

### Penfolds Grange 1998
*South Australia*
*owc*
"... a legendary example. A blend of 97% Shiraz and 3% Cabernet Sauvignon, it tips the scales at a whopping 14.5% alcohol... extraordinarily intense nose of creme de cassis intermixed with blueberry and floral notes...It is a seamless effort with sweet tannin, well-integrated acidity, sensational extract, and layer upon layer of blackberry and cassis fruit that stain the palate and fill the mouth. Its harmony, freshness, and remarkable length (the finish lasts nearly a minute) suggest an all-time classic...99." WA 10/02

1504    6 bottles             per lot $1300-1900

**THREE RIVERS SHIRAZ 1996**
*South Australia*
*individual owc*
"This is arguably the greatest Shiraz made in
Australia, but sadly, there is little of it...the
essence of both wine and Shiraz...The finish
lasts for 70+ seconds. The wine should prove to
be immortal, lasting for 30-50 years, but who is
going to wait that long to unleash the magic?
This is compelling stuff! I just wish there were ten
times the quantity produced...100." WA 6/01
1505   2 bottles                    per lot $1600-2200

**WILD DUCK CREEK DUCK MUCK RED 1997**
*South Australia*
"Sadly, only 70 cases of the terrific 1997 Shiraz
Duck Muck (15% alcohol) were produced...It is a
surreal, other-worldly style of Shiraz that needs to
be sipped rather than gulped given its power and
intensity...99." WA 2/00
1506   3 bottles                    per lot $1400-2000

**FRENCH WINE COURTESY OF A SOUTHERN
CALIFORNIA LADY**

**Removed From Ideal Climate-controlled
Storage**

**BORDEAUX**

**CHATEAU LAFITE ROTHSCHILD 1970**
*Pauillac, Premier Cru Classe*
*ten top shoulder, two just below top shoulder*
"Outstanding quality...92." WS 11/91.
1507   12 bottles                   per lot $900-1400

**CHATEAU PETRUS 1975**
*Pomerol*
*upper-mid shoulder, stained label, corroded capsule,*
*signs of old seepage*
"The 1975 Petrus reveals a youthful, rustic, brutally
powerful style, with an opaque garnet/ruby/purple
color, and an emerging nose of over-ripe black-
cherries, mocha/chocolate, and truffles. Extremely
full-bodied, ferociously tannic, but awesomely con-
centrated...98." WA 2/96.
1508   1 bottle                     per lot $500-750



**CHATEAU MOUTON
ROTHSCHILD 1978**
*Pauillac, Premier Cru Classe*
*top shoulder, damp stained
label, signs of old seepage*
"Supple yet strong willed,
this is mature enough
for drinking now, with
chocolate, cherry, violet,
vanilla and raspberry
notes." WS 5/91.
1509   1 double magnum (3L)         per lot $300-400

**CHATEAU LAFITE ROTHSCHILD 1982**
*Pauillac, Premier Cru Classe*
*bottom neck*
"Powerful for a Lafite, this wine unfolds to reveal
extraordinary richness, purity, and overall sym-
metry in addition to stunning flavor depth and
persistence. The finish lasts for nearly a minute.
The modern day equivalent of Lafite-Rothschild's
immortal 1959...100." WA 6/00.
1510   1 bottle                     per lot $400-600

**CHATEAU MOUTON ROTHSCHILD 1985**
*Pauillac, Premier Cru Classe*
*three bottom neck or better, four very top shoulder,*
*four top shoulder, one just below top shoulder, owc*
"Mouton does it again. Terrific winemaking here,
with black currant, tobacco and chocolate aromas
and flavors. It is full-bodied with wonderful silky
texture...96." WS 10/94.
1511   12 bottles                   per lot $1500-2000

**MIXED BORDEAUX**
• **CHATEAU MOUTON ROTHSCHILD 1970**        (4)
  *Pauillac, Deuxieme Cru Classe*
  *just below top shoulder, scuffed labels*
• **CHATEAU MARGAUX 1973**                  (1)
  *Margaux, Premier Cru Classe*
  *upper shoulder, signs of old seepage*
• **CHATEAU MOUTON ROTHSCHILD 1976**        (2)
  *Pauillac, Premier Cru Classe*
  *one top shoulder, one upper shoulder, scuffed labels*
1512   above 7 bottles              per lot $550-800



**MIXED BORDEAUX**
- **CHATEAU TROPLONG MONDOT 1961** (4)
  *St Emilion, Grand Cru Classe*
  *three top shoulder, one just below top shoulder,*
  *slightly depressed corks*
- **CHATEAU DUCRU BEAUCAILLOU 1966** (1)
  *St Julien, Deuxieme Cru Classe*
  *just below top shoulder, signs of seepage*
- **CHATEAU LA MISSION HAUT BRION 1966** (3)
  *Graves, Cru Classe*
  *top shoulder*
- **CHATEAU LASCOMBES 1966** (3)
  *Margaux, Deuxieme Cru Classe*
  *very top shoulder, signs of seepage*
1513  above 11 bottles        per lot $800-1200


**BORDEAUX 1970**
- **CHATEAU LEOVILLE LAS CASES** (3)
  *St Julien, Deuxieme Cru Classe*
  *upper shoulder, lightly bin-soiled labels, two signs of*
  *seepage*
- **CHATEAU LYNCH BAGES** (2)
  *Pauillac, Cinquieme Cru Classe*
  *just below top shoulder, upper-mid shoulder, signs of*
  *seepage*
- **CHATEAU PAPE CLEMENT** (1)
  *Graves, Cru Classe*
  *one upper shoulder, one nicked label*
- **CHATEAU TROPLONG MONDOT** (3)
  *St Emilion, Grand Cru Classe*
  *one just below top shoulder, two upper shoulder,*
  *lightly bin-soiled labels*
1514  above 9 bottles        per lot $400-600

**MIXED BORDEAUX**
- **CHATEAU LASCOMBES 1978**    half-bottles (2)
  *Margaux, Deuxieme Cru Classe*
  *very top shoulder, one bin-soiled label*
- **CHATEAU CALON SEGUR 1978** (1)
  *St Estephe, Troisieme Cru Classe*
  *very top shoulder, bin-soiled label*
- **CHATEAU LYNCH BAGES 1979** (1)
  *Pauillac, Cinquieme Cru Classe*
  *very top shoulder, nicked label*
- **CHATEAU LES ORMES DE PEZ 1982** (1)
  *St Estephe*
  *bottom neck, lightly bin-soiled label*
- **CHATEAU BELAIR 1985** (1)
  *St Emilion, Premier Grand Cru Classe (b)*
  *very top shoulder*
- **CHATEAU DU TERTRE 1985** (7)
  *Margaux, Cinquieme Cru Classe*
  *bottom neck*
- **CHATEAU BEAUREGARD 1992** (1)
  *Pomerol*
  *into neck*
- **CHATEAU CANON 1994** (4)
  *St Emilion*
1515  above 2 half-bottles (375ml) &
  16 bottles        per lot $350-600


**MIXED BORDEAUX**
*into neck unless otherwise noted*
- **CHATEAU COS d'ESTOURNEL 1982** (1)
  *St Estephe, Deuxieme Cru Classe*
  *very top shoulder*
- **CHATEAU MONTROSE 1985** (1)
  *St Estephe, Deuxieme Cru Classe*
- **CHATEAU LYNCH BAGES 1988** (1)
  *Pauillac, Cinquieme Cru Classe*
- **CHATEAU SOCIANDO MALLET 1988** (1)
  *Haut Medoc*
- **CHATEAU PALMER 1989** (2)
  *Margaux, Troisieme Cru Classe*
- **CHATEAU LYNCH BAGES 1990**    magnum (1)
  *Pauillac, Cinquieme Cru Classe*
  *sign of seepage*
1516  above 6 bottles &
  1 magnum (1.5L)        per lot $700-1100

**Chateau Lynch Bages 1985**
*Pauillac, Cinquieme Cru Classe*
*ten top shoulder or better, one just below top shoulder,*
*seven signs of slight seepage*
"Our wine of the year in 1988. Muscular but
shapely, with fabulous toasted oak, berry and cur-
rant on the palate. It's full-bodied and has a long,
long finish...97." WS 10/94.
1517    11 bottles                      per lot $1000-1500

**Chateau Canon 1989**
*St Emilion, Premier Grand Cru Classe (b)*
*bottom neck or better*
1518    12 bottles                      per lot $500-750

**Chateau Palmer 1989**
*Margaux, Troisieme Cru Classe*
*bottom neck or better, owc*
"Palmer's 1989 is one of the vintage's great success-
es...Full-bodied and supple, with low acidity, copious
quantities of ripe fruit and glycerin, and a medium
to full-bodied, concentrated, harmonious, seamless
texture, this is a gorgeous Palmer...95." WA 2/97.
1519    12 bottles                      per lot $1400-2000

**Chateau Cos d'Estournel 1990**
*St Estephe, Deuxieme Cru Classe*
*bottom neck or better, owc*
"...a spectacular wine, and, along with the
1986, 1982, and 1953, one of the four finest Cos
d'Estournels made in the post-World War II era.
Bruno Prats believes it is the finest wine he has
ever made...95." WA 2/97.
1520    12 bottles                      per lot $1100-1600

**Chateau Le Tertre Roteboeuf 1990**
*St Emilion*
*bottom neck or better*
"Over the last year, the 1990 has exploded in the
bottle. Both wines exhibit an opaque garnet/pur-
ple color, as well as amazing ripeness and intensi-
ty. The 1990 has been so stunning the last several
times I tasted it, that it is inching its way up the
scoring ladder. In fact, I am close to running out
of points. The sweet nose of coffee, jammy berry
fruit, smoke, caramel and spice soars from a glass
of this marvelously concentrated, viscous, layered,
smooth wine...98." WA 2/97.
1521    9 bottles                       per lot $1500-2400



**Mixed Sauternes**
*bottom neck or better*
• **Chateau Suduiraut 1979**    half-bottles (4)
  *Sauternes*
• **Chateau Suduiraut 1986**    half-bottles (2)
  *Sauternes*
• **Chateau d'Yquem 1987**                      (8)
  *Sauternes, Premier Cru Superieur*
  *two signs of old seepage*
1522    above 6 half-bottles (375ml) &
        8 bottles                      per lot $800-1200

## BURGUNDY

**Romanee St Vivant**
**Domaine de la Romanee Conti 1985**
*Cote de Nuits, Grand Cru*
*2cm, slightly depressed cork*
"My highest overall mark at the St-Vivant vertical
(1978-1991)...exuberantly fragrant, soft mocha,
then walnuts and autumnal berries; expanded
quickly in the mouth, glorious flavour and finish...
★★★★★." MB 2/96.
1523    1 bottle                       per lot $400-600

**Vosne Romanee Henri Jayer 1987**
*Cote de Nuits, Premier Cru*
• **Cros Parantoux**                            (1)
  *2cm*
• **Les Beaux Monts**                           (2)
  *2.5cm*
1524    above 3 bottles                per lot $800-1200

**MIXED BURGUNDY**
- **CHASSAGNE MONTRACHET LES CHAUMES**
  **AMIOT-BONFILS 1989** (1)
  *Cote de Beaune, Premier Cru*
- **GEVREY CHAMBERTIN CAZETIERS**
  **PIERRE BOUREE 1990** (1)
  *Cote de Nuits, Premier Cru*
  *sign of seepage*
- **CLOS VOUGEOT**
  **DOMAINE PRIEURE ROCH 1992** (1)
  *Cote de Nuits, Grand Cru*
- **CORTON CHARLEMAGNE**
  **LOUIS LATOUR 1992** (3)
  *Cote de Beaune, Grand Cru*
  *slightly scuffed labels, one sign of seepage*
- **CORTON RENARDES DELARCHE 1995** (1)
  *Cote de Beaune*
  *sign of seepage*
- **CORTON TOLLOT-BEAUT 1995** (1)
  *Cote de Beaune, Grand Cru*
- **CHASSAGNE MONTRACHET CHAUMES**
  **VERGET 1996** (1)
  *Cote de Beaune*
- **CHASSAGNE MONTRACHET MORGEOT**
  **VIEILLES VIGNES VERGET 1996** (1)
  *Cote de Beaune*
  *sign of seepage*
- **CHABLIS VAILLONS VERGET 1997** (4)
  *Cote de Beaune, Premier Cru*
  *two bin-soiled labels*

1525  above 14 bottles          per lot $600-900

**CHABLIS RAVENEAU 1990**
*Chablis*
- **BUTTEAUX** (1)
- **CHAPELOT** (1)
  *sign of slight seepage*
- **MONTEE DE TONNERRE** (1)
  *Premier Cru*
- **VAILLONS** (1)
  *Premier Cru*
  *cracked wax capsule, sign of seepage*
- **VALMUR** (2)
  *Grand Cru*
  *cracked wax capsule, signs of seepage*

1526  above 6 bottles          per lot $420-600

**CORTON CHARLEMAGNE COCHE DURY 1990**
*Cote de Beaune*
*2cm or better, one torn label*

1527  2 bottles          per lot $1600-2400



## RHONE

**HERMITAGE JL CHAVE 1987**
*Rhone*
*2cm or better, one torn label*

1528  8 bottles          per lot $240-400

**MIXED RHONE WINES**
- **CHATEAUNEUF DU PAPE**
  **VIEUX TELEGRAPHE 1989** (1)
- **CHATEAUNEUF DU PAPE**
  **VIEUX TELEGRAPHE 1989**  magnum (1)
  *2cm, cracked wax capsule, sign of seepage*
- **CHATEAUNEUF DU PAPE**
  **VIEUX TELEGRAPHE 1994** (6)
- **CHATEAUNEUF DU PAPE**
  **VIEUX TELEGRAPHE 1994**  magnums (2)
  *signs of seepage*
- **COTE ROTIE LES GRANDES PLACES**
  **J M GERIN 1994** (1)
- **CHATEAUNEUF DU PAPE CUVEE CADETTES**
  **LA NERTHE 1995** (1)
- **ST. JOSEPH OFFERUS JL CHAVE 1999** (5)

1529  above 14 bottles &
3 magnums (1.5L)          per lot $400-600

## ITALY

**MIXED ITALIAN WINES**
*Tuscany*
*bottom neck or better*
- **TIGNANELLO ANTINORI 1978** (1)
- **TIGNANELLO ANTINORI 1983** (2)
- **ORNELLAIA 1986** (1)
- **SASSICAIA TENUTA SAN GUIDO 1988** (1)

1530  above 5 bottles          per lot $400-600

**MIXED ITALIAN WINES**
- **BAROLO BUSSIA CICALA**
  **ALDO CONTERNO 1980** (1)
  *Piedmont*
- **AMARONE ZENATO 1985** (6)
  *Veneto*
  *six 3cm or better, one capsule corroded*
- **BARBARESCO GAJA 1988** (1)
  *Piedmont*
- **BRUNELLO DI MONTALCINO**
  **POGGIO ANTICO 1988** (3)
  *Tuscany*
- **BRUNELLO DI MONTALCINO RISERVA**
  **COL DORCIA 1988** (1)
  *Tuscany*
- **AMARONE ALLEGRINI 1990** (1)
  *Veneto*
- **BRUNELLO DI MONTALCINO**
  **COL DORCIA 1990** (2)
  *Tuscany*
1531  above 15 bottles          per lot $500-800

## SPAIN

**FLOR DE PINGUS 1996**
*Ribera del Duero*
1532  7 bottles          per lot $260-400

## CALIFORNIA

**CABERNET SAUVIGNON**
*Napa Valley*
*bottom neck or better*
- **CHATEAU MONTELENA NORTH COAST 1976** (1)
  *torn label*
- **DIAMOND CREEK VINEYARDS 2ND PICK**
  **RED ROCK TERRACE 1977** (1)
- **BEAULIEU VINEYARDS**
  **PRIVATE RESERVE 1978** (2)
- **CLOS DU VAL 1978** (1)
- **BEAULIEU VINEYARDS**
  **PRIVATE RESERVE 1980** (5)
- **CHATEAU MONTELENA ESTATE 1982** (3)
1533  above 13 bottles          per lot $550-800

**CABERNET SAUVIGNON**
- **GROTH 1984** (1)
  *Napa Valley*
- **GROTH RESERVE 1984** (1)
  *Napa Valley*
- **JOSEPH PHELPS VINEYARDS**
  **BACKUS VINEYARD 1985** (1)
  *Napa Valley*
- **LAUREL GLEN ESTATE 1985** (2)
  *Sonoma*
- **LAUREL GLEN ESTATE 1986** magnum (1)
  *Sonoma*
  *cork depressed, sign of seepage*
- **LAUREL GLEN ESTATE 1988** (2)
  *Sonoma*
1534  above 7 bottles &
1 magnum (1.5L)          per lot $300-500

**CABERNET SAUVIGNON**
- **SILVERADO RESERVE 1990** (1)
  *Napa Valley*
- **SIMI RESERVE 1991** (1)
  *Alexander Valley*
  *scuffed label, sign of seepage*
- **LA JOTA VINEYARD CO**
  **13TH ANNIVERSARY 1994** magnums (2)
  *Howell Mountain*
  *one slightly torn label*
1535  above 2 bottles &
2 magnums (1.5L)          per lot $320-500

**DUNN VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
- **1985** (5)
- **1986** (1)
  *damaged label*
- **HOWELL MOUNTAIN 1986** (6)
  *one cracked wax capsule, three signs of seepage*
1536  above 12 bottles          per lot $700-1100

**ARAUJO ESTATE CABERNET SAUVIGNON**
**EISELE VINEYARD 1993**
*Napa Valley*
1537  2 bottles          per lot $300-500

**Moraga Cabernet Sauvignon**
*Bel Air*
- **1994**                                     magnums (2)
  *signs of old seepage, owc*
- **1995**                                     magnum (1)
  *signs of seepage, owc*
- **1994**                                            (8)
  *one 6-pack owc*

1538  above 8 bottles &

3 magnums (1.5L)                    per lot $700-1100

### WASHINGTON

**Leonetti Cellars**
*Columbia Valley*
- **Cabernet Sauvignon Reserve**
  **Seven Hills Vineyard 1985**              (2)
  *one top shoulder, one upper shoulder, signs of seepage*
- **Merlot Columbia Valley 1988**           (1)
  *top shoulder, scuffed label, sign of seepage*
- **Merlot Columbia Valley 1990**           (4)
  *into neck, one scuffed label, signs of slight seepage*

1539  above 7 bottles                 per lot $500-750

---

**A COLLECTION OF TOP NOTCH BORDEAUX, BURGUNDY, RHONE AND ITALIAN WINES**

The following lots represent a piece of one of America's greatest wine collections. All wines were purchased upon release after trips to Europe where the consignor tasted nearly every bottle offered. The wines have been stored in a 52 degree home cellar maintaining relatively high humidity year round. Impeccable wines from impeccable provenance.

### BORDEAUX

**Chateau Petrus 1975**
*Pomerol*
*bottom neck or better, signs of old seepage*
"The 1975 Petrus reveals a youthful, rustic, brutally powerful style, with an opaque garnet/ruby/purple color, and an emerging nose of over-ripe black-cherries, mocha/chocolate, and truffles. Extremely full-bodied, ferociously tannic, but awesomely concentrated…98." WA 2/96.

1540  6 magnums (1.5L)              per lot $6000-9000

**Chateau Lafite Rothschild 1976**
*Pauillac, Premier Cru Classe*
*top shoulder or better*
"The 1976 Lafite clearly stands far above the crowd in this vintage. A beautiful bouquet of seductive cedarwood, spices, and ripe fruit precedes a very concentrated, darkly colored wine, with great length and texture. Some amber is just beginning to appear at the edge. The 1976 has turned out to be the best Lafite of the '70s. It is gorgeous to drink at present." WA 9/96.

1541  10 bottles                    per lot $1300-1800

**Chateau Lafite Rothschild 1982**
*Pauillac, Premier Cru Classe*
*four very top shoulder, one top shoulder, one upper shoulder, owc*
"Powerful for a Lafite, this wine unfolds to reveal extraordinary richness, purity, and overall symmetry in addition to stunning flavor depth and persistence. The finish lasts for nearly a minute. The modern day equivalent of Lafite-Rothschild's immortal 1959…100." WA 6/00.

1542  6 magnums (1.5L)              per lot $4800-7000

**Chateau Latour 1982**
*Pauillac, Premier Cru Classe*
*eight bottom neck or better, four top shoulder, owc*
"Sweet, smoky, roasted aromas in the nose combine with jammy levels of black currant, cherry, and prune-like fruit. It possesses extraordinary concentration and unctuosity, with a thick, fat texture oozing notes of cedar wood, tobacco, coffee, and over-ripe fruit…100." WA 6/00.

1543  12 bottles                    per lot $5500-8000

**Chateau Margaux 1983**
*Margaux, Premier Cru Classe*
*bottom neck or better, two signs of old seepage, owc*
"The 1983 Margaux is a breathtaking wine. The Cabernet Sauvignon grapes achieved perfect maturity in 1983, and the result is an astonishingly rich, concentrated, atypically powerful and tannic Margaux…96." WA 10/94.

1544  6 magnums (1.5L)              per lot $2800-4000



Lot 1552

**CHATEAU LAFITE ROTHSCHILD 1985**
*Pauillac, Premier Cru Classe*
*bottom neck or better, owc*

1545  6 magnums (1.5L)          per lot $1400-2000

**CHATEAU PETRUS 1985**
*Pomerol*
*bottom neck or better, owc*
"A massive concentration of rich, intense plum,
cherry, spice, smoke and chocolate flavors that
are wrapped in thick, rich tannins and cedary oak.
It gains intensity and vibrancy on the palate, a
powerful wine with a distinct personality... 98."
WS 5/88.

1546  6 magnums (1.5L)          per lot $5000-6500

**CHATEAU MARGAUX 1986**
*Margaux, Premier Cru Classe*
*bottom neck or better, signs of old seepage, owc*
"The 1986 Margaux continues to be the most
powerful, tannic, and muscular Margaux made in
decades. One wonders if the 1928 or 1945 had as
much power and depth as the 1986?...It should
prove nearly immortal in terms of aging poten-
tial...96." WA 10/94.

1547  6 magnums (1.5L)          per lot $2400-3500

**CHATEAU PETRUS 1988**
*Pomerol*
*bottom neck*
"Very fine Petrus. Gorgeous aromas of violet and
berry and hints of new oak. Full-bodied, with racy,
silky tannins and a long, palate-caressing finish."
WS 11/98.

1548  2 double magnums (3L)          per lot $2800-4200

**CHATEAU PETRUS 1989**
*Pomerol*
*bottom neck or better, owc*
"...a return to the great Petrus of the pre-1976 era.
The tannin is well-integrated, but the enormous
texture, thickness and impeccable balance are
what make these wines so provocative...100." WA
2/97.

1549  6 magnums (1.5L)          per lot $11,000-15,000

**CHATEAU PETRUS 1989**
*Pomerol*
*into neck, label missing, capsule cut to verify fully
stamped cork*

1550  1 double magnum (3L)          per lot $3800-5500

**CHATEAU LAFITE ROTHSCHILD 1990**
*Pauillac, Premier Cru Classe*
*into neck, owc*
"Dark ruby color. Wonderful aromas of plums, ber-
ries, mint and dark chocolate. Full-bodied, chunky
and rich. Closed yet compacted. Harmonious...96."
WS 6/01.

1551  6 magnums (1.5L)          per lot $1800-2400

**CHATEAU MARGAUX 1990**
*Margaux, Premier Cru Classe*
*bottom neck or better, three signs of old seepage, owc*
"The 1990 Margaux continues to be the quintes-
sential example of this chateau...there is not a
hard edge to this classic wine, which is super-
concentrated, soft, silky-textured, and opulent. It
displays an opaque ruby/purple color, a compelling
bouquet, and exquisite layers of flavors...100." WA
11/96.

1552  6 magnums (1.5L)          per lot $4500-6500

**CHATEAU PETRUS 1990**
*Pomerol*
*into neck, owc*
"The phenomenally rich, well-endowed 1990
Petrus has been magical from the first time I tast-
ed it in cask...the 1990 is an extraordinarily rich,
seamless wine with layers of flavor, and a finish
that lasts for nearly 45 seconds...100." WA 11/97.

1553  6 magnums (1.5L)          per lot $12,000-18,000

**CHATEAU LA MISSION HAUT BRION 1975**
*Graves, Cru Classe*
*two bottom neck, four very top shoulder, one sign of
old seepage, owc*
"Super-concentrated, and now beginning to shed
enough tannin so that it can be fully appreciated...
An extraordinary La Mission-Haut-Brion, it comes
closest in style to resembling the 1945, with a hint
of the sweet, ripe 1959...100." WA 2/96.

1554  6 magnums (1.5L)          per lot $4200-6500

**Chateau Le Gay 1975**
*Pomerol*
*seven very top shoulder, five top shoulder, owc*

1555    12 bottles                                   per lot $400-600

**Chateau Trotanoy 1975**
*Pomerol*
*top shoulder or better, one wine stained label, six signs of old seepage, owc*
"...fabulous mocha/toffee/jammy black-cherry aromas in a complex, sweet, fragrant bouquet. Full-bodied, splendidly concentrated, velvety-textured, with a firm finish, this is a weighty, rich, complex, great vintage for Trotanoy...95." WA 2/96.

1556    12 bottles                                   per lot $2400-3800

**Chateau Trotanoy 1975**
*Pomerol*
*one bottom neck, five top shoulder, signs of old seepage, owc*

1557    6 magnums (1.5L)                             per lot $2600-3800

**Le Pin 1981**
*Pomerol*
*bottom neck, torn capsule*

1558    3 magnums (1.5L)                             per lot $1800-2800

**Chateau Canon 1982**
*St Emilion, Premier Grand Cru Classe (b)*
*bottom neck or better, owc*
"...sweet nose of minerals, cherry jam, smoke, earth, cedar and vanilla is enticing...this is is the greatest Canon produced over the last thirty years...94." WA 6/00.

1559    12 bottles                                   per lot $1000-1400

**Chateau Certan de May 1982**
*Pomerol*
*very top shoulder or better, owc*
"Rich, powerful, and full-bodied, with a thick, unctuous texture, considerable fat and glycerin, and dazzling concentration... It is a modern day classic, and unquestionably the fines Certan de May I have ever tasted...98." WA 6/00.

1560    12 bottles                                   per lot $2200-3500

**Chateau Figeac 1982**
*St Emilion, Premier Grand Cru Classe (b)*
*nine bottom neck or better, three very top shoulder, owc*
"...extraordinary complexity, finesse, and harmony. Medium-bodied, with gorgeously rich fruit, this delicate, subtle, ethereal effort is both well-defined and intense...95." WA 6/00.

1561    12 bottles                                   per lot $1300-1800

**Chateau Grand Puy Lacoste 1982**
*Pauillac, Cinquieme Cru Classe*
*bottom neck or better, owc*
"A great wine from this underrated estate. This may be the best value of the great 82 vintage and is among the best ever produced by Grand-Puy-Lacoste. Full of currant and plum aromas and flavors, with superbly well-integrated tannins and a mile-long finish...95." WS 8/92.

1562    12 bottles                                   per lot $1000-1500

**Chateau La Conseillante 1982**
*Pomerol*
*five bottom neck or better, one very top shoulder, one sign of old seepage, owc*

1563    6 magnums (1.5L)                             per lot $1800-2600

**Chateau La Lagune 1982**
*Haut Medoc, Troisieme Cru Classe*
*bottom neck or better, three signs of old seepage*
"...it is the finest La Lagune produced in the last thirty years. Just reaching its plateau of maturity, it appears to have the balance and depth to age effortlessly for 10 more years." WA 2/00.

1564    6 magnums (1.5L)                             per lot $800-1100

**Chateau La Mission Haut Brion 1982**
*Graves, Cru Classe*
*very top shoulder or better, two signs of old seepage, owc*
"An extraordinary effort that gets better with each tasting, this dark, murky, garnet/purple-colored 1982 exhibits a fabulously complex nose of hot bricks, asphalt, black fruits, tar, roast beef, and truffles, colossal concentration, super-ripeness, an unctuous texture, and low acidity...99." WA 6/00.

1565    6 magnums (1.5L)                             per lot $3000-4500

**Chateau La Mission Haut Brion 1982**
*Graves, Cru Classe*
**bottom neck, owc**

1566    1 imperial (6L)                    per lot $2200-3200

**Chateau Latour a Pomerol 1982**
*Pomerol*
**ten bottom neck or better, two top shoulder, owc**
"This wine is made by Christian Moueix, who also makes Pétrus and Trotanoy. A fleshy, classically proportioned wine—like a Reubens painting in structure—with ripe berry, truffle and chocolate characteristics, mouth-coating tannins and a long finish of sweet fruit. Can age for decades...97." WS 8/92.

1567    12 bottles                    per lot $1600-2400

**Chateau L'Eglise Clinet 1982**
*Pomerol*
**bottom neck or better, owc**

1568    12 bottles                    per lot $1100-1400

**Chateau L'Evangile 1982**
*Pomerol*
**very top shoulder or better, owc**
"Dark plum-colored with purple nuances, this complex 1982 reveals notions of cedar, allspice, black raspberries, blackberries and currants. Expansive on the palate, with superb density, low acidity, full body and a juicy, fat, mouth-staining mid-palate, this youthful Pomerol is approaching full maturity. Powerful and concentrated, it will evolve effortlessly for another 15-20 years...95." WA 6/00.

1569    6 magnums (1.5L)                    per lot $2400-3200

**Chateau Magdelaine 1982**
*St Emilion, Premier Grand Cru Classe (b)*
**bottom neck or better, owc**
"A deliate, exceptionally elegant 1982...Exhibiting an attractive sweetness, it is a model of symmetry and finesse...90." WA 6/00.

1570    12 bottles                    per lot $750-1200

**Chateau Trotanoy 1982**
*Pomerol*
**bottom neck or better, owc**
"This fully mature, gorgeously seductive, fragrant, complex wine offers up intense aromas of jammy fruit, mocha, roasted herbs, and sweet toasty oak...Although still young, it is soft, delicious, and ideal for drinking over the next 10-15+ years...94." WA 12/95.

1571    6 magnums (1.5L)                    per lot $2600-3800

**Chateau Pichon-Longueville Comtesse de Lalande 1983**
*Pauillac, Deuxieme Cru Classe*
**very top shoulder or better, owc**
"Consistently one of the great wines of the 1983 vintage, as well as one of my personal favorites, this beautiful wine has been gorgeous to drink since bottling...It is Pauillac at its most decadent and seductive!...94." WA 8/93.

1572    6 magnums (1.5L)                    per lot $900-1300

**Le Pin 1985**
*Pomerol*
**bottom neck or better, owc**
"The wine of the vintage and the greatest Le Pin ever made. It's so thick and rich that you could almost mold it with your hands. Unbelievable aromas and flavors of crushed fruit; the essence of currants. Full-bodied with masses of velvety tannins. Better after 2000, but it may still be too young then...98." WS 10/94.

1573    6 magnums (1.5L)                    per lot $7000-10,000

**Chateau Rausan Segla 1986**
*Margaux, Deuxieme Cru Classe*
**bottom neck or better, owc**

1574    12 bottles                    per lot $750-1200

**Chateau Clinet 1988**
*Pomerol*
**owc**

1575    12 bottles                    per lot $600-900

**CHATEAU CLINET 1989**
*Pomerol*
*owc*
"Full-bodied, with a seamless texture, fabulous concentration, a massive degree of richness, but no heaviness or awkwardness, this remains one of the most profound young wines I have ever tasted. Its sweetness of fruit and layers of flavor, combined with its remarkable texture are the stuff of legends...100." WA 2/97.
1576   12 bottles                         per lot $2400-3500

**CHATEAU LA FLEUR PETRUS 1989**
*Pomerol*
*owc*
"A juicy, succulent '89 offering lots of chocolate, black olive and plum character. Full-bodied, with velvety tannins and a long, caressing finish...a joy to taste...92." WS 5/99.
1577   6 magnums (1.5L)                   per lot $800-1200

**CHATEAU LAFLEUR 1989**
*Pomerol*
*into neck, one sign of old seepage, owc*
"Very dark-ruby color. Cherry, blackberry and dark chocolate aromas. Full-bodied and powerful, with loads of tannins and chunky fruit. Closed, not giving away much right now; give it time. Typically muscular Lafleur...97." WS 5/99.
1578   3 magnums (1.5L)                   per lot $1700-2200

**CHATEAU LAFLEUR 1989**
*Pomerol*
*into neck, owc*
1579   3 double magnums (3L)             per lot $3200-4800

**CHATEAU LE GAY 1989**
*Pomerol*
*eleven bottom neck or better, one top shoulder, one wine stained label, two signs of old seepage*
"Tannic monster. Full-bodied, with masses of superripe fruit and mouthpuckering tannins. Port lovers like me love this stuff. Age it for decades to come...95." WS 5/99.
1580   12 bottles                        per lot $600-800

**CHATEAU PALMER 1989**
*Margaux, Troisieme Cru Classe*
"Palmer's 1989 is one of the vintage's great successes...Full-bodied and supple, with low acidity, copious quantities of ripe fruit and glycerin, and a medium to full-bodied, concentrated, harmonious, seamless texture, this is a gorgeous Palmer...95." WA 2/97.
1581   6 magnums (1.5L)                   per lot $1200-1600

**CHATEAU GOMBAUDE GUILLOT 1990**
*Pomerol*
*owc*
1582   12 bottles                        per lot $240-350

**LE PIN 1990**
*Pomerol*
*bottom neck or better, owc*
"Le Pin provides one of the most gloriously hedonistic mouthfuls of wine produced in Bordeaux... flavor intensity and exoticism to the maximum. The huge, coconut, exotic spice, jammy black fruit, sweet, expansive flavors of these two vintages of Le Pin are to die for...capable of two decades of cellaring...98." WA 2/97.
1583   12 bottles                        per lot $12,000-18,000

**CHATEAU L'EVANGILE 1990**
*Pomerol*
"The 1990 remains one of the great modern day L'Evangiles, rivaling such superb vintages as 1995, 1985, 1982, 1975, 1950 AND 1947...the wine is exceptionally rich and full bodied, with admirable glycerin and thickness...the 1990 is a fabulously pure, rich l'Evangile to drink...96." WA 11/96.
1584   6 bottles                         per lot $700-1100

**CHATEAU L'EVANGILE 1990**
*Pomerol*
*bottom neck or better, one sign of old seepage, owc*
1585   12 bottles                        per lot $1400-2200

### Chateau Palmer 1990
*Margaux, Troisieme Cru Classe*
"A beauty. Seductive, with currant, berry, tobacco, cedar and flowers on the nose. Full-bodied, with silky tannins and a long, caressing finish. A joyous Palmer." 8/00.

1586    12 bottles                          per lot $850-1200

### Chateau L'Evangile 1994
*Pomerol*
*owc*
"One of the vintage's most notable successes, L'Evangile's 1994 possesses a dense, saturated purple color, followed by a gorgeously sweet nose of framboise/cassis, with mineral and licorice notes in the background…It is a gorgeous L'Evangile." WA 2/97.

1587    6 magnums (1.5L)                per lot $500-800

### Chateau L'Evangile 1994
*Pomerol*
*one stained label, owc*

1588    3 double magnums (3L)        per lot $500-700

### Chateau Calon Segur 1995
*St Estephe, Troisieme Cru Classe*
*owc*
"Greatest Calon-Segur ever made. An absolutely amazing red, this third-growth Bordeaux is remarkable for its layers of berry, violets and perfume. It's full-bodied and very velvety on the palate, with masses of character and an ultralong finish…96." WS 1/98.

1589    12 bottles                          per lot $600-900

### Chateau Certan de May 1995
*Pomerol*
*owc*
"Juicy, burly red. Fascinating aromas of ripe fruit, game and earth. Full-bodied, very velvety, with a long, rich aftertaste. Not giving away what it really has, but what classic potential…96." WS 9/98.

1590    12 bottles                          per lot $480-700

### Chateau Clinet 1995
*Pomerol*
*owc*
*Parcel: lots 1591-1592*
"Another extraordinary wine made in a backward vin de garde style, the 1995 Clinet represents the essence of Pomerol…96." WA 2/98.

1591    12 bottles                          per lot $900-1200
1592    12 bottles                          per lot $900-1200

### Chateau L'Evangile 1995
*Pomerol*
*owc*

1593    6 magnums (1.5L)                per lot $800-1200

### Chateau Monbousquet 1995
*St Emilion*
*owc*

1594    12 bottles                          per lot $450-650

### Chateau La Fleur Petrus 1998
*Pomerol*
*owc*
"A big wine, classic in style, with loads of berry and Indian spices, hints of mineral and flowers. Full-bodied, with full tannins and lots of fruit. Impressive…94." WS 1/01

1595    12 bottles                          per lot $800-1200
1596    6 magnums (1.5L)                per lot $800-1200

### Chateau L'Eglise Clinet 1998
*Pomerol*
*owc*
"Truly gorgeous. Rich and thick yet refined and precise. Crushed raspberry and berry character rises from the glass. Full-bodied, with loads of fruit, fine tannins and an extremely long finish….96." WS 1/01.

1597    12 bottles                          per lot $1400-2000
1598    6 magnums (1.5L)                per lot $1400-2000

**Chateau L'Evangile 1998**
*Pomerol*
*owc*
"Envelops the palate like a perfectly tailored silk
shirt. Incredible class, with everything in won-
derful proportions. The greatest L'Evangile ever
made...98." WS 1/01.

1599    6 magnums (1.5L)                per lot $1200-1800

**Vieux Chateau Certan 1998**
*Pomerol*
*owc*
"A powerful, wonderfully toned red. Like a great
javelin-thrower. Lovely mineral, berry and violet
aromas with hints of new oak. Full-bodied, with
big yet silky tannins and a long, long finish....95."
WS 1/01

1600    12 bottles                 per lot $1200-1800
1601    6 magnums (1.5L)           per lot $1200-1800

**Mixed Bordeaux**
• **Chateau Haut Brion 1979**                (2)
  *Graves, Premier Cru Classe*
• **Chateau Certan de May 1990**             (1)
  *Pomerol*
• **Chateau Clinet 1990**                    (1)
  *Pomerol*
• **Chateau Le Gay 1990**                    (1)
  *Pomerol*
• **Chateau L'Evangile 1990**                (1)
  *Pomerol*
• **Chateau Trotanoy 1990**                  (1)
  *Pomerol*

1602    above 7 bottles            per lot $650-950

**Domaine de Chevalier Blanc 1989**
*Pessac Leognan*
*owc*
1603    1 double magnum (3L)       per lot $200-300

## BURGUNDY

**Bonnes Mares Bertheau 1978**
*Cote de Nuits, Grand Cru*
*2.5cm or better*
1604    6 bottles                  per lot $480-700

**Chambertin Clos de Beze Faiveley 1983**
*Cote de Nuits, Grand Cru*
*owc*
1605    12 bottles                 per lot $550-750

**Mazis Chambertin Maume 1985**
*Cote de Nuits, Grand Cru*
1606    12 bottles                 per lot $850-1100

**Chambolle Musigny Les Amoureuses
JF Mugnier 1988**
*Cote de Nuits, Premier Cru*
*one wine stained label*
1607    6 bottles                  per lot $300-500

**Gevrey Chambertin Clos St Jacques
G Bartet 1988**
*Cote de Nuits, Premier Cru*
*oc*
1608    12 bottles                 per lot $350-550

**Chambolle Musigny Les Amoureuses
JF Mugnier 1989**
*Cote de Nuits, Premier Cru*
*three signs of old seepage*
1609    5 magnums (1.5L)           per lot $750-1000

**Musigny Vielles Vignes JF Mugnier 1989**
*Cote de Nuits, Grand Cru*
1610    6 magnums (1.5L)           per lot $1900-2600

**Bonnes Mares
Comte Georges de Vogue 1990**
*Cote de Nuits, Grand Cru*
*owc*
"A classy, monumental wine, with an impressive
deep color and spellbinding complexity. The con-
centration takes your breath away as the plum,
blackberry, raspberry and vanilla flavors coat your
palate...99." WS 12/92.
1611    12 bottles                 per lot $2000-3000

**Bonnes Mares Fougeray de Beauclair 1990**
*Cote de Nuits, Grand Cru*
*owc*
1612  12 bottles                        per lot $900-1400

**Bonnes Mares Fougeray de Beauclair 1990**
*Cote de Nuits, Grand Cru*
*oc*
1613  6 magnums (1.5L)                  per lot $900-1400

**Bonnes Mares JF Mugnier 1990**
*Cote de Nuits, Grand Cru*
1614  3 magnums (1.5L)                  per lot $900-1200

**Bonnes Mares Pierre Ponnelle 1990**
*Cote de Nuits, Grand Cru*
1615  12 bottles                        per lot $650-950

**Chambolle Musigny Les Amoureuses JF Mugnier 1990**
*Cote de Nuits, Grand Cru*
1616  3 magnums (1.5L)                  per lot $1000-1500

**Chambolle Musigny Les Amoureuses Bertheau 1990**
*Cote de Nuits, Grand Cru*
*signs of old seepage*
1617  6 bottles                         per lot $300-420

**Clos de la Roche Domaine Leroy 1990**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one wrinkled label, two chipped wax capsules, six signs of old seepage due to overfill, owc*
"The stellar 1990 Clos de la Roche has a medium-to-dark ruby color and dense dark berry aromas. It possesses a youthful, almost impenetrable core of thick, lush blackberries, juniper berries, plums, cloves, and blueberries that coat the palate. This medium-to-full-bodied wine has exquisite equilibrium and focus, as well as a seemingly unending luxurious finish...98." WA 10/00.
1618  12 bottles                        per lot $6000-9600

**Clos de Tart Mommessin 1990**
*Cote de Nuits, Grand Cru*
*signs of old seepage, owc*
1619  12 bottles                        per lot $1200-1800

**Clos de Vougeot Domaine Rene Engel 1990**
*Cote de Nuits, Grand Cru*
1620  3 magnums (1.5L)                  per lot $450-650

**Gevrey Chambertin Lavaux St Jacques Frederic Esmonin 1990**
*Cote de Nuits, Premier Cru*
*oc*
1621  12 bottles                        per lot $420-600

**Gevrey Chambertin Estournelles St Jacques Frederic Esmonin 1990**
*Cote de Nuits, Premier Cru*
*oc*
1622  12 bottles                        per lot $420-600

**Mazis Chambertin Maume 1990**
*Cote de Nuits, Grand Cru*
*oc*
1623  6 magnums (1.5L)                  per lot $850-1100

**Musigny Vieilles Vignes Comte Georges de Vogue 1990**
*Cote de Nuits, Grand Cru*
*2.5cm or better, owc*
"The Bordeaux-like, saturated dense ruby/purple color is followed by a tight-fisted nose and flavors of black fruits, underbrush, minerals, smoke, and new oak... This loaded effort should prove to be one of the longest-lived red Burgundies made in the last twenty years...96." WA 2/02.
1624  6 magnums (1.5L)                  per lot $4500-6500

**Pommard Les Rugiens P Rieusset**
*Cote de Beaune, Premier Cru*
• **1990**                                    (6)
• **1990**                          magnums (3)
  *signs of old seepage*
1625  above 6 bottles &
      3 magnums (1.5L)                  per lot $450-650

**VOSNE ROMANEE LES BEAUX MONTS
DOMAINE LEROY 1990**
*Cote de Nuits, Premier Cru*
*1.5cm or better, one chipped wax capsule, six signs of old seepage due to overfill, owc*
"...The Vosne-Romanee-Les Beaumonts is a more subtle, more classic example of a top premier cru Vosne-Romanee. It does not soar from the glass with the exotic,smoky,roasted character of the Les Brulees, but it does offer authoritative and persistent aromas of black fuits,herbs,underbrush, and sweet oak. While it displays exceptional concentration of flavor in the mouth, it is supported by higher levels of tannin and is a more structured, denser, richer wine than the Les Brulees...98." WA 10/92.
1626    12 bottles                    per lot $3500-5000

**BONNES MARES
COMTE GEORGES DE VOGUE 1991**
*Cote de Nuits, Grand Cru*
1627    6 bottles              per lot $850-1100

**GEVREY CHAMBERTIN EN PALLUD MAUME 1991**
*Cote de Nuits, Premier Cru*
*oc*
1628    12 bottles                per lot $240-350

**GEVREY CHAMBERTIN LAVAUX ST JACQUES
MAUME 1991**
*Cote de Nuits, Premier Cru*
*two torn labels, four signs of old seepage, oc*
1629    6 magnums (1.5L)          per lot $420-600

**LATRICIERES CHAMBERTIN
DOMAINE LEROY 1991**
*Cote de Nuits, Grand Cru*
"The stupendous 1991 Latricieres-Chambertin knocked me off my feet. Its dark color and boisterous aromas of spices, plums, and expressive cherries boldly proclaim this wine's youthfulness. Layers of plums, dried prunes, flowers, cedar, and roses can be found in this gem's barely evolved personality. It is seamless, complex, and complete. It has immense power and muscle, yet is elegant and detailed. Ths magnificent wine should be at its peak of maturity between 2005 and 2012+...100." WA 10/00.
1630    6 bottles              per lot $2800-4000

**MAZIS CHAMBERTIN MAUME 1991**
*Cote de Nuits, Grand Cru*
*one torn label, signs of old seepage*
1631    5 magnums (1.5L)          per lot $300-400

**MUSIGNY VIEILLES VIGNES
COMTE GEORGES DE VOGUE 1992**
*Cote de Nuits, Grand Cru*
*oc*
1632    6 magnums (1.5L)          per lot $1100-1600

**BONNES MARES BERTHEAU 1993**
*Cote de Nuits, Grand Cru*
*oc*
1633    12 bottles              per lot $600-900

**BONNES MARES
COMTE GEORGES DE VOGUE 1993**
*Cote de Nuits, Grand Cru*
*oc*
"A beauty, boasting clean, pure, subtle currant, black cherry and mint flavors. Elegant structure of silky tannins...94." WS 11/95.
1634    6 magnums (1.5L)          per lot $2000-3000

**CHAMBERTIN LOUIS JADOT 1993**
*Cote de Nuits, Grand Cru*
*signs of old seepage, oc*
1635    12 bottles              per lot $1200-1800

**MUSIGNY JACQUES FREDERIC MUGNIER 1993**
*Cote de Nuits, Grand Cru*
*oc*
1636    12 bottles              per lot $2000-3000

**MUSIGNY VIEILLES VIGNES
COMTE GEORGES DE VOGUE 1993**
*Cote de Nuits, Grand Cru*
*two 3-pack owc*
"This too is still remarkably primary with a nose that is the crystalline essence of black cherry pinot sap. Massively structured, thick flavors with dense, ripe tannins that are completely buffered by all the extract. This is flat out great...96." Burghound 4/01.
1637    6 magnums (1.5L)          per lot $3500-5500

**ROMANEE ST VIVANT LOUIS JADOT 1993**
*Cote de Nuits, Grand Cru*
1638   3 magnums (1.5L)       per lot $420-550

**VOSNE ROMANEE LES BEAUX MONTS
DOMAINE LEROY 1993**
*Cote de Nuits, Premier Cru*
*one crowned capsule, four signs of old seepage due to overfill, owc*
1639   12 bottles       per lot $2200-3200

**BONNES MARES FOUGERAY DE BEAUCLAIR 1995**
*Cote de Nuits, Grand Cru*
1640   12 bottles       per lot $800-1200

**BONNES MARES
COMTE GEORGES DE VOGUE 1995**
*Cote de Nuits, Grand Cru*
*two 6-pack owc*
1641   12 bottles       per lot $1000-1500

**CHAMBERTIN CLOS DE BEZE
PIERRE DAMOY 1995**
*Cote de Nuits, Grand Cru*
1642   12 bottles       per lot $500-700

**CHAMBOLLE MUSIGNY LES AMOUREUSES
COMTE GEORGES DE VOGUE 1995**
*Cote de Nuits, Grand Cru*
*oc*
1643   12 bottles       per lot $1200-1800

**BONNES MARES BOUCHARD PERE ET FILS 1995**
*Cote de Nuits, Grand Cru*
*owc*
1644   12 bottles       per lot $850-1200

**CORTON POUGETS LOUIS JADOT 1995**
*Cote de Beaune, Grand Cru*
*oc*
1645   12 bottles       per lot $450-650

**CORTON HOSPICES DE BEAUNE CUVEE
CHARLOTTE DUMAY DOMINIQUE LAURENT 1995**
*Cote de Beaune, Grand Cru*
*two 6-pack oc*
1646   12 bottles       per lot $500-700

**ROMANEE ST VIVANT L'ARLOT 1995**
*Cote de Nuits, Grand Cru*
1647   12 bottles       per lot $750-1100

**VOSNE ROMANEE LES SUCHOTS
DOMINIQUE LAURENT 1995**
*Cote de Nuits, Premier Cru*
*two 6-pack oc*
1648   12 bottles       per lot $600-800

**CHAMBERTIN CLOS DE BEZE ROUSSEAU 1996**
*Cote de Nuits, Grand Cru*
*oc*
1649   6 magnums (1.5L)       per lot $2200-2800

**CLOS DE TART MOMMESSIN 1996**
*Cote de Nuits, Grand Cru*
1650   6 bottles       per lot $400-600

**MUSIGNY JACQUES PRIEUR 1996**
*Cote de Nuits, Grand Cru*
*two 6-pack owc*
1651   12 bottles       per lot $1300-1700

**RICHEBOURG JEAN GRIVOT 1996**
*Cote de Nuits, Grand Cru*
*one 6-pack owc*
1652   11 bottles       per lot $2000-2600

**VOLNAY CLOS DE LA BOUSSE D'OR
POUSSE D'OR 1996**
*Cote de Beaune, Premier Cru*
1653   12 bottles       per lot $500-800

**BONNES MARES LOUIS JADOT 1997**
*Cote de Nuits, Grand Cru*
*oc*
1654   12 bottles       per lot $700-1100

**CHAMBERTIN CLOS DE BEZE**
**ROBERT GROFFIER 1997**
*Cote de Nuits, Grand Cru*
1655  12 bottles                    per lot $950-1300

**CHAMBERTIN CLOS DE BEZE LOUIS JADOT 1997**
*Cote de Nuits, Grand Cru*
1656  12 bottles                    per lot $900-1200

**CHAMBOLLE MUSIGNY AMOUREUSES**
**DOMINIQUE LAURENT 1997**
*Cote de Nuits, Premier Cru*
oc
1657  6 bottles                     per lot $300-450

**CHAMBOLLE MUSIGNY LES FUEES**
**LOUIS JADOT 1997**
*Cote de Nuits, Premier Cru*
oc
1658  12 bottles                    per lot $300-480

**CHASSAGNE MONTRACHET CLOS DE LA**
**BOUDROITTE ROUGE DOMAINE RAMONET 1997**
*Cote de Beaune, Premier Cru*
1659  12 bottles                    per lot $400-600

**MUSIGNY VIEILLES VIGNES**
**COMTE GEORGES DE VOGUE 1997**
*Cote de Nuits, Grand Cru*
owc
"…exhibits a breathtaking nose of blueberries,
licorice, jammy blackberries, violets, Asian spices,
and stones. This magnificent wine is medium to
full-bodied, sublimely refined, and detailed. It is
a great Musigny in a light and lace-like style. Red
currants and cherries vie for the taster's attention
with spices and fresh clay in its luxurious, yet
well-defined, personality…93-95." WA 10/99.
1660  6 bottles                     per lot $750-1000

**MUSIGNY VIEILLES VIGNES**
**COMTE GEORGES DE VOGUE 1997**
*Cote de Nuits, Grand Cru*
owc
1661  12 bottles                    per lot $1500-2000

**RICHEBOURG HUDELOT NOELLAT 1997**
*Cote de Nuits, Grand Cru*
1662  12 bottles                    per lot $950-1300

**BONNES MARES ROBERT GROFFIER 1998**
*Cote de Nuits, Grand Cru*
oc
"Deep ruby-red. Sauvage, highly nuanced aromas
of blackberry, black plum, raspberry, gunflint,
leather and pepper. Great penetrating sweetness
leavened by powerful spice and firm backbone.
Very powerful wine but not at all hard today.
Finishes with building tannins and outstanding
power and persistence…93+." IWC 4/01.
1663  6 magnums (1.5L)             per lot $850-1100

**CLOS DES LAMBRAYS**
**DOMAINE DES LAMBRAYS 1998**
*Cote de Nuits, Grand Cru*
1664  12 bottles                    per lot $600-850

**CLOS DES LAMBRAYS**
**DOMAINE DES LAMBRAYS 1998**
*Cote de Nuits, Grand Cru*
owc
1665  6 magnums (1.5L)             per lot $600-850

**CLOS DE TART MOMMESSIN 1998**
*Cote de Nuits, Grand Cru*
owc
1666  6 magnums (1.5L)             per lot $650-950

**CORTON CLOS DES CORTONS FAIVELEY 1998**
*Cote de Beaune, Grand Cru*
"Splendid color. Outstanding quality here. A huge,
multi-dimensional, very classy wine. Marvelous
fruit. Very harmonious. Great intensity. Great
wine." CC 2/00.
1667  12 bottles                    per lot $400-600

**MAZIS CHAMBERTIN MAUME 1998**
*Cote de Nuits, Grand Cru*
1668  12 bottles                    per lot $450-650

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1998**
*Cote de Nuits, Grand Cru*
*two 6-pack owc*
1669    12 bottles                        per lot $1600-2200


**Richebourg Denis Mugneret 1998**
*Cote de Nuits, Grand Cru*
*oc*
1670    12 bottles                        per lot $800-1200


**Ruchottes Chambertin F Esmonin 1998**
*Cote de Nuits, Grand Cru*
1671    12 bottles                        per lot $420-600


**Bonnes Mares Georges Lignier 1999**
*Cote de Nuits, Grand Cru*
*oc*
1672    12 bottles                        per lot $700-950


**Clos Vougeot Louis Jadot 1999**
*Cote de Beaune, Grand Cru*
*two 6-pack owc*
"The sweet perfume, talcum powder, freshly cut flower, and candied cherry-scented 1999 Clos Vougeot (domaine) is a chewy-textured, medium to full-bodied wine. This dense ("This is the densest wine we produced in 1999," said Pierre-Henri Gagey), powerful, and intense wine has loads of blackberry and cassis liqueur-like fruit that is intermingled with magnificently sweet tannin. Its impressively long finish reveals additional layers of candied fruits...92-95." WA 6/01.
1673    12 bottles                        per lot $550-750


**Chambertin Clos de Beze Faiveley 1999**
*Cote de Nuits, Grand Cru*
*owc*
"Bright full ruby-red. Explosive nose combines cherry, raspberry, minerals, flowers and game; at once expressive and cool. Fat, thick and stuffed with fruit; offers an uncanny combination of sheer volume and texture and great elegance. Finishes with extremely suave tannins and great resounding length and sweetness. This may turn out to be as strong as the outstanding '98...93-95 points." IWC 4/01.
1674    12 bottles                        per lot $1200-1800


**Ruchottes Chambertin Laurent 1999**
*Cote de Nuits, Grand Cru*
*two 6-pack oc*
1675    12 bottles                        per lot $800-1200


**Musigny Vieilles Vignes**
**Comte Georges de Vogue 2000**
*Cote de Nuits, Grand Cru*
"Full red-ruby. Dense, laid-back nose hints at cherry, raspberry, powdered stone, mint and flowers. Wonderfully sweet on entry, then supple and subtle in the middle, with excellent density. Finishes very long, with fairly strong but fine tannins and some noticeable oak..92-95." IWC 3/02.
1676    6 bottles                        per lot $800-1100


**Romanee St Vivant Hudelot Noellat 2001**
*Cote de Nuits, Grand Cru*
1677    12 bottles                        per lot $1300-1800


**Mixed Burgundy**
*signs of old seepage*
• **Pommard Les Rugiens P Rieusset 1985**    (6)
   *Cote de Beaune*
• **Chambertin Vieilles Vignes Trapet 1988** (6)
   *Cote de Nuits, Grand Cru*
1678    above 12 bottles                        per lot $570-770


**Bonnes Mares Bertheau**
*Cote de Nuits, Grand Cru*
• **1988**                                    (6)
   *six wine stained labels, four signs of old seepage*
• **1990**                                    (6)
   *two signs of old seepage*
1679    above 12 bottles                        per lot $700-1100


**Bonnes Mares 1990**
*Cote de Nuits, Grand Cru*
• **Georges Lignier**                          (6)
   *one wine stained label*
• **Louis Jadot**                              (6)
   *two signs of old seepage*
1680    above 12 bottles                        per lot $1000-1400

**Georges Mugneret 1990**
*Cote de Nuits, Grand Cru*
- **Clos de Vougeot** (6)
- **Ruchottes Chambertin** (6)
1681  above 12 bottles                per lot $700-1000


**Gevrey Chambertin**
*Cote de Nuits, Premier Cru*
- **Les Cazetiers Serafin Pere et Fils 1988** (6)
- **Lavaux St Jacques Maume 1991** (6)
1682  above 12 bottles                per lot $450-700


**Bonnes Mares Robert Groffier**
*Cote de Nuits, Grand Cru*
- **1990** (6)
- **1993** (6)
1683  above 12 bottles                per lot $900-1100


**Bonnes Mares Bertheau**
*Cote de Nuits, Grand Cru*
- **1991** (6)
- **1993** (6)
1684  above 12 bottles                per lot $600-900


**Bertheau 1993**
*Cote de Nuits*
- **Bonnes Mares** (6)
  *Grand Cru*
- **Chambolle Musigny Les Amoureuses** (6)
  *Premier Cru*
1685  above 12 bottles                per lot $600-900


**Mixed Cote de Nuits**
*Cote de Nuits, Grand Cru*
- **Mazis Chambertin Maume 1991** (6)
- **Chambertin Clos de Beze**
  **Robert Groffier 1993** (6)
- **Mazis Chambertin Laurent 1993** (3)
1686  above 15 bottles                per lot $1100-1700


**Maume**
- **Charmes Chambertin 1996** (1)
  *Cote de Nuits, Grand Cru*
- **Mazis Chambertin 1996** (2)
  *Cote de Nuits, Grand Cru*
- **Gevrey Chambertin Lavaux**
  **St Jacques 1997** (6)
  *Cote de Nuits, Premier Cru*
- **Mazis Chambertin 1997** (3)
  *Cote de Nuits, Grand Cru*
1687  above 12 bottles                per lot $350-550


**Vosne Romanee Les Beaumonts**
**Dominique Laurent**
*Cote de Nuits, Premier Cru*
*6-pack ocs*
- **1996** (6)
- **1997** (6)
1688  above 12 bottles                per lot $480-700


**Mixed Cote de Nuits**
*two 6-pack oc*
- **Vosne Romanee Aux Brulees**
  **Jean Grivot 1996** (6)
  *Cote de Nuits, Premier Cru*
- **Bonnes Mares**
  **Dominique Laurent 1999** (6)
  *Cote de Nuits, Grand Cru*
1689  above 12 bottles                per lot $800-1100


**Cote de Nuits 1998**
- **Chambolle Musigny Dujac** (5)
- **Griotte Chambertin Rene Leclerc** (3)
  *Grand Cru*
- **Nuits St Georges Les Prulieres**
  **Robert Chevillon** (6)
  *Premier Cru*
1690  above 14 bottles                per lot $420-650


## WHITE BURGUNDY

**Chassagne Montrachet Les Ruchottes**
**Domaine Ramonet 1987**
*Cote de Beaune, Premier Cru*
1691  12 bottles                per lot $500-700

**Chassagne Montrachet Les Ruchottes Domaine Ramonet 1988**
*Cote de Beaune, Premier Cru*
*two signs of old seepage, oc*
1692  12 bottles                          per lot $600-850

**Meursault Perrieres Domaine Leroy 1990**
*Cote de Beaune, Premier Cru*
*two signs of old seepage*
1693  6 bottles                          per lot $800-1200

**Batard Montrachet Domaine Ramonet 1991**
*Cote de Beaune, Grand Cru*
1694  6 bottles                          per lot $600-850

**Chassagne Montrachet Les Ruchottes Domaine Ramonet 1991**
*Cote de Beaune, Premier Cru*
*oc*
*Parcel: lots 1695-1696*
1695  12 bottles                         per lot $420-650
1696  12 bottles                         per lot $420-650

**Batard Montrachet Niellon 1993**
*Cote de Beaune, Grand Cru*
1697  3 bottles                          per lot $480-650

**Chassagne Montrachet Les Ruchottes Domaine Ramonet 1993**
*Cote de Beaune, Premier Cru*
*three signs of old seepage, oc*
1698  12 bottles                         per lot $650-950

**Chevalier Montrachet Colin-Deleger 1993**
*Cote de Beaune, Grand Cru*
1699  6 bottles                          per lot $300-450

**Chevalier Montrachet Niellon 1993**
*Cote de Beaune, Grand Cru*
1700  3 bottles                          per lot $450-600

**Meursault Les Charmes Francois Jobard 1993**
*Cote de Beaune, Premier Cru*
1701  6 bottles                          per lot $260-350

**Chassagne Montrachet Les Ruchottes Domaine Ramonet 1994**
*Cote de Beaune, Premier Cru*
*oc*
1702  12 bottles                         per lot $400-600

**Chassagne Montrachet La Vide Bourse Bernard Morey 1995**
*Cote de Beaune, Premier Cru*
1703  12 bottles                         per lot $260-380

**Chevalier Montrachet Domaine Leflaive 1995**
*Cote de Beaune, Grand Cru*
"The Chevalier Montrachet is spectacular. Racy, floral, fresh, and engaging on the nose, the wine's awesome entry is filled with intense flavors of minerals and toasted apricots. Silky-textured, full-bodied, classy, and refined, this wine should not be touched for 6 years; enjoy it over the following 10-15 years...94-97." WA 4/97.
1704  6 bottles                          per lot $1800-2400

**Corton Charlemagne M Juillot 1995**
*Cote de Beaune, Grand Cru*
1705  3 magnums (1.5L)                    per lot $320-420

**Montrachet Bouchard 1995**
*Cote de Beaune, Grand Cru*
*three signs of old seepage*
1706  6 bottles                          per lot $900-1200

**Montrachet Remoissenet 1995**
*Cote de Beaune, Grand Cru*
*oc*
1707  12 bottles                         per lot $1300-1800

**Corton Charlemagne Bouchard
Pere et Fils 1996**
*Cote de Beaune, Grand Cru*
*owc*
1708    12 bottles                           per lot $600-800


**Chassagne Montrachet Ruchottes
Domaine Ramonet 1997**
*Cote de Beaune, Premier Cru*
*Parcel: lots 1709-1710*
1709    12 bottles                   per lot $600-950
1710    12 bottles                   per lot $600-950


**Batard Montrachet Sauzet 1998**
*Cote de Beaune, Grand Cru*
*oc*
1711    12 bottles                   per lot $850-1200


**Batard Montrachet
Domaine Ramonet 1998**
*Cote de Beaune, Grand Cru*
*two 6-pack owc*
"...Strong on the attack, then quite harmonious
and fine in the middle palate, with ripe citrus
and mineral flavors and a distinct floral nuance.
Finishes stony and long, with a faint menthol
note that Ramonet says comes from the fining
with casein and bentonite, which enables the
domain to do a lighter filtration...92." IWC 10/00.
1712    12 bottles                   per lot $1000-1600


**Bienvenues Batard Montrachet
Domaine Ramonet 1998**
*Cote de Beaune, Grand Cru*
*two 6-pack owc*
1713    12 bottles                   per lot $1000-1600


**Corton Charlemagne M Juillot**
*Cote de Beaune, Grand Cru*
• **1989**                                        (5)
• **1995**                                        (6)
1714    above 11 bottles             per lot $550-700


**Corton Charlemagne Tollot-Beaut**
*Cote de Beaune, Grand Cru*
• **1993**                                        (6)
• **1995**                                        (6)
1715    above 12 bottles             per lot $750-1100


**Chassagne Montrachet
Les Ruchottes Domaine Ramonet**
*Cote de Beaune, Premier Cru*
• **1991**                                        (6)
• **1994**                                        (6)
1716    above 12 bottles             per lot $400-600


**Chassagne Montrachet**
*Cote de Beaune*
• **La Romanee P Pillot 1990**            (3)
• **Les Chaumees Clos de la Truffiere
   P Jouard 1995**                          (6)
1717    above 9 bottles              per lot $380-550


**Puligny Montrachet 1995**
*Cote de Beaune*
• **Demoiselle Francois Colin**           (6)
   *Premier Cru*
• **La Truffiere Bernard Morey et Fils**  (6)
1718    above 12 bottles             per lot $750-1000


## RHONE

**Chateauneuf du Pape Chateau Rayas
Reserve J Reynaud 1989**
*Rhone*
*2cm or better, wine stained labels, two signs of old
seepage*
"The 1989 Rayas is finally beginning to live up to
its immense potential. The color is a dense ruby/
purple. The aromatics, which have consistently
been tight and reserved, are beginning to reveal
some of the framboise and black cherry liqueur-
like scents for which this hallowed estate is
known. Extremely full-bodied, powerful, and rich,
with lots of tannin, muscle, and extract, the colos-
sal-sized, tightly-knit 1989 is bursting at its seams.
It requires another 3-5 years of cellaring. This is a
prodigious Rayas that is just beginning to strut its
stuff...98." WA 6/00.
1719    3 bottles                    per lot $800-1100

**Chateauneuf du Pape Chateau Rayas Reserve J Reynaud 1990**
*Rhone*
*2cm or better*
"...it would be a shame to go through life without tasting this wine...Dark ruby/purple-colored, with an over-ripe nose of black cherry jam, kirsch liqueur, raspberries and minerals...The massive alcohol is well-concealed by the wine's spectacular extract and density. Low in acidity... it is ideal for consuming now and over the next 10-15+ years. The quintessential Rayas, it is one of the most hedonistic and compelling wines ever made....100." WA 6/00.

1720  12 bottles                      per lot $4800-7000

**Hermitage JL Chave**
*Rhone*
• 1982                                    (3)
• 1983                                    (3)
• 1985                                    (3)
1721  above 9 bottles              per lot $800-1100

**Hermitage JL Chave**
*Rhone*
• 1988                                    (3)
  *signs of old seepage*
• 1989                                    (3)
1722  above 6 bottles              per lot $700-1100

**Hermitage JL Chave**
*Rhone*
• 1990                                    (3)
• 1991                                    (3)
1723  above 6 bottles              per lot $1100-1700

**Hermitage JL Chave**
*Rhone*
• 1986                                    (3)
• 1994                                    (3)
1724  above 6 bottles              per lot $320-480

**Hermitage JL Chave**
*Rhone*
• 1990                          magnums (3)
• 1994                          magnums (3)
1725  above 6 magnums (1.5L)   per lot $1900-2800

**Hermitage La Chapelle Jaboulet 1990**
*Rhone*
"There is extraordinary freshness for such a mammoth wine in addition to abundant tannin, an amazing 60-second finish, and a level of glycerin and thick, fleshy texture that have to be tasted to be believed...100." WA 6/00.

1726  6 bottles                      per lot $1200-1800

**Hermitage Blanc JL Chave**
*Rhone*
• 1984                                    (3)
• 1985                                    (3)
• 1990                                    (3)
• 1994                                    (3)
1727  above 12 bottles            per lot $950-1400

## GERMANY

**Riesling Eiswein Oherwefeler Romerfrug GoldKap Weiler Weinversand 1983**
*Mosel*
1728  6 bottles                      per lot $700-1000

**Riesling Eiswein Bretzenheimer Pastorei Schloss Plettenberg 1983**
*Mosel*
*seven signs of old seepage*
1729  12 bottles                    per lot $1400-2000

**Rieslilng Eiswein Nierfleiner Kranzberg Goldkap Dr. Senften 1983**
*Mosel*
1730  12 half-bottles (375ml)     per lot $950-1400

**Riesling Eiswein Obermmeler GoldKap Hutte Van Hovel 1983**
*Mosel*
1731  6 bottles                      per lot $450-650

**Riesling Beerenauslese Brauneberger GoldKap Juffer-Sonnenuhr Fritz Haag 1985**
*Mosel*
*one 6-pack owc*
1732  9 half-bottles (375ml)      per lot $600-800



Lots 1728, 1730

## ITALY

**Brunello di Montalcino Riserva Altesino 1990**
*Tuscany*
"The 1990 Riserva exhibits a broodingly deep garnet/plum color, sweet aromas of tobacco, chocolate, herbs, and dried cherries, full body, outstanding depth, and an impressive, yet tannic finish. Give it 5/6 years of cellaring. Anticipated maturity: 2000-2015…91." WA 4/96.

1733   12 bottles                    per lot $900-1200

**Brunello di Montalcino Montosoli Altesino 1990**
*Tuscany*
oc
"One of 'the' greatest Brunellos ever made. Very muscular with loads of polished tannins and fruit. Full-bodied and powerful, boasting gravel, mineral and berry character. Needs time. Best after 2000…98." WS 10/95.

1734   12 bottles                    per lot $1200-1800

**Brunello di Montalcino Montosoli Altesino 1990**
*Tuscany*

1735   3 magnums (1.5L)             per lot $600-900

**Brunello di Montalcino Campogiovanni 1990**
*Tuscany*
owc

1736   3 magnums (1.5L)             per lot $380-500

**Brunello di Montalcino Vigna del Quercione Riserva Campogiovanni 1990**
*Tuscany*

1737   12 bottles                    per lot $1000-1500

**Brunello di Montalcino Vigna di Pianrosso Ciacci Piccolomini d'Aragona 1990**
*Tuscany*

1738   6 bottles                     per lot $700-1000

**Brunello di Montalcino Vigna di Pianrosso Ciacci Piccolomini d'Aragona 1990**
*Tuscany*
oc

1739   12 bottles                    per lot $1400-2000

**Brunello di Montalcino Costanti 1990**
*Tuscany*

1740   12 bottles                    per lot $550-800

**Brunello di Montalcino Riserva Constanti 1990**
*Tuscany*

1741   12 bottles                    per lot $700-1000

**Brunello di Montalcino Riserva Fattoria dei Barbi 1990**
*Tuscany*
oc

1742   12 bottles                    per lot $600-900

**Brunello di Montalcino Schiena d'Asino Mastrojanni 1990**
*Tuscany*
two 6-pack oc

1743   12 bottles                    per lot $950-1400

**Brunello di Montalcino Riserva Poggione 1990**
*Tuscany*

1744   11 bottles                    per lot $550-850

**Brunello di Montalcino Pertimali Livio Sassetti 1990**
*Tuscany*

1745   12 bottles                    per lot $1000-1500

**Brunello di Montalcino Riserva Vasco Sassetti 1990**
*Tuscany*
two 6-pack oc

1746   12 bottles                    per lot $900-1200

**BRUNELLO DI MONTALCINO SASSELLO II POGGIOLO 1990**
*Tuscany*
oc
1747   12 bottles                         per lot $1100-1500

**BRUNELLO DI MONTALCINO CASE BASSE SOLDERA 1990**
*Tuscany*
1748   6 bottles                          per lot $1400-2000

**BRUNELLO DI MONTALCINO 1990**
*Tuscany*
• FRIGGIALI                                          (6)
• PIAN DI CONTE PIERO TALENTI                        (6)
1749   above 12 bottles                  per lot $650-850

**BRUNELLO DI MONTALCINO 1990**
*Tuscany*
• LA CASA CAPARZO                                    (6)
• SIRO PACENTI                                       (6)
1750   above 12 bottles                 per lot $850-1200

**BRUNELLO DI MONTALCINO 1990**
*Tuscany*
• RISERVA ARGIANO                                    (6)
• UGOLAIA LISINI                                     (6)
1751   above 12 bottles                per lot $1100-1500

**BRUNELLO DI MONTALCINO PACENTI**
*Tuscany*
• 1993                                               (6)
• 1995                                               (6)
1752   above 12 bottles                  per lot $380-550

**BRUNELLO DI MONTALCINO**
*Tuscany*
oc
• CIACCI PICCOLOMINI D'ARAGONA 1993                  (6)
• FOSSACOLLE 1997                                    (6)
1753   above 12 bottles                  per lot $500-750

**SASSICAIA TENUTA SAN GUIDO 1985**
*Tuscany*
*bottom neck or better*
"Exceptionally dense, concentrated, and full-bodied, this wine possesses layers of concentrated fruit that are beautifully balanced by the wine's sweet tannin and well-integrated acidity. The finish lasts for nearly a minute. A monumental Cabernet Sauvignon, it is one of the greatest wines made this century… What a wine!…100." WA 2/97.
1754   6 bottles                        per lot $4000-6000

**SASSICAIA TENUTA SAN GUIDO 1988**
*Tuscany*
*bottom neck or better*
"Consider this the hallmark of this style. Incredibly intense fruit character. A thick and powerful, full-bodied wine, with a bounty of pepper and berry flavors, full tannins and a long-lasting finish.— Super Tuscan retrospective…98." WS
1755   6 bottles                        per lot $1100-1500

**SASSICAIA TENUTA SAN GUIDO 1990**
*Tuscany*
*bottom neck or better, oc*
"The 1990 Sassicaia appears to be the finest wine made at this estate since the nearly perfect 1985. It boasts a saturated purple, almost bluish color, and a sensational yet unevolved and youthful aromatic profile of sweet, nearly over-ripe blackcurrants, cedar, tobacco, and toasty new oak…94." WA 10/94.
1756   6 bottles                        per lot $1200-1800

**SOLAIA ANTINORI 1988**
*Tuscany*
*top shoulder or better*
1757   6 bottles                         per lot $600-900

**GUADO AL TASSO ANTINORI 1995**
*Tuscany*
*6-pack oc*
"California Zinfandel lovers will go bonkers for this. Very ripe… provocative aromas of crushed berry, smoke and raisin. Full-bodied, very round and smooth, with a juicy-fruity aftertaste." WS 12/98.
1758   6 bottles                         per lot $240-350

### ORNELLAIA 1995
*Tuscany*
*owc*
"A wine that emphasizes finesse rather than
power. Plenty of dried herb and berry character,
with a hint of mint. Medium- to full-bodied, with
velvety tannins and a long, long finish. Greatest
Ornellaia in years." WS 12/98.

1759    12 bottles                    per lot $700-1000

### BAROLO BUSSIA ROCHE PARUSSO 1996
*Piedmont*
*owc*
"A full-bodied, powerful Barolo that possesses
superb richness, a multidimensional personality,
and a boatload of tannin, this is Parusso's biggest,
most concentrated 1996...92-94." RP

1760    3 magnums (1.5L)              per lot $350-550

### MONTIANO FALESCO 1997
*Umbria*
*two 6-pack oc*
...fabulous. It displays multiple layers that build
in the mouth, exploding at the back of the pal-
ate. From its opaque purple color, the huge sweet
notes of chocolate, smoke, black fruits, and toast
satiate the olfactory senses, yet please the mind's
intellectual yearnings. Pure and powerful, yet bril-
liantly knit together...this sensational wine is one
of the finest Merlots made in Italy... 96." WA 8/99.

1761    12 bottles                   per lot $550-800

### LE PERGOLE TORTE MONTE VERTINE 1997
*Tuscany*
*owc*
"Class in a glass. Dark ruby color. Aromas of black-
berries, mineral, grilled meat follow through to
a full-bodied, very tight tannin structure, with a
chewy finish. Best after 2003...93." WS

1762    12 bottles                   per lot $600-900

### MIXED ITALIAN WINES
*Tuscany*
• IL PARETO NOZZOLE 1988                      (6)
• PRUNAIO VITICCIO 1990                       (6)
  *oc*
1763    above 12 bottles             per lot $450-650

### ITALIAN WINES 1990
*Tuscany*
• GUADO AL TASSO ANTINORI                     (6)
  *oc*
• LE PERGOLE TORTE RISERVA
  MONTE VERTINE                               (6)
1764    above 12 bottles             per lot $1100-1500

### VIGNA L'APPARITA CASTELLO DI AMA
*Tuscany*
*two 6-pack oc*
• 1993                                        (6)
• 1994                                        (6)
1765    above 12 bottles             per lot $550-800

## PORT

### GRAHAM 1963
*Douro*
*bottom neck or better, missing label, capsules stamped
graham 1963, five signs of old seepage*
"This is a monumental wine with a great balance
of fruit and tannin. Medium ruby with a garnet
edge, enticing nose of bitter chocolate and plums,
full-bodied, with chocolate and raspberry flavors,
medium tannins and a very long finish...97." WS
1989.

1766    10 bottles                   per lot $1300-1800

### WARRES 1963
*Douro*
*bottom neck or better, one bin-soiled label, four
chipped wax capsules*
1767    6 magnums (1.5L)             per lot $1200-1800

### TAYLOR FLADGATE 1983
*Douro*
*bottom neck or better, two wine stained labels, four
signs of old seepage*
1768    12 bottles                   per lot $400-600

## CALIFORNIA

### Dominus Estate 1983
*Napa Valley*
owc
"Only 2,100 cases were produced of the debut vintage of Dominus...It gives every sign of shedding its tannins and having the requisite extraction of fruit and concentration for future harmony. It is unquestionably among the finest 1983 California Cabernet Sauvignon-based wines." WA 8/92.
1769    6 bottles                        per lot $240-350

### Dominus Estate 1989
*Napa Valley*
owc
"The 1989 is undoubtedly the Cabernet Sauvignon of the vintage. The color is a dark ruby/purple and the nose offers up sweet, fragrant scents of black fruits, cedar, herbs, and spicy wood.  In the mouth, there is extraordinary concentration, medium to full body, and an authoritatively rich, lingering finish...92." WA 10/93.
1770    6 magnums (1.5L)              per lot $500-700
1771    one 6 liter (6L)              per lot $450-600

### Dominus Estate 1990
*Napa Valley*
owc
"In a blind tasting, both the 1990 and 1991 wines were identified as being French by all eight tasters. I pulled these wines from my cellar to insert as ringers, so I was particularly miffed at not getting their origin correct. I mistakenly thought the 1990 was a Medoc, with its cedary, spicy, tobacco, blackcurrant-scented nose, sweet, full-bodied flavors, high tannin, and low acidity... 95." WA 2/97.
1772    one 6 liter (6L)              per lot $800-1100

### Dominus Estate 1991
*Napa Valley*
owc
"The wine is extremely concentrated, opulently-textured, and voluptuous, with huge reserves of juicy fruit. It is a marvelous Pomerol-like wine of exceptional purity and harmony...98." WA 02/97.
1773    2 magnums (1.5L)              per lot $420-600

### Dominus Estate 1992
*Napa Valley*
owc
"...an opulent, opaquely concentrated wine with great ripeness of fruit, and a huge nose of earth, black-cherries, mocha, and herbs. Full-bodied, with a layered, multidimensional personality, adequate acidity, and a super finish...97." WA 6/95.
1774    6 bottles                        per lot $450-600

### Dominus Estate 1992
*Napa Valley*
two 3-pack owc
1775    6 magnums (1.5L)              per lot $800-1100

### Dominus Estate 1994
*Napa Valley*
"Christian Moueix and his talented winemaking team continue to rewrite the definition of a Napa Valley reference point wine... strikingly thick, compellingly rich wine with the texture of a great Pomerol... has the potential to last for 30+ years...99." WA 12/97.
1776    3 magnums (1.5L)              per lot $750-1100

---

## CALIFORNIA SELECTIONS PURCHASED ON RELEASE

**All Wines Purchased Direct From The Wineries And Placed Into Professional Storage.**

## CALIFORNIA

### Bryant Family Vineyards
### Cabernet Sauvignon 2001
*Napa Valley*
1777    6 bottles                        per lot $1200-1800

### Dalla Valle Vineyards
### Cabernet Sauvignon 1994
*Napa Valley*
1778    6 bottles                        per lot $480-650

**Harlan Estate 2000**
*Napa Valley*
*owc*
1779  6 bottles                    per lot $1200-1800
1780  2 magnums (1.5L)             per lot $800-1200

**Harlan Estate The Maiden 2000**
*Napa Valley*
*owc*
1781  6 bottles                    per lot $400-600

**Marcassin Pinot Noir**
**Blue Slide Ridge Vineyard 1999**
*Sonoma Coast*
1782  6 bottles                    per lot $1800-2600

**Marcassin Pinot Noir**
**Marcassin Vineyard 1999**
*Sonoma Coast*
*Parcel: lots 1783-1784*
1783  5 bottles                    per lot $1100-1600
1784  5 bottles                    per lot $1100-1600

**Mixed California Wines**
• **Spottswoode**
  **Cabernet Sauvignon 2001**    magnums (2)
  *Napa Valley*
• **Peter Michael Les Pavots**
  **Red 2001**                            (3)
  *Sonoma*
• **Peter Michael Les Pavots**
  **Red 2001**                     magnum (1)
  *Sonoma*
• **Peter Michael Belle Cote**
  **Chardonnay 2002**              magnum (1)
  *Sonoma*
• **Peter Michael Carriere**
  **Chardonnay 2002**              magnum (1)
  *Sonoma*
1785  above 3 bottles &
      5 magnums (1.5L)             per lot $700-1000

**Peter Michael Les Pavots Red 2001**
*Sonoma*
1786  12 bottles                   per lot $700-1100

**Pride Mountain Vineyards Reserve 2001**
*Napa Valley*
• **Cabernet Sauvignon**                  (6)
• **Claret**                              (3)
1787  above 9 bottles              per lot $1400-2000

**Sine Qua Non Midnight Oil 2001**
*Ventura*
*Parcel: lots 1788-1789*
1788  6 bottles                    per lot $1100-1500
1789  6 bottles                    per lot $1100-1500

**Sine Qua Non**
*Ventura*
• **Mr. K. The Nobleman Botrytis**
  **Viognier 2000**                       (2)
• **The Straw Man Semillon**
  **Vin de Paille 2000**          half-bottle (1)
• **Ventriloquist 2001**                  (4)
1790  above 1 half-bottle (375ml) &
      6 bottles                    per lot $650-900

**Spottswoode Cabernet Sauvignon 2001**
*Napa Valley*
1791  12 bottles                   per lot $650-950



**FINEST CALIFORNIA RED WINE INCLUDING
FIVE VINTAGES OF SCREAMING EAGLE**

**Purchased On Release And Removed From
Ideal Climate-Controlled Storage**

## CALIFORNIA

### Araujo Estate

"Daphne and Bart Araujo have fulfilled all the
expectations of Eisele Vineyard Cabernet fans.
They have taken one of the greatest Cabernet
vineyards of Napa Valley and, with the help
of consultant Tony Soter, have fashioned a
consistently great wine. There are 36 acres in
production, with the Araujos estate bottling
3,000 cases (40% of the production is sold each
year…Beginning with 1994, the Araujos decided
to reduce the percentage of new oak to 75%. Some
Cabernet Franc (usually 4%-6%) and Petit Verdot
(usually 3%-4%) are blended with the Cabernet
Sauvignon." WA 12/95.

### Araujo Estate Cabernet Sauvignon
### Eisele Vineyard
*Napa Valley*
| | | |
|---|---|---|
| • 1994 | | (3) |
| • 1994 | magnum | (1) |
| 1792 | above 3 bottles & | |
| | 1 magnum (1.5L) | per lot $900-1300 |

### Araujo Estate Cabernet Sauvignon
### Eisele Vineyard
*Napa Valley*
| | | |
|---|---|---|
| • 1995 | | (3) |
| • 1995 | magnum | (1) |
| 1793 | above 3 bottles & | |
| | 1 magnum (1.5L) | per lot $800-1200 |

### Araujo Estate Cabernet Sauvignon
### Eisele Vineyard
*Napa Valley*
| | | |
|---|---|---|
| • 1996 | | (3) |
| • 1996 | magnum | (1) |
| 1794 | above 3 bottles & | |
| | 1 magnum (1.5L) | per lot $750-1100 |

### Araujo Estate Cabernet Sauvignon
### Eisele Vineyard
*Napa Valley*
| | | |
|---|---|---|
| • 1997 | | (3) |
| • 1997 | magnum | (1) |
| 1795 | above 3 bottles & | |
| | 1 magnum (1.5L) | per lot $800-1200 |

### Araujo Estate Cabernet Sauvignon
### Eisele Vineyard
*Napa Valley*
| | | |
|---|---|---|
| • 1998 | | (2) |
| • 1998 | magnum | (1) |
| 1796 | above 2 bottles & | |
| | 1 magnum (1.5L) | per lot $320-500 |

### Araujo Estate Cabernet Sauvignon
### Eisele Vineyard
*Napa Valley*
*owc*
| | | |
|---|---|---|
| • 1999 | magnum | (1) |
| • 2000 | magnum | (1) |
| 1797 | above 2 magnums (1.5L) | per lot $400-600 |

### Araujo Estate Syrah Eisele Vineyard
*Napa Valley*
| | | |
|---|---|---|
| • 1995 | | (1) |
| • 1996 | | (3) |
| • 1998 | | (3) |
| • 1999 | | (2) |
| • 2000 | | (2) |
| 1798 | above 11 bottles | per lot $1000-1500 |

### Bond Estate Cabernet Sauvignon
*Napa Valley*
*1999s in one 2-pack owc and 2000s in one 4-pack owc*
| | | |
|---|---|---|
| • **Melbury 1999** | | (1) |
| • **Vecina 1999** | | (1) |
| • **Melbury 2000** | | (2) |
| • **Vecina 2000** | | (2) |
| 1799 | above 6 bottles | per lot $650-950 |

### Bryant Family Vineyards
### Cabernet Sauvignon 2001
*Napa Valley*
| | | |
|---|---|---|
| 1800 | 4 bottles | per lot $800-1200 |

**Mixed California Wines**
*Napa Valley*
- **Caymus Vineyards Cabernet Sauvignon Special Selection 1976**    magnum (1)
  *bottom neck*
- **Stag's Leap Wine Cellars Cask 23 1985**    (1)
- **Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1992**    (1)
- **Harlan Estate The Maiden 1996**    (1)

1801  above 3 bottles &
1 magnum (1.5L)    per lot $850-1300

### Dunn Vineyards

"Having closely followed Dunn's Cabernet Sauvignons since the debut 1979 vintage, it is remarkable how consistent these wines have been...The wines are always impressive for their strength, massive body, and highly extracted blackcurrant fruit...Dunn remains one of California's superstar Cabernet Sauvignon producers." WA 12/94.

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1984**    (9)
- **1985**    (5)

1802  above 14 bottles    per lot $700-1100

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1986**    (6)
- **1987**    (8)

1803  above 14 bottles    per lot $600-900

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1988**    (9)
- **Howell Mountain 1988**    (5)

1804  above 14 bottles    per lot $420-650

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1989**    (10)
- **Howell Mountain 1989**    (7)

1805  above 17 bottles    per lot $700-1000

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1990**    (9)
- **1991**    (9)

1806  above 18 bottles    per lot $700-1100

**Dunn Vineyards Cabernet Sauvignon**
*Napa Valley*
- **1992**    (7)
- **1994**    (9)

1807  above 16 bottles    per lot $650-950

**Dunn Vineyards Cabernet Sauvignon 1993**
*Napa Valley*
1808  12 bottles    per lot $480-700

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1984**
*Howell Mountain*
1809  6 bottles    per lot $450-650

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1985**
*Howell Mountain*
1810  7 bottles    per lot $500-750

**Dunn Vineyards Cabernet Sauvignon Howell Mountain**
*Howell Mountain*
- **1986**    (2)
- **1987**    (8)

1811  above 10 bottles    per lot $700-1100

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1990**
*Howell Mountain*
1812  7 bottles    per lot $500-750

**Dunn Vineyards Cabernet Sauvignon Howell Mountain 1991**
*Howell Mountain*
1813  9 bottles    per lot $600-900

**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1992**
*Howell Mountain*
1814    10 bottles                        per lot $650-950


**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1993**
*Howell Mountain*
1815    10 bottles                        per lot $500-750


**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1994**
*Howell Mountain*
1816    11 bottles                        per lot $700-1100


**Grace Family Vineyard 29
Cabernet Sauvignon**
*Napa Valley*
• 1993                                          (4)
• 1994                                          (4)
1817    above 8 bottles                per lot $650-950


**Grace Family Vineyard 29
Cabernet Sauvignon**
*Napa Valley*
*6-pack ocs*
• 1995                                          (6)
• 1996                                          (6)
1818    above 12 bottles              per lot $750-1200


**Grace Family Vineyard 29
Cabernet Sauvignon 1997**
*Napa Valley*
1819    6 bottles                          per lot $500-750


**Vineyard 29 Cabernet Sauvignon 2000**
*Napa Valley*
*6-pack oc*
1820    6 bottles                          per lot $300-450


**Harlan Estate**
"Proprietor Bill Harlan, his winemaker, Bob Levy, and consultant, Frenchman Michel Rolland continue to produce what may be the single most profound wine in California. This wine possesses all the elements of greatness - individuality, power combined with elegance, extraordinary complexity, remarkable aging potential, and compelling richness without ponderousness. The vintages produced to date give signs of improving in the bottle for 20-30+ years." WA 12/98.


**Harlan Estate 1994**
*Napa Valley*
owc
"What can I say about the 1994? I have tasted the wine for three consecutive years, and each time it satisfied all of my requirements for perfection... Harlan's 1994 comes close to immortality in the glass...100." WA 12/97.
1821    6 bottles                          per lot $2800-4000


**Harlan Estate 1996**
*Napa Valley*
owc
"The opaque purple-colored 1996 Harlan Estate reveals extraordinary intensity, a spicy, black currant, tobacco, cedar, and fruit cake-scented bouquet, full body, a texture oozing with glycerin and concentrated fruit, and moderate tannin in the blockbuster finish.  It is one of the most concentrated and complete red wines one could hope to taste... 98." WA 1/00.
1822    3 bottles                          per lot $900-1300


**Harlan Estate 1997**
*Napa Valley*
owc
"The 1997 Harlan Estate is one of the greatest Cabernet Sauvignon-based wines I have ever tasted. A blend of 80% Cabernet Sauvignon, with the rest Merlot and Cabernet Franc, this enormously-endowed, profoundly rich wine must be tasted to be believed. The finish exceeds one minute...100." WA 12/00.
1823    6 bottles                          per lot $2800-4000

**HARLAN ESTATE 1998**
*Napa Valley*
*owc*
"There are only 1,100 cases, and it is the first
Harlan Estate to be composed of 100% Cabernet
Sauvignon...In the mouth, it is seamless, full-bod-
ied, with an unctuous texture, gorgeously sweet
tannin, and layer upon layer of concentration. This
is a tour de force in winemaking...95." WA 12/00.
1824   3 bottles                           per lot $600-900

**HARLAN ESTATE 1999**
*Napa Valley*
*owc*
"Enormously complex, rich and concentrated,
with layers of currant, black cherry, blackberry
and chocolate-mocha flavors that are intense and
focused, finishing with a long, detailed aftertaste
that keeps revealing extra facets of flavor and
depth...97." WS 11/02.
1825   6 bottles                          per lot $1500-2200

**HARLAN ESTATE 2000**
*Napa Valley*
*owc*
1826   6 bottles                          per lot $1200-1800

**HARLAN ESTATE THE MAIDEN**
*Napa Valley*
*1995 and 1996 together in 3-pack owc, all others in*
*3-pack owc*
• 1995                                          (1)
• 1996                                          (2)
• 1997                                          (3)
• 1998                                          (3)
• 1999                                          (3)
1827   above 12 bottles                   per lot $1000-1500

**HARTWELL STAG'S LEAP GRACE VINEYARD**
**CABERNET SAUVIGNON**
*Stag's Leap District*
• 1991                                          (3)
• 1992                                          (3)
• 1993                                          (3)
   *3-pack owc*
1828   above 9 bottles                    per lot $500-750

**HARTWELL STAG'S LEAP GRACE VINEYARD**
**CABERNET SAUVIGNON**
*Stag's Leap District*
• 1994                                          (2)
• 1996                               magnum (1)
   *one owc*
• 1997                                          (3)
   *3-pack owc*
1829   above 5 bottles &
1 magnum (1.5L)                           per lot $450-700

**LAUREL GLEN ESTATE**
**CABERNET SAUVIGNON 1986**
*Sonoma*
*bottom neck, owc*
1830   one 12 liter (12L)                 per lot $480-700

**CHATEAU MONTELENA CABERNET SAUVIGNON**
**ESTATE 1991**
*Napa Valley*
*crowned capsule*
1831   1 double magnum (3L)               per lot $300-450

**MORAGA CABERNET SAUVIGNON**
*Bel Air*
• 1989                                          (2)
• 1990                                          (4)
• 1991                                          (5)
• 1992                                          (2)
1832   above 13 bottles                   per lot $500-750

**MORAGA CABERNET SAUVIGNON**
*Bel Air*
• 1993                                          (5)
• 1994                                          (6)
   *6-pack owc*
• 1995                                          (3)
1833   above 14 bottles                   per lot $600-900

**OPUS ONE**
*Napa Valley*
• 1985                                          (1)
• 1986                                          (1)
• 1987                                          (1)
   *top shoulder*
• 1990                                          (3)
   *one sign of seepage*
1834   above 6 bottles                    per lot $650-950

**Screaming Eagle**

"As I have tried so hard to articulate in past reviews, what makes these wines so stunning is the black currant/cassis fruit. Screaming Eagle may be the most extravagantly pure and rich expression of cassis one can find … short of drinking cassis liqueur. There is an unbelievable purity to these wines, as well as phenomenal concentration and richness, yet in no sense are they heavy, ponderous, or out of balance." WA 12/98

**Screaming Eagle Cabernet Sauvignon 1996**
*Napa Valley*
owc
"…lots of structure, an opaque purple color, and the hallmark blackberry and cassis liqueur-like notes. Silky-textured, fabulously-concentrated, and gorgeously-balanced, it has every component part - acidity, alcohol, tannin, and extract - flawlessly presented…98." WA 1/00.

| 1835 | 3 bottles | per lot $2400-4000 |
|------|-----------|--------------------|

**Screaming Eagle Cabernet Sauvignon 1997**
*Napa Valley*
owc
"It doesn't get any better than 1997 Cabernet Sauvignon, a perfect wine…this full-bodied, multi-dimensional classic is fabulous, with extraordinary purity, symmetry, and a finish that lasts for nearly a minute…100." WA 1/00.

| 1836 | 3 bottles | per lot $3000-4500 |
|------|-----------|--------------------|

**Screaming Eagle Cabernet Sauvignon 1998**
*Napa Valley*
owc
"… has turned out even better that I thought last year. It boasts a saturated ruby/purple color in addition to an expressive bouquet of cassis, minerals, and smoke. This multi-textured, round wine exhibits sweet, well-integrated tannin, a great mid-palate and finish, as well as spectacular purity and palate presence…94." WA 12/00.

| 1837 | 3 bottles | per lot $1600-2200 |
|------|-----------|--------------------|

**Screaming Eagle Cabernet Sauvignon 1999**
*Napa Valley*
owc
"…boasts an opaque purple color along with a gorgeously pure nose of creme de cassis, charcoal, and floral characteristics. The wine is opulent, dense, and rich, with exceptional purity, a viscous texture, and impressive underlying tannin that frames its large but elegant personality. Not surprisingly, this is a candidate for the wine of the vintage…97." WA 8/02.

| 1838 | 3 bottles | per lot $2200-3200 |
|------|-----------|--------------------|

**Screaming Eagle Cabernet Sauvignon 2001**
*Napa Valley*
owc

| 1839 | 3 bottles | per lot $2200-3200 |
|------|-----------|--------------------|

**Silver Oak Cellars Cabernet Sauvignon**
*Napa Valley*

| | • 1987 | double magnum (1) |
|--|--------|-------------------|
| | owc | |
| | • Bonnys Vineyard 1991 | magnum (1) |
| 1840 | above 1 magnum (1.5L) & | |
| | 1 double magnum (3L) | per lot $500-750 |

**Sine Qua Non Marsanne Onadham Paltrom 1996**
*California*

| 1841 | 2 bottles | per lot $200-300 |
|------|-----------|------------------|

**Sine Qua Non**
*California*
oc

| | • Red Handed 1995 | (1) |
|--|-------------------|-----|
| | • The Other Hand Syrah 1995 | (3) |
| | • Syrah Against The Wall 1996 | (2) |
| 1842 | above 6 bottles | per lot $950-1300 |

**Steltzner Stag's Leap Cabernet Sauvignon 1987**
*Napa Valley*
top shoulder

| 1843 | one 6 liter (6L) | per lot $240-400 |
|------|------------------|------------------|

**TURLEY WINE CELLARS**

"These are Zinfandels of such singular character and greatness that they truly establish new benchmarks for this varietal." WA 12/96

**TURLEY WINE CELLARS**
*Napa Valley*
- **ZINFANDEL DUARTE VINEYARD 1996** (1)
- **CHARBONO TOFANELLI VINEYARD 1997** (1)
- **ZINFANDEL BLACK SEARS VINEYARD 1997** (1)
- **ZINFANDEL DOGTOWN VINEYARD 1997** (2)
- **ZINFANDEL DUARTE VINEYARD 1997** (1)
- **ZINFANDEL GRIST 1997** (1)
- **ZINFANDEL MOORE EARTHQUAKE VINEYARD 1997** (2)
- **ZINFANDEL TOFANELLI VINEYARD 1997** (1)

1844   above 10 bottles              per lot $600-900

**TURLEY WINE CELLARS**
*Napa Valley*
- **ZINFANDEL BLACK SEARS VINEYARD 1996** (1)
- **ZINFANDEL HAYNE VINEYARD 1997** (1)
- **ZINFANDEL MOORE EARTHQUAKE VINEYARD 1997** (1)
- **ZINFANDEL OLD VINES 1997** (1)
- **ZINFANDEL DUARTE VINEYARD 1998** (1)
- **ZINFANDEL MOORE EARTHQUAKE VINEYARD 1998** (1)
- **ZINFANDEL OLD VINES 1998** (1)
- **ZINFANDEL TOFANELLI VINEYARD 1998** (2)
- **CHARBONO TOFANELLI VINEYARD 1999** (1)
- **PETITE SYRAH HAYNE VINEYARD 1999** (1)
- **PETITE SYRAH RATTLESNAKE ACRES 1999** (1)

1845   above 12 bottles              per lot $700-1000

**TURLEY WINE CELLARS ZINFANDEL**
*Napa Valley*
- **DOGTOWN VINEYARD 1998** (2)
- **DUARTE VINEYARD 1998** (1)
- **HAYNE VINEYARD 1998** (1)
- **PRINGLE FAMILY VINEYARD 1998** (1)
- **DOGTOWN VINEYARD 1999** (1)
- **HAYNE VINEYARD 1999** (1)
- **DUARTE VINEYARD 2000** (2)
- **HAYNE VINEYARD 2000** (2)
- **PRINGLE VINEYARD 2000** (1)

1846   above 12 bottles              per lot $650-950

**TURLEY WINE CELLARS ZINFANDEL 1999**
*Napa Valley*
- **DUARTE VINEYARD** (2)
- **ESTATE** (1)
- **GRIST VINEYARD** (1)
- **JUVENILE** (1)
- **MOORE EARTHQUAKE VINEYARD** (1)
- **OLD VINES** (4)
- **PRINGLE FAMILY VINEYARD** (1)
- **TOFANELLI VINEYARD** (1)

1847   above 12 bottles              per lot $600-900

**TURLEY WINE CELLARS ZINFANDEL 2000**
*Napa Valley*
- **DOGTOWN VINEYARD** (1)
- **GRIST VINEYARD** (1)
- **MEAD RANCH** (2)
- **MOORE EARTHQUAKE VINEYARD** (1)
- **OLD VINES** (5)
- **PESENTI VINEYARD** (1)
- **TOFANELLI VINEYARD** (1)
- **VINEYARD 101** (1)

1848   above 13 bottles              per lot $550-800

**TURLEY WINE CELLARS ZINFANDEL 2001**
*Napa Valley*
- **DOGTOWN VINEYARD** (2)
- **DUARTE VINEYARD** (1)
- **ESTATE VINEYARD** (1)
- **GRIST VINEYARD** (1)
- **HAYNE VINEYARD** (2)
- **MEAD RANCH** (1)
- **MOORE EARTHQUAKE VINEYARD** (1)
- **PESENTI VINEYARD** (1)
- **PRINGLE FAMILY VINEYARD** (2)
- **TOFANELLI VINEYARD** (1)
- **VINEYARD 101** (1)

1849   above 14 bottles              per lot $600-900

**TURLEY WINE CELLARS 2002**
*Napa Valley*
- **CHARBONO TOFANELLI VINEYARD** (1)
- **PETITE SYRAH ESTATE** (1)
- **ZINFANDEL DRAGON VINEYARD** (1)
- **ZINFANDEL DUARTE VINEYARD** (1)
- **ZINFANDEL DUSI RANCH** (2)
- **ZINFANDEL ESTATE VINEYARD** (2)
- **ZINFANDEL MEAD RANCH** (1)
- **ZINFANDEL RATTLESNAKE RIDGE** (1)
- **ZINFANDEL VINEYARD 101** (1)

1850   above 11 bottles              per lot $400-600

**Turley Wine Cellars Petit Syrah**
*Napa Valley*
- • Hayne Vineyard 1993 (1)
- • Aida Vineyard 1997 (1)
- • Hayne 1997 (2)
- • Rattlesnake Acres 1997 (1)
- • Hayne Vineyard 1998 (1)
- • Rattlesnake Acres 1998 (1)

1851  above 7 bottles                per lot $550-800

**Turley Wine Cellars**
*Napa Valley*
- • Charbono Tofanelli Vineyard 2000 (1)
- • Petite Syrah Hayne Vineyard 2000 (1)
- • Petite Syrah Rattlesnake Acres 2000 (1)
- • Petite Syrah Turley Estate 2000 (1)
- • Charbono Tofanelli Vineyard 2001 (1)
- • Petite Syrah Estate 2001 (1)
- • Petite Syrah Hayne Vineyard 2001 (2)
- • Petite Syrah Library Vineyard 2001 (1)
- • Petite Syrah Rattlesnake Acres 2001 (1)

1852  above 10 bottles               per lot $600-900

**Williams Selyem Pinot Noir**
*Sonoma*
- • Hacienda del Rio 1982 (1)
- • Hirsch Vineyard 1994 (1)
- • Rochioli Vineyard 1994 (1)
- • Riverblock Vineyard 1995 (1)
- • Rochioli Vineyard 1995 (1)
- • Allen Vineyard 1996 (2)
- • Hirsch Vineyard 1996 (1)
- • Precious Mountain 1996 (1)
- • Riverblock Vineyard 1996 (1)
- • Rochioli Vineyard 1996 (1)
- • Olivet Lane 1997 (2)

1853  above 13 bottles              per lot $750-1100

---

## CALIFORNIA COLLECTIBLES INCLUDING SIX VINTAGES OF ABREU

**Purchased On Release And Removed From Temperature-controlled Home Storage**

### CALIFORNIA

#### Abreu Vineyards

"Napa Valley's most gifted vineyard manager, and certainly a must-hire for those looking to develop great vineyards and produce top quality wines, David Abreu continues to fine tune his own estate, producing some of the most prodigious Cabernet Sauvignons in the world." WA 12/03

**Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1992**
*Napa Valley*
*three damp stained and torn labels*

1854  6 bottles                     per lot $650-900

**Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1993**
*Napa Valley*
*three damp stained and two torn labels*

1855  6 bottles                     per lot $800-1200

**Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1994**
*Napa Valley*

1856  5 bottles                     per lot $800-1200

**Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1995**
*Napa Valley*

1857  4 bottles                     per lot $700-1100

**Abreu Vineyards Cabernet Sauvignon Madrona Ranch 1996**
*Napa Valley*
*lightly damp stained labels, oc*

1858  6 bottles                     per lot $1200-1800

**ABREU VINEYARDS CABERNET SAUVIGNON**
**MADRONA RANCH 1997**
*Napa Valley*
*two damp stained labels, oc*
"...a perfect Cabernet Sauvignon... It is a sumptu-
ous, unctuously-textured, fabulously concentrated
Cabernet Sauvignon that hits all the sweet spots
on the palate, and puts the olfactory senses into
overdrive. The wine smells and tastes perfect. It
is a compelling effort that one day will be con-
sidered part of a small group of elite California
Cabernets that may be rewriting the definition
of greatness in Cabernet Sauvignon...100." WA
12/00.
1859   6 bottles                    per lot $1800-2600

**ARAUJO ESTATE CABERNET SAUVIGNON**
**EISELE VINEYARD**
*Napa Valley*
• **1994**                                  (2)
• **1995**                                  (3)
1860   above 5 bottles              per lot $850-1300

**ARAUJO ESTATE CABERNET SAUVIGNON**
**EISELE VINEYARD**
*Napa Valley*
• **1996**                                  (3)
• **1997**                                  (3)
1861   above 6 bottles              per lot $950-1300

**ARAUJO ESTATE CABERNET SAUVIGNON**
**EISELE VINEYARD**
*Napa Valley*
• **1998**                                  (3)
• **1999**                                  (3)
• **2000**                                  (4)
1862   above 10 bottles             per lot $950-1400

**COLGIN CABERNET SAUVIGNON**
**HERB LAMB VINEYARD 1995**
*Napa Valley*
1863   3 bottles                    per lot $800-1200

**COLGIN CABERNET SAUVIGNON**
**HERB LAMB VINEYARD 1997**
*Napa Valley*
1864   2 bottles                    per lot $750-1000

**COLGIN**
*Napa Valley*
• **CABERNET SAUVIGNON**
  **HERB LAMB VINEYARD 1998**          (2)
• **CABERNET SAUVIGNON**
  **HERB LAMB VINEYARD 1999**          (1)
• **RED CARIAD VINEYARD 1999**         (3)
1865   above 6 bottles              per lot $900-1300

**DALLA VALLE VINEYARDS**
**CABERNET SAUVIGNON 1992**
*Napa Valley*
*damp stained labels*
1866   9 bottles                    per lot $650-900

**DALLA VALLE VINEYARDS**
**CABERNET SAUVIGNON 1993**
*Napa Valley*
*nine damp stained and torn labels, three missing labels*
1867   12 bottles                   per lot $700-1000

**DALLA VALLE VINEYARDS**
**CABERNET SAUVIGNON 1996**
*Napa Valley*
*damp stained labels*
"Tight and focused, with a firm, structured core
of currant, anise, cedar, cherry, mineral and plum
flavors. An enormously complex and concentrated
wine that needs time...95." WS 11/99.
1868   12 bottles                   per lot $750-1100

**DALLA VALLE VINEYARDS CABERNET SAUVIGNON**
*Napa Valley*
• **1997**                                  (6)
• **1999**                                  (6)
1869   above 12 bottles             per lot $950-1300

**DALLA VALLE VINEYARDS**
**CABERNET SAUVIGNON 2000**
*Napa Valley*
*damp stained and torn labels*
1870   12 bottles                   per lot $700-1000

**DALLA VALLE VINEYARDS MAYA 2000**
*Napa Valley*
1871   2 bottles                    per lot $400-600

**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1993**
*Howell Mountain*
1872    10 bottles                              per lot $500-750

**Dunn Vineyards Cabernet Sauvignon 1994**
*Napa Valley*
*damp stained labels*
1873    12 bottles                              per lot $480-700

**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1994**
*Howell Mountain*
*damp stained labels*
1874    12 bottles                              per lot $800-1200

**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1995**
*Howell Mountain*
*damp stained labels*
1875    12 bottles                              per lot $700-1000

**Dunn Vineyards Cabernet Sauvignon 1997**
*Napa Valley*
*damp stained labels*
"...gorgeous nose of pure cassis and blackberries
with flinty notions in the background. Full-bodied,
powerful, tannic, pure,...92+." WA 12/00.
1876    12 bottles                              per lot $600-850

**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1997**
*Howell Mountain*
"This one's ruggedly tannic and hard-edged, with
lots of cedary oak in the forefront..." WS 10/00.
1877    12 bottles                              per lot $800-1200

**Dunn Vineyards Cabernet Sauvignon 1998**
*Napa Valley*
1878    12 bottles                              per lot $450-600

**Dunn Vineyards Cabernet Sauvignon
Howell Mountain 1998**
*Napa Valley*
1879    12 bottles                              per lot $600-850

**Dunn Vineyards Cabernet Sauvignon**
• 1999                                            (6)
   *Napa Valley*
• 1999                                  magnum (1)
   *Napa Valley*
• **Howell Mountain 1999**                  (6)
• **Howell Mountain 1999**       magnum (1)
1880    above 12 bottles &
          2 magnums (1.5L)              per lot $750-1000

**Joseph Phelps Vineyards**
*Napa Valley*
• **Insignia 1988**                              (2)
• **Insignia 1989**                              (2)
• **Cabernet Sauvignon
   Backus Vineyard 1992**                  (2)
• **Insignia 1993**                              (2)
• **Insignia 1994**                              (4)
1881    above 12 bottles            per lot $700-1000

**Joseph Phelps Vineyards
Cabernet Sauvignon 1994**
*Napa Valley*
1882    8 bottles                              per lot $240-320

**Pahlmeyer Red 1995**
*Napa Valley*
1883    11 bottles                            per lot $750-1100

**Pahlmeyer Red 1996**
*Napa Valley*
1884    12 bottles                            per lot $750-1100

**Pahlmeyer Red 1997**
*Napa Valley*
"The finest proprietary red produced by Pahlmeyer
to date... A prodigious red...98." WA 12/00.
1885    6 bottles                              per lot $650-900

**Spottswoode Cabernet Sauvignon 1994**
*Napa Valley*
*damp stained labels*
1886    12 bottles                            per lot $700-1000

The End

# Zachys Wine Auction Team



**Don Zacharia**
CEO



**Jeff Zacharia**
President



**Ursula Hermacinski**
Auctioneer/Sr. Advisor



**Fritz Hatton**
Auctioneer/Sr. Advisor



**Kevin Swersey**
Senior Advisor
Co-Pres, The Connossieur's
Advisory Group, LLC



**Dennis Foley**
Rare Wine Consultant



**Christine Graham**
LA Wine Consultant



**Christin Wingo**
Auction Director



**Amanda Keston**
LA Auction Manager



**Ben Nelson**
Lead Specialist



**David Beckwith**
Specialist



**Michael Jessen**
Specialist



**Damien Alexander**
Cataloger



**Matthew Chung**
Operations Manager



**Linnea Housewright**
Auction Administrator



**Edgar Barbosa**
Administrative Assistant

# Buying & Bidding Information

## CONDITIONS OF SALE & LIMITED WARRANTY

Prior to bidding, all participants must read the Conditions of Sale & Limited Warranty contained in this catalog that state the terms governing the purchase of wine sold at auction. By participating in an auction, an auction participant agrees to be bound by the Conditions of Sale and Limited Warranty, printed in this catalog.

## ESTIMATES

Catalog lot entries include a description of every lot and an estimated price range that is our opinion of the price expected at auction. Estimates are a guide for bidders and reflect prices recently paid at auction for comparable wines. Each estimate takes into account, among other things, condition, rarity, quality and provenance (history of ownership). Estimates are determined in advance of the sale and are therefore subject to revision. Buyers should not rely upon estimates as a prediction of actual selling prices. Estimates do not include Buyer's Premium or sales tax. Certain lots may be noted with "Estimate on Request" instead of a printed value in the catalog. Please contact a Zachys Wine Auctions wine specialist for further information and bidding assistance.

## BUYERS PREMIUM

A **17.5% Buyer's Premium** will be added to the successful bid price of each lot you purchase and is payable by you, together with the applicable sales tax which is applied to the total cost of your purchase, as stated in the Conditions of Sale located in this catalog.

## RESERVES

Unless otherwise indicated, all lots are sold subject to a reserve. A reserve is the confidential minimum price established between Zachys Wine Auctions and the consignor. This confidential amount is the value below which a lot will not be sold. The reserve will not exceed the low estimate for the lot. If any lot in the catalog is not subject to a reserve, the lot will be identified by the symbol (▲) next to the lot number.

## EXAMINATION OF WINES

Prospective Buyers are invited by appointment to examine any lots prior to the auction at our temperature-controlled warehouse. Please contact our office at 310.446.6622 to set up an appointment.

## BIDDER REGISTRATION

Prospective Buyers are asked to supply a bank reference to register for the auction. To avoid any delay in the release of purchases, please pre-arrange check or credit approval through our Finance Department at 914.874.8039. All bidders who wish to attend the auction are asked to pre-register for a paddle at least two business days in advance of the auction.

If you plan to attend the auction, a Pre-Registration form is provided in this catalog or online at www.zachys.com. Please complete the requested information and fax the form to Dick Trauner at 914.472.6390 at least two days prior to the auction. Bidders should arrive at least 30 minutes before the sale to retrieve an auction paddle.

## BIDDING

Wine lots are auctioned in consecutive numerical order, as they appear in the catalog. The auctioneer will accept bids from those present in the saleroom or absentee bidders participating by telephone or by written bid left with Zachys Wine Auctions at least 24 hours prior to the first day of the auction. The auctioneer may also execute bids on behalf of the consignor's reserve, however, under no circumstances will the auctioneer place any bid on behalf of the consignor at or above the reserve. The auctioneer will not identify bids placed on behalf of the consignor.

## PARCEL LOTS

A parcel is a sequence of lots carrying the same estimates and consisting of the same type of, quantity and bottle size. In this sale the buyer of the first lot of a parcel of wine will have, at the discretion of the auctioneer, the option to take any or all further lots in the parcel for the same price. If the option is not exercised on all lots in the same parcel, the auctioneer will open bidding on the next unsold lot and offer the buyer of that lot the option to take any or all of the remaining lots in the parcel sequence. Bidding shall continue in the same manner until all lots in the parcel have been offered and declared sold or unsold by the auctioneer.

## Absentee Bids

If you are unable to attend the auction in person and wish to place bids, you may give Zachys Wine Auctions instructions in writing to bid on your behalf. Our representatives will then try to purchase the lot or lots of your choice for the lowest price possible, taking into account the reserve price and other bids. This service is free and confidential.

**Please note:** Zachys Wine Auctions offers this service as a convenience to clients, and although we will make every effort, Zachys Wine Auctions will not be held responsible for error or failure to execute bids.

## Placing Absentee Bids

To place an absentee bid, please use the absentee bid form provided in this catalog or online at www.zachys.com. Be certain to accurately record the lot numbers and the highest hammer price you are willing to pay for the lot.

**Please note:** Your bid amount does not include Buyer's Premium or applicable sales tax. Buyer's Premium and applicable sales tax will be added to the hammer price of each lot.

Absentee bids must be submitted in consecutive numerical order, or they will not be executed. In addition, please use the bid increments included on the absentee bid form. If bids are submitted incorrectly, we will round your bid down to the lower increment. Please place your bids as soon as possible and at least 24 hours prior to the start of the first session of the auction. In the event of identical bids, the earliest bid received will take precedence.

## Placing Telephone Bids

Prospective Buyers may bid by telephone during the sale provided that bids are accepted only at Zachys Wine Auctions discretion and at the prospective Buyer's risk. Because of limited phone lines in the saleroom, Zachys Wine Auctions must confirm arrangements for this service as soon as possible and at least 48 hours prior to the start of the first session of the auction. At Zachys Wine Auctions discretion, telephone bids may be limited to lots with a value above $2,000. At Zachys Wine Auctions discretion, telephone bids may be recorded. By bidding on the telephone, prospective purchasers agree to be bound by the Conditions of Sale & Limited Warranty.

## Sales Tax

Purchases picked up or delivered within the state of New York or California are subject to sales or compensating use tax. Buyers are required to pay any state and local sales and use tax which may be due, as well as any applicable use tax of another state which Zachys Wine Auctions may be required by law to collect. New York or California sales tax is charged on the successful bid price, Buyer's Premium, and any other applicable charges on any other property picked up or delivered in New York State or California, regardless of the state or country in which the Buyer resides or transacts business, unless Buyer has a valid exemption there from. All such taxes shall be paid by Buyer at the time of payment of the purchase price. Buyers claiming exemption from sales or use tax must provide Zachys Wine Auctions with documentation, which, in Zachys Wine Auctions opinion, is satisfactory evidence of such exemption, prior to the release of property to the Buyer. Buyers claiming such exemption who are licensed dealers of alcoholic beverages, or who hold California ABC licenses,

must submit Resale Certificates and copies of their valid California ABC License to Zachys Wine Auctions prior to the release of property. All questions regarding sales tax and exemptions should be directed to Dick Trauner at 914.874.8039.

If Zachys Wine Auctions is selling lots as agent for an organization, which holds a State of California Exempt Organization Certificate, the lot will be marked with the symbol (✳). Accordingly, no sales tax is due on the purchase price of any of the foregoing lots if the wine is picked up or delivered in the State of California. It is the Buyer's responsibility to ascertain and pay all taxes due.

## Owned or Guaranteed Property

Zachys Wine Auctions offers property consigned by others for sale at public auction. Occasionally, lots are offered which have in the course of the sale process become the property of Zachys Wine Auctions. These lots are identified with the symbol (■) next to the lot number. On rare occasions Zachys Wine Auctions may guarantee a minimum price to the consignor of property. Such lots are identified in the catalog by the symbol (◆) next to the lot number. Guaranteed lots may also be sold subject to a reserve.

## Successful Bid

The fall of the auctioneer's hammer indicates the final bid, at which time the Buyer assumes full responsibility of the lot. Successful bidders will be notified and invoiced within a few days of the sale. Successful Buyers will pay the price of the final bid plus **17.5% Buyer's Premium** plus any applicable taxes for each lot purchased.

## Payment

Buyers are expected to pay for purchases within 14 calendar days of the auction. Payments received after this deadline will be subject to a 1.5% per month late charge. Payment can be made by credit card, check, cash, money order or bank wire transfer. To avoid delays in the release of your purchases, potential Buyers are requested to supply bank references prior to the auction. Buyers wishing to make payment by credit card must present the card in person at or prior to the auction. All charges are subject to acceptance by Zachys Wine Auctions and the applicable credit card company. Zachys Wine Auctions will accept Visa MasterCard and American Express. In the event a charge is not approved, Buyers nevertheless remain liable for all amounts owed. Credit card purchases may not exceed $20,000.

## Collection of Purchases

Buyers are expected to remove their property within 14 calendar days of the auction. Please refer to the page on Collection & Delivery of Wine in the catalog for specific collection information in this catalog.

## Shipping & Collection

For your convenience, Zachys Wine Auctions Collection & Delivery Form is located in this catalog. It is the Buyer's responsibility to pick up purchases or make shipping arrangements within 14 calendar days of the auction. After payment has been received, we can assist in the arrangement of packing, transit insurance and shipping at the Buyers expense and request.

## Export/Import Permits

Wine sold at auction may be subject to laws governing export from the US and import restrictions of foreign countries. Buyers should always check whether an export license is required before exporting wine. It is the Buyer's sole responsibility to obtain any relevant export or import license. A delay in obtaining licenses shall neither justify the rescission of any sale nor excuse delay in providing full payment for the lot. Local laws may prohibit the import of some property and/or may prohibit the resale of some property in the country of importation; no such restriction shall justify the rescission of any sale or delay in making full payment for the lot.

## Delivery Restrictions

Bidders are also reminded that various states impose limitations on the quantity of alcoholic beverages which may be purchased and brought into their jurisdiction by a purchaser from another state, without requiring the purchaser, a consignor or shipper to possess certain licenses or permits. Zachys Wine Auctions shall not as a condition of sale assume any obligation nor bear any responsibility whatsoever for applying for or obtaining any permits or licenses in the event the quantity purchased exceeds said limitations. Therefore, all bidders are strongly advised to investigate the possibility of such limitations and to determine the manner in which alcoholic beverages shall be brought into the state so as to comply with all local requirements.

## For More Information

For further information, please contact us at 310.446.6622.

## Auction Results

To obtain results for the auction, please refer to www.zachys.com

## Upcoming Zachys Wine Auctions

October 29 and 30, 2004 - New York
December 3 and 4, 2004 - New York
February 11 and 12, 2005 - New York

# Additional Catalog Notes for Bidders



## Level/Ullage Descriptions & Interpretations

BN  **BOTTOM NECK:** perfectly good for any age of wine. Outstandingly good for a wine of 10 years in bottle, or longer.

TS  **TOP SHOULDER:** normal for any claret 15 years old or older.

US  **UPPER-SHOULDER:** slight natural reduction through easing of cork and evaporation through cork and capsule. Usually no problem. Acceptable for any wine over 20 years old. Exceptional for pre-1940 wines.

MS  **MID-SHOULDER:** probably some weakening of the cork and some risk. Not abnormal for wines 30/40 years of age. Estimates usually take this into account.

LS  **LOW-SHOULDER:** risky and usually only accepted for sale if wine or label is exceptionally rare or interesting. Always offered without reserve and with low estimate.

Because of the slope of shoulder it is impractical to describe levels of Burgundy-shaped bottles as mid-shoulder, etc. Wherever appropriate the level between cork and wine will be measured and cataloged in centimeters.

The condition and drinkability of Burgundy is less affected by ullage than its equivalent from Bordeaux. For example, a 5 to 7 cm. ullage in a 50-year-old Burgundy can be considered normal, indeed good for age, 3.5 to 4 cm. excellent for age, even 7 cm. rarely a risk.

## SPECIAL NOTICES

Though every effort is made to describe or measure the levels of older vintages, corks over 20 years old begin to lose their elasticity and levels can change between cataloguing and sale. Old corks have also been known to fail during or after shipment.

We therefore repeat that there is always a risk of cork failure with old wines and Zachys Wine Auctions assumes no responsibility for this.

Under no circumstances can an adjustment of price or credit be made after delivery except under the terms of warranty stated in Paragraph 10 of the Conditions of Sale in this catalog.

Unless otherwise stated, Bordeaux are chateau bottled.

Important note regarding opening of cases and listing levels. It is Zachys Wine Auctions general policy to open all wood cases prior to the 1985 vintage and to describe levels. Bidders must make allowances for reasonable variations in ullage, which may be encountered, in unopened cases from the 1985 vintage and later. Unless otherwise noted, ullage levels will be appropriate to age.

Lots which include original wooden case are marked owc. Lots which include original case are marked oc.

## TASTING NOTES & COMMENTS

Quotations marked **WS** are from Wine Spectator's 'Ultimate Guide to Buying Wine', copyright 1998, from Wine Spectator magazine or Wine Spectator online, all published by M. Shanken Communications, Inc.

Quotations marked **WA** are from The Wine Advocate all by Robert M. Parker, Jr. and tasting note dated.

Quotations marked **RP** are either from the book Wines of the Rhone Valley written by Robert M. Parker, Jr. published by Simon & Schuster, copyright 1997 or from the book Bordeaux written by Robert M. Parker, Jr. published by Simon & Schuster, copyright 1998.

Quotations marked **MB** are from 'Vintage Wine' by Michael Broadbent published by Harcourt, text copyright Michael Broadbent, 2002.

Quotations marked **JL** are from 'California Wine', copyright 1999, published by Wine Spectator Press by James Laube.

Quotations marked **IWC** are from International Wine Cellar, published by Stephen Tanzer.

Quotations marked **CC** are from the 'Cote d'Or', copyright 1997 and 'The Vine' publication by Clive Coates.

Quotations marked **FH** are notes by Fritz Hatton.

Quotations marked **UH** are notes by Ursula Hermacinski.

Quotations marked **KS** are notes by Kevin Swersey.

Quotations marked **BN** are notes by Ben Nelson.

Quotations marked **DB** are notes by Dave Beckwith.

Quotations marked **MJ** are notes by Michael Jessen.

Quotations marked **JZ** are notes by Jeff Zacharia.

Quotations marked **AM** are notes by Andrew McMurray.

# Conditions of Sale & Limited Warranty

These Conditions of Sale & Limited Warranty, together with any Glossary which may appear in these catalog pages, are Zachys Wine Auctions and the Consignor's entire agreement with the Buyer with respect to the property listed in this catalog. The Conditions of Sale & Limited Warranty and all other contents of this catalog may be amended by posted notices or oral announcements made during the sale. The property will be offered by Zachys Wine Auctions as agent for the Consignor, unless the catalog indicates otherwise. By participating in an auction, you agree to be bound by these terms and conditions.

## CONDITIONS OF SALE

**1**

The authenticity of property listed in the catalog is guaranteed only as stated herein and otherwise all property is sold "AS IS" without any representations or warranties by Zachys Wine Auctions or the Consignor as to merchantability, fitness for a particular purpose, correctness of catalog, description, size, quality, condition, rarity, importance, provenance, exhibition history, literature, previous storage conditions or historical relevance of any property. No statement set forth in this catalog, made at the auction or in the bill of sale, posting, announcement or otherwise, whether oral or written, shall be deemed such a warranty, representation or assumption of liability. Zachys Wine Auctions and the Consignor make no representations and warranties, express or implied, as to whether the Buyer acquires any copyright or other reproduction rights in any property. Neither Zachys Wine Auctions nor the Consignor is responsible for errors or omissions in the catalog, glossary or any supplemental material. Prospective bidders are invited to inspect the property before bidding.

**2**

The purchase price payable by the Buyer will be the sum of the final bid price plus the Buyer's Premium, together with any applicable sales or compensating use tax. The Buyer's Premium is 17.5% of the final bid price.

**3**

Zachys Wine Auctions reserves the right to withdraw any property before or at the sale and shall have no liability whatsoever for such withdrawal.

**4**

Zachys Wine Auctions reserves the right to reject any bid. The highest bidder acknowledged by the auctioneer will be the Buyer. In the event of any dispute between bidders, or any other issue with respect to the bidder, the auctioneer will have absolute discretion to determine the successful bidder, to continue the bidding, to cancel the sale or to reoffer and resell the property in dispute. If any dispute arises after the sale, Zachys Wine Auctions' sale record is conclusive.

**5**

Although at Zachys Wine Auctions' discretion, Zachys Wine Auctions may execute absentee bids (written bids left with Zachys Wine Auctions prior to the sale) or may accept telephone bids as a convenience to clients who are not present at auction, Zachys Wine Auctions is not responsible for failing to execute such bids or for any errors or omissions in connection therewith.

**6**

Unless otherwise indicated, all lots in this catalog are offered subject to a reserve, which is the minimum price the Consignor is willing to accept and below which the lot will not be sold. This amount is confidential and will not exceed the low pre-sale estimate. Lots not subject to a reserve are identified with the symbol (▲) next to the lot number. Zachys Wine Auctions shall act to protect the reserve by bidding through the auctioneer. The auctioneer may open bidding on any lot below the reserve by placing a bid on behalf of the Consignor. The auctioneer may continue to bid on behalf of the Consignor up to the amount of the reserve, either by placing successive bids or by placing bids in response to other bidders.

**7**

Title to the offered lot passes to the Buyer upon the fall of the auctioneer's hammer and the announcement by the auctioneer that the lot has been sold, subject to compliance by the Buyer with all other Conditions of Sale. The Buyer thereupon assumes full risk and responsibility for the lot and shall immediately pay the full purchase price or such part, as Zachys Wine Auctions, in our sole discretion, requires.

**8**

No lot may be removed from Zachys Wine Auctions premises until the Buyer has paid the purchase price in full plus all other fees and taxes and has satisfied such terms, as Zachys Wine Auctions, in our sole discretion, shall require. Upon receipt of payment, Zachys Wine Auctions will issue a Release Order, which must be presented in order for Zachys Wine Auctions to release purchases made at auction. Subject to the foregoing, all lots are to be paid for no later than 4:30pm of the fourteenth calendar day following the sale, and removed from Zachys Wine Auctions' premises at the Buyer's expense no later than 30 days after the date of sale. If payment is not made within 14 days of purchase, Zachys Wine Auctions reserves the right to a late charge of up to 1½% per month of the total purchase price, in addition to any other rights and remedies available by law to Zachys Wine Auctions. If not so removed, Zachys Wine Auctions may transfer such property to a public warehouse for the account, and at the risk and expense, of the Buyer. If a lot has not been collected within 30 days of the date of sale and Zachys Wine Auctions does not transfer the uncollected property to a public warehouse, the Buyer will be liable to Zachys Wine Auctions for storage and handling charges of $1.75 per day for each lot.

**9**

Zachys Wine Auctions is not responsible for acts or omissions by itself or others in packing or shipping whether or not the carrier or packer is recommended by us. Packing and handling of purchased lots are at the entire risk of the Buyer. If Zachys Wine Auctions arranges and bills for such services via invoice or credit card, Zachys Wine Auctions will include an administration charge.

**10**

If the Buyer fails to comply with any of these Conditions of Sale, the Buyer will be in default and Zachys Wine Auctions may avail itself of all remedies available by law, including, without limitation, the right to (i) hold such defaulting Buyer liable for the purchase price including all fees, charges and expenses, (ii) cancel the sale of that lot and any other property sold to Buyer, (iii) resell the property without reserve at public auction or privately on seven days' notice to the Buyer, (iv) pay the Consignor an amount equal to the net proceeds payable in respect of the amount bid by the defaulting Buyer and then resell the property to a third party without reserve at public or privately on seven days' notice to such Buyer and (v) take such other action as Zachys Wine Auctions deem necessary or appropriate. If Zachys Wine Auctions resells the property pursuant to clause (iii) or (iv) above, the defaulting Buyer shall be liable for the payment of any deficiency between the purchase price and the price obtained upon resale pursuant to clause (iii) and (iv) above and all costs and expenses, including, without limitation, warehousing, the expenses of both sales, reasonable attorneys' fees, commissions, incidental damages and all other charges due hereunder. In the event that such Buyer pays a portion of the purchase price for any or all lots purchased, Zachys Wine Auctions shall apply the payment received to such lot or lots that Zachys Wine Auctions, in our sole discretion, deem appropriate. Any Buyer who fails to comply with these Conditions of Sale will be deemed to have granted us a security interest in, and Zachys Wine Auctions may retain as collateral security for such Buyer's obligation to us, any property in our possession owned by such Buyer. Zachys Wine Auctions shall have the benefit of all rights of a secured party under the Uniform Commercial Code adopted in the state where the auction is held.

Payment will not be deemed to have been made in full until we have collected good funds. In the event the Buyer fails to pay any or all of the total purchase price for any lot and Zachys Wine Auctions nonetheless elects to pay the Consignor any portion of the sale proceeds, the Buyer acknowledges that Zachys Wine Auctions shall have all of the rights of the Consignor to pursue the Buyer for any amounts paid to the Consignor, whether at law, in equity, or under these Conditions of Sale.

Notwithstanding any other terms of these Conditions of Sale, if within 3 days of receipt of the wine, Zachys Wine Auctions has received from the original Buyer of any property notice of a claim in writing that any lot is short or has suffered breakage, then Zachys Wine Auctions in their sole discretion will decide any such claim as between the Consignor and the Buyer and may rescind the sale and refund the purchase price received.

The benefits of this provision are not assignable and shall be applicable only to the original Buyer of the lot and not to subsequent assigns, buyers, heirs, owners or other who have or may acquire an interest therein.

The Buyer's sole and exclusive remedy against Zachys Wine Auctions and the Consignor under this provision shall be the rescission of the sale and the refund of the original purchase price paid for the lot. This remedy shall be in lieu of any other remedy which might otherwise be available to the Buyer as a matter of law or at equity, and neither Zachys Wine Auctions, nor the Consignor shall be liable, in whole or in part, for any special, incidental or consequential damages, including, without limitation, loss of profits.

**11**

The respective rights and obligations of the parties with respect to the Conditions of Sale and the conduct of the auction shall be governed by and interpreted in accordance with the laws of the State of California. By participating in an auction, whether present in person or by agent, by absentee bid, telephone or other means, the Buyer shall be deemed to have consented to the exclusive jurisdiction of the State Courts of, and the Federal Courts sitting in, the State of California. The Buyer expressly agrees that (i) neither Zachys Wine Auctions nor the Consignor shall be liable, in whole or in part, for any special, indirect or consequential damages, including, without limitation, loss of profits, and (ii) the Buyer's damages are limited exclusively to the original purchase price paid for the lot.

**12**

All offers and sales of wine by Zachys Wine Auctions are subject to the local laws governing the sale of alcoholic beverages in the state that the auction takes place.

**13**

California law requires that Buyers of alcoholic beverages must be at least 21 years of age.

**14**

Zachys Wine Auctions does not ship wines. As an accommodation to Buyers, Zachys Wine Auctions may arrange to have property packed, insured and shipped at Buyers expense, but Zachys Wine Auctions shall have no liability or obligation for shipping wines. Most states regulate the shipment of wines into their state. Some states require a Buyer, Consignor or shipper to possess certain licenses or permits, while other states have a strict prohibition on such shipments. In addition, various states impose limitations on the quantity of alcoholic beverages, which may be purchased and brought into its jurisdiction from another state. Zachys Wine Auctions makes no representation, and assumes no obligation, as to the legality of shipment of alcoholic beverages into any state. Zachys Wine Auctions urges all Buyers to investigate and understand the wine shipping laws and regulations of the state to which they intend the wine to be shipped prior to the purchase of wines at auction.

# Collection, Delivery & Storage of Wine

### WINE STORAGE IN LOS ANGELES

Wine purchased at Zachys Los Angeles auctions is stored in our Los Angeles warehouse at 13152 Raymer Street in North Hollywood. The temperature-controlled warehouse is equipped with a state-of-the-art alarm system that is monitored 24 hours a day, 7 days a week.

Purchases will be stored free of charge for the first 30 days after the auction from which the wine was purchased. After 30 days, clients will automatically be billed a storage and handling charge of $1.95 per month for each lot.

### DIRECTIONS TO ZACHYS LOS ANGELES WAREHOUSE

Please visit zachys.com for directions.

### PICKUP

During the week after the sale, wines can be picked up from the warehouse between the hours of 10 A.M. and 5 P.M. Twenty–four hours notice is required to pick up. The warehouse is located at 13152 Raymer Street, North Hollywood. The wines can only be picked up if Zachys has received payment. Please call 914-723-0241 to arrange payment.

At any point after the sale, buyers can arrange to collect their wine by appointment only by phoning 818-759-0105. Collection can be made between the hours of 10 A.M. and 6 P.M. Monday through Friday with 48 hours notice.

### DELIVERY

Once payment has been received, arrangements can be made to deliver the wines to the Buyer. Deliveries will be made to the address set forth on the bidders registration form or as otherwise instructed by the customer. Zachys Wine Auctions requires that the Buyer complete the delivery instructions on the bidding form prior to the auction.

**Original wooden cases, when available, will be shipped automatically at $10 per case, unless instructed otherwise.**

Bidders are also reminded that various states impose limitations on the quantity of alcoholic beverages which may be purchased and brought into their jurisdiction by a purchaser from another state, without requiring the purchaser, a consignor or shipper to possess certain licenses or permits. Zachys Wine Auctions makes no representation, and assumes no obligation, as to the legality of shipment of alcoholic beverages into any state. Most states regulate the shipment of wines into their state. Some states require a purchaser, consignor or shipper to possess certain licenses or permits, while other states have a strict prohibition on such shipments. Zachys Wine Auctions urges all Buyers to recognize and understand the wine shipping laws and regulations of the state to which they intend the wine to be shipped prior to the purchase of wines at auction.

Zachys Wine Auctions can assist you in making arrangements to have the wine purchased at auction shipped through the appropriate channels. All shipments will be subject to a 1% insurance charge (2% for international shipments). It is important to note that this insurance covers only breakage or loss. Zachys Wine Auctions and its forwarding agents cannot be held responsible for any other changes to the wines during shipment. To insure the safety of the wines, it may be required in some shipments for the wines to be repacked in protective shipping containers and the wooden cases shipped separately at an additional charge.

Loss or breakage resulting from delivery transportation must be reported to Zachys Wine Auctions in writing within three days of delivery of the property, which must be examined in the presence of the carrier on arrival.

A lot can be delivered to one address only.

### DELIVERY WITHIN CALIFORNIA

Complete delivery services will be offered for wines purchased at auction to be delivered in the state of California. In some instances, outside carriers may be required at an additional cost. Please contact us at (800) 732-0241 for rates and further information.

### DELIVERY TO NEW YORK CITY METRO AREA

Zachys can include your purchases on the consolidated shipment of purchases via temperature-controlled truck that will be delivered to New York Fine Wine Storage in White Plains, NY approximately one month after the Los Angeles auction. Local delivery can then be arranged. This option would cost approximately $17-20 per case, depending on the size of the shipment. If you are interested in this service, please indicate this on the Collection and Delivery form. Please call Matthew Chung at 914-448-3026 ext. 206 for more information or to reserve space on this shipment.

**DELIVERY OUTSIDE THE STATE OF CALIFORNIA, BUT WITHIN THE CONTINENTAL UNITED STATES**

Zachys Wine Auctions will help you coordinate all necessary shipping and packing arrangements though the appropriate freight forwarders. There will be three levels of service available to the purchaser.

· A common carrier ground service raging from $25 to $50 per case.
· Air shipment from $70 per case.
· A fully licensed temperature controlled trucking company. (Please see bottom of the page for regions and rates).

**DELIVERY OUTSIDE OF THE U.S.**

Zachys Wine Auctions will help you coordinate the delivery and insurance of your wines through the appropriate freight forwarders. Please call Zachys at 914.723.0241 for information regarding rates and time schedules.

Zachys Wine Auctions is not responsible for any acts or omissions of any shipper, including, without limitation, any packing, shipping or delivery of purchased lots.

# Temperature Controlled Trucking Rates

**ZONE 1**
East Coast from Washington DC to Boston

**ZONE 2**
Northeast including VT, NH, ME and Northern NY State; West of Mississippi River and Dallas area, TX

**ZONE 3**
East of Mississippi River to Washington DC; Northwest including OR and WA; Houston, Austin and San Antonio area, TX

**ZONE 4**
Florida; Southernmost TX; Mountain resort areas in CO; Northern States including MT, SD, ND, WY, ID

| | MINIMUM CHARGE | 40 – 99 CASES | 100+ CASES |
|---|---|---|---|
| Zone 1 | $750 | $20.00/cs | $18.00/cs |
| Zone 2 | $900 | $22.00/cs | $20.00/cs |
| Zone 3 | $1000 | $24.00/cs | $22.00/cs |
| Zone 4 | $1350 | $27.00/cs | $24.00/cs |

Surcharges or shuttle fees may occur for some areas in certain states. Please Inquire.

# Collection & Delivery Form

**PAYMENT**

You are expected to pay for your purchases within fourteen calendar days of the date of sale, unless other arrangements have been made prior to the sale. Payment must be made to Zachys Wine Auctions by credit card, check, cash, money order or bank wire transfer. Shipping or delivery information must be supplied to Zachys Wine Auctions in order to receive final invoice which includes sales tax. The use of this form, faxed or mailed to Zachys Wine Auctions will expedite the process. Once payment is settled, Zachys Wine Auctions will be able to release wine to the successful bidder. To avoid delays, prospective Buyers are encouraged to supply bank or other suitable references before the auction.

**DELIVERY**

To expedite the delivery of your wine, please supply the following information as soon as possible after the auction. A lot can be delivered to one address only.

**TYPE OF DELIVERY**

❑ Customer Pickup
❑ Southern California Delivery (local)
❑ Common Carrier Ground Service
❑ Second Day air service
❑ Next day air service
❑ Fully licensed temperature controlled trucking
❑ Consolidated shipment to New York

**DELIVERY INSTRUCTIONS**

❑ Transfer to Zephyr Express Storage account
❑ Call prior to deliveries (local deliveries only)
❑ Special instructions

❑ **SHIP ORIGINAL WOODEN CASES IF AVAILABLE\***
     $10 per case. (\*cases will be shipped automatically unless you request that we do not ship your original wooden cases)
❑ **Please do not ship owc**

**Fax Collection & Delivery Form to 914.472.6390.** For further information, collection and delivery assistance, please call 914.723.0241 or email info@zachys.com.

---

**AUCTION DATE**

---

**LOTS PURCHASED**

---

**NAME**

---

**DELIVERY ADDRESS**

---

**DELIVERY ADDRESS**

---

**ATTENTION**

---

**DAYTIME TELEPHONE**

---

**SHIPPING PAYMENT METHOD**     ❑ Visa          ❑ MasterCard          ❑ American Express

---

**CREDIT CARD NUMBER**                    **EXPIRATION DATE**

---

**CARD MEMBER SIGNATURE**

---

**SPECIAL INSTRUCTIONS**

225

# Catalog Subscription Order Form

Access to some of the world's most wonderful wine cellars, these indispensable guides to forthcoming auctions will be mailed to you as soon as available. Catalogs are generally mailed two weeks prior to the auction.

**PLEASE REPLY TO**

Zachys Wine Auctions Catalogs
39 Westmoreland Avenue
White Plains, New York 10606
Phone: 914.448.3026, Fax: 914.206.4544
Email: info@zachysauctions.com

❏ Annual Subscription $140, International $200
Approximately eight annual auctions in New York and Los Angeles

Single Catalog ❏ $30, ❏ $40 International



**SEND CATALOGS TO**

**NAME**

**ADDRESS**

**ADDRESS**

**CITY**                          **STATE**          **ZIP**

**DAYTIME TELEPHONE NUMBER**      **FAX**

**EMAIL ADDRESS**

**METHOD OF PAYMENT**        ❏ Visa        ❏ MasterCard        ❏ American Express

**CARD MEMBER NAME**

**CREDIT CARD NUMBER**            **EXPIRATION DATE**

**CARD MEMBER SIGNATURE**

**BILLING ADDRESS, IF DIFFERENT FROM ABOVE**

**ADDRESS**

**CITY**                          **STATE**          **ZIP**

# Bidder Pre-Registration Form

If you plan to attend the auction, please fill out this form and fax it to Dick Trauner at 914.472.6390 at least two business days prior to the first session of the auction.

**Sale 0410LA**                                                    **October 8 & 9, 2004**

## Invoice Information

_____
**Name (as it will appear on the invoice)**

_____
**Street Address**

_____
**City**                                    **State**        **Zip Code**      **Country of Residence**

_____
**Daytime Telephone**              **Fax Number**                **Email address**

**Please Note:** Invoice details cannot be changed once registered.

**Trade:** Invoice Name and Address must agree with your state or local sales tax exemption certificate and liquor license.

I agree that I will bid subject to, and hereby agree to be bound by, the Conditions of Sale printed in the catalog for this sale. I further agree that I will not bid, either on my behalf or in my capacity as agent for another, on any lot consigned by me for sale by Zachys Wine Auctions.

_____
**Signature**                                       **Date**

_____
**Agent's Name & Address**

_____
**Daytime Telephone**                          **Fax Number**

I agree to Terms & Conditions of Sale. _____
                                 **Signature (required)**            **Date**

## Shipping Information

❏ Same as invoice address      ❏ Address if different from above

❏ **Ship Original Wooden Cases If Available\***
    $10 per case. (\*cases will be shipped automatically unless you request that we do not ship your original wooden cases)

_____
**Name**

_____
**Street Address**

_____
**City**                                    **State**        **Zip Code**      **Country of Residence**

## Credit Information

❏ Driver's License    ❏ Visa   ❏ MC   ❏ Amex   ❏ Social Security   ❏ Passport   ❏ Other _____

_____
          **Expiration Date**

_____
**Bank Name**                              **Contact**                **Branch**

_____
**Account Number**                                          **Telephone**

Approximately how high a credit authorization do you want for this sale? $_____

❏ Automatically charge my credit card for auction purchases   ❏ I authorize the above bank to release account information to ZWA.

_____
**Signature (required)**                              **Date**

227

# Absentee Bid Form

**Fax Bids By Wednesday, Oct. 6**
914.206.4544

**Sale Title**
The Inaugural Los Angeles Auction

**Date**
Friday October 8, 2004 at 9:30am
Saturday October 9, 2004 at 9:30am

**Sale Number**
0410LA

**Sale Address**
THE PENINSULA
9822 South Santa Monica Blvd, Beverly Hills

Zachys Wine Auctions is requested to bid on the following lots up to the price stated. All lots are to be purchased at the lowest possible price, subject to other absentee bids and competitive bidding of those in attendance. I understand that if my bid is successful, the purchase price payable will be the sum of the final bid, and a Buyer's Premium of **17.5%** of the final bid, together with any state, local or compensating use tax due thereon.

All bids shall be treated as offers made on the terms of the Conditions of Sale found in this catalog.

In the event of duplicate bids, the earliest bid takes priority. Telephoned bids are not recommended and cannot be accepted the days of the sales. **Telephone bids are not accepted on any lots below $2,000.**

Payment for lots purchased by successful bids must be forwarded immediately upon receipt of invoice. Payments not received within fourteen days after the auction will be subject to a 1.5% per month late charge.

All charges are subject to acceptance by Zachys Wine Auctions and the applicable credit card company. Zachys Wine Auctions will accept Visa, MasterCard and American Express. In the event a charge is not approved, Buyers nevertheless remain liable for all amounts owed. Credit card purchases may not exceed **$20,000.**

**Client information**

**Billing Name (Invoice details cannot be changed after the sale)**

**Address**

**Address**

**City**                                **State**                **Zip**

**Daytime phone**                       **Fax (important)**

**Evening or Mobile phone**             **Email**

**Signature (required)** I agree to Terms & Conditions of Sale

**Ship to Name and address if different than above**

Original wooden cases (when avaliable) will be shipped automatically at $10 per case unless indicated otherwise at time when delivery instructions are received.

To be sure that bids will be accepted and delivery of lots not delayed, bidders are required to supply a bank reference.

**Name of Bank(s)**

**Account Number(s)**

**Name of Account Officer(s)**          **Bank Telephone Number**

**Credit Card Number & Expiration Date**  ❏ Visa    ❏ MasterCard    ❏ American Express

❏ Please automatically charge my credit card for auction purchases up to $20,000

**Signature (required)**                **Date**

**Bids Must be received no later than 5pm Wednesday, October 6.**
Bids will be confirmed by fax and must be received no later than 5PM Wednesday October 6. If you do not receive confirmation, please call 310.446.6622.

**Zachys Wine Auctions offers this service without charge and with the understanding that any failure to execute bids or any mistake in so doing cannot be the responsibility of Zachys Wine Auctions or its staff.**

# NAME (REQUIRED)

PAGE    OF

**PLEASE PRINT CLEARLY IN BLOCK LETTERS AND PLACE BIDS IN SEQUENTIAL ORDER.**

Please use the bid increments provided below. Any bids placed out of the increment will be rounded down to the next increment.

*Use middle column only when placing bids for parcel lots. Please visit zachys.com to see any addenda to the catalog.

| LOT # | # OF LOTS REQUIRED * | MAXIMUM BID IN $ PER LOT AS CATALOGED | LOT # | # OF LOTS REQUIRED * | MAXIMUM BID IN $ PER LOT AS CATALOGED | LOT # | # OF LOTS REQUIRED * | MAXIMUM BID IN $ PER LOT AS CATALOGED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## BID INCREMENTS

The auctioneer retains the right to call bids at his own discretion but the following give Buyers an indication of the bid steps used in the auction and required for all absentee bids.

| Up to $200 | by 10's |
|---|---|
| $200-300 | by 20's |
| $300-500 | by 20-50-80 |
| $500-1,000 | by 50's |
| $1,000-2,000 | by 100's |
| $2,000-3,000 | by 200's |
| $3,000-5,000 | by 200-500-800 |
| $5,000-10,000 | by 500's |
| $10,000-20,000 | by 1000's |
| $20,000-above | by 2000's |

229

# Index By Region & Bottle Size

## Alsace 750ml

1988 Tokay Pinot Gris Clos St Urbain Rangen de Thann
     Vendage Tardive Zind-Humbrecht ........................................(1051)
1989 Gewurztraminer Clos Windsbuhl Zind Humbrecht .................... (1049)
     Gewurztraminer Heimbourg Vendage Tardive Zind-Humbrecht .... (1049)
     Gewurztraminer Hengst Vendange Tardive Zind-Humbrecht.......... 1047
     Gewurztraminer Wintzenheim Zind-Humbrecht...................... (1049)
     Pinot Gris Barriques Domaine Ostertag .................................(1051)
     Tokay Pinot Gris Windsbuhl Vendage Tardive Zind Humbrecht(1048)
1990 Gewurztraminer Goldert Vendage Tardive Zind-Humbrecht ......... (1049)
     Tokay Pinot Gris Clos Jebsal Vendage Tardive Zind-Humbrecht .....(1051)
     Tokay Pinot Gris Clos Windsuhl Zind Humbrecht ...................... (1051)
1991 Gewurztraminer Heimbourg Zind-Humbrecht...........................(1049)
1994 Pinot Gris Clos St Urbain Rangen de Thann Vendage Tardive
     Zind-Humbrecht ...........................................................1050
     Tokay Pinot Gris Clos Windsbuhl Vendage Tardive  Zind Humbrecht(1048)
1996 Tokay Pinot Gris Heimbourg Zind Humbrecht .........................(1051)

## Alsace Magnums (1.5L)

1989 Gewurztraminer Heimbourg Vendage Tardive Zind-Humbrecht ...... (629)
     Gewurztraminer Hengst Vendange Tardive Zind-Humbrecht........... (629)
1994 Gewurztraminer Clos Windsbuhl Zind Humbrecht ...................... (631)
     Gewurztraminer Hengst Vendange Tardive Zind-Humbrecht........... (630)
     Pinot Gris Clos St Urbain Rangen de Thann Vendage Tardive
     Zind-Humbrecht ........................................................... (631)
     Riesling Clos St Urbain Rangen de Thann Zind Humbrecht ........... (630)

## Australia 750ml

1951 Penfolds Grange Hermitage.................................. (1450)
1952 Penfolds Grange Hermitage.................................. (1450)
1953 Penfolds Grange Hermitage.................................. (1450)
1954 Penfolds Grange Hermitage.................................. (1450)
1955 Penfolds Grange Hermitage......................(1450), 1451, 1452
1956 Penfolds Grange Hermitage.................................. (1450)
1957 Penfolds Grange Hermitage.................................. (1450)
1958 Penfolds Grange Hermitage.................................. (1450)
1959 Penfolds Grange Hermitage.................................. (1450)
1960 Penfolds Grange Hermitage.................................. (1450)
1961 Penfolds Grange Hermitage....................... (1450), (1453)
1962 Penfolds Grange Hermitage........................... (1450), 1454
1963 Penfolds Grange Hermitage.............. (1450), 1455, 1456
1964 Penfolds Grange Hermitage.................................. (1450)
1965 Penfolds Grange Hermitage....................... (1450), (1453)
1966 Penfolds Grange Hermitage.................................. (1450)
1967 Penfolds Grange Hermitage.................................. (1450)
1968 Penfolds Grange Hermitage........................(1450), 1457
1969 Penfolds Grange Hermitage....................... (1450), 1458
1970 Penfolds Grange Hermitage....................... (1450), 1459
1971 Penfolds Grange Hermitage.................................. (1450)
1972 Penfolds Grange Hermitage.................................. (1450)
1973 Penfolds Grange Hermitage.................................. (1450)

1974 Penfolds Grange Hermitage.................................. (1450)
1975 Penfolds Grange Hermitage.................................. (1450)
1976 Penfolds Grange Hermitage.....................(1450), 1460
1977 Penfolds Grange Hermitage.................................. (1450)
1978 Penfolds Grange Hermitage.................................. (1450)
1979 Penfolds Grange Hermitage.................................. (1450)
1980 Penfolds Grange Hermitage ...................... (1450), (1461)
1981 Penfolds Grange Hermitage.................................. (1450)
1982 Penfolds Grange Hermitage............(42), (1450), (1461)
1983 Penfolds Grange Hermitage.................................. (1450)
1984 Penfolds Grange Hermitage.................................. (1450)
1985 Penfolds Grange Hermitage ...................... (1450), 1462
1986 Penfolds Grange Hermitage....................... (1450), 1463
1987 Penfolds Grange Hermitage.................................. (1450)
1988 Henschke Shiraz Hill of Grace..............................1448
     Penfolds Grange Hermitage.................................. (1450)
1989 Penfolds Grange Hermitage.................................. (1450)
1990 Penfolds Grange Hermitage ...................... (1450), 1464
1991 Penfolds Grange.............................................. (1450)
1993 Henschke Shiraz Hill of Grace..............................1449
1994 Mount Mary Quintet Cabernet Sauvignon ................................ 1447
1996 Clarendon Hills Astralis ...................................... 747
     Penfolds Grange..............................................1465
     Three Rivers Shiraz..........................................1505
1997 Clarendon Hills Astralis ............................. 748, 749
     Wild Duck Creek Duck Muck Red.............................1506
1998 Clarendon Hills Astralis ...................... 750, 751, 752
     Hattrick Australian Domaine Wines ............................753
     Penfolds Grange..............................................1504
     Torbreck Run Rig..............................................754

## Bordeaux Red Half-Bottles (375ml)

1978 Chateau Lascombes ........................................ (1515)
1989 Chateau Angelus ...........................................1087
1990 Chateau Certan de May.......................................102
1995 Chateau Lafite Rothschild...................................1084
     Chateau Margaux ...........................................1386
1996 Chateau Lynch Bages ........................................155
     Chateau Montrose ...........................................162
     Chateau Pichon-Longueville Comtesse de Lalande ....................... 175
     Chateau Pontet Canet.......................................177

## Bordeaux Red 750ml

1784 Chateau Lafite Rothschild..................................1182
1799 Chateau Lafite Rothschild ...................................1183
1800 Chateau Lafite Rothschild ...................................1184
1811 Chateau Lafite Rothschild ...................................1185
1864 Chateau Lafite Rothschild ...................................1186
     Chateau Latour.............................................1187
1865 Chateau Lafite Rothschild ..........................1188, 1189
     Chateau Latour.............................................1190
1868 Chateau Lafite Rothschild..................................1191

Chateau Margaux ............................................................... 1192
1870  Chateau Lafite Rothschild ......................................... 1193
1872  Chateau Lafite Rothschild ......................................... 1194
1887  Chateau Margaux ....................................................... 1195
1888  Chateau Latour ............................................................ 1196
1892  Chateau Lafite Rothschild ......................................... 1197
1893  Chateau Latour ............................................................ 1198
1895  Chateau Lafite Rothschild ......................................... 1199
1899  Chateau Haut Brion .................................................... 1206
      Chateau Lafite Rothschild ...........................1204, 1205
      Chateau Latour ....................................................... 1200
      Chateau L'Eglise Clinet .......................................... 1220
      Chateau Mouton Rothschild ............. 1201, 1202, 1203
1900  Chateau Cheval Blanc ................................................ 1207
      Chateau Lafite Rothschild ...........1208, 1209, 1210
      Chateau Latour ....................................................... 1211
      Chateau L'Eglise Clinet .......................................... 1221
      Chateau Margaux ........................................... 1212, 1213
      Chateau Mouton Rothschild ...................... 1216, 1217
      Chateau Petrus ............................................ 1218, 1219
1912  Chateau Lafite Rothschild ......................................... 1261
1914  Chateau Lafite Rothschild ......................................... 1262
1917  Chateau Cheval Blanc ................................................ 1263
      Chateau Latour ....................................................... 1264
1918  Chateau Latour ............................................................ 1265
1921  Chateau Gruaud Larose ........................................... (187)
1924  Chateau Margaux ....................................................... 1267
1928  Chateau Cheval Blanc ................................................... 47
      Chateau Haut Brion ........................................328, 1268
      Chateau Lafite Rothschild ..................................... 1269
      Chateau Latour ....................................................... 1270
      Chateau Margaux .................................................. 1271
      Chateau Mouton Rothschild ................................. 1272
      Chateau Petrus ...................................................... 1273
1929  Chateau Chasse Spleen .......................................... (187)
      Chateau Haut Brion ............................................... 1274
      Chateau Latour ............................................ 1275, 1276
1934  Chateau Latour ............................................................ 1277
      Chateau Mouton Rothschild ................................. 1278
1937  Chateau Latour ............................................................ 1279
1940  Chateau Leoville Las Cases ................................... (143)
      Chateau Petrus Belgian Bottled .......................... 1280
      Chateau Pichon-Longueville Comtesse de Lalande ..................... (187)
1943  Chateau Latour ............................................................ 1281
1945  Chateau Cheval Blanc .......................................... 1, 1282
      Chateau Lafite Rothschild ............................ 964, 1284
      Chateau Latour ............................................... 308, 1285
      Chateau Leoville Las Cases ................................... 323
      Chateau Margaux .................................................. 1286
      Chateau Mouton Rothschild ......................1287, 1288
      Chateau Petrus ...................................................... 1289
      Chateau Pontet Canet .......................................... 324
1947  Chateau Cheval Blanc ................................................ 1290
      Chateau Haut Brion ............................................... 1292
      Chateau Latour ....................................................... 1294
      Chateau Margaux .................................................. 1295
      Chateau Petrus ............................................. 1296, 1297
      Chateau Petrus French Bottled ......................... 1298
      Chateau Talbot ................................................... (1389)
1948  Chateau Latour ...................................................... (1299)
      Chateau Mouton Rothschild .............................. (1299)

1949  Chateau Cantemerle .............................................. (187)
      Chateau Cheval Blanc ..................................... 2, 1300
      Chateau Lafite Rothschild ................................... 1301
      Chateau Latour ............................................ 1302, 1303
      Chateau Mouton Rothschild ............................. 1305
1950  Chateau Leoville Las Cases ................................... (143)
      Chateau Pontet Canet .......................................... (187)
1952  Chateau Haut Brion .................................309, (1306)
      Chateau Lafite Rothschild ................................ (1307)
      Chateau Latour .................................................. (1307)
      Chateau Margaux .............................................. (1307)
      Chateau Petrus .................................................... 1308
1953  Chateau Haut Brion .............................. 310, 1309
      Chateau Lafite Rothschild ................................... 1310
      Chateau Latour ....................................................... 1311
      Chateau Mouton Rothschild ................. 3, 965, (1313)
1955  Chateau Cheval Blanc ................................................ 1314
      Chateau Cheval Blanc ................................................ 1315
      Chateau Lafite Rothschild ................................... 1317
      Chateau Latour ....................................................... 1318
      Chateau Margaux .................................................. 1319
      Chateau Mouton Rothschild ................................. 1320
1957  Chateau La Mission Haut Brion ..................... (1389)
      Chateau Lafite Rothschild ................................. (966)
      Chateau Latour .................................................. (1321)
      Chateau Mouton Rothschild ..............(422), (1321)
1958  Chateau Haut Brion .......................................... (1322)
      Chateau Lafite Rothschild ................................ (1322)
      Chateau Mouton Rothschild .............................. (425)
1959  Chateau Carruades de Lafite .............................. (187)
      Chateau Cheval Blanc ................................................... 48
      Chateau Haut Brion ............................................... 1323
      Chateau Lafite Rothschild ................. 311, 967, 1324
      Chateau Latour ....................................................... 1325
      Chateau Margaux ................... 312, 313, 968, 1326
      Chateau Mouton Rothschild ...........4, (423), 1327, 1328
      Chateau Petrus ...................................................... 1329
      Chateau Pichon-Longueville Baron ............. 325, 326
1960  Chateau Mouton Rothschild ............ (425), 1330
1961  Chateau Beychevelle ............................................... (33)
      Chateau Cheval Blanc ................................................ 1331
      Chateau Cos d'Estournel .................................... (187)
      Chateau Haut Brion ............................ 314, 969, 1332
      Chateau Lafite Rothschild ............................5, 315, 970
      Chateau Latour ......................6, 7, 316, 317, 1333
      Chateau Leoville Las Cases ................................... (143)
      Chateau Margaux ................... 8, 318, 319, 1334
      Chateau Mouton Rothschild ..........9, (423), 971, 1335
      Chateau Petrus ...................................................... 1336
      Chateau Troplong Mondot .............................. (1513)
1962  Chateau Lafite Rothschild ............ 972, 973, 974
      Chateau Mouton Rothschild ..................(422), 1338
1963  Chateau Mouton Rothschild .............................. (426)
1964  Chateau Cheval Blanc ................................................ 1339
      Chateau Lafite Rothschild ................................. (966)
      Chateau Latour ....................................................... 1341
      Chateau Mouton Rothschild .............................. (425)
      Chateau Petrus ...................................................... 1342
1965  Chateau Mouton Rothschild .............................. (426)
1966  Chateau Cheval Blanc ................................................ 1343
      Chateau Ducru Beaucaillou ............................... (1513)

Chateau Haut Brion ...............................................(12), 320, (1340)
Chateau La Mission Haut Brion ...........................................(1513)
Chateau Lafite Rothschild...................................................(966)
Chateau Lascombes ...........................................................(1513)
Chateau Latour ..........................................................321, 1344
Chateau Mouton Rothschild................................(11), (424), 1345
Chateau Palmer ...................................................................327
Chateau Petrus .................................................................1346
1967 Chateau Lafite Rothschild...................................................(966)
Chateau Latour ...............................................................(1347)
Chateau Mouton Rothschild..............................................(424)
1968 Chateau Mouton Rothschild..............................................(427)
1969 Chateau Mouton Rothschild..............................................(424)
1970 Chateau Cheval Blanc ......................................................(13)
Chateau Figeac .................................................................(33)
Chateau Haut Brion ...........................................................(12)
Chateau La Mission Haut Brion ....................................341, 342
Chateau Lafite Rothschild.......................(11), (975), 976, 977, 1507
Chateau Latour .........................................................69, 1348
Chateau Leoville Las Cases .............................................(1514)
Chateau Les Forts de Latour .............................................343
Chateau Lynch Bages .....................................................(1514)
Chateau Mouton Rothschild ............................... (428), (1512)
Chateau Palmer ................................................................166
Chateau Pape Clement .....................................................(1514)
Chateau Petrus ...............................................................1349
Chateau Talbot ..................................................................(33)
Chateau Troplong Mondot ..............................................(1514)
Chateau Trotanoy .............................................................346
1971 Chateau Lafite Rothschild...................................................(975)
Chateau Margaux ...................................................(975), 978
1972 Chateau Latour ...............................................................(1347)
1973 Chateau Lafite Rothschild.....................................................979
Chateau Latour ...............................................................(1347)
Chateau Margaux ...........................................................(1512)
Chateau Mouton Rothschild.............................................1350
1974 Chateau Mouton Rothschild..............................................(427)
1975 Chateau La Mission Haut Brion ..........................................125
Chateau Lafite Rothschild........................................(11), 980
Chateau Latour ...............................................................1351
Chateau Le Gay ..............................................................1555
Chateau Les Forts de Latour ..............................................(34)
Chateau L'Evangile ..........................................................(186)
Chateau Mouton Rothschild................................................(11)
Chateau Petrus ......................................................1352, 1508
Chateau Trotanoy ...........................................................1556
Chateau Vieux Chateau Certan ........................................(186)
1976 Chateau Lafite Rothschild..............................981, 982, 1541
Chateau Mouton Rothschild ............................... (428), (1512)
Chateau Petrus ................................................................(334)
1978 Chateau Calon Segur ......................................................(1515)
Chateau Haut Brion ................................................329, (340)
Chateau Latour ......................................................(11), 1353
Chateau Margaux ...............................................................(11)
Chateau Mouton Rothschild.............................................(428)
Chateau Petrus ...............................................................1354
Chateau Trotanoy .............................................................(34)
1979 Chateau Haut Brion .......................................................(1602)
Chateau Lafite Rothschild........................................(11), (975)
Chateau Latour ...............................................................(1355)
Chateau Lynch Bages .....................................................(1515)

1980 Chateau Mouton Rothschild..............................................(429)
1981 Chateau Cheval Blanc ........................................................(13)
Chateau La Mission Haut Brion ...........................................(34)
Chateau Lafite Rothschild.......................................................14
Chateau Lafleur ................................................................128
Chateau Latour ...............................................................(1355)
Chateau Margaux ..............................................................(10)
Chateau Petrus ......................................................(15), 944
1982 Chateau Ausone .................................................................44
Chateau Beychevelle...........................................................(34)
Chateau Branaire ................................................................(36)
Chateau Canon .................................................................1559
Chateau Certan de May ............................ 447, 448, 1560
Chateau Cheval Blanc ............................................(17), 1356
Chateau Cos d'Estournel ................................................(1516)
Chateau Ducru Beaucaillou .............................................449
Chateau Figeac ...............................................................1561
Chateau Grand Puy Lacoste..............................................1562
Chateau Gruaud Larose ........................(37), 450, 451, 452
Chateau Haut Brion ........................................................1357
Chateau La Mission Haut Brion .......................................1390
Chateau Lafite Rothschild................................................
............. 60, 330, 984, 985, 986, 987, 988, 989, 990, (991), 1358, 1510
Chateau Latour ...................................70, (991), 1359, 1543
Chateau Latour a Pomerol ................................ 132, 1567
Chateau L'Eglise Clinet ....................................................1568
Chateau Leoville Las Cases .................................... (28), 446
Chateau Les Ormes De Pez ............................................(1515)
Chateau L'Evangile .........................................................149
Chateau Magdelaine .......................................................1570
Chateau Margaux ...................................................(17), 1360
Chateau Mouton Rothschild...................16, 331, (991), 1361
Chateau Petrus ....................................(15), 93, 1362
Chateau Pichon-Longueville Comtesse de Lalande ........................(28)
Chateau Trotanoy ................................................349, 350
1983 Chateau Cheval Blanc .........................................................49
Chateau Haut Brion ...........................................................(12)
Chateau Latour .................................................................1363
Chateau L'Evangile .............................................................(35)
Chateau Margaux ......................................................79, 443
Chateau Palmer ..................................................................167
Chateau Petrus .............................................................(1364)
1985 Chateau Belair ................................................................(1515)
Chateau Cheval Blanc ..........................................................50
Chateau Du Tertre ..........................................................(1515)
Chateau Figeac .................................................................(33)
Chateau Haut Brion ............................................................54
Chateau La Mission Haut Brion ......................................126
Chateau L'Eglise Clinet ......................................................137
Chateau Lynch Bages .....................................................1517
Chateau Margaux ...............................................................81
Chateau Montrose ...........................................................(1516)
Chateau Mouton Rothschild.............................................1511
Chateau Petrus ........................................ 992, (1364), 1365
Chateau Trotanoy .............................................................1026
1986 Chateau Ausone ................................................................993
Chateau Canon ..................................................................(36)
Chateau Cheval Blanc ........................................................333
Chateau Cos d'Estournel ..............................(36), (435)
Chateau Gruaud Larose .....................................................(37)
Chateau Haut Brion ............................................................20

Chateau La Conseillante ...................................... 29, (35)
Chateau Lafite Rothschild.........................................(17), 18, 19, 62
Chateau Latour ................................................ 1366
Chateau Leoville Las Cases ................................. 455
Chateau L'Evangile ............................................ 30
Chateau Margaux ............................................ 83, 994
Chateau Mouton Rothschild...............................91, 1367
Chateau Petrus ................................................ (334)
Chateau Pichon-Longueville Comtesse de Lalande ............ (37), 456, 457
Chateau Rausan Segla ...................................... 1574
1987 Chateau Mouton Rothschild .......................... (429)
1988 Chateau Certan De May ................................ (35)
Chateau Clinet............................................... 1575
Chateau Cos d'Estournel ...................................759
Chateau Haut Brion ........................................ (340)
Chateau Lafite Rothschild...................................335
Chateau Lynch Bages ...................................... (1516)
Chateau Petrus ............................................. 995
Chateau Sociando Mallet .................................. (1516)
1989 Chateau Canon ........................................ (35), 1518
Chateau Cheval Blanc .......................... (999), 1368, 1369
Chateau Clinet......................................(38), 103, 1576
Chateau Haut Brion ..................... 23, 55, 336, 1370
Chateau La Conseillante ................................... 117
Chateau La Mission Haut Brion ........................ 127
Chateau Lafite Rothschild....................24, 996, 997, 998, (999), 1371
Chateau Latour .....................................(999), 1372
Chateau Le Gay ............................................1580
Chateau Leoville Barton ................................(351)
Chateau Leoville Las Cases ..................... (351), 436
Chateau L'Evangile ........................................ 151
Chateau Lynch Bages ....................(37), 153, 458, 459, 1391
Chateau Margaux ...................................(10), 1373
Chateau Montrose ..........................................460
Chateau Mouton Rothschild.......................... 1025, 1374
Chateau Palmer .......................(37), 168, 437, (1516), 1519
Chateau Petrus ......................................25, 1375
Chateau Pichon-Longueville Baron ...................... 462, (1392)
Chateau Troplong Mondot ...............................182
1990 Chateau Angelus ................................... (38)
Chateau Ausone ........................................... 45
Chateau Beausejour Duffau Lagarrosse ..................... 99, 100
Chateau Certan de May ..........................32, (1602)
Chateau Cheval Blanc ..................................... 51
Chateau Clinet...........................................(1602)
Chateau Cos d'Estournel .................105, (435), 1520
Chateau Figeac ....................................111, 252
Chateau Gazin ............................................ 113
Chateau Gombaude Guillot ............................... 1582
Chateau Grand Puy Lacoste...............................114
Chateau Haut Bailly........................................115
Chateau Haut Brion ...................................... 57
Chateau Lafite Rothschild....................1000, 1001, 1002, 1003, 1377
Chateau Latour ..........................(27), 72, 73, 444, 1378
Chateau Le Bon Pasteur .................................1088
Chateau Le Gay ..........................................(1602)
Chateau Le Pin ...........................................1583
Chateau Le Tertre Roteboeuf ...................... 136, 1521
Chateau Leoville Las Cases ...............................353
Chateau Leoville Poyferre ..................................146
Chateau L'Evangile .....................152, 465, 1584, 1585, (1602)

Chateau Lynch Bages........................................154
Chateau Margaux ..............................(27), 85, 86, 1379, 1380
Chateau Montrose................(38), 161, 466, 467, 468, 469
Chateau Mouton Rothschild......................... 26, 1381
Chateau Palmer ......................................... 1586
Chateau Pichon-Longueville Baron ....................... (31), 172, 470
Chateau Troplong Mondot ................................471
Chateau Trotanoy.......................................(1602)
1992 Chateau Beauregard .............................(1515)
Chateau Petrus ........................................1004
1993 Chateau Mouton Rothschild.........................758
Chateau Petrus ........................................1005
Chateau Valandraud ............................ 1089, 1090
1994 Chateau Canon ..................................(1515)
Chateau Lafleur ......................................... 121
Chateau Le Pin ................................... 354, 355
Chateau Leoville Las Cases ..............................(36)
Chateau Petrus ....................................... 1006
1995 Chateau Angelus .........................95, 472
Chateau Calon Segur ....................................1589
Chateau Certan de May ................................1590
Chateau Cheval Blanc ............... 52, 1083, 1383
Chateau Clinet.....................104, 1093, 1094, 1591, 1592
Chateau Cos d'Estournel ............356, 473, 1095
Chateau Ducru Beaucaillou .............................474
Chateau Grand Puy Lacoste..............................475
Chateau Haut Bailly......................................116
Chateau Haut Brion ...................................... 58
Chateau La Fleur Petrus .................................. 123
Chateau Lafite Rothschild..................64, 1007, 1384
Chateau Latour ...................................74, 1385
Chateau Le Tertre Roteboeuf ...................... 438, 477
Chateau L'Eglise Clinet .............138, 357, 479, (1008), 1097, 1098
Chateau Margaux ................................87, 430
Chateau Monbousquet ...................................1594
Chateau Mouton Rothschild .................... 92, 1387
Chateau Petrus ........................................ 1388
Chateau Trotanoy.........................................184
1996 Chateau Ausone .................................. 46
Chateau Cos d'Estournel .............................. 106
Chateau Ducru Beaucaillou ............. 109, 481, 482
Chateau Grand Puy Lacoste............................. 483
Chateau La Mondotte .................................. 485
Chateau Lafite Rothschild.................65, 431, 1009, 1010
Chateau Lagrange ................................130, 131
Chateau Latour ....................................76, 337
Chateau L'Eglise Clinet ...............................(1008)
Chateau Leoville Barton ........................ 141, 142
Chateau Leoville Las Cases .....................145, 486
Chateau Leoville Poyferre ........................ 147, 148
Chateau Lynch Bages ..................... 156, 157, 487
Chateau Margaux ........................................432
Chateau Montrose ................................ 163, 164
Chateau Pape Clement ........................... 169, 170
Chateau Pichon-Longueville Baron .................... 173
Chateau Pichon-Longueville Comtesse de Lalande .................... 176
Chateau Sociando Mallet ................................178
Chateau Valandraud ....................................488
1998 Chateau Cheval Blanc ...........................433
Chateau Haut Brion ................................... 434
Chateau La Fleur Petrus ...............................1595

Chateau La Mission Haut Brion ...............................................358
Chateau La Mondotte ........................................................ 489
Chateau Lafite Rothschild.................................................. 1011
Chateau L'Eglise Clinet .......................................... 1012, 1597
Chateau L'Evangile ........................................................ 1013
Chateau Mouton Rothschild.................................................338
Chateau Trotanoy......................................................359, 360
Chateau Vieux Chateau Certan ..........................361, 362, 1600
1999 Chateau Le Pin ....................................................133, 1014
Chateau Marojallia.........................................................158
2000 Chateau Calon Segur.............................................363, 364, 365, 366
Chateau Clinet...............................................................367
Chateau Lafite Rothschild .......................... 1015, 1016, 1017
Chateau L'Eglise Clinet ................................................ 1018
Chateau Leoville Las Cases ......................................368, 369
Chateau L'Evangile ...................................................... 1019
Chateau Lynch Bages ...............................................370, 371
Chateau Troplong Mondot .......................................372, 373

## Bordeaux Red Magnums (1.5L)

1900 Chateau Margaux ................................................1214, 1215
1921 Chateau Mouton Rothschild.......................................1266
1945 Chateau Haut Brion ..................................................1283
1947 Chateau Cheval Blanc ................................................ 1291
Chateau Haut Brion ...................................................... 1293
1949 Chateau Margaux ......................................................1304
1952 Chateau Haut Brion ................................................(1306)
1953 Chateau Margaux ......................................................1312
Chateau Mouton Rothschild........................................ (1313)
1955 Chateau Haut Brion ................................................. 1316
1961 Chateau Lafite Rothschild............................................. 59
1962 Chateau Latour.........................................................1337
1964 Chateau Haut Brion ............................................... (1340)
1970 Chateau Cheval Blanc ..............................................(322)
Chateau Les Forts de Latour.....................................344, 345
1975 Chateau La Mission Haut Brion ..........................347, 1554
Chateau Petrus............................................................1540
Chateau Trotanoy........................................................ 1557
1976 Chateau Lafite Rothschild............................................ 983
1978 Chateau Gruaud Larose ..............................................1086
1981 Chateau Le Pin .........................................................1558
1982 Chateau La Conseillante ...............................................1563
Chateau La Lagune .......................................................1564
Chateau La Mission Haut Brion ...................................1565
Chateau Lafite Rothschild............................................1542
Chateau L'Evangile ......................................................1569
Chateau Pichon-Longueville Comtesse de Lalande ........................ 348
Chateau Trotanoy.........................................................1571
1983 Chateau Cheval Blanc ...............................................(332)
Chateau Margaux ...................................................80, 1544
Chateau Pichon-Longueville Comtesse de Lalande .......................1572
1985 Chateau Cheval Blanc ...............................................(332)
Chateau Lafite Rothschild............................................1545
Chateau Le Pin .......................................................... 1573
Chateau Petrus ...................................................1082, 1546
1986 Chateau Lafite Rothschild............................................. 63
Chateau Lafleur...........................................................129
Chateau Leoville Las Cases .......................................... 144
Chateau Margaux ....................................................84, 1547

1988 Chateau Petrus .........................................................1466
Chateau Trotanoy........................................................(31)
1989 Chateau Angelus .......................................................... 94
Chateau La Conseillante ................................................ 118
Chateau La Dominique .................................................. 119
Chateau La Fleur Petrus ...............................................1577
Chateau Lafleur .......................................................... 1578
Chateau Montrose ....................................................... 160
Chateau Palmer .......................................................... 1581
Chateau Petrus ...........................................................1549
Chateau Pichon-Longueville Baron ...........................(1392)
Chateau Pichon-Longueville Comtesse de Lalande ................. 174
1990 Chateau Beausejour Duffau Lagarrosse.........................101
Chateau Cheval Blanc ................................................. 1376
Chateau Figeac ........................................................... 112
Chateau La Conseillante ............................................... 464
Chateau Lafite Rothschild............................................ 1551
Chateau Lynch Bages ...............................................(1516)
Chateau Margaux ....................................................... 1552
Chateau Petrus ....................................................1382, 1553
Chateau Pichon-Longueville Baron .................................(31)
1994 Chateau Lafleur .......................................................... 122
Chateau L'Evangile ..................................................... 1587
Chateau Valandraud ...............................................(1091)
1995 Chateau Angelus .......................................................... 96
Chateau Ducru Beaucaillou............................................1096
Chateau Grand Puy Lacoste............................................. 476
Chateau La Fleur Petrus ................................................ 124
Chateau Le Tertre Roteboeuf ......................................... 478
Chateau L'Eglise Clinet ................................................139
Chateau L'Evangile ..................................................... 1593
Chateau Troplong Mondot ............................................183
Chateau Trotanoy........................................................185
1996 Chateau Cos d'Estournel...............................................107
Chateau Ducru Beaucaillou............................................110
Chateau Haut Brion ..................................................(340)
Chateau Lafite Rothschild.............................................. 66
Chateau Latour ........................................................... 77
Chateau Margaux ......................................................... 89
Chateau Montrose .......................................................165
Chateau Pape Clement .................................................. 171
Chateau Sociando Mallet .............................................. 179
1998 Chateau La Fleur Petrus .............................................. 1596
Chateau La Mondotte ..................................................1100
Chateau L'Eglise Clinet ............................................... 1598
Chateau L'Evangile ..................................................... 1599
Vieux Chateau Certan ..................................................1601
1999 Chateau Cheval Blanc ................................................. 53
Chateau Le Pin ...........................................................134
Chateau Marojallia......................................................159

## Bordeaux Red Double Magnums (3L)

1970 Chateau Mouton Rothschild......................................(322)
1978 Chateau Mouton Rothschild.......................................1509
1982 Chateau Lafite Rothschild............................................. 61
Chateau Latour............................................................71
1985 Chateau L'Evangile ..................................................... 150
Chateau Margaux ......................................................... 82
1986 Chateau Margaux ......................................................... 21

1988  Chateau Petrus ...................................................1548
1989  Chateau Haut Brion ............................................. 56
      Chateau La Dominique .....................................120
      Chateau Lafleur ...............................................1579
      Chateau Petrus ................................................1550
1990  Chateau Latour ................................................. 445
1994  Chateau L'Evangile ...........................................1588
      Chateau Valandraud .......................................(1091)
1995  Chateau Angelus ............................................... 97
      Chateau Margaux ............................................. 88
      Chateau Pichon-Longueville Comtesse de Lalande ..................480
1996  Chateau Lafite Rothschild ..................................... 67
      Chateau Latour ................................................. 78
      Chateau Sociando Mallet ..................................... 180
1998  Chateau Mouton Rothschild ..................................339
1999  Chateau Le Pin ................................................ 135

## Bordeaux Red Jeroboams (5L)

1983  Chateau Pichon-Longueville Comtesse de Lalande ......... 453
1986  Chateau Pichon-Longueville Comtesse de Lalande ......... 421
1989  Chateau Pichon-Longueville Baron ............................ 463

## Bordeaux Red Imperials (6L)

1982  Chateau La Mission Haut Brion ...........................1566
1986  Chateau Gruaud Larose ...................................... 454
1988  Chateau Mouton Rothschild .................................. 22
1989  Chateau Palmer ...............................................461
1994  Chateau Valandraud ..........................................1092
1995  Chateau Angelus ............................................... 98
      Chateau Latour .........................................75, 1085
      Chateau L'Eglise Clinet ............................140, 1099
1996  Chateau Cos d'Estournel ..................................... 108
      Chateau Grand Puy Lacoste................................. 484
      Chateau Lafite Rothschild.................................... 68
      Chateau Margaux .............................................. 90
      Chateau Sociando Mallet .................................... 181

## Bordeaux Dry White 750ml

1983  Chateau Laville Haut Brion ................................... 39

## Bordeaux Dry White Double Magnums (3L)

1989  Domaine de Chevalier Blanc .................................1603

## Bordeaux Sweet White Half-Bottles (375ml)

1979  Chateau Suduiraut ..........................................(1522)
1986  Chateau Suduiraut ..........................................(1522)
1988  Chateau d'Yquem ...........................................(490)
1989  Chateau d'Yquem ...........................................(490)
1990  Chateau d'Yquem ................................491, (1260)
1995  Chateau d'Yquem ............................................ 493

## Bordeaux Sweet White 750ml

1784  Chateau d'Yquem .............................................1222
1811  Chateau d'Yquem .............................................1223
1847  Chateau d'Yquem ............................................ 1224
1852  Chateau d'Yquem ............................................ 1225
1864  Chateau d'Yquem ............................................ 1226
1865  Chateau d'Yquem .............................................1227
1867  Chateau d'Yquem ............................................ 1228
1871  Chateau d'Yquem ............................................ 1229
1892  Chateau d'Yquem ............................................ 1230
1899  Chateau d'Yquem .............................................1231
1900  Chateau d'Yquem ...............................1232, 1233
1921  Chateau d'Yquem ...............1234, 1235, 1236, 1237
1924  Chateau d'Yquem ............................................ 1238
1928  Chateau d'Yquem ...............................188, 1239
1929  Chateau Climens ............................................(205)
      Chateau d'Yquem ...........................................1240
1937  Chateau d'Yquem ...............189, 1241, 1242, 1243
1941  Chateau d'Yquem ............................................ 1244
1942  Chateau d'Yquem ............................................ 1245
1943  Chateau d'Yquem .......................(192), 1246, 1247
1945  Chateau d'Yquem ...........................190, 1248
1947  Chateau Climens ............................................(205)
      Chateau d'Yquem ...............................1249, 1250
      Chateau Gilette Creme de Tete .............................(208)
      Chateau Rayne Vigneau.....................................(208)
1949  Chateau Climens ............................................(205)
      Chateau d'Yquem ...........................................1251
1950  Chateau Climens ............................................(205)
1953  Chateau d'Yquem .......................................... (192)
1954  Chateau d'Yquem ........................................... 1252
1955  Chateau d'Yquem .......................................... (192)
1959  Chateau d'Yquem ...............191, 1020, 1253
1961  Chateau d'Yquem .......................................... (192)
1962  Chateau d'Yquem ........................................... 1254
1967  Chateau d'Yquem .................(192), 1255, 1500
1970  Chateau d'Yquem ..........................................(1021)
1975  Chateau de Fargues .......................................... 204
      Chateau d'Yquem ............................................194
1976  Chateau d'Yquem ...........................................1137
1978  Chateau d'Yquem ..........................................(1101)
1979  Chateau d'Yquem ............................................374
1983  Chateau d'Yquem ............. 197, (1021), (1101), 1138, 1256, 1467
1985  Chateau d'Yquem ...........................................1257
1986  Chateau d'Yquem ...............375, 1139, 1258
1987  Chateau d'Yquem ..........................................(1522)
1988  Chateau d'Yquem ...............................200, 1259
      Chateau Raymond Lafon .................................. 206
1990  Chateau d'Yquem ...............................201, (1260)
1994  Chateau d'Yquem ............................................ 492
1995  Chateau d'Yquem ............................................ 202

## Bordeaux Sweet White Magnums (1.5L)

1971  Chateau d'Yquem ............................................ 193
1975  Chateau d'Yquem ............................................ 195
1979  Chateau d'Yquem ............................................(196)
1980  Chateau d'Yquem ............................................(196)
1981  Chateau d'Yquem ............................................(196)
1983  Chateau d'Yquem .......................................... 1102

1986  Chateau d'Yquem ................................................................199

## Bordeaux Sweet White Imperials (6L)

1983  Chateau d'Yquem ................................................................198
1988  Chateau Raymond Lafon .......................................................207
1995  Chateau d'Yquem ................................................................203

## Burgundy Red 750ml

1900  Richebourg Domaine de la Romanee Conti ...................................1393
1911  Santenay Dr. Barolet ..........................................................1394
1919  Chambolle Musigny Dr. Barolet ..............................................1395
1928  Pommard Rugiens .............................................................1396
1935  Vosne Romanee Malconsorts Dr. Barolet.....................................1397
1937  Romanee Conti Domaine de la Romanee Conti .............................1398
1959  Grands Echezeaux Leroy ............................................1027, 1160
1969  Echezeaux Leroy ..............................................................1161
1969  La Tache Domaine de la Romanee Conti .......................................40
1971  Pommard Chateau de Pommard Jean Louis Laplanche.................1022
1978  Bonnes Mares Bertheau .......................................................1604
1979  Echezeaux Henri Jayer .....................................................(1144)
        Romanee Conti Domaine de la Romanee Conti ...........................41
1980  Echezeaux Henri Jayer .....................................................(1144)
        Richebourg Henri Jayer ..................................................1145
1983  Assortment Case Domaine de la Romanee Conti ...........................1140
        Chambertin Clos de Beze Faiveley .......................................1605
        Echezeaux Henri Jayer ..................................................1146
        Richebourg Henri Jayer ..................................................1147
1985  Assortment Case Domaine de la Romanee Conti ...................1399, 1468
        Clos de la Roche Vieilles Vignes Domaine Ponsot ........................1142
        Clos de Vougeot Leroy ...................................................1162
        Echezeaux Henri Jayer ..................................................1148
        Echezeaux Henri Jayer for Georges Jayer ..............................(389)
        Mazis Chambertin Hospices de Beaune
        Cuvee Madelaine Colignon Leroy.........................................1163
        Mazis Chambertin Maume .................................................1606
        Nuits Meurgers Henri Jayer ...............................................1153
        Pommard Les Rugiens P Rieusset .......................................(1678)
        Richebourg Henri Jayer ..................................................1149
        Romanee St Vivant Domaine de la Romanee Conti .....................1523
        Vosne Romanee Brulees Henri Jayer ...................................(1152)
        Vosne Romanee Cros Parantoux Henri Jayer...................1150, 1151
        Vosne Romanee Les Beaux Monts Henri Jayer ..........................(1152)
1986  Assortment Case Domaine de la Romanee Conti ..................494, 1141
        Echezeaux Domaine de la Romanee Conti.................................495
        Echezeaux Henri Jayer .............................................1028, 1154
        Echezeaux Henri Jayer for Georges Jayer ..............................(390)
        La Tache Domaine de la Romanee Conti .................................496
        Nuits Meurgers Henri Jayer ...........................................(1157)
        Richebourg Henri Jayer ..................................................1155
        Vosne Romanee Cros Parantoux Henri Jayer...........................(1157)
        Vosne Romanee Les Beaux Monts Henri Jayer ................(1029), (1157)
        Vosne Romanee Les Brulees H Jayer....................................(1157)
1987  Musigny Leroy ................................................................1164
        Vosne Romanee Cros Parantoux Henri Jayer.................1158, (1524)
        Vosne Romanee Les Beaux Monts Henri Jayer ................(1159), (1524)
        Vosne Romanee Les Brulees H Jayer....................................(1159)
1988  Bonnes Mares Bertheau .................................................(1679)
        Chambertin Clos de Beze Rousseau.....................................(394)

Chambertin Leroy ...................................................... (392)
Chambertin Vieilles Vignes Trapet ........................................(1678)
Chambolle Musigny Les Amoureuses J F Mugnier .......................1607
Clos de Vougeot Leroy ...................................................1165
Gevrey Chambertin Clos St Jacques G Bartet ...........................1608
Gevrey Chambertin Les Cazetiers Serafin Pere et Fils.................(1682)
La Tache Domaine de la Romanee Conti ...................................383
Richebourg Domaine de la Romanee Conti ...............................385
Richebourg Leroy .......................................................... (392)
Romanee St Vivant Leroy ..........................................391, 1166
Vosne Romanee Les Beaumonts Emmanuel Rouget....................(1029)
1989  Romanee Conti Domaine de la Romanee Conti ...........................376
        Vosne Romanee Cros Parantoux Meo-Camuzet............................(395)
1990  Assortment Case Domaine de la Romanee Conti ......................... 1400
        Bonnes Mares Bertheau....................................................(1679)
        Bonnes Mares Comte Georges de Vogue ..................................1611
        Bonnes Mares Fougeray de Beauclair .................................... 1612
        Bonnes Mares G Lignier....................................................(1680)
        Bonnes Mares Louis Jadot..................................................(1680)
        Bonnes Mares Pierre Ponnelle............................................ 1615
        Bonnes Mares Robert Groffier...........................................(1683)
        Chambertin Leroy ..........................................................1167
        Chambolle Musigny Les Amoureuses Bertheau ..........................1617
        Charmes Chambertin Claude Dugat ......................................1030
        Clos de la Roche Leroy ..........................................1168, 1618
        Clos de la Roche Vieilles Vignes Domaine Ponsot ...................... 1143
        Clos de Tart Mommessin .................................................. 1619
        Clos de Vougeot Georges-Mugneret .....................................(1681)
        Corton Clos des Cortons Faiveley ........................................ 497
        Echezeaux A et F Gros......................................................(1040)
        Echezeaux Domaine de la Romanee Conti............................... 1473
        Echezeaux Henri Jayer for Georges Jayer ..............................(389)
        Echezeaux Rouget .......................................................... 1031
        Gevrey Chambertin Cazetiers Pierre Bouree ...........................(1525)
        Gevrey Chambertin Estournelles St Jacques Frederic Esmonin ......... 1622
        Gevrey Chambertin Lavaux St Jacques Frederic Esmonin .............. 1621
        Grands Echezeaux Domaine de la Romanee Conti ................. 277, 1476
        La Tache Domaine de la Romanee Conti ................... 384, 1401, 1479
        Musigny Vieilles Vignes Comte Georges de Vogue......... 396, 498, 1493
        Pommard Les Rugiens P Rieusset ........................................(1625)
        Richebourg Domaine de la Romanee Conti ...............................1484
        Richebourg Leroy ..........................................................1169
        Romanee Conti Domaine de la Romanee Conti ...................377, 1490
        Romanee St Vivant Domaine de la Romanee Conti ............ (388), 1487
        Ruchottes Chambertin Georges-Mugneret...............................(1681)
        Vosne Romanee Les Beaumonts Emmanuel Rouget...................(1032)
        Vosne Romanee Les Beaux Monts Leroy .........................1170, 1626
1991  Bonnes Mares Bertheau....................................................(1684)
        Bonnes Mares Comte Georges de Vogue ................................ 1627
        Clos de la Roche Leroy ............................................(393), 1171
        Gevrey Chambertin En Pallud Maume ...................................1628
        Gevrey Chambertin Lavaux St Jacques Maume..........................(1682)
        Latricieres Chambertin Leroy .............................................1630
        Mazis Chambertin Maume .................................................(1686)
        Musigny Vieilles Vignes Comte Georges de Vogue......................(520)
        Romanee Conti Domaine de la Romanee Conti ...........................378
1992  Clos Vougeot Domaine Prieure Roch .....................................(1525)
        Echezeaux Emmanuel Rouget.............................................(1032)
1993  Assortment Case Domaine de la Romanee Conti .. 1469, 1470, 1471, 1472
        Bonnes Mares Bertheau.......................................1633, (1684), (1685)
        Bonnes Mares Comte Georges de Vogue ................................ 499

Bonnes Mares Robert Groffier ..............................................(1683)
Chambertin Clos de Beze Robert Groffier................................(1686)
Chambertin Louis Jadot ....................................................... 1635
Chambertin Vieilles Vignes Domaine Rossignol Trapet .................. (522)
Chambolle Musigny Les Amoureuses Bertheau ...........................(1685)
Clos de Vougeot Leroy ......................................................... 1491
Echezeaux Domaine de la Romanee Conti ................................. 1474
Gevrey Chambertin Vieilles Vignes Dominique Laurent................ (523)
Grands Echezeaux Domaine de la Romanee Conti ....................... 1477
Grands Echezeaux Gros Frere et Soeur ...................................(521)
La Tache Domaine de la Romanee Conti ........................... (388), 1483
Mazis Chambertin Laurent ...................................................(1686)
Mazis Chambertin Maume .................................................... 500
Musigny Jacques Frederic Mugnier ........................................ 1636
Nuits St Georges Leroy ....................................................... (528)
Richebourg Domaine de la Romanee Conti ............................... 1485
Romanee St Vivant Domaine de la Romanee Conti ..................... 1488
Vosne Romanee Les Beaux Monts Leroy ......................... 1492, 1639

1994    Griotte Chambertin C Dugat .................................................(1040)
La Tache Domaine de la Romanee Conti ................................. (388)
Romanee Conti Domaine de la Romanee Conti .............................379
Vosne Romanee Cros Parantoux Henri Jayer ........................... 1033

1995    Bonnes Mares Bouchard Pere et Fils ......................................1644
Bonnes Mares Comte Georges de Vogue .................................. 1641
Bonnes Mares Fougeray de Beauclair ......................................1640
Bonnes Mares Leroy .......................................................... 501
Bonnes Mares Robert Groffier .............................................. 503
Chambertin Clos de Beze Pierre Damoy ..................................1642
Chambertin Leroy .............................................................(527)
Chambolle Musigny Les Amoureuses Comte Georges de Vogue ...... 1643
Chambolle Musigny Les Fremieres Leroy .................................(526)
Chambolle Musigny Les Hauts Doix Robert Groffier.................... (529)
Chambolle Musigny Roumier ...............................................(524)
Charmes Chambertin Claude Dugat .........................................1035
Clos de Vougeot Leroy .......................................................(527)
Clos Vougeot Musigni Gros Frere et Soeur ............................... (522)
Corton Hospices de Beaune Cuvee Charlotte Dumay
Dominique Laurent ...........................................................1646
Corton Pougets Louis Jadot .................................................1645
Corton Renardes Delarche .................................................(1525)
Corton Tollot-Beaut ........................................................(1525)
Echezeaux Domaine de la Romanee Conti................................. 1475
Echezeaux Dominique Laurent ............................................. (525)
Gevrey Chambertin Claude Dugat................. 504, 1034, (1039)
Gevrey Chambertin Clos St Jacques Louis Jadot ......................... (529)
Gevrey Chambertin En Champs Vielle Vignes D Mortet ............... (536)
Gevrey Chambertin Lavaux St Jacques Claude Dugat.........(531), (1040)
Gevrey Chambertin Les Combottes Leroy ................................ (528)
Grands Echezeaux Domaine de la Romanee Conti ....................... 1478
Grands Echezeaux Gros Frere et Soeur ...................................(521)
Griotte Chambertin Claude Dugat .........................................1036
Morey St Denis Clos de la Bussiere G Roumier ........................... (524)
Musigny Vieilles Vignes Comte Georges de Vogue................... 505, 755
Nuits St Georges Aux Boudots Leroy .................................... (526)
Nuits St Georges Les Prulieres Dominique Laurent .................... (530)
Richebourg Domaine de la Romanee Conti .................... (388), 1486
Romanee Conti Domaine de la Romanee Conti ............................380
Romanee St Vivant Domaine de la Romanee Conti ..................... 1489
Romanee St Vivant L'Arlot .................................................. 1647
Romanee St Vivant Robert Arnoux........................................ 502
Volnay Domaine Michel Lafarge ...........................................(523)

Volnay Santenots Leroy...................................................... (526)
Vosne Romanee Les Suchots Dominique Laurent......................1648

1996    Assortment Case Domaine de la Romanee Conti ...........................270
Chambolle Musigny Les Charmes Leroy .................................. (528)
Chambolle Musigny Les Hauts Doix R. Groffier ......................... (529)
Charmes Chambertin Maume ...............................................(1687)
Clos de Tart Mommessin .....................................................1650
Clos de Vougeot Leroy ....................................................... (393)
Corton Renardes Leroy ...................................................... (528)
Echezeaux Domaine des Perdrix ........................................... (532)
Echezeaux Emmanuel Rouget ............................................. 1037
Echezeaux Louis Jadot ...................................................... (532)
Echezeaux Robert Arnoux .................................................. (532)
Gevrey Chambertin Claude Dugat.........................506, (1039)
Gevrey Chambertin Vieilles Vignes Serafin Pere et Fils ............... (529)
Grands Echezeaux Domaine de la Romanee Conti ................ 387, (388)
Grands Echezeaux Louis Jadot ............................................. (533)
Mazis Chambertin Maume ...................................................(1687)
Musigny Jacques Prieur ..................................................... 1651
Pommard Les Vignots Leroy ................................................ (526)
Richebourg Jean Grivot ...................................................... 1652
Romanee Conti Domaine de la Romanee Conti ...........................381
Romanee St Vivant Louis Jadot............................................. (533)
Volnay Clos de la Bousse d'Or Pousse d'Or.............................. 1653
Vosne Romanee Aux Brulees Jean Grivot..................................(1689)
Vosne Romanee Les Beaumonts Dominique Laurent ..................(1688)
Vosne Romanee Les Suchots Robert Arnoux ............................ (525)

1997    Assortment Case Domaine de la Romanee Conti ........................... 271
Bonnes Mares Bouchard ..................................................... (545)
Bonnes Mares Comte Georges de Vogue .................................. (535)
Bonnes Mares Louis Jadot ......................................... (535), 1654
Bonnes Mares Robert Groffier .............................................. (543)
Chambertin Clos de Beze Louis Jadot............................. (539), 1656
Chambertin Clos de Beze Robert Groffier................................. 1655
Chambertin Clos de Beze Rousseau......................................... (538)
Chambertin Rousseau ........................................................ (538)
Chambolle Musigny Amoureuses Dominique Laurent .................. 1657
Chambolle Musigny Les Amoureuses Comte Georges de Vogue ...... (537)
Chambolle Musigny Les Amoureuses Louis Jadot....................... (537)
Chambolle Musigny Les Amoureuses R Groffier ........... (536), (543)
Chambolle Musigny Les Fuees Louis Jadot ............................... 1658
Chapelle Chambertin Louis Jadot ......................................... (539)
Charmes Chambertin Claude Dugat ...................................... 507
Charmes Chambertin Dominique Laurent ................................ (542)
Charmes Chambertin Louis Jadot .......................................... (539)
Chassagne Montrachet Clos De La Boudroitte Rouge Ramonet ....... 1659
Clos de la Roche Dominique Laurent....................................... (530)
Clos de la Roche Louis Jadot ............................................... (540)
Clos Vougeot Dominique Laurent .......................................... (542)
Clos Vougeot Louis Jadot ................................................... (533)
Corton Bouchard Pere et Fils................................................ (545)
Corton Clos Rognet Meo-Camuzet ......................................... (523)
Echezeaux Dominique Laurent.............................................. (541)
Echezeaux Emmanuel Rouget ............................................. 508
Echezeaux Louis Jadot ...................................................... (540)
Echezeaux Robert Arnoux .................................................. (757)
Gevrey Chambertin 1er Cru Claude Dugat ............................... (531)
Gevrey Chambertin Lavaux St Jacques Claude Dugat...................(531)
Gevrey Chambertin Lavaux St Jacques Maume.........................(1687)
Grands Echezeaux Domaine de la Romanee Conti ......................(544)
Grands Echezeaux Dominique Laurent ....................................(541)

Grands Echezeaux Louis Jadot ........................................(540)
Griottes Chambertin Domaine des Chezeaux ............................... 509
La Tache Domaine de la Romanee Conti .................................... 510
Mazis Chambertin Maume ...............................................(1687)
Musigny Jacques Prieur ...................................................756
Musigny Vieilles Vignes Comte Georges de Vogue........... 511, 1660, 1661
Richebourg Domaine de la Romanee Conti ...............................(544)
Richebourg Hudelot Noellat ............................................ 1662
Romanee St Vivant Domaine de la Romanee Conti ......................(544)
Romanee St Vivant Robert Arnoux........................................(757)
Vosne Romanee Les Beaumonts Dominique Laurent .................(1688)
Vosne Romanee Les Suchots Dominique Laurent...........................(530)

1998 Bonnes Mares Louis Jadot........................................... 512
Chambertin Clos de Beze Louis Jadot...................................(534)
Chambolle Musigny Dujac...............................................(1690)
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty .........(546)
Charmes Chambertin Louis Jadot .......................................(534)
Clos de la Roche Louis Jadot ..........................................(547)
Clos de Tart Mommessin................................................. 516
Clos des Lambrays Domaine des Lambrays .............................. 1664
Clos St Denis Louis Jadot .............................................(534)
Clos Vougeot Anne Gros ................................................ 517
Clos Vougeot Louis Jadot ..............................................(547)
Corton Clos Des Cortons Faiveley ...................................... 1667
Echezeaux Emmanuel Rouget ............................................ 513
Echezeaux Louis Jadot ................................................(533)
Gevrey Chambertin 1er Cru Claude Dugat ............................(1039)
Gevrey Chambertin Claude Dugat........................................ 515
Gevrey Chambertin Clos St Jacques Louis Jadot ......................(534)
Griotte Chambertin Rene Leclerc ......................................(1690)
Griottes Chambertin Joseph Roty........................................514
Mazis Chambertin Maume...........................................518, 1668
Mazy Chambertin Joseph Roty..........................................(546)
Musigny Vieilles Vignes Comte Georges de Vogue...................... 1669
Nuits St Georges Les Prulieres Robert Chevillon......................(1690)
Richebourg Denis Mugneret.............................................1670
Ruchottes Chambertin F Esmonin.......................................1671

1999 Bonnes Mares Dominique Laurent .........................................(1689)
Bonnes Mares Georges Lignier ......................................... 1672
Chambertin Clos de Beze Faiveley ...................................... 1674
Chambolle Musigny Premier Cru Comte Georges de Vogue.........(548)
Chapelle Chambertin Louis Jadot .....................................(533)
Clos Vougeot Louis Jadot ............................................. 1673
Echezeaux Domaine de la Romanee Conti................................278
La Tache Domaine de la Romanee Conti ................................274
Richebourg Domaine de la Romanee Conti .............................. 386
Romanee Conti Domaine de la Romanee Conti ..................272, 382
Romanee St Vivant Robert Arnoux......................................519
Ruchottes Chambertin Laurent......................................... 1675
Vosne Romanee Reignots Bouchard ...................................(548)

2000 Gevrey Chambertin 1er Cru Claude Dugat ...............................(1039)
La Tache Domaine de la Romanee Conti ................................276
Musigny Vieilles Vignes Comte Georges de Vogue......................1676
Romanee Conti Domaine de la Romanee Conti ...........................273

2001 Gevrey Chambertin Lavaux St Jacques Claude Dugat....................1038
Romanee St Vivant Hudelot Noellat ................................... 1677

## BURGUNDY RED MAGNUMS (1.5L)

1982 Vosne Romanee Les Beaux Monts Henri Jayer ...........................(390)
1988 Chambertin Clos de Beze Rousseau.....................................(394)
1989 Chambolle Musigny Les Amoureuses J F Mugnier.........................1609
Musigny Vieilles Vignes JF Mugnier ...................................1610
1990 Bonnes Mares Fougeray de Beauclair ................................. 1613
Bonnes Mares JF Mugnier ..............................................1614
Chambolle Musigny Les Amoureuses JF Mugnier ....................... 1616
Clos de la Roche Vieilles Vignes Domaine Ponsot .....................(395)
Clos de Vougeot Domaine Rene Engel....................................1620
La Tache Domaine de la Romanee Conti .................................1480
Mazis Chambertin Maume ..............................................1623
Musigny Vieilles Vignes Comte Georges de Vogue.......................1624
Pommard Les Rugiens P Rieusset ......................................(1625)
1991 Gevrey Chambertin Lavaux St Jacques Maume ..........................1629
Mazis Chambertin Maume ..............................................1631
1992 Musigny Vieilles Vignes Comte Georges de Vogue................ (520), 1632
1993 Bonnes Mares Comte Georges de Vogue ................................1634
Musigny Vieilles Vignes Comte Georges de Vogue.......................1637
Romanee St Vivant Domaine Dujac......................................1638
1995 Clos de la Roche Domaine Dujac......................................(289)
1996 Chambertin Clos de Beze Rousseau....................................1649
Clos St Denis Domaine Dujac..........................................(288)
Echezeaux Domaine Dujac..............................................(290)
1997 Clos de la Roche Domaine Dujac......................................(289)
Clos St Denis Domaine Dujac......................................284, (288)
Echezeaux Domaine Dujac..............................................(290)
1998 Bonnes Mares Robert Groffier .........................................1663
Clos de Tart Mommessin...............................................1666
Clos des Lambrays Domaine des Lambrays ..............................1665
Clos St Denis Domaine Dujac......................................286, (288)
1999 Clos de la Roche Domaine Dujac......................................(289)
Clos St Denis Domaine Dujac......................................287, (288)
Echezeaux Domaine Dujac..............................................(290)
La Tache Domaine de la Romanee Conti ................................275

## BURGUNDY RED DOUBLE MAGNUMS (3L)

1990 La Tache Domaine de la Romanee Conti ................................1481
1996 La Romanee Bouchard Pere et Fils.....................................397
1997 Clos St Denis Domaine Dujac..........................................285

## BURGUNDY RED METHUSELAH (6L)

1990 La Tache Domaine de la Romanee Conti ................................1482

## BURGUNDY WHITE 750ML

1980 Montrachet Marquis de Laguiche J Drouhin ............................(945)
1981 Montrachet Marquis de Laguiche J Drouhin ............................(945)
Montrachet Ramonet .................................................(1045)
1982 Montrachet Marquis de Laguiche J Drouhin ............................(945)
1983 Montrachet Marquis de Laguiche J Drouhin ............................(945)
1984 Montrachet Marquis de Laguiche J Drouhin ............................(945)
1985 Montrachet Marquis de Laguiche J Drouhin ............................(945)
Montrachet Ramonet .................................................1041
1986 Montrachet Marquis de Laguiche J Drouhin ............................(945)
Montrachet P Morey...................................................(1045)
1987 Chassagne Montrachet Les Ruchottes Ramonet .......................... 1691

Montrachet Marquis de Laguiche J Drouhin ............................. (945)
1988 Chassagne Montrachet Les Ruchottes Ramonet ......................... 1692
Montrachet Marquis de Laguiche J Drouhin ............................. (945)
1989 Chassagne Montrachet Les Chaumes Amiot-Bonfils .................. (1525)
Corton Charlemagne M Juillot ................................................... (1714)
Meursault Genevrieres Francois Jobard ..................................... (575)
Meursault Les Charmes Francois Jobard ........................... (573), (575)
Meursault Les Poruzots Jobard ................................................. (573)
Montrachet Marquis de Laguiche J Drouhin ............................. (945)
Montrachet Ramonet .............................................................. 1042
1990 Chablis Butteaux Raveneau .....................................566, (574), (1526)
Chablis Chapelot Raveneau ............................................ (574), (1526)
Chablis Montee de Tonnerre Raveneau ........................ 568, (1526)
Chablis Vaillons Raveneau .............................................. (574), (1526)
Chablis Valmur Raveneau ..................................................... (1526)
Chassagne Montrachet La Romanee P Pillot ........................... (1717)
Chassagne Montrachet Morgeot Ramonet................................. 549
Corton Charlemagne Coche Dury ........................................... 1527
Meursault Genevrieres Jobard.................................................. (576)
Meursault Les Charmes Jobard................................................ (575)
Meursault Les Poruzots Jobard................................................ (576)
Meursault Perrieres Leroy....................................................... 1693
Montrachet Marquis de Laguiche Joseph Drouhin ................... (945)
1991 Batard Montrachet Ramonet................................................... 1694
Chassagne Montrachet Les Ruchottes Ramonet ......... 1695, 1696, (1716)
Montrachet Marquis de Laguiche Joseph Drouhin ................... (945)
1992 Corton Charlemagne Louis Latour ........................................ (1525)
Montrachet Marquis de Laguiche Joseph Drouhin ................... (945)
1993 Batard Montrachet Niellon .................................................... 1697
Chassagne Montrachet Les Ruchottes Ramonet ...................... 1698
Chevalier Montrachet Colin-Deleger........................................ 1699
Chevalier Montrachet Niellon.................................................. 1700
Corton Charlemagne Coche-Dury ........................................... 1043
Corton Charlemagne Leroy ..................................................... 551
Corton Charlemagne Tollot-Beaut ....................................... (1715)
Meursault Coche-Dury............................................................ 552
Meursault Les Charmes Francois Jobard................................. 1701
Montrachet Comtes Lafon ....................................................... 550
Montrachet Remoissenet.......................................................... 553
1994 Batard Montrachet Domaine Leflaive ..................................... 554
Bienvenues Batard Montrachet Domaine Leflaive......................555
Chassagne Montrachet Les Ruchottes Ramonet ................. 1702, (1716)
Chassagne Montrachet Les Vergers Colin-Deleger ................. (579)
Chevalier Montrachet Verget .................................................. (578)
1995 Batard Montrachet Sauzet .......................................................557
Chassagne Montrachet La Vide Bourse Bernard Morey ............... 1703
Chassagne Montrachet Les Chaumees Clos de la Truffiere P Jouard (1717)
Chassagne Montrachet Les Vergers Colin-Deleger ................. (579)
Chassagne Montrachet Vergers Ramonet ................................ (579)
Chevalier Montrachet Bouchard .............................................. (578)
Chevalier Montrachet Domaine Leflaive ................................. 1704
Chevalier Montrachet Les Demoiselles Louis Latour .....................558
Corton Charlemagne Bonneau du Martray ................................. (581)
Corton Charlemagne Louis Latour .......................................... (581)
Corton Charlemagne M Juillot ................................................ (1714)
Corton Charlemagne Tollot-Beaut ........................................... (1715)
Meursault Genevrieres Jobard.................................................. (577)
Meursault Les Charmes Jobard................................................ (577)
Meursault Les Poruzots Jobard................................................ (577)
Montrachet Bouchard ...................................................... (580), 1706
Montrachet Louis Jadot .......................................................... (580)

Montrachet Remoissenet......................................................... 1707
Montrachet Sauzet...................................................................556
Puligny Montrachet Carillon ................................................... (564)
Puligny Montrachet Champs Canet Sauzet.............................. (582)
Puligny Montrachet Demoiselle Francois Colin ........................ (1718)
Puligny Montrachet La Truffiere Bernard Morey et Fils .............. (1718)
Puligny Montrachet Les Folatieres Sauzet............................... (582)
Puligny Montrachet Les Perrieres Sauzet ................................ (582)
Puligny Montrachet Les Referts Sauzet ................................... (582)
Puligny Montrachet Le Trezin Jobard ...................................... (577)
1996 Auxey Duresses Les Clous d'Auvenay ..................................... 584
Batard Montrachet Chartron et Trebuchet................................(565)
Batard Montrachet Louis Jadot .............................................. (583)
Batard Montrachet Ramonet .................................................... 562
Batard Montrachet Sauzet ...................................................... (563)
Batard Montrachet Verget ...................................................... (583)
Chablis Bougros Verget ........................................................... (586)
Chablis Valmur Verget ............................................................ (586)
Chassagne Montrachet Chaumes Verget ............................... (1525)
Chassagne Montrachet En Remilly Colin-Deleger.................... (585)
Chassagne Montrachet La Romanee Verget ............................ (587)
Chassagne Montrachet Les Chaumes Colin Deleger.................567
Chassagne Montrachet Maltroie Colin-Deleger........................ (585)
Chassagne Montrachet Morgeot Colin-Deleger........................ (585)
Chassagne Montrachet Morgeot Vieilles Vignes Verget ............... (1525)
Chevalier Montrachet Clos des Chevalier Chartron et Trebuchet ...... 569
Corton Charlemagne Bouchard Pere et Fils ............................. 1708
Corton Charlemagne Louis Jadot ............................................ (587)
Meursault Clos de la Barre Comte Lafon .................................1044
Meursault Les Narvaux Leroy .................................................. (564)
Montrachet Louis Jadot............................................................561
Montrachet Marquis de Laguiche J Drouhin .............................559
Montrachet Sauzet .................................................................. 560
Puligny Montrachet Le Caillerets Colin-Deleger........................ 570
1997 Chablis Vaillons Verget ........................................................ (1525)
Chassagne Montrachet Ruchottes Ramonet ....................... 1709, 1710
Montrachet Bouchard ............................................................. 571
Montrachet Chartron et Trebuchet ......................................... (588)
Montrachet Domaine de la Romanee Conti ............................. 280
Montrachet Louis Latour ........................................................ (588)
Montrachet Olivier Leflaive...................................................... 572
Puligny Montrachet Le Trezin Jobard ...................................... (577)
1998 Batard Montrachet Domaine Leflaive ...................................... 292
Batard Montrachet Ramonet ................................................... 1712
Batard Montrachet Sauzet ...................................................... 1711
Bienvenues Batard Montrachet Domaine Leflaive.......................293
Bienvenues Batard Montrachet Ramonet................................. 1713
Chablis Les Clos Raveneau ..................................................... (586)
Chablis Valmur Raveneau ....................................................... (586)
Montrachet Domaine de la Romanee Conti ............................. 281
Puligny Montrachet Clavoillon Domaine Leflaive .................... (291)
Puligny Montrachet Les Folatieres Domaine Leflaive ................. (291)
1999 Montrachet Domaine de la Romanee Conti ............................. 282
2000 Montrachet Domaine de la Romanee Conti ............................. 283

## Burgundy White Magnums (1.5L)

1995 Corton Charlemagne M Juillot ............................................... 1705
Montrachet Domaine de la Romanee Conti ............................. 279

## California Red Half-Bottle (375ml)

1993  Ridge Vineyards Monte Bello ...................................................263

## California Red 750ml

1941  Inglenook Cabernet Sauvignon ................................... 1413, 1414
1964  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
1965  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
1966  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
1967  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
1968  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
1969  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
1970  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ........767, (946)
1971  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1972  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
1973  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1974  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1975  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1976  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
      Chateau Montelena North Coast Cabernet Sauvignon ................(1533)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1977  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Diamond Creek Cabernet Sauvignon and Pick Red Rock Terrace ....(1533)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1978  Beaulieu Private Reserve Cabernet Sauvignon .................(946), (1533)
      Clos Du Val Cabernet Sauvignon.....................................(1533)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
      William Hill Napa Gold Label Cabernet Sauvignon ........................ 940
1979  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1980  Beaulieu Private Reserve Cabernet Sauvignon .................(946), (1533)
      Caymus Vineyards Cabernet Sauvignon Grace Family Vineyard ........(43)
      Opus One ...........................................................(882)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1981  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
      Opus One ..................................................... (882), (883)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
1982  Beaulieu Private Reserve Cabernet Sauvignon .................(768), (946)
      Chateau Montelena Cabernet Sauvignon Estate .........796, (797), (1533)
      Dunn Vineyards Cabernet Sauvignon Howell Mountain .........(849), (850)
      Hacienda del Rio ..................................................(1853)
      Opus One ..................................................... (882), (883)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
      William Hill Napa Gold Label Cabernet Sauvignon ........................ 942
1983  Beaulieu Private Reserve Cabernet Sauvignon .................(768), (946)
      Chateau Montelena Cabernet Sauvignon Estate ........................(797)
      Daniel .............................................................(43)
      Dominus...............................................(824), (825), 830, 1769
      Dunn Vineyards Cabernet Sauvignon Howell Mountain ........(849), (850)
      Grace Family Vineyards Cabernet Sauvignon ..........................(257)
      Opus One ......................................................(882), 885
      Robert Mondavi Winery Cabernet Sauvignon Reserve ...................(947)
      Silver Oak Cellars Bonnys Vineyard Cabernet Sauvignon...............(930)
1984  Beaulieu Private Reserve Cabernet Sauvignon ........................(946)
      Chateau Montelena Cabernet Sauvignon Estate ........................(797)
      Dominus.................................................(824), (825), (826), 831, 832

      Dunn Vineyards Cabernet Sauvignon .................................(1802)
      Dunn Vineyards Cabernet Sauvignon Howell Mountain(849), (850), 1809
      Grace Family Cabernet Sauvignon ...................................(257)
      Groth Cabernet Sauvignon...........................................(1534)
      Groth Cabernet Sauvignon Reserve...................................(1534)
      Opus One ..................................................... (882), (883)
      Ridge Vineyards Monte Bello Cabernet Sauvignon ....................(1415)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ........... 904, (947)
      William Hill Napa Gold Label Cabernet Sauvignon ...................(942)
1985  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Beringer Vineyards Cabernet Sauvignon Chabot Vineyard ...............778
      Beringer Vineyards Cabernet Sauvignon Private Reserve...............777
      Chateau Montelena Cabernet Sauvignon Estate .......................(797)
      Dominus......................................... (824), (825), (827), 833
      Duckhorn Merlot ...................................................(841)
      Dunn Vineyards Cabernet Sauvignon .................. (865), (1536), (1802)
      Dunn Vineyards Cabernet Sauvignon Howell Mountain(849), (850), 1810
      Grace Family Cabernet Sauvignon ...................................(257)
      Groth Reserve Cabernet Sauvignon................................... 1418
      Joseph Phelps Vineyards Cabernet Sauvignon Backus Vineyard .....(1534)
      Laurel Glen Estate Cabernet Sauvignon .............................(1534)
      Opus One ..................................................... (882), (883), 1834
      Ridge Vineyards Monte Bello Cabernet Sauvignon ....................(900)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ..................(947)
      Stag's Leap Wine Cellars Cask 23 ..................................(1801)
      William Hill Napa Gold Label Cabernet Sauvignon .......................941
1986  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Chateau Montelena Cabernet Sauvignon Estate ................(797), (798)
      Diamond Creek Mixed Vineyard Case ..................................814
      Dominus......................................... (824), (825), (826)
      Duckhorn Merlot .................................................... 845
      Dunn Vineyards Cabernet Sauvignon .................. (865), (1536), (1803)
      Dunn Vineyards Cabernet Sauvignon
      Howell Mountain ............................. (849), (850), 854, (1536), (1811)
      Grace Family Cabernet Sauvignon ...................................(257)
      Joseph Phelps Backus Vineyard Cabernet Sauvignon ..................(877)
      Joseph Phelps Vineyards Cabernet Sauvignon Eisele Vineyard........(877)
      Joseph Phelps Vineyards Insignia ........................(877), 1419
      Opus One ..................................................... (882), (1834)
      Pahlmeyer Red .....................................................891
      Ridge Vineyards Monte Bello Cabernet Sauvignon ....................(900)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ..................(947)
      Silver Oak Cellars Bonnys Vineyard Cabernet Sauvignon .............(930)
      Silver Oak Cellars Cabernet Sauvignon .............................(930)
      William Hill Napa Reserve Cabernet Sauvignon.......................(942)
1987  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Chateau Montelena Cabernet Sauvignon Estate .......................(798)
      Diamond Creek Cabernet Sauvignon Lake .............................819
      Diamond Creek Mixed Vineyard Case ..................................818
      Dominus......................................... (824), (825), (827), 834
      Dunn Vineyards Cabernet Sauvignon .................................(1803)
      Dunn Vineyards Cabernet Sauvignon
      Howell Mountain ....................................... (849), (850), 1125, (1811)
      Grace Family Cabernet Sauvignon ...................................(257)
      Opus One ..................................................... (882), (883), (1834)
      Pahlmeyer Red .....................................................(894)
      Robert Mondavi Winery Cabernet Sauvignon Reserve ............ (43), 905
      Silver Oak Cellars Bonnys Vineyard Cabernet Sauvignon .............(930)
      William Hill Napa Reserve Cabernet Sauvignon.......................(942)
1988  Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..............(946)
      Caymus Cabernet Sauvignon Special Selection........................791

Chateau Montelena Cabernet Sauvignon Estate ......................... (798)
Diamond Creek Mixed Vineyard Case ................................... 821
Dominus ................................(824), (825), (826), (827)
Dunn Vineyards Cabernet Sauvignon ...................... 867, 1120, (1804)
Dunn Vineyards Cabernet Sauvignon
Howell Mountain ...............................(849), (850), 855, 1126, (1804)
Grace Family Vineyards Cabernet Sauvignon .............................(257)
Joseph Phelps Vineyards Insignia ........................................(1881)
Laurel Glen Estate Cabernet Sauvignon ....................................(1534)
Opus One ........................................ (882), (883)
Pahlmeyer Red ........................................ 893, (894)
Ridge Vineyards Monte Bello Cabernet Sauvignon..................... (900)
Robert Mondavi Winery Cabernet Sauvignon Reserve ............... 907
Silver Oak Cellars Cabernet Sauvignon ...............................(930)
Spottswoode Cabernet Sauvignon ......................................(931)
William Hill Napa Reserve Cabernet Sauvignon...........................(942)
1989 Beaulieu Vineyards Cabernet Sauvignon Private Reserve .............. (946)
Caymus Cabernet Sauvignon Special Selection...............................792
Chateau Montelena Cabernet Sauvignon Estate ................ (798), (799)
Dalla Valle Vineyards Maya...........................................(806)
Diamond Creek Cabernet Sauvignon Gravelly Meadow ................ (823)
Diamond Creek Cabernet Sauvignon Red Rock Terrace ............... (823)
Diamond Creek Cabernet Sauvignon Volcanic Hill....................... (823)
Dominus................................(824), (825), (827)
Duckhorn Red Howell Mountain ................................................ 846
Dunn Vineyards Cabernet Sauvignon ...................................(1805)
Dunn Vineyards Cabernet Sauvignon
Howell Mountain ............................... (849), (850), 856, 1127, (1805)
Grace Family Cabernet Sauvignon ........................................(257)
Heitz Wine Cellars Cabernet Sauvignon Martha´s Vineyard .......... (876)
Joseph Phelps Vineyards Insignia ........................................(1881)
Moraga Cabernet Sauvignon..........................................(1832)
Opus One ........................................ (882), (883)
Pahlmeyer Red ........................................(894), (895)
Robert Mondavi Winery Cabernet Sauvignon Reserve .................... 908
Spottswoode Cabernet Sauvignon ........................................932
William Hill Napa Reserve Cabernet Sauvignon...........................(942)
1990 Beaulieu Vineyards Cabernet Sauvignon Private Reserve ..... (770), (946)
Beringer Vineyard Private Reserve Cabernet Sauvignon.................. 780
Caymus Cabernet Sauvignon.............................................1420
Caymus Cabernet Sauvignon Special Selection...............................793
Chateau Montelena Cabernet Sauvignon Estate .......................... (799)
Dalla Valle Vineyards Cabernet Sauvignon .............................. 294
Dalla Valle Vineyards Maya............................ 707, (806)
Diamond Creek Cabernet Sauvignon Gravelly Meadow ................. (823)
Diamond Creek Cabernet Sauvignon Lake ................................. (823)
Diamond Creek Cabernet Sauvignon Red Rock Terrace ................ (823)
Diamond Creek Cabernet Sauvignon Volcanic Hill....................... (823)
Dominus................................(824), (825), (838)
Dunn Vineyards Cabernet Sauvignon ...................... (868), 1121, (1806)
Dunn Vineyards Cabernet Sauvignon
Howell Mountain .................................. (849), (850), 857, 1128, 1812
Grace Family Cabernet Sauvignon ........................................(257)
Heitz Wine Cellars Cabernet Sauvignon Trailside Vineyard ............ (876)
Joseph Phelps Vineyards Insignia ........................................878
Moraga Cabernet Sauvignon..........................................(307), (1832)
Opus One ........................................ (882), (883), 886, (1834)
Pahlmeyer Red ........................................(895)
Robert Mondavi Winery Cabernet Sauvignon Reserve .................... 909
Shafer Vineyards Cabernet Sauvignon Hillside Select .................. (923)
Silverado Reserve Cabernet Sauvignon .....................................(1535)

Spottswoode Cabernet Sauvignon ............................................ (931)
1991 Abreu Cabernet Sauvignon Madrona Ranch................................ (765)
Beaulieu Vineyards Cabernet Sauvignon Private Reserve .............. (946)
Beringer Vineyards Cabernet Sauvignon Private Reserve....................781
Chateau Montelena Cabernet Sauvignon Estate ................ (799), (800)
Dalla Valle Vineyards Cabernet Sauvignon ........................ 296, (807)
Dalla Valle Vineyards Maya......................... 295, 708, (806)
Diamond Creek Cabernet Sauvignon Gravelly Meadow ............... (823)
Diamond Creek Cabernet Sauvignon Gravelly Meadow Lake Blend.. (823)
Diamond Creek Cabernet Sauvignon Red Rock Terrace ................ (823)
Diamond Creek Cabernet Sauvignon Volcanic Hill..................... (823)
Dominus ................................ (824), (825)
Dunn Vineyards Cabernet Sauvignon ...................... 869, 1122, (1806)
Dunn Vineyards Cabernet Sauvignon
Howell Mountain .................................. (849), (850), 858, 1129, 1813
Grace Family Cabernet Sauvignon .................................. (257), (404)
Harlan Estate .........................................709, (874)
Hartwell Stag's Leap Grace Vineyard Cabernet Sauvignon ............(1828)
Heitz Wine Cellars Cabernet Sauvignon Martha's Vineyard ............ (876)
Joseph Phelps Vineyards Cabernet Sauvignon Eisele Vineyard.......... 880
Joseph Phelps Vineyards Insignia ........................................879
Moraga Cabernet Sauvignon.......................... (307), (1832)
Opus One ........................................ (882), (883), (884)
Pahlmeyer Red ........................................(896)
Ridge Montebello Cabernet Sauvignon ....................................... 260
Robert Mondavi Winery Cabernet Sauvignon Reserve .................... 910
Shafer Vineyards Cabernet Sauvignon Hillside Select .................. (923)
Simi Reserve Cabernet Sauvignon ...........................................(1535)
Spottswoode Cabernet Sauvignon ............................................933
1992 Abreu Cabernet Sauvignon Madrona Ranch.......................(1801), 1854
Beaulieu Private Reserve Cabernet Sauvignon .............................(946)
Beringer Vineyards Cabernet Sauvignon Private Reserve....................782
Bryant Family Cabernet Sauvignon............................711, (789), 1421
Chateau Montelena Cabernet Sauvignon Estate ................(800), (801)
Colgin Cabernet Sauvignon Herb Lamb Vineyard....................712, (804)
Dalla Valle Vineyards Cabernet Sauvignon ...................... 297, 808, 1866
Dalla Valle Vineyards Maya.........................713, (806), 1053
Diamond Creek Cabernet Sauvignon Gravelly Meadow ............... (823)
Diamond Creek Cabernet Sauvignon Gravelly Meadow Lake Blend.. (823)
Diamond Creek Cabernet Sauvignon Volcanic Hill..................... (823)
Diamond Creek Red Rock Terrace Cabernet Sauvignon ............... (823)
Dominus................................(824), (825), (828), 835, 1774
Duckhorn Three Palms Merlot................................................(842)
Dunn Vineyards Cabernet Sauvignon ...................... (868), 1123, (1807)
Dunn Vineyards Cabernet Sauvignon
Howell Mountain .................................. (849), (850), 859, 1130, 1814
Grace Family Cabernet Sauvignon .................................. (257), (404)
Grace Family Vineyards Vineyard 29 Cabernet Sauvignon ............. 872
Harlan Estate .........................................714
Hartwell Stag's Leap Grace Vineyard Cabernet Sauvignon ............(1828)
Joseph Phelps Vineyards Cabernet Sauvignon Backus Vineyard ..... (1881)
Moraga Cabernet Sauvignon.......................... (307), (1832)
Opus One ........................................(882), 887
Pahlmeyer Red ........................................(896)
Ridge Vineyards Monte Bello............................ 261, 901
Robert Mondavi Winery Cabernet Sauvignon Reserve .................... 911
Screaming Eagle Cabernet Sauvignon ............... 302, (764)
Shafer Vineyards Cabernet Sauvignon Hillside Select ........ 716, (923)
Spottswoode Cabernet Sauvignon ............................................(934)
1993 Abreu Cabernet Sauvignon Madrona Ranch................................ 1855
Araujo Cabernet Sauvignon Eisele Vineyard ............................... 1537

241

Beaulieu Private Reserve Cabernet Sauvignon .................. (770), (946)
Beringer Vineyards Cabernet Sauvignon Chabot Vineyard ............. (784)
Beringer Vineyards Cabernet Sauvignon Private Reserve.........(784), 785
Bryant Family Cabernet Sauvignon.............................. 717, (789)
Chateau Montelena Cabernet Sauvignon Estate ................(800), (801)
Colgin Cabernet Sauvignon Herb Lamb Vineyard....................718, (804)
Dalla Valle Vineyards Cabernet Sauvignon ...... 298, 299, (807), 809, 1867
Dalla Valle Vineyards Maya....................................... 300, 301, (806)
Diamond Creek Cabernet Sauvignon Gravelly Meadow ................. (823)
Diamond Creek Cabernet Sauvignon Volcanic Hill.................... (823)
Diamond Creek Red Rock Terrace Cabernet Sauvignon ................. (823)
Duckhorn Napa Cabernet Sauvignon................................. (844)
Duckhorn Three Palms Merlot...................................... (843)
Dunn Vineyards Cabernet Sauvignon ........................... 870, 1808
Dunn Vineyards Cabernet Sauvignon
 Howell Mountain ........................... (849), (850), 860, 1131, 1815, 1872
Grace Family Cabernet Sauvignon ................................... 405
Grace Family Cabernet Sauvignon .................................(257)
Harlan Estate ............................................... 719, (874)
Hartwell Stag's Leap Grace Vineyard Cabernet Sauvignon ............(1838)
Joseph Phelps Insignia ..........................................(1881)
Moraga Cabernet Sauvignon.................................. (307), (1833)
Opus One ...................................... (882), (884), 888
Ridge Vineyards Monte Bello Cabernet Sauvignon...................... (902)
Robert Mondavi Winery Reserve Cabernet Sauvignon ....................912
Screaming Eagle Cabernet Sauvignon ...................................(764)
Spottswoode Cabernet Sauvignon ...................................(934)
Turley Petite Syrah Hayne Vineyard................................(1851)
Vineyard 29 Cabernet Sauvignon ...................................(1817)
1994 Abreu Cabernet Sauvignon Madrona Ranch....................... (765), 1856
Araujo Cabernet Sauvignon Eisele Vineyard ...........(766), (1792), (1860)
Beaulieu Vineyards Cabernet Sauvignon Private Reserve ........771, (946)
Beringer Vineyards Cabernet Sauvignon Marston Vineyard .......... (786)
Beringer Vineyards Cabernet Sauvignon Private Reserve.............. (786)
Beringer Vineyards Cabernet Sauvignon Tre Colline Vineyard ....... (786)
Bryant Family Cabernet Sauvignon....................721, 722, 723, (789)
Caymus Cabernet Sauvignon Special Selection.................724, (794)
Chateau Montelena Cabernet Sauvignon Estate ............... (800), (802)
Colgin Cabernet Sauvignon Herb Lamb Vineyard....................725, (804)
Dalla Valle Vineyards Cabernet Sauvignon ...........................(810), 1778
Dalla Valle Vineyards Maya.................................. 726, (806)
Diamond Creek Cabernet Sauvignon Gravelly Meadow ........ (823), 1496
Diamond Creek Cabernet Sauvignon Lake ............................1495
Diamond Creek Cabernet Sauvignon Red Rock Terrace ................. (823)
Diamond Creek Cabernet Sauvignon Volcanic Hill.............. (823), 1497
Dominus........................... 727, (824), (825), (828), 836
Duckhorn Napa Cabernet Sauvignon................................847, 848
Dunn Vineyards Cabernet Sauvignon ................ 871, 1124, (1807), 1873
Dunn Vineyards Cabernet Sauvignon
 Howell Mountain .................................(849), (850), 1132, 1816, 1874
Grace Family Cabernet Sauvignon ...................................(257), 406
Harlan Estate ................................................ 439, (874), 1821
Hartwell Cabernet Sauvignon Sunshine Vineyard ...................... (411)
Hartwell Stag's Leap Grace Vineyard Cabernet Sauvignon ............(1829)
Joseph Phelps Vineyards Cabernet Sauvignon ...........................1882
Joseph Phelps Vineyards Insignia .................................(1881)
Moraga Cabernet Sauvignon.............................(307), (1538), (1833)
Opus One ...................................... (882), (884)
Pahlmeyer Red .............................................897, (898)
Ridge Vineyards Monte Bello Cabernet Sauvignon................264, (902)
Robert Mondavi Winery Cabernet Sauvignon Reserve ...................913

Screaming Eagle Cabernet Sauvignon ...............................730, (764)
Shafer Hillside Select Cabernet Sauvignon ........................... (924)
Spottswoode Cabernet Sauvignon .............................. (935), 1886
Vineyard 29 Cabernet Sauvignon ...................................(1817)
Williams Selyem Pinot Noir Hirsch Vineyard .........................(1853)
Williams Selyem Pinot Noir Rochioli Vineyard ........................(1853)
1995 Abreu Cabernet Sauvignon Madrona Ranch........................ 1857
Araujo Cabernet Sauvignon Eisele Vineyard ...........(766), (1793), (1860)
Araujo Syrah Eisele Vineyard .....................................(1798)
Beaulieu Vineyards Cabernet Sauvignon Private Reserve ............. (946)
Beringer Vineyards Cabernet Sauvignon Bancroft Ranch ............ (787)
Beringer Vineyards Cabernet Sauvignon Chabot Vineyard ........... (787)
Beringer Vineyards Cabernet Sauvignon State Lane Vineyard ....... (787)
Beringer Vineyards Cabernet Sauvignon Tre Colline Vineyard ........ (787)
Beringer Vineyards Private Reserve Cabernet Sauvignon.. 249, 250, (787)
Bryant Family Cabernet Sauvignon.............................. 440, (789)
Caymus Cabernet Sauvignon Special Selection .......................... (794)
Chateau Montelena Cabernet Sauvignon Estate .........(800), (802), 1107
Colgin Cabernet Sauvignon Herb Lamb Vineyard................(804), 1863
Dalla Valle Vineyards Cabernet Sauvignon ..........................(810)
Dalla Valle Vineyards Maya.......................................(806)
Diamond Creek Cabernet Sauvignon Gravelly Meadow ................ (823)
Diamond Creek Cabernet Sauvignon Red Rock Terrace ................ (823)
Diamond Creek Volcanic Hill Cabernet Sauvignon.................... (823)
Dominus.......................................731, (824), (825), 838
Dunn Vineyards Cabernet Sauvignon
 Howell Mountain .................................. (849), (850), 861, 1133, 1875
Flora Springs Rutherford Hillside Reserve Cabernet Sauvignon ...... (943)
Grace Family Vineyard 29 Cabernet Sauvignon ........................(1818)
Groth Reserve Cabernet Sauvignon................................ 441
Harlan Estate ............................................... (874)
Harlan Estate The Maiden......................................... (1827)
Hartwell Cabernet Sauvignon Sunshine Vineyard ...................... (411)
Kendall Jackson Cardinale........................................ (943)
Moraga Cabernet Sauvignon........................... (307), (1833)
Opus One ...................................(882), (883), 889
Pahlmeyer Red .............................................. 1883
Quintessa Rutherford Red........................................ (943)
Ridge Vineyards Cabernet Sauvignon Monte Bello ........ 265, (903)
Robert Mondavi Winery Cabernet Sauvignon Reserve ...................914
Screaming Eagle Cabernet Sauvignon ...............................(764)
Shafer Vineyards Cabernet Sauvignon Hillside Select ...............737, 925
Sine Qua Non Red Handed........................................(1842)
Sine Qua Non The Other Hand Syrah ..............................(1842)
Williams Selyem Pinot Noir Riverblock Vineyard .....................(1853)
Williams Selyem Pinot Noir Rochioli Vineyard ........................(1853)
1996 Abreu Cabernet Sauvignon Madrona Ranch.......................738, 1858
Araujo Cabernet Sauvignon Eisele Vineyard ...........(766), (1794), (1861)
Araujo Syrah Eisele Vineyard .....................................(1798)
Beaulieu Vineyards Cabernet Sauvignon Private Reserve ............. (946)
Bryant Family Cabernet Sauvignon.............................. (789)
Chateau Montelena Cabernet Sauvignon Estate ................... 253, (800)
Colgin Cabernet Sauvignon Herb Lamb Vineyard.......................(804)
Dalla Valle Vineyards Cabernet Sauvignon ............................1868
Dalla Valle Vineyards Maya.......................................(806)
Dominus................................... (824), (825), (829)
Dunn Vineyards Cabernet Sauvignon Howell Mountain(849), (850), 1134
Grace Family Vineyard 29 Cabernet Sauvignon ........................(1818)
Harlan Estate ............................................(875), 1822
Harlan Estate The Maiden...........................(1801), (1827)
Hartwell Cabernet Sauvignon Sunshine Vineyard ...................... (411)

Kistler Cuvee Catherine Pinot Noir..........................................(1079)
Marcassin Pinot Noir Marcassin Vineyard .................................. 1062
Moraga Cabernet Sauvignon.................................................. (307)
Opus One .............................................................418, (420), (882), 890
Pahlmeyer Red ..............................................................(898), 1884
Ridge Vineyards Monte Bello............................................. 266, 267
Robert Mondavi Winery Cabernet Sauvignon Reserve ...................915
Screaming Eagle Cabernet Sauvignon ............................ (764), 1835
Shafer Vineyards Cabernet Sauvignon Hillside Select ... 740, (924)
Sine Qua Non Syrah Against The Wall ....................................(1842)
Turley Hayne Petite Syrah ..................................................... (937)
Turley Hayne Zinfandel .......................................................... (937)
Turley Wine Cellars Zinfandel Grist Vineyard ......................... (937)
Turley Zinfandel Aida Vineyard .............................................. (937)
Turley Zinfandel Black Sears Vineyard ............................(937), (1845)
Turley Zinfandel Duarte Vineyard................................(937), (1844)
Turley Zinfandel Old Vines ..................................................... (937)
Turley Zinfandel Vineyard 101 ................................................ (937)
Turley Zinfandel Whitney Tennessee Vineyard .......................... (937)
Williams Selyem Pinot Noir Allen Vineyard ..............................(1853)
Williams Selyem Pinot Noir Hirsch Vineyard ............................(1853)
Williams Selyem Pinot Noir Precious Mountain .........................(1853)
Williams Selyem Pinot Noir Riverblock Vineyard .......................(1853)
Williams Selyem Pinot Noir Rochioli Vineyard ..........................(1853)

1997 Abreu Cabernet Sauvignon Madrona Ranch................................1859
Araujo Cabernet Sauvignon Eisele Vineyard ...........(766), (1795), (1861)
Barbour Vineyards Cabernet Sauvignon....................................416
Beaulieu Cabernet Sauvignon Private Reserve ............................(946)
Beringer Vineyards Cabernet Sauvignon Private Reserve................788
Chateau Montelena Cabernet Sauvignon Estate ................... 254, 255
Colgin Cabernet Sauvignon Herb Lamb Vineyard ............(804), 1864
Dalla Valle Napa Cabernet Sauvignon ....................................(1869)
Dominus........................................................... (824), (825), (829)
Dunn Vineyards Cabernet Sauvignon ......................................1876
Dunn Vineyards Cabernet Sauvignon
Howell Mountain ...............................(849), (850), 862, (1136), 1877
Grace Family Vineyard 29 Cabernet Sauvignon ...........................1819
Harlan Estate .................................................................(875), 1823
Harlan Estate The Maiden .................................................... (1827)
Hartwell Stag's Leap Grace Vineyard Cabernet Sauvignon ...........(1829)
Joseph Phelps Vineyards Insignia ....................................... 258, 259
Kistler Cuvee Catherine Pinot Noir.......................................(1079)
Marcassin Pinot Noir Marcassin Vineyard .................................1063
Martinelli Vineyards Zinfandel Jackass Hill Vineyard ................... (742)
Moraga Cabernet Sauvignon.................................................. (307)
Opus One ............................................. 419, (420), (882), (884)
Pahlmeyer Red ..............................................................(898), 1885
Ridge Vineyards Monte Bello Cabernet Sauvignon.........268, 269, (903)
Robert Mondavi Winery Cabernet Sauvignon Reserve ...................916
Screaming Eagle Cabernet Sauvignon ............................. (764), 1836
Shafer Vineyards Cabernet Sauvignon Hillside Select .....................926
Spottswoode Cabernet Sauvignon .......................................... (935)
Stag's Leap Wine Cellars Cabernet Sauvignon Fay........................ 1108
Stag's Leap Wine Cellars SLV Cabernet Sauvignon........................ 1109
Turley Charbono Tofanelli Vineyard........................................ (1844)
Turley Hayne Petite Syrah ........................................... (938), (1851)
Turley Petite Syrah Aida Vineyard ........................................... (1851)
Turley Petite Syrah Rattlesnake Acres ............................ (938), (1851)
Turley Wine Cellars Zinfandel Grist................................(938), (1844)
Turley Zinfandel Black Sears Vineyard ............................(938), (1844)
Turley Zinfandel Dogtown Vineyard.............................(938), (1844)

Turley Zinfandel Duarte Vineyard..................................(938), (1844)
Turley Zinfandel Hayne Vineyard ..................................(938), (1845)
Turley Zinfandel Moore Earthquake Vineyard ........ (938), (1844), (1845)
Turley Zinfandel Old Vines ............................................(938), (1845)
Turley Zinfandel Spenker Ranch ............................................. (938)
Turley Zinfandel Tofanelli Vineyard...............................(938), (1844)
Turley Zinfandel Vineyard 101 ................................................ (938)
Williams Selyem Pinot Noir Olivet Lane .................................(1853)

1998 Araujo Cabernet Sauvignon Eisele Vineyard .. (766), 1054, (1796), (1862)
Araujo Syrah Eisele Vineyard ...............................................(1798)
Arietta Merlot .....................................................................(1119)
Arietta Napa Red .................................................................(1119)
Beaulieu Private Reserve Cabernet Sauvignon ............................(946)
Bryant Family Cabernet Sauvignon.........................................1056
Chateau Montelena Cabernet Sauvignon Estate ......................... 1110
Colgin Cabernet Sauvignon Herb Lamb Vineyard ............. (804), (1865)
Dalla Valle Vineyards Cabernet Sauvignon ...........................417, 1111
Dominus......................................................... (824), (825), (829)
Dunn Vineyards Cabernet Sauvignon ...................................... 1878
Dunn Vineyards Cabernet Sauvignon
Howell Mountain ................................(849), (850), 863, (1136), 1879
Grace Family Cabernet Sauvignon ........................................... 407
Harlan Estate ....................................................................... 1824
Harlan Estate The Maiden .................................................... (1827)
Hartwell Cabernet Sauvignon ......................................... 412, 413
Joseph Phelps Vineyards Insignia ..........................................1112
Marcassin Pinot Noir Blue Slide Ridge Vineyard ...........................1067
Marcassin Pinot Noir Marcassin Vineyard .................................1064
Martinelli Vineyards Zinfandel Jackass Vineyard ......................... (742)
Moraga Cabernet Sauvignon.................................................. (307)
Opus One ....................................................................(882), (884)
Robert Mondavi Winery Cabernet Sauvignon Reserve ...................917
Screaming Eagle Cabernet Sauvignon ......................(764), 1502, 1837
Shafer Vineyards Hillside Select Cabernet Sauvignon ....................927
Spottswoode Cabernet Sauvignon .......................................... (936)
Turley Charbono Tofanelli Vineyard......................................... (939)
Turley Petit Syrah Hayne Vineyard ................................. (939), (1851)
Turley Petite Syrah Rattlesnake Acres ............................ (939), (1851)
Turley Wine Cellars Zinfandel Grist Vineyard ............................ (939)
Turley Wine Cellars Zinfandel Old Vines ..........................(939), (1845)
Turley Wine Cellars Zinfandel Tofanelli.................................... (939)
Turley Wine Cellars Zinfandel Vineyard 101 ............................... (939)
Turley Zinfandel Black Sears Vineyard ..................................... (939)
Turley Zinfandel Dogtown Vineyard.........................(744), (939), (1846)
Turley Zinfandel Duarte Vineyard...................... (939), (1845), (1846)
Turley Zinfandel Hayne Vineyard ...........................(743), (939), (1846)
Turley Zinfandel Moore Earthquake Vineyard ...................(744), (1845)
Turley Zinfandel Pringle Family Vineyard...............(743), (939), (1846)
Turley Zinfandel Tofanelli Vineyard.................................(744), (1845)

1999 Araujo Altagracia Eisele Vineyard .......................................(1057)
Araujo Cabernet Sauvignon Eisele Vineyard .................... (766), (1862)
Araujo Syrah Eisele Vineyard ....................................(1057), (1798)
Arietta Merlot .....................................................................(1119)
Arietta Napa Red .................................................................(1119)
Beaulieu Cabernet Sauvignon Private Reserve ...........................(946)
Bond Estate Cabernet Sauvignon Melbury ................................(1799)
Bond Estate Cabernet Sauvignon Vecina....................................(1799)
Bryant Family Cabernet Sauvignon..........................................(790)
Colgin Cabernet Sauvignon Herb Lamb Vineyard ............. (804), (1865)
Colgin Red Cariad Vineyard ......................................... (804), (1865)
Dalla Valle Vineyards Cabernet Sauvignon ................ 1058, 1113, (1869)

Dominus.......................................................... (824), (825), (829)
Dunn Vineyard Howell Mountain
Cabernet Sauvignon ................................. (849), (850), 864, (1880)
Dunn Vineyards Cabernet Sauvignon ......................................... (1880)
Harlan Estate ......................................................... (875), 1114, 1825
Harlan Estate The Maiden ...............................................1115, (1827)
Hartwell Cabernet Sauvignon ........................................................415
Marcassin Pinot Noir Blue Slide Ridge Vineyard ............. 950, 1068, 1782
Marcassin Pinot Noir Marcassin Vineyard951, 952, 1065, 1066, 1783, 1784
Moraga Cabernet Sauvignon.................................................... (307)
Opus One ................................................................. (882), (884)
Robert Mondavi Winery Cabernet Sauvignon Reserve .......................918
Screaming Eagle Cabernet Sauvignon ................. 303, (764), 1503, 1838
Shafer Vineyards Hillside Select Cabernet Sauvignon ......................928
Spottswoode Cabernet Sauvignon ............................................ (936)
Turley Charbono Tofanelli Vineyard ......................................... (1845)
Turley Petite Syrah Hayne Vineyard .......................................... (1845)
Turley Petite Syrah Rattlesnake Acres ...................................... (1845)
Turley Pringle Family Vineyard Zinfandel...................................(1847)
Turley Zinfandel Dogtown Vineyard ........................................(1846)
Turley Zinfandel Duarte Vineyard ............................................(1847)
Turley Zinfandel Estate ............................................... (746), (1847)
Turley Zinfandel Grist Vineyard ..............................................(1847)
Turley Zinfandel Hayne Vineyard .............................................(1846)
Turley Zinfandel Juvenile................................................. (745), (1847)
Turley Zinfandel Moore Earthquake Vineyard .............................(1847)
Turley Zinfandel Old Vines ....................................................(1847)
Turley Zinfandel Tofanelli Vineyard.................................. (746), (1847)
Turley Zinfandel Vineyard 101 ......................................... (745)
2000 Araujo Cabernet Sauvignon Eisele Vineyard ............................ (1862)
Araujo Syrah Eisele Vineyard.....................................1059, (1798)
Beaulieu Cabernet Sauvignon Private Reserve ......................... (946)
Bond Estate Cabernet Sauvignon Melbury ..............................(1799)
Bond Estate Cabernet Sauvignon Vecina....................................(1799)
Bryant Family Cabernet Sauvignon.......................................... (790)
Colgin Cabernet Sauvignon Herb Lamb Vineyard........................ (804)
Colgin Cabernet Sauvignon Tychson Hill Vineyard ..................... (804)
Colgin Red Cariad Vineyard.................................................. (804)
Dalla Valle Vineyards Cabernet Sauvignon .................................... 1870
Dalla Valle Vineyards Maya......................................................1871
Grace Family Vineyard ......................................................... 408
Harlan Estate ..................... (875), 948, 955, 956, 957, 1116, 1779, 1826
Harlan Estate The Maiden ....................................................... 1781
Kistler Cabernet Catherine Pinot Noir.......................................(1079)
Kistler Occidental Vineyard Cuvee Elizabeth Pinot Noir ..............(1079)
Spottswoode Cabernet Sauvignon ............................................ (936)
Turley Charbono Tofanelli Vineyard ......................................... (1852)
Turley Petite Syrah Hayne Vineyard ......................................... (1852)
Turley Petite Syrah Rattlesnake Acres ...................................... (1852)
Turley Petite Syrah Turley Estate .............................................. (1852)
Turley Zinfandel Dogtown Vineyard ........................................(1848)
Turley Zinfandel Duarte Vineyard ............................................(1846)
Turley Zinfandel Grist Vineyard ..............................................(1848)
Turley Zinfandel Hayne Vineyard .............................................(1846)
Turley Zinfandel Mead Ranch .................................................(1848)
Turley Zinfandel Moore Earthquake Vineyard .............................(1848)
Turley Zinfandel Old Vines ....................................................(1848)
Turley Zinfandel Pesenti Vineyard ...........................................(1848)
Turley Zinfandel Pringle Vineyard ...........................................(1846)
Turley Zinfandel Tofanelli Vineyard..........................................(1848)
Turley Zinfandel Vineyard 101 ................................................(1848)

Vineyard 29 Cabernet Sauvignon ..............................................1820
2001 Bryant Family Cabernet Sauvignon.................(790), 1060, 1777, 1800
Grace Family Cabernet Sauvignon ......................................... 409
Kongsgaard Syrah Hudson Vineyard ...................................... 1061
Peter Michael Les Pavots Red ....................................... (1785), 1786
Pride Mountain Vineyards Cabernet Sauvignon Reserve ............. (1787)
Pride Mountain Vineyards Claret Reserve ............................... (1787)
Screaming Eagle Cabernet Sauvignon ........................ 961, 1118, 1839
Sine Qua Non Midnight Oil............................962, 1788, 1789
Sine Qua Non Ventriloquist ................................. 963, (1790)
Spottswoode Cabernet Sauvignon ...........................................1791
Turley  Estate Vineyard  Zinfandel ...........................................(1849)
Turley Charbono Tofanelli Vineyard .........................................(1852)
Turley Petite Syrah Estate ......................................................(1852)
Turley Petite Syrah Hayne Vineyard .........................................(1852)
Turley Petite Syrah Library Vineyard.........................................(1852)
Turley Petite Syrah Rattlesnake Acres ...................................... (1852)
Turley Vineyard 101 Zinfandel ................................................(1849)
Turley Wine Cellars Zinfandel Grist Vineyard .............................(1849)
Turley Zinfandel Dogtown Vineyard ........................................(1849)
Turley Zinfandel Duarte Vineyard ............................................(1849)
Turley Zinfandel Hayne Vineyard .............................................(1849)
Turley Zinfandel Mead Ranch .................................................(1849)
Turley Zinfandel Moore Earthquake Vineyard .............................(1849)
Turley Zinfandel Pesenti Vineyard ...........................................(1849)
Turley Zinfandel Pringle Family Vineyard...................................(1849)
Turley Zinfandel Tofanelli Vineyard..........................................(1849)
2002 Turley Charbono Tofanelli Vineyard .....................................(1850)
Turley Estate Vineyard Zinfandel ............................................(1850)
Turley Petite Syrah Estate .....................................................(1850)
Turley Vineyard 101 Zinfandel ................................................(1850)
Turley Zinfandel Dragon Vineyard ...........................................(1850)
Turley Zinfandel Duarte Vineyard ............................................(1850)
Turley Zinfandel Dusi Ranch ..................................................(1850)
Turley Zinfandel Mead Ranch .................................................(1850)
Turley Zinfandel Rattlesnake Ridge .........................................(1850)

## California Red Magnums (1.5L)

1976 Caymus Cabernet Sauvignon Special Selection...........................(1801)
1978 Beaulieu Private Reserve Cabernet Sauvignon ...........................(1415)
Robert Mondavi Winery Cabernet Sauvignon...................... 1416, 1417
1982 Diamond Creek Mixed Vineyard Case ......................................811
1985 Diamond Creek Mixed Vineyard Case ......................................813
1986 Laurel Glen Estate Cabernet Sauvignon .................................(1534)
1987 Chateau Montelena Cabernet Sauvignon Estate ...........................(43)
Pahlmeyer Red ..............................................................892
1989 Dominus ............................................................... 1770
1990 Dunn Vineyards Cabernet Sauvignon ....................................(1135)
Dunn Vineyards Cabernet Sauvignon Howell Mountain .............. (1135)
1991 Dalla Valle Vineyards Maya............................................. 805
Dominus.................................................................1773
Silver Oak Cellars Bonnys Vineyard Cabernet Sauvignon NV........ (1840)
1992 Dominus.................................................................1775
Harlan Estate ..............................................................873
Ridge Vineyards Monte Bello ..............................................262
1993 Chateau Montelena Cabernet Sauvignon Estate ............................251
Hartwell Cabernet Sauvignon ..............................................(410)
Hartwell Cabernet Sauvigon Sunshine Vineyard ..........................(410)
1994 Araujo Cabernet Sauvignon Eisele Vineyard ............................(1792)

Dominus.............................................................. 837, 1776
Dunn Vineyards Cabernet Sauvignon ............................... (1135)
Hartwell Cabernet Sauvignon ............................................. (410)
La Jota Vineyard Co Cabernet Sauvignon 13th Anniversary .......... (1535)
Moraga Cabernet Sauvignon.........................................(1538)
1995 Araujo Cabernet Sauvignon Eisele Vineyard ........................ (1793)
Chateau Montelena Cabernet Sauvignon Estate ............................. 252
Moraga Cabernet Sauvignon.........................................(1538)
1996 Araujo Cabernet Sauvignon Eisele Vineyard ........................ (1794)
Hartwell Cabernet Sauvignon ............................................. (410)
Hartwell Cabernet Sauvignon Sunshine Vineyard ...................... (410)
Hartwell Stag's Leap Grace Vineyard Cabernet Sauvignon ........... (1829)
1997 Araujo Cabernet Sauvignon Eisele Vineyard ........................ (1795)
Arietta Napa Red .......................................................... (442)
Chateau Montelena Cabernet Sauvignon Estate ............................256
Dunn Vineyards Cabernet Sauvignon Howell Mountain .............. (1136)
1998 Araujo Cabernet Sauvignon Eisele Vineyard .......................1055, (1796)
Arietta Merlot ............................................................. (442)
Arietta Napa Red .......................................................... (442)
Dunn Vineyards Cabernet Sauvignon ............................... (1136)
Hartwell Cabernet Sauvignon ............................................... 414
1999 Araujo Cabernet Sauvignon Eisele Vineyard ........................ (1797)
Arietta Merlot ............................................................. (442)
Arietta Napa Red .......................................................... (442)
Dunn Cabernet Sauvignon .............................................. (1880)
Dunn Howell Mountain Cabernet Sauvignon ................. (1136), (1880)
Hartwell Cabernet Sauvignon ............................................. (410)
2000 Araujo Cabernet Sauvignon Eisele Vineyard ........................ (1797)
Arietta H Block Hudson Red ............................................. (442)
Arietta Variation One Red ................................................ (442)
Dunn Vineyards Howell Mountain Cabernet Sauvignon .............. (1136)
Harlan Estate ...................................... 949, 958, 959, 960, 1117, 1780
2001 Arietta H Block Hudson Red ............................................. (442)
Arietta Variation One Red ................................................ (442)
Peter Michael Les Pavots Red ......................................... (1785)
Spottswoode Cabernet Sauvignon ..................................... (1785)

## California Red Double Magnums (3L)

1982 Diamond Creek Mixed Vineyard Case ............................................ 812
1985 Spottswoode Cabernet Sauvignon ............................................... 706
1986 Diamond Creek Red Rock Terrace Cabernet Sauvignon ..................... 815
1987 Robert Mondavi Cabernet Sauvignon Reserve ................................. 906
Silver Oak Cellars Cabernet Sauvignon Napa Valley ................... (1840)
1989 Diamond Creek Mixed Vineyard Case ............................................ 822
1990 Moraga Cabernet Sauvignon...................................................... 304
1991 Chateau Montelena Cabernet Sauvignon Estate ............................ 1831
Joseph Phelps Vineyards Cabernet Sauvignon Eisele Vineyard............881
1992 Duckhorn Three Palms Merlot..................................................... (842)
Screaming Eagle Cabernet Sauvignon ...................................(763)
1994 Diamond Creek Cabernet Sauvignon Gravelly Meadow ................... (1499)
Diamond Creek Cabernet Sauvignon Red Rock Terrace .............. (1499)
Moraga Cabernet Sauvignon............................................... 305
1995 Caymus Cabernet Sauvignon Special Selection...............................795
Dominus............................................................... 839

## California Red 5L

1979 Dunn Vineyards Cabernet Sauvignon Howell Mountain .................... 851
1980 Dunn Vineyards Cabernet Sauvignon Howell Mountain .................... 852

1981 Dunn Vineyards Cabernet Sauvignon Howell Mountain ................... 853
1984 Shafer Hillside Select Cabernet Sauvignon ......................... 919, 920
1985 Duckhorn Merlot ................................................... (841)
1990 Shafer Hillside Select Cabernet Sauvignon ............................ 921
1992 La Jota Vineyard Co Cabernet Sauvignon 11th Anniversary.............. 715
Shafer Hillside Select Cabernet Sauvignon .......................... 922
1993 La Jota Vineyard Co Cabernet Sauvignon 12th Anniversary.............. 720
1995 Dunn Vineyards Cabernet Sauvignon Howell Mountain ........... 734, 735
La Jota Vineyard Co Cabernet Sauvignon 14th Anniversary ............ 736
1996 Dunn Vineyards Cabernet Sauvignon Howell Mountain .................. 739
Pride Mountain Vineyards Cabernet Sauvignon............................ 899
1997 Chateau Montelena Cabernet Sauvignon Estate ......................... 803
Dunn Vineyards Cabernet Sauvignon Howell Mountain .................. 741

## California Red 6L

1984 Silver Oak Cellars Cabernet Sauvignon Napa Valley......................929
1985 Beaulieu Vineyards Cabernet Sauvignon Private Reserve ................769
1985 Caymus Cabernet Sauvignon Special Selection.......................704, 705
1987 Diamond Creek Cabernet Sauvignon Volcanic Hill.......... 820, 1494
Steltzner Stags Leap Cabernet Sauvignon ....................... 1843
1989 Dominus.................................................................1771
1990 Dominus.................................................................1772
1991 Dominus....................................................................710
1993 Duckhorn Napa Cabernet Sauvignon....................................(844)
Duckhorn Three Palms Merlot..................................... (843)
1994 Dominus .......................................................... 728, 729
Moraga Cabernet Sauvignon........................................... 306
1995 Dominus....................................................732, 733, 840

## California Red 9L

1977 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 772
1978 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 773
1981 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 774
1982 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 775
1984 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 776
1986 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 779
Diamond Creek Red Rock Terrace Cabernet Sauvignon ...................816
1992 Beringer Vineyards Cabernet Sauvignon Private Reserve.................. 783

## California Red 12L

1986 Diamond Creek Cabernet Sauvignon Gravelly Meadow ....................817
Laurel Glen Estate Cabernet Sauvignon ........................................1830
1994 Diamond Creek Cabernet Sauvignon Red Rock Terrace .................1498

## California White Half-Bottles (375ml)

2000 Sine Qua Non The Straw Man Semillon Vin de Paille.................(1790)

## California White 750ml

1994 Marcassin Gauer Vineyard Upper Barn Chardonnay...................(1074)
1996 Marcassin E Block Hudson Vineyard Chardonnay.......................(1075)
Marcassin Gauer Vineyard Upper Barn Chardonnay...................(1074)
Marcassin Lorenzo Vineyard Chardonnay .................................(1076)
Marcassin Vineyard Chardonnay...........................................1069
Sine Qua Non Marsanne Onadham Paltrom................................. 1841

1997 Kistler Cuvee Cathleen Chardonnay ........................................ (1080)
    Marcassin Chardonnay Marcassin Vineyard ...........................1070
    Marcassin E Block Hudson Vineyard Chardonnay........................(1075)
    Marcassin Gauer Vineyard Upper Barn Chardonnay .................(1074)
    Marcassin Lorenzo Vineyard Chardonnay ................................(1076)
1998 Kistler Cuvee Cathleen Chardonnay ........................................ (1080)
    Marcassin Chardonnay Marcassin Vineyard ........................... 1071
    Marcassin Lorenzo Vineyard Chardonnay ................................(1076)
1999 Kistler Occidental Vineyard Cuvee Elizabeth Pinot Noir ............(1079)
    Kongsgaard Chardonnay ..........................................................(1081)
    Marcassin Alexander Mountain Upper Barn Chardonnay ............. 1073
    Marcassin Chardonnay Marcassin Vineyard ........................... 1072
    Marcassin Three Sisters Vineyard Chardonnay ....... 953, 954, 1077, 1078
2000 Kistler Cuvee Cathleen Chardonnay ........................................ (1080)
    Sine Qua Non Mr. K. The Nobleman Botrytis Viognier.................(1790)
2002 Kongsgaard Rousanne/Viognier .............................................(1081)

## California White Magnums (1.5L)

2002 Peter Michael Belle Cote Chardonnay .....................................(1785)
    Peter Michael Carriere Chardonnay ........................................(1785)

## Champagne 750ml

1955 Roederer Brut ..................................................................1176
1978 Taittinger Artists Collection ............................................ (1177)
1981 Taittinger Artists Collection ............................................ (1177)
1982 Taittinger Artists Collection ............................................ (1177)
1983 Taittinger Artists Collection ............................................ (1177)
1985 Dom Perignon ................................................................1178
    Krug Brut ........................................................ 617, 618, 1179
    Krug Clos du Mesnil .......................................................... 1180
    Salon Blanc De Blanc-Mesnil.................................................619
1986 Taittinger Artists Collection ............................................ (1177)
1988 Dom Perignon ......................................................... 621, 622
    Taittinger Artists Collection ............................................ (1177)
1990 Pol Roger Sir Winston Churchill ..................................... 624, 625, 626
    Roederer Cristal ...................................... 400, 401, 1023
    Salon Blanc de Blancs Mesnil ......................................... 627, 628
    Taittinger Artists Collection ............................................ (1177)
    Veuve Clicquot La Grande Dame ................................. 402, 403
1992 Taittinger Artists Collection ............................................ (1177)

## Champagne Magnums (1.5L)

1982 Krug Brut ...................................................................... 399
1985 Krug Clos du Mesnil.........................................................1181
    Salon Blanc de Blancs Le Mesnil ....................................... 620
1990 Charles Heidsieck .............................................................623

## Germany Half-Bottles (375ml)

1983 Rieslilng Eiswein Nierfleiner Kranzberg Goldkap Dr. Senften .......... 1730
1985 Riesling Braueberger Beerenauslese GoldKap Juffer-Sonnenuhr
    Fritz Haag ..................................................................1732

## Germany 750ml

1983 Riesling Eiswein Bretzenheimer Pastorei Schloss Plettenberg ......... 1729
    Riesling Eiswein Obermmeler GoldKap Hutte Van Hovel ................1731
    Riesling Eiswein Oherwefeler Romerfrug GoldKap
    Weiler Weinversand ..................................................... 1728

## Italy 750ml

1955 Spanna Vallana ........................................................... (632)
1958 Spanna Vallana ........................................................... (632)
1978 Tignanello Antinori ......................................................(1530)
1980 Barolo Bussia Cicala Aldo Conterno ................................(1531)
1983 Tignanello Antinori ......................................................(1530)
1985 Amarone Zenato ..........................................................(1531)
    Barolo Bricco Bussia Vigna Cicala Aldo Conterno.....................(1052)
    Brunello di Montalcino Riserva Biondi Santi ........................ (1405)
    Brunello di Montalcino Riserva Il Poggione ........................ (1405)
    Chianti Classico Caparsino .............................................. (1405)
    Sassicaia Tenuta San Guido ............................................... 1754
    Solaia Antinori ..............................................................1406
1986 Barbaresco Santo Stefano di Neive Bruno Giacosa................... (1405)
    Ornellaia....................................................................(1530)
1987 Solaia Antinori ...........................................................(1407)
1988 Barbaresco Gaja ..........................................................(1531)
    Barolo Rocche Vietti ......................................................(1052)
    Brunello di Montalcino Poggio Antico...................................(1531)
    Brunello di Montalcino Riserva Col Dorcia ........................ (1531)
    Chianti Classico Riserva Monsanto ................................... (1405)
    Il Pareto Nozzole .........................................................(1763)
    Ornellaia....................................................................(1407)
    Sassicaia Tenuta San Guido ........................................ (1530), 1755
    Solaia Antinori .............................................................1757
1990 Amarone Allegrini ........................................................(1531)
    Barolo Falletto di Serralunga Riserva Bruno Giacosa ....................1408
    Brunello di Montalcino Case Basse Soldera .......................... 1748
    Brunello di Montalcino Col Dorcia ................................... (1531)
    Brunello di Montalcino Costanti ......................................... 1740
    Brunello di Montalcino Friggiali ........................................(1749)
    Brunello di Montalcino La Casa Caparzo ...............................(1750)
    Brunello di Montalcino Montosoli Altesino ............................. 1734
    Brunello di Montalcino Pertimali Livio Sassetti...................... 1745
    Brunello di Montalcino Pian di Conte Piero Talenti .................(1749)
    Brunello di Montalcino Riserva Altesino ...............................1733
    Brunello di Montalcino Riserva Argiano...................................(1751)
    Brunello di Montalcino Riserva Constanti ...............................1741
    Brunello di Montalcino Riserva Fattoria dei Barbi ...................... 1742
    Brunello di Montalcino Riserva Poggio Antico ...................... 1103
    Brunello di Montalcino Riserva Poggione ............................. 1744
    Brunello di Montalcino Riserva Vasco Sassetti ........................ 1746
    Brunello di Montalcino Sassello Il Poggiolo............................1747
    Brunello di Montalcino Schiena d'Asino Mastrojanni.................. 1743
    Brunello di Montalcino Siro Pacenti ...................................(1750)
    Brunello di Montalcino Ugolaia Lisini .....................................(1751)
    Brunello di Montalcino Vigna del Quercione Riserva Campogiovanni 1737
    Brunello di Montalcino Vigna di Pianrosso
    Ciacci Piccolomini d'Aragona ...................................1738, 1739
    Guado Al Tasso Antinori..................................................(1764)
    Le Pergole Torte Riserva Monte Vertine ..................................(1764)
    Ornellaia....................................................................(1409)
    Prunaio Viticcio .............................................................(1763)

Sassicaia Tenuta San Guido ............................................(1409), 1756
Tignanello Antinori ............................................................ (1409)
1991  Sassicaia Tenuta San Guido ............................................(1407)
1993  Brunello di Montalcino Ciacci Piccolomini d'Aragona ..............(1753)
      Brunello di Montalcino Pacenti .......................................(1752)
      Siepi Fonterutoli ........................................................1104
      Vigna L'Apparita Castello di Ama .....................................(1765)
1994  Vigna L'Apparita Castello di Ama .....................................(1765)
1995  Brunello di Montalcino Pacenti .......................................(1752)
      Guado Al Tasso Antinori ...............................................1758
      Ornellaia .................................................................1759
      Sassicaia Tenuta San Guido ...........................................1410
      Solaia Antinori ..........................................................1411
      Tignanello Antinori .....................................................1412
1996  Amarone Allegrini ..........................................................633
      Barbaresco Asili Riserva Red Label Bruno Giacosa.....................634
      Sassicaia Tenuta San Guido ............................................636
1997  Barolo Cannubi Boschis Sandrone ......................................243
      Brunello di Montalcino Fossacolle ...................................(1753)
      Brunello di Montalcino Valdicava .....................................(653)
      Campoleone Lamborghini ...............................................638
      Cepparello Isole Olena .................................................639
      Guado Al Tasso Antinori ...............................................(655)
      Le Pergole Torte Monte Vertine ......................................1762
      L'Insieme Altare .........................................................640
      Montevetrano ......................................................641, 642
      Montiano Falesco....................643, 644, 645, (656), 1761
      Ornellaia .................................................................646
      Sammarco Castello dei Rampolla .....................................(655)
      San Leonardo Vallagarina .............................................(654)
      Solaia Antinori ....................................................647, 648
      Syrah Podere Il Bosco Manzano ......................................(654)
      Tignanello Antinori ...................................................1024
1998  Barbaresco Rabaja Bruno Giacosa ....................................649
1999  Campoleone Lamborghini ...............................................(658)
      Guado Al Tasso Antinori ...............................................(655)
      Vigna D'Alceo Castello dei Rampolla .................................650
      Villa Fidelia Sportoletti ...............................................(657)
2000  Campoleone Lamborghini ...............................................(658)
      Giusto di Notri Tua Rita ...............................................652
      Montevetrano ...........................................................(657)
      Montiano Falesco ......................................................(656)
      Vigna D'Alceo Castello dei Rampolla .................................651

## Italy Magnums (1.5L)

1990  Brunello di Montalcino Campogiovanni ...............................1736
      Brunello di Montalcino Montosoli Altesino ........................1735
1996  Barbaresco Asili Riserva Red Label Bruno Giacosa....................635
      Barolo Bussia Roche Parusso .........................................1760
      Sassicaia Tenuta San Guido ..........................................637
1997  Siepi Fonterutoli ......................................................1105

## Loire 500ml

1999  Coteaux du Layon Selection de Grains Nobles Delesvaux ...............240
2000  Coteaux du Layon Selection de Grains Nobles Delesvaux ........ 241, 242

## Madeira 750ml

1789  Madeira Verdelho ........................................................ 1422
1795  Madeira Terrantez 1795 Bar ........................................... 1423
1827  Madeira Bual Quinta do Serrado ..................................... 1424
1845  Madeira Centenary Solera Bual Cossart Gordon........................ 1425
1863  Madeira Malvasia Solera Blandys.................................1426, 1427
1864  Madeira Grand Cama de Lobos Solera Blandys ......................... 1428
1899  Madeira Boal Barbeito.................................................. 1429
1900  Madeira Bual Manuel de Sousa ........................................ 1430

## Portugal Half-Bottle (375ml)

2000  Quinta do Noval .......................................................701

## Portugal 750ml

1851  Cockburn................................................................ 1431
1963  Graham ...........................................................(673), 1766
1963  Taylor Fladgate ............................................... 1434, (1436)
1970  Fonseca ............................................................. (673), (1437)
      Taylor Fladgate ....................................................(1436)
1977  Fonseca ............................................................. 1438
      Taylor Fladgate ...............................................1439, 1440
1983  Taylor Fladgate ..................................................... 1768
1985  Graham ..................................................... 674, 675, 676, 677
      Warres ...........................................................678, 679, 680
1994  Fonseca ............................................................ 682, 1443
      Quinta do Noval Nacional .........................................1444
      Taylor Fladgate ....................................................1445
1997  Fonseca ....................... 683, 684, 685, 686, 687, 688, 689
      Niepoort .........................................................690, 691
      Quinta do Noval ............................... 248, 692, 693, 694
      Quinta do Noval Nacional ........................................1501
      Taylor Fladgate ...................695, 696, 697, 698, 699, 700
2000  Quinta do Noval .......................................................702

## Portugal Magnums (1.5L)

1934  Ferreira ............................................................... 1432
1945  Ferreira ............................................................... 1433
1963  Quinta do Noval ..................................................... 1435
      Warres ...............................................................1767
1975  Quinta do Noval .....................................................(1437)
1983  Fonseca ............................................................... 1441
1985  Fonseca ............................................................... 1442
1992  Fonseca ............................................................... (703)
1994  Cockburn ............................................................ (703)
      Dow .............................................................681, (703)
      Graham ............................................................. (703)
      Taylor Fladgate Port ............................................. (703)
      Warres .............................................................. (703)

## Provence 750ml

1990  Provence Red Les Baux Trevallon...............................................614

## Rhone Red 750ml

1982  Hermitage JL Chave ............................................................ (1721)
    Hermitage La Chapelle Paul Jaboulet .......................................... (42)
1983  Chateauneuf du Pape Chateau Beaucastel................................(760)
    Hermitage JL Chave ............................................................ (1721)
    Hermitage La Chapelle Jaboulet .................................................. 232
1985  Chateauneuf du Pape Chateau Rayas Reserve J Reynaud ...............1046
    Chateauneuf du Pape Clos du Mont Olivet Joseph Sabon ..................762
    Hermitage JL Chave ............................................................ (1721)
    Hermitage La Chapelle Jaboulet .................................................. 233
1986  Chateauneuf du Pape Chateau Beaucastel................................(760)
    Cote Rotie La Turque Guigal ...................................................... 398
    Hermitage JL Chave ............................................................ (1724)
1987  Chateauneuf du Pape Chateau Beaucastel................................(760)
    Hermitage JL Chave ............................................................ 1528
1988  Chateauneuf du Pape Chateau Beaucastel................................(760)
    Chateauneuf du Pape Vieux Telegraphe ...................................... (211)
    Cornas Clape .................................................................. (608)
    Cote Rotie Cote Blonde Rene Rostaing......................................(1402)
    Cote Rotie Cote Brune Cuvee Reserve Gentaz Dervieux...............(1402)
    Hermitage JL Chave .............................................589, 590, (1722)
    Hermitage La Chapelle Paul Jaboulet ..........................................234
    Hermitage La Sizeranne Chapoutier ...........................................(238)
    Hermitage Marc Sorrell "Le Greal"............................................(238)
1989  Chateauneuf du Pape Chateau Beaucastel................................(761)
    Chateauneuf du Pape Chateau Rayas Reserve J Reynaud .........210, 1719
    Chateauneuf du Pape Domaine de Monpertuis Paul Jeune ................209
    Chateauneuf du Pape Vieux Telegraphe ...........................(211), (1529)
    Cote Rotie Brune et Blonde Guigal ...........................................(1402)
    Cote Rotie La Viaillere Dervieux Thaize .....................................(1402)
    Cotes du Rhone Chateau de Fonsalette Cuvee Syrah J Reynaud ......(212)
    Gigondas Les Hauts de Montmirail Brusset ...................................223
    Hermitage JL Chave ............................................................ (1722)
    Hermitage La Chapelle Paul Jaboulet ..........................................235
1990  Chateauneuf du Pape Chateau Beaucastel................................(761)
    Chateauneuf du Pape Chateau Rayas Reserve J Reynaud ...............1720
    Chateauneuf du Pape Cuvee du Papet Clos Mont Olivet Jospeh Sabon213
    Cornas Clape .......................................................... 593, (608)
    Cornas Noel Verset ................................................... 594, (609)
    Cote Rotie La Landonne Rene Rostaing ......................................(609)
    Cotes du Rhone Chateau de Fonsalette Cuvee Syrah J Reynaud ......(212)
    Hermitage JL Chave ............................................................ (1723)
    Hermitage La Chapelle Jaboulet .................... 236, 591, 1403, 1726
1991  Ermitage Le Pavillon Chapoutier ............................................598
    Hermitage JL Chave ..................................................226, (1723)
1994  Chateauneuf du Pape Chateau Rayas Reserve J Reynaud ........215, 216
    Chateauneuf du Pape Vieux Telegraphe ....................................(1529)
    Cote Rotie Les Grandes Places J M Gerin ...................................(1529)
    Cotes du Rhone Chateau de Fonsalette Cuvee Syrah J Reynaud .......214
    Hermitage JL Chave ............................................................ (1724)
1995  Chateauneuf du Pape Chateau Rayas Reserve J Reynaud ................217
    Chateauneuf du Pape Cuvee Cadettes La Nerthe...........................(1529)
    Cotes du Rhone Chateau de Fonsalette Cuvee Syrah J Reynaud ......(212)
    Hermitage La Chapelle Jaboulet ............................................. (1404)
1996  Ermitage Le Meal  Chapoutier ............................................... 230
    Ermitage Le Pavillon Chapoutier ..............................................231
    Hermitage La Chapelle Jaboulet ............................................. (1404)
1997  Hermitage Tardieu Laurent ...................................................597
1998  Chateauneuf du Pape Cuvee Prestige Roger Sabon .....................(610)
    Chateauneuf du Pape Vieux Telegraphe ...................................... (610)

Cote Rotie La Landonne Guigal................................................ (224)
Cote Rotie La Mouline Guigal.................................................. (224)
Cote Rotie La Turque Guigal.................................................. (224)
Ermitage Cuvee Cathelin JL Chave...........................................1172
1999  Chateauneuf du Pape Barbe Rac Chapoutier............................... 599
    Cote Rotie La Landonne Delas ................................................ 600
    Hermitage Les Bessards Delas...........................................601, 602
    St. Joseph Offerus J L Chave.............................................(1529)
2000  Chateauneuf du Pape Reserve Deux Freres Pierre Usseglio ........ 221, 603
    Chateauneuf du Pape Reserve La Vieille Julienne ........................ 604
    Chateauneuf du Pape V.V. La Vieille Julienne.............................. 605
    Ermitage Cuvee Cathelin JL Chave............................................228
    Ermitage L'Ermite Chapoutier ................................................ 606
    Ermitage Le Pavillon Chapoutier ............................................. 607
2001  Chateauneuf du Pape Reserve Deux Freres Pierre Usseglio ..............222

## Rhone Red Magnums (1.5L)

1988  Hermitage JL Chave ............................................................ (225)
1989  Chateauneuf du Pape Vieux Telegraphe .................................... (1529)
1990  Cornas Noel Verset ........................................................595, 596
    Cotes du Rhone Chateau de Fonsalette Cuvee Syrah J Reynaud ......(212)
    Hermitage JL Chave ............................................................ (1725)
    Hermitage La Chapelle Jaboulet .......................................237, 592
1991  Hermitage JL Chave ............................................................ (225)
1994  Chateauneuf du Pape Vieux Telegraphe .................................... (1529)
    Hermitage JL Chave ............................................................ (1725)
1995  Hermitage JL Chave ............................................................(227)
1996  Hermitage JL Chave ............................................................(227)
1997  Hermitage JL Chave ..................................................(227), (1173)
1998  Chateauneuf du Pape Les Cailloux Centenaire Brunel.....................219
1999  Hermitage JL Chave .......................................................... (1174)
2000  Chateauneuf du Pape Cuvee Vieille Vignes Janasse ........................ 220
    Hermitage JL Chave .......................................................... (1175)

## Rhone Red 9L

1995  Chateauneuf du Pape Cuvee Reservee Domaine du Pegau...............218

## Rhone White 750ml

1984  Hermitage Blanc JL Chave..................................................... (1727)
1985  Hermitage Blanc JL Chave..................................................... (1727)
1990  Hermitage Blanc JL Chave..................................................... (1727)
1991  Ermitage de L'Oree Chapoutier ...............................................611
1994  Hermitage Blanc JL Chave..................................................... (1727)
1995  Hermitage Blanc JL Chave......................................................229
2000  Ermitage Blanc Cuvee de L'Oree Chapoutier.................................612
    Ermitage Blanc Le Meal Chapoutier ..........................................613

## Rhone White Magnums (1.5L)

1997  Hermitage Blanc JL Chave..................................................... (1173)
1999  Hermitage Blanc JL Chave..................................................... (1174)
2000  Hermitage Blanc JL Chave..................................................... (1175)

## SOUTHWEST FRANCE 750ML

1988  Bandol Cabassaou Cuvee Speciale Domaine Tempier ................... (616)
      Bandol La Louffe Domaine Tempier ......................................... (616)
1995  Chateau Montus Cuvee Prestige...................................................239

## SOUTHWEST FRANCE MAGNUM (1.5L)

1988  Bandol Cabassaou Cuvee Speciale Domaine Tempier .......................615

## SPAIN 750ML

1800  Malaga Benefique Larious ......................................................1446
1994  Pesquera Janus Reserva ........................................................ 244
      Pesquera Reserva Especial.......................................................245
      Valsotillo Gran Reserva...........................................................247
1995  Alenza Condado De Haza ....................................................... 246
      Artadi El Pison ..................................................................... 659
      Artadi Pagos Viejos Reserva .................................................. (660)
      Muga Torre Muga Reserva ..................................................... (660)
1996  Abadia Retuerta Pago Negralato ................................................661
      Flor de Pingus .................................................................... 1532
      L'Ermita Velles Vinyes Alvaro Palacios...................................662, 663
      Pingus ..............................................................................1106
      Remirez de Ganuza Reserva ................................................... (664)
1997  Finca Dofi Alvaro Palacio ...................................................... 665
      L'Ermita Velles Vinyes Alvaro Palacios...................................666, 667
      Pingus ..........................................................................668, 669
1998  Clos Erasmus ..................................................................... 670
      L'Ermita Palacios ...........................................................671, 672
      Remirez de Ganuza Reserva ................................................... (664)

## WASHINGTON 750ML

1985  Leonetti Cellars Cabernet Sauvignon Reserve Seven Hills Vineyard (1539)
1988  Leonetti Cellars Merlot Columbia Valley ................................... (1539)
1990  Leonetti Cellars Merlot Columbia Valley ................................... (1539)

249

**NOTES**

# Zephyr Fine Wine Storage



**Zephyr Fine Wine Storage**
13152 Raymer Street
North Hollywood Ca 91605
Tel +818 764 2155
Fax +818 764 4894



Zephyr Fine Wine Storage (ZFWS) was recently created to answer the high demand for a full service secure Temperature-Controlled fine wine storage facility for the Los Angeles marketplace. ZFWS is owned and managed by Zepexco, Inc. the leading provider of wine storage and delivery services to the fine wine trade in Southern California.

Zepexco contracts with over 90 of the top California wineries and 8 leading fine wine Importers and Distributors to ensure that their fine wines receive the utmost in care on their way to the marketplace. Last year, over 500,000 cases of premium wine were handled and delivered into the southern California marketplace by Zephyr.

**WE OFFER...**
• Secured, Temperture-Controlled Wine-Only Storage Facility
• Computerized Inventory Tracking And Reporting
• Pick-up And Delivery At Your Home Or Office
• Wine Appraisal Services At Current Market Value

For the first time ever you can have complete, accurate inventory reports of all the wines in your portfolio. Our unique services can include the complete cataloging of your collection, appraisal at current market value, the tracking of all of the additions and depletions of your valuable collection. Let Zephyr help you catalog and protect your investment in fine and rare wines.

Our wine-knowledgeable staff ensures that your valuable wines are treated with the utmost care in our high-security facility located in North Hollywood. Whether you collect wines for your own personal enjoyment, for gifts for your important clients and friends, or for investment purposes, Zephyr Fine Wine Storage is the only Southern California facility dedicated exclusively to your needs.

Each month you receive a printout of all entries and withdrawals, as well as complete list of all wines in storage on the last day of the month. Rates start at $25.00 per month.

Contact Jim Lewis, our fine wine storage specialist, for all the details at 818 764 2155



122 BOTTLES TO GO
AND WE CAN FINALLY
CLOSE THE ACCOUNTS
FOR YEAR END, 1945.

THE MACALLAN FINE & RARE.
VINTAGE BOTTLINGS, 1926 TO 1973.

©2004 THE MACALLAN DISTILLERS LTD. THE MACALLAN® SCOTCH WHISKY. RÉMY AMERIQUE INC., NEW YORK, NY. WWW.THEMACALLAN.COM

PLEASE SAVOR RESPONSIBLY.