# EXHIBIT C



# zachys®

## WINE AUCTIONS, INC.



# The Fall Auction

Over 17,000 Bottles of Greatness

FRIDAY, OCTOBER 28 & SATURDAY, OCTOBER 29, 2005

DANIEL, NEW YORK CITY



# Zachys Wine Auctions

**THE FALL AUCTION**
Over 17,000 Bottles of Greatness
Friday, October 28, 2005
Saturday, October 29, 2005

**AUCTION**
DANIEL
60 East 65th Street
(Between Park Avenue & Madison Avenue)
New York City

| | | |
|---|---|---|
| Friday, October 28 | 9:15 am to 4:00 pm | Lots 1-1195 |
| Saturday, October 29 | 9:15 am to 4:00 pm | Lots 1196-2423 |

*Please note our earlier start time for this auction*

**SALE 0510NY**

**UPCOMING ZACHYS WINE AUCTIONS**
December 2 and 3, 2005 - New York
February 3 and 4, 2006 - New York
March 10 and 11, 2006 - Los Angeles



39 Westmoreland Avenue, White Plains, NY 10606 • Tel: 914.448.3026 • Fax: 914.206.4544 • zachys.com

# Great Wine: The Quest



*Jeff Zacharia, President*

Awe-inspiring it is to watch passionate collectors with unlimited resources amass treasures of quality and in quantity that stretch the imagination. How could the Havemeyers acquire so many paintings by Degas; how could William Randolph Hearst ever find enough space to display all those late medieval and renaissance tapestries and sculptures, or the Saatchis all those contemporary paintings? Alexander the Greats of the collecting world, mega-collectors like these are as acquisitive as they are inquisitive, and their pursuit of the finest collectibles is a form of conquest, in which the pursuit is as much fun as the pleasure of ownership.

So it is with the extraordinary collection of wine, which comprises this entire catalog. This collection is all about the best producers, vineyards and vintages. It is a best of the best collection. Rarely have I seen the breadth and depth of this cellar. A collection like this could only be put together with tremendous thought, energy and great knowledge of wine. This consigner was incredibly energetic in amassing his collection, which he did on his own. After many years of intensive buying, he felt that he had more wine then he needed. This offering represents less then a third of his of his current inventory. He has decided to reduce the size of the collection to a more manageable level. He now believes about 30,000 bottles of the world's greatest wines should provide adequate supply and variety for future enjoyment. Several smaller sales have taken place, but this is and will be by far the largest.

The core of the collection is the finest European wine produced in the twentieth century. This reflects the fact the collection was relatively recently formed; with most purchases occurring between 1995 and 2004. The owner wisely sought out the finest and rarest new wines soon after release. With help from many sources in the trade, he was able to acquire quantities of rare wines that in some instances exceeded importers' entire allocations. On occasion Burgundian and Rhone rarities were purchased directly from domains, as well as from other collectors who are personal friends of some of the world's greatest winemakers. The balance of the collection—and much of the "sizzle"—is provided by older and often extremely rare examples of wines made by previous generations operating the same domains that provide such great wine today.

Everything offered below shows the demanding nature of a collector in pursuit of quality. If one had to choose the most extraordinary aspect of this offering, it would have to be Burgundy, and in particular the incredible quantity and range of wines made by the great winemaking genius Henri Jayer, now in his mid-80's. From a pair of the thirty-six numbered bottles of the 1959 Richebourg recently sold from Jayer's personal cellar, to cases of magnums of the 1996 Vosne Romanee Cros Parantoux, of which only 145 magnums were produced, to magnums of Richebourg 1978 hand carried from Jayer's cellar to America by a long-time collector, and so many vintages of Richebourg, Echezeaux, and Cros Parantoux in which hundreds at most, and sometimes only dozens of cases were produced, when will we ever again see a vein of Jayer so deep and so rich?

The range of other great Burgundy producers also bears mention. From DRC, the collection boasts seventeen vintages of Romanee-Conti back to the ultra-rare 1945, twenty-four vintages of La Tache back to 1938, and seventeen vintages of Richebourg back to 1929. There is wide range and great depth of Grand and Premier Cru Burgundies from Leroy from the 1990 through the 2000 vintages, with a good selection of older rarities from the 1937, 1949, 1953, and 1959 vintages. And Vogue is amazing—twenty five vintages of Musigny back to 1919, a major collection unto itself. Roumier, Rousseau, and Meo-Camuzet are also very well represented. And for white Burgundy, Ramonet, Leflaive, and Coche-Dury—the grand masters—take the prize.

The offering of Bordeaux, too, is wide-ranging, with top-growth chateau represented by case quantities of "modern wines," with a selection of great classic vintages ranging back to the 1920's. Most unusual, however, is the selection of 19th Century Bordeaux, and Right Bank wines from the 1921 through 1961 vintages. Bottles of the 1811, 1832, 1864, and 1865 Lafite, as well as the 1864 and 1865 Latour, are of similar provenance to those tasted by Michael Broadbent at the Jaeger tasting in 2001 and noted in his recent book "Vintage Wine" as some of the greatest pre-phylloxera bottles he has ever tasted. Multiple examples of extremely rare magnums of Bordeaux Right Bank wines from 1900 to 1961—Petrus, Cheval Blanc, L'Eglise-Clinet, and Lafleur—reflect the excitement over the "rediscovery" of these wines, many of which were give perfect or near-perfect scores by Robert Parker in the third edition of his influential book "Bordeaux" published in 1998. When Fritz and I were at the consignor's cellar to help prepare for this auction, he decided, in celebration of our visit, to open for us a magnum of Lafleur 1947. Offered blind, the wine was magical—deep in color, with surprisingly little yellowing at the rim. The flavors hovered between the generous warm rich berry pie of Merlot and the ineffable sweet cherry and sweet citric-infused flavors and aromas of Pinot Noir. We were sure the wine was 40-60 years old; what must have been formidable tannins had softened and receded, and the wine thrived on considerable acidity which atomized the aromas like an exotic perfume. Amazing! The cork, while quite old and crumbly, was fully stamped—as with the corks of all these Right Bank magnums, sourced on the Continent.

Scrolling through the 2,000-plus lots in the catalogue, one is struck by the quality of the producers, and the fact that the collection is not all-inclusive, but producer driven, and focused entirely on the top wines from each domaine. Single-vineyard wines from Guigal, La Chapelle from Jaboulet, Chateau Rayas from Rayas, Celestins from Bonneau, Hommage a Jacques Perrin from Beaucastel. Giacosa, Gaya, Giacomo Conterno from Italy. Sauternes—virtually all Yquem.

Fortunately for those of us who are not Hearst, Havemeyer, or Saatchi, auction is democratic, and affords all of us (who can afford) the opportunity to pursue one or many lots of the magnificent wines offered in this collection. After building a strong relationship with the seller over the years, both at retail and auction, we are privileged and honored to offer one of the greatest consignments ever auctioned, enabling collectors and enthusiasts a chance to acquire some of the greatest wines of all time, in depth and breadth. We fashioned a sale that was not just loose ends, but rather a collection, with balance, selection, and rarity. Chances like this only come around once in a lifetime. I am looking forward to seeing you at the auction.

*Jeff Zacharia*

# Overview of Day 1

- Champagne ................................................ Lots 1-4
- Fine and Rare Bordeaux 1962-2000 ..................... 5-231
- Bordeaux "Super Eight" 1962-2000 .................... 232-355
- 18th & 19th Century Bordeaux ....................... 356-451
- Fine and Rare Bordeaux 1921-1961 ................... 452-535
- Chateau d'Yquem 1811-1997 .......................... 536-578
- Beaucastel ........................................ 585-609
- Bonneau .......................................... 610-628
- Guigal ........................................... 678-737
- Jaboulet ......................................... 738-763
- Rayas ............................................ 784-806
- Alsace ........................................... 824-849
- Madeira .......................................... 857-864
- Italy (Piedmont) ................................. 865-999
- Italy (Tuscany & Veneto) ........................ 1000-1072
- Spain ........................................... 1073-1114
- California ...................................... 1115-1177
- Australia ....................................... 1178-1195



*Chateauneuf du Pape Rayas Reserve 1969, 1971 & 1978 (Lots 784-792)*



*Chateau Lafleur 1947, 1949 & 1950 (Lots 487, 488 & 492)*



*Chateau Lafite Rothschild 1865 & 1870 (Lots 385, 388 & 389)*



*Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1990 (Lot 617)*



*Chateau d'Yquem 1862, 1865, 1870 & 1871 (Lots 537, 538, 540 & 541)*



Domaine Leroy (Lots 1985-2089)



Les Gaudichots Domaine de la
Romanee Conti 1929 (Lots 1522-1524)



Vosne Romanee Cros Parantoux Henri Jayer
1990 (Lot 1796 & 1797)



La Tache 1962 (Lot 1533)

# Overview of Day 2

**White Burgundy**                    **Lots 1196-1491**
- Coche-Dury ...............................................1255-1301
- Lafon ......................................................... 1319-1371
- Leflaive ................................................... 1372-1409
- Ramonet ................................................... 1427-1471
- Sauzet ......................................................1473-1491

**Red Burgundy**                        **1492-2423**
- Domaine de la Romanee Conti ......................1492-1618
- Seguin Manuel .........................................1619-1647
- Roumier ................................................. 1648-1706
- Jayer ....................................................... 1707-1859
- Vogue .....................................................1860-1898
- Dugat ...................................................... 1899-1929
- Domaine des Lambrays .............................. 1930-1941
- Rousseau ................................................. 1942-1984
- Leroy ....................................................... 1985-2089
- Dugat-Py .................................................. 2134-2157

Montrachet Comtes Lafon 1989 (Lot 1324)

7

# Contents

| CONTENTS | PAGE |
|---|---|
| Contacts For This Auction | 9 |
| Lunch at DANIEL | 10 |
| Day One Lots 1-1195 | 11 |
| Day Two Lots 1196-2423 | 129 |
| Buying & Bidding Information | 233 |
| Additional Catalog Notes For Bidders | 236 |
| Conditions of Sale & Limited Warranty | 238 |
| Collection, Delivery & Storage of Wine | 241 |
| Collection & Delivery Form | 243 |
| Catalog Subscription Order Form | 244 |
| Bidder Pre-Registration Form | 245 |
| Absentee Bid Form | 246 |
| Index By Region & Bottle Size | 248 |

Front Cover Photo: Lot 1707 and 1781
Back Cover Photo: Lot 379-381

Photography by
Matthew Peyton

Designed by
Mindy Rothman
Brooke Mashel

# Contacts For This Auction

Zachys Wine Auctions
39 Westmoreland Avenue
White Plains, NY 10606
914.448.3026

**Sale Administration**
Linnea Housewright, Business Manager
lhousewright@zachys.com
914.313.2301

Michael Jessen, Specialist Department Manager
mjessen@zachys.com
914.313.2306

**Wine Specialists**
Matthew Chung
mchung@zachys.com
914.313.2302

Dave Sutro
dsutro@zachys.com
914.313.2310

**Absentee & Telephone Bids**
Edgar Barbosa
914.448.3026
Fax 914.206.4544
auction@zachys.com

**Buyer Payment**
**Consignor Payment**
Dick Trauner
914.874.8039

Danielle Cetani
914.874.8038
Fax 914.472.6390

**Storage, Collection & Shipping**
Zachys Wine and Liquor, Inc.
914.723.0241

**Bidder Registration**
**General Auction Inquiries**
914.448.3026   x0
auction@zachys.com

**Auction Results**
www.zachys.com

**Auctioneers**
Ursula Hermacinski (#917819)
Fritz Hatton (#1123249)
Matthew Chung (#1156096)



D A N I E L



Chef Daniel Boulud

### Zachys Wine Auction Lunches at DANIEL
Friday, October 28 & Saturday, October 29, 2005
11:30 am to 2:30 pm

During Zachys Wine Auctions we welcome you to savor a splendid buffet luncheon at DANIEL. Chef Daniel Boulud will offer an informal yet sumptuous luncheon to complement your wine auction experience and sommeliers will be on hand to suggest wines from his award winning cellars.

Please join us to enjoy this spread of seasonal French signature cuisine prepared by one of New York's most renowned four star chefs. You will find the menu has been designed for you to enjoy at your leisure - or on the go - as the auction progresses.

The wine auction buffet is $50 per person and is available only to registered auction bidders. Advance reservations are required and should be made at your earliest convenience by calling 212.288.0033.

We look forward to welcoming you.

### Lunch Reservations Required
$50 per person, plus beverages and tax.
Registered auction bidders only.
Reservations 212.288.0033

### The Deluxe Auction Package
You can now purchase the Deluxe Auction Package, which includes six lunches at DANIEL and catalogs for one year. $250 (a $460 value). Please call 914.448.3026 for details.

**DANIEL**  60 East 65th Street, New York, NY 10021

# The Fall Auction
Over 17,000 Bottles of Greatness

**Friday, October 28, 2005**
**9:15 am to 4:00 pm**

**Lots 1-1195**



Lots 379-381

## CHAMPAGNE

### Dom Perignon Oenotheque 1959
*Champagne*
"A magnificent vintage, large and timely…It was about this time that the famous Dom really started to hit the top of the charts…★★★★." MB

| 1 | 1 bottle | per lot $900-1300 |

### Dom Perignon Oenotheque 1962
*Champagne*

| 2 | 3 bottles | per lot $1800-2800 |

### Bollinger Vieilles Vignes Francaises 1992
*Champagne*
*Parcel: lots 3-4*

| 3 | 12 bottles | per lot $2600-4000 |
| 4 | 12 bottles | per lot $2600-4000 |

---

## FINE AND RARE BORDEAUX: 1962-2000

### Chateau Angelus 1995
*St Emilion, Premier Grand Cru Classe (b)*
"A superb effort in this vintage, Angelus's opaque purple-colored 1995 is a massive, powerful, rich offering with plenty of ripe, sweet tannin. The wine's aromatics include scents of Provencal olives, jammy black cherries, blackberries, truffles, and toast. A very full-bodied wine, it is layered, thick, and pure. This is the most concentrated of the 1995 St.-Emilion premier grand crus…95" WA 2/98.

| 5 | 3 magnums (1.5L) | per lot $450-650 |

### Chateau Angelus 1998
*St Emilion, Premier Grand Cru Classe (b)*
"A dazzling effort, the 1998 boasts an opaque purple color in addition to an exceptional bouquet of smoke, licorice, plums, black raspberries, and blackberries…full-bodied, flamboyant, well-delineated, and beautifully balanced as well as layered, with well-integrated tannin in the powerful, rich finish…93." WA 4/01.

| 6 | 12 bottles | per lot $900-1200 |



### Chateau Angelus 2000
*St Emilion, Premier Grand Cru Classe (b)*
*owc*
*Parcel: lots 7-8*
"Wow. Greatest Angélus I have ever tasted. This is a kick-ass wine. Incredible aromas of crushed blackberries and cherries, with wet earth, mineral and mint. Full-bodied, with fantastically refined, silky tannins and a long, long, long finish. Terrific..97." WS 1/03

| 7 | 12 bottles | per lot $1400-2000 |
| 8 | 12 bottles | per lot $1400-2000 |

### Chateau Beausejour-Becot 2000
*St Emilion*
*owc*
"This is the greatest Beausejour-Becot I have ever tasted…93." WA 4/03

| 9 | 12 bottles | per lot $420-600 |

### <u>Chateau Beausejour Duffau Lagarrosse</u>

### Chateau Beausejour Duffau Lagarrosse 1990
*St Emilion, Premier Grand Cru Classe (b)*
*bottom neck or better*
*Parcel: lots 12-14*
"I believe this wine may, in 15-20 years, be considered to be one of the greatest wines made this century. It is in a league with such legends as the 1961 Latour a Pomerol… In several blind tastings, I have mistaken this wine for either the 1989 or 1990 Petrus! However, the 1990 Beausejour-Duffau is even more concentrated than those two prodigious efforts…100." WA 2/97.

| 10 | 3 bottles | per lot $1100-1500 |
| 11 | 6 bottles | per lot $2200-3000 |
| 12 | 12 bottles | per lot $4200-6000 |
| 13 | 12 bottles | per lot $4200-6000 |
| 14 | 12 bottles | per lot $4200-6000 |

**Chateau Beausejour Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*bottom neck or better, nine bin-soiled labels, one nicked*
*label, two torn labels*
15    12 bottles                               per lot $4200-6000

**Chateau Beausejour Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*bottom neck or better, ten bin-soiled labels, one wine-*
*stained, two torn labels*
16    12 bottles                               per lot $4200-6000

**Chateau Beausejour Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*bottom neck or better, four bin-soiled labels, two 6-pack*
*owc's*
17    12 bottles                               per lot $4200-6000

**Chateau Beausejour Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
18    1 magnum (1.5L)                          per lot $750-1200

**Chateau Beausejour Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*into neck, one missing label, one capsule cut to verify*
*vintage*
19    4 magnums (1.5L)                         per lot $3000-4800

**Chateau Beausejour Duffau Lagarrosse 1990**
*St Emilion, Premier Grand Cru Classe (b)*
*into neck, owc*
*Parcel: lots 20-21*
20    1 jeroboam (5L)                          per lot $3200-5000
21    1 jeroboam (5L)                          per lot $3200-5000

**Chateau Bellevue 2000**
*St Emilion, Grand Cru Classe*
*both lots: two 6-pack owc's*
*Parcel: lots 22-23*
"Bellevue's debut vintage under the collaboration
of Bordeaux wunderkind Nicolas Thienpont and
Stephane Derenoncourt is a whopper...a glorious per-
fume of blackberries and blueberries underlaid with a
striking minerality, full body, high tannin, abundant
glycerin, concentration, and muscle, and a 40-second
finish...95." WA 4/03.
22    12 bottles                               per lot $650-950
23    12 bottles                               per lot $650-950

**Chateau Branon 2000**
*St Emilion*
*owc*
"The debut vintage... is undoubtedly the real deal...
strikingly sweet, smoky, black currant, cocoa,
scorched earth, fig, and graphite aromas. Full-bodied,
remarkably concentrated, pure, and multi-textured,
with a finish that lasts nearly a minute, this fabu-
lous wine will be fascinating to follow. Stunning
stuff!...96." WA 4/03.
24    12 bottles                               per lot $1300-1900

**Chateau Canon La Gaffeliere 2000**
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 25-26*
"This is a triumphant 2000, flamboyant, super-con-
centrated, yet classic in proportions...It is enor-
mously concentrated and pure, with low acidity and
exquisite balance. Remarkably, in spite of its large
size, viscosity, and opulence, it is fresh and delineat-
ed. Potentially the finest Canon-la-Gaffeliere made to
date...95." WA 4/03.
25    12 bottles                               per lot $750-1100
26    12 bottles                               per lot $750-1100

**Chateau Certan de May 1982**
*Pomerol*
*bottom neck*
"Rich, powerful, and full-bodied, with a thick, unctu-
ous texture, considerable fat and glycerin, and daz-
zling concentration... It is a modern day classic, and
unquestionably the finest Certan de May I have ever
tasted...98." WA 6/00.
27    12 bottles                               per lot $2400-3500

**Chateau Clerc Milon 1995**
*Pauillac, Cinquieme Cru Classe*
"Like smelling a delicious raspberry sauce with hints
of coffee and smoke, and the wine that follows is
wonderfully structured, muscular and well toned.
Full-bodied, with sleek and racy tannins and a long,
characterful aftertaste. One of the top buys of the
vintage from Bordeaux...95." WS 1/98
28    6 bottles                                per lot $220-300

**CHATEAU CLINET**

**CHATEAU CLINET 1989**
*Pomerol*
*bottom neck or better*
*Parcel: lots 29-30*
"Full-bodied, with a seamless texture, fabulous con-
centration, a massive degree of richness, but no
heaviness or awkwardness, this remains one of the
most profound young wines I have ever tasted. Its
sweetness of fruit and layers of flavor, combined
with its remarkable texture are the stuff of leg-
ends...100." WA 2/97.

| | | |
|---|---|---|
| 29 | 12 bottles | per lot $3500-5500 |
| 30 | 12 bottles | per lot $3500-5500 |

**CHATEAU CLINET 1989**
*Pomerol*
*into neck*

| | | |
|---|---|---|
| 31 | 1 magnum (1.5L) | per lot $650-950 |

**CHATEAU CLINET 1995**
*Pomerol*
*owc*
"The blackberry, cassis liqueur-like fruit of this wine
is awesome...extremely full-bodied and powerful with
layers of glycerin-imbued fruit, massive richness,
plenty of licorice, blackberry, and cassis flavors, full
body, and a thick, unctuous texture...96." WA 2/98.

| | | |
|---|---|---|
| 32 | 12 bottles | per lot $950-1300 |

**CHATEAU CLINET 1995**
*Pomerol*

| | | |
|---|---|---|
| 33 | 12 bottles | per lot $950-1300 |

**CHATEAU CLINET 2000**
*Pomerol*
*owc*
"Chocolate and berry, with mineral and cream. Full-
bodied, with a wonderful velvety, caressing texture
and a long, long finish. Wonderfully balanced and gen-
erous. I've never tasted a better Clinet...96." WS 3/03.

| | | |
|---|---|---|
| 34 | 12 bottles | per lot $800-1200 |

**CHATEAU CLOS DE L'ORATOIRE 2000**
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 35-36*
"Undoubtedly the finest effort this property has
yet produced, the black-colored 2000 offers up sexy
notes of espresso, chocolate, Asian spices, black
cherry liqueur, and blackberries. Opulent, chewy, and
powerful, this deep, full-bodied wine has layers of
ripe fruit, huge power, yet a classic, well-delineated
style...94." WA 4/03.

| | | |
|---|---|---|
| 35 | 12 bottles | per lot $500-800 |
| 36 | 12 bottles | per lot $500-800 |

**CHATEAU CLOS DUBREUIL 2000**
*St Emilion*
*two 6-pack owc's*
*Parcel: lots 37-38*
"Elegance, purity, and beautiful fruit characterize
this impressive garage wine... Full-bodied, sumptu-
ously-textured, and rich yet structured and delin-
eated with a long finish." WA 4/03.

| | | |
|---|---|---|
| 37 | 12 bottles | per lot $500-800 |
| 38 | 12 bottles | per lot $500-800 |

**CLOS L'EGLISE 1998**
*Pomerol*
*two 6-pack owc's*
"...superb, complex bouquet of mocha fudge, vanilla,
black cherries, roasted coffee, smoke, and berries.
The dazzlingly explosive aromatic display is followed
by a creamy-textured, medium to full-bodied, beau-
tifully-layered wine with no hard edges. A supple
texture leads to a finish with notes of caramel and
spice...93" WA 4/01.

| | | |
|---|---|---|
| 39 | 12 bottles | per lot $800-1200 |

**CLOS L'EGLISE 1999**
*Pomerol*
"A stunningly complex nose of vanilla, expresso,
plums, figs, charcoal, and black cherry liqueur jumps
from the glass of this flamboyantly-scented wine. In
the mouh, it is all sex appeal, with silky, voluptuous
flavors, sweet tannin, low acidity, and ripe, concen-
trated flavors...93." WA 4/02.

| | | |
|---|---|---|
| 40 | 12 bottles | per lot $600-900 |

**Clos L'Eglise 2000**
*Pomerol*
*two 6-pack owc's*
"Deep ruby/purple, with a nose of cocoa, toffee, plum, fig, and blackberry, the wine has a full-bodied palate impression, with extraordinary purity, texture, and that multi-layered, highly nuanced finish that goes on for close to a minute…96." WA 4/03.

41   12 bottles     per lot $1200-1800

**Chateau Cos d'Estournel**

**Chateau Cos d'Estournel 1989**
*St Estephe, Deuxieme Cru Classe*
*into neck*
"A huge, seamless wine of fabulous elegance. Deep, dark-ruby color. Intense aromas of blackberries, spices, mushrooms and bark. Full-bodied and extremely silky, with a long, long finish. Seductive as hell…95." WS 5/99

42   4 bottles     per lot $300-420

**Chateau Cos d'Estournel 1990**
*St Estephe, Deuxieme Cru Classe*
*into neck, four wine-stained labels*
"This super-concentrated wine possesses a roasted herb, sweet, jammy black fruit-scented nose, with noteworthy opulence and succulence. Pure and full-bodied, this concentrated wine conceals more tannin than it is presently revealing. The wine is open, flattering, and impossible to resist…95." WA 11/96

43   10 bottles     per lot $1000-1500

**Chateau Cos d'Estournel 1995**
*St Estephe, Deuxieme Cru Classe*
"…a sexier, more hedonistic offering than the muscular, backward 1996. Opulent, with forward aromatics…this terrific Cos possesses remarkable intensity, full body, and layers of jammy fruit nicely framed by the wine's new oak.…95" WA 2/98.

44   6 bottles     per lot $400-600

**Chateau Cos d'Estournel 1996**
*St Estephe, Deuxieme Cru Classe*
"…Dark-colored, with plenty of currant and spice aromas, the wine is full-bodied, with very velvety tannins and allspice, berry and currant flavors. Long, long finish. One of the wines of the vintage, it's a beauty…95." WS 1/99.

45   6 bottles     per lot $350-550

**Chateau Croix de Labrie 2000**
*St Emilion*
*owc*
"It boasts superb purity along with the essence of cassis and black cherry liqueur-like fruit intermixed with graphite, chocolate, espresso, and new oak notes. Sweet, layered, and luxuriously rich, with a wealth of fruit and glycerin, this stunningly full-bodied St.-Emilion should be drinkable young, yet age nicely for 15+ years. Great stuff!…95." WA 4/03.

46   12 bottles     per lot $800-1200

**Domaine de Chevalier 1964**
*Graves, Cru Classe*
*four bottom neck, one very top shoulder*

47   5 bottles     per lot $260-380

**Chateau Ducru Beaucaillou 1995**
*St Julien, Deuxieme Cru Classe*
"The greatest Ducru produced this century. Breathtaking aromas of berries, violets, vanilla and blackberries set the stage for a wine that's full-bodied and tannic, yet very fine and long in the mouth. This has fabulous structure for aging…97." WS 1/98.

48   12 bottles     per lot $800-1200

**Chateau Ducru Beaucaillou 1996**
*St Julien, Deuxieme Cru Classe*
*owc*
"…sweet cassis can be found in the nose of the highly-structured 1996 Ducru Beaucaillou. A superb Saint-Julien, it offers a saturated, dark ruby color and an intense, backward core of rich, ripe dark fruits. This spicy, lead pencil-laden wine is amazingly long, exquisitely balanced…96." WA 4/03.

49   12 bottles     per lot $900-1300

**Chateau Ducru Beaucaillou 2000**
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 50-51*
"Fantastic aromas of blackberries, wild berries and minerals. Extremely aromatic. Full-bodied and very tight, with big, silky tannins and a long, caressing finish. Superb. A muscular Ducru…95." WS 3/03.

50   12 bottles     per lot $800-1200
51   12 bottles     per lot $800-1200

**Chateau Figeac 2000**
*St Emilion, Premier Grand Cru Classe (b)*
*owc*
"…a terrific bouquet of camphor, graphite, black currants, licorice, and smoked herbs. With well-balanced, powerful tannin, concentration, and pinpoint precision, finesse, and purity…When Figeac hits on all cylinders, one can understand why some tasters believe it is as complex as Cheval Blanc…93." WA 4/03.

| 52 | 12 bottles | per lot $700-1000 |

**Chateau Gracia 2000**
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 53-54*
"…Gracia's greatest effort to date. Its opaque purple color is followed by gorgeous aromas of black fruits, minerals, smoky oak, and flowers. Layered and full-bodied, with sensationally concentrated blackberry and cassis flavors, beautifully integrated acidity, wood, and tannin, this blockbuster is incredibly harmonious…93." WA 4/03

| 53 | 12 bottles | per lot $700-1000 |
| 54 | 12 bottles | per lot $700-1000 |

| 55 | No Lot | |

**Chateau Grand Puy Lacoste 1990**
*Pauillac, Cinquieme Cru Classe*
*bottom neck or better*

| 56 | 5 bottles | per lot $380-600 |

**Chateau Grand Puy Lacoste 1996**
*Pauillac, Cinquieme Cru Classe*
"…an awesome, first growth quality nose that reveals noble scents of cassis, mineral, oil, salt, and smoky oak. Intensely rich, it dominates the palate with its deep blackcurrant, spice, lead, and blackberry flavors…A wine of extraordinary purity, concentration, and depth…96+." WA 4/03.

| 57 | 6 bottles | per lot $450-700 |

**Chateau Grand Puy Lacoste**
*Pauillac, Cinquieme Cru Classe*
| • **1995** | | (8) |
| • **1995** | | magnum (1) |
| *lightly bin-soiled label* | | |
| 58 | above 8 bottles & | |
| | 1 magnum (1.5L) | per lot $450-700 |

**Chateau Gruaud Larose 1982**
*St Julien, Deuxieme Cru Classe*
*into neck*
"Unbelievably powerful, thick, and intense, with full body…and a huge, intense finish, this is a monster, blockbuster 1982…It should prove to be one of the most profound Gruaud-Laroses made in the twentieth century. In quality, it is a first-growth…96." WA 6/00.

| 59 | 3 bottles | per lot $420-600 |

**Chateau Gruaud Larose 2000**
*St Julien, Cinquieme Cru Classe*
*owc*
*Parcel: lots 60-61*
"Absolutely wonderful aromas of flowers, currants and citrus. Full bodied, yet very, very refined, with a center core of fruit that tastes like crushed raspberries and goes on and on. Greatest wine from this estate since 1945…95." WS 3/03.

| 60 | 12 bottles | per lot $800-1200 |
| 61 | 12 bottles | per lot $800-1200 |

**Chateau Haut Bergey 2000**
*Graves*
*owc*
*Parcel: lots 62-63*
"…a striking perfume of cigar smoke, scorched earth, roasted espresso, and intense black cherry/currant fruit. It possesses luxurious richness, medium to full body, sweet tannin, and a seamless, silky-textured finish that lasts for nearly 45 seconds…A bottle kept open for 5 days never revealed any oxidation…94." WA 4/03.

| 62 | 12 bottles | per lot $420-600 |
| 63 | 12 bottles | per lot $420-600 |

**Chateau Hosanna 2000**
*Pomerol*
*two 6-pack owc's*
"…this seamless wine is a classic example of purity and symmetry. Combining power with charm and finesse in a deeply textured, rich, elegant, yet authoritatively flavorful style, this is a brilliant effort as well as a compliment to proprietor Christian Moueix. Sadly, there are only 1,500 cases of this fabulous offering. It displays a singular style reminiscent of a hypothetical blend of Cheval Blanc and L'Evangile, the famous St.-Emilion and equally renowned Pomerol situated across from each other…96." WA 4/03

| 64 | 12 bottles | per lot $1400-2000 |

### Chateau La Conseillante



### Chateau La Conseillante 1999
*Pomerol*

"A beautifully complex, evolved, seductive style of La Conseillante, the dark ruby-colored 1999 exhibits sweet black raspberry and cherry liqueur notes intermixed with cedar, toasty oak, licorice, new saddle leather, and dried herbs. The wine is medium-bodied with no hard edges, extremely pure, and almost sweet (from ripe fruit, not sugar). A lush, delicious La Conseillante, it merits its reputation as 'a Burgundy from Bordeaux.'" WA 4/02.

| 65 | 8 bottles | per lot $420-650 |
|----|-----------|------------------|

### Chateau La Conseillante 2000
*Pomerol*
*owc*
*Parcel: lots 66-67*

"A tremendous effort, and certainly the best La Conseillante since the marvelous duo of 1989 and 1990…It is a relatively powerful effort for La Conseillante, with more tannin and structure than most vintages possess…There is tremendous purity, medium to full body, great precision and concentration….A bottle kept open refused to oxidize until day six!…96." WA 4/03.

| 66 | 12 bottles | per lot $1500-2200 |
|----|-----------|--------------------|
| 67 | 12 bottles | per lot $1500-2200 |

### Chateau La Conseillante 2000
*Pomerol*

| 68 | 12 bottles | per lot $1500-2200 |
|----|-----------|--------------------|

### Chateau La Conseillante 2000
*Pomerol*
*owc*

| 69 | 6 magnums (1.5L) | per lot $1500-2200 |
|----|------------------|--------------------|

### Chateau La Fleur de Gay 1998
*Pomerol*
*Parcel: lots 70-71*

"Shows exotic aromas of spice, meat and game as well as lots of ripe berry. Full-bodied, with soft, ripe tannins and a long, long finish. On the level of the stupendous 1990. Much better than from barrel…94." WS 1/01.

| 70 | 12 bottles | per lot $600-900 |
|----|-----------|------------------|
| 71 | 12 bottles | per lot $600-900 |
| 72 | 3 magnums (1.5L) | per lot $300-450 |

### Chateau La Gomerie 1998
*St Emilion*
*owc*

"Undoubtedly the finest La Gomerie produced to date, this explosive, opaque purple-colored 1998 offers layers of richness, glycerin, and extract. A mocha-tinged, black cherry liqueur-scented nose displays better integration of new oak than its older sibling. Think of it as St. Emilion's answer to the renowned "garage" wine from Pomerol, Le Pin." WA 4/00.

| 73 | 12 bottles | per lot $800-1200 |
|----|-----------|-------------------|

### Chateau La Gomerie 2000
*St Emilion*
*owc*
*Parcel: lots 74-75*

"A prodigious effort, …a sumptuous, thick, expansive, juicy mid-section as well as finish. This terrific offering is made in a modern, cultish style aimed at unabashed hedonists…96." WA 4/03.

| 74 | 12 bottles | per lot $1000-1600 |
|----|-----------|--------------------|
| 75 | 12 bottles | per lot $1000-1600 |

### Chateau La Mission Haut Brion

### Chateau La Mission Haut Brion 1975
*Graves, Cru Classe*
*four bottom neck, four very top shoulder, four top shoulder, two water-stained labels, one corroded capsule, one depressed cork*

"Super-concentrated, and now beginning to shed enough tannin so that it can be fully appreciated… this wine will reach full maturity by the turn of the century and last for 30-40 years. An extraordinary La Mission-Haut-Brion, it comes closest in style to resembling the 1945, with a hint of the sweet, ripe 1959…100." WA 2/96.

| 76 | 12 bottles | per lot $5000-8000 |
|----|-----------|--------------------|

### Chateau La Mission Haut Brion 1975
*Graves, Cru Classe*
*top shoulder, deteriorated label*
77    1 magnum (1.5L)                    per lot $850-1200

### Chateau La Mission Haut Brion 1975
*Graves, Cru Classe*
*top shoulder, capsule cut to verify fully stamped cork*
78    1 magnum (1.5L)                    per lot $850-1200

### Chateau La Mission Haut Brion 1982
*Graves, Cru Classe*
*bottom neck or better*
*Parcel: lots 79-80*
"An extraordinary effort that gets better with each tasting, this dark, murky, garnet/purple-colored 1982 exhibits a fabulously complex nose of hot bricks, asphalt, black fruits, tar, roast beef, and truffles, colossal concentration, super-ripeness, an unctuous texture, and low acidity… A candidate for perfection!…99." WA 6/00.
79    12 bottles                        per lot $4200-6000
80    12 bottles                        per lot $4200-6000

### Chateau La Mission Haut Brion 1982
*Graves, Cru Classe*
*into neck*
81    1 magnum (1.5L)                   per lot $750-1100

### Chateau La Mission Haut Brion 1989
*Pessac Leognan, Cru Classe*
*into neck, two wine-stained labels*
"…quickly becoming one of my all-time favorite La Mission-Haut-Brions…boasts a dense, thick, purple color, followed by a sweet, roasted cassis, chocolatey-scented nose with whiffs of tobacco, tar, and minerals. The wine is extremely full-bodied, unctuously-textured, sweet, jammy, and rich…100." RP 1998.
82    12 bottles                        per lot $4200-6000

### Chateau La Mission Haut Brion 1989
*Pessac Leognan, Cru Classe*
*into neck*
83    12 bottles                        per lot $4200-6000
84    3 magnums (1.5L)                  per lot $2200-3500

### Chateau La Mission Haut Brion 1998
*Pessac Leognan, Cru Classe*
*owc*
"A tight and muscular young wine. Very floral on the nose, with gorgeous berry and cherry. Full-bodied, with silky tannins and a long, fresh and fruity finish. Very fine and harmonious…95." WS 1/01.
85    12 bottles                        per lot $800-1200

### Chateau La Mission Haut Brion 1998
*Pessac Leognan, Cru Classe*
86    12 bottles                        per lot $800-1200

### La Mondotte

### La Mondotte 1996
*St Emilion*
"One of the vintage's most extraordinary wines…it is unquestionably one of the super-stars of the 1996 vintage. The wine is atypically powerful and unctuously textured, … the wine is full-bodied and seamless, with gorgeously integrated acidity, alcohol, and tannin. Still remarkably thick, layered, and extravagantly rich…If it continues to improve as it did between spring and late fall, it may merit an even higher rate…97." WA 4/99.
87    12 bottles                        per lot $1600-2200

### La Mondotte 1998
*St Emilion*
*two 6-pack owc's*
"Extremely well-constructed young red. Black in color, and massively grapey, with loads of mineral, menthol and toasted oak. Full-bodied, with big, velvety tannins and a long, grapey finish. The leading new-wave wine of St.-Emilion…96." WS 1/01.
88    12 bottles                        per lot $2400-3800

### La Mondotte 1998
*St Emilion*
*owc*
89    12 bottles                        per lot $2400-3800

### La Mondotte 1998
*St Emilion*
90    12 bottles                        per lot $2400-3800

**La Mondotte 1998**
*St Emilion*
91 1 magnum (1.5L)                per lot $400-650

**La Mondotte 1999**
*St Emilion*
*owc*
"Along with the 1997, the 1999 is the most forward and accessible La Mondotte yet produced. Its opaque purple color is followed by a glorious nose of candied black fruits, graphite, licorice, and underbrush. Full-bodied and sumptuous, la Mondotte possesses amazing extract and richness for the vintage. its high tannin is hidden by a wealth of glycerin, fruit and extract...94." WA 4/02.
92 12 bottles                per lot $1500-2000

**La Mondotte 1999**
*St Emilion*
*Parcel: lots 93-95*
93 12 bottles                per lot $1500-2000
94 12 bottles                per lot $1500-2000
95 12 bottles                per lot $1500-2000

### Chateau Lafleur

**Chateau Lafleur 1975**
*Pomerol*
*two bottom neck, two very top shoulder, two upper shoulder, two lightly bin-soiled labels, two signs of old seepage*
"Lafleur possesses a mind-boggling inner-core of highly-extracted fruit, something that was not achieved in such great Lafleurs as 1982, 1985, 1989 and 1990. Still extremely tannic, with an opaque purple/black/garnet color, the wine exhibits a huge nose of jammy black fruits, earth, minerals and spice. Massively proportioned with a boat-load of tannin to shed, this is a wine for the 21st century. This monumental wine may behave like some of the great 1928s...100." 2/96.
95A 6 bottles                per lot $7000-10,000

**Chateau Lafleur 1975**
*Pomerol*
*two into neck, two very top shoulder, one top shoulder, one upper shoulder, two bin-soiled labels, one wine-stained label*
95B 6 bottles                per lot $7000-10,000



**Chateau Lafleur 1979**
*Pomerol*
*into neck, lightly bin-soiled label*
95C 1 magnum (1.5L)                per lot $2200-3500

**Chateau Lafleur 1982**
*Pomerol*
*bottom neck or better*
"A spectacular nose of kirsch liqueur, minerals, flowers and blackberries jumps from the glass of this thick, dark ruby-colored Lafleur. Over-ripeness, a characteristic of many 1982s (I say that in a positive, not pejorative sense), is apparent in this jammy, unctuously-textured, massive wine. Somewhat of a paradox to taste, it offers notes of maturity, richness and succulence contrasted with massive structure, muscle and density...100." WA 6/00.
95D 6 bottles                per lot $8000-12,000

**Chateau Lafleur 1982**
*Pomerol*
*four bottom neck or better, two top shoulder, two bin-soiled labels, one nicked label, one nicked capsule*
95E 6 bottles                per lot $8000-12,000

**Chateau Lafleur 1983**
*Pomerol*
*bottom neck*
"I have had this wine from both regular bottle and magnum, and it is an example of Lafleur at its kinkiest and most exotic...soft, round, plump, medium to full-bodied flavors coat the palate with considerable glycerin and sweet tannin. This is an open-knit, surprisingly evolved, luscious Lafleur..." WA 11/97.
96 2 bottles                per lot $450-650

**Chateau Lafleur 1988**
*Pomerol*
*bottom neck or better*
97    2 bottles                                per lot $450-650

**Chateau Lafleur 1989**
*Pomerol*
*four bottom neck, two very top shoulder, two bin-soiled labels*
"Very dark-ruby color. Cherry, blackberry and dark chocolate aromas. Full-bodied and powerful, with loads of tannins and chunky fruit. Closed, not giving away much right now; give it time. Typically muscular Lafleur...97." WS 5/99.
98    6 bottles                                per lot $2000-3200

**Chateau Lafleur 1995**
*Pomerol*
*owc*
"...dark chocolate and bitter mocha notes, there's big intensity here. While the tannins are burly for now, the aromas keep coming—rose petal, violet and currant backed by creamy, vanilla bean character. Elegant finish...98." WS 1/00.
99    12 bottles                               per lot $2400-3500

**Chateau Lafleur 1995**
*Pomerol*
100    12 bottles                              per lot $2400-3500

**Chateau Lafleur 1995**
*Pomerol*
*Parcel: lots 101-102*
101    1 magnum (1.5L)                         per lot $400-600
102    1 magnum (1.5L)                         per lot $400-600

**Chateau Lafleur 1996**
*Pomerol*
102A    2 bottles                              per lot $180-300

**Chateau Lafleur 2000**
*Pomerol*
"...a gorgeous nose of kirsch liqueur intermixed with hints of black truffles, raspberries, and minerals... enormously endowed, rich, and full-bodied, with a tremendous chewiness and, at the same time, sensuality. Pure, massive, and rich, with exceptional levels of glycerin and fruit nearly concealing high levels of tannin, and a 60+ second finish, this is a remarkable achievement...just maybe the finest Lafleur since the 1982...100." WA 4/03.
103    12 bottles                              per lot $12,000-18,000

**Chateau Le Bon Pasteur 2000**
*Pomerol*
*owc*
*Parcel: lots 104-106*
"...exhibits notes of roasted herbs, creme de cassis, cherry liqueur, new oak, and mocha. Powerful and intense, with moderately high tannin, a layered mid-palate, beautiful sweetness, well intergrated wood...91-93." WA 2/02.
104    12 bottles                              per lot $450-700
105    12 bottles                              per lot $450-700
106    12 bottles                              per lot $450-700

**Le Pin**

**Le Pin 1983**
*Pomerol*
*bottom neck, bin-soiled label*
107    1 bottle                                per lot $800-1200

**Le Pin 1995**
*Pomerol*
"A dense ruby-colored Le Pin, the 1995 offers up aromas of lead pencil, roasted nuts, smoke, spice, fruitcake, and black cherries intermixed with white chocolate. Luscious and full-bodied, with low acidity, but plenty of grip and tannin in the finish, this wine, with its abundant cola, kirsch, and black raspberry flavors, is revealing far more structure since bottling than it did in cask." WA 2/98.
108    6 bottles                               per lot $3500-5500

**Le Pin 1995**
*Pomerol*
*into neck, wine-stained label*

109  1 magnum (1.5L)                     per lot $1200-1800


**Le Plus de la Fleur de Bouard 2000**
*St George St Emilion*
*two 6-pack owc's*
*Parcel: lots 110-111*
"This enormous wine is layered and harmonious, with sweet tannin, huge, expansive, fat, fleshy flavors, great delineation, and a certain lightness on its feet for its mass and richness. It is a tour de force in winemaking, as so many of the Bouard efforts tend to be…95." WA 4/03.

110  12 bottles                          per lot $950-1300
111  12 bottles                          per lot $950-1300


**Chateau L'Eglise Clinet**

**Chateau L'Eglise Clinet 1985**
*Pomerol*
*bottom neck, two bin-soiled labels*

112  12 bottles                          per lot $2000-3200


**Chateau L'Eglise Clinet 1995**
*Pomerol*
"…a concoction of black raspberries, kirsch, smoke, cherries, and truffles. Full-bodied and rich, with high tannin, but profound levels of fruit and richness, this dense, exceptionally well-delineated, layered, multidimensional L'Eglise-Clinet only hints at its ultimate potential. This looks to be a legend in the making….96." WA 2/98.

113  12 bottles                          per lot $1200-1800


**Chateau L'Eglise Clinet 1998**
*Pomerol*
*owc*
"Truly gorgeous. Rich and thick yet refined and precise. Crushed raspberry and berry character rises from the glass. Full-bodied, with loads of fruit, fine tannins and an extremely long finish….96." WS 1/01.

114  12 bottles                          per lot $1200-1800


**Chateau L'Eglise Clinet 1998**
*Pomerol*

115  3 magnums (1.5L)                    per lot $600-900


**Chateau L'Eglise Clinet 2000**
*Pomerol*
*owc*
"This has everything. Super class and elegance, yet ripe and exciting. Winemaker Denis Durantou is a purist and it shows. Fantastic aromas of blackberries, cherries, violets and minerals. Full-bodied, with incredible raspberry, cherry, mineral and silky tannins. Very long…97." WS 1/03.

116  12 bottles                          per lot $1600-2200


**Chateau Leoville Barton 2000**
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 117-118*
"This is the biggest, most powerful ever from Léoville Barton. Amazingly rich and silky. Lots of chocolate and blackberry aromas, with hints of raspberries. Full-bodied, with silky and round tannins. Great concentration. Long, long finish…97." WS 1/03.

117  12 bottles                          per lot $1100-1600
118  12 bottles                          per lot $1100-1600
119  6 magnums (1.5L)                    per lot $1100-1600


**Chateau Leoville Las Cases**

**Chateau Leoville Las Cases 1982**
*St Julien, Deuxieme Cru Classe*
*bottom neck or better, two bin-soiled labels, four torn labels*
"…gets my nod as the finest Leoville-Las-Cases ever made. It reveals massive proportions yet extraordinary purity, elegance, and balance. This dense ruby/purple-colored 1982 still looks and tastes as if it were 5-8 years old. The nose offers up blazingly well-delineated, pure aromas of creme de cassis, cherry jam, minerals, and toasty new oak…100." WA 6/00.

120  12 bottles                          per lot $3500-5000


**Chateau Leoville Las Cases 1982**
*St Julien, Deuxieme Cru Classe*
*into neck, bin-soiled labels*

121  3 magnums (1.5L)                    per lot $1800-2600

### Chateau Leoville Las Cases 1986
*St Julien, Deuxieme Cru Classe*
*into neck*
"...exceptionally ripe cassis fruit intertwined with scents of vanillin, minerals, and spices. The wine is full-bodied, exceptionally well-delineated, and phenomenally concentrated. Still unevolved and youthful, this is one of the most profound Leoville-Las-Cases...98." RP 3/97.

| 122 | 6 bottles | per lot $1000-1600 |

### Chateau Leoville Las Cases 1995
*St Julien, Deuxieme Cru Classe*
"...exceptionally pure, beautifully knit aromas of black fruits, minerals, vanillin, and spice. On the attack, it is staggeringly rich. Exceptionally ripe cassis fruit, the judicious use of toasty new oak, and a thrilling mineral character intertwined with the high quality of fruit routinely obtained by Las Cases, make this a compelling effort...95." WA 2/98.

| 123 | 12 bottles | per lot $1000-1500 |

### Chateau Leoville Las Cases 1996
*St Julien, Deuxieme Cru Classe*
*owc*
"...intrinsic classicism, symmetry, and profound potential for complexity and elegance. The black/purple color is followed by a spectacular nose of cassis, cherry liqueur, pain grille, and minerals. It is powerful and rich on the attack, with beautifully integrated tannin, massive concentration, yet no hint of heaviness or disjointedness...98." WA 4/99.

| 124 | 12 bottles | per lot $1600-2400 |

### Chateau Leoville Las Cases 1996
*St Julien, Deuxieme Cru Classe*
*Parcel: lots 125-126*

| 125 | 12 bottles | per lot $1600-2400 |
| 126 | 12 bottles | per lot $1600-2400 |

### Chateau Leoville Las Cases 2000
*St Julien, Deuxieme Cru Classe*
*owc*
"This is one of the most exciting young reds I have tasted in a long, long time. It shows intense aromas of berries, urrants and minerals, with hints of mint. Full-bodied and packed with fruit and seamless tannins, it is refined, silky and long on the finish. A benchmark for the vintage...100." WS 1/03.

| 127 | 12 bottles | per lot $2200-3200 |

### Chateau Leoville Poyferre 1982
*St Julien, Deuxieme Cru Classe*
*bottom neck or better, owc*
*Parcel: lots 128-129*
"...possesses great concentration, full body as well as considerable structure. A dense purple/plum color reveals some lightening at the rim. Terrific concentration hits the palate with mouth-searing levels of tannin. Full-bodied, thick, structured, muscular, and loaded with potential...94." WA 6/00.

| 128 | 12 bottles | per lot $1500-2000 |
| 129 | 12 bottles | per lot $1500-2000 |

### Chateau Leoville Poyferre 2000
*St Julien, Deuxieme Cru Classe*
*owc*
*Parcel: lots 130-131*
"Superb. Vivid, with lovely aromas of berries, minerals, toasted oak and leather. Full-bodied, with extremely well-integrated tannins and a long finish. A wine to remember. Best ever from this estate...94." WS 3/03.

| 130 | 12 bottles | per lot $600-900 |
| 131 | 12 bottles | per lot $600-900 |

### Les Carmes Haut Brion 2000
*Graves*
*owc*
*Parcel: lots 132-133*
"Probably the finest Les Carmes I have ever tasted, the 2000 rachets up to the level of concentration, opulence, and sumptuousness....Fuill-bodied, layered, and lush, with extraordinary aromatic complexity (cigar, tobacco, earth, coffee, black currants, and ripe plums/prunes, stunning purity, a seamless texture, and sweet tannin...92-95." WA 2/02.

| 132 | 12 bottles | per lot $550-800 |
| 133 | 12 bottles | per lot $550-800 |

### <u>Chateau L'Evangile</u>

### Chateau L'Evangile 1982
*Pomerol*
*bottom neck or better*
"Dark plum-colored with purple nuances, this complex 1982 reveals notions of cedar, allspice, black raspberries, blackberries and currants. Expansive on the palate, with superb density, low acidity, full body and a juicy, fat, mouth-staining mid-palate...95." WA 6/00.

| 134 | 12 bottles | per lot $3000-4500 |
| 134A | 2 magnums (1.5L) | per lot $1000-1600 |



### Chateau L'Evangile 1985
*Pomerol*
*seven bottom neck or better, four very top shoulder, one upper shoulder*
"L'Evangile's 1985 remains relatively unevolved and youthful. The dark ruby color exhibits no signs of age, and the hugely complex, multi-dimensional bouquet of blackcurrants, raspberries, exotic spices and oak requires coaxing from the glass. Rich, medium to full-bodied, super-concentrated, well-balanced, and tannic, this wine continues to evolve more slowly than other 1985s...95." WA 10/94.

135    12 bottles                      per lot $1800-2600

### Chateau L'Evangile 1990
*Pomerol*
*bottom neck or better*
"The 1990 remains one of the great modern day L'Evangiles, rivaling such superb vintages as 1995, 1985, 1982, 1975, 1950 AND 1947...the wine is exceptionally rich and full bodied, with admirable glycerin and thickness...96." WA 11/96.

136    12 bottles                      per lot $2400-3500

### Chateau L'Evangile 1995
*Pomerol*
*Parcel: lots 137-138*
"Well structured yet elegant and refined. Complex aromas of violets, berries and spice. Full-bodied and very velvety, with a smoke, berry and cherry aftertaste...94." WS 9/98

137    12 bottles                      per lot $900-1200
138    12 bottles                      per lot $900-1200

### Chateau L'Evangile 1998
*Pomerol*
*owc*
"Captivating aromas of wild raspberry, cherry, mineral and grilled meat mark this full-bodied wine, along with huge,silky tannins and an extra-long, caressing finish. Envelops the palate like a perfectly tailored silk shirt. Incredible class, with everything in wonderful proportions. The greatest L'Evangile ever made...98". WS 1/01

139    12 bottles                      per lot $1500-2000

### Chateau L'Evangile 1998
*Pomerol*

140    2 magnums (1.5L)                per lot $750-1000

### Chateau L'Evangile 1999
*Pomerol*
*owc*
"Rich and lovely wine for the vintage. Aromas of berries, herbs and tobacco. Medium- to full-bodied, with velvety tannins and a medium finish. Soft and delicious..." WS 3/02.

141    12 bottles                      per lot $700-1100

### Chateau L'Evangile 2000
*Pomerol*
*owc*
"... rivals such recent great vintages as 1998, 1995, 1990, and of course, 1982. With aeration, the thick, unctuous, saturated purple color is followed by scents of blueberries, blackberries, truffles, acacia flowers, tar, and graphite....96+." WA 4/03.

142    12 bottles                      per lot $1800-2400

### Chateau Lynch Bages 1989
*Pauillac, Cinquieme Cru Classe*
*into neck, three bin-soiled labels*
"Opulent aromas of berries and hints of eucalyptus and fresh herbs. Full-bodied and very juicy, with big velvety tannins and a ripe long finish. Flavor plus. Nice now but better with age. This has always been superb...98." WS 2/05

143    6 bottles                       per lot $750-1100

### Chateau Lynch Bages 2000
*Pauillac, Cinquieme Cru Classe*
*owc*
*Parcel: lots 144-145*
"If you love Lynch, buy this. Gorgeous aromas of plums, blackberries and licorice, with hints of mineral. Full-bodied, with full and silky tannins and a long, long finish. Big and solid. Fantastic...96." WS 1/03.

| | | |
|---|---|---|
| 144 | 12 bottles | per lot $900-1300 |
| 145 | 12 bottles | per lot $900-1300 |
| 146 | 6 magnums (1.5L) | per lot $900-1300 |

### Chateau Lynch Bages
*Pauillac, Cinquieme Cru Classe*
*bottom neck or better unless otherwise noted*

| | | |
|---|---|---|
| • 1982 | | (3) |
| • 1985 | | (3) |
| *one very top shoulder* | | |
| • 1990 | | (2) |
| • 1995 | | (4) |
| 147 | above 12 bottles | per lot $1200-1700 |

### Chateau Lynsolence 2000
*St Emilion*
*owc*
*Parcel: lots 148-149*

| | | |
|---|---|---|
| 148 | 12 bottles | per lot $400-600 |
| 149 | 12 bottles | per lot $400-600 |

### Chateau Marojallia 2000
*Margaux*
*owc*
*Parcel: lots 150-151*
"A solid wine, with berry, cherry, mineral and floral character. Full-bodied, with super well-integrated tannins and a medium finish. Gorgeous Margaux from a "garage" in the region...91." WS 3/03.

| | | |
|---|---|---|
| 150 | 12 bottles | per lot $900-1300 |
| 151 | 12 bottles | per lot $900-1300 |

### Chateau Monbousquet 2000
*St Emilion*
*owc*
*Parcel: lots 152-153*
"...extraordinary aromatics of sweet blackberries, chocolate, coffee, incense, new saddle leather, and vanilla...the most intense, muscular, and 'biggest' Monbousquet made to date...95." WA 4/03.

| | | |
|---|---|---|
| 152 | 12 bottles | per lot $700-1000 |
| 153 | 12 bottles | per lot $700-1000 |
| 154 | 6 magnums (1.5L) | per lot $700-1000 |

### Chateau Montrose 1990
*St Estephe, Deuxieme Cru Classe*
*bottom neck or better, one lightly bin-soiled label, one wine-stained label*
"...a distinctive nose of sweet, jammy fruit, liquefied minerals, new saddle leather, and grilled steak. In the mouth, the enormous concentration, extract, high glycerin, and sweet tannin slide across the palate with considerable ease. It is a huge, corpulent, awesomely-endowed wine...100" WA 2/97.

| | | |
|---|---|---|
| 155 | 12 bottles | per lot $3000-4500 |

### Chateau Montrose 1990
*St Estephe, Deuxieme Cru Classe*
*two bin-soiled labels*

| | | |
|---|---|---|
| 156 | 12 bottles | per lot $3000-4500 |

### Chateau Montrose 2000
*St Estephe, Deuxieme Cru Classe*
*owc*

| | | |
|---|---|---|
| 157 | 12 bottles | per lot $850-1200 |

### Chateau Palmer

### Chateau Palmer 1966
*Margaux, Troisieme Cru Classe*
*three bottom neck, four very top shoulder, three top shoulder, one just below top shoulder, one upper shoulder*
"...one of the greatest examples of Palmer I have ever tasted...not only rich and full, it is also delicate and loaded with complexity and finesse. This wine gets my nod as one of the best of the vintage...96." WA 4/94.

| | | |
|---|---|---|
| 158 | 12 bottles | per lot $3500-6000 |

### Chateau Palmer 1966
*Margaux, Troisieme Cru Classe*
*three very top shoulder, two top shoulder, two just below top shoulder, four upper shoulder, one upper-mid shoulder*

| | | |
|---|---|---|
| 159 | 12 bottles | per lot $3500-6000 |

### Chateau Palmer 1970
*Margaux, Troisieme Cru Classe*
*four into neck, six bottom neck, one very top shoulder, one top shoulder*
"...Rich and concentrated, with medium to full body, a sweet inner-core of fruit, firm but silky tannin, and a long, rich finish, this remains a youthful, potentially superb Palmer...95." WA 6/96.

| | | |
|---|---|---|
| 160 | 12 bottles | per lot $2000-3200 |



**CHATEAU PALMER 1970**
*Margaux, Troisieme Cru Classe*
*bottom neck*
160A   12 bottles                        per lot $2000-3200

**CHATEAU PALMER 1970**
*Margaux, Troisieme Cru Classe*
*upper shoulder*
161   1 magnum (1.5L)                  per lot $350-550

**CHATEAU PALMER 1983**
*Margaux, Troisieme Cru Classe*
*eight bottom neck or better, four very top shoulder, four nicked labels, one corroded capsule*
"...intense perfume of jammy black fruits, smoked meats, flowers, cedar, and Asian spices. Super-concentrated, powerful, and full-bodied...will be the finest Palmer since the great 1961...97." WA 10/94.
162   12 bottles                        per lot $2000-3200

**CHATEAU PALMER 1983**
*Margaux, Troisieme Cru Classe*
*three into neck, seven bottom neck, two very top shoulder, two nicked label*
163   12 bottles                        per lot $2000-3200

**CHATEAU PALMER 1983**
*Margaux, Troisieme Cru Classe*
*into neck*
164   3 magnums (1.5L)                per lot $1000-1600

**CHATEAU PALMER 1989**
*Margaux, Troisieme Cru Classe*
*into neck*
"...a sweet, jammy nose of black fruits, intermingled with floral scents, licorice, and a touch of truffles... this is a gorgeous Palmer...95." WA 2/97.
165   12 bottles                        per lot $1500-2200

**CHATEAU PALMER 1996**
*Margaux, Troisieme Cru Classe*
166   6 bottles                         per lot $300-450

**CHATEAU PALMER 2000**
*Margaux, Troisieme Cru Classe*
*owc*
*Parcel: lots 167-168*
"I have never tasted a greater young Palmer. This takes time to unwind, but then it explodes with fruit and powerful, yet silky tannins. Perfumed and rich, with berry, cherry and tobacco character. Full-bodied, with super well-integrated tannins and a reduced, refined palate structure. It's compact and powerful. Very racy wine...97." WS 1/03.
167   12 bottles                        per lot $1500-2200
168   12 bottles                        per lot $1500-2200

**CHATEAU PAPE CLEMENT 2000**
*Pessac Leognan, Cru Classe*
*owc*
*Parcel: lots 169-171*
"The profound 2000 continues to put on weight... a wine of extraordinary concentration, elegance, and complexity, it is one of the finest Pape Clements of the last three decades...95." WA 4/03.
169   12 bottles                        per lot $700-1000
170   12 bottles                        per lot $700-1000
171   12 bottles                        per lot $700-1000

**CHATEAU PAVIE 1998**
*St Emilion, Premier Grand Cru Classe (b)*
*Parcel: lots 172-173*
"A 50-year wine, this opaque purple-colored offering exhibits a strong, precise nose of black fruits, liquid minerals, smoke, and graphite. Extremely full-bodied, yet brilliantly delineated, powerful, and awesomely concentrated, it boasts a fabulous mid-palate as well as a finish that lasts for nearly a minute. A tour de force in winemaking...95." WA 4/01.
172   12 bottles                        per lot $900-1300
173   12 bottles                        per lot $900-1300

**Chateau Pavie 1999**
*St Emilion, Premier Grand Cru Classe (b)*
*two 6-pack owc's*
*Parcel: lots 174-176*
"...gorgeous aromas of crushed minerals, smoke, licorice, cherry liqueur, and black currants. It is exceptionally pure and multilayered, with stunning texture and overall balance...If readers are wondering why Pavie has become so much better under the administration of Chantal and Gerard Perse, keep in mind that yields are one-third of what they were under the previous owners...95." WA 4/02.

| | | |
|---|---|---|
| 174 | 12 bottles | per lot $700-1000 |
| 175 | 12 bottles | per lot $700-1000 |
| 176 | 12 bottles | per lot $700-1000 |

**Chateau Pavie 2000**
*St Emilion, Premier Grand Cru Classe (b)*
*owc*
"... unquestionably one of the most monumental wines Bordeaux has ever produced... on the palate, it exhibits a massive display of richness and extract, yet with pinpoint delineation and vibrancy...this is the kind of phenomenal wine that Perse's critics were afraid he might produce - a no-compromise, immortal wonder that represents the essence of one of Bordeaux's greatest terroirs. Life is too short not to own and consume the 2000 Pavie...100." WA 4/03.

| | | |
|---|---|---|
| 177 | 12 bottles | per lot $2800-4000 |

**Chateau Pavie Decesse 2000**
*St Emilion, Grand Cru Classe*
*owc*
"...a gorgeous nose of sweet blueberries, blackberries, charcoal, and mineral. The wine is full-bodied, rich, with striking purity, fabulous delineation, immense body and extract...This is undoubtedly the greatest Pavie Decesse ever produced and a modern-day Bordeaux legend...96." WA 4/03.

| | | |
|---|---|---|
| 178 | 12 bottles | per lot $700-1000 |

**Chateau Pavie Macquin 1998**
*St Emilion, Grand Cru Classe*
*Parcel: lots 179-180*
"Nearly exaggerated levels of intensity, extract, and richness...Sumptuous aromas of blueberries, blackberries, and cherries combine with smoke, licorice, vanillin, and truffles to create a compelling aromatic explosion...95." WA 4/01.

| | | |
|---|---|---|
| 179 | 12 bottles | per lot $600-900 |
| 180 | 12 bottles | per lot $600-900 |

**Chateau Pavie Macquin 1999**
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 181-184*
"...aromas of truffles, underbrush, espresso, black cherries, and roasted meats...Patient connoisseurs who admire wines with this level of intensity will be handsomely repaid for their discipline..." WA 4/02.

| | | |
|---|---|---|
| 181 | 12 bottles | per lot $450-650 |
| 182 | 12 bottles | per lot $450-650 |
| 183 | 12 bottles | per lot $450-650 |
| 184 | 12 bottles | per lot $450-650 |

**Chateau Pavie Macquin 2000**
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 185-186*
"A wine of great density, concentration, and intensity...persuasive, expansive, full-bodied, and muscular, this enormously endowed, rich wine looks set for a long life...a terrific effort that rivals the compelling 1998...95." WA 4/03.

| | | |
|---|---|---|
| 185 | 12 bottles | per lot $600-900 |
| 186 | 12 bottles | per lot $600-900 |

**Chateau Peby Faugeres 1998**
*St Emilion*
*owc*
"...the debut vintage of this 'garage' wine, produced from a 12-acre hillside parcel (primarily Merlot Vines) culled from the Faugeres vineyard...flamboyant aromas of jammy cassis, licorice, toasty oak, and minerals, fabulous depth, sweet tannin..." WA 4/00.

| | | |
|---|---|---|
| 187 | 12 bottles | per lot $700-1000 |

**Chateau Peby Faugeres 2000**
*St Emilion*
*owc*
*Parcel: lots 188-189*

| | | |
|---|---|---|
| 188 | 12 bottles | per lot $800-1200 |
| 189 | 12 bottles | per lot $800-1200 |

**Chateau Pichon Longueville Baron 1990**
*Pauillac, Deuxieme Cru Classe*
*bottom neck or better*
"...Beautiful aromas of berries, minerals, cherries and chocolate. Full-bodied, with very rich yet ripe tannins and a long, long tobacco, cherry, berry aftertaste...97." WS 8/00.

| | | |
|---|---|---|
| 190 | 6 bottles | per lot $700-1100 |

### Chateau Pichon Longueville Baron 2000
*Pauillac, Deuxieme Cru Classe*
*owc*
*Parcel: lots 191-192*
"...notes of barbecue spices intermixed with new saddle leather, creme de cassis, melted licorice, creosote, and a hint of vanilla. The wine is full-bodied, tremendously concentrated, with sweet tannin and a seamless finish...96." WA 4/03.

| | | |
|---|---|---|
| 191 | 12 bottles | per lot $900-1300 |
| 192 | 12 bottles | per lot $900-1300 |

### Chateau Pichon Longueville
### Comtesse de Lalande

### Chateau Pichon Longueville
### Comtesse de Lalande 1982
*Pauillac, Deuxieme Cru Classe*
*two bottom neck, eight very top shoulder, two top shoulder, bin-soiled labels*
"It is a fully mature, gloriously perfumed, luxuriously rich Pauillac the likes of which are rarely encountered. The color is dark plum/ruby with amber at the edge. Spectacular aromatics offer up cedar, smoke, jammy black and red fruits, minerals, licorice and toast. Unctuously-textured and full-bodied, with low acidity, fabulously sweet, rich fruit...this is one of the vintage's most compelling and profound efforts, it has been delicious since birth, but absolutely stupendous...100." WA 6/00.

| | | |
|---|---|---|
| 193 | 12 bottles | per lot $3500-5500 |

### Chateau Pichon Longueville
### Comtesse de Lalande 1982
*Pauillac, Deuxieme Cru Classe*
*nine bottom neck, three very top shoulder*

| | | |
|---|---|---|
| 194 | 12 bottles | per lot $3500-5500 |

### Chateau Pichon Longueville
### Comtesse de Lalande 1983
*Pauillac, Deuxieme Cru Classe*
*bottom neck, two bin-soiled labels*
"Consistently one of the great wines of the 1983 vintage, as well as one of my personal favorites...it remains undeniably rich, seductive, and compelling. Deep dark ruby-colored, with a huge nose of Asian spices, blackcurrants, plums, and flowers, this super-concentrated, velvety-textured wine reveals gobs of rich, creamy fruit. It is Pauillac at its most decadent and seductive!...94." WA 8/93.

| | | |
|---|---|---|
| 195 | 6 bottles | per lot $600-900 |

### Chateau Pichon Longueville
### Comtesse de Lalande 1995
*Pauillac, Deuxieme Cru Classe*
"...the 1995 is a smoother, more immediately sexy and accessible wine. It is an exquisite example of Pichon-Lalande with the Merlot component giving the wine a coffee/chocolatey/cherry component to go along with the Cabernet Sauvignon's and Cabernet Franc's complex blackberry/cassis fruit..exquisite on the palate, this full-bodied, layered, multidimensional wine should prove to be one of the vintage's most extraordinary success stories...96." WA 2/98.

| | | |
|---|---|---|
| 196 | 6 bottles | per lot $480-650 |

### Chateau Pichon Longueville
### Comtesse de Lalande 1995
*Pauillac, Deuxieme Cru Classe*
*owc*
*Parcel: lots 197-199*

| | | |
|---|---|---|
| 197 | 12 bottles | per lot $950-1300 |
| 198 | 12 bottles | per lot $950-1300 |
| 199 | 12 bottles | per lot $950-1300 |

### Chateau Pichon Longueville
### Comtesse de Lalande 1996
*Pauillac, Deuxieme Cru Classe*
*owc*
"The 1996 Pichon-Lalande is just as awesome from bottle as it was from multiple cask tastings...deep and full-bodied, with fabulous concentration and a sweet, opulent texture...It possesses plenty of tannin, but the wine's overwhelming fruit richness dominates its personality...96." WA 4/99.

| | | |
|---|---|---|
| 200 | 12 bottles | per lot $950-1400 |

### Chateau Pichon Longueville
### Comtesse de Lalande 2000
*Pauillac, Deuxieme Cru Classe*
*owc*
*Parcel: lots 201-202*
"...a wine of extraordinary density, opulence, great presence, and richness. As the 2000 sits in the glass, notes of lavender and melted licorice emerge along with the distinctive tapenade aromas interwoven with creme de cassis, espresso roast, and cedar. The wine is full-bodied, with extraordinary purity and a tremendous texture....97." WA 4/03.

| | | |
|---|---|---|
| 201 | 12 bottles | per lot $1300-1900 |
| 202 | 12 bottles | per lot $1300-1900 |
| 203 | 6 magnums (1.5L) | per lot $1300-1900 |

### Chateau Pontet Canet 1995
*Pauillac, Cinquieme Cru Classe*
"This is the best Pontet-Canet I have ever tasted…
berry, raspberry and dark chocolate character. Full-
bodied and very fruity, with big, velvety tannins. A
glorious red, this goes on and on on the palate, dis-
playing wonderful structure and fruit…94." WS 1/98.

| | | |
|---|---|---|
| 204 | 6 bottles | per lot $200-350 |

### Chateau Pontet Canet 2000
*Pauillac, Cinquieme Cru Classe*
*owc*
*Parcel: lots 205-206*
"Extremely pretty aromas of mineral, blackberry and
raspberry. Full-bodied, with well-integrated tannins
and a medium finish. Well-crafted red. The best
Pontet-Canet ever…93." WS 3/03.

| | | |
|---|---|---|
| 205 | 12 bottles | per lot $450-700 |
| 206 | 12 bottles | per lot $450-700 |

### Chateau Quinault L'Enclos 1998
*St Emilion*
*owc*
"…reveals notes of plums, black raspberries, vanil-
lin, minerals, licorice and spice. Exceptionally rich
with an outstanding texture, this medium to full-
bodied wine possesses a distinctive, individualistic
style…94." WA 4/01.

| | | |
|---|---|---|
| 207 | 12 bottles | per lot $500-750 |

### Chateau Quinault L'Enclos 2000
*St Emilion*
*owc*
*Parcel: lots 208-209*
"…gorgeous concoction of crushed blackberries, blue-
berries, and black currants intermixed with violets,
licorice, and subtle smoky oak. It cuts a broad swath
across the palate with an expansive chewiness in
addition to terrific concentration, purity, and overall
equilibrium.…94." WA 4/03.

| | | |
|---|---|---|
| 208 | 12 bottles | per lot $400-600 |
| 209 | 12 bottles | per lot $400-600 |

### Chateau Rauzan Segla 2000
*Margaux, Deuxieme Cru Classe*
*owc*
"Tight and muscular, with a solid core of fruit and
racy tannins. Full-bodied, with chewy tannins, yet
silky and refined…95." WS 3/03.

| | | |
|---|---|---|
| 210 | 12 bottles | per lot $450-700 |

### Chateau Tertre Roteboeuf

### Chateau Tertre Roteboeuf 1990
*St Emilion*
*bottom neck or better*
*Parcel: lots 211-212*
"…has been so stunning the last several times I tast-
ed it, that it is inching its way up the scoring lad-
der. In fact, I am close to running out of points. The
sweet nose of coffee, jammy berry fruit, smoke, cara-
mel and spice soars from a glass of this marvelously
concentrated, viscous, layered, smooth wine…98."
WA 2/97.

| | | |
|---|---|---|
| 211 | 12 bottles. | per lot $2400-3600 |
| 212 | 12 bottles | per lot $2400-3600 |

### Chateau Tertre Roteboeuf 1998
*St Emilion*
*6-pack owc*
"An explosive, sensual, mind-boggling effort…this
wine's tell-tale melted chocolate, licorice, and cherry
jam-scented nose explodes upward from the glass.
The saturated plum/purple color is followed by fabu-
lous concentration, terrific extract, great purity and
ripeness, and a full-bodied, low acid, unctuously-tex-
tured finish." WA 4/99.

| | | |
|---|---|---|
| 213 | 6 bottles | per lot $600-900 |

### Chateau Tertre Roteboeuf 1998
*St Emilion*
*both lots: two 6-pack owc's*
*Parcel: lots 214-215*

| | | |
|---|---|---|
| 214 | 12 bottles | per lot $1200-1800 |
| 215 | 12 bottles | per lot $1200-1800 |

### Chateau Tertre Roteboeuf 2000
*St Emilion*
*owc*
"…deja vu of the 1990 Petrus at age two!…a sweet
nose of roasted espresso, mocha, chocolate, black
cherry jam, cassis, licorice, new saddle leather, and
toasty oak. This explosive, hedonistic concoction
is followed by a full-bodied wine with silky tannin,
a sumptuous, sweet, lavishly rich mid-palate and
texture, and a 45-second finish…This is a majestic
wine…98." WA 4/03

| | | |
|---|---|---|
| 216 | 12 bottles | per lot $1800-2600 |

**Chateau Troplong Mondot 1990**
*St Emilion, Grand Cru Classe*
*bottom neck or better, three torn capsules*
"…masses of fruit, extraction, and power…reveal chocolatey, blackcurrant, weedy tobacco-scented noses, and classic, full-bodied, powerful flavors… massive finishes that coat the mouth with extract, glycerin, and tannin…Owners of these wines should feel smug about their purchases…98." WA 2/97.

217    12 bottles                           per lot $1600-2400

**Chateau Troplong Mondot 1990**
*St Emilion, Grand Cru Classe*
*bottom neck or better*

218    12 bottles                           per lot $1600-2400

**Chateau Troplong Mondot 2000**
*St Emilion, Grand Cru Classe*
*owc*
*Parcel: lots 219-220*
"…the finest wine from Troplong Mondot since the staggeringly great 1990. Its saturated purple color is followed by aromas of ink, creme de cassis, graphite, and toasty oak. Full-bodied and powerful, with excellent balance, this is a wine of extraordinary richness and massiveness yet surreal freshness as well as vibrancy…95." WA 4/03.

219    12 bottles                           per lot $650-950
220    12 bottles                           per lot $650-950

**Chateau Trotanoy 1975**
*Pomerol*
*three very top shoulder, three just below top shoulder*
"…exhibiting fabulous mocha/toffee/jammy black-cherry aromas in a complex, sweet, fragrant bouquet. Full-bodied, splendidly concentrated, velvety-textured, with a firm finish, this is a weighty, rich, complex, great vintage for Trotanoy…95." WA 2/96.

221    6 bottles                            per lot $1500-2200

**Chateau Trotanoy 1998**
*Pomerol*
*two 6-pack owc's*
"Let me make it crystal clear - readers have to go back to 1961 to find a Trotanoy of such exhilarating power, richness, and potential complexity…a gorgeous nose of truffles, licorice, black currants, overripe cherries, cedar, and coffee." WA 4/99.

222    12 bottles                           per lot $2000-3000

**Chateau Trotanoy 1998**
*Pomerol*
*owc*

223    12 bottles                           per lot $2000-3000

**Chateau Trotanoy 2000**
*Pomerol*
*two 6-pack owc's*
"Aromas of barley, crushed berry and olives turn to flowers and blackberries. Full-bodied, with smooth and succulent tannins and a long berry and vanilla aftertaste. Fantastic. Lovely…93." WS 3/03.

224    12 bottles                           per lot $1200-1800

**Vieux Chateau Certan 1998**
*Pomerol*
*owc*
*Parcel: lots 225-226*
"A powerful, wonderfully toned red. Like a great javelin-thrower. Lovely mineral, berry and violet aromas with hints of new oak. Full-bodied, with big yet silky tannins and a long, long finish….95." WS 1/01.

225    12 bottles                           per lot $1200-1800
226    12 bottles                           per lot $1200-1800

**Vieux Chateau Certan 1998**
*Pomerol*

227    12 bottles                           per lot $1200-1800

**Vieux Chateau Certan 2000**
*Pomerol*
*owc*
*Parcel: lots 228-230*
"Dark and brooding, with chocolate, game and berry aromas. Full-bodied and very silky, with refined tannins and a long, lingering finish. Winemaker Alexandre Thienpont crafts his wine like a fine watchmaker. The 2000 is refined, yet rich…95." WS 3/03.

228    12 bottles                           per lot $900-1200
229    12 bottles                           per lot $900-1200
230    12 bottles                           per lot $900-1200

## A Fifty Case Collection of Finest 2000 Vintage Bordeaux, Including All Five First Growths

*all owc, all rated 90 points or above by Wine Advocate, average Wine Advocate score: 95 points*

    

"If you're asking whether the 2000 Bordeaux, now in bottle, live up to their reputation, and whether you should buy some, the answer is yes. A vintage such as 2000 in Bordeaux comes along once in a lifetime. Not only is the year an icon for a new millennium, it is a vintage that produced scores of outstanding wines in France's premium wine region. Nearly every Bordeaux winemaker made serious claret, from the grandest chateaus to the simplest vineyards. And consumers don't have to spend a fortune." WS 3/03.

| | |
|---|---|
| • **Chateau Haut Brion** <br> *Pessac Leognan, Premier Cru Classe* | (12) |
| • **Chateau Lafite Rothschild** <br> *Pauillac, Premier Cru Classe* | (12) |
| • **Chateau Latour** <br> *Pauillac, Premier Cru Classe* | (12) |
| • **Chateau Margaux** <br> *Margaux, Premier Cru Classe* | (12) |
| • **Chateau Mouton Rothschild** <br> *Pauillac, Premier Cru Classe* | (12) |
| • **Chateau Beausejour Duffau Lagarrosse** <br> *St Emilion, Premier Grand Cru Classe (b)* | (12) |
| • **Chateau Bellevue** <br> *St Emilion, Grand Cru Classe* | (12) |
| • **Chateau Branon** <br> *St Emilion* | (12) |
| • **Chateau Canon La Gaffeliere** <br> *St Emilion, Grand Cru Classe* | (12) |
| • **Chateau Certan de May** <br> *Pomerol* | (12) |
| • **Chateau Clinet** <br> *Pomerol* | (12) |
| • **Chateau Clos de l'Oratoire** <br> *St Emilion, Grand Cru Classe* | (12) |

| | |
|---|---|
| • **Clos L'Eglise** <br> *Pomerol* | (12) |
| • **Chateau Clos Dubreuil** <br> *St Emilion* | (12) |
| • **Chateau Croix de Labrie** <br> *St Emilion* | (12) |
| • **Chateau Ducru Beaucaillou** <br> *St Julien, Deuxieme Cru Classe* | (12) |
| • **Chateau Figeac** <br> *St Emilion, Premier Grand Cru Classe (b)* | (12) |
| • **Chateau Gracia** <br> *St Emilion, Grand Cru Classe* | (12) |
| • **Chateau Gruaud Larose** <br> *St Julien, Deuxieme Cru Classe* | (12) |
| • **Chateau Haut Bergey** <br> *Graves* | (12) |
| • **Chateau Hosanna** <br> *Pomerol* | (12) |
| • **Chateau L'Eglise Clinet** <br> *Pomerol* | (12) |
| • **Chateau L'Evangile** <br> *Pomerol* | (12) |
| • **Chateau La Conseillante** <br> *Pomerol* | (12) |
| • **Chateau La Gomerie** <br> *St Emilion* | (12) |

     

Zachys Wine Auctions tel 914 448 3026 • fax 914 206 4544 • auction@zachys.com

    

"The 2000 vintage has produced some of the most immense, black-colored, concentrated, powerful and tannic wines of the last thirty years. Moreover, the finest 2000s possess the most impressive length, structure, concentration and delineation that I have experienced in 23 years of tasting new Bordeaux vintages." Robert Parker, WA

| | |
|---|---|
| • **Chateau Le Bon Pasteur** (12)<br>*Pomerol* | • **Chateau Pape Clement** (12)<br>*Pessac Leognan, Cru Classe* |
| • **Chateau Le Moulin** (12)<br>*Pomerol* | • **Chateau Pavie** (12)<br>*St Emilion, Premier Grand Cru Classe (b)* |
| • **Le Plus de la Fleur de Bouard** (12)<br>*St George St Emilion* | • **Chateau Pavie Macquin** (12)<br>*St Emilion, Grand Cru Classe* |
| • **Chateau Leoville Barton** (12)<br>*St Julien, Deuxieme Cru Classe* | • **Chateau Peby Faugeres** (12)<br>*St Emilion* |
| • **Chateau Leoville Las Cases** (12)<br>*St Julien, Deuxieme Cru Classe* | • **Chateau Pichon Longueville Baron** (12)<br>*Pauillac, Deuxieme Cru Classe* |
| • **Chateau Leoville Poyferre** (12)<br>*St Julien, Deuxieme Cru Classe* | • **Chateau Pichon Longueville Comtesse de Lalande** (12)<br>*Pauillac, Deuxieme Cru Classe* |
| • **Chateau Les Carmes Haut Brion** (12)<br>*Graves* | • **Chateau Pontet Canet** (12)<br>*Pauillac, Cinquieme Cru Classe* |
| • **Chateau Lynch Bages** (12)<br>*Pauillac, Cinquieme Cru Classe* | • **Chateau Quinault L'Enclos** (12)<br>*St Emilion* |
| • **Chateau Lynsolence** (12)<br>*St Emilion* | • **Chateau Rauzan Segla** (12)<br>*Margaux, Deuxieme Cru Classe* |
| • **Chateau Marojallia** (12)<br>*Margaux* | • **Chateau Tertre Roteboeuf** (12)<br>*St Emilion* |
| • **Chateau Monbousquet** (12)<br>*St Emilion* | • **Chateau Troplong Mondot** (12)<br>*St Emilion, Grand Cru Classe* |
| • **Chateau Montrose** (12)<br>*St Estephe, Deuxieme Cru Classe* | • **Vieux Chateau Certan** (12)<br>*Pomerol* |
| • **Chateau Palmer** (12)<br>*Margaux, Troisieme Cru Classe* | 231  above 600 bottles    per lot $65,000-100,000 |

    

## BORDEAUX "SUPER EIGHT" 1962-2000:

**Ausone, Cheval Blanc, Haut Brion, Lafite Rothschild, Latour, Margaux, Mouton-Rothschild and Petrus**

Coming up now is one of the most amazing offerings of the super eight wines of Bordeaux I have ever seen. First we have over 130 lot sof these great wines from 1962 to 2000. After that we have nearly 100 lots from 1805 to 1961. 1805 to 1961 represents Bordeaux's rise to power. It is during this first period that world really woke up to the greatness of Bordeaux and more specifically of these eight Chateaux. At different times during this period each of these eight Chateaux was at the top its game and producing the best wine of the group. The fact that we can still offer wines from 200 years ago is an amazing testament to their wine making abilities.

1962 to 2000 represents, for these eight Chateaux, their consolidation of power. It is during this period that the whole world recognized these Chateaux as producing the top wines of the world. Demand for these wines dominates the high end of both the auction and the retail markets. The reason for this is simple: There is no other wine producing region in the world where year after year, there is so much top quality wine produced in any significant quantities. Wine lovers, who know they want the best, always know that they can turn to one of these super eight Chateaux and find what they are looking for. JZ

### Chateau Ausone

### Chateau Ausone 1964
*St Emilion*
*five into neck, one top shoulder*
232 6 bottles                        per lot $1200-1800

### Chateau Ausone 1999
*St Emilion, Premier Grand Cru Classe (a)*
"Full colour. Full, rich and concentrated on the nose. Just a bit solid. Splendid on the palate. Medium-full body. Rich and intense. Very good fruit. Slightly oaky. Very good grip. This has vigour, depth and class. Very fine…18.5." CC 4/03.
233 6 bottles                        per lot $700-1000

### Chateau Cheval Blanc

### Chateau Cheval Blanc 1982
*St Emilion, Premier Grand Cru Classe (a)*
*into neck, deteriorated label*
"A gorgeously sweet entry displays flavors of caramel, roasted coffee, jammy red and black fruits, coconut, and smoke. It is fat and full-bodied, with considerable tannin, structure, and muscle in the finish… it is also sexy, juicy, and formidably-structured…100." WA 12/95.
234 11 bottles                      per lot $7000-10,000

### Chateau Cheval Blanc 1982
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck*
235 1 magnum (1.5L)              per lot $1400-2000

### Chateau Cheval Blanc 1983
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck, six nicked labels*
"Bordeaux aficionados have known about this great wine for some time. The greatest Cheval-Blanc of the 80s for us. It's amazing, with great richness and harmony accompanied by masses of wonderfully complex flavors, including lead pencil, tobacco and fruit. Full-bodied and soft, with a very long finish…97." WS 10/94.
236 12 bottles                      per lot $2800-4000

### Chateau Cheval Blanc 1985
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck*
"Very concentrated and powerful. Deep ruby-purple, with vanilla, light coffee and ripe fruit aromas; full-bodied, with very rich, round yet full tannins. It has superbly rich fruit flavors with vanilla undertones and a long finish…98." WS 2/91.
237 7 bottles                        per lot $1600-2400

### Chateau Cheval Blanc 1990
*St Emilion, Premier Grand Cru Classe (a)*
*bottom neck, two bin-soiled labels*
"…full-bodied, rich, and concentrated, with layers of extract, and well-concealed tannin. I am increasingly convinced that this is the most profound Cheval Blanc since the legendary 1982…98." WA 2/97.
238 12 bottles                      per lot $6000-9000

**CHATEAU CHEVAL BLANC 1990**
*St Emilion, Premier Grand Cru Classe (a)*
*into neck, three lightly bin-soiled labels*

| 239 | 12 bottles | per lot $6000-9000 |

**CHATEAU CHEVAL BLANC 1995**
*St Emilion, Premier Grand Cru Classe (a)*
*owc*
"A beautiful Cheval-Blanc. Compacted and extremely fruity with gorgeous ripe fruit character. Highly perfumed with berry and floral aromas. Full-bodied, with velvety tannins and a lovely, fruity after-taste....94." WS 1/98.

| 240 | 12 bottles | per lot $1300-1800 |

**CHATEAU CHEVAL BLANC 1996**
*St Emilion, Premier Grand Cru Classe (a)*

| 241 | 5 bottles | per lot $500-750 |

**CHATEAU CHEVAL BLANC 1998**
*St Emilion, Premier Grand Cru Classe (a)*
*owc*
*Parcel: lots 242-243*
"Subtle, complex and refined, with aromas of cherry, licorice, mineral, berry and other sweet, ripe fruit. Full-bodied and compacted, with masses of fine, silky tannins. Long, long finish...98." WS 1/01.

| 242 | 12 bottles | per lot $2200-3500 |
| 243 | 12 bottles | per lot $2200-3500 |

**CHATEAU CHEVAL BLANC 1999**
*St Emilion, Premier Grand Cru Classe (a)*
*owc*
*Parcel: lots 244-246*
"Once past the blockbuster bouquet of menthol, leather, black fruits, licorice and mocha, the wine reveals medium body, extraordinary elegance, purity, and sweet, harmonious flavors with no hard edges. A seamless beauty of finesse, charm, and concentration...93." WA 4/02.

| 244 | 12 bottles | per lot $1200-1800 |
| 245 | 12 bottles | per lot $1200-1800 |
| 246 | 12 bottles | per lot $1200-1800 |

**CHATEAU HAUT BRION**

**CHATEAU HAUT BRION**
*Graves, Premier Cru Classe*
- **1975** (4)
  *one 1cm, one 1.5cm, two 2.5cm*
- **1975** magnum (1)
  *3.5cm*

| 247 | above 4 bottles &<br>1 magnum (1.5L) | per lot $900-1500 |

**CHATEAU HAUT BRION 1989**
*Pessac Leognan, Premier Cru Classe*
*1.5cm or better*
*Parcel: lots 248-249*
"The prodigious 1989 Haut Brion is one of the greatest First-Growths I have ever tasted... 100." WA 2/97.

| 248 | 12 bottles | per lot $6000-9000 |
| 249 | 12 bottles | per lot $6000-9000 |

**CHATEAU HAUT BRION 1989**
*Pessac Leognan, Premier Cru Classe*
*2.5cm or better*

| 250 | 12 bottles | per lot $6000-9000 |

**CHATEAU HAUT BRION 1989**
*Pessac Leognan, Premier Cru Classe*
*1cm*

| 251 | 2 magnums (1.5L) | per lot $2400-3500 |

**CHATEAU HAUT BRION 1990**
*Pessac Leognan, Premier Cru Classe*
*1cm or better, three lightly scuffed labels*
"...a decadently ripe wine... this superbly-concentrated, forward, awesomely-endowed wine...is an unheralded, underrated 1990 that deserves more attention...96." WA 2/97.

| 252 | 12 bottles | per lot $3000-4500 |

**CHATEAU HAUT BRION 1990**
*Pessac Leognan, Premier Cru Classe*
*six 1cm or better, six 1.5cm, one bin-soiled label, two scuffed labels, one torn label*

| 253 | 12 bottles | per lot $3000-4500 |

### Chateau Haut Brion 1995
*Pessac Leognan, Premier Cru Classe*
*Parcel: lots 254-256*
"This wine has been brilliant on every occasion I have tasted it... possesses a saturated ruby/purple color, as well as a beautiful, knock-out set of aromatics, consisting of black fruits, vanillin, spice, and wood-fire smoke. Multidimensional and rich, with layers of ripe fruit, and beautifully integrated tannin and acidity, this medium to full-bodied wine is a graceful, seamless, exceptional Haut-Brion...96." WA 2/98.

| 254 | 12 bottles | per lot $1800-2400 |
| 255 | 12 bottles | per lot $1800-2400 |
| 256 | 12 bottles | per lot $1800-2400 |
| 257 | 3 magnums (1.5L) | per lot $900-1200 |

### Chateau Haut Brion 1996
*Pessac Leognan, Premier Cru Classe*
"I thought it would be a slam dunk for the 1995 over the 1996, but it was much closer than I thought. The 1995 is more dominated by its fleshier Merlot component, and the 1996 is more aromatic as well as linear. Both are great wines, and I'm beginning to think that 1996 is as good as the 1995, something I never before felt...95." WA 11/03.

| 258 | 12 bottles | per lot $1300-1900 |
| 259 | 1 double magnum (3L) | per lot $500-800 |

### Chateau Haut Brion 1998
*Pessac Leognan, Premier Cru Classe*
"Rich and wonderful wine, classic, with loads of vanilla, raspberry and chocolate aromas. Full-bodied, with fine tannins and a long aftertaste of berry, grape and vanilla. Subtle, elegant and powerful, with great length...97." WS 1/01.

| 260 | 12 bottles | per lot $1800-2400 |

### Chateau Haut Brion 1998
*Pessac Leognan, Premier Cru Classe*
*owc*
*Parcel: lots 261-262*

| 261 | 12 bottles | per lot $1800-2400 |
| 262 | 12 bottles | per lot $1800-2400 |

### Chateau Haut Brion 1998
*Pessac Leognan, Premier Cru Classe*

| 263 | 1 magnum (1.5L) | per lot $300-450 |

### Chateau Haut Brion 1999
*Graves, Premier Cru Classe*
"Fullish colour. A nose of great distinction. Not a blockbuster but rich, concentrated, classy and very, very lovely fruit. This is substantiated on the palate. Fullish body. Very intense. Very poised, very long and of very high class...19.5." CC 4/03.

| 264 | 6 bottles | per lot $500-750 |

### Chateau Haut Brion 2000
*Pauillac, Premier Cru Classe*
*owc*
"A supremely elegant offering, its dense ruby/purple color, and burgeoning perfume of scorched earth, liquid minerals, plums, black currants, cherries, lead pencil, and subtle spicy oak are followed by a delicate yet powerfully flavorful, multi-layered, highly nuanced, and extraordinarily pure and seamless wine....98." WA 4/03.

| 265 | 12 bottles | per lot $3500-4800 |
| 266 | 6 magnums (1.5L) | per lot $3500-4800 |

### Chateau Lafite Rothschild

### Chateau Lafite Rothschild 1976
*Pauillac, Premier Cru Classe*
*bottom neck*

| 267 | 5 bottles | per lot $700-1000 |

### Chateau Lafite Rothschild 1982
*Pauillac, Premier Cru Classe*
*six bottom neck or better, six very top shoulder*
"Spectacular aromatics offer jammy cherry and black fruits intertwined with lead pencil, mineral, and smoky wood scents. Powerful for a Lafite, this wine unfolds to reveal extraordinary richness, purity, and overall symmetry in addition to stunning flavor depth and persistence. The finish lasts for nearly a minute. The modern day equivalent of Lafite-Rothschild's immortal 1959...100." WA 6/00.

| 268 | 12 bottles | per lot $7500-11,000 |

### Chateau Lafite Rothschild 1982
*Pauillac, Premier Cru Classe*

| 269 | 3 magnums (1.5L) | per lot $3800-5500 |

### Chateau Lafite Rothschild 1986
*Pauillac, Premier Cru Classe*
*bottom neck or better*
*Parcel: lots 270-271*
"The 1986 possesses outstanding richness, a deep color, medium body, a graceful, harmonious texture, and superb length...powerful, dense, rich, and tannic, as well as medium to full-bodied, with awesome extraction of fruit, this Lafite has immense potential...100." WA 10/94.

| | | |
|---|---|---|
| 270 | 12 bottles | per lot $3800-6000 |
| 271 | 12 bottles | per lot $3800-6000 |
| 272 | 2 magnums (1.5L) | per lot $1200-1800 |

### Chateau Lafite Rothschild 1995
*Pauillac, Premier Cru Classe*
*owc*
"Here's the best Lafite in ages. It's a polished Bordeaux, extremely sophisticated and harmonious, with blackberry, dark chocolate and olive aromas. Full-bodied and very silky, with a lovely fruity chocolate aftertaste...97." WS 1/98.

| | | |
|---|---|---|
| 273 | 12 bottles | per lot $1800-2400 |

### Chateau Lafite Rothschild 1995
*Pauillac, Premier Cru Classe*

| | | |
|---|---|---|
| 274 | 12 bottles | per lot $1800-2400 |

### Chateau Lafite Rothschild 1996
*Pauillac, Premier Cru Classe*
*owc*
"This massive wine may be the biggest, largest-scaled Lafite I have ever tasted...extremely powerful and full-bodied, with remarkable complexity for such a young wine, this huge Lafite is oozing with extract and richness, yet has managed to preserve its quintessentially elegant personality...100." WA 4/99.

| | | |
|---|---|---|
| 275 | 12 bottles | per lot $3000-4500 |

### Chateau Lafite Rothschild 1996
*Pauillac, Premier Cru Classe*
*Parcel: 276-277*

| | | |
|---|---|---|
| 276 | 12 bottles | per lot $3000-4500 |
| 277 | 12 bottles | per lot $3000-4500 |

### Chateau Lafite Rothschild 1996
*Pauillac, Premier Cru Classe*
*owc*

| | | |
|---|---|---|
| 278 | 6 magnums (1.5L) | per lot $3000-4500 |

### Chateau Lafite Rothschild 1998
*Pauillac, Premier Cru Classe*
"...it has been spectacular since birth, putting on more weight and flesh over the last year. This opaque purple,-colored 1998 is close to perfection... the wine is elegant yet profoundly rich, revealing the essence of Lafite's character...98." WA 4/01.

| | | |
|---|---|---|
| 279 | 12 bottles | per lot $1700-2400 |

### Chateau Lafite Rothschild 1998
*Pauillac, Premier Cru Classe*
*owc*
*Parcel: lots 280-281*

| | | |
|---|---|---|
| 280 | 12 bottles | per lot $1700-2400 |
| 281 | 12 bottles | per lot $1700-2400 |

### Chateau Lafite Rothschild 1998
*Pauillac, Premier Cru Classe*
*into neck*

| | | |
|---|---|---|
| 282 | 1 magnum (1.5L) | per lot $320-500 |

### Chateau Lafite Rothschild 1999
*Pauillac, Premier Cru Classe*
*owc*
"Complex aromas of blackberries, tobacco, spices and black licorice are alluring in this full-bodied claret, with a solid core of fruit and silky tannins. Long, caressing finish. Superfine, well-structured. Wine of the vintage...95." WS 3/02.

| | | |
|---|---|---|
| 283 | 12 bottles | per lot $1300-1800 |

### Chateau Lafite Rothschild 2000
*Pauillac, Premier Cru Classe*
*owc*
"...remarkably light on its feet, but somehow seems to pack intense flavors into layer upon layer of fruit and richness that cascade over the palate. A compelling wine, with extraordinary precision, great intensity, and a seamlessness in spite of what are obviously elevated levels of tannin...the finish lasted a whopping 72 seconds! This is utterly fascinating stuff...100." WA 4/03.

| | | |
|---|---|---|
| 284 | 6 magnums (1.5L) | per lot $4200-6000 |

### Chateau Latour

### Chateau Latour 1966
*Pauillac, Premier Cru Classe*
*bottom neck, nicked label, foil cut to reveal fully branded cork*
"The wine of the vintage, the 1966 Latour is a classic, old style Bordeaux that has required decades to become drinkable. A dark, opaque garnet color is followed by a fabulous nose of cedar, sweet leather, black fruits, prunes and roasted walnuts, refreshing underlying acidity, sweet but noticeable tannin, and a spicy finish...96." WA 6/oo.

| 285 | 1 magnum (1.5L) | per lot $800-1200 |

### Chateau Latour 1966
*Pauillac, Premier Cru Classe*
*bottom neck*

| 286 | 3 magnums (1.5L) | per lot $2400-3800 |

### Chateau Latour 1966
*Pauillac, Premier Cru Classe*
*one into neck, two very top shoulder*

| 287 | 3 magnums (1.5L) | per lot $2400-3800 |

### Chateau Latour 1970
*Pauillac, Premier Cru Classe*
*seven bottom neck, five very top shoulder, five bin-soiled labels, two nicked labels*
*Parcel: lots 288-289*
"...a huge, emerging nose of black fruits, truffles, walnuts, and subtle tobacco/Graves-like scents. Full-bodied, fabulously concentrated and intense, with a sweet inner-core of fruit... enormously endowed, massive Latour should hits its prime by the end of the century and last for 2-3 decades thereafter. This is will be the longest-lived and potentially most classic wine of the vintage. Cream always comes to the top...98." WA 6/96.

| 288 | 12 bottles | per lot $3500-5500 |
| 289 | 12 bottles | per lot $3500-5500 |

### Chateau Latour 1970
*Pauillac, Premier Cru Classe*
*one bottom neck, two very top shoulder, seven top shoulder, two upper shoulder, six bin-soiled labels, two nicked labels, one wine-stained label*

| 290 | 12 bottles | per lot $3500-5500 |

### Chateau Latour 1970
*Pauillac, Premier Cru Classe*
*bottom neck*

| 291 | 3 magnums (1.5L) | per lot $2400-3800 |

### Chateau Latour 1970
*Pauillac, Premier Cru Classe*
*upper shoulder*

| 292 | 3 magnums (1.5L) | per lot $2400-3800 |

### Chateau Latour 1982
*Pauillac, Premier Cru Classe*
*bottom neck, one nicked capsule*
"Sweet, smoky, roasted aromas in the nose combine with jammy levels of black currant, cherry, and prune-like fruit. It possesses extraordinary concentration and unctuosity, with a thick, fat texture oozing notes of cedar wood, tobacco, coffee, and over-ripe fruit.... The finish lasts forever. The only Latour that remotely resembles the 1982 is the 1961, which has a similar texture and succulence...100." WA 6/oo.

| 293 | 12 bottles | per lot $8000-12,000 |

### Chateau Latour 1990
*Pauillac, Premier Cru Classe*
*bottom neck*
"Just as it should be. A perfect wine; full-bodied, with tons of ripe fruit flavors and round tannins. Truly impressive—like one of the old greats of Bordeaux...100." WS 9/96.

| 294 | 12 bottles | per lot $5000-8000 |

### Chateau Latour 1990
*Pauillac, Premier Cru Classe*
*bottom neck, one wine-stained label*

| 295 | 12 bottles | per lot $5000-8000 |

### Chateau Latour 1990
*Pauillac, Premier Cru Classe*
*into neck*

| 296 | 2 magnums (1.5L) | per lot $1700-2600 |

### Chateau Latour 1995
*Pauillac, Premier Cru Classe*
"Exceptionally full-bodied, with exhilarating levels of glycerin, richness, and personality...gargantuan proportions of fruit. It is a fabulous Latour...96." WA 6/oo.

| 297 | 12 bottles | per lot $2200-3200 |

**CHATEAU LATOUR 1995**
*Pauillac, Premier Cru Classe*
*owc*
*Parcel: lots 298-299*
*Parcel: lots 300-301*

| | | |
|---|---|---|
| 298 | 12 bottles | per lot $2200-3200 |
| 299 | 12 bottles | per lot $2200-3200 |
| 300 | 6 magnums (1.5L) | per lot $2200-3000 |
| 301 | 6 magnums (1.5L) | per lot $2200-3000 |

**CHATEAU LATOUR 1996**
*Pauillac, Premier Cru Classe*
*owc*
"An opaque purple color is followed by phenomenally sweet, pure aromas of cassis infused with subtle minerals. This massive offering possesses unreal levels of extract, full body, intensely ripe, but abundant tannin, and a finish that lasts for nearly a minute...99." WA 6/00.

| | | |
|---|---|---|
| 302 | 12 bottles | per lot $2800-4000 |

**CHATEAU LATOUR 1996**
*Pauillac, Premier Cru Classe*
*Parcel: lots 303-304*

| | | |
|---|---|---|
| 303 | 12 bottles | per lot $2800-4000 |
| 304 | 12 bottles | per lot $2800-4000 |

**CHATEAU LATOUR 1996**
*Pauillac, Premier Cru Classe*

| | | |
|---|---|---|
| 305 | 3 magnums (1.5L) | per lot $1400-2000 |

**CHATEAU LATOUR 1998**
*Pauillac, Premier Cru Classe*
*owc*

| | | |
|---|---|---|
| 306 | 12 bottles | per lot $1200-1800 |

**CHATEAU LATOUR 1999**
*Pauillac, Premier Cru Classe*
*owc*
"Readers looking for a modern day version of Latour's magnificent 1962 or 1971 should check out the sensational 1999 Latour. A big, concentrated offering, it exhibits a dense ruby/purple color, and a classic nose of minerals, black currants, leather, and vanilla. Long, ripe, and medium-bodied, with high levels of sweet tannin...94." WA 4/02.

| | | |
|---|---|---|
| 307 | 12 bottles | per lot $1200-1800 |

**CHATEAU LATOUR 2000**
*Pauillac, Premier Cru Classe*
*owc*
"Some said that Latour could never top its modern classic, the 1990, but director Frédéric Engerer and his team at this famous first-growth have equaled it with the 2000. It's a young wine that electrifies every taste bud in your mouth. Compact aromas of crushed currants and minerals, with roses and lilacs, it is full-bodied, with masses of silky, refined tannins and a finish that lasts for minutes...100." WS 1/03.

| | | |
|---|---|---|
| 308 | 12 bottles | per lot $4800-7000 |

**CHATEAU LATOUR 2000**
*Pauillac, Premier Cru Classe*

| | | |
|---|---|---|
| 309 | 6 magnums (1.5L) | per lot $4800-7000 |

**CHATEAU MARGAUX**

**CHATEAU MARGAUX 1966**
*Margaux, Premier Cru Classe*
*into neck, Nicolas Selection*

| | | |
|---|---|---|
| 310 | 3 magnums (1.5L) | per lot $1200-1800 |

**CHATEAU MARGAUX 1982**
*Margaux, Premier Cru Classe*
*bottom neck or better*
"The opaque purple/garnet color is followed by an intense, sweet nose of truffles, cassis, smoke, flowers, and toasty oak. Full bodied, with impressive levels of glycerin, extract, and tannin... offers a huge, massive mouthful of thick, suculent wine... 98+." WA 9/95.

| | | |
|---|---|---|
| 311 | 6 bottles | per lot $2400-3500 |

**CHATEAU MARGAUX 1983**
*Margaux, Premier Cru Classe*
*bottom neck or better, one nicked label*
"The 1983 Margaux is a breathtaking wine. The Cabernet Sauvignon grapes achieved perfect maturity in 1983, and the result is an astonishingly rich, concentrated, atypically powerful and tannic Margaux...96." WA 10/94.

| | | |
|---|---|---|
| 312 | 6 bottles | per lot $1600-2600 |

**CHATEAU MARGAUX 1983**
*Margaux, Premier Cru Classe*
*eight bottom neck or better, four very top shoulder*

| | | |
|---|---|---|
| 313 | 12 bottles | per lot $3200-5000 |

### Chateau Margaux 1986
*Margaux, Premier Cru Classe*
*into neck, lightly bin-soiled label*
"…aromas of smoky, toasty new oak and black-currants, as well as a few flowers. The wine is mammoth, with extraordinary extract, superb balance, and a frightfully tannic finish. A Margaux of immense stature…96." WA 10/94.

314    1 magnum (1.5L)                per lot $550-800

### Chateau Margaux 1990
*Margaux, Premier Cru Classe*
*bottom neck or better*
*Parcel: lots 315-316*
"…the quintessential example of this chateau. In addition to being profoundly concentrated, its ethereal bouquet of sweet black fruits, cedar, spices, flowers, smoke, and vanilla is remarkably well-formed and intense. In the mouth, there is not a hard edge to this classic wine, which is super-concentrated, soft, silky-textured, and opulent…100." WA 11/96.

315    12 bottles                per lot $5000-7500
316    12 bottles                per lot $5000-7500

### Chateau Margaux 1995
*Margaux, Premier Cru Classe*
*Parcel: lots 317-318*
"Wine of the vintage and the greatest Château Margaux ever produced. A stunning red. The essence of raspberry, violet and berry, with hints of vanilla and toasted oak. Full-bodied and thick, yet racy, with masses of tannins and a harmonious structure. Long, long finish…100." WS 1/98.

317    12 bottles                per lot $2800-4000
318    12 bottles                per lot $2800-4000

### Chateau Margaux 1995
*Margaux, Premier Cru Classe*
*owc*

319    6 magnums (1.5L)                per lot $2800-4000

320    No Lot

### Chateau Margaux 1996
*Margaux, Premier Cru Classe*
*Parcel: lots 321-322*

321    12 bottles                per lot $2800-4000
322    12 bottles                per lot $2800-4000
323    6 magnums (1.5L)                per lot $2800-4000

### Chateau Margaux 1998
*Margaux, Premier Cru Classe*
*owc*
"Gorgeous aromas of berry, currant and exotic spices, especially cinnamon. Medium- to full-bodied, with layers of silky tannins and ripe berry and raspberry on the palate. An outstanding Margaux." WS 1/01.

324    12 bottles                per lot $1100-1600

### Chateau Margaux 2000
*Margaux, Premier Cru Classe*
*owc*
"This may turn out even better than the 1995, due to the 2000's layers of fine tannins and fruit, but I can't give more than 100 points. It's muscular, yet classy. Breathtaking aromas of black licorice, violets, berry and cherry, with light hints of spices and minerals. It's all there in the nose. Full-bodied, with an ultrafine tannin structure and a finish that goes on for minutes…100." WS 4/03.

325    12 bottles                per lot $4800-7000

### Chateau Margaux 2000
*Margaux, Premier Cru Classe*

326    6 magnums (1.5L)                per lot $4800-7000

### Chateau Mouton Rothschild

### Chateau Mouton Rothschild 1982
*Pauillac, Premier Cru Classe*
*ten bottom neck, two very top shoulder*
*Parcel: lots 327-328*
"…a level of concentration that represents the essence of the Mouton terroir as well as the high percentage of Cabernet Sauvignon it contains… exhibits huge tannin, unreal levels of glycerin and concentration, and spectacular sweetness and opulence…I have always felt the 1982 was perfect, yet this immortal effort might be capable of lasting for 100 years!…100." WA 12/95.

327    12 bottles                per lot $7000-11,000
328    12 bottles                per lot $7000-11,000

### Chateau Mouton Rothschild 1982
*Pauillac, Premier Cru Classe*
*one bottom neck, seven very top shoulder, four top shoulder, two bin-soiled labels, one wine-stained label*

329    12 bottles                per lot $7000-11,000

**CHATEAU MOUTON ROTHSCHILD 1982**
*Pauillac, Premier Cru Classe*
*bottom neck or better, two stained labels, one wine-*
*stained label, one sign of seepage*
330  6 magnums (1.5L)          per lot $7500-12,000

**CHATEAU MOUTON ROTHSCHILD 1986**
*Pauillac, Premier Cru Classe*
*eleven bottom neck or better, one very top shoulder, two*
*bin-soiled labels*
"An enormously concentrated, massive Mouton-
Rothschild, comparable in quality, but not style, to
the 1982, 1959, and 1945, this impeccably made wine
is still in its infancy…it has the potential to last for
50-100 years!…100." WA 8/96.
331  12 bottles          per lot $3800-5500

**CHATEAU MOUTON ROTHSCHILD 1986**
*Pauillac, Premier Cru Classe*
*bottom neck, five wine-stained labels*
332  12 bottles          per lot $3800-5500

**CHATEAU MOUTON ROTHSCHILD 1995**
*Pauillac, Premier Cru Classe*
*owc*
"This classic wine is only showing a portion of what
it's got to offer, but it's excellent even so. Inky in
color, with masses of berry, violet, mint, mineral and
cherry character, and full in body, with tons of vel-
vety tannins and a moderate finish…96." WS 1/98.
333  12 bottles          per lot $1600-2200

**CHATEAU MOUTON ROTHSCHILD 1995**
*Pauillac, Premier Cru Classe*
*Parcel: lots 334-335*
334  12 bottles          per lot $1600-2200
335  12 bottles          per lot $1600-2200

**CHATEAU MOUTON ROTHSCHILD 1996**
*Pauillac, Premier Cru Classe*
"Gorgeous aromas of spices, berries, chocolate and
raspberries introduce this pedigreed bottling. A glori-
ous young wine that gets better and better as you
taste it, it's full-bodied and incredibly silky, with
super-integrated tannins and a long, long after-
taste….94." WS 1/99.
336  12 bottles          per lot $1600-2200

**CHATEAU MOUTON ROTHSCHILD 1996**
*Pauillac, Premier Cru Classe*
*four water-stained labels*
337  12 bottles          per lot $1600-2200

**CHATEAU MOUTON ROTHSCHILD 1996**
*Pauillac*
*into neck, one wine-stained label*
338  3 magnums (1.5L)          per lot $900-1500

**CHATEAU MOUTON ROTHSCHILD 1998**
*Pauillac, Premier Cru Classe*
*owc*
*Parcel: lots 339-341*
"…an extremely powerful, super-concentrated wine
offering notes of roasted espresso, creme de cassis,
smoke, new saddle leather, graphite, and licorice.
It is massive, with awesome concentration, mouth-
searing tannin levels, and a saturated flavor profile
that grips the mouth with considerable inten-
sity…96." WA 4/01.
339  12 bottles          per lot $1200-1800
340  12 bottles          per lot $1200-1800
341  12 bottles          per lot $1200-1800

**CHATEAU MOUTON ROTHSCHILD 1998**
*Pauillac, Premier Cru Classe*
342  2 magnums (1.5L)          per lot $400-600

**CHATEAU MOUTON ROTHSCHILD 1999**
*Pauillac, Premier Cru Classe*
*owc*
"…sumptuous aromas of cedar wood, 'creme de
cassis', wood smoke, coffee, and dried herbs.
Forward, lush, and full-bodied, it is already complex
as well as succulent, fleshy, and long…93." WA 4/02.
343  12 bottles          per lot $1100-1600

**CHATEAU MOUTON ROTHSCHILD 2000**
*Pauillac, Premier Cru Classe*
*owc*
"…aromas of toast, coffee, licorice, creme de cassis,
and roasted nuts. Dense, chewy, and backward, with
tremendous purity and density in addition to obvi-
ous toasty oak, it is full-bodied, powerful, tannic,
and backward…This blockbuster will be exceptionally
long-lived…97." WA 4/03.
344  12 bottles          per lot $3800-5500
345  6 magnums (1.5L)          per lot $3800-5500

**Chateau Petrus**

**Chateau Petrus 1964**
*Pomerol*
*top shoulder*
"… offers a huge, smoky, roasted bouquet of jammy fruit, coffee, and mocha. This huge, massively-endowed wine is packed with alcohol, glycerin, and high tannin. There is stupendous extraction of fruit and amazing length…97." WA 10/94.

346   1 bottle                          per lot $1000-1600

**Chateau Petrus 1970**
*Pomerol*
*one top shoulder, one very top shoulder, one water-stained label*
"…has blossomed into a true blockbuster. This massive, highly-extracted, full-bodied, jammy, thick, unctuously-textured wine possesses a huge, spice, tobacco, black cherry, mocha-scented nose…owners of this wine have a true nectar in their cellars…98." WA 6/96.

347   2 bottles                         per lot $1800-2800

**Chateau Petrus 1971**
*Pomerol*
*one bottom neck, one very top shoulder*
347A  2 bottles                        per lot $1800-2800

**Chateau Petrus 1983**
*Pomerol*
*bottom neck*
348   1 bottle                          per lot $400-700

**Chateau Petrus 1985**
*Pomerol*
*into neck, owc*
"…ripe, rich, mulberry sort of fruit. At ten years of age, alongside the other first growths, positively opulent, fantastically full of fruit, concentrated, mouthfilling. …Petrus, the slightly better palate. Most recently, at 15 years of age, now mature looking, rich, complete…★★★★★." MB 4/00.

349   12 bottles                       per lot $7500-12,000

**Chateau Petrus 1989**
*Pomerol*
*into neck, two bin-soiled labels*
"…enormously jammy, rich, super-concentrated wines that signal a return to the great Petrus of the pre-1976 era. The tannin is well-integrated, but the enormous texture, thickness and impeccable balance are what make these wines so provocative…phenomenally rich and well-endowed…100." WA 2/97.

350   6 bottles                        per lot $8500-12,000

**Chateau Petrus 1989**
*Pomerol*
*into neck*
*Parcel: lots 351-352*
351   1 magnum (1.5L)                  per lot $3500-5000
352   1 magnum (1.5L)                  per lot $3500-5000

**Chateau Petrus 1990**
*Pomerol*
*into neck, one nicked label*
"Massively rich and full-bodied, with slightly lower acidity and sweeter tannin than its older sibling, the 1989, the 1990 is an extraordinarily rich, seamless wine with layers of flavor… Although it is remarkably accessible because of its voluptuous texture, this wine has not begun to develop secondary nuances…100." WA 11/97.

353   6 bottles                        per lot $8500-12,000

**Chateau Petrus 1995**
*Pomerol*
"…a knock-out nose of pain grille, jammy black fruits, and roasted coffee. On the palate, it possesses teeth-staining extract levels, massive body, and rich, sweet black fruits buttressed by powerful, noticeable tannin…96." WA 2/98.

354   12 bottles                       per lot $7500-12,000

**Chateau Petrus 1996**
*Pomerol*
*one nicked label*
355   2 bottles                        per lot $800-1200

Zachys Wine Auctions tel 914 448 3026 • fax 914 206 4544 • auction@zachys.com



Lots 357 and 358

**18TH & 19TH CENTURY FINE AND RARE BORDEAUX:**

The following is a very deep incredible collection of pre-1962 vintages from all major producers, including many great vintages: Legendary 1870 Lafite, 1864 and 1865 Lafite and Latour, 1945 Mouton, 1947 Lafleur, 1961 Latour a Pomerol, 1921 L'Eglise Clinet, and glorious 1961 Petrus.

Tasting great wines from the 19th century is something that I have only done a few times in my life but I treasure every experience I have had. To drink a wine that is 150 or 200 years old that is not just alive but still has good fruit and complexity, great power and depth and great length is a testament to the power of these Chateaux.  Is it worth the effort? Asbolutely! Wines from the 18th and 19th centuries in such good condition rarely appear in auction anymore. JZ

**BORDEAUX BIG EIGHT 1805-1961:**

**Ausone, Cheval Blanc, Haut Brion,**

**Lafite Rothschild, Latour, Margaux,**

**Mouton Rothschild and Petrus**

### Chateau Ausone



### Chateau Ausone 1928
*St Emilion, Premier Grand Cru Classe (a)*
*re-corked in 1994*
"…a lovely colour…bouquet that reminds me of dried leaves, fragrant in its way; and on the palate surprisingly full and rich, with good length and acidity. Last noted in San Juan, Puerto Rico, November 1988…★★★." MB

356    1 bottle                    per lot $1000-1600

### Chateau Cheval Blanc



### Chateau Cheval Blanc 1921
*St Emilion, Premier Grand Cru Classe (a)*
*top shoulder, nicked and scuffed label, capsule cut to reveal fully branded cork*
*Parcel: lots 357-359*
"The wine that has always enjoyed the greatest reputation of the vintage is Cheval Blanc's 1921…at this tasting, the wine was unreal… Thick, unctuously-textured, with oodles of fruit, this huge, massive, full-bodied wine must have possessed 14% alcohol. It could easily have been mistaken for the 1947 or 1949. One of the unmistakable impressions left by the entire Rodenstock tasting (every series was served blind) was how frequently the less-renowned Pomerols and, to a lesser extent, St.-Emilions triumphed over their more renowned and aristocratic brethren from the Medoc and Graves. In the flight of 1921s, the right bank wines were examples of profoundly concentrated, extraordinary Bordeaux…98." WA 2/96

| 357 | 1 magnum (1.5L) | per lot $7000-11,000 |
|-----|------------------|----------------------|
| 358 | 1 magnum (1.5L) | per lot $7000-11,000 |
| 359 | 1 magnum (1.5L) | per lot $7000-11,000 |

### Chateau Cheval Blanc 1928
*St Emilion, Premier Grand Cru Classe (a)*
*one top shoulder, one just below top shoulder, one upper shoulder, two bin-soiled labels, two nicked labels*
"…still deep; gnarled oak nose; sweet entry, unusual softness for a '28 and nice flesh." MB 1985.

360    3 bottles                    per lot $4500-7000



**Lot 364**

*Michael Broadbent on the 1947 Bordeaux vintage:* "*The second of the three great post-war vintages. An increasingly hot summer followed by harvesting in almost tropical conditions. The grapes had an exceptionally high sugar content but the heat caused serious fermentation problems, resulting in quite a few wines suffering from high volatile acidity. On the whole, exceptionally rich almost voluptuous wines, though some living dangerously…* ★★★★★"

### Chateau Cheval Blanc 1947
*St Emilion, Premier Grand Cru Classe (a)*
*just below top shoulder, bin-soiled and nicked label, foil cut to reveal fully branded cork*
"A consistent 100-point performer, the 1947 Cheval Blanc is considered the crown jewel in any millionaire collector's cellar. I have always been overwhelmed by its almost port-like viscosity and unreal richness…100." WA 12/93.

361    1 bottle                          per lot $3500-5500

### Chateau Cheval Blanc 1947
*St Emilion, Premier Grand Cru Classe (a)*
*just below top shoulder, scuffed and nicked label, top of foil torn revealing remnants of branding, slightly depressed cork*

362    1 bottle                          per lot $3500-5500

### Chateau Cheval Blanc 1947
*St Emilion, Premier Grand Cru Classe (a)*
*upper shoulder, lightly bin-soiled label, capsule cut to reveal branded cork, Nicolas Selection*

363    1 bottle                          per lot $3500-5500

### Chateau Cheval Blanc 1947
*St Emilion, Premier Grand Cru Classe (a)*
*very top shoulder, capsule cut to reveal fully branded cork, reconditioned at the Chateau in 1995, Nicolas Selection*

364    1 magnum (1.5L)              per lot $10,000-16,000

### Chateau Cheval Blanc 1947
*St Emilion, Premier Grand Cru Classe (a)*
*very top shoulder, bin-soiled label, capsule cut to reveal fully branded cork, reconditioned at the Chateau in 1995, Nicolas Selection*

365    1 magnum (1.5L)              per lot $10,000-16,000

### Chateau Cheval Blanc 1947
*St Emilion, Premier Grand Cru Classe (a)*
*top shoulder, capsule cut to reveal fully branded cork*

366    1 magnum (1.5L)              per lot $10,000-16,000

### Chateau Cheval Blanc 1949
*St Emilion, Premier Grand Cru Classe (a)*
*one bottom neck, one very top shoulder, four top shoulder, five bin-soiled labels, three nicked labels*
"Another wonderful wine which along with the Ch. Mouton-Rothschild and Ch. Margaux, having the most perfect expression of the vintage… Last noted…★★★★★." MB 2/98.

367    6 bottles                        per lot $7000-12,000

### Chateau Cheval Blanc 1949
*St Emilion, Premier Grand Cru Classe (a)*
*one bottom neck, two very top shoulder, three upper shoulder, bin-soiled labels, two torn labels, signs on seepage*

368    6 bottles                        per lot $7000-12,000

**CHATEAU CHEVAL BLANC 1950**
*St Emilion, Premier Grand Cru Classe (a)*
*upper shoulder, two water-stained labels, one bin-soiled label, fully branded crok visible*
"Perhaps the most memorable bottle from any of the many Zachys-Christie's BYOB dinners. The color was still rich, almost bright, with a dense fragrant nose yeilding spice and flower petals. Soft and elegant, the mouthful was delightfully balanced with flavors marvellously integrated. I've dreamed of it since." UH

369    3 bottles                          per lot $3000-4800

**CHATEAU CHEVAL BLANC 1950**
*St Emilion, Premier Grand Cru Classe (a)*
*upper-mid shoulder, stained label, capsule cut to reveal fully stamped cork*

370    1 magnum (1.5L)                  per lot $1500-2600

**CHATEAU HAUT BRION**



**CHATEAU HAUT BRION 1945**
*Graves, Premier Cru Classe*
*top shoulder or better, bin-soiled labels*
*Parcel: lots 371-372*
"One of Haut-Brion's best vintages ever...The bouquet variously described as gentle and fragrant, sweet, vanilla and chocolate, warm, spicy, complete-and always remarkably good. Pretty full bodied, yet velvety, with loads of sweetening and enriching alcohol, its tannin masked by richness and extract. Great length, wonderful aftertaste...★★★★★." MB

371    3 bottles                          per lot $6000-10,000
372    3 bottles                          per lot $6000-10,000

**CHATEAU HAUT BRION 1955**
*Graves, Premier Cru Classe*
*four into neck, two top shoulder, bin-soiled labels, three nicked labels, one corroded capsule, one foil cut to reveal fully branded cork*
"...huge, fragrant bouquet of walnuts, tobacco, wet stones, and smoky, cassis-like fruit...rich, concentrated wine exhibits no hard edges...97." WA 10/94.

373    6 bottles                          per lot $4000-6000

**CHATEAU HAUT BRION 1955**
*Graves, Premier Cru Classe*
*two very top shoulder, four top shoulder, bin-soiled labels, four nicked labels, one foil cut to reveal fully branded cork, two bottles rebouche au Chateau in 1991*

374    6 bottles                          per lot $4000-6000

**CHATEAU HAUT BRION 1959**
*Graves, Premier Cru Classe*
*two 4cm, one 4.5cm, bin-soiled labels, one scuffed label, one foil cut to reveal fully stamped cork*
"Very tightly knit, with layer upon layer of rich fruit, yet showing great class. Medium-deep ruby-garnet, with tobacco, earth, meat and coffee aromas. Full-bodied, with cascading fruit flavors backed up by a hard backbone. Wonderful...98." WS 10/90.

375    3 bottles                          per lot $3500-4800

**CHATEAU HAUT BRION 1959**
*Graves, Premier Cru Classe*
*6.5cm, capsule cut to verify vintage*

376    1 magnum (1.5L)                  per lot $3200-5000

**CHATEAU HAUT BRION 1961**
*Graves, Premier Cru Classe*
*two 3.5cm, three 4cm, one 4.5cm, three bin-soiled labels, one sign of old seepage*
"The 1961 Haut-Brion was pure perfection, with gloriously intense aromas of tobacco, cedar, minerals, and sweet red and black fruits complemented by smoky wood. This has always been a prodigious effort (it was the debut vintage for Jean Delmas). The notes for this wine are taken from the description of Series IV - Flight D of the 1995 tasting conducted in Munich by Helga and Hardy Rodenstock...100." WA 2/96.

377    6 bottles                          per lot $6500-9500

**CHATEAU HAUT BRION 1961**
*Graves, Premier Cru Classe*
*three 3.5cm, one 4cm, one 4.5cm, one 5.5cm, three nicked labels, two foils cut to reveal fully branded corks*

378    6 bottles                          per lot $6500-9500



Lots 379-381

### Chateau Lafite Rothschild

These next 13 lots of Lafite are some of the few bottles left of these amazing wines. They are all from great vintages of the 19th century, representing a piece of history that will soon be impossible to recreate. JZ



### Chateau Lafite Rothschild 1805
*Pauillac, Premier Cru Classe*
*very top shoulder, bin-soiled and nicked label, appears recorked and reconditioned at the Chateau, Chateau stamping on cork visible below modern foil, period strait-ed light green blown bottle*

379    1 bottle                    per lot $12,000-20,000

### Chateau Lafite 1811
*Pauillac, Premier Cru Classe*
*top shoulder, capsule cut to reveal fully branded cork, recorked at the Chateau in 1986*
"1811, the famous "Comet Vintage," was celebrated for producing top quality wines throughout Europe. I was fortunate enough to taste an 1811 Lafitte, Bordeaux-bottled by J.J. Van der Berghe, at Wilf Jaeger's on June 5, 2001. The color was a bright medium ruby, with a tawny rim. The wine provided a fascinating tasting experience. The aromas and flavors at first were medicinal—common in very old wine—with notes of lanolin, peppermint, and malt extract. Then the fruit started peeking through. After fifteen minutes, the medicinal element gave way to essences of chartreuse, and at thirty minutes, the fruit was even more prominent, and the wine rounder and much less medicinal. After that—my glass was empty. Elie de Rothschild gave a backhanded compliment to the 1811 Lafite in a letter describing early Bordeaux production methods to James Gabler, the author of "Passions: The Wines and Travels of Thomas Jefferson." "From my experience and tasting and hearsay, I think that on the contrary the vini-fication methods were much cruder and the wine much harder. They often left the wine on the grapes for two or three months and that is one of the rea-sons I have drunk 1811 Lafite that was not dead." FH

380    1 bottle                    per lot $24,000-40,000

### Chateau Lafite Rothschild 1832
*Pauillac, Premier Cru Classe*
*very top shoulder, capsule cut to reveal fully branded cork, recorked in 1986*

381    1 bottle                    per lot $6000-10,000

**Michael Broadbent on the 1864 Bordeaux vintage:**
"Vins complets. One of the greatest vintages of the 19th century. Despite the heat at vintage time (picking from 17 September), an abundant crop of superbly balanced wines."

### Chateau Lafite Rothschild 1864
*Pauillac, Premier Cru Classe*
*bottom neck, capsule cut to reveal fully branded cork, recorked at the Chateau in 1992*
"I have been privileged to taste, to drink, this wine-reputedly the finest wine of the vintage and the greatest Lafite of the century- on seven occasions. Whether Queen Victoria, a regular sherry and claret drinker, was fully aware of it's stellar quality, I do not know, but it was certainly in the royal cellars and being consumed in the mid-1980s. A perfect bottle from the Chateau, recorked, at the Overton tasting in 1979; again in 1987, and another, recorked by the maitre de chai in 1986, at Flatt's Lafite tasting in 1988. All superb. Next, an almost too sweet bottle, labelled 'Lafite Bon (Baron) de Rothschild, R. Galos' at a Rodenstock tasting in 1995, and, very recently, perfection, complete, harmonious. Last tasted at Wilfred Jaeger's, June 2001...★★★★★." MB

382    1 bottle                    per lot $8000-13,000

### Chateau Lafite Rothschild 1864
*Pauillac, Premier Cru Classe*
*top shoulder, capsule cut to reveal fully branded cork, recorked at the Chateau in 1992*

383    1 bottle                    per lot $8000-13,000



Lot 384

**Michael Brodbent on the 1865 Bordeaux vintage:**
*"Another great vintage, sturdier than the 1864, and, in my experience, the most dependable vintage of the period. Another very abundant crop harvested early, from 6 September. A boom time; the highest prices of the century, led by Ch Lafite and Ch Latour (the former selling exclusively to six negociants) while Ch Margaux, tied to a contract, lagged behind."*

**CHATEAU LAFITE ROTHSCHILD 1865**
*Pauillac, Premier Cru Classe*
*bottom neck, capsule previously cut to verify vintage, recorked at the Chateau in 1986*
"Most recently, a bottle recorked at the chateau in 1980: medium-dry, lovely colour, amber rim...Dry, a hefty style, very tannic. Very impressive. Last noted at Jaeger's tasting, June 2001. At best ★★★★★." MB

384    1 bottle                per lot $8000-13,000

**CHATEAU LAFITE ROTHSCHILD 1865**
*Pauillac, Premier Cru Classe*
*very top shoulder, capsule cut to reveal fully branded cork, recorked at the Chateau in 1986, 19th century molded bottle*

385    1 magnum (1.5L)         per lot $18,000-30,000

**Michael Broadbent on the 1870 vintage:** *"Together with 1864 and 1865 one of the most magnificent of all the classic pre-phylloxera clarets..."*

**CHATEAU LAFITE ROTHSCHILD 1870**
*Pauillac, Premier Cru Classe*
*very top shoulder, capsules cut to reveal fully branded cork, recorked at the Chateau in 1980*
*Parcel: lots 386-387*
"One of the all time greats and at its best, a powerhouse, massively endowed with every conceivable component. In fact, such a powerful and tannic wine that it was virtually undrinkable for half a century... Most recently, rising to the occasion, a bottle recorked in 1980: still fairly deep with a fine mahogany-mature edge. Just after decanting it, it emitted a deliciously Mouton-like spicy scent. After 30 minutes in the glass it reminded me of Heitz Martha's Vineyard Cabernet: pure eucalyptus on the palate; dry, its fine flavour matching the bouquet, wonderful length, still buoyed up by its original tannins. Last noted at Wilfred Jaeger's in the hills south of San Francisco... At best...★★★★★." MB 6/01.

386    1 bottle                per lot $6000-10,000
387    1 bottle                per lot $6000-10,000

**CHATEAU LAFITE ROTHSCHILD 1870**
*Pauillac, Premier Cru Classe*
*top shoulder, capsule cut to reveal fully branded cork, recorked at the Chateau in 1983*

388    1 bottle                per lot $6000-10,000





Lots 382, 385, 386, 389 and 392

**Chateau Lafite Rothschild 1870**
*Pauillac, Premier Cru Classe*
*very top shoulder, capsule cut to reveal fully branded*
*cork, recorked at the Chateau in 1986*

389    1 magnum (1.5L)        per lot $16,000-26,000

**Chateau Lafite Rothschild 1870**
*Pauillac, Premier Cru Classe*
*top shoulder, capsule cut to reveal fully branded cork,*
*recorked at the Chateau in 1980*

390    1 magnum (1.5L)        per lot $16,000-26,000

**Chateau Lafite Rothschild 1874**
*Pauillac, Premier Cru Classe*
*into neck, bin-soiled label, capsule cut, rebouche en*
*Chateau in 1986*

391    1 bottle        per lot $2600-4000

**Chateau Lafite Rothschild 1875**
*Pauillac, Premier Cru Classe*
*top shoulder, capsule cut to reveal fully branded cork,*
*recorked at the Chateau in 1983, 19th century molded bottle*

392    1 magnum (1.5L)        per lot $8000-12,000

**Chateau Lafite Rothschild 1945**
*Pauillac, Premier Cru Classe*
*two very top shoulder, one just below top shoulder,*
*bin-soiled labels*
"…what is remarkable is the relatively little bottle
variation…medium depth and already mature
appearance, also, more importantly, its refined and
delicate bouquet, flavoury richness and extended fin-
ish…Just about every note over the years refers to a
glorious fragrance which seems to unravel itself after
15 or 20 minutes in the glass…★★★★★." MB 4/96.

393    3 bottles        per lot $3000-5000

**CHATEAU LAFITE ROTHSCHILD 1945**
*Pauillac, Premier Cru Classe*
*top shoulder, capsule cut to reveal fully stamped cork*

394    1 magnum (1.5L)                per lot $3000-5000

**CHATEAU LAFITE ROTHSCHILD 1945**
*Pauillac, Premier Cru Classe*
*just below top shoulder, torn label, nicked capsule, cap-*
*sule cut to reveal fully stamped cork*

395    1 magnum (1.5L)                per lot $3000-5000

**CHATEAU LAFITE ROTHSCHILD 1949**
*Pauillac, Premier Cru Classe*
*two very top shoulder, one just below top shoulder, two*
*torn labels*
"Most recently: high-toned, tea-like, spicy; sweet
entry; dry slightly raw finish, but very flavoury. Last
noted… Sept 2000 ★★★★★." MB

396    3 bottles                      per lot $2000-3000

**CHATEAU LAFITE ROTHSCHILD 1953**
*Pauillac*
*bottom neck, capsule cut to reveal fully branded cork,*
*Nicolas Selection*

397    1 magnum (1.5L)                per lot $2200-3500

**CHATEAU LAFITE ROTHSCHILD 1955**
*Pauillac, Premier Cru Classe*
*two top shoulder, one upper shoulder, one bin-soiled*
*label, one torn capsule*

398    3 bottles                      per lot $1200-2200

**CHATEAU LAFITE ROTHSCHILD 1959**
*Pauillac, Premier Cru Classe*
*very top shoulder, torn label, capsule cut to reveal fully*
*branded cork, Nicolas Selection*
"One of the best-ever Lafites…The extraordinary
ability to exude not only an immediate cedary per-
fume but, very much a Lafite specialty, the way it
opens up further avenues of fragrance and subtle
by-paths, lingering in the mouth. Each time you pick
up your glass you notice another facet of scent and
taste. It also happens to be a good drink, still a per-
fect beverage…★★★★★." MB 12/00.

399    1 magnum (1.5L)                per lot $3200-5000

**CHATEAU LATOUR**



**CHATEAU LATOUR 1864**
*Pauillac, Premier Cru Classe*
*just below top shoulder, lightly bin-soiled label, cork*
*fully stamped with modern Chateau foil, foil cut, believed*
*recorked in 1980 as 1980 is visible on the cork*
"An exquisite bottle at the Wine Dinner hosted by
Carl Geisel and Hardy Rodenstock at the Konigshof
in Munich in March 2001: fabulous, spicy, eucalyp-
tus-scented bouquet; perfect flavour, weight and bal-
ance. Still tannic. Most recently, brought cool from
his cellar to compare with the Lafite: a bottle with a
pictorial label…★★★★★." MB

400    1 bottle                       per lot $8000-13,000

**CHATEAU LATOUR 1864**
*Pauillac, Premier Cru Classe*
*upper shoulder, lightly bin-soiled label, cork fully stamped*
*with modern Chateau foil, foil cut, believed recorked in*
*1980 as 1980 is visible on the cork*

401    1 bottle                       per lot $8000-13,000

**CHATEAU LATOUR 1865**
*Pauillac, Premier Cru Classe*
*top shoulder, lightly bin-soiled label, lightly nicked label*
"…More recently at Rodenstock's March 2001 tast-
ing, a bottle from the Café Anglais: lovely, rich, fault-
less bouquet; amazingly sweet, perfection despite
its 1865 tannic bite. Three months later, as with the
1864s, a bottle recorked in 1980, casually brought
out from Jaeger's cellar to compare with the Lafite:
still fairly deep, with a good mature rim; eucalyptus
noted yet again on the nose; good flavour, bal-
ance, condition, length. Faultless, even allowing for
a slight touch of the vintage's tannic astringency.
Last noted at Jaeger's tasting, June 2001. At best
★★★★★." MB

402    1 bottle                       per lot $7000-11,000

Lots 400, 402, 404, and 405



### Chateau Latour 1870
*Pauillac, Premier Cru Classe*
*top shoulder, lightly bin-soiled label, nicked label,*
*recorked at the Chateau in 1980*

403   1 bottle                     per lot $5000-8000

### Chateau Latour 1870
*Pauillac, Premier Cru Classe*
*just below top shoulder, lightly bin-soiled label*

404   1 bottle                     per lot $5000-8000

### Chateau Latour 1875
*Pauillac, Premier Cru Classe*
*just below top shoulder, nicked label*

405   1 bottle                     per lot $3000-5000

**Michael Broadbent on the 1899 Bordeaux vintage:** *"The first of the renowned fin de siecle twin vintages. A wellnigh perfect growing season culminating in an abundant harvest. Wine of stature to match, yet with a certain delicacy and great finesse…★★★★★." MB*

### Chateau Latour 1899
*Pauillac, Premier Cru Classe*
*very top shoulder, capsule previously cut to verify vintage, label states recorked in 1993*
"Dark garnet with considerable amber, the nearly perfect 1899 exhibited a stunningly sweet nose of roasted herbs, smoked meats, underbrush, cedar, and sweet fruit with noticable overripeness, as evidenced by marmalade notes. In the mouth, the wine was full-bodied, plush, and opulent, with roasted coffee flavors competing with sweet glycerin…98." WA 6/00.

406   1 bottle                     per lot $3000-5000

### Chateau Latour 1900
*Pauillac, Premier Cru Classe*
*top shoulder, facsimile label, missing foil, partially legible branded cork*
"One of Latour's great vintages… A sweet, ripe, harmonious thoroughbred, which after 75 minutes in the glass, soared opulently and exotically. One the palate the sweetness of impending decay but still with ripe, rich fruit, extract, tannin and acidity, and fragrant aftertaste. Last tasted in Zurich, Oct 1994. At best ★★★★★." MB

407   1 bottle                     per lot $4000-7000

### Chateau Latour 1900
*Pauillac, Premier Cru Classe*
*two top shoulder, one upper shoulder, one deteriorated label, one missing capsule, two cut capsules, one recorked at the Chateau in 1991*

408   3 bottles                    per lot $5500-9000

### Chateau Latour 1928
*Pauillac, Premier Cru Classe*
*two into neck, one very top shoulder, one missing capsule, two cut capsules, fully branded corks, Nicolas Selection*
"A famously tannic wine, yet it's now mellowed wonderfully. Amber-red color, with gorgeous aromas of mint, plums and minerals. Full-bodied, with big, velvety tannins and lots of ripe berries and tobacco on the finish…96." WS 8/00.

409   3 bottles                    per lot $5500-9000

### Chateau Latour 1929
*Pauillac, Premier Cru Classe*
*top shoulder, bin-soiled label, capsule cut to reveal fully branded cork*
"Superlative…Always deeply coloured, its bouquet variously described – mainly inadequately – as rich but restrained old cedar, spicy (eucalyptus once again, cloves and sage), 'medicinal' Pauillac, and so forth. On the palate generally sweet, soft and luscious for Latour…velvety, elongated. More recently a perfect magnum in a 'flight' of Latours at a Rodenstock weekend…★★★★★." MB 12/95.

410   1 magnum (1.5L)              per lot $5000-8000



Lot 410

**Chateau Latour 1945**
*Pauillac, Premier Cru Classe*
*both lots: top shoulder or better, two bin-soiled labels,*
*one torn label, capsule cut to verify vintage*
*Parcel: lots 411–412*
"Perfect in every way. Dark ruby color with amber
edge. Aromas of mint, berry, blackberry, earth and
spices pop out of the glass. Full-bodied and brim-
ming over with sweet fruit character, ripe and vel-
vety tannins. Long and succulent finish. What more
could you want in a wine?…100." WS 8/00.

| 411 | 3 bottles | per lot $5500–9000 |
| 412 | 3 bottles | per lot $5500–9000 |

**Chateau Latour 1945**
*Pauillac, Premier Cru Classe*
*very top shoulder, bin-soiled and nicked label*

| 413 | 1 magnum (1.5L) | per lot $5000–8000 |

**Chateau Latour 1945**
*Pauillac, Premier Cru Classe*
*top shoulder, heavily scuffed label, capsule cut to reveal*
*fully branded cork*

| 414 | 1 magnum (1.5L) | per lot $5000–8000 |

**Chateau Latour 1949**
*Pauillac, Premier Cru Classe*
*one bottom neck, one very top shoulder, one top shoulder,*
*one bin-soiled label, embossed foils, branding on corks*
*visible, one rebouche au Chateau*
"On each of the previous occasions I have had this
wine it has flirted with perfection. This bottle was
again a riveting, opulently-textured drinking experi-
ence. Its spectacularly perfumed bouquet consists of
truffles, black tea, soy, minerals, and copious sweet
prune, coffee-infused, black currant fruit. Sweet
on the attack, with a rare opulence, a voluptuous
texture, full body, terrific freshness, and a chewy,
fleshy, succulent finish, this has always been great
stuff…98." WA 6/00.

| 415 | 3 bottles | per lot $4500–7500 |

**Chateau Latour 1949**
*Pauillac, Premier Cru Classe*
*top shoulder, bins-soiled labels, two nicked labels,*
*embossed foils, branding on corks visible*

| 416 | 3 bottles | per lot $4500–7500 |

**Chateau Latour 1949**
*Pauillac, Premier Cru Classe*
*two bottom neck*
*top shoulder, bin-soiled labels, embossed foils, branding*
*visible below foils*

| 417 | 6 bottles | per lot $9000–15,000 |

**Chateau Latour 1953**
*Pauillac, Premier Cru Classe*
*five upper shoulder, one mid shoulder, bin-soiled labels,*
*one nicked label*

| 418 | 6 bottles | per lot $1800–3000 |

**Chateau Latour 1959**
*Pauillac, Premier Cru Classe*
*just below top shoulder, lightly bin-soiled labels*
"… aromas of melted caramel, tobacco, and jammy
red and black fruits. As the wine sat in the glass,
notes of minerals, coffee, spice, and underbrush
emerged. There is still copious tannin in the finish
(I am not sure it will ever be fully resolved), but this
sumptuous, complex, fragrant, super-rich Latour cuts
a broad swath across the palate…96." WA 6/00.

| 419 | 3 bottles | per lot $3800–6500 |

**Chateau Latour 1959**
*Pauillac, Premier Cru Classe*
*just below top shoulder, bin-soiled labels, one wine-*
*stained label, one torn label, one foil cut to reveal fully*
*branded cork*

| 420 | 3 bottles | per lot $3800–6500 |

**Chateau Latour 1959**
*Pauillac, Premier Cru Classe*
*three bottom neck, two just below top shoulder, one*
*upper shoulder, bin-soiled labels, one nicked label, four*
*cut to reveal fully branded corks*

| 421 | 6 bottles | per lot $7500–13,000 |

**Chateau Latour 1959**
*Pauillac, Premier Cru Classe*
*very top shoulder, bin-soiled and nicked label, foil cut to*
*reveal fully branded cork*

| 422 | 1 magnum (1.5L) | per lot $4000–6500 |

Lot 423



**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*four top shoulder, two just below top shoulder, two bin-soiled labels, two water-stained labels, foils cut to reveal fully branded corks*
"Port-like, with an unctuous texture… possesses a viscosity and thickness… liquid perfection, exhibiting fragrant, cedary, truffle, leather, mineral, and sweet, jammy aromatics, full-bodied, voluptuous textures, exquisite purity and concentration, and a layered, highly-nuanced finish that represents the essence of compellingly great wine… An extraordinary wine, it is unquestionably one of the Bordeaux legends of the century!…100." WA 6/00.

423    6 bottles                           per lot $9000-15,000

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*three top shoulder, three upper shoulder, two bin-soiled labels, one torn capsule, one corroded capsule, one foil cut to reveal fully branded cork*

424    6 bottles                           per lot $9000-15,000

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*just below top shoulder, bin-soiled labels, two wine-stained labels, one nicked label*

425    6 bottles                           per lot $9000-15,000

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*upper shoulder, bin-soiled labels, damp-stained labels, four corroded capsules, one slightly depressed cork, four capsules cut to reveal fully stamped cork*

426    6 bottles                           per lot $9000-15,000

**Chateau Latour 1961**
*Pauillac, Premier Cru Classe*
*top shoulder, tissue paper adhered to label*

427    1 magnum (1.5L)                     per lot $4500-7000

**Chateau Margaux**



*Michael Broadbent on the 1893 Bordeaux vintage:*
"*An extraordinary year, after a string of poor to middling vintages. Warm spring followed by early flowering. The summer was bakingly hot. The exceptionally ripe and abundant harvest was picked from 15 August.*"

**Chateau Margaux 1893**
*Margaux, Premier Cru Classe*
*top shoulder, bin-soiled label*
"…probably the most perfect, however was from the cellar of Woodperry House, chateau-bottled, long cork, good level: sweet, soft, violet-scented bouquet, not signs of decay; soft, almost creamy texture (in 1976)…Most recently, purchased at the Woodperry House cellar sale, a lively rugy colour; fragrant bouquet-surely the hallmark of Margaux…beautifully balanced. A most lovely drink…★★★★★." MB 11/89.

428    1 bottle                            per lot $2000-3500

**Chateau Margaux 1953**
*Margaux, Premier Cru Classe*
*five top shoulder, one upper shoulder, three bin-soiled labels*
"… has been delicious for most of its life. Bottles from the cold, damp Paris cellars of the French wine merchant, Nicolas, have exhibited an impressively dark ruby/purple color with only slight lightening at the edge. Its huge nose possesses rich scents of violets, sweet cassis fruit, and spices. Round and opulent, with a velvety texture and gobs of sweet, jammy fruit, this is Chateau Margaux at its most seductive…98." WA 10/94.

429    6 bottles                           per lot $4800-7000

**Chateau Margaux 1961**
*Margaux, Premier Cru Classe*
*one very top shoulder, five top shoulder, three deteriorated labels, one torn capsule*

430    6 bottles                           per lot $4000-6000

## Chateau Mouton Rothschild

***Michael Broadbent on the 1896 Bordeaux vintage:***
*"An abundant crop; fine and delicate wines." MB*

**Chateau Mouton Rothschild 1896**
*Pauillac, Deuxieme Cru Classe*
*top shoulder, bin-soiled and torn label, vintage not legible, "1896" written on bottom of bottle, foil cut to reveal partially visible branded cork, period glass bottle*
431 1 bottle per lot $1200-2000

**Chateau Mouton Rothschild 1921**
*Pauillac, Deuxieme Cru Classe*
*very top shoulder, bin-soiled label, scuffed label, capsule cut to reveal stamped cork*
432 1 bottle per lot $1200-2000

**Chateau Mouton Rothschild 1928**
*Pauillac, Deuxieme Cru Classe*
*into neck, bin-soiled labels, torn labels, one capsule cut to verify vintage*
"… fragrant, sweet, crisp, attractive… despite its age remarkably sweet on the palate, lighter than expected. Delicious. Last noted June 2000 ★★★★." MB
433 2 bottles per lot $2000-3000

**Chateau Mouton Rothschild 1945**
*Pauillac, Deuxieme Cru Classe*
*into neck, capsule cut to reveal fully branded cork, excellent appearance, reconditioned at the Chateau in 1985*
"…truly one of the immortal wines of the century… easily identifiable because of its remarkably exotic, over-ripe, sweet nose of black fruits, coffee, tobacco, mocha, and Asian spices. An extraordinarily dense, opulent, and rich wine, with layers of creamy fruit… This remarkably youthful wine (only light amber at the edge) is mindboggling!…100." WA 2/96.
434 1 bottle per lot $3500-5500

**Chateau Mouton Rothschild 1945**
*Pauillac, Deuxieme Cru Classe*
*just below top shoulder, wrinkled label, capsule cut to reveal fully branded cork, Nicolas Selection*
435 1 bottle per lot $3500-5500

**Chateau Mouton Rothschild 1945**
*Pauillac, Deuxieme Cru Classe*
*just below top shoulder, capsule cut to reveal fully branded cork*
436 1 bottle per lot $3500-5500

**Chateau Mouton Rothschild 1947**
*Pauillac, Deuxieme Cru Classe*
*into neck, nicked label, capsule cut to reveal partially legable stamped cork, reconditioned at the Chateau in 1992*
"I have never had anything but extraordinary, decadent, fabulously rich, concentrated bottles of the 1947 Mouton-Rothschild….although drinkable since I first tasted it over a decade ago, it exhibits no signs of fruit loss or color deterioration. It is one of the most exotic and opulent Mouton-Rothschilds I have ever tasted. Will the 1982 turn out to be this thick and juicy?…98." WA 2/96.
437 1 magnum (1.5L) per lot $4000-7000

Lots 434, 437 and 440

