**CHATEAU MOUTON ROTHSCHILD 1959**
*Pauillac, Deuxieme Cru Classe*
*three very top shoulder, seven top shoulder, two just below top shoulder, two lightly bin-soiled labels, owc*
"...one of the greatest Moutons made in the last thirty-five years. Every time I have this wine it is undeniable that Mouton made a richer, more persuasive wine in 1959 than in 1961. Astonishingly young and unevolved, with a black/purple color, the wine exhibits a youthful nose of cassis, minerals, and new oak...powerful and super-extracted, with the fruit supported by high levels of tannin and some lusty quantities of alcohol...100." RP 1998.

| | | |
|---|---|---|
| 438 | 12 bottles | per lot $17,000-26,000 |

**CHATEAU MOUTON ROTHSCHILD 1959**
*Pauillac, Deuxieme Cru Classe*
*three very top shoulder, four just below top shoulder, five mid shoulder, four lightly bin-soiled labels, one corroded capsule, owc*

| | | |
|---|---|---|
| 439 | 12 bottles | per lot $17,000-26,000 |

**CHATEAU MOUTON ROTHSCHILD 1959**
*Pauillac, Deuxieme Cru Classe*
*into neck, capsule cut to reveal fully branded cork, Nicolas Selection*

| | | |
|---|---|---|
| 440 | 1 magnum (1.5L) | per lot $3800-5500 |

**CHATEAU MOUTON ROTHSCHILD 1959**
*Pauillac, Deuxieme Cru Classe*
*bottom neck, bin-soiled label, reconditioned at the Chateau in 1985*

| | | |
|---|---|---|
| 441 | 1 magnum (1.5L) | per lot $3800-5500 |

**CHATEAU MOUTON ROTHSCHILD 1961**
*Pauillac, Deuxieme Cru Classe*
*one top shoulder, one upper shoulder, one mid shoulder, bin-soiled label, two scuffed labels, one torn label*

| | | |
|---|---|---|
| 442 | 3 bottles | per lot $3000-4800 |

**CHATEAU PETRUS**



**CHATEAU PETRUS 1921**
*Pomerol*
*top shoulder, lightly bin-soiled label, part of vintage visible on cork*
"The 1921 Petrus (never before tasted) was, to state it mildly, out of this universe! ... one of the sweetest, most opulent, thick, juicy wines I have ever tasted. Extraordinarily rich and opulent, with interesting cedar notes to the succulent flavors, this huge, unbelievably concentrated wine could have been mistaken for the 1950 or 1947. If ever I were to kill for a wine...100." WA 2/96.

| | | |
|---|---|---|
| 443 | 1 magnum (1.5L) | per lot $7000-12,000 |

**CHATEAU PETRUS 1921**
*Pomerol*
*just below top shoulder, bin-soiled label, part of vintage visible on cork*

| | | |
|---|---|---|
| 444 | 1 magnum (1.5L) | per lot $7000-12,000 |

**CHATEAU PETRUS 1928**
*Pomerol*
*just below top shoulder, bin-soiled label, vintage visible on cork*

| | | |
|---|---|---|
| 445 | 1 magnum (1.5L) | per lot $8000-14,000 |

**CHATEAU PETRUS 1928**
*Pomerol*
*just below top shoulder, scuffed label, wine-stained label, nicked label, vintage visible on cork*

| | | |
|---|---|---|
| 446 | 1 magnum (1.5L) | per lot $8000-14,000 |



**Lots 443, 445, 447 and 448**

**CHATEAU PETRUS 1929**
*Pomerol*
*top shoulder, lightly bin-soiled label, partially legible cork*
"…deep ruby/garnet color exhibited some amber/orange at the edge. A huge, thick wine with extraordinary aromas of coffee, mocha, black cherries, herbs, and cedar, this unctuously-textured, thick, tannic, massively concentrated wine was remarkably intact…could have easily been mistaken for a 30-35 year old wine…100." WA 9/95.

447    1 magnum (1.5L)              per lot $8000-14,000

**CHATEAU PETRUS 1950**
*Pomerol*
*top shoulder, Nicolas Selection*
"It was the extraordinary 1950 Petrus…that made me realize how spectacular this vintage must have been in Pomerol…still a young, mammothly-constituted Petrus…Massive and rich, with spectacular color saturation and the sweet, unctuous texture Petrus obtains in ripe years…100." WA 4/94.

448    1 magnum (1.5L)              per lot $7000-12,000

**CHATEAU PETRUS 1950**
*Pomerol*
*top shoulder*

449    1 magnum (1.5L)              per lot $7000-12,000

**CHATEAU PETRUS 1950**
*Pomerol*
*just below top shoulder, Nicolas Selection*

450    1 magnum (1.5L)              per lot $7000-12,000

**CHATEAU PETRUS 1961**
*Pomerol*
*top shoulder, lightly scuffed label*
"An estate only needs to produce a handful of wines such as the 1961 Petrus to garner an international following…crammed with viscous, thick, over-ripe black-cherry, mocha-tinged fruit flavors. Extremely full-bodied, with huge amounts of glycerin and alcohol, this unctuously-textured, thick wine makes for an awesome mouthful. Imagine a Reese's Peanut Butter Cup laced with layers of coffee and cherry, and encased in a shell of Valrhona chocolate!…100." WA 2/96.

451    1 bottle                     per lot $3500-5500

**FINE AND RARE BORDEAUX: 1921-1961**

**Chateau Beychevelle 1928**
*St Julien, Quatrieme Cru Classe*
*two into neck, one bottom neck*
"…dark garnet color and the spicy, earthy nose are pleasant…in the mouth the wine reveals surprising richness, fine body, amazing freshness, and plenty of tannin in the finish." WA 12/93.

452    3 bottles                     per lot $1800-2800

**Chateau Beychevelle 1961**
*St Julien, Quatrieme Cru Classe*
*three very top shoulder, three top shoulder, three bin-soiled labels, three deteriorated labels*
"…exhibits a healthy, dark ruby/plum-like color, attractive, cedary, ripe fruit, a round, generous, expansive palate, and a lush finish." WA 12/93.

453    6 bottles                     per lot $1100-1600

**Chateau Brane Cantenac 1928**
*Margaux, Deuxieme Cru Classe*
*into neck*

454    1 bottle                      per lot $450-750

**Chateau Calon Segur 1961**
*St Estephe, Troisieme Cru Classe*
*one bottom neck, five very top shoulder, bin-soiled labels*

455    6 bottles                     per lot $1200-1800

**Chateau Cantemerle 1949**
*Haut Medoc, Cinquieme Cru Classe*
*bottom neck, bin-soiled label*
"…one of Bordeaux's greatest efforts. It has been many years since I have tasted it. It is an extraordinary wine. I suspect well-stored examples are as hauntingly perfumed and as suave, velvety, and rich as they were twenty years ago." WA 10/94.

456    3 bottles                     per lot $900-1500

**Chateau Clinet 1945**
*Pomerol*
*top shoulder, bin-soiled label, scuffed and nicked label, capsule cut to reveled fully stamped cork*

457    1 magnum (1.5L)               per lot $5000-8000

**Chateau Clinet 1947**
*Pomerol*
*very top shoulder, recorked at the Chateau in 1980*
"I would argue that the most exciting wines of the twentieth century are the 1947 Pomerols…this fragrant, intensely rich, over-ripe Clinet exhibited a huge, opulent texture, magnificent concentration and purity, and a long, blockbuster finish with some tannin still lurking behind the wine's massive extract…96." WA 2/96.

458    1 magnum (1.5L)               per lot $5000-8000

**Chateau Cos d'Estournel**

**Chateau Cos d'Estournel 1928**
*St Estephe, Deuxieme Cru Classe*
*bottom neck, one capsule cut to verify vintage*
"I drank a profound magnum of 1928 at the chateau with Monsieur Prats..97." WA 3/88.

459    3 bottles                     per lot $2200-3800

**Chateau Cos d'Estournel 1928**
*St Estephe, Deuxieme Cru Classe*
*bottom neck*

460    3 bottles                     per lot $2200-3800

**Chateau Cos d'Estournel 1949**
*St Estephe, Deuxieme Cru Classe*
*two just below top shoulder, one upper shoulder*

461    3 bottles                     per lot $1100-1700

**Chateau Cos d'Estournel 1953**
*St Estephe, Deuxieme Cru Classe*
*top shoulder, deteriorated label*

462    3 bottles                     per lot $750-1200

**Chateau Gruaud Larose 1928**
*St Julien, Deuxieme Cru Classe*
*bottom neck, three bin-soiled labels, one capsule cut to verify vintage*
"…an amazingly intact wine as it approaches 70 years of age. It exhibits a huge, earthy, sweet, truffle, cedar, and spicy-scented nose, huge body, noticeably high tannin, and stunning concentration. A slight austerity creeps in at the finish. The dark garnet color with only light amber is remarkable given the wine's age….97." WA 10/94.

463    5 bottles                     per lot $3000-5000

**CHATEAU GRUAUD LAROSE 1945**
*St Julien, Deuxieme Cru Classe*
*top shoulder, bin-soiled label, wine-stained label*
"Still opaque, garnet/black-colored, with a tight but promising nose of licorice, black fruits, and herbs, this full-bodied, meaty, chewy wine exhibits huge reserves of fruit, as well as a spicy, powerful, tannic finish...another immortal 1945...96." WA 10/94.

464    1 magnum (1.5L)              per lot $2400-4000

**CHATEAU GRUAUD LAROSE 1961**
*St Julien, Deuxieme Cru Classe*
*two bottom neck, one very top shoulder, three top shoulder, two bin-soiled labels*
"...among the greatest mature wines of Gruaud-Larose I have drunk. This powerful, rich, densely concentrated wine remains young, fresh, and vigorous....dark garnet color with some amber, a wonderfully fragrant quality (plus, minerals, tar, cedar, soy sauce, and licorice), a viscous texture, sensation depth of fruit, and a fabulous, albeit alcoholic finish. This is claret at its most decadent...96." WA 10/94.

465    6 bottles                    per lot $2400-3500

**CHATEAU LA CONSEILLANTE 1949**
*Pomerol*
*into neck, wine-stained label, nicked label*
"...certainly a Pomerol year...★★★★." MB

466    1 bottle                     per lot $1300-2000

**CHATEAU LA CONSEILLANTE 1949**
*Pomerol*
*into neck, foil cut to reveal fully branded cork, rebottled at the Chateau in 1998*

467    1 magnum (1.5L)              per lot $3500-5500

**CHATEAU LA FLEUR PETRUS 1950**
*Pomerol*
*one bottom neck, two very top shoulder, one top shoulder, three bin-soiled labels, three torn labels*

468    4 bottles                    per lot $2000-3200

**CHATEAU LA MISSION HAUT BRION**



**CHATEAU LA MISSION HAUT BRION 1945**
*Graves, Cru Classe*
*very top shoulder, capsule cut to reveal fully branded cork, reconditioned at the Chateau in 1978, Nicolas Selection*
*Parcel: lots 469-470*
"...Vying with the '29 as the greatest vintage of La Mission...deeply coloured; vigorous and 'stably' bouquet, gloriously tangy and high-toned, dining with the Lloyd Webbers in 1994...Lastly a magnum, displaying its characteristic tobacco-like, gravelly flavour, very sweet, full, rich spicy. Last noted at Christan Sveass' dinner in Oslo...★★★★★." MB 4/96.

469    1 magnum (1.5L)              per lot $4500-7000
470    1 magnum (1.5L)              per lot $4500-7000

**CHATEAU LA MISSION HAUT BRION 1945**
*Graves, Cru Classe*
*very top shoulder, crowned capsule, capsule cut to reveal fully branded cork, reconditioned at the Chateau in 1978*

471    1 magnum (1.5L)              per lot $4500-7000

**CHATEAU LA MISSION HAUT BRION 1955**
*Graves, Cru Classe*
*mid shoulder, wine-stained label, nicked label*
"...an astonishing spicy bouquet, eucalyptus, raspberries- almost like '45 Mouton. Very exciting wine, crisp fruit but a bit tart on the finish...★★★★★." MB 6/00.

472    1 magnum (1.5L)              per lot $5000-8000

Lots 469, 472 and 476





### Chateau La Mission Haut Brion 1955
*Graves, Cru Classe*
*three very top shoulder, three bottom neck or better, one*
*bin-soiled label, three scuffed capsules, one sign of seep-*
*age, bottled by Vandermeulen*

473    6 bottles                          per lot $7000-12,000

### Chateau La Mission Haut Brion 1959
*Graves, Cru Classe*
*four bottom neck, two very top shoulder, bin-soiled*
*labels, four nicked labels, one torn label*
"... as great as the 1961 La Mission is, the 1959 is a
richer, deeper-colored, more concentrated and pow-
erful wine...Spicy and super-concentrated, with a
dense, plummy/purple color, this young, broodingly
backward, formidably-endowed wine...100." WA 4/94.

474    6 bottles                          per lot $7000-12,000

### Chateau La Mission Haut Brion 1959
*Graves, Cru Classe*
*five top shoulder, one upper shoulder, five bin-soiled*
*labels, two nicked labels, one foil cut to verify vintage*

475    6 bottles                          per lot $7000-12,000

### Chateau La Mission Haut Brion 1959
*Graves, Cru Classe*
*into neck, reconditioned at the Chateau in 1989*

476    1 magnum (1.5L)                    per lot $3000-5000

### Chateau La Mission Haut Brion 1961
*Graves, Cru Classe*
*one top shoulder, three upper shoulder, one mid shoulder,*
*three bin-soiled labels, one nicked label, one torn capsule*
"One of the greatest 1961s, ...more developed than
drinkable than the 1959, it remains a thick, rich,
super-aromatic wine with a textbook Graves bouquet
of tobacco, barbecued meats, minerals, spices, and
sweet red and black fruits. Dense, full-bodied, alco-
holic, and super-rich, this soft, opulently-textured
wine makes for a fabulous drink...99." WA 10/94.

477    5 bottles                          per lot $7500-11,000

### Chateau La Mission Haut Brion 1961
*Graves, Cru Classe*
*three top shoulder, one upper shoulder, two mid shoulder,*
*five bin-soiled labels, two nicked labels, one corroded*
*capsule*

478    6 bottles                          per lot $8500-13,000

### Chateau Lafleur



**Michael Broadbent on the 1921 Bordeaux vintage:**
*"The hottest summer and earliest harvest since 1893...some*
*magnificent wines, laden with alcohol, extract, tannins."*

### Chateau Lafleur 1921
*Pomerol*
*top shoulder, lightly scuffed and nicked label, capsule cut*
*to reveal fully branded cork*

479    1 magnum (1.5L)                    per lot $10,000-18,000

### Chateau Lafleur 1921
*Pomerol*
*top shoulder, lightly scuffed label*

480    1 magnum (1.5L)                    per lot $10,000-18,000

### Chateau Lafleur 1945
*Pomerol*
*into neck, nicked label, capsule cut to reveal fully branded*
*cork*
"Similar to the 1947 Lafleur in aromatic complexity
and flavor, richness, and textural thickness, the 1945
is blacker in color, less evolved, and possesses a more
classic structural profile than the port-like 1947. The
1945 tastes young, yet astonishingly unctuous, rich,
and powerful. It will easily last for another 40-50
years...100." WA 10/94.

481    1 magnum (1.5L)                    per lot $8000-13,000

### Chateau Lafleur 1945
*Pomerol*
*top shoulder, bin-soiled label, capsule cut to reveal fully*
*branded cork*

482    1 magnum (1.5L)                    per lot $8000-13,000

**CHATEAU LAFLEUR 1945**
*Pomerol*
*top shoulder, capsule cut to reveal fully branded cork*

483   1 magnum (1.5L)                     per lot $8000-13,000

**CHATEAU LAFLEUR 1947**
*Pomerol*
*just below top shoulder, lightly bin-soiled label, faded label,
foil previously cut to verify vintage, Nicolas Selection*
"…a smorgasbord of aromas, ranging from caramel to
jammy balck raspberries and cherries, honeyed nuts,
chocolate, and truffles. The wine's unctuousness and
viscosity are unequaled in any other dry wine I have
tasted…the quintessential expression of this tiny yet
marvelous vineyard…To date it is the only wine that
has brought me to tears!…100." RP 10/98.

484   1 bottle                           per lot $3000-5000

**CHATEAU LAFLEUR 1947**
*Pomerol*
*very top shoulder, slightly nicked label, capsule cut to
reveal fully branded cork*
*Parcel: lots 485-486*

485   1 magnum (1.5L)              per lot $10,000-16,000
486   1 magnum (1.5L)              per lot $10,000-16,000

**CHATEAU LAFLEUR 1947**
*Pomerol*
*top shoulder, slightly nicked label, fully branded cork,
missing capsule*

487   1 magnum (1.5L)              per lot $10,000-16,000

**CHATEAU LAFLEUR 1949**
*Pomerol*
*top shoulder, water-stained label, capsule cut to reveal
fully branded cork*
"The 1949 Lafleur's saturated purple/garnet color
is followed by a reluctant nose that with coax-
ing reveals intense, pure, cherry, jammy aromas
intermingled with scents of minerals and licorice.
Sensationally concentrated, with layers of thick, rich
fruit and high tannin, this sweet, remarkably youth-
ful wine is still not fully mature…96." WA 10/94.

488   1 magnum (1.5L)                 per lot $6000-9000

**CHATEAU LAFLEUR 1949**
*Pomerol*
*just below top shoulder, scuffed label, nicked label, cap-
sule cut to verify vintage*

489   1 magnum (1.5L)                 per lot $6000-9000



Lots 479, 481, 484, 488, 490 and 495

**CHATEAU LAFLEUR 1950**
*Pomerol*
*one into neck, one very top shoulder, one upper shoulder,*
*one bin-soiled label, two deteriorated labels, bottled by*
*Sanders Barsac*
"…an immensely deep appearance; low keyed yet
massive, sweet, slightly singed nose; very sweet,
immensely powerful, very high extract, packed with
fruit and tannin. Enormously impressive to taste but
hardly suitable to accompany a meal.…Concentrated
and certainly very impressive. But who wants to go
to bed with a wrestler?…★★★★★." MB 9/98.
490    3 bottles                           per lot $4500-7500

**CHATEAU LAFLEUR 1950**
*Pomerol*
*one top shoulder, one just below top shoulder, one upper*
*shoulder, one bin-soiled label, one nicked label, one torn*
*label*
491    3 bottles                           per lot $4500-7500

**CHATEAU LAFLEUR 1950**
*Pomerol*
*just below top shoulder, capsule cut to reveal fully*
*branded cork*
*Parcel: lots 492-493*
492    1 magnum (1.5L)              per lot $9000-15,000
493    1 magnum (1.5L)              per lot $9000-15,000

**CHATEAU LAFLEUR 1950**
*Pomerol*
*just below top shoulder, capsule cut to verify vintage*
494    3 magnums (1.5L)        per lot $28,000-45,000

**CHATEAU LAFLEUR 1961**
*Pomerol*
*top shoulder, capsule cut to reveal fully branded cork*
*Parcel: lots 495-496*
"A magnificent magnum. Not as deep as expected
but a very fragrant bouquet, sweet, biscuity; full-
bodied, crisp, tannic finish.★★★★★." MB
495    1 magnum (1.5L)              per lot $8000-13,000
496    1 magnum (1.5L)              per lot $8000-13,000

**CHATEAU LAFLEUR 1961**
*Pomerol*
*just below top shoulder, capsule cut to reveal fully*
*branded cork*
497    1 magnum (1.5L)              per lot $8000-13,000

**CHATEAU LATOUR A POMEROL**

**CHATEAU LATOUR A POMEROL 1947**
*Pomerol*
*top shoulder, bin-soiled label, foil cut to verify vintage*
"I have been blessed to have tasted the 1947 Latour
a Pomerol several times. Several times I have rated it
a perfect 100. …The 1947 exhibited an extraordinary
opaque purple color with only some lightening at the
edge. This exotic, mammoth, seductive, awesomely
concentrated wine goes on and on in the mouth. It
is reminiscent of a cross between the 1947 Cheval
Blanc and the 1947 Petrus. Sweet, dense, and mind-
boggling, what else can be said about something so
perfect and thrilling. Akin to eating candy, it should
drink well for another 20 years. The notes for this
wine are taken from the description of Series III -
Flight A of the 1995 tasting conducted in Munich by
Helga and Hardy Rodenstock…100." WA 2/96.
498    1 magnum (1.5L)          per lot $9000-15,000

**CHATEAU LATOUR A POMEROL 1947**
*Pomerol*
*upper shoulder, bin-soiled label, foil cut to verify vintage*
499    1 magnum (1.5L)          per lot $9000-15,000

**CHATEAU LATOUR A POMEROL 1955**
*Pomerol*
*one bottom neck, one very top shoulder, one torn label,*
*wrinkled labels, one scuffed capsule*
500    2 bottles                       per lot $800-1400

**CHATEAU LATOUR A POMEROL 1955**
*Pomerol*
*upper shoulder, damaged label, wine-stained label, foil*
*cut to verify vintage*
501    1 magnum (1.5L)              per lot $1200-2000



**Lot 505**

**Chateau Latour a Pomerol 1961**
*Pomerol*
*very top shoulder, lightly bin-soiled label*
"...can bring tears to one's eyes. Still a saturated dark purple color with no signs of amber, orange, or rust, the nose offers extraordinarily rich, intense aromas of jammy plums, blackcurrants, licorice, and truffles. Port-like, with remarkable viscosity and thickness, as well as a finish that lasts for more than a minute, this wine is in a class by itself...100." WA 10/94.

| 502 | 1 bottle | per lot $4500-7000 |

**Chateau Latour a Pomerol 1961**
*Pomerol*
*very top shoulder, foil cut to verify vintage*
*Parcel: lots 503-504*

| 503 | 1 bottle | per lot $4500-7000 |
| 504 | 1 bottle | per lot $4500-7000 |

**Chateau Latour a Pomerol 1961**
*Pomerol*
*top shoulder, capsule cut to reveal fully branded cork*
*Parcel: lots 505-507*

| 505 | 1 magnum (1.5L) | per lot $11,000-17,000 |
| 506 | 1 magnum (1.5L) | per lot $11,000-17,000 |
| 507 | 1 magnum (1.5L) | per lot $11,000-17,000 |

**Chateau Le Gay 1950**
*Pomerol*
*just below top shoulder, foil cut to verify vintage*
*Parcel: lots 508-509*

| 508 | 1 magnum (1.5L) | per lot $1000-1600 |
| 509 | 1 magnum (1.5L) | per lot $1000-1600 |

**<u>Clos L'Eglise Clinet 1921</u>**

Consigner had three bottles where the glass was too dark to see the stamping. He opened one bottle and then could see a fully stamped cork. It was a wonderful bottle of wine. He unfortunately broke the second bottle while trying to verify the vintage on the cork. The wine had a beautiful bouquet and was fully stamped.

**Clos L'Eglise Clinet 1921**
*Pomerol*
*just below top shoulder, bin-soiled label, capsule cut*
"The 1921 I will never forget was the L'Eglise-Clinet. The most youthful of all the 1921s, it displayed an opaque, dark ruby/garnet color, gobs of sweet, jammy, opulent fruit, awesome concentration, high alcohol, and a vintage port-like character. Exhibiting few signs of age, it is a massive example of what Pomerol has done so exceptionally well for so long... The 1921 L'Eglise-Clinet and 1921 Petrus were two of the most profoundly great wines I have ever consumed...100." WA 2/96.

| 510 | 1 magnum (1.5L) | per lot $7000-13,000 |

**Clos L'Eglise Clinet 1921**
*Pomerol*
*top shoulder, lightly bin-soiled label, capsule cut, glass too dark to reveal any branding*

| 511 | 1 magnum (1.5L) | per lot $7000-13,000 |

**Clos L'Eglise Clinet 1921**
*Pomerol*
*top shoulder, bin-soiled label, nicked label, capsule cut to verify vintage*

| 512 | 1 magnum (1.5L) | per lot $7000-13,000 |

Lots 510, 513 and 517



**CLOS L'EGLISE CLINET 1947**
*Pomerol*
*upper shoulder, foil cut to verify vintage, torn label*
"I would argue that the most exciting wines of the
twentieth century are the 1947 Pomerols...It is one
of the greatest wines I have ever tasted. If only more
than 100 points could be bestowed! Opaque purple-
colored, with a huge, knock-out nose of black-cher-
ries, cassis, mocha, coffee, tobacco, and Asian spices,
it is extremely full-bodied...100." WA 2/96.

513    1 bottle                    per lot $3000-5000

**CLOS L'EGLISE CLINET 1947**
*Pomerol*
*very top shoulder, foil cut to reveal fully branded cork,
Bordeaux bottled by Jean Terrious Pauillac*

514    1 magnum (1.5L)            per lot $10,000-16,000

**CLOS L'EGLISE CLINET 1947**
*Pomerol*
*very top shoulder, foil cut to reveal fully branded cork*

515    1 magnum (1.5L)            per lot $10,000-16,000

**CLOS L'EGLISE CLINET 1947**
*Pomerol*
*top shoulder, lightly bin-soiled label, foil cut to reveal
fully branded cork*

516    1 magnum (1.5L)            per lot $10,000-16,000

**CLOS L'EGLISE CLINET 1950**
*Pomerol*
*top shoulder, foil previously cut to verify vintage*
"...this soft, velvety-textured, enormously-concen-
trated, over-ripe wine is oozing with black-cherry
and cassis aromas intertwined with smoke, cedar,
minerals, and vanilla...95." WA 2/96.

517    1 magnum (1.5L)            per lot $10,000-16,000

**CHATEAU L'EVANGILE 1961**
*Pomerol*
*bottom neck, capsule cut to reveal fully branded cork*
"...a huge nose of coffee, sweet, jammy, black fruits,
buttered nuts, and truffles. The syrupy texture, and
fabulous concentration, viscosity, and richness were
unbelievable...99-100." WA 10/94.

518    1 bottle                    per lot $1500-2200

**CHATEAU L'EVANGILE 1961**
*Pomerol*
*very top shoulder, capsule cut to reveal fully branded cork*

519    1 magnum (1.5L)            per lot $5000-8000

**CHATEAU L'EVANGILE 1961**
*Pomerol*
*just below top shoulder, lightly bin-soiled label*

520    1 magnum (1.5L)            per lot $2000-3200

Lots 370, 457, 498 and 518

### Chateau Lynch Bages 1961
*Pauillac, Cinquieme Cru Classe*
*one top shoulder, two upper shoulder, one bin-soiled label*
"...the 1961 defies mortality...the profound bouquet has the magnetic allure that leaves great Bordeaux unmatched for complexity...There is no telling how much longer this 1961 will retain its magic, but it is still a classic...95." WA 6/00.

521    3 bottles                    per lot $1000-1500

### Chateau Montrose 1959
*St Estephe, Deuxieme Cru Classe*
*two very top shoulder, one upper shoulder*
"Two recent notes, the most memorable at Hugh Johnson's: still deep and velvety though with a fully mature rim; a classic cedary nose that opened up deliciously; some ripe sweetness, fairly but not too full-bodied, fleshy, complete, with tannin and acidity to keep it going for years. Last tasted Aug 1999...
★★★★★." MB

522    3 bottles                    per lot $1300-2000

### Chateau Palmer 1961
*Margaux, Troisieme Cru Classe*
*eight into neck, one bottom neck, modern labels and capsules, recently released from Mahler Besse*
"...considered to be a legend from this vintage...an extraordinary, sweet, complex nose with aromas of flowers, cassis, toast, and minerals. It is intensely concentrated, offering a cascade of lavishly ripe, full-bodied, opulent fruit, soft tannins, and a voluptuous finish...99." WA 4/94.

523    9 bottles                    per lot $11,000-18,000

### Chateau Palmer 1961
*Margaux, Troisieme Cru Classe*
two top shoulder, one upper shoulder, one faded label, branding visible below foil

524    3 bottles                    per lot $3500-6000

### Chateau Palmer 1961
*Margaux, Troisieme Cru Classe*
*two bottom neck, two very top shoulder, two top shoulder, five faded labels*

525    6 bottles                    per lot $7000-12,000



Lot 523

**Chateau Palmer 1961**
*Margaux, Troisieme Cru Classe*
*four top shoulder, one just below top shoulder, one upper shoulder, five faded labels*
526     6 bottles                                    per lot $7000-12,000

**Chateau Trotanoy 1945**
*Pomerol*
*upper shoulder, nicked label*
"Nearly black in color, the 1945 Trotanoy offers a reticent but emerging nose of minerals, licorice and jammy plums. The wine is nearly impenetrable as well as frightfully tannic. With such amazing concentration and extract levels, there still remains the possibility that everything will weld together. If so, this wine could easily live for 100 years...95." WA 10/94.
527     1 bottle                                    per lot $1800-3000

**Chateau Trotanoy 1961**
*Pomerol*
*Parcel: lots 528-530*
"The 1961, which I have consistently rated between 96 and 100, is unquestionably the greatest Trotanoy in the post World War II era. The wine's saturated, thick, inky, plummy color reveals slight amber at the edge. The magnificent bouquet of jammy black-raspberries, smoke, cloves, tar, and caramel is a knockout...98." WA 10/94.
528     1 bottle                                    per lot $2000-3200
529     1 bottle                                    per lot $2000-3200
530     1 bottle                                    per lot $2000-3200

**Vieux Chateau Certan 1928**
*Pomerol*
*very top shoulder, nicked label, foil cut to reveal fully branded cork*
*Parcel: lots 531-532*
"Dark garnet, with noticeable rust/amber at the edge, the spicy, peppery, herbaceous, sweet, caramel, and black fruit-scented 1928 Vieux-Chateau-Certan possesses huge, chewy flavors, copious quantities of tannin, full body, and a rustic, astringent finish. Still in superb condition...96." WA 10/94.
531     1 magnum (1.5L)                      per lot $3000-5000
532     1 magnum (1.5L)                      per lot $3000-5000



**Vieux Chateau Certan 1947**
*Pomerol*
*two bottom neck, one top shoulder, one bin-soiled label, one torn label, two foils cut to verify vintage*
"A dazzling wine, which I have tasted a number of times over the years...it reveals a smoky, meaty, truffle, and blackcurrant-scented nose, as well as massive, chewy flavors loaded with glycerin, extract, and alcohol. It exhibits more amber at the edge than the 1948, but, wow, what a mouthful of wine! Like many 1947 Pomerols, its unctuosity and thickness make me wonder if a spoon would stand up in the glass without any support?...97." WA 10/94.
533     3 bottles                                    per lot $4200-6000

**Vieux Chateau Certan 1947**
*Pomerol*
*two top shoulder, one upper shoulder*
534     3 bottles                                    per lot $4200-6000

**Vieux Chateau Certan 1961**
*Pomerol*
*two very top shoulder, two top shoulder, two upper shoulder*
535     6 bottles                                    per lot $2200-3500

# Chateau d'Yquem



Gilles de Beauchene

**THE SPIRIT OF YQUEM**

More than four centuries of history are summed up in the words
"Château d'Yquem Lur-Saluces" found on every bottle of Yquem.
Wine lovers from around the world who come to visit the estate
often ask about the secret of this great wine. My initial, slightly
provocative reply is that there can be no answer, that the truth is
shrouded in mystery, and that we are dealing with one of nature's
enigmas. However, there are several logical explanations to offer.
One of them is undoubtedly the winemaking passion shared by the
family who owned the château for twelve generations. Another is
the unique terroir and carefully matched premium grape varieties.
Furthermore, Château d'Yquem's time-honoured vineyard manage-
ment and winemaking practices have an important role to play.
Last, but not least, there is the amazing alchemy brought about
by Botrytis cinerea, the remarkable fungus that, here in Sauternes
- and especially here alone - paradoxically transforms decay into
gold. Above and beyond these reasons, Château d'Yquem must
actually be smelled, tasted, and appreciated to understand its
magic. In doing so, one realises that this wine is - and will always
remain - a mystery. Perhaps this is the best way of summing up
the spirit of d'Yquem…

*Count Alexandre de Lur Saluces*

The next 42 lots represent some of the greatest sweet wines ever
made. They all come from Chateau Yquem, which is the greatest
producer of sweet wines in the world.

You cannot make a comparable statement about any other
Chateaux in Bordeaux. There are many great wines made in
Bordeaux. But only Chateau d'Yquem stands out as being the best
wine by far in its category for as long back as we care to look.

The only way to truly understand Yquem's greatness is to taste it.
Their wines are incredibly rich, dense and sweet and have nearly
unlimited ageing potential. The Lur Saluces have had a near fanati-
cal focus on quality. There is no such thing as a bad Chateau
d'Yquem; there are only different levels of greatness.

*Jeff Zacharia*

**CHATEAU D'YQUEM: 1811-1997**



Lot 536

### Chateau d'Yquem 1811

The consignor told us that this bottle came from a group of 18 bottles that emerged about 15 years ago . They had been sold to the British trade from a Scottish cellar of an English noble family.

### Chateau d'Yquem 1811
*Sauternes, Premier Cru Superieur*
*upper shoulder, bin-soiled label, nicked label,*
*hand-blown glass*
"... with its dark gold color, awesomely intense, sweet nose, unctuous, thick, fabulous flavor extraction, pinpoint precision, and a finish that lasted a minute or more, is the kind of wine on which Yquem's reputation is based. It was liquified creme brulee - an astonishing wine. Remember, this was the famous "year of the comet" vintage...100." WA 10/95.

536    1 bottle                    per lot $24,000-40,000

### Chateau d'Yquem 1862
*Sauternes, Premier Cru Superieur*
*top shoulder, bin-soiled and water-stained label, recorked in 1992*

537    1 bottle                    per lot $3000-5000

### Chateau d'Yquem 1865
*Sauternes, Premier Cru Superieur*
*very top shoulder, reconditioned at the Chateau in 1992*
"...Bouquet evolved beautifully in the glass; sweet, soft, delicate, perfect...showing its age on the nose, caramelized yet somehow correct...★★★★★." MB 9/98.

538    1 bottle                    per lot $6000-9000

### Chateau d'Yquem 1865
*Sauternes, Premier Cru Superieur*
*top shoulder, reconditioned at the Chateau in 1992*

539    1 bottle                    per lot $6000-9000

### Chateau d'Yquem 1870
*Sauternes, Premier Cru Superieur*
*top shoulder, reconditioned at the Chateau in 1990*

540    1 bottle                    per lot $4000-7000

### Chateau d'Yquem 1871
*Sauternes, Premier Cru Superieur*
*top shoulder, reconditioned at the Chateau in 1989*
"...rich though somewhat sharp bouquet...assertive, pasty flavour, backbone of acidity...★★★★★." MB 2/88.

541    1 bottle                    per lot $4000-7000

### Chateau d'Yquem 1893
*Sauternes, Premier Cru Superieur*
*upper shoulder, bin-soiled label, nicked label, original foil cork stamp partially legible*

542    1 bottle                    per lot $4000-7000

### Chateau d'Yquem 1900
*Sauternes, Premier Cru Superieur*
*bottom neck, reconditioned at the Chateau in 2000*
"...perfect richness and ripeness on the nose...full, fleshy, velvety, richly flavoured, perfect balance. Perfect now yet great future...★★★★★." MB 12/98.

543    1 bottle                    per lot $4000-7000

### Chateau d'Yquem 1900
*Sauternes, Premier Cru Superieur*
*very top shoulder, reconditioned at the Chateau in 1994*

544    1 bottle                    per lot $4000-7000

### Chateau d'Yquem 1900
*Sauternes, Premier Cru Superieur*
*mid shoulder, original capsule, partially branded cork visible*

545    1 bottle                    per lot $4000-7000

***Michael Broadbent on the 1921 d'Yquem vintage:***
*"Unquestionably the greatest vintage of the 20th century, Yquem in particular being legendary. Following the hottest summer since 1893, grapes were harvested with a tremendous high sugar content which, after fermentation, resulted in high levels of alcohol and residual sugar...★★★★★."*

### Chateau d'Yquem 1921
*Sauternes, Premier Cru Superieur*
*into neck, nicked label, crowned capsule, torn capsule, original capsule*
"A Colossus. Perhaps the most staggeringly rich Yquem of all time, certainly since the towering 1847... in my last five notes varying from fairly deep, at best a warm amber-gold, on one occasion reminding me of an old oloroso sherry, on another Bual Madeira-like, with a pronounced apple-green rim. The bouquet, very rich, honeyed of course, peachy, barley sugar (boiled and spun sugar), intense yet fragrant, 'custard cream', crème brulee yet again, but very true. On the palate from sweet to very sweet, depending I think on context, unquestionably rich, powerful, even assertive, great length and intensity, and supported by life-perserving acidity. One of life's sublime experiences...★★★★★." MB 12/00.

546    1 bottle                           per lot $3500-5500

### Chateau d'Yquem 1921
*Sauternes, Premier Cru Superieur*
*bottom neck, bin-soiled label, original capsule*

547    1 bottle                           per lot $3500-5500

### Chateau d'Yquem 1921
*Sauternes, Premier Cru Superieur*
*bottom neck, lightly bin-soiled label, nicked label, original capsule*

548    1 bottle                           per lot $3500-5500

### Chateau d'Yquem 1921
*Sauternes, Premier Cru Superieur*
*top shoulder, lightly bin-soiled label, nicked label, original capsule*

549    1 bottle                           per lot $3500-5500

### Chateau d'Yquem 1921
*Sauternes, Premier Cru Superieur*
*upper shoulder, torn label, reconditioned at the Chateau in 1989*

550    1 bottle                           per lot $3500-5500



Lots 537, 538, 540-543, 546, 552

**Chateau d'Yquem 1921**
*Sauternes, Premier Cru Superieur*
*mid shoulder, lightly bin-soiled label, nicked label, original capsule*
551     1 bottle                                    per lot $3500-5500

**Chateau d'Yquem 1928**
*Sauternes, Premier Cru Superieur*
*top shoulder, reconditioned at the Chateau in 2000*
"Tasted well over a dozen times in different contexts through the 1970s and 1980s, almost all 5-star though colour variation noted, from lemon gold to rich warm amber, but never as drk as the '29... The first of a pair of Sauternes vintages of outstanding quality but of different weight and style ★★★★★." MB
552     1 bottle                                    per lot $1700-2800

**Chateau d'Yquem 1929**
*Sauternes, Premier Cru Superieur*
*bottom neck*
"Sheer perfection on all but one... of several memorable occasions. To summarise, slight colour variation though mostly a deep, rich amber, some a rose-tinted tawny; peaches and cream ride uppermost, also apricote (sorry to drag this out again, but it is so apposite), peeled sultanas, sometimes slightly chocalatey, always richly penetrating. Also always sweet, never seeming dry out, its flavour being a concentration of all the fragrances just mentioned, with great length and exquisite aftertaste...★★★★★." MB
553     1 bottle                                    per lot $2600-4000

**Chateau d'Yquem 1939**
*Sauternes, Premier Cru Superieur*
*upper shoulder, wine-stained label, original capsule, sign of old seepage, branding on cork partially visible*
554     1 bottle                                    per lot $750-1100

**Chateau d'Yquem 1943**
*Sauternes, Premier Cru Superieur*
*just below top shoulder*
"... warm amber, orange-tinged; classic bouquet, very forthcoming; sweet enough, rich and positive, with fairly high volatile acidity (noted in 1984) merely uplifting its fragrance. Most recently... hefty old-fashioned style, bouquet and palate, sweet, good length and acidity. Last noted at the Rodenstock marathon, Sept 1998. At best ★★★★★." MB
555     1 bottle                                    per lot $900-1400

**Chateau d'Yquem 1947**
*Sauternes, Premier Cru Superieur*
*top shoulder*
"A refined Yquem blending wonderful finesse and terrific power. From a very good and famous vintage, this '47 is rich, ripe and sweet, yet more elegant than the '45. Offers caramel and tropical notes, racy botrytis-spiked acidity and a long, clean finish.--Yquem vertical...97." WS 5/99.
556     1 bottle                                    per lot $2000-3200

**Chateau d'Yquem 1949**
*Sauternes, Premier Cru Superieur*
*top shoulder*
"Over a dozen notes, lovely, soft, complete in the 1960s. Four lovely bottles in the 1970s and at peak of perfection in 1984. Rich bottle age and botrytis honey and apricots at Carre des Feuillants, Paris, in 1995. Most recently... paler but lovely; exquisitely floral, orange blossom bouquet; still sweet and fleshy, dry finish. A wine of style and charm. One of my top marks at Rodenstock's tasting in Munich, 1998... Last tasted... Sept 2000 ★★★★★." MB
557     1 bottle                                    per lot $1800-3000

**Chateau d'Yquem 1949**
*Sauternes, Premier Cru Superieur*
*top shoulder, bin-soiled label, water-stained label, capsule cut to reveal fully branded cork*
558     1 bottle                                    per lot $1800-3000

**Chateau d'Yquem 1955**
*Sauternes, Premier Cru Superieur*
*top shoulder*
"...hefty, classic, caramelized nose; sweet, full, complete, masked acidity, excellent finish. Last tasted at the Yquem marathon event in Munich, Sept 1998... ★★★★★." MB
559     1 bottle                                    per lot $700-1100

**Chateau d'Yquem 1959**
*Sauternes, Premier Cru Superieur*
*one bottom neck, one very top shoulder, one top shoulder, one wine-stained label*
"Most recently: a rich, apricot and lime blossom bouquet of great depth; sweet, powerful, its flesh and fat balanced by it excellent acidity. A hot, dry finish with a touch of caramel. Last noted... March 2002 ★★★★★." MB
560     3 bottles                                   per lot $3500-5500

**CHATEAU D'YQUEM 1967**
*Sauternes, Premier Cru Superieur*
*very top shoulder or better*
*Parcel: lots 561-562*
"From one of the 20th century's celebrated vintages for Yquem, this bottle stands up to all the hype—unforgettable for its purity, elegance, harmony, its "total" everything. Powerful, yet it seems weightless on the palate, almost defying gravity as it tangos around with its vanilla, peach and apricot flavors. Seamless, nearly endless finish. Easy to understand its reputation as the greatest Yquem of the last 35 years...100." WS 5/99.

| | | |
|---|---|---|
| 561 | 3 bottles | per lot $2400-3800 |
| 562 | 3 bottles | per lot $2400-3800 |

**CHATEAU D'YQUEM 1971**
*Sauternes, Premier Cru Superieur*
*bottom neck, bin-soiled label*

| | | |
|---|---|---|
| 563 | 1 magnum (1.5L) | per lot $900-1200 |

**CHATEAU D'YQUEM 1975**
*Sauternes, Premier Cru Superieur*
*bottom neck, two bin-soiled labels*
"...lovely, star-bright but still rather pale; attractive creamy bouquet, harmonious, fragrant, honey and barley sugar opening up in the glass; orange and peach blossom; very sweet, rich, full-bodied yet beautifully counterbalancing acidity. Soft, fleshy, peach-like flavour. Great class, great future... ★★★★(★)." MB 9/90.

| | | |
|---|---|---|
| 564 | 6 bottles | per lot $3000-4800 |

**CHATEAU D'YQUEM 1976**
*Sauternes, Premier Cru Superieur*
*bottom neck*
"This is silky and beautifully creamy in the mouth. Medium-bodied, there's nothing heavy or big here, just a sense of harmony. So ethereal, it's the sort of wine one could drink almost every night...96." WS 5/99.

| | | |
|---|---|---|
| 565 | 4 bottles | per lot $1300-2000 |

**CHATEAU D'YQUEM 1983**
*Sauternes, Premier Cru Superieur*
*into neck, one wine-stained label*
"The 1983 ranks among the most concentrated wines from this property over the last 25 years, with a staggering display of extract and a mind-boggling amount of glycerin...enormous, with huge, honeyed, pineapple, coconut, and caramel flavors, massive extract, and an unctuous quality barely framed by acidity and new oak...96." WA 8/93.

| | | |
|---|---|---|
| 566 | 4 bottles | per lot $1600-2400 |

**CHATEAU D'YQUEM 1986**
*Sauternes, Premier Cru Superieur*
*into neck*
"Several highly respected Bordeaux negociants who are d'Yquem enthusiasts had claimed the 1986 d'Yquem was the greatest wine produced at the property since the legendary 1937.... compellingly concentrated, its breadth as well as depth of flavor seemingly know no limits...98." WA 8/93.

| | | |
|---|---|---|
| 567 | 12 half-bottles (375ml) | per lot $1800-2400 |

**CHATEAU D'YQUEM 1986**
*Sauternes, Premier Cru Superieur*
*bottom neck*

| | | |
|---|---|---|
| 568 | 3 bottles | per lot $750-1100 |

**CHATEAU D'YQUEM 1988**
*Sauternes, Premier Cru Superieur*
*bottom neck*
"The 1988 is a more backward-styled Yquem, built along the lines of the extraordinary 1975. With a honeyed, smoky, orange/ coconut/ pineapple-scented nose, this powerful wine possesses full body, layers of highly concentrated, extracted flavors, considerable botrytis, and a sensational finish...99." WA 4/95.

| | | |
|---|---|---|
| 569 | 12 half-bottles (375ml) | per lot $1500-2000 |

**CHATEAU D'YQUEM 1988**
*Sauternes, Premier Cru Superieur*
*into neck*

| | | |
|---|---|---|
| 570 | 6 bottles | per lot $1400-2000 |

**Chateau d'Yquem**
*Sauternes, Premier Cru Superieur*
*bottom neck or better*
• **1989**                      half-bottles (3)
• **1989**                                (3)
571   above 3 half-bottles (375ml) &
      3 bottles                 per lot $1100-1500

**Chateau d'Yquem 1990**
*Sauternes, Premier Cru Superieur*
*bottom neck*
"...lots of elegance and finesse...Surprisingly well-integrated acidity, and a seamless, full-bodied power and richness have created a wine of remarkable harmony and purity. Certainly it is one of the richest Yquems I have ever tasted...99." WA 4/99.
572   3 half-bottles (375ml)      per lot $450-650

**Chateau d'Yquem 1990**
*Sauternes, Premier Cru Superieur*
*bottom neck, two water-stained labels*
573   12 bottles                per lot $3200-4200

**Chateau d'Yquem 1990**
*Sauternes, Premier Cru Superieur*
574   1 double magnum (3L)       per lot $1000-1600

**Chateau d'Yquem 1994**
*Sauternes, Premier Cru Superieur*
575   6 bottles                 per lot $600-900

**Chateau d'Yquem 1995**
*Sauternes, Premier Cru Superieur*
*two bin-soiled labels*
576   23 half-bottles (375ml)   per lot $1300-1900

**Chateau d'Yquem 1997**
*Sauternes, Premier Cru Superieur*
*owc*
"A sensational Yquem, 1997 may be this estate's finest effort since 1990. The 1997's light gold color is accompanied a gorgeous perfume of caramel, honeysuckle, peach, apricot, and smoky wood. Full-bodied and unctuously-textured, with good underlying acidity as well as loads of sweetness and glycerin...96." WA 4/03.
577   24 half-bottles (375ml)   per lot $1800-2600
578   12 bottles                per lot $1800-2600

**Sauternes**

**Chateau d'Arche Creme de Tete 1893**
*Sauternes, Deuxieme Cru Classe*
*top shoulder*
"Tasted November 2002. Deep caramel color to a lime rim. Very rich nose, a dry pina colada—molasses, coconut, pineapple, and lime. Incredibly rich and viscous on the palate but perfectly balanced by lemony acidity. Dramatically long finish, a standoff between sweetness and acidity. Sensational." FH
579   1 bottle                  per lot $800-1200

**Chateau Coutet Cuvee Madame 1988**
*Sauternes, Premier Cru Classe*
*bottom neck or better, owc*
"...luxuriantly rich layers of viscous, full-bodied flavors of creme brulee, peaches, apricots, and pears... This may turn out to be the most compelling of all the profound Cuvee Madames that have been made to date...99." WA 11/94.
580   12 bottles                per lot $2400-4000

**Chateau de Fargues 1967**
*Sauternes*
*three bottom neck, two very top shoulder, one top shoulder*
581   6 bottles                 per lot $1200-1800

**Chateau de Fargues**
*Sauternes*
*bottom neck or better*
• **1975**                                (1)
• **1989**                      half-bottles (5)
• **1990**                                (3)
582   above 5 half-bottles (375ml) &
      4 bottles                 per lot $550-800

**Chateau Gilette Creme de Tete**
*Sauternes*
*bottom neck*
• **1961**                                (1)
• **1967**                                (1)
• **1976**                                (1)
583   above 3 bottles           per lot $450-700

**Chateau Rieussec 1988**
*Sauternes, Premier Cru Classe*
*into neck*
584   4 bottles                 per lot $240-380

## RHONE

### Chateau Beaucastel

Beaucastel's history dates back to 1549, "Noble Pierre de Beaucastel" bought a barn with its land holdings, containing 25 sau-mees at Coudoulet. More than four centuries later, this remarkable domaine, known today as Chateau de Beaucastel, has been producing what most people acknowledge to be the finest wines of Chateauneuf-du-Pape.

In 1953 Jacques Perrin, son of chemical engineer and mathematics professor Peirre Perrin, took over the domain and intro-duced many innovations such as improved grape varietal, integrated pest control (after experiencing the ravages of phyllox-era), and a flash-heat exchanger.

The vineyards of Beaucastel are treated as a garden: no chemical fertilizer, no chemical weed killers or sprays are permit-ted. Organic fertilizer comes from compost and only a minimum of traditional sulpher-copper spray is used in the vineyards. At extremely low yields, each variety is harvested separarately to ensure optimum maturity. All grapes are culled by hand, destemmed, and flash-heated to transfer aromas and color while avoiding additional sulfer dioxide.

Each varietal is vinified separately to maintain its own character and originality. Each variety is carefully tasted before blend-ing, and then transferred to large oak barrels for 1 ½ yrs of aging. Without being fined or filtered, these blends need decant-ing after only a few years in the bottle.

In very exceptional years, beginning in 1989, a special cuvee in honor of Jean Pierre and Francois' father has been made, The Chateau de Beaucastel Hommage a Jacques Perrin is a special selection of the best of a great vintage, yielding small quantities of intensely ripe and concentrated wines "that are truly unforgettable- ... a modern classic." RP **Wines of the Rhone Valley**

---

**Chateauneuf du Pape**
**Chateau Beaucastel 1959**
*Rhone*
*one 3.5cm, one 4cm, bin-soiled labels*

| | | |
|---|---|---|
| 585 | 2 bottles | per lot $1200-1800 |

**Chateauneuf du Pape**
**Chateau Beaucastel 1966**
*Rhone*
*two 4.5cm, one 5cm, bin-soiled labels, one torn label*

| | | |
|---|---|---|
| 586 | 3 bottles | per lot $750-1200 |

**Chateauneuf du Pape**
**Chateau Beaucastel 1989**
*Rhone*
*seven 3cm, two 3.5cm*
"The wine's dark ruby/purple color reveals slight pink developing at the rim. Intense aromas of pepper, dried herbs, new saddle leather, spice box, truffles, Asian spices, and black currant/berry fruit are fol-lowed by a full-bodied, moderately tannic wine with superb concentration...95." WA 6/00.

| | | |
|---|---|---|
| 587 | 9 bottles | per lot $1000-1400 |

**Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel 1989**
*Rhone*
*2.5cm*
*Parcel: lots 588-591*
"...a profound wine. The dense, saturated, almost opaque black/purple color suggest super-ripeness and intensity...smoky aromas of minerals, licorice, black fruits, and even an intriguing floral component. The wine is exceptionally full-bodied and tannic, as well as awesomely concentrated and magnificently well-balanced...99." WA 2/96.

| | | |
|---|---|---|
| 588 | 6 bottles | per lot $2200-3000 |
| 589 | 6 bottles | per lot $2200-3000 |
| 590 | 6 bottles | per lot $2200-3000 |
| 591 | 6 bottles | per lot $2200-3000 |
| 592 | 1 magnum (1.5L) | per lot $800-1300 |

**Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel 1990**
*Rhone*
*1.5cm*
"It is a super-concentrated, mammoth-sized wine with black/purple color, and a huge, fragrant per-fume of smoked meat, black fruits, earth, and Asian spices. Muscular and tannic, with tremendous amounts of glycerin and concentration...100." WA 2/96.

| | | |
|---|---|---|
| 593 | 6 bottles | per lot $2600-4000 |

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1990**
*Rhone*
*2.5cm*
594    1 magnum (1.5L)                per lot $850-1300

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1994**
*Rhone*
595    3 bottles                      per lot $550-850

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1995**
*Rhone*
"...sweet, earthy fruit that oozes over the palate with extraordinary intensity and purity. The change in the 1995's blend gives the wine a more spice-driven, animal character, with the distinctive aged beef/Asian spice/smoked duck characteristics more exaggerated...96." WA 10/97.
596    12 bottles                     per lot $2400-3500

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1995**
*Rhone*
*one bin-soiled label*
597    12 bottles                     per lot $2400-3500

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1998**
*Rhone*
*two 6-pack owc's*
"...huge levels of glycerin, layers of succulent black cherry and berry fruit, gorgeous purity...herbs, saddle leather, coffee, truffles, and black cherry jam...97." WA 10/00.
598    12 bottles                     per lot $3200-4800

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1998**
*Rhone*
599    12 bottles                     per lot $3200-4800

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1998**
*Rhone*
*two wine-stained labels*
600    3 magnums (1.5L)               per lot $1700-2400

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1999**
*Rhone*
*owc*
"...represents the essence of Beaucastel's distinctive and atypical Mourvedre-dominated style...inky/black/purple color is accompanied by a fabulous perfume of licorice, smoke, truffles, tapenade, blackberries, and cassis...96+." WA 12/01.
601    12 bottles                     per lot $2400-3500

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 1999**
*Rhone*
*two 6-pack owc's*
602    12 bottles                     per lot $2400-3500

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 2000**
*Rhone*
*Parcel: lots 603-604*
*Parcel: lots 605-606*
"...sumptuous bouquet of melted licorice, creosote, new saddle leather, blackberry and cherry fruit as well as roasted meats. Sweet and full-bodied, with great intensity, huge power...97+." WA 2/03.
603    12 bottles                     per lot $2600-4000
604    12 bottles                     per lot $2600-4000
605    3 magnums (1.5L)               per lot $1300-2000
606    3 magnums (1.5L)               per lot $1300-2000

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 2001**
*Rhone*
*both lots: two 6-pack owc's*
*Parcel: lots 607-608*
"Full-bodied, excruciatingly backward, and nearly impenetrable, it boast an inky/blue/purple color in addition to a promising nose of new saddle leather, melted asphalt, camphor, blackberries, smoky, roasted herbs, and Asian spices...99+" WA 2/04.
607    12 bottles                     per lot $2600-4000
608    12 bottles                     per lot $2600-4000

**CHATEAUNEUF DU PAPE HOMMAGE A JACQUES PERRIN CHATEAU BEAUCASTEL 2001**
*Rhone*
*individual owc's*
609    3 magnums (1.5L)               per lot $1300-2000



Lot 610

### Domaine Bonneau

Bonneau is a Chateauneuf-du-Pape producer with two special cuvées - "Marie Beurrier" and "Reserve des Celestins" - with a cult following.

Bonneau is one of the myths in Châteauneuf-du-Pape. Hidden in his cellar like a hermit, he produces timeless wines with a very traditional style. Kept in oak tuns until their complete finishing, these wines evolve in a rare and unique way for the Châteauneuf-du-Pape appellation. Real examples of concentration in a silk glove, these nectars are the perfect illustration of the words "complexity" and "Châteauneuf-du-Pape"!

Henri Bonneau relys on shy-bearing old vines of Grenache for power and richness. Producing only 800-1000 cases of Reserve des Celestins, his top cuvee, which is a "formidable and massive wine (the biggest, most foreceful and powerful wine of the southern Rhone Valley)". His family has been in Chateauneuf-du-Pape since the late eighteenth century. RP **Wines of the Rhone Valley**

### Chateauneuf du Pape Cuvee des Celestins Marcel Bonneau 1962
*Rhone*
*3cm*
I was fortunate enough to taste this great rarity on November 2002. The color was brick garnet, with an amontillado rim not surprising given its age. The aromas were peppery/alcoholic, with an earthy sweet cherry character and a hint of stalk. The flavors were surprisingly powerful given the wine's color--very ripe, viscous, almost syrupy, with considerable tannic and alcoholic grip. The finish, too, was peppery, tannic, and alcoholic—a veritable middle-aged monster--but with time in the glass, gained a sweeter, port-like character. Intriguing, and outstanding. FH

| | | |
|---|---|---|
| 610 | 1 bottle | per lot $1300-2000 |

### Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1986
*Rhone*
*1cm or better, one stained vintage tag, one sign of old seepage*

| | | |
|---|---|---|
| 611 | 2 bottles | per lot $600-1000 |

### Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1988
*Rhone*
*1.5cm*
"This full-bodied, powerful yet structured Reserve des Celestins does not reveal the pure breadth and depth of flavor found in the 1989 and 1990, but comes across as a mature example of the 1995. Anticipated maturity: now-2025...96." WA 1/03

| | | |
|---|---|---|
| 612 | 6 bottles | per lot $2000-3200 |

### Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1989
*Rhone*
*1.5cm or better, one bin-soiled label, one capsule cut to verify vintage*
"Inching closer and closer to the celestial 1990, is the 1989. This cuvee was fabulous when tasted in Bonneau's cellars, but it closed down after bottling. Possibly even more powerful and tannic than the 1990, as well as more backward, the 1989 looks to be a great classic. It is a Reserve des Celestins to forget for another 3-8 years. It possesses all the characteristics of the 1990, but everything is packed into a more linear personality. Amazing stuff!...99." WA 1/03

| | | |
|---|---|---|
| 613 | 6 bottles | per lot $2800-4000 |

### Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1989
*Rhone*
*1.5cm or better*
*Parcel: lots 614–616*

| | | |
|---|---|---|
| 614 | 6 bottles | per lot $2800-4000 |
| 615 | 6 bottles | per lot $2800-4000 |
| 616 | 6 bottles | per lot $2800-4000 |

**Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1990**
*Rhone*
*one bin-soiled label, one nicked label, one torn label*
617   6 bottles                                    per lot $3200-5000

**Chateauneuf du Pape Cuvee Marie Beurrier Henri Bonneau 1990**
*Rhone*
*eight .5cm or better, one 1cm, one 1.5cm*
618   10 bottles                                   per lot $2600-4000

**Chateauneuf du Pape Cuvee Speciale Henri Bonneau 1990**
*Rhone*
*1cm or better*
*Parcel: lots 619-621*
"For the first time, Henri Bonneau produced a Cuvee Speciale in 1990. … Although too massive to drink now, it should become surprisingly civilized with aging. Sit on it for 7-10 years and drink it over the following two decades. For Rhone wine enthusiasts, it will likely become a collector's item worth its weight in gold. Anticipated maturity: 2001-2040….96." WA 6/96.
619   6 bottles                                    per lot $3200-4800
620   6 bottles                                    per lot $3200-4800
621   6 bottles                                    per lot $3200-4800

**Chateauneuf du Pape Cuvee Speciale Henri Bonneau 1990**
*Rhone*
*1.5cm or better, three stained labels, one capsule cut to verify vintage*
622   6 bottles                                    per lot $3200-4800

**Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1995**
*Rhone*
623   12 bottles                                   per lot $2800-4200

**Chateauneuf du Pape Reserve des Celestins Henri Bonneau 1995**
*Rhone*
*one stained vintage tag, two signs of seepage*
624   12 bottles                                   per lot $2800-4200

**Chateauneuf du Pape Cuvee Marie Beurrier Henri Bonneau 1995**
*Rhone*
*1.5cm*
625   6 bottles                                    per lot $700-1100

**Chateauneuf du Pape Cuvee des Celestins Henri Bonneau 1999**
*Rhone*
*oc*
*Parcel: lots 626-627*
"…reveals a notion of elegance (a word not often applied to Bonneau's wines), full body, excellent density, and moderately high tannin. It will require 4-5 years of cellaring, and should last for two decades. The tell-tale gamey nose of beef blood, smoked meats, herbs, and jammy red and black fruits continues throughout the taste and finish…" WA 12/01.
626   12 bottles                                   per lot $2400-3800
627   12 bottles                                   per lot $2400-3800

**Chateauneuf du Pape Henri Bonneau**
*Rhone*
• **Marie Beurrier 1989**                              (3)
   *two .5cm or better, one 1.5cm, lightly bin-soiled labels*
• **Cuvee Marie Beurrier 1991**                        (2)
   *one nicked label, one stained vintage tag, one sign of old seepage*
• **Reserve des Celestins 1992**                       (2)
   *one torn label*
628   above 7 bottles                              per lot $1100-1700

**Chateauneuf du Pape Les Cailloux Cuvee Centenaire Lucien et Andre Brunel 1990**
*Rhone*
*Parcel: lots 629-630*
629   6 bottles                                    per lot $1800-2800
630   6 bottles                                    per lot $1800-2800

**Chateauneuf du Pape Les Cailloux Cuvee Centenaire Lucien et Andre Brunel 2000**
*Rhone*
631   6 bottles                                    per lot $1000-1600
632   12 bottles                                   per lot $2000-3200

**Chateauneuf du Pape Les Cailloux Cuvee Centenaire Les Cailloux 2001**
*Rhone*
633   12 bottles                                   per lot $2000-3200

Lot 617

**Chapoutier**

Michel Chapoutier runs the 74 acre estate, Le Bernadine, which is planted entirely with 100% Granache vines, and vinified under the ethos of monocepage wine. As yield are restricted, these become the finest expression of terroir.

Michel's perception of quality, utilising the best of his grandfather's traditional techniques, has left an indelible stamp on vineyard management and winemaking at Chapoutier and his relentless study of the world around him leads to the discovery of the finest materials, the best practices and the people with whom he can share his standards.

Cultivated in accordance with Biodynamic farming practice and Michel Chapoutier's "savoir faire", the estate distinguishes itself by the concentration, suppleness and balance which the wines extol.

The silky tannins and long finish guarantee immense satisfaction when drinking now or wonderful promise for those who prefer a more mature style. RP **Wines of Rhone Valley**



**Cote Rotie La Mordoree Chapoutier 1991**
*Rhone*
"…I thought the 1991 Cote Rotie Cuvee La Mordoree to be in the same class as the great single vineyard Cote Roties made by Marcel Guigal (i.e., La Mouline, La Turque, and La Landonne). La Mordoree is more akin to La Mouline in its seductive, other wordly fragrance and layers of sweet, expansive velvety-textured fruit. only 400 cases were made of this saturated purple-colored wine. Its huge bouquet and spectacularly rich, layered personality offer an astonshing example of what low yields from a naturally farmed vineyard and an unfined, unfiltered winemaking philosophy can achieve…100." WA 6/94.

| 634 | 10 bottles | per lot $1800-3000 |
| 635 | 12 bottles | per lot $2200-3500 |

**Cote Rotie La Mordoree Chapoutier 1991**
*Rhone*
*one damp-stained label*

| 636 | 4 magnums (1.5L) | per lot $1500-2400 |

**Cote Rotie Mordoree Chapoutier 1999**
*Rhone*
"The 1999 Cote Rotie La Mordoree is the finest… produced….the color is an inkypurple, and the wine is dense and powerful, with notes of smoky blackberries, creosote, and espresso. Concentrated flavors reveal high levels of tannin…and a rich, long, 45 second finish…95." WA 4/02.

| 637 | 6 bottles | per lot $450-650 |

**Cote Rotie Mordoree Chapoutier 1999**
*Rhone*
*two 6-pack owc's*

| 638 | 12 bottles | per lot $900-1300 |

**Ermitage L'Ermite Blanc Chapoutier 1999**
*Rhone*

| 639 | 4 bottles | per lot $800-1200 |

**Chateauneuf du Pape Charvin 2000**
*Rhone*
"The glories at this estate are unquestionably their Chateauneuf du Papes…the 2000 Chateauneuf du Pape initially appears closed, but with 30 minutes of airing, it explodes from the glass…Voluptuously-textured and exceptionally long (the finish lasts 45+ seconds), with silky tannin, low acidity, and full body…it offers a gorgeous, seductive mouthful of old vine Chateauneuf du Pape. It will age effortlessly for 12-15 years. Readers who believe Chateauneuf du Pape can not be a wine of finesse and elegance should taste Charvin!…95." WA 2/03.

| 640 | 6 bottles | per lot $260-400 |
| 641 | 12 bottles | per lot $500-800 |

## JL Chave

Historically the origin of some of the longest lived red and white wines in France, Hermitage is only the size of a large chateau in Bordeaux. So powerful was their reputation that until the mid 19th century, the wines of Hermitage were sometimes blended into Bordeaux wines to strengthen them. Well before that practice was ended, the Chave name was prominent in the short list of top producers of Hermitage.

Today, Parker ranks Gerard Chave and his son Jean-Louis among the 'planet's greatest winemakers.' They produce 2000-3000 cases of Hermitage a year from vines that range between 50 and 85 years old. As young Jean-Louis takes over the 500 year tradition of winemaking, it does not seem that this young super-star will change viticultural or vinification practices that have produced some of the world greatest wines since 1481.

### Hermitage JL Chave 1970
*Rhone*
*one 2cm, two 3cm, two 3.5cm, one 4cm*
642     6 bottles                          per lot $2200-3500

### Hermitage JL Chave 1988
*Rhone*
*three 2cm, three 2.5cm, one lightly bin-soiled label*
643     6 bottles                          per lot $750-1100

### Hermitage JL Chave 1989
*Rhone*
*eleven 1.5cm or better, one 2cm, two bin-soiled labels, one wine-stained label, four nicked labels*
644     12 bottles                         per lot $2000-3000

### Hermitage JL Chave 1990
*Rhone*
"1990 is the Hermitage appellation's greatest vintage since 1978, and maybe since 1961. I have been tasting Chave's Hermitage since the great 1978 vintage, and the black-colored 1990 is unquestionably the most massive and concentrated wine he has yet produced...99." RP.
645     3 bottles                          per lot $800-1300

### Ermitage Cuvee Cathelin JL Chave 1990
*Rhone*
*1.5cm*
"The Cuvee Cathelin, more influenced by new oak than the classic cuvee, is a prodigious wine. Remarkable, the new oak takes a backseat to the wine's superb raw materials. The wine exhibits fabulous concentration, richness, intensity, and length, as well as a mind-boggling finish...99." RP.
646     1 bottle                           per lot $1300-2000

### Hermitage JL Chave 1991
*Rhone*
647     12 bottles                         per lot $1800-2600

### Ermitage Cuvee Cathelin JL Chave 1991
*Rhone*
"The 1991 is a sleeper. I suspect many readers have forgotten how spectacular this vintage was in the northern Rhone...98." WA 4/02.
648     1 bottle                           per lot $800-1300

### Ermitage Cuvee Cathelin JL Chave 1995
*Rhone*
*one scuffed label, one deteriorated label*
"The 1995 Hermitage Cuvee Cathelin, only the third vintage of this offering, is less aromatic than the cuvee classique. Rich and powerful, with a formidable tannin level in the finish, it possesses a saturated purple color, great purity of fruit, considerable mouthfeel and length but what a full-bodied, awesomely-endowed baby!...97." WA 10/97.
649     3 bottles                          per lot $1800-3000

### Hermitage JL Chave 1998
*Rhone*
"Exciting. Thick, rich texture with elegant, fresh blackberry flavors. Displays wonderful ripe fruit, and it takes a dig into the mineral soil to extract a balanced whole with an earthy subtext. Full-bodied, with a tannic but balanced and powerful finish...94." WS 6/01.
650     6 bottles                          per lot $480-700

### ERMITAGE CUVEE CATHELIN JL CHAVE 1998
*Rhone*
*Parcel: lots 651-652*
"...smoked licorice, blackberry, cassis, new saddle leather, and vanillin...extremely full-bodied and awesomely concentrated...mind-blowing levels of extract and density...98." WA 2/01.

| | | |
|---|---|---|
| 651 | 3 bottles | per lot $2400-3500 |
| 652 | 3 bottles | per lot $2400-3500 |

### HERMITAGE JL CHAVE 1999
*Rhone*
*Parcel: lots 653-654*
"...fabulous texture, purity, and sweetness...high tannin, remarkable rich, concentrated extract, and tell-tale Hermitage fruit characteristics (blackberries, cassis), minerals and spice...96." WA 4/02.

| | | |
|---|---|---|
| 653 | 12 bottles | per lot $1600-2400 |
| 654 | 12 bottles | per lot $1600-2400 |

### HERMITAGE JL CHAVE 1999
*Rhone*
*one lightly wine-stained label*

| | | |
|---|---|---|
| 655 | 2 magnums (1.5L) | per lot $550-800 |

### ERMITAGE CUVEE CATHELIN JL CHAVE 2000
*Rhone*
"...great length, palate presence, and structure...chocolatey, blackberry nose, huge intensity, and super elegance and finesse...96." WA 6/03.

| | | |
|---|---|---|
| 656 | 3 bottles | per lot $1800-2800 |

### HERMITAGE JL CHAVE
*Rhone*
*2cm or better*
- 1985 (1)
  *torn label*
- 1988 (3)
- 1995 (3)

| | | |
|---|---|---|
| 657 | above 7 bottles | per lot $900-1200 |

### CHATEAUNEUF DU PAPE RESERVE CLOS DU CAILLOU 1998
*Rhone*
*Parcel: lots 658-661*
"...reminiscent of a great Musigny from Comte de Vogue. However, no Burgundy would have such concentration, power, richness, and seamlessness at such a young age...Enormously-endowed, with a multilayered, prodigious mid-section, and blockbuster finish...unquestionably the finest wine I have ever tasted from this estate...99." WA 12/01.

| | | |
|---|---|---|
| 658 | 6 bottles | per lot $1000-1600 |
| 659 | 6 bottles | per lot $1000-1600 |
| 660 | 6 bottles | per lot $1000-1600 |
| 661 | 6 bottles | per lot $1000-1600 |

### CHATEAUNEUF DU PAPE RESERVE CLOS DU CAILLOU 2000
*Rhone*
*Parcel: lots 662-665*
"Possibly the wine of the vintage...wealth of fruit, power, and balance, amazing purity, and a sumptuous, 65-second finish are the stuff of legends...This is an enormous, well-delineated, superb wine...99." WA 2/03.

| | | |
|---|---|---|
| 662 | 6 bottles | per lot $1200-1800 |
| 663 | 6 bottles | per lot $1200-1800 |
| 664 | 6 bottles | per lot $1200-1800 |
| 665 | 6 bottles | per lot $1200-1800 |

### CHATEAUNEUF DU PAPE RESERVE CLOS DU CAILLOU 2001
*Rhone*
*owc*
"...one of the most monumental wines of this appellation I have ever tasted. A legendary effort...possesses awesome purity as well as layers of concentration, yet a seamless integration...it cuts a broad swath across the palate, yet is remarkably light on its feet. This amazing effort...is one of the strongest candidates for wine of the vintage in 2001...100." WA 2/04.

| | | |
|---|---|---|
| 666 | 6 bottles | per lot $1200-1800 |

### CHATEAUNEUF DU PAPE VIEILLES VIGNES DOMAINE DE MARCOUX 1989
*Rhone*
*three 3cm, one 3.5cm, two 4cm, bin-soiled labels, three chipped wax capsules, four signs of seepage*

| | | |
|---|---|---|
| 667 | 6 bottles | per lot $1500-2200 |

**Chateauneuf du Pape Vieilles Vignes**
**Domaine de Marcoux 1990**
*Rhone*
668   5 bottles                              per lot $1500-2200

**Chateauneuf du Pape Vieilles Vignes**
**Domaine de Marcoux 1998**
*Rhone*
*Parcel: lots 669-670*
669   6 bottles                              per lot $1500-2200
670   6 bottles                              per lot $1500-2400

**Cote Rotie Gangloff 1999**
*Rhone*
• **La Barbarine**                                    (6)
• **La Serie Noir**                                   (6)
671   above 12 bottles                        per lot $450-650

**Chateau Grillet Condrieu**

**Chateau Grillet Condrieu 1979**
*Rhone*
*two 3cm, three 3.5cm, two 4cm, three 4.5cm, one 6cm,*
*one 6.5cm*
672   twelve 700ml bottles                    per lot $600-900

**Chateau Grillet Condrieu 1997**
*Rhone*
673   12 bottles                              per lot $480-850

**Chateau Grillet Condrieu 1998**
*Rhone*
674   9 bottles                               per lot $450-700
675   12 bottles                              per lot $600-900

**Chateau Grillet Condrieu 1999**
*Rhone*
676   9 bottles                               per lot $450-700

**Chateau Grillet Condrieu**
*Rhone*
• **1996**                                            (9)
• **1997**                                            (9)
677   above 18 bottles                        per lot $700-1100

**Cote Rotie Guigal**

Guigal's vineyards are farmed organically and picked as late as possible for maximum maturity. Late harvest, low yields, minimal intervention, and no filtration combine to create super rich, fragrant wines, profound wine.

His very rare, and top three coveted vineyards and cuvees: La Landonne, La Mouline, and La Turque do not have case productions more than 800.

**Cote Rotie La Landonne Guigal**

"More like Brahms, coming from very steep terraces on the Cote Brune…..(La Landonne) with extroaordinary density and power, as well as a brooding backward-ness that is extremely imporessive, almost intimida-tion…clearly a wine for enthusiasts who have both patience and a good, cold cellar…" RP **Wines of the Rhone Valley**

**Cote Rotie La Landonne Guigal 1978**
*Rhone*
*1cm, capsule cut to verify vintage*
678   1 bottle                                per lot $750-1200

**Cote Rotie La Landonne Guigal 1983**
*Rhone*
*2.5cm, scratched label*
679   1 bottle                                per lot $350-550

**Cote Rotie La Landonne Guigal 1985**
*Rhone*
*Parcel: lots 681-682*
*1.5cm or better*
"Once again the darkest, thickest, most powerful, and formidably concentrated of Guigal's single-vine-yard Cote Roties…aromas of beef blood, vitamins (iron?), minerals, smoke, and truffles. Extremely thick, full-bodied, and massive, with noticeable tan-nin, this monster wine reveals no hard edges, but it does possess teeth-staining extract and power. It is a remarkable effort!…100." WA  8/96
680   2 bottles                               per lot $1200-1800
681   6 bottles                               per lot $3500-5500
682   6 bottles                               per lot $3500-5500

**Cote Rotie La Landonne Guigal 1985**
*Rhone*
*five 1.5cm or better, one 2.5cm, two bin-soiled labels,*
*three deteriorated labels, one torn capsule, one scuffed*
*label, three bin-soiled vintage tags*
683    6 bottles                    per lot $3500-5500

**Cote Rotie La Landonne Guigal 1985**
*Rhone*
*2.5cm or better, two bin-soiled labels, three deteriorated*
*labels*
684    6 bottles                    per lot $3500-5500

**Cote Rotie La Landonne Guigal 1988**
*Rhone*
*1.5cm or better, one wine-stained label*
"Guigal's Cote Roties, particularly the single vineyard
wines, are exceptional wines. They offer extraordi-
nary flavor intensity, impeccable purity and awesome
length and complexity...the wines spend nearly
three and one-half years in 100% new oak tells you
something about the level of extraction...the level
of fruit extraction in these wines literally soaks up
the oak, making them all the more structured and
complex...phenomenal concentration and marvelous
perfumes...100." WA 12/92.
685    2 bottles                    per lot $800-1200

**Cote Rotie La Landonne Guigal 1989**
*Rhone*
*1cm or better, one nicked label, two signs of old seepage*
686    3 bottles                    per lot $900-1300

**Cote Rotie La Landonne Guigal 1990**
*Rhone*
*1cm or better, one nicked label, one torn capsule*
687    3 bottles                    per lot $1400-2000

**Cote Rotie La Landonne Guigal 1991**
*Rhone*
688    3 bottles                    per lot $1200-1800

**Cote Rotie La Landonne Guigal 1995**
*Rhone*
"A full-bodied Syrah in an international-style that's
complex and seductive, layered with cinnamon,
toasted oak, plum, game, smoke, mi neral and black
fruit flavors. Turns massively tannic on the finish.
Balanced and elegant despite the obvious richness,
it's tempting on release, but needs a bit of time to
tame the tannins..." WS 11/99
689    12 bottles                   per lot $2400-3500

**Cote Rotie La Landonne Guigal 1998**
*Rhone*
"The 1998 Cote Rote La Landonne is a perfect wine...
its saturated black/purple color is accompanied by an
extraordinary nose of smoke, incense, tapenade, cre-
osote, blacberry, and currant aromas. Densely packed
with blackberry, truffle, chocolate, and leather-like
flavors, it possesses high tannin, but perfect har-
mony, impeccable balance, and gorgeous integration
of acidity, alcohol, and tannin. It is a tour de force in
winemaking...100." WA 4/02.
690    6 bottles                    per lot $1400-2000

**Cote Rotie La Landonne Guigal 1998**
*Rhone*
*owc*
691    12 bottles                   per lot $2800-4000

**Cote Rotie La Landonne Guigal 1999**
*Rhone*
*Parcel: lots 692-695*
"This wine is perfect. It is undoubtedly the greatest
vintage for Guigal since 1978...an ethereal lightness
of character, surreal aromatics, and a seamlessness
that is uncanny given the massive richness and lay-
ers of flavors this wine possesses. The explosive aro-
matics tend to be more exaggerated in 1999...100."
WA 4/02.
692    12 bottles                   per lot $4000-6000
693    12 bottles                   per lot $4000-6000
694    12 bottles                   per lot $4000-6000
695    12 bottles                   per lot $4000-6000

### COTE ROTIE LA MOULINE GUIGAL

"La Mouline is the most supple and seductive of Guigal's single vineyard treasures…this cuvee with the highest percentage of Viognier…from a distance, the vines look as if they are sitting in a natural Roman arena with concave slopes and terraces of vines with a full southerly exposition…it is Guigal's goal to make La Mouline the most silky, elegant, and complex of his Cote Roties…La Mouline is the Mozart of the Guigal portfolio." RP **Wines of the Rhone Valley**

### COTE ROTIE LA MOULINE GUIGAL 1971
*Rhone*
*2cm, torn label and vintage tag*
696    1 bottle                                              per lot $800-1200

### COTE ROTIE LA MOULINE GUIGAL 1971
*Rhone*
*one 2cm, one 3.5cm, one torn label, one torn vintage tag, one torn capsule*
697    2 bottles                                            per lot $1600-2400

### COTE ROTIE LA MOULINE GUIGAL 1976
*Rhone*
698    3 bottles                                            per lot $2200-3000

699    No Lot

### COTE ROTIE LA MOULINE GUIGAL 1978
*Rhone*
*two lightly corroded capsules*
"…one of the most thrilling wines I could ever drink…it is the quintessential expression of Guigal's La Mouline…It overloads the olfactory senses. On the palate, this wine reveals unreal concentration, layers of thick, juicy fruit, beautifully integrated acidity and tannin, and a sumptuous finish that lasts for more than a minute. This seamless beauty is one of the greatest wines made in this century. If I were forced to drink just one wine … let it be this!…100." WA 5/96.
700    3 bottles                                            per lot $2800-4000

### COTE ROTIE LA MOULINE GUIGAL 1982
*Rhone*
701    1 bottle                                              per lot $400-600

### COTE ROTIE LA MOULINE GUIGAL 1983
*Rhone*
*Parcel: lots 702-703*
"Extremely full-bodied and sturdy, with notice-able tannin, this husky, powerful, concentrated La Mouline is less seductive than many vintages. In fact, in 1983, it behaves more like La Landonne… the tannin is clearly falling away in the 1983 La Mouline. There is still a wealth of fruit remaining…100." WA 6/96.
702    3 bottles                                            per lot $1300-1800
703    3 bottles                                            per lot $1300-1800

### COTE ROTIE LA MOULINE GUIGAL 1988
*Rhone*
*Parcel: lots 704-705*
"Guigal's Cote Roties, particularly the single vineyard wines, are exceptional wines. They offer extraordi-nary flavor intensity, impeccable purity and awesome length and complexity…the wines spend nearly three and one-half years in 100% new oak tells you something about the level of extraction…the level of fruit extraction in these wines literally soaks up the oak, making them all the more structured and complex…phenomenal concentration and marvelous perfumes…100." WA 12/92.
704    3 bottles                                            per lot $1400-1800
705    3 bottles                                            per lot $1400-1800

### COTE ROTIE LA MOULINE GUIGAL 1990
*Rhone*
*Parcel: lots 706-707*
"The super-concentrated 1990 La Mouline is closer in style to the other-worldly 1988 than I would have thought. Extremely rich, with a huge, bacon fat, toasty, cassis, and floral-scented nose, as well as phenomenally rich flavors, it is a wine known for its voluptuousness and extraordinary intensity…99." WA 6/94.
706    6 bottles                                            per lot $2400-3500
707    6 bottles                                            per lot $2400-3500

### Cote Rotie La Mouline Guigal 1991
*Rhone*
*Parcel: lots 708-710*
"The 1991 La Mouline appears to be another perfect
wine in the making, with a staggering bouquet of
violets, bacon fat, sweet cassis fruit, and toasty oak.
The wine exhibits superb density. It is tasting even
richer and more concentrated than it did during its
first several years of life. With 8% Viognier in the
blend and made from extremely low yields (only 400
cases produced), it is a phenomenal wine…98-100."
WA 6/94.

| | | |
|---|---|---|
| 708 | 6 bottles | per lot $2400-3600 |
| 709 | 6 bottles | per lot $2400-3500 |
| 710 | 6 bottles | per lot $2400-3500 |

### Cote Rotie La Mouline Guigal 1994
*Rhone*
*two wine stained vintage tags, three signs of seepage*

| | | |
|---|---|---|
| 711 | 9 bottles | per lot $1400-1800 |

### Cote Rotie La Mouline Guigal 1995
*Rhone*
*owc*

| | | |
|---|---|---|
| 712 | 12 bottles | per lot $2400-3500 |

### Cote Rotie La Mouline Guigal 1996
*Rhone*
*one 6-pack owc*

| | | |
|---|---|---|
| 713 | 12 bottles | per lot $1800-2400 |

### Cote Rotie La Mouline Guigal 1997
*Rhone*
"It boasts a striking bouquet of roasted coffee,
jammy, over-ripe black fruits, smoke, bacon fat, and
new oak. This is a gorgeously-proportioned, volup-
tuously-textured, low acid wine. Its balance is virtu-
ally perfect… 95-98." WA.

| | | |
|---|---|---|
| 714 | 2 bottles | per lot $320-500 |
| 715 | 12 bottles | per lot $2000-3000 |

### Cote Rotie La Mouline Guigal 1998
*Rhone*
*two 6-pack owc's*
*Parcel: lots 716-717*
"…jammy blackberry, currant, and cherry fruit inter-
mixed with honeysuckle/apricot liqueur. Exceptionally
seamless, full-bodied, and voluptuously-textured, with
extraordinary flavors…96-100." WA 2/01.

| | | |
|---|---|---|
| 716 | 12 bottles | per lot $2600-3800 |
| 717 | 12 bottles | per lot $2600-3800 |

### Cote Rotie La Mouline Guigal 1999
*Rhone*
*owc*
*Parcel: lots 718-719*
"This wine is perfect. It is undoubtedly the greatest
vintage for Guigal since 1978. Take all the characteris-
tics I described for the wines in 1998 and 1997, then
add an ethereal lightness of character, surreal aromat-
ics, and a seamlessness that is uncanny given the mas-
sive richness and layers of flavors this wine possesses.
The explosive aromatics tend to be more exaggerated
in 1999…In short, Guigal has performed a classic hat
trick in 1999 with his La La's…100." WA 4/02.

| | | |
|---|---|---|
| 718 | 12 bottles | per lot $4000-6000 |
| 719 | 12 bottles | per lot $4000-6000 |

### Cote Rotie La Mouline Guigal 1999
*Rhone*
*two 6-pack owc's*

| | | |
|---|---|---|
| 720 | 12 bottles | per lot $4000-6000 |

### Cote Rotie La Turque Guigal

"The newest star in the Guigal constellation, La Turque
represents a synthesis in style between La Mouline
and La Landonne. It comes from the Cote Brune, but
the vineyard is far closer to the Cote Blonde than La
Landonne…In many respects, it tastes as if it wants
to be the Rhones's answer to Burgundy's great duo
of grand cru vineyards, Richebourg and Musigny…RP
**Wines of the Rhone Valley**

### Cote Rotie La Turque Guigal 1985
*Rhone*
*Parcel: lots 721-722*

| | | |
|---|---|---|
| 721 | 3 bottles | per lot $1800-2800 |
| 722 | 3 bottles | per lot $1800-2800 |

**COTE ROTIE LA TURQUE GUIGAL 1985**
*Rhone*
*1.5cm or better, one bin-soiled label*
"The debut vintage for this wine was especially impressive in view of the fact that the vineyard was so young…The nose explodes from the glass, revealing scents of jammy black fruits, licorice, lead pencil, and smoke. Sweet, thick, highly concentrated flavors contain enough acidity and soft wood tannin to give the wine a well-focused feel…100." WA 8/96.

723  6 bottles                        per lot $3500-5500

**COTE ROTIE LA TURQUE GUIGAL 1985**
*Rhone*
*2cm or better, one bin-soiled label, one scuffed label, one torn label*

724  6 bottles                        per lot $3500-5500

**COTE ROTIE LA TURQUE GUIGAL 1985**
*Rhone*
*low shoulder, deteriorated label*

725  6 bottles                        per lot $3500-5500

**COTE ROTIE LA TURQUE GUIGAL 1988**
*Rhone*
*Parcel: lots 726-727*
"Guigal's Cote Roties, particularly the single vineyard wines, are exceptional wines. They offer extraordinary flavor intensity, impeccable purity and awesome length and complexity…the wines spend nearly three and one-half years in 100% new oak tells you something about the level of extraction…the level of fruit extraction in these wines literally soaks up the oak, making them all the more structured and complex…phenomenal concentration and marvelous perfumes…100." WA 12/92.

726  6 bottles                        per lot $2600-4000
727  6 bottles                        per lot $2600-4000

**COTE ROTIE LA TURQUE GUIGAL 1994**
*Rhone*
*two signs of seepage*

728  9 bottles                        per lot $1400-1800

**COTE ROTIE LA TURQUE GUIGAL 1997**
*Rhone*
"…flirts with perfection. The color is a saturated purple and the wine exhibits a smoky, Asian spice, creme de cassis character with roasted meat, licorice, and melted road tar scents. Full-bodied and long, with low acidity, it will be undeniably appealing and complex when young…96-98." WS 10/99.

729  11 bottles                        per lot $1800-2800

**COTE ROTIE LA TURQUE GUIGAL 1998**
*Rhone*
*two 6-pack owc's*
"The 1998 Cote Rotie La Turque may end up being a perfect wine. Its smoky black fruits intermixed with licorice, roasted meats, cassis, and flowers create an explosive, exotic perfume. The wine reveals considerable tannin, immense structure, and potentially legendary depth as well as intensity…98." WA 4/02.

730  12 bottles                        per lot $2600-3800

**COTE ROTIE LA TURQUE GUIGAL 1998**
*Rhone*
*owc*

731  12 bottles                        per lot $2600-3800

**COTE ROTIE LA TURQUE GUIGAL 1999**
*Rhone*
*owc*
*Parcel: lots 732-734*

732  12 bottles                        per lot $4000-6000
733  12 bottles                        per lot $4000-6000
734  12 bottles                        per lot $4000-6000

**COTE ROTIE GUIGAL 1999**
*Rhone*
• **LA LANDONNE**                        (12)
   *owc*
• **LA MOULINE**                        (12)
   *two 6-pack owc's*
• **LA TURQUE**                        (12)

735  above 36 bottles        per lot $12,000-18,000

**CONDRIEU LA DORIANE GUIGAL**
*Rhone*
• **1996**                        (3)
• **1998**                        (6)
• **1999**                        (2)

736  above 11 bottles        per lot $380-600

**COTE ROTIE GUIGAL**
*Rhone*
- **LA MOULINE 1996** (1)
- **LA TURQUE 1996** (1)
- **LA LANDONNE 1997** (2)

737  above 4 bottles          per lot $650-950

**HERMITAGE LA CHAPELLE JABOULET**

"The increasing fame of the firm's stupendous Hermitage La Chapelle is not difficult to understand ... It is an almost immortal wine in terms of longevity and from the perspectives of quality and complexity is equaled only by several dozen or so Bordeaux crus classes, a half dozen or so Burgundies, and an equal number of other red Rhones...

... Much of the enormous impact this wine makes on the palate has simply to do with its fabulous layers of fruit, which comes from vines that average 40 years of age and grow in the granite soil of Le Meal and Les Bessards. Approximately 7,500-8,500 cases of Hermitage La Chapelle are made in an abundant vintage, not nearly enough to satisfy the thirst of increasing numbers of foreign clients who are this wine's biggest fans." RP **Wines of the Rhone Valley**

**HERMITAGE LA CHAPELLE JABOULET 1959**
*Rhone*
*3cm, bin-soiled label*
738  1 bottle          per lot $1500-2400

**HERMITAGE LA CHAPELLE JABOULET 1959**
*Rhone*
*3.5cm, bin-soiled label*
739  1 bottle          per lot $1500-2400

**HERMITAGE LA CHAPELLE JABOULET 1959**
*Rhone*
*4cm, bin-soiled label*
740  1 bottle          per lot $1500-2400

**HERMITAGE LA CHAPELLE JABOULET 1959**
*Rhone*
*one 3.5cm, one 4cm, one 6cm, bin-soiled labels*
741  3 bottles          per lot $4500-7000

**HERMITAGE LA CHAPELLE JABOULET 1961**
*Rhone*
*2cm*
"This is unquestionably one of the greatest wines made in the twentieth century. In the two dozen tastings where I have had the 1961 La Chapelle, I rated it 100 points twenty times...Extremely unctuous, with compelling concentration and purity, this full-bodied, seamless, mouthfilling 1961 is truly immortal. It still possesses a freshness and vigor that defy its nearly forty years of age...Prodigious stuff!...100." WA 6/00
742  1 bottle          per lot $3000-5000

**HERMITAGE LA CHAPELLE JABOULET 1961**
*Rhone*
*2cm, missing neck label*
743  1 bottle          per lot $3000-5000

**HERMITAGE LA CHAPELLE JABOULET 1961**
*Rhone*
*4.5cm, nicked label*
744  1 bottle          per lot $3000-5000

**HERMITAGE LA CHAPELLE JABOULET 1961**
*Rhone*
*6cm, nicked label*
745  1 bottle          per lot $3000-5000

**HERMITAGE LA CHAPELLE JABOULET 1961**
*Rhone*
*2.5cm, foil cut to reveal stamped cork*
*Parcel: lots 746-747*
746  1 magnum (1.5L)          per lot $8000-13,000
747  1 magnum (1.5L)          per lot $8000-13,000

**HERMITAGE LA CHAPELLE JABOULET 1964**
*Rhone*
*3.5cm*
748  3 half-bottles (375ml)          per lot $600-900

**HERMITAGE LA CHAPELLE JABOULET 1966**
*Rhone*
*one 2cm, two 2.5cm, two bin-soiled labels, two deteriorated labels, one sign of seepage*
749  3 bottles          per lot $1800-2800

**Lots 738, 743 and 746**






**HERMITAGE LA CHAPELLE JABOULET 1970**
*Rhone*
*two 1cm, one 1.5cm*

| | | |
|---|---|---|
| 750 | 3 bottles | per lot $750-1200 |

**HERMITAGE LA CHAPELLE JABOULET 1978**
*Rhone*
*2cm or better*
*Parcel: lots 751-752*
"Opaque plum/garnet-colored, with a fabulously sweet, youthful bouquet of licorice, incense, smoked meats, pepper, and blackberry/cassis fruit, the full-bodied 1978 La Chapelle is extremely young with astonishing vigor, velvety tannin, and a full-bodied, multi-dimensional, layered personality...100." WA 6/00.

| | | |
|---|---|---|
| 751 | 3 bottles | per lot $1500-2600 |
| 752 | 3 bottles | per lot $1500-2400 |
| 753 | 6 bottles | per lot $3000-5000 |

**HERMITAGE LA CHAPELLE JABOULET 1978**
*Rhone*
*2cm, bin-soiled label, torn label*

| | | |
|---|---|---|
| 754 | 1 magnum (1.5L) | per lot $1200-2000 |

**HERMITAGE LA CHAPELLE JABOULET 1988**
*Rhone*

| | | |
|---|---|---|
| 755 | 6 bottles | per lot $400-600 |

**HERMITAGE LA CHAPELLE JABOULET 1989**
*Rhone*
*2cm or better*

| | | |
|---|---|---|
| 756 | 6 bottles | per lot $700-1100 |
| 757 | 12 bottles | per lot $1400-2200 |

**HERMITAGE LA CHAPELLE JABOULET 1990**
*Rhone*
*Parcel: lots 758-759*
"... sexy and opulent... modern day equivalent of the 1961, it deserves all the attention it has garnered... aromas of incense, smoke, blackberry fruit, cassis, barbecue spice, coffee, and a touch of chocolate... extraordinary freshness for such a mammoth wine in addition to abundant tannin, an amazing 60-second finish, and a level of glycerin and thick, fleshy texture that have to be tasted to be believed...100." WA 6/00.

| | | |
|---|---|---|
| 758 | 6 bottles | per lot $1500-2400 |
| 759 | 6 bottles | per lot $1500-2400 |

**HERMITAGE LA CHAPELLE JABOULET 1990**
*Rhone*
*two signs of seepage*
*Parcel: lots 760-760A*

| | | |
|---|---|---|
| 760 | 6 bottles | per lot $1500-2400 |
| 760A | 6 bottles | per lot $1500-2400 |

**HERMITAGE LA CHAPELLE JABOULET 1990**
*Rhone*
*one .5cm, one 1.5cm, one sign of seepage*

| | | |
|---|---|---|
| 761 | 2 magnums (1.5L) | per lot $1000-1600 |

**HERMITAGE LA CHAPELLE JABOULET 1990**
*Rhone*
*three 1.5cm, three 2.5cm, three bin-soiled labels, three wine-stained labels, one capsule cut to verify vintage, two signs of seepage*

| | | |
|---|---|---|
| 762 | 6 magnums (1.5L) | per lot $3000-4800 |

**HERMITAGE LA CHAPELLE JABOULET**
*Rhone*
• 1996                                          magnum (1)
• 1998                                                    (6)

| | | |
|---|---|---|
| 763 | above 6 bottles & | |
| | 1 magnum (1.5L) | per lot $380-550 |

**CHATEAUNEUF DU PAPE RESERVE**
**DOMAINE DE LA VIEILLE JULIENNE 2000**
*Rhone*
*6-pack owc*
"The potentially perfect 2000 Chateauneuf du Pape Reserve boasts a dense ruby/purple color as well as a phenomenal bouquet of blackberry and blueberry jam combined with pepper, a hint of garrigue, and minerals. This massively constituted, full-bodied effort possesses huge amounts of glycerin in addition to a staggeringly concentrated, multilayered attack and mid-palate. The sumptuous finish lasts for nearly a minute...98-100." WA 12/01.

| | | |
|---|---|---|
| 764 | 6 bottles | per lot $750-1000 |

**CHATEAUNEUF DU PAPE RESERVE**
**DOMAINE DE LA VIEILLE JULIENNE 2000**
*Rhone*
*two 6-pack owc's*

| | | |
|---|---|---|
| 765 | 12 bottles | per lot $1500-2000 |

**Chateauneuf du Pape VV**
**Domaine de la Vieille Julienne 2000**
*Rhone*
*two 6-pack owc's*
"…sumptuous perfume of creme de cassis, kirsch liqueur, licorice, plums, minerals, and smoke. Mammoth in the mouth, but surprisingly structured and tannic…97." WA 2/03.

766    12 bottles                    per lot $1000-1500

**Chateauneuf du Pape VV**
**Domaine de la Vieille Julienne 2000**
*Rhone*
*two 6-pack owc's*
767    12 bottles                    per lot $1000-1500

**Chateauneuf du Pape Cuvee de la Reine des Bois Mordoree 1998**
*Rhone*
768    6 bottles                     per lot $850-1300

**Chateauneuf du Pape Cuvee de la Reine des Bois Mordoree 2000**
*Rhone*
*Parcel: lots 769-770*
"The flagship wine remains Mordoree's remarkable Chateauneuf du Pape Cuvee de la Reine des Bois. The 2000 boasts an inky purple color in addition to a ravishing perfume of wood smoke, creme de cassis, blueberries, plums, figs, and a hint of graphite. Full-bodied, with sweet tannin, a layered richness, staggering ripeness, and a finish that lasts for nearly 50 seconds…97." WA 2/03.

769    12 bottles                    per lot $1400-1900
770    12 bottles                    per lot $1400-1900

**Chateauneuf du Pape Reine des Bois Mordoree 2001**
*Rhone*
"A modern day legend, it is an example of what progressive winemaking can achieve without abandoning the traditions of the appellation…100." WA 2/04.

771    6 bottles                     per lot $1100-1700

**Cote Rotie Cuvee Belle Helene**
**Michel Ogier 1999**
*Rhone*
*6-pack owc*
772    6 bottles                     per lot $1700-2400

**Pegau**
"The 32 acre estate of Laurence Feraud and her father, Paul, produces one of Chateauneuf du Pape's most majestic, old style, robust, superconcentrated, blockbuster wines. Not surprisingly, Paul Feraud was a high school classmate and chum of Henri Bonneau, and they remain dear friends to this day. I suppose that it is not just a coincidence that of all the wines of Chateauneuf du Pape, Pegau's Cuvee Reservee and Cuvee Laurence come closest to achieving the same glory as Henri Bonneau's Cuvee des Celestins…I have long been a huge fan of this estate, and have put my money where my mouth is, having purchased all of Pegau's vintages since 1979…These wines are made from physiologically ripe grapes, low yields, and are left to sit on their lees until Paul and Laurence, father and daughter team, decide, it is time to bottle…This is winemaking with no compromises."

*RP* **Wines of the Rhone Valley**

**Chateauneuf du Pape Cuvee Reserve**
**Pegau 1990**
*Rhone*
*2cm or better, one sign of old seepage*
773    4 bottles                     per lot $400-600

**Chateauneuf du Pape Cuvee de Capo**
**Pegau 1998**
*Rhone*
*6-pack owc*
*Parcel: lots 774-775*
"The aromas begin slowly, but then roar from the glass like an out-of-control locomotive, offering up a smorgasbord of candied black fruits, pepper, garrigue, earth, and truffles. Enormously thick and rich, but, amazingly, not heavy, this blockbuster, full-bodied Chateauneuf du Pape is still youthful, but should age gracefully for three decades…100." WA 12/01.

774    6 bottles                     per lot $1200-1900
775    6 bottles                     per lot $1200-1900

**Chateauneuf du Pape Cuvee de Capo**
**Pegau 1998**
*Rhone*
*Parcel: lots 776-777*
776    6 bottles                     per lot $1200-1900
777    6 bottles                     per lot $1200-1900
778    1 magnum (1.5L)               per lot $500-800

**Chateauneuf du Pape Cuvee Capo Pegau 2000**
*Rhone*
*6-pack owc*
"...has virtually everything you could ever want in
a profound Chateauneuf du Pape. The color is inky/
ruby/purple to the rim...On the palate, the wine is
enormous, with unctuosity, thickness, and the purity
that must be tasted to be believed...Representing
the essence of Chateauneuf du Pape, it possesses
so much concentration that it is easy to pose the
question..."where's the tannin?"...This is a modern
day legend in the making...100." WA 2/04.

| | | |
|---|---|---|
| 779 | 6 bottles | per lot $1200-1800 |

**Chateauneuf du Pape Cuvee Capo Pegau 2000**
*Rhone*
*6-pack owc*
*Parcel: lots 780-782*

| | | |
|---|---|---|
| 780 | 6 bottles | per lot $1200-1800 |
| 781 | 6 bottles | per lot $1200-1800 |
| 782 | 6 bottles | per lot $1200-1800 |

**Chateauneuf du Pape Cuvee Capo Pegau 2000**
*Rhone*
*one 3-pack owc*

| | | |
|---|---|---|
| 783 | 5 magnums (1.5L) | per lot $2000-3000 |



Lots 784, 787 and 791

**Chateau Rayas**

"The wines from this extraordinary estate run by the
eccentric and charmingly devilish Jacques Reynaud
have given me some of the greatest tasting experiences
of my life. In my personal collection there are a few
wines with which I would never part. Amoung the few
"untouchables" are the finest vintages of Rayas. In great
vintages, Rayas reaches a level of sumptuousness and
extraordinary intensity, allied with an opulence in tex-
ture and flavor, that can even humble a great Bordeaux
or Burgundy...Chateau Rayas is the antitheses of mod-
ern-day winemaking. No stainless steel, no temperature
controls, no new oak, and no oenologists are to be
found in the Rayas cellar, which contains a hodgepodge
of barrels, demi-muids, and foudres...Chateau Rayas is a
56 acre estate, of which 37 acres are in vine. From those
37 acres, less than 3,000 cases of Chateauneuf-du-Pape
are produced...readers can understand just how small
the yields are at Rayas...As limited in quantity as Rayas
and its vinous siblings tend to be, it would be a shame
to go through life without tasting at least one great
vintage of this prodigious wine."

*RP Wines of the Rhone Valley*

**Chateauneuf du Pape Reserve Rayas 1969**
*Rhone*
*1cm*
*Parcel: lots 784-785*
"At its apogee, the 1969 Rayas is in better condi-
tion than either the 1971 or 1976. A smoky, com-
plex, Asian spice, bouquet is followed by an equally
intriguing wine with full body, a broad layer of
sweet fruit, full body, and a sumptuous finish. This is
a joy to drink." RP 7/86.

| | | |
|---|---|---|
| 784 | 1 bottle | per lot $700-1000 |
| 785 | 1 bottle | per lot $700-1000 |

**Chateauneuf du Pape Reserve Rayas 1969**
*Rhone*
*1.5cm, torn label*

| | | |
|---|---|---|
| 786 | 1 bottle | per lot $700-1000 |

**Chateauneuf du Pape Reserve Rayas 1971**
*Rhone*
*2cm*
"Medium ruby with a great deal of brown at the
edge, the 1971 Rayas has been fully mature since
1978. Broad, expansive, sweet, plummy fruit is very
appealing. Ripe and round..." RP 7/86.

| | | |
|---|---|---|
| 787 | 1 bottle | per lot $700-1000 |

**Chateauneuf du Pape Reserve Rayas 1971**
*Rhone*
*2.5cm*
*Parcel: lots 788-789*

| | | |
|---|---|---|
| 788 | 1 bottle | per lot $700-1000 |
| 789 | 1 bottle | per lot $700-1000 |

**Chateauneuf du Pape Reserve Rayas 1971**
*Rhone*
*3cm*

| | | |
|---|---|---|
| 790 | 1 bottle | per lot $700-1000 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1978**
*Rhone*
*one 1cm, two 1.5cm, one torn label, one sign of seepage*

| | | |
|---|---|---|
| 791 | 3 bottles | per lot $1800-3000 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1978**
*Rhone*
*one 2cm, one 2.5cm, one 3.5cm, one torn label, two signs of seepage*

| | | |
|---|---|---|
| 792 | 3 bottles | per lot $1800-3000 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1981**
*Rhone*

| | | |
|---|---|---|
| 793 | 5 bottles | per lot $1500-2400 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1983**
*Rhone*
*3cm, sign of seepage*

| | | |
|---|---|---|
| 794 | 1 bottle | per lot $260-400 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1988**
*Rhone*

| | | |
|---|---|---|
| 795 | 3 bottles | per lot $600-900 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1989**
*Rhone*
*both lots: 2cm, one bin-soiled label, two signs of seepage*
*Parcel: lots 796-797*
"...dark ruby-colored wine exhibits plenty of roasted herb notes intermixed with scents of tobacco, sweet creme de cassis, and kirsch...97." WA 1/03.

| | | |
|---|---|---|
| 796 | 6 bottles | per lot $2000-3000 |
| 797 | 6 bottles | per lot $2000-3000 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1990**
*Rhone*
*.5cm or better, one bin-soiled label, one torn label, two foils cut to reveal stamped cork, one missing capsule*
"...spectacular extract and density. Low in acidity and unbelievably sumptuous...The quintessential Rayas, it is one of the most hedonistic and compelling wines ever made...100." WA 6/00.

| | | |
|---|---|---|
| 798 | 6 bottles | per lot $3000-4500 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1990**
*Rhone*
*2.5cm or better, one bin-soiled label, one nicked label, three foils cut to reveal stamped cork*

| | | |
|---|---|---|
| 799 | 6 bottles | per lot $3000-4500 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1990**
*Rhone*
*3cm or better, one ink mark on label, one bin-soiled label, one torn label, two foils cut to verify stamped cork*

| | | |
|---|---|---|
| 800 | 6 bottles | per lot $3000-4500 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1990**
*Rhone*
*6cm or better, one water-stained label, three bin-soiled labels, two torn labels, one stained vintage tag*

| | | |
|---|---|---|
| 801 | 6 bottles | per lot $3000-4500 |

**Chateauneuf du Pape Rayas Reserve Reynaud 1990**
*Rhone*
*2.5cm, torn label, water-stained label, wine stained vintage tag, foil cut to reveal stamped cork*

| | | |
|---|---|---|
| 802 | 1 magnum (1.5L) | per lot $1100-1600 |

**Chateauneuf du Pape Rayas Reserve**
**Reynaud 1995**
*Rhone*
*Parcel: lots 803-806*
"...Deeply-colored and still young, with black cur-
rant/creme de cassis-like characteristics, huge body,
yet great structure and delineation...96." WA 1/03.

| | | |
|---|---|---|
| 803 | 6 bottles | per lot $1700-2400 |
| 804 | 6 bottles | per lot $1700-2400 |
| 805 | 6 bottles | per lot $1700-2400 |
| 806 | 6 bottles | per lot $1700-2400 |

**Chateauneuf du Pape Rayas Reserve**
**J Reynaud 1995**
*Rhone*
*stained vintage tags*
*Parcel: lots 807-808*

| | | |
|---|---|---|
| 807 | 1 magnum (1.5L) | per lot $550-800 |
| 808 | 1 magnum (1.5L) | per lot $550-800 |

**Chateauneuf du Pape Rayas Reserve**
**J Reynaud 1998**
*Rhone*
*four stained vintage tags*
"...aromas of ripe strawberry and cherry candy, with
kirsch liqueur...high levels of sweet fruit, a velvety
texture, multiple dimensions, and an explosive fin-
ish...94." WA 10/00.

| | | |
|---|---|---|
| 809 | 11 bottles | per lot $1100-1700 |

**Chateauneuf du Pape Rayas Reserve**
**J Reynaud 1998**
*Rhone*
*Parcel: lots 810-811*

| | | |
|---|---|---|
| 810 | 12 bottles | per lot $1200-1800 |
| 811 | 12 bottles | per lot $1200-1800 |

**Chateauneuf du Pape Cuvee du Papet**
**Clos Mont Olivet Joseph Sabon 1990**
*Rhone*
*Parcel: lots 812-815*

| | | |
|---|---|---|
| 812 | 6 bottles | per lot $800-1200 |
| 813 | 6 bottles | per lot $800-1200 |
| 814 | 6 bottles | per lot $800-1200 |
| 815 | 6 bottles | per lot $800-1200 |

**Chateauneuf du Pape Cuvee du Papet**
**Clos Mont Olivet Joseph Sabon 1990**
*Rhone*

| | | |
|---|---|---|
| 816 | 1 magnum (1.5L) | per lot $280-400 |

**Chateauneuf du Pape Cuvee du Papet**
**Clos Mont Olivet Jospeh Sabon 1998**
*Rhone*

| | | |
|---|---|---|
| 817 | 4 bottles | per lot $260-400 |

**Chateauneuf du Pape Cuvee Mon Aieul**
**Pierre Usseglio 1998**
*Rhone*

| | | |
|---|---|---|
| 818 | 12 bottles | per lot $900-1200 |

**Chateauneuf du Pape Le Secret de Sabons**
**Domaine Roger Sabon 1999**
*Rhone*

| | | |
|---|---|---|
| 819 | 6 bottles | per lot $1200-1800 |

**Chateauneuf du Pape Mon Aieul**
**Pierre Usseglio 2000**
*Rhone*
"...exquisite nose of violets, minerals, blueberries
and blackberries. Pure and concentrated...broodingly
powerful...95." WA 2/03.

| | | |
|---|---|---|
| 820 | 6 bottles | per lot $300-450 |

**Chateauneuf du Pape Deux Freres**
**Pierre Usseglio 2001**
*Rhone*
*6-pack owc*
"...another potential legend in the making. the tex-
ture, purity and magnificent concentration suggest
tiny yields, old vines and non-interventionalistic
winemaking...99." WA 2/04.

| | | |
|---|---|---|
| 821 | 12 bottles | per lot $1800-2600 |

**Chateauneuf du Pape Deux Freres**
**Pierre Usseglio 2001**
*Rhone*
*owc*

| | | |
|---|---|---|
| 822 | 12 bottles | per lot $1800-2600 |

**Chateauneuf du Pape Mon Aieul**
**Pierre Usseglio 2001**
*Rhone*
*oc*
"...sweet but reserved aromas of blackberries,
crushed rocks and kirsch liqueur. It possesses superb
texture, enormous body, and tremendous purity as
well as overall symmetry...97+." WA 2/04.

| | | |
|---|---|---|
| 823 | 12 bottles | per lot $850-1200 |

## ALSACE

**Tokay Pinot Gris Hugel Selection de Grains Nobles Hugel 1989**
*Alsace*
*two signs of seepage*
824   5 bottles      per lot $320-420

**Riesling Clos St Hune Trimbach 1981**
*Alsace*
825   6 bottles      per lot $700-1100

**Riesling Clos St Hune Vendange Tardive Trimbach 1983**
*Alsace*
*Parcel: lots 826-827*
826   6 bottles      per lot $1400-1900
827   6 bottles      per lot $1400-1900

**Riesling Clos St Hune Trimbach 1988**
*Alsace*
*Parcel: lots 828-831*
828   6 bottles      per lot $600-900
829   6 bottles      per lot $600-900
830   6 bottles      per lot $600-900
831   6 bottles      per lot $600-900

**Riesling Clos St Hune Vendange Tardive Trimbach 1989**
*Alsace*
*Parcel: lots 832-835*
832   6 bottles      per lot $1000-1500
833   6 bottles      per lot $1000-1500
834   6 bottles      per lot $1000-1500
835   6 bottles      per lot $1000-1500

**Riesling Clos St Hune Trimbach 1990**
*Alsace*
*Parcel: lots 836-839*
836   6 bottles      per lot $1200-1800
837   6 bottles      per lot $1200-1800
838   6 bottles      per lot $1200-1800
839   6 bottles      per lot $1200-1800

**Riesling Clos St Hune Trimbach 1993**
*Alsace*
*1cm or better*
840   6 bottles      per lot $500-750

**Riesling Clos St Hune Trimbach 1993**
*Alsace*
*torn label*
841   1 double magnum (3L)      per lot $500-800

**Riesling Clos St Hune Trimbach 1996**
*Alsace*
*Parcel: lots 842-843*
"...apple, quince, peach and apricot with a filigreed steel structure and a smoky, stony element from the site. Intense and ethereal at the same time...96." WS 10/01.
842   12 bottles      per lot $1200-1800
843   12 bottles      per lot $1200-1800

**Riesling Clos St Hune Trimbach 1998**
*Alsace*
"... complex herbal, mineral, and crisp pear scents... awesomely broad, powerful, and harmonious... slate, chalk, lemon-lime, quartz, and cocoa powder... 95." WA 6/00.
844   6 bottles      per lot $750-1200
845   12 bottles      per lot $1500-2400

**Riesling Clos St Hune Trimbach**
*Alsace*
• **1983**      (3)
• **1985**      (3)
   *bin-soiled labels*
• **1995**      (3)
846   above 9 bottles      per lot $1200-1800

**Zind-Humbrecht**
*Alsace*
• **Gewurztraminer Goldert Vendange Tardive 1989**      (2)
   *Grand Cru*
   *2.5cm*
• **Riesling Brand Vendange Tardive 1989**   (3)
   *Grand Cru*
• **Tokay Pinot Gris Clos St Urbain Rangen de Thann 1989**      (1)
• **Pinot Gris Clos Windsbuhl Vendanges Tardive 1994**      (1)
• **Tokay Pinot Gris Clos St Urbain Rangen de Thann Vendanges Tardive 1994**      (1)
• **Tokay Pinot Gris Clos St Urbain Rangen de Thann 1997**      (3)
847   above 11 bottles      per lot $600-900

**ZIND-HUMBRECHT**
*Alsace*
• **GEWURZTRAMINER HERRENWEG TURCKHEIM**
  **VENDANGE TARDIVE 1995**                    (6)
• **RIESLING CLOS ST URBAIN**
  **RANGEN DE THANN 1997**                     (6)
848    above 12 bottles                    per lot $350-550

**TOKAY PINOT GRIS CLOS JEBSAL SELECTION**
**GRAINS NOBLES ZIND-HUMBRECHT**
*Alsace*
• **1991**                                  (2)
• **1994**                                  (3)
• **1995**                    half-bottles (5)
• **1996**                                  (1)
• **1997**                                  (3)
849    above 5 half-bottles (375ml) &
       9 bottles                      per lot $900-1300

## AUSTRIA

**CHARDONNAY TROCKENBEERENAUSLESE**
**NOUVELLE VAGUE NO 13 KRACHER 1998**
*Austria*
850    12 half-bottles (375ml)        per lot $750-1100

**CHARDONNAY TROCKENBEERENAUSLESE**
**NOUVELLE VAGUE NO 9 KRACHER 1998**
*Austria*
"…melts in the mouth, unfolding layer after layer of
honey, citrus blossom, orange peel and vanilla. The
purity and harmony are rhapsodic as it fades gently
away over the long finish…95." WS 6/01.
851    12 half-bottles (375ml)        per lot $750-1100

**GRAND CUVEE TROCKENBEERENAUSLESE**
**NOUVELLE VAGUE NO 10 KRACHER 1998**
*Austria*
"…Concentrated and thick, yet lighter than air, this
sweetie combines apricot, caramel and vanilla flavors
with a velvety texture and vibrant acidity. Picks up a
smoky note on the finish…98." WS 6/01.
852    12 half-bottles (375ml)        per lot $750-1100

**MUSCAT OTTONEL TROCKENBEERENAUSLESE**
**ZWISCHEN DEN SEEN NO 5 KRACHER 1998**
*Austria*
*signs of slight seepage*
853    8 half-bottles (375ml)         per lot $400-600

**WELSCHRIESLING TROCKENBEERENAUSLESE**
**NOUVELLE VAGUE NO 9 KRACHER 1998**
*Austria*
854    12 half-bottles (375ml)        per lot $750-1100

**TROCKENBEERENAUSLESE KRACHER**
*Austria*
• **GRAND CUVEE NO. 12 1995**      half-bottles (3)
• **CHARDONNAY NOUVELLE VAGUE**
  **NO. 9 1998**                   half-bottles (2)
• **CHARDONNAY/WELSCHRIESLING**
  **NOUVELLE VAGUE NO. 7 1998**    half-bottles (5)
  *one slight sign of seepage*
• **GRAND CUVEE NOUVELLE VAGUE**
  **NO. 10 1998**                  half-bottles (2)
• **WELSCHRIESLING ZWISCHEN DEN SEEN**
  **NO. 11 1998**                  half-bottles (2)
855    above 14 half-bottles (375ml)   per lot $800-1200

**SCHEUREBE TROCKENBEERENAUSLESE**
**ZWISCHEN DEN SEEN KRACHER 1998**
*Austria*
• **NO. 3**                        half-bottles (4)
• **NO. 12**                       half-bottles (7)
856    above 11 half-bottles (375ml)   per lot $600-900

## MADEIRA

**MADEIRA MALVAZIA BARBEITO 1834**
*Madeira*
*into neck*
*Parcel: lots 857-858*
857    3 bottles                    per lot $1700-2400
858    3 bottles                    per lot $1700-2400

**MADEIRA BUAL BARBEITO 1863**
*Madeira*
*into neck*
859    3 bottles                    per lot $1400-2000

**MADEIRA MALVAZIA BARBEITO 1900**
*Madeira*
*into neck*
860    2 bottles                    per lot $600-1000

**MADEIRA MALVASIA RESERVA**
**VELHA BARBEITO 1900**
*Madeira*
*into neck*
861    3 bottles                          per lot $1100-1700

**MADEIRA SERCIAL D'OLIVEIRAS 1862**
*Madeira*
*into neck*
862    3 bottles                          per lot $1400-2000

**MADEIRA MOSCATEL D'OLIVEIRAS 1900**
*Madeira*
*into neck, two chipped wax capsules*
863    3 bottles                          per lot $850-1200

**MADEIRA VERDELHO D'OLIVEIRAS 1905**
*Madeira*
*into neck*
864    3 bottles                          per lot $850-1200

ITALY

**GIACOMO BORGOGNO**

**BAROLO RISERVA GIACOMO BORGOGNO 1937**
*Piedmont*
*4.5cm, bin-soiled label, deteriorated label*
865    1 bottle                          per lot $260-400

**BAROLO ANTICHI VIGNETTI**
**GIACOMO BORGOGNO 1947**
*Piedmont*
*5cm, bin-soiled label*
866    6 bottles                          per lot $1200-1800

**BAROLO RISERVA GIACOMO BORGOGNO 1952**
*Piedmont*
*3cm or better*
867    6 bottles                          per lot $900-1500

**BAROLO RISERVA GIACOMO BORGOGNO 1955**
*Piedmont*
*5cm, lightly bin-soiled and lightly scuffed label*
868    1 bottle                          per lot $140-200

**BAROLO ANTICHI VIGNETTI**
**GIACOMO BORGOGNO 1958**
*Piedmont*
*four 4cm, two 4.5cm, bin-soiled labels*
869    6 bottles                          per lot $750-1100

**BAROLO RISERVA GIACOMO BORGOGNO 1961**
*Piedmont*
*1.5cm*
870    3 bottles                          per lot $300-450

**BAROLO RISERVA GIACOMO BORGOGNO 1967**
*Piedmont*
*3cm or better*
871    6 bottles                          per lot $450-700

**BAROLO RISERVA GIACOMO BORGOGNO 1978**
*Piedmont*
*1.5cm or better*
872    3 bottles                          per lot $220-350

**BAROLO RISERVA GIACOMO BORGOGNO 1985**
*Piedmont*
*2cm*
873    6 bottles                          per lot $450-600

**BAROLO CANELLI 1947**
*Piedmont*
*4.5cm, bin-soiled label*
874    1 bottle                          per lot $260-400

**BAROLO CANELLI 1947**
*Piedmont*
*one 4.5cm, one 7.5cm, bin-soiled labels*
875    2 bottles                          per lot $500-800

**BAROLO RISERVA RICCOROLO CERETTO 1964**
*Piedmont*
*bottom neck, one nicked label*
876    2 bottles                          per lot $300-500

### Aldo Conterno

"Every Italian wine authority, from the late Sheldon Wasserman, to Burton Anderson, to Victor Hazan, to Roberto Parker, considers Aldo Conterno to be one of the great masters of his craft. The staggering display of wines he produced in 1989 and 1990 confirmed that no one in Piedmont is making greater Barolo than Aldo Conterno and his sons. If you love great wine, these are must purchases." WA 4/94.

### Barolo Riserva Speciale Aldo Conterno 1937
*Piedmont*
*3cm*
877    1 bottle                          per lot $750-1200

### Barolo Riserva Speciale Aldo Conterno 1937
*Piedmont*
*3cm, bin-soiled label*
878    1 bottle                          per lot $750-1200

### Barolo Riserva Speciale Aldo Conterno 1955
*Piedmont*
*4cm, bin-soiled label*
879    1 bottle                          per lot $500-750

### Barolo Riserva Speciale Aldo Conterno 1955
*Piedmont*
*4cm, bin-soiled label, torn label*
880    2 bottles                         per lot $1000-1500

### Barolo Riserva Speciale Aldo Conterno 1967
*Piedmont*
*two 4cm, one 5cm*
881    3 bottles                         per lot $750-1200

### Barolo Riserva Speciale Aldo Conterno 1971
*Piedmont*
*5cm*
882    3 bottles                         per lot $900-1400

### Barolo Gran Bussia

"Gran Bussia is universally acknowledged as one of the finest interpretations of Barolo. Created in 1970 from a selection of the estate's best grapes, Gran Bussia – released only in the best vintages – has shown how it is possible to achieve a perfect marriage of aromas and flavour with unhurried cellaring. Recent tastings of all the vintages have confirmed the staying power of the wine, which exalts the majestic nose of nebbiolo while offering a palate that becomes increasingly velvety with the passing years…"

*A Wine Atlas of the Langhe*



### Barolo Gran Bussia Riserva Aldo Conterno
*Piedmont*
• **1985**                                    (3)
  *1cm*
• **1985**                              magnum (1)
  *.5cm*
883    above 3 bottles &
       1 magnum (1.5L)              per lot $1000-1700

### Barolo Gran Bussia Riserva
### Aldo Conterno 1989
*Piedmont*
*.5cm, one bin-soiled label, one torn label*
884    12 bottles                       per lot $2400-3800

### Barolo Gran Bussia Riserva
### Aldo Conterno 1989
*Piedmont*
*.5cm*
885    2 magnums (1.5L)              per lot $800-1300

### Barolo Bricco Bussia Vigna Cicala
### Aldo Conterno 1990
*Piedmont*
*.5cm, one torn label, one crowned capsule*
886    3 bottles                        per lot $380-550

**Barolo Gran Bussia Riserva**
**Aldo Conterno 1990**
*Piedmont*
*.5cm*

| | | |
|---|---|---|
| 887 | 6 bottles | per lot $1200-1900 |
| 888 | 1 magnum (1.5L) | per lot $400-700 |

**Barolo Gran Bussia Riserva**
**Aldo Conterno 1995**
*Piedmont*
*two 6-pack owc's*
"This is so subtle and so fine, with plums, cedar, berry and cinnamon. Full-bodied and very soft, with fine tannins and a coffee, cocoa, berry and cherry aftertaste. This is gorgeous...93." WS 10/01.

| | | |
|---|---|---|
| 889 | 12 bottles | per lot $1100-1600 |

### Giacomo Conterno

"Wine has been made here since the end of the eighteenth century and that may be why Giovanni Conterno is acknowledged by everyone as one of the leading representatives of the great Barolo tradition. He is not, however, celebrated merely for historical reasons, or because Monfortino – it was not yet called Barolo – has been bottled and labeled here since 1915. It is a wine that combines the strength of the territory at Seralunga (the Francia subzone) with impeccably painstaking vinification and leisurely ageing, first in large barrels and then in bottle. The 7,000 bottles released have become famous all over the world, in part because of a cellaring potential that can exceed half a century."

*A Wine Atlas of the Langhe*



**Barolo Monfortino Riserva Speciale**
**Giacomo Conterno 1945**
*Piedmont*
*upper shoulder, slightly deteriorated vintage tag, lightly bin-soiled label*

| | | |
|---|---|---|
| 890 | 1 bottle | per lot $700-1100 |

**Barolo Riserva Giacomo Conterno 1951**
*Piedmont*
*4.5cm, scuffed label, nicked label, depressed cork*

| | | |
|---|---|---|
| 891 | 1 bottle | per lot $400-700 |

**Barolo Monfortino Riserva Speciale**
**Giacomo Conterno 1961**
*Piedmont*
*bottom neck*

| | | |
|---|---|---|
| 892 | 1 bottle | per lot $500-800 |

**Barolo Monfortino Riserva Speciale**
**Giacomo Conterno 1961**
*Piedmont*
*bottom neck, corroded capsule*

| | | |
|---|---|---|
| 893 | 2 bottles | per lot $1000-1600 |

**Barolo Giacomo Conterno 1967**
*Piedmont*
*one 1cm, one 1.5cm, one 2cm*

| | | |
|---|---|---|
| 894 | 3 bottles | per lot $700-1100 |

**Barolo Monfortino Riserva Speciale**
**Giacomo Conterno 1970**
*Piedmont*
*into neck, wine-stained label*

| | | |
|---|---|---|
| 895 | 1 magnum (1.5L) | per lot $700-1100 |

**Barolo Monfortino Riserva**
**Giacomo Conterno 1990**
*Piedmont*

| | | |
|---|---|---|
| 896 | 6 bottles | per lot $2000-3000 |

**Barolo Sori Ginestra**
**Aldo Conterno Fantino 1997**
*Piedmont*
"...complex aromas of tobacco smoke and gloriously sweet, jammy cherry liqueur. This is a super-impressive Barolo...92." WA 6/01.

| | | |
|---|---|---|
| 897 | 6 bottles | per lot $220-350 |

Lots 890, 903, 926 and 945



**Barolo Conti della Cremosina 1949**
*Piedmont*
*5cm*
898   1 bottle     per lot $260-400
899   2 bottles     per lot $500-800

**Barolo Conti della Cremosina 1952**
*Piedmont*
*4.5cm*
900   1 bottle     per lot $200-300

**Angelo Gaja**

Italy's most dynamic and often controversial wine personality is also one of Italy's and the world's greatest winemakers. Angelo Gaja took over his family business in 1970, and his impact on wine production in the last 30 years is immeasurable. He is responsible for bold innovations in the vineyards and the cellars, including the use of French barriques, and planting Cabernet Sauvignon and Chardonnay in prime Barbaresco land. Wine collectors as well as connoisseurs know him best for producing elegant, opulent wines that are true to their origins. Gaja makes about 5000 cases a year of his blended Barbaresco.

Beginning with the 1996 vintage, Gaja decided to release his single vineyard wines without the "Barbaresco" or "Barolo" designation. Gaja's delicious, highly sought after single vineyard wines are Costa Russi, Sori Tilden and San Lorenzo from Barbaresco and Sperss and Conteisa from Barolo.

**Barbaresco Gaja 1961**
*Piedmont*
*two 2.5cm, one 3cm, one deteriorated label, one nicked label, two torn labels, taped vintage tag*
"One of the most glorious Italian wines I have ever drunk. Fine mature red; soft, warm nose, singed fruit lurking beneath, holding beautifully in the glass; medium - the sweetness of ripe grapes, medium full-bodied, soft, with a flavour that opened up into a crescendo. Lovely texture. Gentle tannins..." MB.
901   3 bottles     per lot $1400-2400

**Barbaresco Gaja 1971**
*Piedmont*
*two 2.5cm, one 3cm*
902   3 bottles     per lot $900-1500

**Barbaresco Sori San Lorenzo Gaja 1971**
*Piedmont*
*two 1cm, one 3cm, one protruding cork*
903   3 bottles     per lot $1200-2200

**Barbaresco Sori San Lorenzo Gaja 1971**
*Piedmont*
*3.5cm*
904   1 magnum (1.5L)     per lot $900-1400

**Barbaresco Sori Tildin Gaja 1990**
*Piedmont*
*.5cm, four slightly scuffed labels, one water-stained label*
905   9 bottles     per lot $2800-4000

**Sperss Gaja 1996**
*Piedmont*
*owc*
"...enormously ripe black cherries, tar, flowers, and white truffles. Extremely full-bodied, with compelling intensity and purity, this is a large-scaled, massive Barolo with plenty of tannin...94-96." WA 8/99.
906   12 bottles     per lot $1600-2200

**Sori Tildin Gaja 1997**
*Piedmont*
"There's harmony and grandeur to this red, with loads of fresh raspberry, plus violet, lilac and mint. Full-bodied, with velvety, rich tannins and a long finish...95." WS 11/01.
907   6 bottles     per lot $1500-2200

**Sori Tildin Gaja 1997**
*Piedmont*
*two 6-pack owc's*
908   12 bottles     per lot $3000-4200

**Sperss Gaja 1997**
*Piedmont*
*owc*
"...represents the essence of truffles, earth, and black cherries in its striking aromatics and multi-dimensional, opulent, full-bodied palate... A genius for sure, Angelo Gaja can not be faulted for what he puts in the bottle. This work of art is worth every cent it will fetch...99." WA 6/01.
909   12 bottles     per lot $2200-3200

**Sperss Gaja 1997**
*Piedmont*

910    6 bottles                          per lot $1100-1600

**Sperss Gaja 1997**
*Piedmont*
*one wine-stained label*

911    2 magnums (1.5L)                   per lot $750-1100

**Costa Russi Gaja 1998**
*Piedmont*
"The dark ruby/purple-colored, supple-texture 1998
Costa Russi possesses sweet, jammy raspberry and
cherry fruit, medium to full body, gorgeous glycerin,
low acidity, and a lightly tannic finish. Although
large-sized, it has good finesse as well as beautifully
pure fruit...92." WA 10/01.

912    6 bottles                          per lot $900-1200

**Sori San Lorenzo Gaja 1998**
*Piedmont*
*owc*
"Full ruby. Bright aromas of dark berries, black cher-
ry, pungent spices, minerals, violet and mint, plus
a flinty, smoky aspect; a bit less expressive today
than the Sori Tildin. Impeccably balanced, highly
concentrated flavors of cassis and black raspberry.
Firm acids and rich, dusty tannins give the wine ter-
rific structure. Boasts fruit of steel, though the wine
great underlying sweetness is currently restrained.
Slow-building finish goes on and on...94-97." IWC
2/02.

913    12 bottles                         per lot $1800-2400

**Sori San Lorenzo Gaja 1998**
*Piedmont*

914    12 bottles                         per lot $1800-2400
915    3 magnums (1.5L)                   per lot $900-1200

**Sori Tildin Gaja 1998**
*Piedmont*
*one 6-pack owc*
"Chocolate, coffee, smoke, licorice, and tobacco char-
acteristics are found in the complex, deep purple-
colored 1998 Sori Tilden. Surprisingly seductive for
such a young wine, it exhibits abundant aromatic
fireworks, fabulous fruit concentration, a layered
opulence...95." WA 10/01.

916    12 bottles                         per lot $2200-3000



**Sori Tildin Gaja 1998**
*Piedmont*
*owc*

917    12 bottles                         per lot $2200-3000

**Sperss Gaja 1998**
*Piedmont*
*both lots: two 6-pack owc's*
*Parcel: lots 918-919*
"Deep ruby to the rim. Subtly complex, sharply
defined aromas of black raspberry, violet, camphor,
tar and vanilla. Quite closed in the mouth, but
already hints at great sweetness and depth. Excellent
harmonious acidity clarifies and extends the flavors
through a great mounting finish. The ripe tannins
saturate the entire palate...94-96." IWC 12/00.

918    12 bottles                         per lot $1600-2400
919    12 bottles                         per lot $1600-2400

**Costa Russi Gaja 1999**
*Piedmont*
"Fresh dark red. Sappy, perfumed aromas of cherry,
tobacco, dried flowers and graphite. Sweet and
smooth, but with strong, harmonious acidity giving
the flavors great vigor. Considerably more powerful and
gripping than the Barbaresco, not to mention longer.
Tannins are full but thoroughly ripe...93." IWC 12/02.

920    6 bottles                          per lot $900-1200

**Sori San Lorenzo Gaja 1999**
*Piedmont*
*owc*

921    12 bottles                         per lot $2200-3200

### Sperss Gaja 2000
*Piedmont*
*oc*
"Incredible amount of fruit and character in this wine, with mint, mineral, blackberry and plum aromas turning to tobacco and tar. Full-bodied, with an iron-cast core of fruit, velvety tannins and a long, long finish. Incredibly tight and powerful...95." WS 7/04.

922    6 bottles                            per lot $800-1200

### Costa Russi Gaja 2000
*Piedmont*
*bottle number 5/46, owc*
"Fabulous aromas of rose petals and cherries with hints of raspberries. Full-bodied, with ultrafine tannins and an incredible finish. This is so fine and so long. A real beauty that grows and grows on the palate. Great Nebbiolo. Greatest Costa Russi ever, from 34-year-old vines...100." WS 7/04.

923    1 double magnum (3L)        per lot $1500-2600

### Sori San Lorenzo Gaja 2000
*Piedmont*
*bottle number 5/44, owc*
"Serious dark color, with meaty, earthy aromas that blow off to ultraripe and exotic fruit. Fresh truffles and porcini. Almost Port-like in the end. Full-bodied, with masses of velvety tannins and a long, long, caressing finish. Solid. This was the first of Gaja's single-vineyard Barbarescos to be vinified separately, in 1967...97." WS 7/04.

924    1 double magnum (3L)        per lot $1500-2600

### Sori Tildin Gaja 2000
*Piedmont*
*bottle number 5/45, owc*
"Amazing aromas of plums, strawberries and minerals follow through to a full-bodied palate, with ultraripe tannins and a long, mineral and blackberry aftertaste. Gorgeous. So fresh and structured...96." WS 7/04.

925    1 double magnum (3L)        per lot $1500-2600

### Bruno Giacosa
"Bruno Giacosa is one of the fathers of Langhe winemaking. His Barbarescos and Barolos are considered by many to be the finest expressions ever of the nebbiolo variety. Frequently, tasters can only gasp in amazement when they uncork a properly aged bottle of these wines."

*A Wine Atlas of the Langhe*

"Given my twenty-five years of glorious experience with Bruno Giacosa'a wines, cellaring his wines is not a leap of faith. I have tasted and purchased an immense quantity of Giacosa's wines over the years and they have never disappointed, assuming I wait 8-10 years they require in great vintages (his 1978s are still emerging from a long period of dormancy). To put it another way, Giacosa's Barolos and Barbarescos are among the few wines I will purchase without having tasted first." WA 10/01.



### Barbaresco Santo Stefano di Neive Riserva Bruno Giacosa 1985
*Piedmont*
*bottom neck*
926    3 bottles                            per lot $750-1100

### Barbaresco Asili Riserva Bruno Giacosa 1996
*Piedmont*
*one 6-pack owc*
"The bouquet develops incrementally, offering up aromas of black raspberries, cherries, cigar box, licorice, and leather. The wine impresses with its nuances as well as its extraordinarily rich, dense midpalate, and a finish that lasts nearly a minute. There is huge tannin, but equally massive concentration, extract, and overall harmony...98." WA 6/01.

927    6 bottles                            per lot $1000-1500

**BARBARESCO ASILI RISERVA BRUNO GIACOSA 1996**
*Piedmont*
928    2 magnums (1.5L)                  per lot $650-1000

**BAROLO FALLETTO DI SERRALUNGA RISERVA BRUNO GIACOSA 1996**
*Piedmont*
*one 6-pack owc*
929    9 bottles                        per lot $1100-1500

930    No Lot

**BAROLO FALLETTO DI SERRALUNGA RISERVA BRUNO GIACOSA 1996**
*Piedmont*
"...possesses extraordinary presence and stature. Dark garnet/ruby-colored, it offers a tight but promising nose of road tar, scorched earth, truffles, blackberries, cherries, and espresso. This muscular, massive wine gave me chills. Awesome!...98." WA 06/01.
931    1 magnum (1.5L)                  per lot $400-650

**BARBARESCO SANTO STEFANO DI NEIVE RISERVA BRUNO GIACOSA 1998**
*Piedmont*
*two 6-pack owc's*
932    12 bottles                       per lot $1200-1800

**BAROLO ROCCHE DI FALLETTO BRUNO GIACOSA 1998**
*Piedmont*
*one 6-pack owc*
"The limited cuvee made from four blocks of the Falletto Vineyard called Rocche...borders on perfection. This massive, full-bodied wine is spectacular... Stunning aromatics offer up scents of crushed stones intermixed with cherry jam and sweet tobacco...96-98." WA 10/01.
933    6 bottles                        per lot $600-900

**BAROLO ROCCHE DI FALLETTO BRUNO GIACOSA 1998**
*Piedmont*
*two 6-pack owc's*
934    12 bottles                       per lot $1200-1800

**BARBARESCO RABAJA BRUNO GIACOSA 2000**
*Piedmont*
*one 6-pack owc*
935    6 bottles                        per lot $600-900

**BARBARESCO SANTO STEFANO BRUNO GIACOSA 2000**
*Piedmont*
*one 6-pack owc*
"A sleeping giant. Slowly but surely explodes on the palate, with beautiful plum, blackberry and cherry character and hints of mineral. Full-bodied, with solid yet ripe tannins and a long finish...93." WS 11/03.
936    6 bottles                        per lot $600-900

**BAROLO FALLETTO DI SERRALUNGA BRUNO GIACOSA 2000**
*Piedmont*
*one 6-pack owc*
"Superdecadent with layers of plums, blackberries, strawberries and raw meat, turning floral. Full-bodied, yet fresh and lively. This is about subtlety and complexity...97." WS 7/04.
937    6 bottles                        per lot $500-750

**BRUNO GIACOSA 1997**
*Piedmont*
*6-pack owc's*
• **BARBARESCO SANTO STEFANO DI NEIVE**    (6)
• **BAROLO FALLETTO SERRALUNGA**           (6)
938    above 12 bottles                 per lot $850-1200

**BAROLO BARBERO GIORGIO 1961**
*Piedmont*
*bottom neck, torn label*
939    3 bottles                        per lot $300-450

**BAROLO MARCHESI DI BAROLO 1918**
*Piedmont*
*5cm*
940    1 bottle                         per lot $400-600

**BAROLO RISERVA MARCHESI DI BAROLO 1943**
*Piedmont*
*4cm*
*Parcel: lots 941-942*
941    3 bottles                        per lot $550-750
942    3 bottles                        per lot $550-750

**Barolo Riserva Marchesi di Barolo 1945**
*Piedmont*
*two 3cm, four 3.5cm, bin-soiled label, two torn labels*
943    6 bottles                          per lot $1100-1500

**Barolo Riserva Marchesi di Barolo 1945**
*Piedmont*
*4.5cm*
944    6 bottles                          per lot $1100-1500

**Barolo Riserva Marchesi di Barolo 1952**
*Piedmont*
*4.5cm, one signs of seepage*
945    5 bottles                          per lot $750-1000

**Barolo Marchesi di Barolo 1953**
*Piedmont*
*one 3cm, one 4cm*
946    2 bottles                          per lot $260-350

**Barolo Marchesi di Barolo 1955**
*Piedmont*
947    2 bottles                          per lot $260-350

**Barolo Marchesi di Barolo 1961**
*Piedmont*
*Parcel: lots 948-949*
948    3 bottles                          per lot $300-500
949    3 bottles                          per lot $300-500

**Bartolo Mascarello**

"The erudite and articulate Bartolo Mascarello has wisely continued along the road mapped out by his father Giulio. The only Barolo released is a blend of fruit from the estate's four plots, Canubi, Rue, and San Lorenzo in the municipality of Barolo, and Torriglione at La Morra. Shrewdly, Bartolo maintains that this way, he can assure good consistency of quality for his Barolo, which is aged exclusively in large oak barrels."

*A Wine Atlas of the Langhe*

**Barolo Cantina Bartolo Mascarello 1953**
*Piedmont*
*bin-soiled label*
950    1 bottle                           per lot $500-750

**Barolo Riserva Cantina Bartolo Mascarello 1958**
*Piedmont*
*3.5cm*
951    1 bottle                           per lot $500-800
952    3 bottles                          per lot $1500-2400

**Barolo Cantina Bartolo Mascarello 1961**
*Piedmont*
*3.5cm*
953    1 bottle                           per lot $300-500
954    2 bottles                          per lot $600-1000
955    1 magnum (1.5L)                    per lot $900-1300

**Barolo Cantina Bartolo Mascarello 1961**
*Piedmont*
*4cm*
956    1 magnum (1.5L)                    per lot $900-1300

**Barolo Cantina Bartolo Mascarello 1964**
*Piedmont*
*3cm*
957    6 bottles                          per lot $2400-3600

**Barolo Cantina Bartolo Mascarello 1964**
*Piedmont*
*3.5cm, bin-soiled label, torn label, capsule cut to verify vintage*
958    1 magnum (1.5L)                    per lot $1000-1600

**Barolo Cantina Bartolo Mascarello 1967**
*Piedmont*
*four 3cm, two 3.5cm*
959    6 bottles                          per lot $1800-2700

**Barolo Cantina Bartolo Mascarello 1967**
*Piedmont*
*3.5cm*
*Parcel: lots 960-961*
960    6 bottles                          per lot $1800-2700
961    6 bottles                          per lot $1800-2700

**Barolo Bartolo Mascarello**
*Piedmont*
- **1989** (2)
  *1cm*
- **1989** magnum (1)
  *into neck*
962 above 2 bottles &
1 magnum (1.5L) per lot $600-850

**Barolo Bartolo Mascarello 1990**
*Piedmont*
*.5cm*
963 6 bottles per lot $900-1200

**Barolo Roberto Voerzio**
*Piedmont*
- **Cerequio 1993** (1)
- **Brunate 1998** (3)
- **Cerequio 1998** (3)
- **La Serra 1998** (3)
964 above 10 bottles per lot $750-1100

**Brunello di Montalcino Montosoli Altesino 1995**
*Tuscany*
"Monster Brunello. Very dark in color, withsuperripe aromas of black licorice, dried plum,mint and meat. Full-bodied, with masses of velvety tannins and a long, long finish. Best version of this Tuscan red since the legendary 1990 Montosoli…96." WS 7/00.
965 6 bottles per lot $350-500

**Barolo Francesco Rinaldi 1945**
*Piedmont*
*6cm, bin-soiled labels*
966 1 bottle per lot $400-600
967 2 bottles per lot $800-1200

**Pin la Spinetta di G Rivetti 1999**
*Piedmont*
"…luxuriously intense effort displaying extravagant flavors that border on excess. It is voluptuously-textured with intense aromas of red and black fruits… Nebbiolo gives the wine finesse and complexity not found in most new breed wines. Its texture, richness, and thickness are a total turn-on…95." WA 10/01.
968 6 bottles per lot $260-380

**Barolo Luigi Rizzo 1949**
*Piedmont*
*3cm, bin-soiled label*
969 1 bottle per lot $300-450

**Barolo Luigi Rizzo 1949**
*Piedmont*
*3.5cm, bin-soiled labels*
970 2 bottles per lot $600-900

**Barolo Cannubi Boschis Sandrone**
"In my tasting circle we refer to Luciano Sandrone, one of the finest Barolo producers, as "Super Sandrone!" His performances during the decade of the eighties were mindboggling." WA 4/94.

**Barolo Cannubi Boschis Sandrone 1989**
*Piedmont*
*mid shoulder*
"…a blossoming nose of smoky new oak, black fruits, and tar, rich, full-bodied, multi-layered flavors, and awesome dimension and persistence in the mouth… In my tasting circle we refer to Luciano Sandrone, one of the finest Barolo producers, as "Super Sandrone!"…97." WA 4/94.
971 3 bottles per lot $750-1100

**Barolo Cannubi Boschis Sandrone 1989**
*Piedmont*
*5cm*
972 1 magnum (1.5L) per lot $500-750

**Barolo Cannubi Boschis Sandrone 1990**
*Piedmont*
*1.5cm or better*
"It exhibits a hauntingly intense bouquet of roses, black-cherries, new leather, and a touch of tar. Great richness and extraordinary precision are its hallmarks. This massive wine is a riveting tasting and drinking experience. An awesome effort!…99." WA 4/94.
973 12 bottles per lot $4000-6000

**Barolo Cannubi Boschis Sandrone 1996**
*Piedmont*
"…a perfect expression of Nebbiolo in an amazingly concentrated style…100." WA 10/02.
974 6 bottles per lot $850-1300

**Barolo Cannubi Boschis Sandrone 1997**
*Piedmont*
*owc*
"The prodigious 1997 Barolo Cannubi Boschis possesses a dark saturated garnet color. The sweet nose of black fruits, minerals, scorched earth, smoke, dried herbs, and wet stones is stunning. Amazingly concentrated, with tremendous unctuousity yet superb delineation, this large-scaled as well as elegant Barolo possesses fabulous extract as well as a multi-dimensional mid-palate and finish. It is an amazing effort!...96." WA 6/01.

975    6 bottles                          per lot $800-1200

**Barolo Cannubi Boschis Sandrone 1997**
*Piedmont*
*two six 6-pack owc's*
976    12 bottles                         per lot $1600-2400

**Barolo Cannubi Boschis Sandrone 1997**
*Piedmont*
*wine-stained labels*
977    3 magnums (1.5L)                   per lot $800-1200

**Barolo Cannubi Boschis Sandrone 2000**
*Piedmont*
*6-pack owc*
"...Solid and superfruity. Ultraclean, with blackberries, raspberries and licorice character. Full-bodied, with silky tannins and a long finish. Focused and silky. Very refined indeed. One of the best Cannubis ever from here....97." WS 7/04.

978    6 bottles                          per lot $650-950

**Barolo Riserva Giovanni Scanavino 1961**
*Piedmont*
*4cm*
979    2 bottles                          per lot $300-450

**Barolo Bric del Fiasc Scavino 1997**
*Piedmont*
*Parcel: lots 980-981*
"A monster wine. Loads of very, very, ripe fruit, with an almost raisiny character. Full-bodied, with Port-like flavors of dried herbs...95." WS 10/01.

980    12 bottles                         per lot $850-1200
981    12 bottles                         per lot $850-1200

**Barolo Cannubi Scavino 1997**
*Piedmont*
"The surreal 1997 Barolo Cannubi boasts a saturated ruby/purple color, and an exquisite bouquet of black fruits, lead pencil, minerals, smoke, and licorice. Full bodied and opulent, with more obvious tannin than many 1997s, this structured, muscular, viscous, formidably concentrated effort...95+." WA 6/01.

982    6 bottles                          per lot $450-600

**Barolo Rocche dell Annunziata Scavino 1997**
*Piedmont*
983    12 bottles                        per lot $1000-1500
984    3 magnums (1.5L)                   per lot $500-750

**Barolo Cannubi Scavino 1998**
*Piedmont*
*oc*
"...Scented, liqueur-like aromas of red fruits, dried rose and mint. Sweet, sappy and liqueur-like in the mouth, with ripe acids framing the powerful fruit. A wonderfully vibrant, perfumed '98, finishing long and highly aromatic, with notes of raspberry, cherry, rose petal and menthol. A knockout...94." IWC 11/02.

985    12 bottles                         per lot $600-900

**Barolo Bric del Fiasc Scavino 1998**
*Piedmont*
*oc*
"Classic, well-crafted red. Vivid aromas of crushed berry, mineral and flowers. Full-bodied, with round tannins that are covered with ripe fruit. Long finish of fruit and fresh herbs...95." WS 11/02.

986    12 bottles                         per lot $600-900

**Barolo Bric del Fiasc Scavino 2000**
*Piedmont*
*oc*
987    12 bottles                         per lot $800-1200

**Barolo Bric del Fiasc Scavino**
*Piedmont*
• **1989**                               magnum (1)
  *into neck*
• **1990**                                        (2)
  *2cm*
988    above 2 bottles &
       1 magnum (1.5L)                     per lot $450-650

**Barolo Scavino 1995**
*Piedmont*
- **Bric del Fiasc** (4)
- **Cannubi** (4)
- **Rocche dell'Annunziata** (4)
989    above 12 bottles          per lot $750-1100

**Barolo Enrico Serafino 1937**
*Piedmont*
*3.5cm, scuffed label, chipped wax capsule*
990    1 bottle          per lot $300-450

**Barolo Enrico Serafino 1937**
*Piedmont*
*3.5cm, scuffed label*
991    1 bottle          per lot $300-450

**Barolo Enrico Serafino 1949**
*Piedmont*
*4cm, bin-soiled labels*
992    3 bottles          per lot $750-1200

**Barolo Enrico Serafino 1949**
*Piedmont*
*5cm, bin-soiled labels*
993    3 bottles          per lot $750-1200

**Barbera d'Alba Riserva Pozzo Dellannunciata Roberto Voerzio 1997**
*Piedmont*
"…may be the greatest Barbera I have ever tasted. A prodigious effort, it displays the flamboyant opulence of the 1997 vintage, in addition to extraordinary unctuosity, unbelievable layers of fruit, and an amazing finish that lasts for nearly 45 seconds. With gobs of black cherry fruit intermixed with chocolate, cedar wood, strawberries, licorice, and a touch of mint in the background…97." WA 8/00.
994    6 magnums (1.5L)          per lot $1500-2400

**Barolo Cerequio Roberto Voerzio 1997**
*Piedmont*
"Very, very intense aromas of chocolate, spice, berry and mineral. Wonderful. Full-bodied, with cery refined, polished tannins and a superlong, sweet fruit aftertaste. Goes on and on. A wine built for aging, but glorious to drink now…97." WS 11/01.
995    3 bottles          per lot $300-450

**Barolo La Serra Roberto Voerzio 1997**
*Piedmont*
996    6 bottles          per lot $500-800

**Barolo Brunate Roberto Voerzio 2000**
*Piedmont*
"Freshly cut roses on the nose. Extraordinary. Hints of ripe, red fruits. Full-bodied, with a wonderful balance of of tannins and ripe fruit. Long and caressing. Subtle and refined, yet builds on the palate. A wine with great raciness…97." WS 7/04.
997    6 bottles          per lot $550-700

**Barolo Cerequio Roberto Voerzio 2000**
*Piedmont*
"…Full-bodied, with a solid core of ripe fruit and chewy tannins. Velvety. This is a modern, superclean wine. Long finish…95." WS 7/04.
998    6 bottles          per lot $500-750

**Barolo Rocche dell'Annunziata Torriglione Roberto Voerzio 2000**
*Piedmont*
999    12 bottles          per lot $2000-3000

**Biondi Santi**

**Brunello di Montalcino Il Greppo Riserva Biondi Santi 1955**
*Tuscany*
*just below top shoulder*
*Parcel: lots 1000-1001*
"…I was amazed by the freshness and richness of this fine old Brunello. There was an opulence of ripe fruit and elegance of silky tannins that even today only a few of the best wines in Tuscany can replicate.…The symmetry in the tannins, fruit and acidity is near-perfect…" WS 1/99.
1000    1 bottle          per lot $700-1100
1001    1 bottle          per lot $700-1100

**Brunello di Montalcino Il Greppo Riserva Biondi Santi 1961**
*Tuscany*
*upper shoulder*
*Parcel: lots 1002-1004*
1002    1 bottle          per lot $450-650
1003    1 bottle          per lot $450-650
1004    1 bottle          per lot $450-650

**Brunello di Montalcino Il Greppo Riserva Biondi Santi 1964**
*Tuscany*
*bottom neck*
*Parcel: lots 1005-1006*

| 1005 | 6 bottles | per lot $2500-4000 |
| 1006 | 6 bottles | per lot $2500-4000 |

**Brunello di Montalcino Il Greppo Riserva Biondi Santi 1982**
*Tuscany*
*three into neck, three bottom neck*

| 1007 | 6 bottles | per lot $1200-1800 |

**Brunello di Montalcino Il Greppo Riserva Biondi Santi 1997**
*Tuscany*
*Parcel: lots 1008-1009*

| 1008 | 6 bottles | per lot $1400-2000 |
| 1009 | 6 bottles | per lot $1400-2000 |

**Sammarco Castello dei Rampolla 1997**
*Tuscany*
"Black color. Aromas of blackberries, minerals and mint. Very subtle. Full-bodied, with amazing concentration of silky tannins and a finish that goes on and on. Monumental Sammarco. Best ever for me…97." WS 6/00.

| 1010 | 6 bottles | per lot $450-650 |

**Vigna d'Alceo Castello dei Rampolla 1998**
*Tuscany*
"…a large-scaled wine with exceptional elegance and complexity as well as more power and richness than the Sammarco. A sweet entry on the palate is followed by abundant quantities of smoky, complex, black currant fruit intermixed with lead pencil and vanillin flavors. Medium-bodied, beautifully knit, and suave, it possesses sweeter tannin than either the Sammarco or Chianti Classico Riserva…92" WA 8/00.

| 1011 | 12 bottles | per lot $900-1200 |

**Vigna d'Alceo Castello dei Rampolla 1999**
*Tuscany*
"…It boasts an exceptionally provocative nose of liquid minerals, graphite, plums, creme de cassis, and cherry liqueur. It is fabulously concentrated yet remarkably light on its feet, with medium to full body, sweet tannin, and layer upon layer of flavor nuances. There is plenty of glycerin in this rich, but neither heavy nor overbearing effort. This is a thrilling tour de force! However, it requires cellaring. Anticipated maturity: 2005-2025. Bravo!…99." WA 10/01.

| 1012 | 12 bottles | per lot $1700-2400 |

**Vigna D'Alceo Castello dei Rampolla 2000**
*Tuscany*
"One of my favorite Tuscan producers for nearly twenty years…roaring the day I tasted it…it tastes like Sammarco on steroids…There is great intensity, superb purity, and a finish that lingers for nearly a minute…98." WA 12/02.

| 1013 | 6 bottles | per lot $500-750 |
| 1014 | 12 bottles | per lot $1000-1500 |

**Brunello di Montalcino Vigna Pianrosso Ciacci Piccolomini d'Argona 1997**
*Tuscany*
"The 1997 places him among the front-runners in Montalcino. This is a beautiful red, with blackberry, perfumed violet and milk chocolate aromas. Full-bodied, with loads of jammy, chocolaty fruit and big, velvety tannins. It lasts for minutes on your palate. Glorious now, but will age for a very long time…97." WS 4/02.

| 1015 | 6 bottles | per lot $380-550 |

**Guado Al Tasso Antinori 1999**
*Tuscany*
"Spectacular, the 1999 Guado Al Tasso possesses sweet tannin and accessibility. Its explosive aromatics consist of smoke, licorice, espresso, chocolate, vanillin, and celestial black currants. With sensational concentration, flamboyant flavors, an opulent texture, full body, and brilliant concentration as well as delineation, it comes across as intense, balanced, pure, and rich….94." WA 10/01.

| 1016 | 12 bottles | per lot $480-700 |

**CAMPOLEONE LAMBORGHINI 1997**
*Umbria*

| | | |
|---|---|---|
| 1017 | 12 bottles | per lot $1400-2000 |

**CAMPOLEONE LAMBORGHINI 1998**
*Umbria*
"Fruit explosion on the nose, with berries,cherries, blackberries and violets. Black color.Full-bodied, with velvety tannins and a clean,fruity aftertaste…" WS 10/oo.

| | | |
|---|---|---|
| 1018 | 6 bottles | per lot $300-450 |

**CAMPOLEONE LAMBORGHINI 1999**
*Umbria*
"…scents of new saddle leather, blackberry and cassis fruit, licorice, roasted meats, and graphite. Full-bodied and sweet, with a fabulous texture, ripe tannin, adequate acidity, and brilliant definition, this is a tour de force in winemaking…96" WA 10/01.

| | | |
|---|---|---|
| 1019 | 12 bottles | per lot $750-1100 |

**MASSETO ORNELLAIA 1995**
*Tuscany*
"An amazingly massive Merlot. Like a top '89 Pomerol but with a wonderful backbone of acidity and that unique Tuscan style. Intense aromas of blackberry, olive and herbs, with hints of the sea. Full-bodied, very tannic, with masses of fruit and structure…95." WS 12/98.

| | | |
|---|---|---|
| 1020 | 12 bottles | per lot $1800-3000 |

**MASSETO ORNELLAIA 1996**
*Tuscany*
"Massetto is superb as usual. The wine of the vintage, with an impressive dark color. Fabulous aromas of berries and mint follow through to a full-bodied palate, with polished tannins and a long finish. Big and chewy…95." WS 11/99.

| | | |
|---|---|---|
| 1021 | 4 bottles | per lot $500-700 |

**MASSETO ORNELLAIA 1997**
*Tuscany*
"A big and powerful Tuscan Merlot, with loads of fruit and good concentration. Dark ruby color, with intense aromas of blackberries, spices and dried herbs. Full-bodied, with big velvety tannins and a long, long finish. Greatest Masseto ever made. Tight, needs time…96." WS 10/oo.

| | | |
|---|---|---|
| 1022 | 12 bottles | per lot $2800-4000 |

**ORNELLAIA 1996**
*Tuscany*
"Ornellaia is superb this year. One of the best in years, with currant and blackberry and hints of mint. Full-bodied, with excellent tannin structure and a lovely, sweet berry aftertaste…94." WS 11/99.

| | | |
|---|---|---|
| 1023 | 6 bottles | per lot $350-550 |

**ORNELLAIA 1997**
*Tuscany*
*Parcel: lots 1024-1026*
"This Tuscan gem is black in color, with complex aromas of black currants, minerals and wet earth. Full-bodied, with lots of tannins, but very polished. Long, long finish…96." WS 7/oo.

| | | |
|---|---|---|
| 1024 | 12 bottles | per lot $1600-2400 |
| 1025 | 12 bottles | per lot $1600-2400 |
| 1026 | 12 bottles | per lot $1600-2400 |

**ORNELLAIA 1998**
*Tuscany*
*Parcel: lots 1027-1028*
"A cool and sleek Tuscan red, with tarragon and fresh sage aromas, blackberry and cherry undertones. Full-bodied, with a wonderfully silky palate of fine tannins and a long, fruity finish. Very sophisticated and reserved…96." WS 11/01.

| | | |
|---|---|---|
| 1027 | 12 bottles | per lot $1300-1900 |
| 1028 | 12 bottles | per lot $1300-1900 |

**PERCARLO SAN GIUSTO 1997**
*Tuscany*
*Parcel: lots 1029-1030*
"Enormous in aromas, flavors, and persistence on the palate, it exhibits profound levels of concentration as well as unbelievably dense, black currant, blackberry liqueur notes…Enormously thick and viscous, with low acidity, and mouthcoating levels of extract, this wine's tannin level is high, but largely obscured by the wealth of fruit. Glycerin, and extract. It is an amazing accomplishment…98." WA 8/oo.

| | | |
|---|---|---|
| 1029 | 12 bottles | per lot $1500-2000 |
| 1030 | 12 bottles | per lot $1500-2000 |
| 1031 | 1 magnum (1.5L) | per lot $250-350 |

**SASSICAIA SAN GUIDO**



Lot 1034

**SASSICAIA SAN GUIDO 1985**
*Tuscany*
*two into neck, four top shoulder*
"The bouquet is beginning to develop secondary
aromas of cedar and truffles to go along with its
intense cassis, black-raspberry, blackberry, tarry,
toasty personality. Exceptionally dense, concentrat-
ed, and full-bodied, this wine possesses layers of con-
centrated fruit that are beautifully balanced by the
wine's sweet tannin and well-integrated acidity. The
finish lasts for nearly a minute...What a wine!...100."
WA 2/97.
1032   6 bottles                    per lot $4500-7500

**SASSICAIA SAN GUIDO 1985**
*Tuscany*
*top shoulder, one sign of old seepage*
1033   6 bottles                    per lot $4500-7500

**SASSICAIA SAN GUIDO 1985**
*Tuscany*
*into neck, signs of old seepage*
*Parcel: lots 1034-1035*
1034   3 magnums (1.5L)             per lot $4800-7000
1035   3 magnums (1.5L)             per lot $4800-7000

**SASSICAIA SAN GUIDO 1985**
*Tuscany*
*bottom neck or better*
1036   3 magnums (1.5L)             per lot $4800-7000

**SASSICAIA SAN GUIDO 1985**
*Tuscany*
*two bottom neck or better, one top shoulder, two bin-
soiled labels, two crowned capsules*
1037   3 magnums (1.5L)             per lot $4800-7000

**SASSICAIA SAN GUIDO 1997**
*Tuscany*
*Parcel: lots 1038-1039*
"Medium-dark ruby in the glass, with pretty aromas
of spices, black currant, cherries and blackberries,
this Tuscan red is full-bodied on the palate, with
intense velvety tannins. Long, long finish...93." WS
7/00.
1038   12 bottles                   per lot $1600-2200
1039   12 bottles                   per lot $1600-2200

**SASSICAIA SAN GUIDO 1999**
*Tuscany*
*bin-soiled label*
"...Complex aromas of minerals, berries, tobacco and
shells. Full bodied, with well-integrated tannins and
a succulent, refined aftertaste. A pretty Sassicaia."
WS 6/02.
1040   1 magnum (1.5L)              per lot $220-320

**SASSICAIA SAN GUIDO 2000**
*Tuscany*
*owc*
"Intense dark ruby. Dark berry fruit and exotic spice
scents fill the high-toned, penetrating nose. Offers
a deep core of beautifully delineated blackberry and
blackcurrant flavors layered with bell pepper, dark
chocolate and minerals. Smooth tannins frame the
very long finish, leaving one with the impression of
persistence and balance...93." IWC 7/03.
1041   12 bottles                   per lot $900-1300

**SASSICAIA SAN GUIDO 2000**
*Tuscany*
*3-pack owc*
1042   3 magnums (1.5L)             per lot $450-650

**Solaia Antinori 1997**
*Tuscany*
*Parcel: lots 1043-1044*
"Dark ruby in color, with extremely ripe raisin and spice aromas. Full-bodied and very chewy, with loads of polished tannins and a long, long finish that's big and fruity. A solid, muscular red from Tuscany, this is the greatest Solaia ever made. Best after 2004…98." WS 6/00.

| 1043 | 12 bottles | per lot $2600-3800 |
| 1044 | 12 bottles | per lot $2600-3800 |

**Brunello di Montalcino**
**Case Basse Soldera 1990**
*Tuscany*
*Parcel: lots 1045-1046*

| 1045 | 6 bottles | per lot $750-1000 |
| 1046 | 6 bottles | per lot $750-1000 |

**Brunello di Montalcino**
**Case Basse Riserva Soldera 1996**
*Tuscany*

| 1047 | 12 bottles | per lot $950-1400 |



**Brunello di Montalcino Riserva**
**Casse Basse Gianfranco Soldera 1999**
*Tuscany*

| 1048 | 6 bottles | per lot $1100-1500 |
| 1049 | 12 bottles | per lot $2200-3000 |

**Redigaffi Tua Rita 1999**
*Tuscany*
*Parcel: lots 1050-1051*
"A knockout. Gorgeous aromas of raspberries, black-berries and violets. Full-bodied, with very polished velvety tannins and a long, long, fruity finish with hints of vanilla…94." WS 10/01.

| 1050 | 6 bottles | per lot $1500-2200 |
| 1051 | 6 bottles | per lot $1500-2200 |

**Redigaffi Tua Rita 2000**
*Tuscany*
*Parcel: lots 1052-1053*
"Big and flamboyant Merlot. Intense aromas of crushed violets, with meat and smoke, as well as ripe, almost jammy fruit. Full-bodied, with big, chewy tannins and a long, smoky, berry aftertaste. Almost raisiny on the finish, but I like it…92." WS 9/02.

| 1052 | 6 bottles | per lot $2000-2800 |
| 1053 | 6 bottles | per lot $2000-2800 |

**Redigaffi Tua Rita 2001**
*Tuscany*
*Parcel: lots 1054-1057*
"Absolutely breathtaking, with blackberry, incense, dried fruit and spice. Full-bodied, with loads of black pepper and spice, refined tannins and a superlong finish. You have to love this wine. A replay of the stunning 1997…97 Points." WS 10/03.

| 1054 | 6 bottles | per lot $1800-2600 |
| 1055 | 6 bottles | per lot $1800-2600 |
| 1056 | 6 bottles | per lot $1800-2600 |
| 1057 | 6 bottles | per lot $1800-2600 |

**Palazzi Tenuta di Trinoro 1997**
*Tuscany*
*Parcel: lots 1058-1059*

| 1058 | 6 magnums (1.5L) | per lot $1000-1500 |
| 1059 | 6 magnums (1.5L) | per lot $1000-1500 |

**Tignanello Antinori**

**Tignanello Antinori 1985**
*Tuscany*
*into neck*

| 1060 | 3 bottles | per lot $380-550 |

**Tignanello Antinori 1997**
*Tuscany*
*Parcel: lots 1061-1062*
"A fabulous Tuscan red, young and racy. Deep dark ruby in color, with focused aromas of blackberries, wood and very ripe fruit. Full-bodied, with loads of velvety tannins and a long, long finish…95." Cellar Selection - WS 6/00.

| 1061 | 12 bottles | per lot $1100-1600 |
| 1062 | 12 bottles | per lot $1100-1600 |



### Tignanello Antinori 1998
*Tuscany*
"…The 1998 offers a classic bouquet of berry fruit, new saddle leather, underbrush, earth, and toast from its new barrique aging. Medium to full-bodied, good delineation, and a firm, classic style…91." WA 10/01.

| | | |
|---|---|---|
| 1063 | 7 bottles | per lot $350-550 |

### Tignanello Antinori 1999
*Tuscany*
*Parcel: lots 1064-1065*
"The deep ruby/purple-colored 1999 Tignanello exhibits rare elegance married to considerable flavor intensity as well as power…Rich and medium-bodied, with adequate acidity as well as sweet but noticeable tannin, it is the third consecutive exceptional vintage from this reference winery for modern, aggressively-styled Tuscan reds…91." WA 12/02.

| | | |
|---|---|---|
| 1064 | 12 bottles | per lot $600-900 |
| 1065 | 12 bottles | per lot $600-900 |

### Tignanello Antinori 1999
*Tuscany*
*individual owc's*

| | | |
|---|---|---|
| 1066 | 3 magnums (1.5L) | per lot $300-450 |

### Amarone della Valpolicella Classico Superiore Dal Forno 1996
*Veneto*
*Parcel: lots 1067-1068*
"…undoubtedly the finest Amarone I have ever tasted. Its inky black/purple color is accompanied by extraordinarily pure, graphite-infused, blackberry, plum, mineral, licorice, and espresso flavors. Despite its monumental intensity and richness, this wine is not heavy…As compelling an Italian wine as I have ever tasted, it should prove to be unbelievably long-lived…99." WA 10/01.

| | | |
|---|---|---|
| 1067 | 3 bottles | per lot $900-1400 |
| 1068 | 3 bottles | per lot $900-1400 |
| 1069 | 6 bottles | per lot $1800-2800 |

### Amarone della Valpolicella Classico Superiore Dal Forno 1997
*Veneto*
"The outrageous 1997 Amarone (17.5% alcohol) was aged 28 months in 100% new French oak. An inky/purple color is followed by sumptuous aromas of blueberry liqueur intermixed with truffle, graphite, camphor, and vanilla scents. This remarkable offering is immensely full-bodied and super-concentrated, with great purity, symmetry, and length. It is the stuff of legends!…99." WA 12/02.

| | | |
|---|---|---|
| 1070 | 1 bottle | per lot $350-500 |
| 1071 | 3 bottles | per lot $1100-1500 |
| 1072 | 6 bottles | per lot $2200-3000 |

**AN INCREDIBLE BREADTH OF VINTAGES OFFERED FROM THE 'LAFITE OF SPAIN': VEGA SICILIA**

We are excited to offer this scope of older vintages of Unico from Spain's renowned Vega Sicilia. The Bodega was founded in 1984, by Toribio Lencanda, who first planted shoots from Bordeaux soil onto their 250 hectare estate in Valbuena del Duero. Original winemaker, Don Eloy de Lecanda, first thought to emulate Bordeaux on his estate- as they built their legendary reputation by selling to wealthy clients and top restaurants in Madrid.

Michael Broadbent's 'Lafite' moniker lent itself more toward the winery's sense of aristocracy, than to their desired likeness of Bordeaux style varieties, blending, and winemaking. They soon realized that the native Tinto Fino was most naturally suited to the terroir of their estate in Ribero del Duero. And so, the Unico blend became one of mostly Tempranillo blended with Cabernet Sauvignon, Merlot, and Malbec. The Bodega has continued the Unico production tradition of roughly 4,000 cases, as they have the wine released at least ten years after the vintage.

Many of the vintages offered in the following lots hail from the Hanns Newmann ownership of 1964-1982, which were consistently lovely, provocative, and age worthy. Now owned by the Alvarez family for the past few decades, who purchased in 1982 when Ribera del Duero was made a Denominacion de Origen. There have invested hugely in every need for the best aging conditions: they make American oak barrels at their cooperage and purchase French oak form from tops firms such as Seguin Moreau, Nevers, and Allier.

Broadbent gave four or more stars for the '53, '60, '64, '90. Robert Parker rated the following vintages 94+ points or more: '62, '68, '70, '75, '81, '89. This is a great opportunities to purchase one or more vintages from Spain's 'First Growth.'



Lots 1073-1085

Zachys Wine Auctions tel 914 448 3026 • fax 914 206 4544 • auction@zachys.com

## SPAIN

**Vega Sicilia Unico 1921**
*Ribera del Duero*
*top shoulder, bin-soiled label*
1073   1 bottle                          per lot $600-900

**Vega Sicilia Unico 1922**
*Ribera del Duero*
*just below top shoulder, bin-soiled label, sign of seepage*
1074   1 bottle                          per lot $700-1100

**Vega Sicilia Unico 1939**
*Ribera del Duero*
*just below top shoulder, bin-soiled label*
1075   1 bottle                          per lot $550-800

**Vega Sicilia Unico 1939**
*Ribera del Duero*
*upper shoulder, bin-soiled label*
1076   2 bottles                         per lot $1100-1600

**Vega Sicilia Unico 1940**
*Ribera del Duero*
*upper shoulder, one bin-soiled label, signs of seepage*
1077   2 bottles                         per lot $900-1400

**Vega Sicilia Unico 1941**
*Ribera del Duero*
*two just below top shoulder, one upper shoulder, two torn labels, two signs of seepage*
1078   3 bottles                         per lot $1400-2200

**Vega Sicilia Unico 1941**
*Ribera del Duero*
*upper shoulder*
1079   3 bottles                         per lot $1400-2200

**Vega Sicilia Unico 1948**
*Ribera del Duero*
*both lots: one top shoulder, two just below top shoulder, bin-soiled and wine-stained labels*
*Parcel: lots 1080-1081*
1080   3 bottles                         per lot $1200-1800
1081   3 bottles                         per lot $1200-1800

**Vega Sicilia Unico 1953**
*Ribera del Duero*
*one top shoulder, one just below top shoulder, one upper shoulder, badly bin-soiled label*
1082   3 bottles                         per lot $1300-2000

**Vega Sicilia Unico 1958**
*Ribera del Duero*
*one bottom neck, one upper shoulder*
1083   2 bottles                         per lot $800-1200

**Vega Sicilia Unico 1959**
*Ribera del Duero*
*very top shoulder or better*
1084   6 bottles                         per lot $2800-4200

**Vega Sicilia Unico 1959**
*Ribera del Duero*
*two very top shoulder or better, four top shoulder, one bin-soiled label*
1085   6 bottles                         per lot $2800-4200

**Vega Sicilia Unico 1960**
*Ribera del Duero*
*bottom neck*
"…very sweet, more earthy… ★★★★." MB.
1086   4 bottles                         per lot $1600-2400

**Vega Sicilia Unico 1962**
*Ribera del Duero*
*very top shoulder*
*Parcel: lots 1087-1088*
"The 1962 has been a consistently gorgeous wine…a huge, fragrant bouquet combining jammy red and black fruits, herbs, vanillin, smoke, and cedar is followed by a full-bodied wine with sweet, generous flavors, light tannin, and a finish that lasts for 30-40 seconds…95." WA 2/95.
1087   6 bottles                         per lot $2200-3000
1088   6 bottles                         per lot $2200-3000

**Vega Sicilia Unico 1964**
*Ribera del Duero*
*four very top shoulder, two top shoulder*
"…the bouquet gradually opened up and, after an hour in the glass, was indescribably beautiful… ★★★★." MB.
1089   6 bottles                         per lot $2200-3000

**Vega Sicilia Unico 1964**
*Ribera del Duero*
*four bottom neck, two very top shoulder, four bin-soiled labels, four torn labels*
1090  6 bottles                    per lot $2200-3000

**Vega Scilia Unico 1968**
*Ribera del Duero*
*into neck, lightly bin-soiled labels*
"An awesome wine! …extremely full-bodied, massively rich, and unctuous, with layers of jammy fruit, adequate acidity, and moderate, this huge wine's well-focused, structural component keeps everything in balance. There is a freshness, youthfulness, and extraordinary degree of promise in this amazingly young, fabulously concentrated Unico Riserva. It should take its place in wine history beside the greatest clarets of the decade of the sixties…98." WA 2/95.
1091  6 bottles                    per lot $3000-4800

**Vega Sicilia Unico 1968**
*Ribera del Duero*
*four into neck, one bottom neck, one upper shoulder, one nicked label, three bin-soiled labels*
1092  6 bottles                    per lot $3000-4800

**Vega Sicilia Unico 1970**
*Ribera del Duero*
*into neck, two bin-soiled labels, one nicked label, owc*
"…smashingly intense aromas of lavishly-oaked, but gorgeously pure black-cherries and currants. The wine is full-bodied, and nearly sweet tasting because of the fruit's exceptional ripeness. Expansive and deep, with the wood, tannin, and acidity nearly masked by the sheer quantity of fruit, the 1970 Vega Sicilia Unico is a velvety-textured, seamless, rich, profound wine…96." WA 4/95.
1093  6 bottles                    per lot $2200-3000

**Vega Sicilia Unico 1970**
*Ribera del Duero*
*four into neck, two bottom neck, three bin-soiled labels, two torn labels, owc*
1094  6 bottles                    per lot $2200-3000

**Vega Sicilia Unico 1970**
*Ribera del Duero*
*into neck, one nicked label*
1095  3 magnums (1.5L)             per lot $2400-3500

**Vega Sicilia Unico 1970**
*Ribera del Duero*
*into neck*
*Parcel: lots 1096-1098*
1096  3 magnums (1.5L)             per lot $2400-3500
1097  3 magnums (1.5L)             per lot $2400-3500
1098  3 magnums (1.5L)             per lot $2400-3500

**Vega Sicilia Unico 1975**
*Ribera del Duero*
*bottom neck*
"…the 1975 Unico Riserva has the potential to be one of this winery's finest offerings…this wine combines awesome power and richness with considerable structure and delineation. It appears to be a legendary Vega Sicilia in the making…96." WA 2/95.
1099  12 bottles                   per lot $2400-3500

**Vega Sicilia Unico 1981**
*Ribera del Duero*
*bottom neck*
*Parcel: lots 1100-1101*
"… beautiful fruit, a supple texture, and a long finish……a classy, complex offering with an intriguing lead pencil/smoky note in its aromatics, flavor, and finish…95." RP 4/98.
1100  12 bottles                   per lot $2000-3000
1101  12 bottles                   per lot $2000-3000

**Vega Sicilia Unico 1989**
*Ribera del Duero*
*into neck, 6-pack owc*
"With its huge concentration and extraordinarily chewy extract, this has fruit of steel. The wine's explosive, extremely long finish and great thrust go beyond 99.99% of the world's wines…95." IWC 7/03.
1102  6 bottles                    per lot $900-1400

**Vega Sicilia Unico 1990**
*Ribera del Duero*
*into neck*
"For a Unico, it exhibits a relatively unevolved style. A deep, opaque plum/garnet color is accompanied by noticeable sweet toasty oak in the nose along with copious quantities of black cherry and cassis fruit. Extremely youthful, vigorous, and full-bodied, with notes of over-ripeness, low acidity, moderately high tannin, and a full-bodied, layered, concentrated personality, this Unico is less mature upon release than many of its siblings...94." WA 8/01.
1103  12 bottles                    per lot $1800-2400

**Vega Sicilia Unico 1990**
*Ribera del Duero*
*eleven into neck, one bottom neck, owc*
1104  12 bottles                    per lot $1800-2400

**Vega Sicilia Unico Reserva NV**
*Ribera del Duero*
*nine into neck, three bottom neck, two from Lot 018/98, one from Lot 004/99, six from Lot 024/99, three from Lot 024/00*
1105  12 bottles                    per lot $3000-4800

**Clos Erasmus 1998**
*Priorato*
"The spectacular 1998 flirts with perfection. ..Powerful, with an unctuous texture, and super-extracted, rich, concentrated flavors, this block-buster effort boasts extravagant quantities of fruit, glycerin, extract, tannin, and personality...It is a winemaking tour de force...99." WA 8/00.
1106  12 bottles                    per lot $2200-3500
1107  1 magnum (1.5L)               per lot $380-600

**Pesquera Janus Reserva**
**Alejandro Fernandez 1994**
*Ribera del Duero*
*three signs of seepage*
1108  6 bottles                     per lot $550-800

**Pesquera Janus Reserva**
**Alejandro Fernandez 1994**
*Ribera del Duero*
1109  12 bottles                    per lot $1100-1600

**Pesquera Reserva Alejandro Fernandez 1996**
*Ribera del Duero*
"Superripe, sappy aromas of black raspberry, cassis, black cherry, and chocolate...great sweetness and almost painful flavor intensity in the mouth; utterly primary yet lush and accessible. This is still a baby but is already compelling... finishes with superb, subtle persistence and firm but fine tannins that spread out over the entire palate... 94." IWC 12/99.
1110  3 magnums (1.5L)              per lot $200-300

**Muga**
*Rioja*
• **Prado Enea Gran Reserva 1981**        (2)
• **Torre Muga 1994**                     (2)
1111  above 4 bottles               per lot $160-260

**Pingus 1996**
*Ribera del Duero*
*Parcel: lots 1112-1113*
"... an astonishing wine that continues to put on weight and add more nuances to its multidimensional personality. The explosive aromatics consist of smoke, jammy blackberry and currant fruit, incense, licorice, cedar, and pain grille. Massive in the mouth, with a sumptuous texture, immense body, high levels of glycerin, and a multilayered mid-palate, this spectacular wine is evolved and accessible...96." WA 4/99.
1112  6 bottles                     per lot $2000-3000
1113  6 bottles                     per lot $2000-3000

**Remirez de Ganuza Unfiltered 1994**
*Rioja*
"...multi-dimensional, spicy wine only hints at its considerable complexity... Wow!...92." WA 02/03.
1114  6 bottles                     per lot $220-300

## CALIFORNIA

**Araujo Estate Eisele Vineyard**
**Cabernet Sauvignon 1996**
*Napa Valley*

1115  8 bottles                    per lot $1200-1800

1116  No Lot

**Araujo Estate Eisele Vineyard Syrah**
*Napa Valley*
- 1992                           (1)
- 1994                           (1)
- 1995                           (5)
- 1996                           (5)

1117  above 12 bottles          per lot $1500-2200

**Beaulieu Vineyards Private Reserve**
**Cabernet Sauvignon 1951**
*Napa Valley*
*upper shoulder, nicked label*

1118  1 bottle                   per lot $1000-1600

**Caymus Vineyards Special Selection**
**Cabernet Sauvignon 1985**
*Napa Valley*
*bottom neck*

1119  3 bottles                  per lot $450-600

**Caymus Vineyards Special Selection**
**Cabernet Sauvignon 1992**
*Napa Valley*
"...for a decadent, lavishly oaky, explosively rich, intense, soft as silk style of Cabernet Sauvignon, it is hard to beat...Full-bodied, rich, and concentrated, with not a hard edge to be found...94."WA 12/95.

1120  5 bottles                  per lot $650-900

**Caymus Vineyards Special Selection**
**Cabernet Sauvignon 1995**
*Napa Valley*
*6-pack owc*
"...Amazingly complex, it displays a wide range of flavors--including currant, wild berry, herb, sage, coffee and tobacco—gains in nuance, delicacy, elegance and finesse, and unveils pretty oak shadings on the finish...97."WS 6/99.

1121  6 bottles                  per lot $750-1100

**Dalla Valle Vineyards**

**Dalla Valle Vineyards Maya 1992**
*Napa Valley*

1122  1 bottle                   per lot $380-550

**Dalla Valle Vineyards Maya 1993**
*Napa Valley*
"...stony, jammy cassis, roasted herbs, and smoky, meaty scents that are just beginning to unfold and soar from the glass. The wine possesses unbelievable concentration, powerful tannin, and a finish that lasts for 45+ seconds. It is an extraordinarily well-endowed and well-balanced wine...98."WA 12/96.

1123  1 bottle                   per lot $240-380

**Colgin Herb Lamb Vineyard**
**Cabernet Sauvignon 1994**
*Napa Valley*
"...a totally dry wine, but the sweetness and taste of this wine's fruit is akin to a savory blend of a chocolate-covered, blueberry/cassis-filled candy bar and vanilla ice cream melting in the mouth. Damn, I adore this wine... 96."WA.

1124  1 bottle                   per lot $320-500

**Colgin Herb Lamb Vineyard**
**Cabernet Sauvignon 1995**
*Napa Valley*
"...full-bodied, remarkably supple and opulent, with a purity and presence of fruit that must be tasted to be believed...They are the quintessential examples of Cabernet Sauvignons...98."WA 12/97.

1125  7 bottles                  per lot $2200-3200

**Dominus Estate 1991**
*Napa Valley*
"The wine is incredibly expansive, rich, complex, fragrant, concentrated, and compelling in all respects. The opaque ruby/purple color is followed by huge quantities of sweet jammy fruit nicely touched by tar, licorice, and earthy scents reminiscent of the aroma of fresh black truffles. The wine is extremely concentrated, opulently-textured, and voluptuous, with huge reserves of juicy fruit. It is a marvelous Pomerol-like wine of exceptional purity and harmony...98."WA 02/97.

1126  6 bottles                  per lot $800-1200

Lots 118, 1130 and 1172





**DOMINUS ESTATE 1994**
*Napa Valley*
"Christian Moueix and his talented winemaking team
continue to rewrite the definition of a Napa Valley
reference point wine. The 1994 is a strikingly thick,
compellingly rich wine with the texture of a great
Pomerol, despite being made primarily from Cabernet
Sauvignon. This seamless Dominus possesses no
hard edges… (and) has the potential to last for 30+
years… 99." WA 12/97.
1127    7 bottles                                    per lot $1000-1400

**DOMINUS ESTATE 1997**
*Napa Valley*
*one 6-pack owc*
"I do not know how he does it, but Christian Moueix
is able to make Cabernet Sauvignon from the south-
ern Napa Valley taste like a terrific Pomerol. The 1997
possesses considerable quantities of glycerin, terrific
purity, and gobs of black cherry and cassis flavors
intermixed with licorice, coffee, and Asian spice
notes. It is a stunning Dominus… 94." WA 12/00.
1128    12 bottles                                   per lot $850-1300

**DOMINUS ESTATE**
*Napa Valley*
• **1996**                                          magnum (1)
• **1997**                                         magnums (2)
1129    above 3 magnums (1.5L)               per lot $450-650

**GROTH RESERVE CABERNET SAUVIGNON 1985**
*Napa Valley*
1130    2 bottles                                    per lot $500-800

**GROTH RESERVE CABERNET SAUVIGNON 1994**
*Napa Valley*
1131    8 bottles                                    per lot $800-1200

**GROTH RESERVE CABERNET SAUVIGNON 1995**
*Napa Valley*
*one 6-pack owc*
1132    12 bottles                                   per lot $1000-1500

**HARLAN ESTATE**

**HARLAN ESTATE 1991**
*Napa Valley*
"This is a profoundly great wine. It came across in
a blind tasting as one of the most remarkable wines
there, with most tasters mistaking it for a first-
growth Medoc. I have consistently rated the 1991
Harlan Estate in the mid to upper nineties, but in
this blind tasting with so many high quality wines,
it was a big-time winner… 98." WA 2/97.
1133    3 bottles                          per lot $1100-1500

**HARLAN ESTATE 1992**
*Napa Valley*
*one torn label*
"… offers a dense purple color, and a splendid sweet
nose of minerals, blackcurrants, toast, and spice.
Opulent and rich, with full body, and well-integrated
sweet tannin, this expansive yet graceful wine pos-
sesses layers of flavor that caress the palate. The
wine is accessible, yet still youthful and unformed.
Dazzling wines…96." WA 12/96.
1134    3 bottles                            per lot $750-1200

**HARLAN ESTATE 1993**
*Napa Valley*
"… Dense, full-bodied, with a chocolatey, toasty,
mineral, and blackcurrant-scented nose, this wine has
a rich, full-bodied, chewy texture nicely buttressed
by ripe tannin… this is another 20-25 year wine…
exquisite richness and complexity. The wine offers the
intensity one expects from a top California Cabernet-
based wine, yet it incorporates a sense of grace, com-
plexity, and elegance that clearly places it in the top
echelon of California wines…95." WA 12/96.
1135    2 bottles                            per lot $550-850

**HARLAN ESTATE 1995**
*Napa Valley*
*bottom neck, one wine-stained label, one scuffed label*
"…one of the most remarkable young Cabernet
Sauvignons I have tasted… this opaque purple-colored
Cabernet offers up a nose of smoke, coffee beans,
black and blue fruits, minerals, and roasted herbs.
It is extremely full-bodied, with spectacular purity,
exquisite equilibrium, and a seamless personality with
everything in total harmony… 99." WA 12/98.
1136    6 bottles                           per lot $2400-3800

**Harlan Estate 1996**
*Napa Valley*
*owc*
"The opaque purple-colored 1996 Harlan Estate reveals extraordinary intensity, a spicy, black currant, tobacco, cedar, and fruit cake-scented bouquet, full body, a texture oozing with glycerin and concentrated fruit, and moderate tannin in the blockbuster finish. It is one of the most concentrated and complete red wines one could hope to taste… 98." WA 1/00.

| 1137 | 6 bottles | per lot $2200-3200 |

**Harlan Estate 1997**
*Napa Valley*
*two nicked labels*
"The 1997 Harlan Estate is one of the greatest Cabernet Sauvignon-based wines I have ever tasted. A blend of 80% Cabernet Sauvignon, with the rest Merlot and Cabernet Franc, this enormously-endowed, profoundly rich wine must be tasted to be believed. The finish exceeds one minute…100." WA 12/00.

| 1138 | 6 bottles | per lot $3500-5500 |

**Harlan Estate 1997**
*Napa Valley*
*one nicked label*

| 1139 | 6 bottles | per lot $3500-5500 |
| 1140 | 2 magnums (1.5L) | per lot $2400-3500 |

**Harlan Estate 1999**
*Napa Valley*
*owc*
"Enormously complex, rich and concentrated, with layers of currant, black cherry, blackberry and chocolate-mocha flavors that are intense and focused, finishing with a long, detailed aftertaste that keeps revealing extra facets of flavor and depth… 97." WS 11/02.

| 1141 | 6 bottles | per lot $1600-2600 |

**Harlan Estate 1999**
*Napa Valley*

| 1142 | 1 magnum (1.5L) | per lot $600-900 |

**Heitz Wine Cellars Cellar Treasure Tawny Port 1944**
*Napa Valley*

| 1143 | 1 bottle | per lot $260-400 |

**Heitz Wine Cellars Martha's Vineyard Cabernet Sauvignon 1974**
*Napa Valley*
*bottom neck or better*
"A monumental California Cabernet Sauvignon, it appears to have approached its plateau of maturity but should easily last for 20-25 more years… the spectacular, huge, Mouton-Rothschild-like nose of mint, cassis, lead pencil, and toast is remarkably youthful. Staggeringly concentrated, this full-bodied, super-rich wine possesses moderate tannin, fresh, lively acidity, and a blockbuster, rich, fleshy finish. This is a monumental effort!..98." WA 8/94.

| 1144 | 12 bottles | per lot $6500-9500 |

**Heitz Wine Cellars Martha's Vineyard Cabernet Sauvignon 1974**
*Napa Valley*
*into neck*

| 1145 | 1 magnum (1.5L) | per lot $1400-2000 |

**Heitz Wine Cellars Cabernet Sauvignon Martha's Vineyard 1985**
*Napa Valley*
*bottom neck or better*
"The mint/eucalyptus character, which can be extremely intense in the Martha's Vineyard cuvee, was presented in a subtle fashion. Expansive and chewy, with superb ripe fruit and concentration…94" WA 4/95.

| 1146 | 3 bottles | per lot $450-750 |

**Robert Mondavi Winery 30th Anniversary Reserve Cabernet Sauvignon 1996**
*Napa Valley*

| 1147 | 2 bottles | per lot $260-400 |

**Joseph Phelps Vineyards Insignia 1994**
*Napa Valley*
"The 1994 Insignia…is spectacular. I have had the wine a half-dozen or more times, and it is unquestionably opulent, sexy, flamboyant, explosively rich, concentrated, and a thrill to drink. Already gorgeous, it promises to evolve gracefully for two decades or more. The color is a healthy saturated dark purple. The spicy nose offers aromas of black currants, allspice, pain grille, and soy…96." WA 12/98.

| 1148 | 5 bottles | per lot $600-850 |

**JOSEPH PHELPS VINEYARDS INSIGNIA 1995**
*Napa Valley*

1149   6 bottles                                       per lot $600-900

**JOSEPH PHELPS VINEYARDS INSIGNIA 1997**
*Napa Valley*
"Superrich and seductive version of this prestigious red, its layers of currant, black cherry, chocolate and ginger turning smooth and polished, with a long, intricate aftertaste...96." WS 9/00.

1150   12 bottles                                      per lot $1200-1800
1151   3 magnums (1.5L)                                per lot $600-900
1152   1 double magnum (3L)                            per lot $450-700

**PRIDE MOUNTAIN VINEYARDS RESERVE CABERNET SAUVIGNON 1995**
*Napa Valley*

1153   5 bottles                                       per lot $650-850

**PRIDE MOUNTAIN VINEYARDS RESERVE**
*Napa Valley*
• **CLARET 1993**                                      (1)
• **CABERNET SAUVIGNON 1994**                          (3)
• **CLARET RED 1994**                                  (2)
• **CLARET RED 1995**                                  (2)

1154   above 8 bottles                                 per lot $900-1200

**SCREAMING EAGLE CABERNET SAUVIGNON 1992**
*Napa Valley*

1155   1 bottle                                        per lot $1400-2000

**SCREAMING EAGLE CABERNET SAUVIGNON 1994**
*Napa Valley*
"What makes Screaming Eagle such an extraordinary wine is its remarkably sweet, lavishly rich, opulently-textured, super-extracted black currant and black cherry fruitiness. Moreover, they are admirably pure, layered, velvety, and accessible. As delicious as these wines are young, they should age for 20 or more years, because of their extraordinary equilibrium...94." WA 12/97.

1156   1 bottle                                        per lot $1100-1600

**SCREAMING EAGLE CABERNET SAUVIGNON 1995**
*Napa Valley*
*scuffed label*
"The 1995 Cabernet Sauvignon is as close to a perfect wine as I could hope to taste...Full-bodied, with remarkable intensity, exquisite symmetry, and a mid-palate and finish to die for, this is a compelling, astonishingly seductive Cabernet Sauvignon...I may have done this wine a disservice by not giving it the big 3-digit score...there is an unbelievable purity to these wines, as well as phenomenal concentration and richness, yet in no sense are they heavy, ponderous, or out of balance...99." WA 12/98.

1157   1 bottle                                        per lot $1000-1500

**SCREAMING EAGLE CABERNET SAUVIGNON 1995**
*Napa Valley*
*five scuffed labels*

1158   6 bottles                                       per lot $6000-9000

**SCREAMING EAGLE CABERNET SAUVIGNON 1996**
*Napa Valley*
*two scuffed labels*
"The newly...1996 Cabernet Sauvignon reveals lots of structure, an opaque purple color, and the hallmark blackberry and cassis liqueur-like notes. Silky-textured, fabulously-concentrated, and gorgeously-balanced, it has every component part - acidity, alcohol, tannin, and extract - flawlessly presented...98." WA 1/00.

1159   6 bottles                                       per lot $4800-7500

**SHAFER VINEYARDS**

**SHAFER VINEYARDS HILLSIDE SELECT CABERNET SAUVIGNON 1994**
*Stag's Leap District*
"...is a prodigious Cabernet. The wine is extremely rich, as well as gorgeously poised and graceful. The saturated ruby/purple color is accompanied by Medoc-like, lead pencil aromas intermixed with cassis, cedar, minerals, and spice. I wrote the word "great" four different times in my most recent tasting note, which mirrored every other tasting note I have. It is full-bodied and seamless, with a silky texture, voluptuous richness, and fabulous purity...99." WA 12/98.

1160   10 bottles                                      per lot $1800-2600
1161   2 magnums (1.5L)                                per lot $750-1100

**SHAFER VINEYARDS HILLSIDE SELECT
CABERNET SAUVIGNON 1995**
*Stag's Leap District*
*one 6-pack owc*
"The 1995 Cabernet Sauvignon Hillside Select pos-
sesses lots of fatness in the mid-palate. There is
plenty of tannin in this full-bodied, rich effort. It
is remarkable how the finest California Cabernets
combine extraordinary power and richness with bal-
ance and elegance. A stupendous wine, it is worth a
special effort to obtain...99." WA 1/00.

| 1162 | 12 bottles | per lot $2200-3200 |
|---|---|---|

**SHAFER VINEYARDS HILLSIDE SELECT
CABERNET SAUVIGNON 1996**
*Stag's Leap District*
*Parcel: lots 1163-1164*
"... one of the vintage's super-stars. Its opaque
purple color is accompanied by super aromatics,
immense body, great fruit extraction, superb purity
and overall symmetry, as well as a 40+ second finish.
Revealing exceptional intensity (but no heaviness)...
perfectly integrated... fabulous Cabernet will drink
wonderfully for three decades...98." WA 12/00.

| 1163 | 12 bottles | per lot $1700-2400 |
|---|---|---|
| 1164 | 12 bottles | per lot $1700-2400 |

**SHAFER VINEYARDS HILLSIDE SELECT
CABERNET SAUVIGNON 1997**
*Stag's Leap District*
"Since 1991, Shafer's Hillside Select Cabernet
Sauvignon has unquestionably been one of the top
dozen or so California Cabernets. Made from 100%
Cabernet Sauvignon and aged 32 months in 100%
French oak casks (the majority Taransaud), it pos-
sesses the elegance and finesse one would expect
from the Stag's Leap area, but also monumental
power, richness, and intensity...99." WA 12/00.

| 1165 | 2 bottles | per lot $450-700 |
|---|---|---|

**SHAFER VINEYARDS HILLSIDE SELECT
CABERNET SAUVIGNON**
*Stag's Leap District*
| • 1992 | (1) |
|---|---|
| • 1995 | magnum (1) |

| 1166 | above 1 bottle &
1 magnum (1.5L) | per lot $500-700 |
|---|---|---|

| 1167 | No Lot | |
|---|---|---|

**SILVER OAK CELLARS BONNYS VINEYARD
NAPA VALLEY CABERNET SAUVIGNON**
*Napa Valley*
| • 1985 | (4) |
|---|---|
| • 1986 | (2) |
| • 1990 | (3) |

| 1168 | above 9 bottles | per lot $900-1500 |
|---|---|---|

**STAGS LEAP WINE CELLARS**

**STAGS LEAP WINE CELLARS CASK 23 1978**
*Stag's Leap District*
*bottom neck*
| 1169 | 2 bottles | per lot $300-450 |
|---|---|---|

**STAGS LEAP WINE CELLARS CASK 23 1985**
*Napa Valley*
*one bottom neck, one very top shoulder, one top shoulder*
"Captures an amazing range of flavors; bell pepper,
green olive, ripe, plush currant, black cherry and
even finishes with a touch of black olive. The texture
is smooth, polished and the finish is long and com-
plex. An altogether rich, deep and compelling wine
that has a long life ahead...98." WS 9/96.

| 1170 | 3 bottles | per lot $900-1500 |
|---|---|---|

**STAGS LEAP WINE CELLARS CASK 23 1985**
*Napa Valley*
*bottom neck, two bin-soiled labels*
| 1171 | 12 bottles | per lot $3500-6000 |
|---|---|---|

**STAGS LEAP WINE CELLARS CASK 23 1985**
*Napa Valley*
*bottom neck, wine-stained label*
| 1172 | 1 magnum (1.5L) | per lot $600-900 |
|---|---|---|

**STAGS LEAP WINE CELLARS CASK 23 1990**
*Napa Valley*
*bottom neck*
| 1173 | 3 bottles | per lot $260-350 |
|---|---|---|

**STAGS LEAP WINE CELLARS CASK 23 1991**
*Napa Valley*
| 1174 | 4 bottles | per lot $500-800 |
|---|---|---|

### Stags Leap Wine Cellars Cask 23 1995
*Napa Valley*

"A tremendous effort, ultrarich, supple, complex and concentrated. Delivers a wave of plush currant, black cherry, black olive, sage and spicy flavors that glide across the palate with smooth, silky tannins that have become the trademark of this wine. Contains 95 percent Cabernet, with a touch of Merlot... 94." WS 11/98.

| | | |
|---|---|---|
| 1175 | 6 bottles | per lot $550-850 |

### Vineyard 29 Cabernet Sauvignon 1995
*Napa Valley*

| | | |
|---|---|---|
| 1176 | 3 bottles | per lot $220-300 |

### ZD Abacus Napa Valley Cabernet Sauvignon NV
*Napa Valley*

| | | |
|---|---|---|
| 1177 | 3 bottles | per lot $380-500 |

## AUSTRALIA

### Burge Draycott Reserve Shiraz 1996
*Australia*
*Parcel: lots 1178-1179*

"Deep, with monstrous levels of extract and viscousness, this superb, multi-layered, fabulously concentrated Shiraz has managed to retain its harmony and balance. It is velvety-textured...This is a superb source for highly flavorful, intense wines...95." WA 4/99.

| | | |
|---|---|---|
| 1178 | 12 bottles | per lot $1000-1600 |
| 1179 | 12 bottles | per lot $1000-1600 |

### Burge Draycott Reserve Shiraz 1998
*Australia*

"It would be difficult to find a better Shiraz than the 1998 Shiraz Draycott Reserve. Sadly, only 195 cases were produced of this wine, which was made from a 40-year old vineyard. The color is a saturated blue/purple...A spectacular bouquet of melted chocolate, licorice, blackberry jam, blueberries, and cassis is accompanied by an awesomely concentrated, massively proportioned wine. The wine is gorgeously pure, with massive power and weight...99." WA 2/00.

| | | |
|---|---|---|
| 1180 | 6 bottles | per lot $1400-2000 |
| 1181 | 12 bottles | per lot $2800-4000 |
| 1182 | 2 magnums (1.5L) | per lot $900-1300 |

### Clarendon Hills Astralis 1998
*McLaren Vale*

"...Extremely thick, with a viscous texture, good underlying tannin and acidity, and fabulous length (nearly 50 seconds), this is certainly a prodigious effort that is now living up to the fame and extraordinary quality of this vintage. It is a majestic, multi-dimensional, individualistic wine that certainly is world-class and undoubtedly profound...98." WA 2/02.

| | | |
|---|---|---|
| 1183 | 12 bottles | per lot $1800-2400 |

### Clarendon Hills Astralis 2001
*South Australia*

"... extraordinary bouquet of graphite, blackberry liqueur, espresso, acacia flowers, and licorice. Fabulously concentrated with a presence on the palate that must be tasted to be believed, it possesses beautifully integrated tannin as well as enormous weight and richness, but it is not over the top. Bratasiuk calls it his "Guigal Cote Rotie La Turque," and he's not far off. The Astralis is just denser and even more extracted...98-100." WA 10/02.

| | | |
|---|---|---|
| 1184 | 12 bottles | per lot $2200-3000 |

### Clarendon Hills Astralis 2002
*South Australia*
*owc*

"This compelling, black/blue-hued offering from 75-year-old Syrah vines tastes like blood of the vine. An extraordinary perfume of flowers, creme de cassis, blackberries, roasted meat, new saddle leather, and earth is followed by a wine with sweet tannin, sensational concentration, full body, an unctuous texture, and a full-throttle, tannic finish. Yet it reveals unbelievable elegance and finesse...99." WA 10/04.

| | | |
|---|---|---|
| 1185 | 6 bottles | per lot $1200-1800 |

### Fox Creek Reserve Shiraz 1998
*Australia*
*Parcel: lots 1186-1187*

"Nearly perfect, the opaque black/purple-colored 1998 Shiraz Reserve (2,300 cases) plays to the great strength of Australia -- powerful, naturally-textured, super-rich wines that are big and chewy. Exceptionally rich and explosive, with great purity as well as remarkable symmetry and overall balance for such massiveness,... Make no doubt about it, this Shiraz will elicit more than a few "wows" in any tasting - blind or otherwise...98." WA 2/00.

| | | |
|---|---|---|
| 1186 | 12 bottles | per lot $1000-1500 |
| 1187 | 12 bottles | per lot $1000-1500 |

### Greenock Creek Roennfeldt Road Shiraz 1995
*Australia*

"...it is syrup of Shiraz, with compelling blackberry liqueur intermixed with minerals, smoke, and truffles. Huge in the mouth but not overbearing, this wine has a finish that goes on for nearly a minute. With great purity, massive extraction, and a blockbuster, multidimensional personality, this is one of the greatest Shiraz I have ever tasted...100." WA 06/01.

| | | |
|---|---|---|
| 1188 | 1 bottle | per lot $400-700 |

### Kay Brothers Block 6 Shiraz 1998
*Australia*

| | | |
|---|---|---|
| 1189 | 3 bottles | per lot $300-450 |

### Torbreck Run Rig 1997
*Barossa Valley*
*Parcel: lots 1190-1191*

"Torbeck's 1997 Run Rig is spectacular. I have been blown away by prior efforts, and this huge, exotic wine, which offers up blueberry liqueur, cassis, flowers, a touch of overripe peaches, and sweet vanillin, is a rich, full-bodied, supple-textured wine...the oak is beautifully integrated. The wine is low in acidity, and the impact on the palate is one of awesome levels of fruit, richness, and complexity. This amazing wine may even merit a perfect rating...98." WA 2/00.

| | | |
|---|---|---|
| 1190 | 12 bottles | per lot $1800-2600 |
| 1191 | 12 bottles | per lot $1800-2600 |

### Torbreck Run Rig 1998
*Australia*
*two 6-pack owc's*

"The 1998 may well be the most concentrated Run Rig to date...The balance is virtually perfect, and the finish lasts for nearly a minute. This luxurious, compelling gem displays a level of complexity and delineation that is rare in a wine of such size...99." WA 6/01.

| | | |
|---|---|---|
| 1192 | 12 bottles | per lot $1800-2400 |

### Torbreck Run Rig 1998
*Australia*

| | | |
|---|---|---|
| 1193 | 12 bottles | per lot $1800-2400 |

### Torbreck Run Rig
*Barossa Valley*

| | | |
|---|---|---|
| • 1996 | | (4) |
| • 1999 | | (3) |
| 1194 | above 7 bottles | per lot $1000-1400 |

### Veritas Hanisch Vineyard Shiraz 1998
*Barossa Valley*

Veritas Hanisch Shiraz 1998 Fruit from estate . Vines planted in 1972, row orientation is East-West on a gentle slope. The vineyard has eight different defined soil types. The wine is 100% Shiraz and is aged in 50% new AP John American oak (with 20% French) for 22 months. It receives a gentle egg white fining prior to bottling.

| | | |
|---|---|---|
| 1195 | 3 bottles | per lot $350-600 |

End of first session

# The Fall Auction

Over 17,000 Bottles of Greatness

**Saturday, October 29, 2005
9:15 am to 4:00 pm**

**Lots 1196-2423**



Lots 1522-1524

## BURGUNDY

### Montrachet Amiot Guy et Fils 2000
*Cote de Beaune, Grand Cru*

1196    6 bottles                           per lot $1200-1800

### Henri Boillot

### Chevalier Montrachet Henri Boillot 1999
*Cote de Beaune, Grand Cru*

1197    12 bottles                          per lot $2200-3200

### Chevalier Montrachet Henri Boillot 1999
*Cote de Beaune, Grand Cru*
*scuffed label*

1198    1 magnum (1.5L)                     per lot $350-550

### Montrachet Henri Boillot 1999
*Cote de Beaune, Grand Cru*
"This superb wine has a medium-bodied, satin-textured character that is broad, elegant, and intense. Powerful candied lemon, pear, ripe apple, spice, and acacia blossom flavors are found in its harmonious, balanced personality as well as throughout its exceedingly long finish…95." WA 2/01.

1199    6 bottles                           per lot $1500-2400

### Montrachet Henri Boillot 1999
*Cote de Beaune, Grand Cru*
*one nicked label, signs of old seepage*

1200    3 magnums (1.5L)                    per lot $1500-2200

### Batard Montrachet Henri Boillot 2000
*Cote de Beaune, Grand Cru*

1201    6 bottles                           per lot $900-1200

### Batard Montrachet Henri Boillot 2002
*Cote de Beaune, Grand Cru*
"Offers an uncanny combination of fat, density of texture and sheer sweetness. "This needs ten years despite its great early sucrosite," notes Boillot. Finishes with outstanding palate-staining length. Another monument of the vintage…95." IWC 9/04.

1202    6 bottles                           per lot $900-1200

### Bouchard Pere et Fils

### Chevalier Montrachet La Cabotte Bouchard Pere et Fils 1997
*Cote de Beaune, Grand Cru*

1203    6 bottles                           per lot $600-900

### Chevalier Montrachet La Cabotte Bouchard Pere et Fils 1999
*Cote de Beaune, Grand Cru*

1204    6 bottles                           per lot $900-1200

### Chevalier Montrachet La Cabotte Bouchard Pere et Fils 2000
*Cote de Beaune, Grand Cru*

1205    6 bottles                           per lot $600-900

### Montrachet Bouchard Pere et Fils 2000
*Cote de Beaune, Grand Cru*

1206    12 bottles                          per lot $2000-3200

### Chevalier Montrachet La Cabotte Bouchard Pere et Fils 2002
*Cote de Beaune, Grand Cru*
*two 6-pack owc's*
"Pure, high-pitched aromas of lime, lemon, grapefruit and powdered stone. Then as extraordinarily fresh in the mouth as on the nose; the wine's strong acids and powerful minerality give it great penetration and serve to intensify the citrus and stone flavors. It's hard to find an '02 more incisive than this, which is high praise indeed…96." IWC 9/04.

1207    12 bottles                          per lot $2600-4000

### Chevalier Montrachet La Cabotte Bouchard Pere et Fils 2002
*Cote de Beaune, Grand Cru*

1208    12 bottles                          per lot $2600-4000

**Montrachet Bouchard Pere et Fils 2002**
*Cote de Beaune, Grand Cru*
"Massive in every respect with full-on penetrating aromas of white flowers and fresh citrus extract followed by huge, oily, almost viscous broad and deep flavors...This is a powerful, precise, intense, completely backward Montrachet of immense proportions that is altogether imposing in its sheer size and raw power...A monument in the making...96." Burghound 7/04.
1209   12 bottles                    per lot $3000-4800

**Bienvenue Batard Montrachet**
**Chartron et Trebuchet 1999**
*Cote de Beaune, Grand Cru*
1210   4 bottles                     per lot $320-480

**Batard Montrachet**
**Chateau de Puligny Montrachet 1996**
*Cote de Beaune, Grand Cru*
1211   6 bottles                     per lot $450-650

**Chateau de Puligny Montrachet**
*Cote de Beaune*
• **Batard Montrachet 1996**              (1)
  *Grand Cru*
• **Chevalier Montrachet 1996**           (2)
  *Grand Cru*
• **Meursault Perrieres 1996**            (3)
  *Premier Cru*
• **Montrachet 1996**                     (3)
  *Grand Cru*
• **Montrachet 1999**                     (2)
  *Grand Cru*
1212   above 11 bottles              per lot $850-1300

**Puligny Montrachet**
*Cote de Beaune, Premier Cru*
• **Chalumeaux**
  **Chateau de Puligny Montrachet 1996**  (6)
  *four torn labels*
• **Les Perrieres Vincent Girardin 1998** (6)
1213   above 12 bottles             per lot $450-700

**Montrachet Marc Colin 1990**
*Cote de Beaune, Grand Cru*
*2cm or better, lightly damp-stained labels, two nicked labels*
1214   3 bottles                    per lot $1100-1500

**Batard Montrachet Marc Colin 2000**
*Cote de Beaune, Grand Cru*
1215   3 bottles                    per lot $350-500

**Chevalier Montrachet Marc Colin 2000**
*Cote de Beaune, Grand Cru*
1216   3 bottles                    per lot $450-600

**Batard Montrachet Marc Colin 2002**
*Cote de Beaune, Grand Cru*
"...excellent aromatic definition with explosive orchard fruit aromas and a touch of fennel that lead to opulently sappy, dense and powerful flavors of uncommon depth and complexity...94." Burghound 7/04.
1217   6 bottles                    per lot $1000-1600

**Chevalier Montrachet Colin Deleger 1999**
*Cote de Beaune, Grand Cru*
1218   6 bottles                    per lot $900-1200

**Batard Montrachet Colin-Deleger 1996**
*Cote de Beaune, Grand Cru*
1219   2 bottles                    per lot $300-500

**Montrachet Michel Coutoux 1999**
*Cote de Beaune, Grand Cru*
1220   6 bottles                    per lot $750-1100

**Batard Montrachet Vincent Girardin 1999**
*Cote de Beaune, Grand Cru*
1221   6 bottles                    per lot $500-750

**Montrachet Vincent Girardin 1999**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1222-1223*
1222   12 bottles                   per lot $2200-3200
1223   12 bottles                   per lot $2200-3200

**Montrachet Vincent Girardin 2000**
*Cote de Beaune, Grand Cru*
1224   6 bottles                    per lot $1100-1700

**Batard Montrachet Vincent Girardin 2002**
*Cote de Beaune, Grand Cru*
"Pure but reticent aromas of yellow fruits, nut oil and menthol. Dense, chewy and powerful, with superconcentrated flavors framed by firm acidity. A very solid grand cru with excellent spine for aging...93-95." IWC 9/03.

1225    12 bottles                    per lot $1000-1500

**Montrachet Vincent Girardin 2002**
*Cote de Beaune, Grand Cru*
"Thick and powerful on the palate, with supersweet apricot, nut oil and menthol flavors. A huge wine of impressive solidity and extraordinary sweetness...92-95." IWC 9/03.

1226    12 bottles                    per lot $2200-3200

**Chevalier Montrachet Les Demoiselles Louis Jadot 1999**
*Cote de Beaune, Grand Cru*

1227    12 bottles                    per lot $2200-3200

**Louis Jadot**

**Chevalier Montrachet Les Demoiselles Louis Jadot 2002**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1228-1229*
"Taut, vibrant aromas of grapefruit, apple, pear, and powdered and wet stone. A great expression of rocks in the mouth, with extremely pure flavors of grapefruit and lemon. Conveys a powerful impression of sweetness allied to sheer energy. Fabulous, consistent wine with near-perfect balance and extraordinary length...96." IWC 9/04.

1228    12 bottles                    per lot $1700-2400
1229    12 bottles                    per lot $1700-2400

**Montrachet Louis Jadot 1989**
*Cote de Beaune, Grand Cru*
"The super-opulent, highly extracted Montrachet conjures up everything that this 19.76-acre grand cru vineyard should...there is density, balance, a haunting combination of minerals and ripe fruit, and a finish that exceeds 60 seconds. Interestingly, it is more developed and softer than the Chevalier-Montrachet and Corton-Charlemagne...98." WA 2/92.

1230    4 bottles                    per lot $1400-2000

**Montrachet Louis Jadot 1992**
*Cote de Beaune, Grand Cru*

1231    4 bottles                    per lot $1100-1600

**Montrachet Louis Jadot 1996**
*Cote de Beaune, Grand Cru*

1232    6 bottles                    per lot $1500-2400

**Montrachet Louis Jadot 1999**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1233-1234*
"...magnificent spice cake, almond paste, and hazelnut-laden nose. Medium to full-bodied and suggestive of drinking liquid velvet, this is a big, deep, broad, and well-focused wine. Pears, apples, stones, and a myriad of spices can be found throughout its highly expressive and flavorful character...93-95." WA 2/01.

1233    12 bottles                    per lot $2200-3200
1234    12 bottles                    per lot $2200-3200

**Louis Jadot 1996**
*Cote de Beaune, Grand Cru*
• **Chevalier Montrachet Les Demoiselles**   (3)
• **Criots Batard Montrachet**                 (4)

1235    above 7 bottles            per lot $900-1400

**Louis Latour**

**Batard Montrachet Hospice de Beaune Cuvee Dames de Flandres Louis Latour 1996**
*Cote de Beaune, Grand Cru*

1236    4 bottles                    per lot $500-700

**Batard Montrachet Louis Latour 1999**
*Cote de Beaune, Grand Cru*
"...delivers corporal pleasure in a bold, assertive, and flashy manner. Sweet white fruits, hazelnut puree, honeysuckle, and roses can be discerned in its blatant aromatics. This massive, broad-shouldered, and full-bodied wine is not for the weak. Thick, fabulously ripe layers of candied apples, spiced pears, toasty oak, and hints of tropical fruits are found in its ample character...92." WA 6/99.

1237    6 bottles                    per lot $600-900

**CHEVALIER MONTRACHET LES DEMOISELLES**
**LOUIS LATOUR 1999**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1238-1241*

| | | |
|---|---|---|
| 1238 | 12 bottles | per lot $1500-2200 |
| 1239 | 12 bottles | per lot $1500-2200 |
| 1240 | 12 bottles | per lot $1500-2200 |
| 1241 | 12 bottles | per lot $1500-2200 |

**CHEVALIER MONTRACHET LES DEMOISELLES**
**LOUIS LATOUR 1999**
*Cote de Beaune, Grand Cru*
*owc*

| | | |
|---|---|---|
| 1242 | 12 bottles | per lot $1500-2200 |

**CRIOTS BATARD MONTRACHET LOUIS LATOUR 1999**
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1243 | 10 bottles | per lot $750-1000 |

**MONTRACHET LOUIS LATOUR 1999**
*Cote de Beaune, Grand Cru*
*two 6-pack owc's*

| | | |
|---|---|---|
| 1244 | 12 bottles | per lot $2200-3500 |

**MONTRACHET LOUIS LATOUR 1999**
*Cote de Beaune, Grand Cru*
*owc*

| | | |
|---|---|---|
| 1245 | 12 bottles | per lot $2200-3500 |

**BATARD MONTRACHET LOUIS LATOUR 2002**
*Cote de Beaune, Grand Cru*
*owc*
"Candied apples and lilies burst from the glass…
Broad, hugely spicy, and fleshy, this intense wine
coats the taster's palate with vanilla-laced flowers,
pears, and ginger. It is pure, balanced, concentrated,
and offers a long, expressive finish…92-94." WA 2/04.

| | | |
|---|---|---|
| 1246 | 6 bottles | per lot $750-1100 |

**MONTRACHET P MOREY 1990**
*Cote de Beaune, Grand Cru*
*1.5cm*

| | | |
|---|---|---|
| 1247 | 3 bottles | per lot $1100-1500 |

**CHEVALIER MONTRACHET**
**DOMAINE MARC MOREY 1999**
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1248 | 6 bottles | per lot $750-1100 |

**CHEVALIER MONTRACHET**
**DOMAINE MARC MOREY 2000**
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1249 | 6 bottles | per lot $750-1100 |

**BATARD MONTRACHET PERNOT 1986**
*Cote de Beaune, Grand Cru*
*1.5cm or better, bin-soiled labels*

| | | |
|---|---|---|
| 1250 | 6 bottles | per lot $1200-1800 |

**BIENVENUES BATARD MONTRACHET PERNOT 2002**
*Cote de Beaune, Grand Cru*
"Vibrant, pure aromas of pineapple, spring flowers
and wet stone. Sweet but racy, with precise pineap-
ple and floral flavors intensified by harmonious acid-
ity and complemented by aromatic oak tones. Highly
concentrated wine with superb inner-mouth energy
and definition…91-94." IWC 9/03.

| | | |
|---|---|---|
| 1251 | 6 bottles | per lot $450-650 |

**BATARD MONTRACHET PERNOT**
*Cote de Beaune, Grand Cru*
*1.5cm or better*
• BIENVENUES 1989 (3)
  *two nicked labels*
• 1995 magnums (2)

| | | |
|---|---|---|
| 1252 | above 3 bottles & | |
| | 2 magnums (1.5L) | per lot $750-1100 |

**MONTRACHET VERGET 1992**
*Cote de Beaune, Grand Cru*
"Verget's Grand Cru 1992 Le Montrachet is superb,
with layers of rich fruit, a compelling mineral and
wet stone fragrance allied to smoky, toasty new oak,
and tons of fruit." WA 10/93.

| | | |
|---|---|---|
| 1253 | 12 bottles | per lot $4000-6000 |

**CORTON CHARLEMAGNE VERGET 1995**
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1254 | 5 bottles | per lot $420-650 |

### Corton Charlemagne Coche-Dury

The Coche-Dury Domaine became a superstar, ranking amoung Lafon and Ramonet, when Jean-Francois took over in 1973.

Established in the 1920's with a few parcels of Bourgogne blanc, village Meursault, including Les Vireuils, Auxey-Deuresses, and Monthelie. The Coche-Dury domaine measures 9.93 hectares.

It wasn't until Becky Wasserman 'discovered' and started importing this estate, that has become quite sought after and virtually unobtainable…The Coche style is for wines which are plump, radiantly succulent and generous, immensely attractive from the start, and of course, rather more oaky than most. This immediate appeal, the result of the new oak and the batonnage, can be misleading. With all the flavours up front and out in the open, one is inclined to be suspicious. Will the wines last? After all, there are plenty of others who product sexy wines which fail to stay the course… Should they be more austere?…The secret, of course, lies in the small rendement. Underneath the opulence there is concentration…The wines do last…

This is careful, dedicated wine-making from one of the most thoughtful, punctilious winemakers in Burgundy. Coche is a shy man, tall, and youngish-looking for his age. You feel he is somewhat bemused by his success and the attention it has brought. But then you realize he is proud too, determined also…But he is entitled to be. This is one of the finest white wine domaines in the world. CC

### Corton Charlemagne Coche-Dury 1990
*Cote de Beaune, Grand Cru*
*1.5cm, nicked label*

| | | |
|---|---|---|
| 1255 | 1 bottle | per lot $1100-1700 |

### Corton Charlemagne Coche-Dury 1991
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1256 | 5 bottles | per lot $3000-4500 |

### Corton Charlemagne Coche-Dury 1992
*Cote de Beaune, Grand Cru*
"…a huge spicy, vanillin, buttery, coconut, and tropical fruit-scented nose, astonishingly rich, unctuously-textured flavors that linger on the palate, and enough glycerin, extract, and alcohol to satisfy the most demanding hedonist…94-96." WA 10/93.

| | | |
|---|---|---|
| 1257 | 1 bottle | per lot $1000-1700 |

### Corton Charlemagne Coche-Dury 1993
*Cote de Beaune, Grand Cru*
*one nicked vintage tag, one torn label, one sign of old seepage*

| | | |
|---|---|---|
| 1258 | 5 bottles | per lot $3800-6000 |

### Corton Charlemagne Coche-Dury 1993
*Cote de Beaune, Grand Cru*
"A blockbuster with the finesse to seduce the most demanding aficionados of top white Burgundy. Voluptuous, supple and intense as can be, this opulent crowd-pleaser delivers plenty of toasted oak, apple, citrus and mineral character…99." WS 5/96.

| | | |
|---|---|---|
| 1259 | 6 bottles | per lot $4500-7000 |

### Corton Charlemagne Coche-Dury 1994
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1260 | 2 bottles | per lot $1000-1500 |
| 1261 | 6 bottles | per lot $3000-4500 |

### Corton Charlemagne Coche-Dury 1995
*Cote de Beaune, Grand Cru*
"Brilliant and very intense. Wonderfully stony, minerally, very toasted from the grilled oak, showing thick weight on the midpalate. This is superimpressive, with a silky texture that's to die for…98." WS 5/98.

| | | |
|---|---|---|
| 1262 | 1 bottle | per lot $900-1300 |

### Corton Charlemagne Coche-Dury 1996
*Cote de Beaune, Grand Cru*
*one nicked label*
"Ripe but racy, with a lush, opulent and fat mouthfeel. Very attractive thanks to its richness, this vibrates on the palate as it powers its way to a toasty, ripe, velvety finish that will need years to show it all…99." WS 5/99.

| | | |
|---|---|---|
| 1263 | 3 bottles | per lot $3000-4800 |

### Corton Charlemagne Coche-Dury 1998
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1264 | 1 bottle | per lot $500-750 |

### Corton Charlemagne Coche-Dury 1999
*Cote de Beaune, Grand Cru*
*one water-stained label*

| | | |
|---|---|---|
| 1265 | 3 bottles | per lot $2400-4000 |

**CORTON CHARLEMAGNE COCHE-DURY 2000**
*Cote de Beaune, Grand Cru*

1266  3 bottles                          per lot $2000-3000

**MERSAULT COCHE-DURY**

**MEURSAULT CAILLERETS COCHE-DURY 1999**
*Cote de Beaune, Premier Cru*

1267  6 bottles                          per lot $1100-1700

**MEURSAULT CAILLERETS COCHE-DURY 2000**
*Cote de Beaune, Premier Cru*

1268  6 bottles                          per lot $1200-1800

**MEURSAULT CHARMES COCHE-DURY 1978**
*Cote de Beaune, Premier Cru*
*2.5cm, nicked label, capsule cut to verify vintage*

1269  1 bottle                           per lot $1100-1700

**MEURSAULT CHARMES COCHE-DURY 1978**
*Cote de Beaune, Premier Cru*
*3.5cm, nicked label, capsule cut to verify vintage*

1270  1 bottle                           per lot $1100-1700

**MEURSAULT CHEVALIERS COCHE-DURY 1995**
*Cote de Beaune, Premier Cru*

1271  1 bottle                           per lot $260-400

**MEURSAULT CHEVALIERS COCHE-DURY 1999**
*Cote de Beaune, Premier Cru*

1272  12 bottles                         per lot $2400-3500

**MEURSAULT LES ROUGEOTS COCHE-DURY 1989**
*Cote de Beaune, Premier Cru*
*2.5cm, one nicked label*

1273  3 bottles                          per lot $1100-1500

**MEURSAULT ROUGEOTS COCHE-DURY 1992**
*Cote de Beaune, Premier Cru*

1274  3 bottles                          per lot $1100-1700

**MEURSAULT LES ROUGEOTS COCHE-DURY 1995**
*Cote de Beaune, Premier Cru*

1275  2 bottles                          per lot $600-900

**MEURSAULT LES ROUGEOTS COCHE-DURY 1996**
*Cote de Beaune, Premier Cru*
*one torn label*

1276  3 bottles                          per lot $750-1200

**MEURSAULT LES ROUGEOTS COCHE-DURY**
*Cote de Beaune, Premier Cru*
• 1998                                          (3)
• 1998                          magnums (2)

1277  above 3 bottles &
2 magnums (1.5L)                per lot $800-1300

**MEURSAULT LES ROUGEOTS COCHE-DURY 1999**
*Cote de Beaune, Premier Cru*
*Parcel: lots 1278-1279*

1278  12 bottles                         per lot $2400-3500
1279  12 bottles                         per lot $2400-3500

**MEURSAULT LES ROUGEOTS COCHE-DURY 2000**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1280-1281*

1280  12 bottles                         per lot $2400-3500
1281  12 bottles                         per lot $2400-3500

**MEURSAULT LES ROUGEOTS COCHE-DURY 2001**
*Cote de Beaune, Premier Cru*
"...bursts from the glass with vanilla-infused toast.
An opulent, medium-bodied, exceedingly spicy wine
of huge power, depth, as well as density, it is vel-
vety-textured and crammed with pear-laced honeyed
minerals. Moreover, its finish is bursting with flavor
and resin, sticking to the palate for an astoundingly
long time...(93-95)." WA 6/03.

1282  4 bottles                          per lot $700-1100

**MEURSAULT PERRIERES COCHE-DURY 1976**
*Cote de Beaune, Premier Cru*
*2.5cm*

1283  2 bottles                          per lot $1000-1500

**MEURSAULT PERRIERES COCHE-DURY 1978**
*Cote de Beaune, Premier Cru*
*3cm, capsules cut to verify vintage*
*Parcel: lots 1284-1285*

1284  1 bottle                           per lot $1100-1700
1285  1 bottle                           per lot $1100-1700

**MEURSAULT PERRIERES COCHE-DURY 1981**
*Cote de Beaune, Premier Cru*
*one 2.5cm, one 3cm, one torn capsule*
1286  2 bottles                        per lot $300-500

**MEURSAULT PERRIERES COCHE-DURY 1985**
*Cote de Beaune, Premier Cru*
*two 2.5cm, three 3cm, one 3.5cm, two capsule cut to verify vintage*
1287  6 bottles                        per lot $3500-5500

**MEURSAULT PERRIERES COCHE-DURY 1988**
*Cote de Beaune, Premier Cru*
*2.5cm*
1288  6 bottles                        per lot $3000-5000

**MEURSAULT PERRIERES COCHE-DURY 1989**
*Cote de Beaune, Premier Cru*
"…smells and tastes as if it were a Montrachet…this wine is crammed with enough glycerin, extract, alcohol, and intensity…his spectacular 1989s are worth a special effort to obtain…97." WA 2/92.
1289  3 bottles                        per lot $3200-4800

**MEURSAULT PERRIERES COCHE-DURY 1990**
*Cote de Beaune, Premier Cru*
1290  3 bottles                        per lot $2400-3500

**MEURSAULT PERRIERES COCHE-DURY 1991**
*Cote de Beaune, Premier Cru*
1291  4 bottles                        per lot $800-1200

**MEURSAULT PERRIERES COCHE-DURY 1993**
*Cote de Beaune, Premier Cru*
"Iron fist in a velvet glove, this powerful white caresses the palate despite its amazing fruit intensity. Silky and concentrated citrus, toasted bread and mineral complexity…95." WS 5/96.
1292  1 bottle                         per lot $350-550

**MEURSAULT PERRIERES COCHE-DURY 1995**
*Cote de Beaune, Premier Cru*
"…highly defined and hyper-concentrated, thick, full-bodied yet perfectly delineated Meursault Perrieres exhibits waves of toasted almonds, hazelnuts, wet stones and an unbelievably long finish…98." WA 2/98.
1293  6 bottles                        per lot $3500-5500

**MEURSAULT PERRIERES COCHE-DURY 1996**
*Cote de Beaune, Premier Cru*
"…an out-of-this-world experience! This masterpiece has perfect balance, focus, and delineation. It is vibrant, spiritual, and as complex a wine as I can imagine. It attacks the palate with waves of candied lemons, marzipan, creamed hazelnuts, pears, grilled oak, curry, red berries, and loads of minerals. It is truly mind-blowing!…99." WA 2/99.
1294  6 bottles                        per lot $3500-5500

**MEURSAULT VIREUILS COCHE-DURY 2002**
*Cote de Beaune, Premier Cru*
*owc*
*Parcel: lots 1295-1296*
1295  12 bottles                       per lot $1300-1900
1296  12 bottles                       per lot $1300-1900

**PULIGNY MONTRACHET COCHE-DURY**

**PULIGNY MONTRACHET ENSEIGNERES COCHE-DURY 1995**
*Cote de Beaune, Premier Cru*
1297  6 bottles                        per lot $1200-1800

**PULIGNY MONTRACHET ENSEIGNERES COCHE-DURY 1996**
*Cote de Beaune, Premier Cru*
1298  12 bottles                       per lot $3000-4800

**PULIGNY MONTRACHET ENSEIGNERES COCHE-DURY 1999**
*Cote de Beaune, Premier Cru*
*Parcel: lots 1299-1300*
1299  12 bottles                       per lot $1800-2400
1300  12 bottles                       per lot $1800-2400

**PULIGNY MONTRACHET ENSEIGNERES COCHE-DURY 2000**
*Cote de Beaune, Premier Cru*
1301  12 bottles                       per lot $2400-3800

1302  No Lot

Lots 1289, 1290, 1293 and 1294



### d'Auvenay

### Chevalier Montrachet d'Auvenay 1997
*Cote de Beaune, Grand Cru*
"...certainly one of the stars of the vintage. This magnificent masterpiece has a personality of unheard of intensity, ripeness, and focus...gorgeously precise...stupendous finish...96." WA 2/99.

1303   9 bottles                     per lot $2800-4000

### Chevalier Montrachet d'Auvenay 1999
*Cote de Beaune, Grand Cru*
"The highly-expressive nose of the 1999 Chevalier-Montrachet displays limestone and mineral aromas. Medium-bodied and satin-textured, it is crammed with stones, gravel, metal, pear, and candied citrus flavors. This intense, concentrated wine possesses superb purity, delineation, and richness...93." WA 2/01.

1304   12 bottles                    per lot $4200-6000

### Chevalier Montrachet d'Auvenay 2000
*Cote de Beaune, Grand Cru*
"...one of the classiest wines I have ever tasted...the underlying material is so good that this comes across as an almost perfect sphere of qualities. Intense, penetrating, driving, palate staining and crystalline in its precision with a finish that I could taste the next day. Another reference standard effort and if this adds additional weight over time, it wouldn't surprise me a bit if my rating were conservative... Profound Chevalier...98." Burghound 7/02.

1305   12 bottles                    per lot $5500-8000

### Criots Batard Montrachet d'Auvenay 1996
*Cote de Beaune, Grand Cru*

1306   3 bottles                     per lot $1200-1800

### Criots Batard Montrachet d'Auvenay 1999
*Cote de Beaune, Grand Cru*
"The 1999 Criots-Batard-Montrachet has powerful mineral aromas. This oily-textured wine is thick, fat, and dense yet remains elegant and focused. It is harmonious, muscular, and has an intense mineral-laden-core whose flavors are maintained throughout its extraordinarily long finish...93." WA 2/01.

1307   6 bottles                     per lot $2200-3200

### Criots Batard Montrachet d'Auvenay 2000
*Cote de Beaune, Grand Cru*
"The nose is a fascinating blend of stones and white orchard fruit that introduces satin-textured, distinguished, classy, dense, powerful flavors of astonishing length and complexity. This is the embodiment of the phrase "power without weight" as this just rocks the palate and completely coats it yet it is never heavy or tiring. Fireworks in a glass...this is reference standard Criots against which most others are found seriously wanting...96." Burghound 7/02.

1308   3 bottles                     per lot $1300-2000

### Meursault Les Gouttes d'Or d'Auvenay 1997
*Cote de Beaune, Premier Cru*
"This powerful, muscular, and full-bodied wine coats the palate with sweet pears, caramelized apples, candied oranges, minerals, hazelnut cream, and quince...93." WA 2/99.

1309   3 bottles                     per lot $260-400

*Michael Broadbent on the 1995 White Burgundy:* "...*a most attractive and largely very successful vintage...it was a three stage harvest, harvest due to morning mists, afternoon sun and botrytis, both beneficial...a touch of noble rot gave wines more richness and concentration with increased sugar levels and good acidity. A case of 'all's well that ends well'. The best wines are lovely ★★★★." MB*

### Montrachet
### Domaine de la Romanee Conti 1995
*Cote de Beaune, Grand Cru*
"...virtually perfect wine. It displays breath-taking aromas of liquid minerals, creamed hazelnuts, candied chestnuts (marrons glaces), white flowers, anise, and buttered toast that seem to gain in expressiveness and intensity with time. On its utterly extraordinary palate layer upon layer of stones, straw, minerals, grilled bread, and sweet white flowers...Oily, full-bodied, magnificently concentrated, and extracted, this is as complex a wine as I have ever had the honor to pour...99." WA 2/98.

1310   1 bottle                      per lot $1600-2400

**JOSEPH DROUHIN**

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 1969**
*Cote de Beaune, Grand Cru*
*three 3cm, one 3.5cm, one 4cm, one 5.5cm, three bin-soiled labels, one nicked label, one torn label*
1311   6 bottles                  per lot $3000-5000

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 1971**
*Cote de Beaune, Grand Cru*
*one 2cm, one 3cm, three 3.5cm, one 4cm, bin-soiled labels*
1312   6 bottles                  per lot $2800-4200

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 1992**
*Cote de Beaune, Grand Cru*
1313   6 bottles                  per lot $1300-2000

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 1995**
*Cote de Beaune, Grand Cru*
1314   12 bottles                 per lot $3000-4800

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 1996**
*Cote de Beaune, Grand Cru*
1315   6 bottles                  per lot $1700-2400

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 1999**
*Cote de Beaune, Grand Cru*
1316   12 bottles                 per lot $2000-3200

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN 2002**
*Cote de Beaune, Grand Cru*
"Wow, this is intense. Concentrated, almost oily in texture and evoking stone notes and a strong sense of place, this just keeps unfolding its complex flavors across the palate. Terrific harmony and balance, along with a vibrant structure and finesse. This is about as good as Chardonnay gets. Endless finish...97." WS 11/04.
1317   12 bottles                 per lot $2400-3500

**MONTRACHET MARQUIS DE LAGUICHE
JOSEPH DROUHIN**
*Cote de Beaune, Grand Cru*
• 1988                                    (2)
• 1997                                    (2)
1318   above 4 bottles            per lot $900-1400

**MONTRACHET COMTES LAFON**

Year after year, the wines made by Dominique Lafon are among the most sought after in all of Burgundy. Yields are kept extremely low and the result is wines of great depth and concentration that are built to last and improve for decades. The wines are barrel fermented, fined, but not filtered, and bottled nearly two years after the vintage. In total, the Domaine is 12.5 hectare and produces 50,000 bottles per year.

**MONTRACHET COMTES LAFON 1982**
*Cote de Beaune, Grand Cru*
*3.5cm, sign of seepage*
1319   1 bottle                   per lot $700-1000

**MONTRACHET COMTES LAFON 1983**
*Cote de Beaune, Grand Cru*
*1.5cm*
1320   1 bottle                   per lot $700-1000

**MONTRACHET COMTES LAFON 1985**
*Cote de Beaune, Grand Cru*
*2.5cm or better, two bin-soiled labels, two nicked labels*
1321   6 bottles                  per lot $4800-7000

**MONTRACHET COMTES LAFON 1986**
*Cote de Beaune, Grand Cru*
1322   1 bottle                   per lot $1100-1600

**MONTRACHET COMTES LAFON 1988**
*Cote de Beaune, Grand Cru*
*1.5cm, one nicked label*
1323   2 bottles                  per lot $1400-2200



Lot 1324

**MONTRACHET COMTES LAFON 1989**
*Cote de Beaune, Grand Cru*
"The steely, mineral aromas of its bouquet are reminiscent of the Meursault-Perrieres. In the mouth, there is awesome concentration, surprisingly high acidity for the vintage, and exhilarating definition and length…it is an extraordinary effort from the Comte Lafon…96." WA 2/92.

| 1324 | 6 bottles | per lot $6500-9500 |

**MONTRACHET COMTES LAFON 1991**
*Cote de Beaune, Grand Cru*

| 1325 | 1 bottle | per lot $550-800 |

**MONTRACHET COMTES LAFON 1992**
*Cote de Beaune, Grand Cru*
*two bin-soiled labels, one torn label*
"It possesses fabulous richness and a huge, massive feel. Impeccably well-balanced, with a sense of elegance and precision, this wine must be tasted to be believed. Given the wine's size and profound concentration…95-97." WA 10/93.

| 1326 | 3 bottles | per lot $3500-5500 |

**MONTRACHET COMTES LAFON 1993**
*Cote de Beaune*
*one torn label*
"Mind-boggling, full-throttle white Burgundy that not only delivers amazing toast, butterscotch, honey and ripe fruit complexity, but also kicks in on the finish with awesome intensity. Creamy, silky texture and overall balance are simply magical…98." WS 5/96.

| 1327 | 6 bottles | per lot $4200-6500 |

**MONTRACHET COMTES LAFON 1995**
*Cote de Beaune, Grand Cru*
*two water-stained labels, two torn labels*
"Monumental, racy wine built for the cellar. Very complex, elegant and firmly structured, with fresh, pure and clean acidity playing against the lovely fruit. Compacted, with tropical, honeydew, ripe pear and apple notes mixing with the deftly toasted character. Full-bodied, with a long and delicious finish that never seems to end…98." WS 5/98.

| 1328 | 6 bottles | per lot $6000-9000 |

**MONTRACHET COMTES LAFON 1996**
*Cote de Beaune, Grand Cru*
*1.5cm*
"…Ripe and thick, with lots of lemon and toasted oak–a Chardonnay given the full Burgundian treatment. There's a chewy, chalky, buttery, intensely tropical side to this full-bodied wine…98." WS 5/99.

| 1329 | 1 bottle | per lot $1000-1500 |

**MONTRACHET COMTES LAFON 1997**
*Cote de Beaune, Grand Cru*
"…exhibits deep aromas of stones, minerals, honeysuckle blossoms, candied hazelnuts, and sweet oak spices. It is extraordinarily expansive, pure, richly textured, and superbly delineated. Akin to liquid silk, it has enormously ripe yet fresh flavors of red currants, raspberries, minerals, peaches, apricots, and poached pears that persist in the finish. It is a levitating experience to taste, one I have not yet forgotten. Bravo!" WA 2/99.

| 1330 | 4 bottles | per lot $2800-4000 |

**MONTRACHET COMTES LAFON 1999**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1331-1332*
"Deep, smoky aromas of iodine, fresh herbs and roasted nuts. A wine of extraordinary solidity and richness…As ripe as this is, it is quite dry. Thick but fine and sharply delineated…96-98." IWC 9/01.

| 1331 | 6 bottles | per lot $4800-7000 |
| 1332 | 6 bottles | per lot $4800-7000 |

**MONTRACHET COMTES LAFON 2000**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1333-1334*

| 1333 | 6 bottles | per lot $4800-7000 |
| 1334 | 6 bottles | per lot $4800-7000 |

**MONTRACHET COMTES LAFON 2001**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1335-1336*
"…According to Lafon, "It is the best Montrachet we've ever made." On the palate, this oily-textured wine reveals sublime power, depth, concentration, purity, expanse, and class. Loads of spice-laden pears, candied apples, buttered toast, acacia blossoms, and well-defined minerals are detected in its flavor profile…95-97." WA 6/03

| 1335 | 6 bottles | per lot $3500-5500 |
| 1336 | 6 bottles | per lot $3500-5500 |

**MEURSAULT COMTES LAFON**

**MEURSAULT CHARMES COMTES LAFON 1985**
*Cote de Beaune, Premier Cru*
*2.5cm*

1337  2 bottles                          per lot $650-1000

**MEURSAULT CHARMES COMTES LAFON 1986**
*Cote de Beaune, Premier Cru*
*2cm or better, bin-soiled label*

1338  3 bottles                          per lot $750-1200

**MEURSAULT CHARMES COMTES LAFON 1989**
*Cote de Beaune, Premier Cru*
*2cm or better, nicked label*
"…one of the richest, most intense wines I have ever tasted from Lafon…an extraction level that is usually only found in the finest white burgundy grands crus…huge nose of super-ripe apples, buttered toast, and nuts…98." WA 2/92.

1339  2 bottles                          per lot $650-1000

**MEURSAULT CHARMES COMTES LAFON 1990**
*Cote de Beaune, Premier Cru*
*2.5cm or better*
"…gorgeous, still fresh, youthful and lively wine that also delivers plenty of exciting honey, citrus, toasted spice, wet soil and terroir character…chewy, soily, almost sandlike flavors…95." WS 11/97.

1340  3 bottles                          per lot $750-1100

**MEURSAULT CHARMES COMTES LAFON 1992**
*Cote de Beaune, Premier Cru*
*one bin-soiled label, one capsule cut to verify vintage*
"…pushes the envelope with seductive toasted hazelnut, pear, pie crust, honey and earth flavors in perfectly balanced proportions. This is what white Burgundy is all about." WS 1996.

1341  4 bottles                          per lot $900-1400

**MEURSAULT CHARMES COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*
*one wine-stained label, one nicked label*
"…superminerally, silky white shows lovely ripe fruit and impeccable balance. Full-bodied, it coats every inch of the palate with creamy texture and pumps out the clean vanilla, mineral and wet stone flavors on the deftly toasted finish…95." WS 5/99.

1342  12 bottles                         per lot $2600-3800

**MEURSAULT CHARMES COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*
*two wine-stained labels*

1343  12 bottles                         per lot $2600-3800

**MEURSAULT CHARMES COMTES LAFON 1999**
*Cote de Beaune, Premier Cru*
*Parcel: lots 1344-1345*
"Highly nuanced, musky nose combines lemon, truffle and toasty, charred oak. Big, rich and vibrant; already wonderfully aromatic in the mouth. A large-scaled, layered wine that unfolds slowly and lingers long on the aftertaste…93-94." IWC 9/01.

1344  12 bottles                         per lot $1800-2400
1345  12 bottles                         per lot $1800-2400

**MEURSAULT CHARMES COMTES LAFON 2000**
*Cote de Beaune, Premier Cru*

1346  6 bottles                          per lot $750-1100

**MEURSAULT CLOS DE LA BARRE COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*
*three nicked labels*
"Sweet layers of toasty and buttered brioches, hazelnuts, poached pears, spices, and traces of anise are found in this medium-to-full-bodied, velvety-textured, and superbly-balanced wine." WA 2/98

1347  12 bottles                         per lot $1500-2200

**MEURSAULT CLOS DE LA BARRE COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*
*two nicked labels*

1348  12 bottles                         per lot $1500-2200

**MEURSAULT CLOS DE LA BARRE COMTES LAFON 1999**
*Cote de Beaune, Premier Cru*
"Orange oil, lemon and vanilla on the nose. Very rich but precise, focused and penetrating, thanks to strong acidity. Very long for this cuvee." IWC 9/01.

1349  6 bottles                          per lot $600-900

**MEURSAULT DESIREE COMTES LAFON 2000**
*Cote de Beaune, Premier Cru*

1350  5 bottles                          per lot $500-750

**MEURSAULT GENEVRIERES COMTES LAFON 1989**
*Cote de Beaune, Premier Cru*
*1.5cm or better, bin-soiled label*

1351  3 bottles                          per lot $800-1300

**MEURSAULT GENEVRIERES COMTES LAFON 1992**
*Cote de Beaune, Premier Cru*
*one bin-soiled label*

1352  5 bottles                          per lot $1000-1500

**MEURSAULT GENEVRIERES COMTES LAFON 1999**
*Cote de Beaune, Premier Cru*

1353  12 bottles                         per lot $2800-4000

**MEURSAULT GENEVRIERES COMTES LAFON 2000**
*Cote de Beaune, Premier Cru*
"Superbly spicy and exotic nose of spiced pears, anise, cinnamon and obvious minerality merges seamlessly with intense, chiseled, concentrated, almost muscular flavors that have an almost chewy texture to them…terrific focus and while this is extremely impressive, the essentially character is one of subtly and understatement…93." Burghound 7/03.

1354  12 bottles                         per lot $1800-2400

**MEURSAULT GOUTTE D'OR COMTES LAFON 2000**
*Cote de Beaune, Premier Cru*

1355  12 bottles                         per lot $1000-1500

**MEURSAULT PERRIERES COMTES LAFON 1985**
*Cote de Beaune, Premier Cru*
*two 2.5cm, one 3cm*

1356  3 bottles                          per lot $1000-1500

**MEURSAULT PERRIERES COMTES LAFON 1986**
*Cote de Beaune, Premier Cru*
*1.5cm or better, torn label*

1357  3 bottles                          per lot $850-1200

**MEURSAULT PERRIERES COMTES LAFON 1992**
*Cote de Beaune, Premier Cru*
*writing on three labels*

1358  6 bottles                          per lot $2000-3000

**MEURSAULT PERRIERES COMTES LAFON 1995**
*Cote de Beaune, Premier Cru*
"…this offers almost botrytislike flavors (honey, dried fruit, fig and date character) along with a thick midpalate. Full in body but medium in acidity, it's very concentrated…95." WS 5/98.

1359  1 bottle                           per lot $220-320

**MEURSAULT PERRIERES COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*
*three wine-stained labels*
"Elegant and classy, focused and beautifully oaked, this brims with pear, tropical and grilled game. The rich, velvety, minerally mouthfeel is inspiring as it swirls around the palate like a powerful tornado bursting with sweet, ripe flavors…95." WS 5/99.

1360  12 bottles                         per lot $3000-4800

**MEURSAULT PERRIERES COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*
*five wine-stained labels*

1361  12 bottles                         per lot $3000-4800

**MEURSAULT PERRIERES COMTES LAFON 1999**
*Cote de Beaune, Premier Cru*
*Parcel: lots 1362-1363*

1362  12 bottles                         per lot $2800-4000
1363  12 bottles                         per lot $2800-4000

**MEURSAULT PERRIERES COMTES LAFON 2000**
*Cote de Beaune, Premier Cru*
"…intense smoke and mineral scents, and possesses great aromatic depth. Medium to full-bodied and vinous, this seamless stone and mineral-laden wine is rich, well-balanced, and exceptionally long in the finish…93-96." WA 12/01.

1364  6 bottles                          per lot $1100-1700

**PULIGNY MONTRACHET COMTES LAFON**

**PULIGNY MONTRACHET CHAMPS GAINS COMTES LAFON 1996**
*Cote de Beaune, Premier Cru*

1365  4 bottles                          per lot $500-700

**PULIGNY MONTRACHET CHAMPS GAINS
COMTES LAFON 1999**
*Cote de Beaune, Premier Cru*
"Superintense and ultraclean wine, searing the palate
with a toasted oak, amazing lime-lemon combina-
tion, with honey, hazelnut and mineral kicking on
the finish. Medium-bodied, this is very long on the
smoky, toasted finish...92." WS 5/02.

1366   6 bottles                              per lot $600-900

**PULIGNY MONTRACHET CHAMPS GAINS
COMTES LAFON 2000**
*Cote de Beaune, Premier Cru*

1367   6 bottles                              per lot $500-750

**MEURSAULT GENEVRIERES COMTES LAFON**
*Cote de Beaune, Premier Cru*
• 1986                                                      (2)
  *one torn label, one capsule cut to verify vintage*
• 1988                                                      (1)
  *2cm*
• 1991                                                      (1)

1368   above 4 bottles                      per lot $700-1000

**MEURSAULT CLOS DE LA BARRE COMTES LAFON**
*Cote de Beaune, Premier Cru*
• 1989                                                      (1)
  *2cm*
• 2000                                                      (3)

1369   above 4 bottles                       per lot $450-650

**MEURSAULT DESIREE COMTES LAFON**
*Cote de Beaune, Premier Cru*
• 1989                                                      (1)
  *2.5cm*
• 1992                                                      (2)
• 1995                                                      (1)
• 1997                                                      (1)

1370   above 5 bottles                       per lot $550-800

**COMTES LAFON**
*Cote de Beaune, Premier Cru*
• **MEURSAULT CHARMES 1991**                 (1)
• **MEURSAULT GOUTTE D'OR 1995**             (1)
• **PULIGNY MONTRACHET CHAMPS GAINS 1997**   (1)

1371   above 4 bottles                       per lot $300-500

**DOMAINE LEFLAIVE**

This is a famous domaine, and one where there has
been much change in recent years, during which stan-
dards have not been what they were in the 1960s and
1970s. Vincent Leflaive, doyen of the village and a man
of great charm and wit, lost a long battle with cancer
in 1993 aged eighty-two. The mantle first passed to
his daughter Anne-Claude and nephew Olivier, it being
the custom to have co-gerants, but Olivier has now
left to concentrate on his own business. There is a new
regisseur, Pierre Morey of Meursault having replaced
Jean Virot, and since 1990 part of the estate has been
farmed along bio-dynamic lines. There is certainly a
perfectionism when it comes to cellar practice here.
The cave is air-conditioned and scrupulously tidy (no
spitting on the floor but into a bucket; no pouring back
what you have not tasted in to the barrel). But in the
vineyard yields are definitely on the high side, declara-
tions from the Clavoillon, where Leflaive owns 80 per
cent of the climat, regularly being one of the highest
of all the premiers crus. CC

Added to this fundamental and essential unity
are the rules of classical theatre. Unity of place:
Puligny-Montrachet, a marvellous masterpiece on the
Burgundian slope. Unity of action: Chardonnay, carried
here to its highest expression on the palate, bringing
together all the graces within an unbending charac-
ter, allowing one to go so far as to imagine the sex of
angels...Unity of time: the wine, eternal and yet con-
stantly renewed from vintage to vintage.

This Domaine is also exemplary through its lineage of
very strong personalities, who throughout the twen-
tieth century have given it its heart, its mind and its
soul. Whether it's a question of the owners or their
teams, sap and blood combine their impetus and pas-
sion to put their signature on exceptional wines.

Finaly, the Domaine is exemplary through its rigour,
strict requirements and ethics. Wine is first and fore-
most an ethic that is respectful of both man and
Nature. If we want to preserve the heritage of our soil,
our behaviour obviously has to evolve. Domaine Leflaive
has understood this.

Watching it live, tasting it, we might say Burgundy
is entering its third vine and wine millennium at the
right pace."

*Jean-François Bazin*



**Lot 1376**

**MONTRACHET DOMAINE LEFLAIVE 1992**
*Cote de Beaune, Grand Cru*
*3cm, lightly bin-soiled label*
"The quintessential Chardonnay, it is an awesomely rich, highly extracted wine oozing with flavor, yet it is marvelously precise and focused...99." WA 10/93.

1372    1 bottle                              per lot $1500-2200

**MONTRACHET DOMAINE LEFLAIVE 1993**
*Cote de Beaune, Grand Cru*
*bin-soiled labels, one torn label*

1373    4 bottles                            per lot $3200-4800

**MONTRACHET DOMAINE LEFLAIVE 1994**
*Cote de Beaune, Grand Cru*
*bin-soiled label, sign of old seepage*

1374    1 bottle                              per lot $600-900

**MONTRACHET DOMAINE LEFLAIVE 1995**
*Cote de Beaune, Grand Cru*
*lightly bin-soiled label, cracked wax capsule*
"White flowers and deeply imbedded honeysuckle and minerals provided a gustatory overload...amazingly elegant, yet intense, gorgeous candied fruit notes... awesome minerally sweetness...96-98." WA 4/97.

1375    1 bottle                              per lot $1000-1600

**MONTRACHET DOMAINE LEFLAIVE 1996**
*Cote de Beaune, Grand Cru*
"...may merit a perfect score. Ethereal mineral, floral and spicy oak aromas are followed by an incredibly rich, awesomely deep, elegant and full-bodied personality. Layers of oily-textured honeysuckle, white pears, concentrated liquid minerals and buttery oak roll over the palate...97-99." WA 2/98.

1376    1 bottle                              per lot $1600-2400

**MONTRACHET DOMAINE LEFLAIVE 1997**
*Cote de Beaune, Grand Cru*

1377    2 bottles                            per lot $1200-1800

**MONTRACHET DOMAINE LEFLAIVE 2001**
*Cote de Beaune, Grand Cru*
*different capsules*

1378    4 bottles                            per lot $3200-4800

**CHEVALIER MONTRACHET
DOMAINE LEFLAIVE 1985**
*Cote de Beaune, Grand Cru*
*one 2.5cm, two 3cm, bin-soiled labels, two torn labels*

1379    3 bottles                            per lot $1400-2200

**CHEVALIER MONTRACHET
DOMAINE LEFLAIVE 1986**
*Cote de Beaune, Grand Cru*
*2.5cm, nicked label*

1380    1 bottle                              per lot $480-700

**CHEVALIER MONTRACHET
DOMAINE LEFLAIVE 1988**
*Cote de Beaune, Grand Cru*

1381    1 bottle                              per lot $380-500

**CHEVALIER MONTRACHET
DOMAINE LEFLAIVE 1989**
*Cote de Beaune, Grand Cru*

1382    9 bottles                            per lot $3500-5500

**CHEVALIER MONTRACHET
DOMAINE LEFLAIVE 1990**
*Cote de Beaune, Grand Cru*
*one 1.5cm, three 2.5cm or better, two wine-stained labels, one sign of seepage*

1383    4 bottles                            per lot $1800-2600

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 1995**
*Cote de Beaune, Grand Cru*
*one sign of seepage, two signs of old seepage*
"Racy, floral, fresh, and engaging on the nose, the
wine's awesome entry is filled with intense flavors
of minerals and toasted apricots. Silky-textured, full-
bodied, classy, and refined...94-97." WA 4/97.

1384    3 bottles                    per lot $1100-1500

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 1996**
*Cote de Beaune, Grand Cru*
*owc*

1385    12 bottles                   per lot $4200-6500

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 1996**
*Cote de Beaune, Grand Cru*
"Displaying defined rock, mineral and flower aromas,
this medium-to-full-bodied and perfectly-balanced
wine's precision is mind-blowing. Chalk, rock dust,
stones and crisp pears are found in its superbly-
focused flavor profile...95-97." WA 2/98.

1386    12 bottles                   per lot $4200-6500

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 1999**
*Cote de Beaune, Grand Cru*
*owc*
*Parcel: lots 1387-1388*

1387    12 bottles                   per lot $2600-3800
1388    12 bottles                   per lot $2600-3800

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 1999**
*Cote de Beaune, Grand Cru*
*two signs of seepage*
"Pure and nuanced mineral aromas...Expansive, broad,
and deep, this spicy, mineral, and pear-flavored wine
is harmonious and well-balanced. It has a long, crisp,
crystalline, and softly-textured finish." WA 9/01.

1389    12 bottles                   per lot $2600-3800

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 2000**
*Cote de Beaune, Grand Cru*
*owc*

1390    12 bottles                   per lot $2200-3500

**CHEVALIER MONTRACHET**
**DOMAINE LEFLAIVE 2000**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1391-1392*

1391    12 bottles                   per lot $2200-3500
1392    12 bottles                   per lot $2200-3500

**BATARD MONTRACHET DOMAINE LEFLAIVE 1985**
*Cote de Beaune, Grand Cru*
*one 2cm, two 4.5cm*

1393    3 bottles                    per lot $900-1300

**BATARD MONTRACHET DOMAINE LEFLAIVE 1986**
*Cote de Beaune, Grand Cru*
*four 2cm, three 2.5cm, one 3.5cm, one wine-stained label,*
*one stained vintage tag, four signs of seepage*

1394    8 bottles                    per lot $2800-4000

**BATARD MONTRACHET DOMAINE LEFLAIVE 1992**
*Cote de Beaune, Grand Cru*
*five bin-soiled labels, two signs of seepage*
"Millionaires should have fun debating whether the
1992 Batard-Montrachet or Chevalier-Montrachet is
superior. Both are beautifully well-knit, expansively
flavored, full-bodied, super-concentrated white bur-
gundies that display honeyed, orange, roasted nut,
overripe apple-scented noses, buttery, creamy tex-
tures, super extraction of flavor, and long finishes.
The Batard exhibits more mineral scents in its nose
and flavors, and is more upfront...97." WA 10/93.

1395    12 bottles                   per lot $4500-6500

**BATARD MONTRACHET DOMAINE LEFLAIVE 1995**
*Cote de Beaune, Grand Cru*

1396    3 bottles                    per lot $600-950

**BATARD MONTRACHET DOMAINE LEFLAIVE 1996**
*Cote de Beaune, Grand Cru*
*three signs of seepage*
"...explodes from the glass with highly-expressive
mineral, hazelnut and toasty oak aromas. On the pal-
ate, this full-bodied, silky and awesomely rich wine
has highly-delineated yet fat and layered waves of
white fruits, stones and spices. Brawny yet femi-
nine, powerful yet elegant, this gem is a tour de
force!...95-97." WA 2/98.

1397    6 bottles                    per lot $2000-3000

**Batard Montrachet Domaine Leflaive 1997**
*Cote de Beaune, Grand Cru*
1398  3 bottles                          per lot $320-450

**Batard Montrachet Domaine Leflaive 1999**
*Cote de Beaune, Grand Cru*
*owc*
*Parcel: lots 1399-1400*
"Superripe aromas of white flowers, roasted nuts, nut oil, herbs and nutmeg; distinctly more rustic tasted after the Bienvenue. Then fat, thick, silky and extremely rich, with a stronger impression of sweetness and a suggestion of chewy grape skin. Slightly disjointed today, yet more expressive than the Bienvenue, even if it just hinting at the richness and complexity to come. Finishes with palate-staining persistence...94." IWC 9/01.
1399  12 bottles                        per lot $2200-3000
1400  12 bottles                        per lot $2200-3000

**Batard Montrachet Domaine Leflaive 2000**
*Cote de Beaune, Grand Cru*
*owc*
"Deeply pitched aromas of roasted grain, nut oil and clove. Big, rich and mouthfilling, with harmonious ripe acidity framing the peach and pear fruit flavors. Very dense and very long...94." IWC 9/02.
1401  12 bottles                        per lot $1800-2400

**Batard Montrachet Domaine Leflaive 2000**
*Cote de Beaune, Grand Cru*
*one stained vintage tag, three signs of seepage*
1402  12 bottles                        per lot $1800-2400

**Bienvenues Batard Montrachet Domaine Leflaive 1995**
*Cote de Beaune, Grand Cru*
1403  2 bottles                         per lot $380-600

**Bienvenues Batard Montrachet Domaine Leflaive 1996**
*Cote de Beaune, Grand Cru*
"It displays fresh clay, earth, and sweet pear aromas that are followed by an expansive and rich personality. This wine is extremely exuberant (atypical for the usually austere Bienvenue), expressing super-ripe pear, peach, earth, toast, and lemon flavors...95." WA 6/99.
1404  12 bottles                        per lot $2400-3800

**Bienvenues Batard Montrachet Domaine Leflaive 1997**
*Cote de Beaune, Grand Cru*
"Very tight and crisp, but it has sensational ripeness that brings balance to this treasure...93." WS 9/99.
1405  3 bottles                         per lot $320-450

**Bienvenues Batard Montrachet Domaine Leflaive 1999**
*Cote de Beaune, Grand Cru*
*three signs of seepage, one signs of old seepage*
"Reduced, sulfidey aromas of roasted grain; smells like a Coche wine. Very rich and sexy today, but with the firm backbone to support its flesh and sweet fruit. The impression of spine carries through to the very long, subtle aftertaste...91-94." IWC 9/00.
1406  12 bottles                        per lot $1400-2000

**Bienvenues Batard Montrachet Domaine Leflaive 1999**
*Cote de Beaune, Grand Cru*
1407  12 bottles                        per lot $1400-2000

**Bienvenues Batard Montrachet Domaine Leflaive 2000**
*Cote de Beaune, Grand Cru*
"This is aromatically quite similar to the Pucelles with the same honeysuckle and fresh white flower aromas followed by sweet, fine, extract-laden, superbly intense flavors and extraordinary length. I particularly like the vibrancy here as the wine seems to dance across the palate even while etching it...91-94." Burghound
1408  6 bottles                         per lot $700-1000

**Chevalier Montrachet Domaine Leflaive**
*Cote de Beaune, Grand Cru*
• 1991                                               (1)
  *bin-soiled label, sign of seepage*
• 1997                                               (3)
1409  above 4 bottles                  per lot $600-850

**Leroy**

**Chevalier Montrachet Maison Leroy 1949**
*Cote de Beaune, Grand Cru*
*3cm*
1410  1 bottle                          per lot $1300-2000



### Corton Charlemagne Domaine Leroy 1999
*Cote de Beaune, Grand Cru*
"The flower and anise-scented 1999 Corton-Charlemagne is medium-bodied, powerful, and tightly-wound. This is an austere wine with outstanding richness to its gravel, mineral, and stone flavors. Its depth, concentration, and length indicate that this youthful offering has a long life ahead of it." WA 8/01.

1411    12 bottles                    per lot $2800-4000

### Montrachet Maison Leroy 1966
*Cote de Beaune, Grand Cru*
*1.5cm*

1412    4 bottles                    per lot $3200-4800

### Montrachet Maison Leroy 1969
*Cote de Beaune, Grand Cru*
*two 2cm, one 3cm, one 3.5cm, two lightly bin-soiled labels*

1413    4 bottles                    per lot $2400-4000

### Montrachet Maison Leroy 1976
*Cote de Beaune, Grand Cru*
*1cm*

1414    5 bottles                    per lot $2600-4000

### Meursault Leroy
*Cote de Beaune, Premier Cru*
- **Charmes 1969**                          (2)
  *1cm*
- **Perrieres 1969**                          (1)
  *1cm*
- **Perrieres 1986**                          (3)
  *two 1.5cm, one 2cm*

1415    above 6 bottles               per lot $700-1000

### Niellon

Michel Niellon's cellars are almost as small as his domaine. He has two, one underneath his house, the other next to it, and both are exceedingly cramped. He believes in old vines and low rendements. Small is beautiful in this case..CC...

Production is tiny..his Chassagne-Montrachet's have a Meursault-like nuttiness about them. They are often well-crafted wines where even the basic village crus can embarrass more auspicious climates from other growers. Wine-journal.com

### Batard Montrachet Niellon 1999
*Cote de Beaune, Grand Cru*

1416    9 bottles                    per lot $2400-3500

### Batard Montrachet Niellon 2000
*Cote de Beaune, Grand Cru*

1417    12 bottles                    per lot $3000-5000

### Batard Montrachet Niellon 2002
*Cote de Beaune, Grand Cru*

1418    6 bottles                    per lot $1500-2000

### Chevalier Montrachet Niellon 1990
*Cote de Beaune, Grand Cru*

1419    3 bottles                    per lot $1700-2400

### Chevalier Montrachet Michel Niellon 1992
*Cote de Beaune, Grand Cru*
*one bin-soiled label, one crowned capsule*

1420    3 bottles                    per lot $1500-2200

### Chevalier Montrachet Michel Niellon 1996
*Cote de Beaune, Grand Cru*
*one lightly bin-soiled label, one bin-soiled label, one wrinkled label*
"This grand cru is unbelievable, possessing everything I could hope for in a white wine...a mind-blowingly intricate, precise and refined nose of minerals, chalk, rock dust and flowers. On the palate, this breathtaking wine enthralls with its superbly defined and harmonious medium-to-full-body...silky, lovely, refined, and ethereal wine. Words simply cannot do it justice...99." WA 2/98.

1421    12 bottles                    per lot $6000-9000

**Chevalier Montrachet Michel Niellon 1997**
*Cote de Beaune, Grand Cru*
1422   6 bottles     per lot $1500-2400

**Chevalier Montrachet Michel Niellon 1999**
*Cote de Beaune, Grand Cru*
"...gorgeously pure mineral aromas. Medium-bodied, refined, and highly delineated, this satin-textured wine offers stone, crisp pear, and apple flavors in its deep personality. It has a long finish...92." WA 2/01.
1423   12 bottles     per lot $3000-4800

**Chevalier Montrachet Niellon 2000**
*Cote de Beaune, Grand Cru*
1424   12 bottles     per lot $2200-3500

**Batard Montrachet Niellon**
*Cote de Beaune, Grand Cru*
• 1991 (2)
  one bin-soiled label
• 1995 (1)
1425   above 3 bottles     per lot $650-1000

**Chevalier Montrachet Michel Niellon**
*Cote de Beaune, Grand Cru*
• 1991 (2)
• 1995 (2)
  one nicked label
• 1999 (3)
1426   above 7 bottles     per lot $2000-3000

**Ramonet**
Acquired in 1978, the 0.26 hectare Montrachet parcel owned by Domaine Ramonet produces a wine of exceptional quality. Pierre Ramonet considered himself a farmer. No more, no less. He let the land produce his wines allowing the true terroir of the vineyard to shine through brilliantly. CC

**Batard Montrachet Ramonet 1971**
*Cote de Beaune, Grand Cru*
*one 1.5cm, one 2cm, one foil cut to reveal fully branded cork*
1427   2 bottles     per lot $1200-1900

**Batard Montrachet Ramonet 1976**
*Cote de Beaune, Grand Cru*
*3cm*
1428   1 magnum (1.5L)     per lot $1000-1600

**Batard Montrachet Ramonet 1978**
*Cote de Beaune, Grand Cru*
*two 2cm, two 2.5cm, one nicked label, two corroded capsules*
1429   4 bottles     per lot $2000-3200

**Batard Montrachet Ramonet 1985**
*Cote de Beaune, Grand Cru*
*one 1cm, one 2cm, one bin-soiled label*
1430   2 bottles     per lot $800-1200

**Batard Montrachet Ramonet 1986**
*Cote de Beaune, Grand Cru*
*1cm, one nicked label*
1431   3 bottles     per lot $1200-1800

**Batard Montrachet Ramonet 1990**
*Cote de Beaune, Grand Cru*
*one torn label*
1432   2 bottles     per lot $600-1000

**Batard Montrachet Ramonet 1992**
*Cote de Beaune, Grand Cru*
*two bin-soiled labels, two deteriorated labels, one capsule cut to verify vintage*
1433   3 bottles     per lot $1100-1500

**Batard Montrachet Ramonet 1996**
*Cote de Beaune, Grand Cru*
*one bin-soiled label*
1434   2 bottles     per lot $450-700

**Batard Montrachet Ramonet**
*Cote de Beaune, Grand Cru*
• 1997 (1)
  missing capsule
• 2000 (3)
1435   above 4 bottles     per lot $480-700

**BIENVENUES BATARD MONTRACHET**
**RAMONET 1989**
*Cote de Beaune, Grand Cru*
*two lightly bin-soiled labels, one sign of old seepage*

1436  6 bottles                               per lot $1700-2400

**BIENVENUES BATARD MONTRACHET RAMONET**
*Cote de Beaune, Grand Cru*
• **1990**                                    (1)
  *bin-soiled label*
• **1992**                                    (1)
  *torn label, crowned capsule*

1437  above 2 bottles                          per lot $500-800

**CHEVALIER MONTRACHET RAMONET 1999**
*Cote de Beaune, Grand Cru*

1438  12 bottles                              per lot $2400-3500

**MONTRACHET RAMONET 1978**
*Cote de Beaune, Grand Cru*
*1.5cm or better*
*Parcel: lots 1439-1440*
"Just takes off on the first sip and never looks back.
Glorious harmony of fruit, spice, floral aromas and
structure. Hints of pear, pineapple, lemon, hazelnut,
nutmeg, iris, rose and toast are tightly reined-in but
soft enough to expand gently on the long, long fin-
ish...97." WS 9/91.

1439  1 bottle                                 per lot $1400-2000
1440  1 bottle                                 per lot $1400-2000
1441  3 bottles                                per lot $4200-6000

**MONTRACHET RAMONET 1982**
*Cote de Beaune, Grand Cru*
*2.5cm, wine-stained label*
"Mature, complex and focused, with elegant struc-
ture and lots of pear, mineral, nutmeg and honey
aromas and flavors, reined-in to be balanced and
defining finesse. Wonderful now, but it could even
gain more with age...96." WS 9/91.

1442  3 bottles                                per lot $3500-5500

**MONTRACHET RAMONET 1982**
*Cote de Beaune, Grand Cru*
*3cm, scuffed label, nicked capsule*

1443  1 magnum (1.5L)                          per lot $2800-4000

**MONTRACHET RAMONET 1983**
*Cote de Beaune, Grand Cru*
*five 2cm, one 3.5cm, two wine-stained labels, three torn
labels, one torn capsule*

1444  6 bottles                               per lot $5500-8000

**MONTRACHET RAMONET 1985**
*Cote de Beaune, Grand Cru*
*2cm or better, three bin-soiled labels, two nicked labels,
three torn labels, four capsules cut to reveal stamped cork*
"An extraordinary wine, amazingly subtle and com-
plex, with aromas and flavors that play themselves
across a generous but nicely reined-in structure. It
starts with pear, nutmeg and honey, then turns to
caramel and vanilla, and just keeps on coming...96."
WS 9/91.

1445  4 bottles                               per lot $4000-7000

**MONTRACHET RAMONET 1985**
*Cote de Beaune, Grand Cru*
*1.5cm or better*
*Parcel: lots 1446-1448*

1446  1 magnum (1.5L)                         per lot $2400-3500
1447  1 magnum (1.5L)                         per lot $2400-3500
1448  1 magnum (1.5L)                         per lot $2400-3500

**MONTRACHET RAMONET 1986**
*Cote de Beaune, Grand Cru*
*2cm or better, one torn label, one torn vintage tag, two
capsules cut to reverify fully branded cork*
"...a bold, even dramatic nose of buttered popcorn,
honeyed apples, oranges, and toasty new oak, its vel-
vety, viscous, chewy texture is crammed with sweet,
expansive Chardonnay fruit...the finish is explosively
long, rich, and buttery...97." WA 8/92

1449  6 bottles                               per lot $7000-11,000

**MONTRACHET RAMONET 1986**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1450-1452*

1450  1 magnum (1.5L)                         per lot $2600-4000
1451  1 magnum (1.5L)                         per lot $2600-4000
1452  1 magnum (1.5L)                         per lot $2600-4000

**Montrachet Ramonet 1989**
*Cote de Beaune, Grand Cru*
*four 1.5cm, two 3.5cm, one corroded capsule*
"The 1989 Montrachet (of which there are 2 barrels from 70-year old vines) attained a natural alcohol level of 14.8%. So much for those oenologist's wines made within safe technical parameters! I realize few readers will ever get a chance to taste this wine, but as you can imagine, it boasts unbelievable concentration and viscosity...97." WA 2/92.
1453 6 bottles per lot $7000-11,000

**Montrachet Ramonet 1989**
*Cote de Beaune, Grand Cru*
*1cm*
*Parcel: lots 1454-1455*
1454 1 magnum (1.5L) per lot $3000-4500
1455 1 magnum (1.5L) per lot $3000-4500

**Montrachet Ramonet 1989**
*Cote de Beaune, Grand Cru*
*1.5cm, torn label*
1456 1 magnum (1.5L) per lot $3000-4500

**Montrachet Ramonet 1990**
*Cote de Beaune, Grand Cru*
*1.5cm or better*
"Lean and brightly focused, superbly balanced, putting its spicy, honeyed pear, pineapple and hazelnut flavors practically on-point like a ballerina striking a beautiful attitude. Delicious already...96." WS 11/95.
1457 6 bottles per lot $6500-9500

**Montrachet Ramonet 1992**
*Cote de Beaune, Grand Cru*
*one nicked label, one torn label*
"There are four barrels of the 1992 Le Montrachet, but according to Noel Ramonet, 'two will be declassified.' Wouldn't you like to be the lucky recipient of some of that wine? The two barrels that will be estate-bottled come from 70-year old vines. It is an awesomely rich, full-bodied, massive wine oozing with fruit and that distinctive steely, mineral-like Montrachet character...This magnificent Montrachet...96." WA 10/93.
1458 6 bottles per lot $6500-9500

**Montrachet Ramonet 1992**
*Cote de Beaune, Grand Cru*
*capsules cut to verify vintage*
*Parcel: lots 1459-1461*
1459 1 magnum (1.5L) per lot $2400-3500
1460 1 magnum (1.5L) per lot $2400-3500
1461 1 magnum (1.5L) per lot $2400-3500

**Montrachet Ramonet 1995**
*Cote de Beaune, Grand Cru*
*one nicked label, one missing capsule*
"Lovely, full-bodied, very silky. Offers great power and toasted oak, spicy coconut, mint and dried herbal notes. Extraordinary mouthful of a wine, showing superconcentration, great length...98." WS 8/98.
1462 2 bottles per lot $1400-2000

**Montrachet Ramonet 1995**
*Cote de Beaune, Grand Cru*
1463 1 magnum (1.5L) per lot $1800-2600

**Montrachet Ramonet 1995**
*Cote de Beaune, Grand Cru*
*lightly bin-soiled label*
1464 1 magnum (1.5L) per lot $1800-2600

**Montrachet Ramonet 1997**
*Cote de Beaune, Grand Cru*
*one nicked label*
1465 3 bottles per lot $1200-1800

**Montrachet Ramonet 1998**
*Cote de Beaune, Grand Cru*
1466 1 bottle per lot $350-500

**Montrachet Ramonet 1999**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1467-1468*
1467 6 bottles per lot $3000-4500
1468 6 bottles per lot $3000-4500

**Montrachet Ramonet 1999**
*Cote de Beaune, Grand Cru*
*nicked label*
1469 1 magnum (1.5L) per lot $1200-1800

### Montrachet Ramonet 2000
*Cote de Beaune, Grand Cru*
*Parcel: lots 1470-1471*

| | | |
|---|---|---|
| 1470 | 6 bottles | per lot $3000-4500 |
| 1471 | 6 bottles | per lot $3000-4500 |

### Corton Charlemagne Roumier
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| | • 1995 | (2) |
| | • 1996 | (6) |
| | • 2000 | (3) |
| 1472 | above 11 bottles | per lot $1500-2000 |

### Domaine Etienne Sauzet

The domaine of Etienne Sauzet is made up of 26 acres, much of it in the heart of the premier crus vineyards of Puligny-Montrachet.

Gerard Boudot, owner and winemaker of Domaine Sauzet, is seeking "maximum finesse and an individual expression of the climat." M. Boudot, who married the granddaughter of the late Etienne Sauzet, runs the domaine and has modernized and improved the vinification, making the wines of their domaine among the most sought after white wines of Burgundy.

The estate has been bottling 100% of its production since the early 1950's. Since 1975, the domaine has been selling the entirety of its production in bottle. M. Boudot ferments and ages 100% of the premiere crus and grand crus in small oak, one third of it being new wood, some from Nevers, some from Vosges, Limousin, and Allier.

*Importer Vineyard Brands*

"This is one of the most serious estates in Burgundy. The wines are usually among the very best made… They are text-book white burgundies, brimming with flavor, yet elegant and well-balanced." RP

### Batard Montrachet Sauzet 1996
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1473 | 6 bottles | per lot $1200-1900 |

### Batard Montrachet Sauzet 1999
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1474 | 12 bottles | per lot $1800-2400 |

### Batard Montrachet Sauzet 2000
*Cote de Beaune, Grand Cru*
"The candied apple and spice-scented 2000 Batard-Montrachet is immensely aromatic. Medium to full-bodied, rich, and ample, this velvety-textured wine is plush, reveals untold quantities of peaches and pears, and possesses a layered, fruit-filled finish. It is an outstanding Batard with fresh, powerful character…94." WA 12/01.

| | | |
|---|---|---|
| 1475 | 10 bottles | per lot $1500-2000 |

### Batard Montrachet Sauzet 2002
*Cote de Beaune, Grand Cru*
"…coconut and anise-scented nose leads to a broad, rich, medium-bodied personality. This massively fleshy, ripe, deep wine is also refined, seamless, and intense. Its flavor profile, best described as a syrup of zesty though not angular minerals, lingers throughout its exceptionally long, suave finish…93-96." WA 2/04.

| | | |
|---|---|---|
| 1476 | 6 bottles | per lot $1100-1600 |

### Bienvenues Batard Montrachet Sauzet 2002
*Cote de Beaune, Grand Cru*
"Aromatically, the 2002 Bienvenue-Batard-Montrachet offers spiced minerals and anise. Gorgeously well-balanced, this is a big, plush, expansive wine with loads of sappy mineral flavors. Light to medium-bodied and possessing an impressively long, flavorful finish, it is concentrated and harmonious…92-94." WA 2/04.

| | | |
|---|---|---|
| 1477 | 6 bottles | per lot $900-1300 |

### Chevalier Montrachet Sauzet 1992
*Cote de Beaune, Grand Cru*
*one deteriorated label, one missing vintage tag, one capsule cut to verify vintage*

| | | |
|---|---|---|
| 1478 | 3 bottles | per lot $750-1200 |

### Chevalier Montrachet Sauzet 1999
*Cote de Beaune, Grand Cru*

| | | |
|---|---|---|
| 1479 | 12 bottles | per lot $2400-3500 |

**CHEVALIER MONTRACHET SAUZET 2000**
*Cote de Beaune, Grand Cru*
"The mineral and toasted pear-scented 2000
Chevalier-Montrachet is a silky-textured, dense,
medium-bodied wine. Immensely elegant and pro-
found…93" WA 12/01.

| 1480 | 12 bottles | per lot $2800-4000 |
|------|------------|--------------------|

**MONTRACHET SAUZET 1992**
*Cote de Beaune, Grand Cru*
*one crowned capsule, one sign of old seepage*

| 1481 | 3 bottles | per lot $1500-2200 |
|------|-----------|--------------------|

**MONTRACHET SAUZET 1995**
*Cote de Beaune, Grand Cru*

| 1482 | 2 bottles | per lot $800-1200 |
|------|-----------|-------------------|

**MONTRACHET SAUZET 1996**
*Cote de Beaune, Grand Cru*
*one deteriorated label, one missing vintage tag, one cap-
sule cut to verify vintage*

| 1483 | 3 bottles | per lot $1200-1800 |
|------|-----------|--------------------|

**MONTRACHET SAUZET 1999**
*Cote de Beaune, Grand Cru*
*Parcel: lots 1484-1485*
"Powerful, very intensely flavored and chewy with
extract. Denser, more phenolic and less fine than
the more minerally Chevalier, with the high alcohol
accentuating the wine's great sweetness and rich-
ness. The finish conveys an almost tannic impres-
sion…92-95." IWC 9/00.

| 1484 | 12 bottles | per lot $4000-6000 |
|------|------------|--------------------|
| 1485 | 12 bottles | per lot $4000-6000 |

**MONTRACHET SAUZET 1999**
*Cote de Beaune, Grand Cru*
*signs of old seepage*

| 1486 | 2 magnums (1.5L) | per lot $1400-2000 |
|------|------------------|--------------------|

**MONTRACHET SAUZET 2000**
*Cote de Beaune, Grand Cru*
"Harvested at 13.4% natural potential alcohol, the
earth, stone, mineral, pear, apple, and candied lime-
scented 2000 Montrachet is a viscous, medium to
full-bodied wine. Hugely concentrated and oily-
textured, this hugely spicy, white fruit-dominated
offering is profound, exquisitely balanced, and persis-
tent…94" WA 12/01.

| 1487 | 12 bottles | per lot $4000-6000 |
|------|------------|--------------------|

**MONTRACHET SAUZET 2000**
*Cote de Beaune, Grand Cru*
*nicked label*

| 1488 | 1 magnum (1.5L) | per lot $500-800 |
|------|-----------------|------------------|

**MONTRACHET SAUZET 2002**
*Cote de Beaune, Grand Cru*
"The creamed brioche-scented 2002 Montrachet
bursts with spices, resiny minerals, pears, liquefied
rocks, and anise. It is hugely powerful, dense, yet
superbly balanced and precise…93-96". WA 2/04.

| 1489 | 12 bottles | per lot $4000-6000 |
|------|------------|--------------------|

**PULIGNY MONTRACHET COMBETTES SAUZET 1999**
*Cote de Beaune, Premier Cru*

| 1490 | 6 bottles | per lot $420-550 |
|------|-----------|------------------|

**SAUZET**
• **BATARD MONTRACHET 1995**    (3)
   *Cote de Beaune, Grand Cru*
• **CHEVALIER MONTRACHET 1997**    (1)
   *Cote de Beaune, Grand Cru*
• **MONTRACHET 1997**    (3)
   *Cote de Beaune, Grand Cru*
• **BIENVENUES BATARD MONTRACHET 1999**    (3)
   *Cote de Beaune, Grand Cru*
• **PULIGNY MONTRACHET COMBETTES 1999**    (6)
   *Cote de Beaune, Premier Cru*

| 1491 | above 10 bottles | per lot $1500-2400 |
|------|------------------|--------------------|

### Domaine de la Romanee Conti

DRC holds this iconic status, and has been producing some of the most extraordinary Burgundy for over a century. Reaching further back in time, the prime section La Romanee Conti, has been the center of great competition for ownership with possible evidence dating back to Roman occupation. They have only had 9 owners in eight and a half centuries.

Aubert de Villaine, the great, great, great-grandson of Jacques-Marie Duvault-Blochet, who brought the domain together over a century ago, is one of the present day administrators and representative of one of this domain's coveted cuvees: La Romanee Conti. This tiny monopole vineyard, at 1.81 hectares, Romanee-Conti is one of the smallest, most expensive, and most sacred appellations in France...a yardstick with which to judge all other Burgundies...disarmingly brilliant. Grand vin without a doubt. 22 hectolitres per hectare. CC

### Romanee Conti

#### Romanee Conti
#### Domaine de la Romanee Conti 1929
*Cote de Nuits, Grand Cru*
*3.5cm, nicked label, Nicolas Selection, waxed DRC embossed capsule "Romanee Conti Monopole 1929"*

1492    1 bottle                    per lot $8500-14,000



Lot 1492

#### Romanee Conti
#### Domaine de la Romanee Conti 1945
*Cote de Nuits, Grand Cru*
*3.5cm, originally embossed domaine chipped wax capsule, fully branded cork, Nicolas Selection*
"From the last of the ungrafted vines...medium-deep, richly coloured; amazingly sweet bouquet, after ten minutes black truffles and a whiff of licorice, and after 30 minutes unspeakably glories, reminding me of fresh raspberry crumble; sweet, firm, spicy, richly textured, perfect crisp fruit, great length...★★★★★★." MB 3/02.

1493    1 bottle                    per lot $9500-15,000

#### Romanee Conti
#### Domaine de la Romanee Conti 1952
*Cote de Nuits, Grand Cru*
*6cm, scuffed label, missing vintage tag, stamped cork visible, remnants of wax capsule*

1494    1 magnum (1.5L)              per lot $8500-14,000

#### Romanee Conti
#### Domaine de la Romanee Conti 1959
*Cote de Nuits, Grand Cru*
*3cm, bin-soiled label, fully branded cork, original wax capsule deteriorated*
"Fairly deep, richly coloured; sweet, harmonious nose, rich fruit, lovely flavour, still with excellent tannin and acidity, typical Romanee-Conti persistence of flavour. One of my highest marks... ★★★★★." MB 2/02.

1495    1 bottle                    per lot $5000-8000

#### Romanee Conti
#### Domaine de la Romanee Conti 1959
*Cote de Nuits, Grand Cru*
*4cm, nicked label, missing vintage tag*

1496    1 bottle                    per lot $5000-8000

#### Romanee Conti
#### Domaine de la Romanee Conti 1961
*Cote de Nuits, Grand Cru*
*4cm, scuffed label, nicked label, bottle No. 03751*
"...deep in colour with noticeably thick 'tears' or 'legs'; a marvelously rich, brambly, harmonious Italiante nose which was evolving after nearly an hour in the glass, sweet, a big wine. Class act... ★★★★." MB 11/95.

1497    1 bottle                    per lot $2400-4000



Lot 1493

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1962**
*Cote de Nuits, Grand Cru*
*4.5cm, lightly bin-soiled label*
"Medium-deep, open, fully mature rim; sweet, harmonious nose with marvelous richness and depth, opening up with beautiful scent, sweet, smoky fragrance, fully evolved after an hour and holding well for another; on the palate sweet, excellent flavour, great length, and good grip...★★★★." MB 3/02.

1498    1 bottle                        per lot $2400-4000

1499    No Lot

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1966**
*Cote de Nuits, Grand Cru*
*2.5cm, lightly bin-soiled label, nicked label, capsule cut to reveal fully stamped cork*
"Most recently noted at a Romanee-Conti vertical tasting organized by a Bay Area collector in March of 2002: Magenta center to amontillado-colored rim. A gorgeous nose of cherry, mineral and stalk; rich, elegant, warm and alcoholic on the palate with a dried cherry and citric finish. Elliptically shaped and complete. Outstanding." FH.

1500    1 magnum (1.5L)                per lot $9000-14,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1969**
*Cote de Nuits, Grand Cru*
*one 3cm, one 3.5cm, one 4cm, one 5cm, two signs of seepage*
"I think it took a little time to realize that this was by far the finest of the unusually good trio; '69,'70,'71...the 1969 Burgundies happen to have excellent acidity which made, and has sustained these wines...★★★★★." MB.

1501    4 bottles                      per lot $12,000-20,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1970**
*Cote de Nuits, Grand Cru*
*2cm*

1502    1 bottle                        per lot $1800-3000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1971**
*Cote de Nuits, Grand Cru*
*3.5cm, water-stained label*

1503    1 bottle                        per lot $4500-7000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1972**
*Cote de Nuits, Grand Cru*
*3cm*

1504    1 bottle                        per lot $1800-3000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1978**
*Cote de Nuits, Grand Cru*
*one 2cm, one 3cm, one 3.5cm, one foil cut to reveal fully branded cork, two signs of old seepage*
"Magnificent...medium-pale, lively looking...lovely fragrance, pure...full-bodied, interesting texture...★★★★★." MB 3/02.

1505    3 bottles                      per lot $14,000-22,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1978**
*Cote de Nuits, Grand Cru*
*one 3.5cm, one 4.5cm, one 5cm, one bin-soiled label, one corroded capsule*

1506    3 bottles                      per lot $14,000-22,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1978**
*Cote de Nuits, Grand Cru*
*4cm*

1507    1 magnum (1.5L)                per lot $11,000-17,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1978**
*Cote de Nuits, Grand Cru*
*3cm, scuffed label, foil cut to reveal fully branded cork*

1508    1 magnum (1.5L)                per lot $11,000-17,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1980**
*Cote de Nuits, Grand Cru*
*two 1.5cm or better, one 2cm, one 2.5cm, one 3.5cm, one 4cm, two signs of seepage*

1509    6 bottles                      per lot $12,000-19,000

ZACHYS WINE AUCTIONS TEL 914 448 3026 • FAX 914 206 4544 • auction@zachys.com