**Romanee Conti**
**Domaine de la Romanee Conti 1986**
*Cote de Nuits, Grand Cru*
*1cm*
1510   1 bottle                            per lot $2000-3200

**Romanee Conti**
**Domaine de la Romanee Conti 1988**
*Cote de Nuits, Grand Cru*
*four 1.5cm, one 2cm, one 2.5cm*
"…one of the fullest and most tannic examples of
Romanee-Conti I have tasted this decade…stag-
geringly concentrated with a bouquet that almost
defies articulation. There is no doubting what it is
and who made it. It is a flashy, dramatic wine with
astonishing length and mystique…97." RP Burgundy
Book 1990.
1511   6 bottles                          per lot $13,000-22,000

**Romanee Conti**
**Domaine de la Romanee Conti 1989**
*Cote de Nuits, Grand Cru*
*3cm, water-stained vintage tag, water-stained label*
1512   1 magnum (1.5L)                    per lot $5000-8000

**Romanee Conti**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*2cm*
"The 1990 Romanee-Conti should ultimately be the
most compelling and complex of the DRC wines…The
nose offers up sweet, clove, cinnamon, and black-
berry aromas intermingled with toasty, smoky new
oak. Lavishly rich and full-bodied, with abundant
tannins…98." WA 10/92.
1513   1 bottle                           per lot $4500-7000

**Romanee Conti**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*1.5cm*
1514   1 magnum (1.5L)                    per lot $9500-14,000

**Romanee Conti**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*wine-stained label*
1515   1 jeroboam (3L)                    per lot $20,000-32,000

**Romanee Conti**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
"Sensational, very serious…amazing depth and great
midpalate concentration. Displays lovely rose petal,
violet, tar aromas followed by plum, black cherry and
cassis flavors. Loads of ripe tannins lead to a sweet-
tasting finish that won't quit. The best Romanee-
Conti in years…98." WS 8/98.
1516   3 bottles                          per lot $6000-9500

**Romanee Conti**
**Domaine de la Romanee Conti 1996**
*Cote de Nuits, Grand Cru*
"…This superb wine offers a mouthful of silky-tex-
tured cherries, blueberries, plums, boysenberries,
earth, minerals, and spiced oak. This masterpiece
is full-bodied, dense (yet extremely elegant and
defined), thickly-textured, and immensely concen-
trated…96-98." WA 8/98.
1517   1 bottle                           per lot $2200-3800

**Romanee Conti**
**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
*owc*
"On the palate, it marvelously combines the power-
ful, ripe fruit characteristic of the vintage with mag-
nificent delineation and elegance. This soy sauce,
licorice, flower, as well as blackberry flavored wine is
dense and concentrated, yet lace-like and gloriously
precise. It stands, as is expected given its rarity,
price and reputation, as one of the stars of the vin-
tage…95." WA 10/99.
1518   6 bottles                          per lot $11,000-16,000

**Romanee Conti**
**Domaine de la Romanee Conti 1999**
*Cote de Nuits, Grand Cru*
*tow banded 3-pack owc's*
"…hugely expressive nose of super-ripe black cher-
ries, candied plums, and violets. Full-bodied and pos-
sessing a magnificent breadth of sweet, penetrating
fruits, this is an unbelievably complex wine. It coats
the palate with its velvety sweet cherries, jammy
blackberries, and fruit-soaked tannin. Perfectly bal-
anced and seamless, this gem has a remarkably long
finish. This is a wine of exemplary precision, delinea-
tion, and power with undescribable class and refine-
ment…95-99." WA 8/01.
1519   6 bottles                          per lot $17,000-24,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1999**
*Cote de Nuits, Grand Cru*
1520   6 bottles                          per lot $17,000-24,000

**ROMANEE CONTI**
**DOMAINE DE LA ROMANEE CONTI 1999**
*Cote de Nuits, Grand Cru*
*one 3-pack owc*
1521   6 bottles                          per lot $17,000-24,000

## LES GAUDICHOTS

**LES GAUDICHOTS**
**DOMAINE DE LA ROMANEE CONTI 1929**
*Cote de Nuits, Premier Cru*
*3.5cm, excellent appearance*
*Provenance: "Ex-Christies Doris Duke"*
1522   1 bottle                           per lot $5000-8000

**LES GAUDICHOTS**
**DOMAINE DE LA ROMANEE CONTI 1929**
*Cote de Nuits, Premier Cru*
*3.5cm, torn label, excellent appearance*
*Provenance: "Ex-Christies Doris Duke"*
1523   1 bottle                           per lot $5000-8000

**LES GAUDICHOTS**
**DOMAINE DE LA ROMANEE CONTI 1929**
*Cote de Nuits, Premier Cru*
*4cm, excellent appearance*
*Provenance: "Ex-Christies Doris Duke"*
1524   1 bottle                           per lot $5000-8000

## LA TACHE

**LA TACHE DROUHIN RESERVE DOMAINE DE LA**
**ROMANEE CONTI 1938**
*Cote de Nuits, Grand Cru*
*6cm, bin-soiled label, heavily soiled vintage tag, scuffed and nicked foil, Drouhin reserve*
"Warm, expansive, autumnal; extraordinary, choca-latey nose; sweet, 'exquisite, incandescent' I noted, and lingering flavor...★★★★★." MB 9/84.
1525   1 bottle                           per lot $1500-2600

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1942**
*Cote de Nuits, Grand Cru*
*one 2cm, one 2.5cm, one 3cm, one bin-soiled label*
*Provenance: "Ex Bize Leroy."*
"Lovely warm, glowing mahogany; low-keyed at first, rich, slightly malty vegetal nose, good depth; medium dryness and body, crisp, tangy, good length, sweet finish...★★★★." MB 4/98.
1526   3 bottles                          per lot $4000-6000

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1943**
*Cote de Nuits, Grand Cru*
*5cm, bin-soiled label*
1527   1 bottle                           per lot $1200-2000

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1947**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled label, original capsule*
1528   1 bottle                           per lot $3000-5000

**LA TACHE DOMAINE DE LA ROMANEE-CONTI 1957**
*Cote de Nuits, Grand Cru*
*4.5cm, water-stained label, lightly bin-soiled label, nicked label*
*Provenance: "Ex Bize Leroy."*
"La Tache, at three years of age, was light in style, very ripe, fragrant, sweet and immediately drink-able. Quarter of a century later, in jeroboam, still fairly pale, fully mature looking; a lovely, ripe beet-root of Pinot fragrance, almost too exotic; dried out with intriguing flavour, with a '57 piquant acidity ★★★★★.." MB 1980
1529   1 bottle                           per lot $500-800

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1959**
*Cote de Nuits, Grand Cru*
*one 4cm, two 5.5cm, one bin-soiled label, two nicked labels, one slightly deteriorated vintage tag*
"Supreme.★★★★★." MB 1985.
1530   3 bottles                          per lot $5500-9000

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1959**
*Cote de Nuits, Grand Cru*
*one 3.5cm, one 5cm, one 5.5cm, two slightly deteriorated labels, one nicked label, two missing vintage tags, one torn vintage tag*
1531   3 bottles                          per lot $5500-9000

**Lots 1522-1524**



**La Tache Domaine de la Romanee Conti 1961**
*Cote de Nuits, Grand Cru*
*one 4cm, two 5.5cm, two nicked labels, one torn capsule*
1532   3 bottles                                    per lot $2200-3200

**La Tache Domaine de la Romanee Conti 1962**
*Cote de Nuits, Grand Cru*
*5.5cm, excellent appearance, original domaine capsule*
"...Silky, refined and altogether classy with a finish
that goes on and on...quintessential La Tache that is
knee-bending in its brilliance...a genuinely complete
wine of absolute genius...99." Burghound 10/03.
1533   1 jeroboam (3L)                  per lot $15,000-26,000

**La Tache Domaine de la Romanee Conti 1964**
*Cote de Nuits, Grand Cru*
*one 5cm, two 6.5cm*
1534   3 bottles                                    per lot $3000-5000

**La Tache Domaine de la Romanee Conti 1964**
*Cote de Nuits, Grand Cru*
*6.5cm, water-stained label*
1535   1 magnum (1.5L)                          per lot $3000-5000

**La Tache Domaine de la Romanee Conti 1966**
*Cote de Nuits, Grand Cru*
*one 3cm, two 3.5cm, hree 5cm, three bin-soiled labels,*
*one torn label, one missing vintage tag, one capsule cut*
*to verify vintage*
"Glorious in 1992 and three notes since: superb,
assertive, 'vast and tannic' at Prince Rupert
Lowenstein's in 1996, and early the following year,
within a day of each other in New York, a slightly
woody, tannic bottle brought to a restaurant for
lunch but not given enough time to open up. A fully
mature-looking hefty, spicy, sweet and powerful
bottle from Tawfiq Khoury's cellar, with quite a bite
and remarkable acidity...★★★★★." MB 2/97.
1536   6 bottles                                    per lot $6000-9000

**La Tache Domaine de la Romanee Conti 1971**
*Cote de Nuits, Grand Cru*
*one 2cm, two 2.5cm, one 2.5cm, one 3cm, one 4cm, four*
*bin-soiled labels, three signs of seepage*
"...still with good colour; gloriously fragrant, sus-
tained Pinot bouquet, sweet, superb balance. Class
act...★★★★★." MB 4/98.
1537   6 bottles                                  per lot $11,000-17,000

**La Tache Domaine de la Romanee Conti 1971**
*Cote de Nuits, Grand Cru*
*6.5cm, lightly bin-soiled label, bottle no. 00798*
1538   1 magnum (1.5L)                          per lot $4500-7000

**La Tache Domaine de la Romanee Conti 1972**
*Cote de Nuits, grand Cru*
*one 1.5cm, two 4cm, two bin-soiled labels, one sign of*
*seepage*
1539   3 bottles                                    per lot $1200-1800

**La Tache Domaine de la Romanee Conti 1978**
*Cote de Nuits, Grand Cru*
*one 2.5cm or better, one 3cm, four 3.5cm*
1540   6 bottles                                    per lot $9500-14,000

**La Tache Domaine de la Romanee Conti 1978**
*Cote de Nuits, Grand Cru*
*5.5cm, stained vintage tag, foil cut to reveal branded cork*
1541   1 magnum (1.5L)                          per lot $5000-8000

**La Tache Domaine de la Romanee Conti 1989**
*Cote de Nuits, Grand Cru*
*2cm*
1542   1 magnum (1.5L)                          per lot $900-1400

**La Tache Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
"I cannot think of a more profound, young red
Burgundy tasted than DRC's 1990 La Tache...incred-
ibly endowed, with an extraordinary perfume of
Asian spices as well as jammy black raspberries, cher-
ries, and blackberries infused with smoke, toast, and
dried herbs. Full-bodied, but ethereal, with layers of
flavor, as well as mind-boggling delicacy and com-
plexity...100." WA 2/02.
1543   12 bottles                                per lot $20,000-32,000

**La Tache Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*one 1.5cm, one 3cm, capsule cut to verify vintage*
1544   2 magnums (1.5L)                        per lot $8000-12,000

Lot 1533



MONOPOLE
1962

BURGUNDY
RED WINE
PRODUCE
OF FRANCE

FREDERICK
WILDMAN
AND SONS

CONTE...
6 PT. 3 FL. ...
ALCOHOL ...
13% BY VOLUM...

SOCIÉTÉ CIVILE DU DOMAINE DE LA ROMANÉE-CONTI
PROPRIÉTAIRE A VOSNE-ROMANÉE (CÔTE-D'OR)

LA TÂCHE

APPELLATION . LA TÂCHE . CONTROLÉE

26.740 Bouteilles Récoltées

Nº   116                    L'ASSOCIÉ-GÉRANT

ANNÉE 1962          H. de Villaine

Mise en bouteille au domaine

PRODUCE OF FRANCE

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1991**
*Cote de Nuits, Grand Cru*
*two bin-soiled labels, two torn labels*
"The 1991 La Tache is a compelling wine. It possesses
a deep color, as well as a tell-tale, decadent bouquet
of smoked meats, jammy black fruits, and Asian
spices. Expansive, full-bodied, and oozing with rich,
sweet fruit, this example of La Tache, despite its
flamboyance, is structured, tannic…" WA 8/95.

| 1545 | 12 bottles | per lot $8000-12,000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1991**
*Cote de Nuits, Grand Cru*

| 1546 | 1 magnum (1.5L) | per lot $1300-1900 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1996**
*Cote de Nuits, Grand Cru*
*owc, banded prior to inspection*

| 1547 | 12 bottles | per lot $7000-11,000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1996**
*Cote de Nuits, Grand Cru*
*sign of seepage*

| 1548 | 1 jeroboam (3L) | per lot $3500-5500 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1997**
*Cote de Nuits, Grand Cru*
*one banded 6-pack owc, one 6-pack owc*

| 1549 | 12 bottles | per lot $4000-6000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1997**
*Cote de Nuits, Grand Cru*
*two banded 6-pack owc's*

| 1550 | 12 bottles | per lot $4000-6000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1998**
*Cote de Nuits, Grand Cru*
"Stunning nose of red and black fruits, oriental spices,
tea and leather notes. Intensely sappy flavor with wave
after wave of ever-changing flavors. The Richebourg
is long but the La Tache is even longer. A great effort.
Tated on two occasions and both were consistent with
the other…95." Burgundy Wine Houd 1/01.

| 1551 | 6 bottles | per lot $2000-3000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1998**
*Cote de Nuits, Grand Cru*
*all lots: two banded 6-pack owc's*
*Parcel: lots 1552-1554*

| 1552 | 12 bottles | per lot $4000-6000 |
| 1553 | 12 bottles | per lot $4000-6000 |
| 1554 | 12 bottles | per lot $4000-6000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1998**
*Cote de Nuits, Grand Cru*

| 1555 | 1 magnum (1.5L) | per lot $700-1000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1999**
*Cote de Nuits, Grand Cru*
*one 6-pack owc*
"Everything that I saw from cask made it into bottle
intact and words remain inadequate to describe
just how good this wine is. Classic La Tache in every
respect…Destined to become one of the all time
great vintages of La Tache…98." Burghound 10/03.

| 1556 | 12 bottles | per lot $9000-12,000 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 1999**
*Cote de Nuits, Grand Cru*

| 1557 | 3 magnums (1.5L) | per lot $6500-9500 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 2000**
*Cote de Nuits, Grand Cru*
*both lots: one banded 6-pack owc, one 6-pack owc*
*Parcel: lots 1558-1559*
"Good full medium red. Pure aromas of cassis, violet
and minerals. Rich, sweet, suave and penetrating, with
lovely mineral character and integrated acidity con-
tributing to an impression of precision. Very primary,
long and subtle on the back end…94." IWC 3/03.

| 1558 | 12 bottles | per lot $3000-4500 |
| 1559 | 12 bottles | per lot $3000-4500 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 2001**
*Cote de Nuits, Grand Cru*
"Strikingly extravagant nose of rose petals, oriental
spices, pungent tea and leather notes plus ultra ele-
gant pinot fruit. The powerful, chiseled, pure flavors
are remarkably detailed, precise and fine with mind
bending complexity…In short, aristocratic in every
sense…96." Burghound 1/04.

| 1560 | 6 bottles | per lot $2400-3500 |

**LA TACHE DOMAINE DE LA ROMANEE CONTI 2001**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
*Parcel: lots 1561–1562*

| | | |
|---|---|---|
| 1561 | 12 bottles | per lot $4800-7000 |
| 1562 | 12 bottles | per lot $4800-7000 |

### RICHEBOURG

**RICHEBOURG**
**DOMAINE DE LA ROMANEE CONTI 1929**
*Cote de Nuits, Grand Cru*
*1.5cm, water-stained and torn label, foil cut to reveal fully branded cork, re-corked and reconditioned at the Chateau*
"...I have to say that the 1929 DRC Richebourg is one of the most extraordinary wines I have ever tasted...the wine remains intact, with a compelling fragrance...reveals an unctuous, opulent texture, and a chewy, alcoholic, fleshy finish...100." WA 6/92.

| | | |
|---|---|---|
| 1563 | 1 bottle | per lot $2600-4500 |

**RICHEBOURG**
**DOMAINE DE LA ROMANEE CONTI 1943**
*Cote de Nuits, Grand Cru*
*one 4.5cm, one 5cm, bin-soiled labels, recently released from Bize Leroy*

| | | |
|---|---|---|
| 1564 | 2 bottles | per lot $2000-3200 |

**RICHEBOURG DROUHIN RESERVE**
**DOMAINE DE LA ROMANEE CONTI 1947**
*Cote de Nuits, Grand Cru*
*5cm, bin-soiled label*

| | | |
|---|---|---|
| 1565 | 1 bottle | per lot $2000-3500 |

**RICHEBOURG**
**DOMAINE DE LA ROMANEE CONTI 1947**
*Cote de Nuits, Grand Cru*
*7.5cm, badly bin-soiled label, torn label, sign of old seepage*

| | | |
|---|---|---|
| 1566 | 1 magnum (1.5L) | per lot $5000-8000 |

**RICHEBOURG**
**DOMAINE DE LA ROMANEE CONTI 1949**
*Cote de Nuits, Grand Cru*
*5cm, lightly scuffed label*

| | | |
|---|---|---|
| 1567 | 1 bottle | per lot $2600-4000 |

**RICHEBOURG**
**DOMAINE DE LA ROMANEE CONTI 1959**
*Cote de Nuits, Grand Cru*
*4cm, bin-soiled, nicked and torn label*

| | | |
|---|---|---|
| 1568 | 1 bottle | per lot $1500-2600 |



Lots 1528, 1530, 1563, 1565, 1567 and 1568

**Richebourg**
**Domaine de la Romanee Conti 1959**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled, nicked and torn label*
1569  1 bottle                              per lot $1500-2600

**Richebourg**
**Domaine de la Romanee Conti 1964**
*Cote de Nuits, Grand Cru*
*one 4cm, one 4.5cm, three 5cm, three torn labels, lightly bin-soiled labels, two torn capsules*
"...the wine's pure black fruit, herb, and floral aromas dominated this sensationally rich, voluptuous offering. The finish still exhibits noticeable tannin and alcohol. This bottle was in extraordinary condition, giving support to the expression that there are no great wines, just great bottles...95." WA 4/92.
1570  5 bottles                            per lot $3000-4500

**Richebourg**
**Domaine de la Romanee Conti 1966**
*Cote de Nuits, Grand Cru*
*one 5cm, one 6cm*
1571  2 bottles                            per lot $1000-1600

**Richebourg**
**Domaine de la Romanee Conti 1969**
*Cote de Nuits, Grand Cru*
*3.5cm*
1572  1 bottle                              per lot $600-900

**Richebourg**
**Domaine de la Romanee Conti 1980**
*Cote de Nuits, Grand Cru*
*three 1.5cm or better, one 3cm, two bin-soiled labels*
1573  4 bottles                            per lot $1400-2000

**Richebourg**
**Domaine de la Romanee Conti 1988**
*Cote de Nuits, Grand Cru*
*1.5cm or better*
"Luxuriantly powerful fruit of spice, jam and violets with obvious pinot extract lead to amazingly powerful yet velvety flavors. There are ample tannins but the extract more than buffers them. Huge, rich and long from beginning to end...93." Burghound.
1574  3 bottles                            per lot $1200-1800

**Richebourg**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
"...pure, crafty aromas jump out of the glass, titillating with rose petal, violet and tar notes. Fans out with the silkiest mouthfeel imaginable, delivering layers of wet earth, chalky stone, black currant and oak-infused spice...98." WS 8/98.
1575  6 bottles                            per lot $2000-3000
1576  12 bottles                           per lot $4000-6000

**Richebourg**
**Domaine de la Romanee Conti 1996**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
1577  12 bottles                           per lot $5000-8000

**Richebourg**
**Domaine de la Romanee Conti 1996**
*Cote de Nuits, Grand Cru*
*1.5cm*
1578  1 magnum (1.5L)                      per lot $1000-1600

**Richebourg**
**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
*6-pack owc*
"...rose, violet, talcum powder, and crushed berry-scented nose leads to a boisterous, dense personality...loaded with spices freshly ground black pepper, and blackberries...93." WA 10/99.
1579  6 bottles                            per lot $1200-1900

**Richebourg**
**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
*one banded 6-pack owc, one 6-pack owc*
1580  12 bottles                           per lot $2400-3800

**Richebourg**
**Domaine de la Romanee Conti 1998**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
*Parcel: lots 1581-1582*
"Fine color. Good plummy fruit on the nose and palate...fullish, succulent and certainly very classy and harmonious..." CC.
1581  12 bottles                           per lot $3000-4500
1582  12 bottles                           per lot $3000-4500

**Richebourg**
**Domaine de la Romanee Conti 1998**
*Cote de Nuits, Grand Cru*
*one banded 6-pack owc*
1583   12 bottles                        per lot $3000-4500

**Richebourg**
**Domaine de la Romanee Conti 2000**
*Cote de Nuits, Grand Cru*
*one banded 6-pack owc, one 6-pack owc*
"...cassis, violet, meat and truffle. Firmly built, suave and penetrating...harmonious acidity." IWC 3/03.
1584   12 bottles                        per lot $3000-4500

**Richebourg**
**Domaine de la Romanee Conti 2000**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
1585   12 bottles                        per lot $3000-4500

**Richebourg**
**Domaine de la Romanee Conti 2001**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
*Parcel: lots 1586-1587*
1586   12 bottles                        per lot $4000-6000
1587   12 bottles                        per lot $4000-6000

**Grands Echezeaux**

**Grands Echezeaux**
**Domaine de la Romanee Conti 1966**
*Cote de Nuits, Grand Cru*
*one 3cm, two 6cm*
1588   3 bottles                         per lot $2200-3200

**Grands Echezeaux**
**Domaine de la Romanee Conti 1969**
*Cote de Nuits, Grand Cru*
*2.5cm, bin-soiled label, one sign of seepage*
1589   2 bottles                         per lot $1000-1600

**Grands Echezeaux**
**Domaine de la Romanee Conti 1971**
*Cote de Nuits, Grand Cru*
*two 2.5cm or better, two 2cm, two 3.5cm, two bin-soiled labels*
1590   6 bottles                         per lot $4800-7000

**Grands Echezeaux**
**Domaine de la Romanee Conti 1980**
*Cote de Nuits, Grand Cru*
*two 1.5cm or better, two 2.5cm, two bin-soiled labels*
1591   4 bottles                         per lot $1200-1800

**Grands Echezeaux**
**Domaine de la Romanee Conti 1989**
*Cote de Nuits, Grand Cru*
*3.5cm, bin-soiled label*
1592   1 magnum (1.5L)                   per lot $650-1000

**Grands Echezeaux**
**Domaine de la Romanee Conti 1990**
*Cote de Nuits, Grand Cru*
*3.5cm*
"This is a wine that I've had the pleasure of enjoying many times since its release and one that offers fantastically rich yet not excessively ripe fruit and flavors with excellent density, concentration and superb length. The breadth of flavors and incredible texture here is outstanding and the wine offers stunning overall quality...93." Burghound, Issue 4.
1593   1 magnum (1.5L)                   per lot $1000-1600

**Grands Echezeaux**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
1594   4 bottles                         per lot $1000-1700

**Grands Echezeaux**
**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
1595   9 bottles                         per lot $1800-2800

**Grands Echezeaux**
**Domaine de la Romanee Conti 1998**
*Cote de Nuits, Grand Cru*
*owc, banded prior to inspection*
"Deep ruby-red. More perfumed, subtly spicy raspberry aroma. Rounder and sweeter than the Echezeaux, showing more flesh over its firm spine. Lovely texture and finesse...youthful...longer finish features riper tannins." IWC.
1596   7 bottles                         per lot $1400-2200

**GRANDS ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1999**
*Cote de Nuits, Grand Cru*
"...gorgeous talcum powder, perfume, and candied cherry aromas. This sumptuously sweet, yet elegant, medium-bodied wine is crammed with blackberries and sugar-coated cherries. Oak shows through in this wine's satiny finish...90-93." WA 8/01.

1597    5 bottles                              per lot $1800-2600

**GRANDS ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 2001**
*Cote de Nuits, Grand Cru*
*6-pack owc*

1598    6 bottles                              per lot $1200-1800

**ECHEZEAUX**

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1962**
*Cote de Nuits, Grand Cru*
*.5cm, excellent appearance*

1599    1 bottle                               per lot $350-550

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1969**
*Cote de Nuits, Grand Cru*
*two 2cm, one 2.5cm, one 3cm, one deteriorated label, one wine-stained label*

1600    4 bottles                              per lot $1100-1700

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1971**
*Cote de Nuits, Grand Cru*
*one 1.5cm, one 2.5cm, one 4cm, one badly bin-soiled label, one deteriorated label, two signs of seepage*

1601    3 bottles                              per lot $1800-2800

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1996**
*Cote de Nuits, Grand Cru*

1602    6 bottles                              per lot $1200-1800

**ECHEZEAUX**
**DOMAINE DE LA ROMANEE CONTI 1999**
*Cote de Nuits, Grand Cru*
*one banded 6-pack owc, one 6-pack owc*
"...demure, dark fruit-scented nose. It bursts on the palate with lush layers of intensely sweet cherries, candied black raspberries, and spices. This lovely wine is forward, feminine, and satin-textured. It is medium to full-bodied, highly expressive, and possesses prodigiously ripened tannin...91-93." WA 8/01.

1603    12 bottles                             per lot $2400-3500

**ROMANEE ST VIVANT**

**ROMANEE ST VIVANT**
**DOMAINE DE LA ROMANEE CONTI 1971**
*Cote de Nuits, Grand Cru*
*.5cm*

1604    1 bottle                               per lot $600-900

**ROMANEE ST VIVANT**
**DOMAINE DE LA ROMANEE CONTI 1971**
*Cote de Nuits, Grand Cru*
*3.5cm*

1605    1 magnum (1.5L)                        per lot $1800-3000

**ROMANEE ST VIVANT**
**DOMAINE DE LA ROMANEE CONTI 1978**
*Cote de Nuits, Grand Cru*
*two 1.5cm, three 2cm, one 3cm, one 4cm, one nicked label, one bin-soiled label, two water-stained labels*

1606    7 bottles                              per lot $4200-6500

**ROMANEE ST VIVANT**
**DOMAINE DE LA ROMANEE CONTI 1980**
*Cote de Nuits, Grand Cru*
*one 1cm, one 1.5cm, one 2cm*
"...very sweet, complete, fully evolved, rich, slightly chocolatey. Very attractive...★★★★." MB 11/95.

1607    3 bottles                              per lot $750-1200

**ROMANEE ST VIVANT**
**DOMAINE DE LA ROMANEE CONTI 1990**
*Cote de Nuits, Grand Cru*
*1cm*

1608    6 bottles                              per lot $2400-3500



**Romanee St Vivant**
**Domaine de la Romanee Conti 1993**
*Cote de Nuits, Grand Cru*

1609  10 bottles                          per lot $3000-4500

**Romanee St Vivant**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
"Unctuous. almost delicate, but also full-bodied,
rich and ripe, with attractive rose petal, plum, black
cherry and currant character. a lovely, velvety wine."
WS 8/98.

1610  6 bottles                          per lot $1200-1800

**Romanee St Vivant**
**Domaine de la Romanee Conti 1996**
*Cote de Nuits, Grand Cru*
"Gentle at first, offering rose petal aromas...loads of
fruit cloaked in the very firm tannin structure. The
acidity is there, and the length is terrific...95." WS
9/99.

1611  12 bottles                          per lot $3500-5500
1612  1 magnum (1.5L)                    per lot $600-900

**Romanee St Vivant**
**Domaine de la Romanee Conti 1997**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
"Beautiful ripe fruit and elegant structure in this
gorgeous Pinot Noir. Full-bodied, with sweet tannins
and refined flavors of wild raspberries, cherries and
cassis. Tannins clamp down on the finish." WS 6/01.

1613  12 bottles                          per lot $1800-2600

**Romanee St Vivant**
**Domaine de la Romanee Conti 2001**
*Cote de Nuits*
*two 6-pack owc's*
"...clearly the best RSV in a long time with a
positively classic nose...the nose is, in a word,
intoxicating. All of this aromatic intensity leads to
remarkably powerful, linear, borderline robust fla-
vors that show simply unbelievable complexity and
stunning length...it will very likely surpass every
other RSV from the Domaine in recent memory...95."
Burghound.

1614  12 bottles                          per lot $3200-4500

**Assortment Case**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg, two*
*Romanee St Vivant, two Grands Echezeaux, two Echezeaux,*
*owc, banded prior to inspection*

1615  12 bottles                          per lot $5000-8000

**Assortment Case**
**Domaine de la Romanee Conti 1995**
*Cote de Nuits, Grand Cru*
*one Romanee Conti, three La Tache, two Richebourg, two*
*Romanee St Vivant, two Grands Echezeaux, two Echezeaux,*
*owc*

1616  12 bottles                          per lot $5000-8000

**Domaine de la Romanee Conti**
*Cote de Nuits, Grand Cru*
• **Richebourg 1982**                          (1)
• **Echezeaux 1985**                           (1)
  *1cm, bin-soiled label*
• **La Tache 1986**                            (1)
  *1.5cm*
• **Richebourg 1986**                          (1)

1617  above 4 bottles                    per lot $1400-2200

**Romanee St Vivant**
**Domaine de la Romanee Conti**
*Cote de Nuits, Grand Cru*
• **1993**                                     (1)
• **1998**                                     (2)
• **2000**                                     (2)

1618  above 5 bottles                    per lot $1100-1700

### Seguin Manuel

Seguin Manuel has been around literally for a couple of centuries, having been founded in its present form and name in 1872, though the original founder dates to 1788. The firm initially expanded through the purchase of Maison Roux-Lambert. As far as I know, the present director is Pierre Seguin, who took over in 1950. One of the famous aspects of an old part of the estate is an inscription dating from 1772, apparently carved by a Cistercian monk in Latin that reads (If I remember well): "…there are 5 reasons for drinking: the arrival of the guest, present thirst and future thirst, as well as the quality of the wine and any other reason you please!"

It is mostly a negociant operation based in Savigny-les-Beaune though they do own 1 ha of Savigny "Lavieres" plus another couple hectares of villages, mostly in Les Godeaux for a total of 3.5 ha.

*Allan Meadows, Burghound.com*


### Chambolle Musigny Les Amoureuses Seguin Manuel 1900
*Cote de Nuits, Premier Cru*
*2.5cm*

| | | |
|---|---|---|
| 1619 | 1 bottle | per lot $1000-1600 |


### Romanee St Vivant Seguin Manuel 1900
*Cote de Nuits, Grand Cru*
*2cm*

| | | |
|---|---|---|
| 1620 | 1 bottle | per lot $1000-2000 |


### Musigny Seguin Manuel 1918
*Cote de Nuits, Grand Cru*
*one .5cm, two 2cm*

| | | |
|---|---|---|
| 1621 | 3 bottles | per lot $1500-2400 |


### Chambertin Clos de Beze Seguin Manuel 1929
*Cote de Nuits, Grand Cru*
*2.5cm*

| | | |
|---|---|---|
| 1622 | 1 magnum (1.5L) | per lot $1500-2600 |


### Chambertin Clos de Beze Seguin Manuel 1929
*Cote de Nuits, Grand Cru*
*4cm*

| | | |
|---|---|---|
| 1623 | 1 magnum (1.5L) | per lot $1500-2600 |


### Grands Echezeaux Seguin Manuel 1929
*Cote de Nuits, Grand Cru*
*one 3cm, two 4cm, one scuffed label*

| | | |
|---|---|---|
| 1624 | 3 bottles | per lot $1000-1600 |


### Musigny Seguin Manuel 1929
*Cote de Nuits, Grand Cru*
*1cm*
*Parcel: lots 1625-1626*

| | | |
|---|---|---|
| 1625 | 1 bottle | per lot $550-850 |
| 1626 | 1 bottle | per lot $550-850 |


### Musigny Seguin Manuel 1929
*Cote de Nuits, Grand Cru*
*1cm, one scuffed label*

| | | |
|---|---|---|
| 1627 | 1 bottle | per lot $550-850 |


### Bonnes Mares Seguin Manuel 1934
*Cote de Nuits, Grand Cru*
*two 3cm, one 3.5cm*

| | | |
|---|---|---|
| 1628 | 3 bottles | per lot $1100-1700 |


### Chambolle Musigny Les Amoureuses Seguin Manuel 1934
*Cote de Nuits, Premier Cru*
*three 1cm or better, three 1.5cm*

| | | |
|---|---|---|
| 1629 | 6 bottles | per lot $1800-3000 |


### Grands Echezeaux Seguin Manuel 1934
*Cote de Nuits, Grand Cru*
*one 2cm, one 3cm, one 4cm, lightly bin-soiled labels*

| | | |
|---|---|---|
| 1630 | 3 bottles | per lot $1000-1600 |


### Griotte Chambertin Seguin Manuel 1945
*Cote de Nuits, Grand Cru*
*2cm or better*
*Parcel: lots 1631-1632*

| | | |
|---|---|---|
| 1631 | 3 bottles | per lot $1100-1700 |
| 1632 | 3 bottles | per lot $1100-1700 |


### Charmes Chambertin Seguin Manuel 1947
*Cote de Nuits, Grand Cru*
*2.5cm*

| | | |
|---|---|---|
| 1633 | 2 bottles | per lot $500-800 |

**Chambertin Clos de Beze Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*two 1.5cm, one 3cm*

| | | |
|---|---|---|
| 1634 | 3 bottles | per lot $1100-1700 |

**Chambertin Clos de Beze Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*one 1.5cm, three 3cm or better*

| | | |
|---|---|---|
| 1635 | 4 bottles | per lot $1400-2200 |

**Chambolle Musigny Les Amoureuses Seguin Manuel 1949**
*Cote de Nuits, Premier Cru*
*five 1cm, one 2.5cm*

| | | |
|---|---|---|
| 1636 | 6 bottles | per lot $1500-2400 |

**Clos St Denis Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*one 1cm, four 1.5cm, two 2cm, one 3cm, one scuffed label*

| | | |
|---|---|---|
| 1637 | 8 bottles | per lot $2200-3500 |

**Clos St Denis Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*3cm*
*Parcel: lots 1638-1639*

| | | |
|---|---|---|
| 1638 | 6 bottles | per lot $1700-2600 |
| 1639 | 6 bottles | per lot $1700-2600 |

**Mazis Chambertin Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*one 1cm, two 2cm, one scuffed label*

| | | |
|---|---|---|
| 1640 | 3 bottles | per lot $1100-1700 |

**Mazis Chambertin Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1641 | 6 bottles | per lot $2200-3200 |

**Mazis Chambertin Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*one 1.5cm, one 2.5cm, one 5cm*

| | | |
|---|---|---|
| 1642 | 6 bottles | per lot $2200-3200 |

**Musigny Seguin Manuel 1949**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1643-1645*

| | | |
|---|---|---|
| 1643 | 1 bottle | per lot $550-850 |
| 1644 | 1 bottle | per lot $550-850 |
| 1645 | 1 bottle | per lot $550-850 |

**Chambolle Musigny Les Amoureuses Seguin Manuel 1955**
*Cote de Nuits, Premier Cru*
*2cm*

| | | |
|---|---|---|
| 1646 | 2 bottles | per lot $400-700 |

**Romanee St Vivant Seguin Manuel 1955**
*Cote de Nuits, Grand Cru*
*2cm, one bin-soiled label*

| | | |
|---|---|---|
| 1647 | 2 bottles | per lot $800-1200 |

## Domaine Roumier

For Chambolles with a difference – wines which are substantial, even sturdy, as well as velvety and elegant- the best source is the Roumier domaine…This is one of the longest-established estate-bottling domaines in the Cote d'Or, and one of the very best of all.

We don't make Pinot Noir,' Christophe Roumier is quoted as saying (The Great Domaines of Burgundy, Remington Norman), 'we make wines from terroir which expresses itself through Pinot Noir'…but it is a question of control rather than creativity. The creation is being done by the vine, by its location, by mother nature: not by man. Roumier has turned his back on weedkilling sprays, preferring to plow the vines..but an ancillary benefit where it is done is that the roots are encouraged to penetrate deeper.

By 1982, Christophe Roumier and his father Jean-Marie became partners to jointly manage the Domaine George Roumier. CC

**Bonnes Mares Georges Roumier 1969**
*Cote de Nuits, Grand Cru*
*3cm, nicked label*

| | | |
|---|---|---|
| 1648 | 1 bottle | per lot $700-1100 |

**Bonnes Mares Roumier 1971**
*Cote de Nuits, Grand Cru*
*one 3cm, two 3.5cm*

| | | |
|---|---|---|
| 1649 | 3 bottles | per lot $3000-4800 |

**BONNES MARES ROUMIER 1971**
*Cote de Nuits, Grand Cru*
*3cm, three signs of seepage*
1650   6 bottles                          per lot $6000-9500

**BONNES MARES ROUMIER 1976**
*Cote de Nuits, Grand Cru*
*one 2.5cm, two 3cm, one 3.5cm, bin-soiled labels, wine-stained labels*
1651   4 bottles                          per lot $1000-1600

**BONNES MARES ROUMIER 1978**
*Cote de Nuits, Grand Cru*
*two .5cm or better, one 2cm*
1652   3 bottles                          per lot $3000-4800

**BONNES MARES ROUMIER 1985**
*Cote de Nuits, Grand Cru*
*two 1cm, one 1.5cm, two 2cm, one 3cm, two bin-soiled labels, one glue-stained vintage tag, one written on vintage tag*
1653   6 bottles                          per lot $4500-6500

**BONNES MARES ROUMIER 1986**
*Cote de Nuits, Grand Cru*
*2cm or better*
1654   3 bottles                          per lot $750-1200

**BONNES MARES ROUMIER 1988**
*Cote de Nuits, Grand Cru*
*1.5cm or better, six bin-soiled labels, five nicked labels, two torn vintage tags*
1655   9 bottles                          per lot $2800-4500

**BONNES MARES ROUMIER 1988**
*Cote de Nuits, Grand Cru*
*.5cm*
1656   1 magnum (1.5L)                    per lot $600-900

**BONNES MARES ROUMIER 1989**
*Cote de Nuits, Grand Cru*
*one nicked label, two stained vintage tags, one capsule cut to verify vintage*
1657   3 magnums (1.5L)                   per lot $2200-3200

**BONNES MARES ROUMIER 1990**
*Cote de Nuits, Grand Cru*
*two 1cm, one 2cm, one lightly bin-soiled label*
1658   3 bottles                          per lot $1500-2200

**BONNES MARES ROUMIER 1993**
*Cote de Nuits, Grand Cru*
1659   3 bottles                          per lot $1100-1700

**BONNES MARES ROUMIER 1996**
*Cote de Nuits, Grand Cru*
1660   6 bottles                          per lot $1800-3000
1661   2 magnums (1.5L)                   per lot $1200-1800

**BONNES MARES ROUMIER 1997**
*Cote de Nuits, Grand Cru*
1662   9 bottles                          per lot $1100-1800

**BONNES MARES ROUMIER 1999**
*Cote de Nuits, Grand Cru*
*one 6-pack owc*
"...assorted flowers, jammy blueberries, and candied cherries...long, black pepper-filled finish." WA 8/01.
1663   12 bottles                         per lot $2800-3800

**BONNES MARES ROUMIER 1999**
*Cote de Nuits, Grand Cru*
1664   12 bottles                         per lot $2800-3800

**BONNES MARES ROUMIER 2000**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1666-1667*
"Spicy aromas of strawberry, raspberry and rose petal. Intensely flavored, sharply delineated." IWC.
1665   6 bottles                          per lot $600-900
1666   12 bottles                         per lot $1200-1800
1667   12 bottles                         per lot $1200-1800

**BONNES MARES ROUMIER 2001**
*Cote de Nuits, Grand Cru*
1668   12 bottles                         per lot $2000-3000

**BONNES MARES ROUMIER 2002**
*Cote de Nuits, Grand Cru*
*oc*
1669   12 bottles                         per lot $2800-4000



Lot 1672 and 1673






**CHARMES CHAMBERTIN ROUMIER 1996**
*Cote de Nuits, Grand Cru*
1670   6 bottles                      per lot $450-700

**CLOS DE VOUGEOT G ROUMIER 1971**
*Cote de Nuits, Grand Cru*
*3cm or better, two wine-stained labels, two signs of seepage*
1671   6 bottles                      per lot $1800-3000

**MUSIGNY ROUMIER 1955**
*Cote de Nuits, Grand Cru*
*4cm, wine-stained label, Nicolas Selection*
1672   1 bottle                       per lot $3000-5000

**MUSIGNY ROUMIER 1962**
*Cote de Nuits, Grand Cru*
*3cm, capsule cut to reveal vintage stamped cork, excellent*
*appearance, Nicolas Selection*
1673   1 bottle                       per lot $4000-7000

**MUSIGNY ROUMIER 1976**
*Cote de Nuits, Grand Cru*
*2.5cm or better, bin-soiled labels, one torn label*
1674   3 bottles                      per lot $2200-3200

**MUSIGNY ROUMIER 1976**
*Cote de Nuits, Grand Cru*
*2.5cm or better, one bin-soiled label, two torn labels*
1675   3 bottles                      per lot $2200-3200

**MUSIGNY ROUMIER 1985**
*Cote de Nuits, Grand Cru*
*.5cm, bin-soiled and torn label*
1676   1 bottle                       per lot $2000-3200

**MUSIGNY ROUMIER 1985**
*Cote de Nuits, Grand Cru*
*.5cm, damp-stained label*
1677   1 bottle                       per lot $2000-3200

**MUSIGNY ROUMIER 1988**
*Cote de Nuits, Grand Cru*
*.5cm*
*Parcel: lots 1678-1679*
1678   1 bottle                       per lot $800-1200
1679   1 bottle                       per lot $800-1200

**MUSIGNY ROUMIER 1989**
*Cote de Nuits, Grand Cru*
*.5cm, wrinkled vintage tag, nicked label*
1680   1 bottle                       per lot $1000-1600

**MUSIGNY ROUMIER 1989**
*Cote de Nuits, Grand Cru*
*.5cm, sign of seepage*
1681   1 magnum (1.5L)                per lot $2600-4000

**MUSIGNY ROUMIER 1997**
*Cote de Nuits, Grand Cru*
*Parcel: 1682-1683*
1682   3 bottles                      per lot $1500-2400
1683   3 bottles                      per lot $1500-2400

**MUSIGNY ROUMIER 1998**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1684-1686*
1684   1 bottle                       per lot $800-1200
1685   1 bottle                       per lot $800-1200
1686   1 bottle                       per lot $800-1200



Lot 1676

**Musigny Roumier 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1687-1689*

| | | |
|---|---|---|
| 1687 | 1 bottle | per lot $1200-1800 |
| 1688 | 1 bottle | per lot $1200-1800 |
| 1689 | 1 bottle | per lot $1200-1800 |

**Musigny Roumier 2000**
*Cote de Nuits, Grand Cru*
"...coffee, violet and smoke. Chewy, sappy, pure...rare
degree of tension and perfume...92." IWC 3/03.

| | | |
|---|---|---|
| 1690 | 3 bottles | per lot $1200-1800 |

**Ruchottes Chambertin C Roumier 1989**
*Cote de Nuits, Grand Cru*
*1.5cm or better, four lightly bin-soiled labels*

| | | |
|---|---|---|
| 1691 | 5 bottles | per lot $1000-1500 |

**Ruchottes Chambertin C Roumier 1989**
*Cote de Nuits, Grand Cru*
*.5cm, wine-stained vintage tags, signs of seepage*

| | | |
|---|---|---|
| 1692 | 2 magnums (1.5L) | per lot $700-1000 |

**Ruchottes Chambertin C Roumier 1990**
*Cote de Nuits, Grand Cru*
*one torn label, one torn vintage tag*

| | | |
|---|---|---|
| 1693 | 6 bottles | per lot $1200-1900 |

**Ruchottes Chambertin C Roumier 1990**
*Cote de Nuits, Grand Cru*
*three bin-soiled labels, one torn label, two missing vin-
tage tags, one torn vintage tag*

| | | |
|---|---|---|
| 1694 | 12 bottles | per lot $2400-3800 |

**Ruchottes Chambertin C Roumier 1990**
*Cote de Nuits, Grand Cru*
*.5cm*

| | | |
|---|---|---|
| 1695 | 2 magnums (1.5L) | per lot $900-1300 |

**Ruchottes Chambertin C Roumier 1993**
*Cote de Nuits, Grand Cru*
*one torn label*

| | | |
|---|---|---|
| 1696 | 2 bottles | per lot $400-600 |

**Ruchottes Chambertin Bonnefond 1996**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1697 | 4 bottles | per lot $500-800 |

**Ruchottes Chambertin C Roumier 1996**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1698 | 12 bottles | per lot $2200-3000 |

**Ruchottes Chambertin C Roumier 1999**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1699 | 12 bottles | per lot $2200-3000 |

**Chambolle Musigny Les Amoureuses
Roumier 1985**
*Cote de Nuits, Premier Cru*
*1.5cm or better, bin-soiled labels, one wine-stained label*

| | | |
|---|---|---|
| 1700 | 3 bottles | per lot $1400-2000 |

**Chambolle Musigny Les Amoureuses
G Roumier 1993**
*Cote de Nuits, Premier Cru*

| | | |
|---|---|---|
| 1701 | 3 bottles | per lot $700-1000 |

**Chambolle Musigny Les Amoureuses
G Roumier 1998**
*Cote de Nuits, Premier Cru*

| | | |
|---|---|---|
| 1702 | 3 bottles | per lot $450-600 |

**Chambolle Musigny Amoureuses
Roumier 2000**
*Cote de Nuits, Premier Cru*

| | | |
|---|---|---|
| 1703 | 4 bottles | per lot $450-800 |
| 1704 | 12 bottles | per lot $1400-2400 |

**Clos de Vougeot G Roumier 1970**
*Cote de Nuits, Grand Cru*
*6.5cm, signs of seepage*

| | | |
|---|---|---|
| 1705 | 2 bottles | per lot $300-500 |

**Roumier**
- **Chambolle Musigny
  Les Amoureuses 1983**                    (1)
  *Cote de Nuits, Premier Cru*
- **Bonnes Mares 1984**                     (1)
  *Cote de Nuits, Grand Cru*
- **Ruchottes Chambertin 1988**             (2)
  *Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1706 | above 4 bottles | per lot $600-800 |

### Henri Jayer

This is the most extensive and extraordinary offering of wines by Henri Jayer ever to appear at auction.

Now in the twilight of his career, Henri Jayer, the modest genius of Burgundy, has attained the fame that he neither had nor sought as a younger winemaker. Allen Meadows published an article about Jayer in the Burghound Newsletter Issue 13 in 2004 which is worth quoting at length here. About the Jayer method:

Jayer describes it as follows:

"Prune short and ruthlessly sort. There is no substitute for low yields and anyone who says otherwise is kidding themselves. I never did like chemicals and I insisted on plowing to remove weeds and I learned that my vines were stronger because plowing cuts the surface roots. Anti-rot treatments were introduced in 1980 and they work pretty well as long as one uses them only when necessary. And no, we don't do any bio-dynamic farming, which in my view is blatant idiocy. As to the winemaking, we cold macerate for up to a week depending on the vintage but we're not Accad in either degree or intent as we use far less SO2. I ferment, completely naturally of course, until the sugar is gone and then rack into 100% new oak barrels that I order with medium toast. I have always chosen my barrels by smell alone and the provenance of the wood was never a high priority; it's the treatment that counts. I also never pre-treat my barrels either; no rinsing, no salt solutions, no nothing. I am extremely careful during the élevage as here is where the quality of the wine can be lost or diminished through sloppy practices. After 18 months in a typical vintage, we bottle by hand and cask by cask. Until 1990, I used to fine with egg whites but I was always adamantly against filtering. I want to make sure that my wines taste as good in bottle as they do from barrel so whenever possible, I let the wines make themselves. In fact, nothing in the world is easier than making wine".

I remarked to Jayer that his method was logical but that there was nothing unique in what he was saying. I also noted that he had freely shared his approach with any number of aspiring young winemakers yet no one had yet really approached the quality of the Jayer wines, at least not consistently. So, I had to ask, what was the secret? Jayer, ever modest yet quietly proud of his accomplishments, simply said, "well, there might be a secret or two that I haven't mentioned. But much more important than a small trick or two is that you have to feel your wines. There's an art to it and that's something that you can't teach anymore than a painter or musician can teach a student by showing him how to draw or read music. In short, it's a gift."

However, he was quick to point out that anyone can do quality élevage, observing "how many wines do you see that are prematurely brown? Too many. Have you ever seen one of my wines, when properly stored, that has turned? And the reason is that I treat all of my wines, from the Bourgogne to the Cros as though they were babies in need of tender loving care. I never pump and I never expose them to oxygen except during a racking and the hand bottling never upsets their equilibrium."

### Richebourg Henri Jayer 1959

The bottles offered below are from a numbered series of 36 bottles recently sold by Jayer from his personal collection. Burghound notes in Issue 13:

Jayer sold his production to various négociants for years though he bottled bits and pieces for himself in some vintages. The oldest bottle in Jayer's cellar today is a 1959 Richebourg and he does occasionally release older wines into the market.



**Richebourg Henri Jayer 1959**
*Cote de Nuits, Grand Cru*
*.5cm, bottle No. 15*
1707    1 bottle                         per lot $9500-14,000

**Richebourg Henri Jayer 1959**
*Cote de Nuits, Grand Cru*
*.5cm, scuffed label, bottle No. 14*
1708    1 bottle                         per lot $9500-14,000

**Richebourg Henri Jayer 1976**
*Cote de Nuits, Grand Cru*
*1.5cm, foil cut to reveal fully branded cork*
1709    1 magnum (1.5L)                 per lot $3500-5500



Lots 1707 and 1781

**Translation of letter from Henri Jayer (pictured left):**

*Certificate of Authenticity*

*I the undersigned Henri Jayer certify that 36 bottles of Richebourg 1959 Henri Jayer numbered from 1 to 36 were made part of my personal reserve, stayed at the same place for more than 40 years, and left my cellar in October 2003.*

*To do what they may.*

*(signed Henri Jayer)*

### RICHEBOURG HENRI JAYER 1978

*The two magnums of 1978 Richebourg offered below were*
*purchased from an American collector who bought a case*
*directly from Henri Jayer and hand carried it to the U.S.*

### RICHEBOURG HENRI JAYER 1978
*Cote de Nuits, Grand Cru*
*1.5cm, bin-soiled label, capsule cut*
"Absolutely stunningly complex nose of virtually
every spice imaginable framed in earth and strong
secondary aromas leads to full-bodied, rich, pure
and still intense flavors that deliver fantastic depth
and length. While this is still a spectacular drink,
the beginning of the end has arrived as there is the
slightest hint of dryness on the finish though
it is largely buffered by the impressive amounts of
velvet. Classy and refined in every sense and while
this is in no danger of cracking up anytime soon, I
would begin looking for reasons to drink this over
the next decade." Burghound 1/05.

1710  1 bottle                     per lot $5000-8000

### RICHEBOURG HENRI JAYER 1978
*Cote de Nuits, Grand Cru*
*2cm, wine-stained and slightly torn label*
1711  1 bottle                     per lot $5000-8000

### RICHEBOURG HENRI JAYER 1978
*Cote de Nuits, Grand Cru*
*2.5cm, torn label, capsule cut*
1712  1 bottle                     per lot $5000-8000

### RICHEBOURG HENRI JAYER 1978
*Cote de Nuits, Grand Cru*
*1cm, capsule cut to reveal branded cork*
1713  1 magnum (1.5L)              per lot $7500-12,000

### RICHEBOURG HENRI JAYER 1978
*Cote de Nuits, Grand Cru*
*1cm*
1714  1 magnum (1.5L)              per lot $7500-12,000

### RICHEBOURG HENRI JAYER 1982
*Cote de Nuits, Grand Cru*
*1cm, two signs of seepage*
1715  3 bottles                    per lot $3000-4800

### RICHEBOURG HENRI JAYER 1983
*Cote de Nuits, Grand Cru*
*2cm*
1716  2 bottles                    per lot $2400-3500

### RICHEBOURG HENRI JAYER 1984
*Cote de Nuits, Grand Cru*
*1cm or better, lightly bin-soiled labels*
1717  3 bottles                    per lot $2400-3500

### RICHEBOURG HENRI JAYER 1986
*Cote de Nuits, Grand Cru*
*1cm*
1718  2 bottles                    per lot $1600-2400

### RICHEBOURG HENRI JAYER 1986
*Cote de Nuits, Grand Cru*
*1.5cm, stained vintage tag, sign of old seepage*
1719  1 magnum (1.5L)              per lot $2600-4000

### RICHEBOURG HENRI JAYER 1986
*Cote de Nuits, Grand Cru*
*2cm, foil cut to reveal branded cork*
1720  1 magnum (1.5L)              per lot $2600-4000

### RICHEBOURG HENRI JAYER 1986
*Cote de Nuits, Grand Cru*
*2cm, lightly bin-soiled label, sign of old seepage*
1721  1 magnum (1.5L)              per lot $2600-4000

### RICHEBOURG HENRI JAYER 1987
*Cote de Nuits, Grand Cru*
*two 1.5cm, four 2cm, three lightly bin-soiled labels, one*
*foil cut to reveal fully branded cork*
1722  6 bottles                    per lot $6000-9500

### RICHEBOURG HENRI JAYER 1987
*Cote de Nuits, Grand Cru*
*1cm or better*
*Parcel: 1723-1724*
1723  1 magnum (1.5L)              per lot $2000-3200
1724  1 magnum (1.5L)              per lot $2000-3200

### ECHEZEAUX HENRI JAYER 1976
*Cote de Nuits, Grand Cru*
*2cm, foil cut to reveal fully branded cork*
1725  1 magnum (1.5L)              per lot $1800-3000

**ECHEZEAUX HENRI JAYER 1976**
*Cote de Nuits, Grand Cru*
*2cm, lightly bin-soiled label, foil cut to reveal fully*
*branded cork*
1726   1 magnum (1.5L)                     per lot $1800-3000

**ECHEZEAUX HENRI JAYER 1976**
*Cote de Nuits, Grand Cru*
*2.5cm, foil cut to reveal fully branded cork*
1727   1 magnum (1.5L)                     per lot $1800-3000

**ECHEZEAUX HENRI JAYER 1978**
*Cote de Nuits, Grand Cru*
*2.5cm, badly torn label, foil cut to reveal fully branded*
*cork*
1728   1 magnum (1.5L)                     per lot $5500-8000

**ECHEZEAUX HENRI JAYER 1978**
*Cote de Nuits, Grand Cru*
*3cm, torn label, foil cut to reveal fully branded cork*
1729   1 magnum (1.5L)                     per lot $5500-8000

**ECHEZEAUX HENRI JAYER 1978**
*Cote de Nuits, Grand Cru*
*three 2.5cm, one 3.5cm, two 4.5cm, two bin-soiled labels,*
*one scuffed label, one torn label, one sign of old seepage,*
*two foils cut to reveal fully branded cork*
1730   6 bottles                          per lot $11,000-17,000

**ECHEZEAUX HENRI JAYER 1979**
*Cote de Nuits, Grand Cru*
*two 1.5cm or better, four 2cm, one torn label, two signs*
*of seepage*
1731   6 bottles                          per lot $2400-3500

**ECHEZEAUX HENRI JAYER 1980**
*Cote de Nuits*
*1.5cm, foil cut to reveal fully branded cork*
1732   1 magnum (1.5L)                     per lot $1800-3000

**ECHEZEAUX HENRI JAYER 1982**
*Cote de Nuits, Grand Cru*
*five 1.5cm or better, one 2cm, one slightly torn label, two*
*bin-soiled labels, two nicked labels, one torn capsule*
1733   6 bottles                          per lot $3200-5000

**ECHEZEAUX HENRI JAYER 1982**
*Cote de Nuits, Grand Cru*
*two 1cm or better, three 1.5cm or better, one 2.5cm or*
*better, scuffed and nicked labels, two bin-soiled labels*
1733A  6 bottles                          per lot $3200-5000

**ECHEZEAUX HENRI JAYER 1984**
*Cote de Nuits, Grand Cru*
*one 1.cm or better, one bin-soiled label*
1734   3 bottles                          per lot $900-1400

**ECHEZEAUX HENRI JAYER 1985**
*Cote de Nuits, Grand Cru*
*one 1cm, one 1.5cm, three 2cm, one 2.5cm, five nicked*
*labels, one sign of old seepage*
"…displayed a bright and still fresh if no longer
youthful nose of earth, spice and plenty of game and
underbrush with no sous bois followed by sweet,
delicious, rich and exuberantly expressive flavors of
striking length, superb complexity and real breed.
The hallmark Jayer character of a velvety finish is
here in abundance and this is an extremely impres-
sive effort." Burghound 1/05.
1735   6 bottles                          per lot $9000-14,000

**ECHEZEAUX HENRI JAYER 1986**
*Cote de Nuits, Grand Cru*
*1cm or better, one scuffed capsule*
1736   3 magnums (1.5L)                    per lot $5500-9000

**ECHEZEAUX HENRI JAYER 1988**
*Cote de Nuits, Grand Cru*
*2cm or better*
1737   3 bottles                          per lot $1800-2800

**ECHEZEAUX HENRI JAYER 1988**
*Cote de Nuits, Grand Cru*
*2cm*
1738   3 magnums (1.5L)                    per lot $6000-9500

**ECHEZEAUX HENRI JAYER 1989**
*Cote de Nuits, Grand Cru*
*2cm or better, one scuffed label, one torn label*
1739   3 magnums (1.5L)                    per lot $7500-12,000

**Echezeaux Henri Jayer 1990**
*Cote de Nuits, Grand Cru*
*1.5cm or better*
1740  6 bottles                          per lot $6000-9500

**Echezeaux Henri Jayer 1990**
*Cote de Nuits, Grand Cru*
1741  6 bottles                          per lot $6000-9500

**Echezeaux Henri Jayer 1990**
*Cote de Nuits, Grand Cru*
*1.5cm, foil cut to reveal fully branded cork*
1742  1 magnum (1.5L)                    per lot $3500-5500

**Echezeaux Henri Jayer 1990**
*Cote de Nuits, Grand Cru*
*1.5cm*
1743  1 magnum (1.5L)                    per lot $3500-5500

**Echezeaux Henri Jayer 1990**
*Cote de Nuits, Grand Cru*
*1.5cm, nicked label*
1744  1 magnum (1.5L)                    per lot $3500-5500

**Echezeaux Henri Jayer 1993**
*Cote de Nuits, Grand Cru*
*one wine-stained label, two nicked labels, one nicked*
*label, one torn label*
1745  6 bottles                          per lot $4200-6000

**Echezeaux Henri Jayer 1993**
*Cote de Nuits, Grand Cru*
1745A 6 bottles                          per lot $4200-6000

**Echezeaux Henri Jayer 1995**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1746-1747*
1746  6 bottles                          per lot $3500-5500
1747  6 bottles                          per lot $3500-5500

**Henri Jayer for George Jayer**

For years Henri Jayer has been making wines for his
brother Georges under the label 'H Jayer for G Jayer'.
Henri tends the vines which are contiguous to his own
and makes this wine from those grapes that Georges
owns. Though the label bears Georges' name, this wine
is in reality, another label for Henri Jayer.

**Echezeaux Henri Jayer for**
**George Jayer 1985**
*Cote de Nuits, Grand Cru*
*2.5cm or better, one torn label, one capsule cut*
1748  6 bottles                          per lot $4200-7000

**Echezeaux Henri Jayer for**
**George Jayer 1985**
*Cote de Nuits, Grand Cru*
1749  6 bottles                          per lot $4200-7000

**Echezeaux Henri Jayer for**
**George Jayer 1987**
*Cote de Nuits, Grand Cru*
*2.5cm or better, four signs of seepage*
1750  10 bottles                         per lot $4000-6500

**Echezeaux Henri Jayer for**
**George Jayer 1988**
*Cote de Nuits, Grand Cru*
*three 1.5cm, three 2.5cm, five 3cm, one 3.5cm, seven*
*wine-stained labels, one missing vintage tag, signs of*
*seepage*
1751  12 bottles                         per lot $5000-8000

**Echezeaux Henri Jayer for**
**George Jayer 1988**
*Cote de Nuits, Grand Cru*
*three .5cm, two 1cm, three 1.5cm, one 3cm, three 3.5cm,*
*one wine-stained label, one stained vintage tag, four*
*signs of seepage*
1752  12 bottles                         per lot $5000-8000

**Echezeaux Henri Jayer for**
**Georges Jayer 1989**
*Cote de Nuits, Grand Cru*
*three 2cm, eight 3cm, one torn label*
1753  11 bottles                         per lot $5500-8500

**ECHEZEAUX HENRI JAYER for**
**GEORGES JAYER 1989**
*Cote de Nuits, Grand Cru*
*2.5cm or better, two wine-stained labels, two stained*
*vintage tags*
1754   12 bottles                         per lot $6000-9000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1990**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1755-1756*
1755   12 bottles                         per lot $7500-12,000
1756   12 bottles                         per lot $7500-12,000

**ECHEZEAUX HENRI JAYER for**
**GEORGES JAYER 1991**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1757-1758*
1757   12 bottles                         per lot $4000-6000
1758   12 bottles                         per lot $4000-6000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1993**
*Cote de Nuits, Grand Cru*
1759   12 bottles                         per lot $6000-9000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1995**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1761-1763*
1760   6 bottles                          per lot $2000-3000
1761   12 bottles                         per lot $4000-6000
1762   12 bottles                         per lot $4000-6000
1763   12 bottles                         per lot $4000-6000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1996**
*Cote de Nuits, Grand Cru*
*one sign of seepage*
1764   12 bottles                         per lot $5000-8000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1996**
*Cote de Nuits, Grand Cru*
*two torn labels, one stained vintage tag, one sign of old*
*seepage*
1765   12 bottles                         per lot $5000-8000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1997**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1767-1769*
1766   7 bottles                          per lot $1800-3000
1767   12 bottles                         per lot $3000-5000
1768   12 bottles                         per lot $3000-5000
1769   12 bottles                         per lot $3000-5000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1998**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1770-1772*
1770   12 bottles                         per lot $3000-5000
1771   12 bottles                         per lot $3000-5000
1772   12 bottles                         per lot $3000-5000

**ECHEZEAUX HENRI JAYER for**
**GEORGE JAYER 1998**
*Cote de Nuits, Grand Cru*
*four wine-stained labels, seven signs of old seepage*
1773   12 bottles                         per lot $3000-5000

**ECHEZEAUX HENRI JAYER for**
**GEORGES JAYER 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1774-1775*
1774   12 bottles                         per lot $3500-5500
1775   12 bottles                         per lot $3500-5500

**ECHEZEAUX HENRI JAYER for**
**GEORGES JAYER 2000**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1776-1778*
1776   12 bottles                         per lot $2800-4000
1777   12 bottles                         per lot $2800-4000
1778   12 bottles                         per lot $2800-4000

**ECHEZEAUX HENRI JAYER for**
**GEORGES JAYER 2001**
*Cote de Nuits, Grand Cru*
1779   6 bottles                          per lot $2200-3000

**ECHEZEAUX EMMANUEL ROUGET For**
**GEORGES JAYER 2002**
*Cote de Nuits, Grand Cru*
1780   12 bottles                         per lot $4200-6000

**CROS PARANTOUX JAYER**

In 1951, Jayer acquired his first parcel of vines in Cros Parantoux from a M. Roblot. Jayer explained in great detail how difficult it was to clear the brush and artichokes away, saying "the rocks were huge, the size of cars and we had to dynamite them. I used over 400 charges to soften up the soil enough to plant vines. And the artichoke roots were such a pain and they continued to be a problem for years afterwards". Jayer did not actually plant vines until 1953 because "it was so hard and time consuming to clear the land and run the domaine that replanting had to wait". Coincidentally, he also applied for Cros Parantoux to be upgraded to official premier cru status and in an act of surprising speed by the regulators, he received approval the same year. He continued to buy what he could until he bought the last available parcel from Robert Arnoux's sister in 1970, which made his 71.5 are parcel the size it is today.

Jayer candidly admits that he worked Cros Parantoux by horse "not because I wanted to but because I had to. The age of the horse in Burgundy is not an ancient practice the way everyone romantically believes. In fact, the age of the horse in Burgundy came about after World War I, after the army sold off literally tens of thousands of horses because they no longer had a use for them. The period really only lasted from 1918 to 1960 and died out pretty quickly after that In fact, I was the first vigneron in Vosne to buy a tractor and that was in 1956. I had two horses that I used for years but by 1970, that was pretty much it for horses in Burgundy. Oh sure, you still see a few today but with few exceptions, it's for the media not because it's really necessary". Burghound



Lots 1730, 1781, 1836 and 2119

ZACHYS WINE AUCTIONS TEL 914 448 3026 • FAX 914 206 4544 • AUCTION@ZACHYS.COM

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1978**
*Cote de Nuits, Premier Cru*
*2cm, lightly scuffed label*
1781   1 bottle                                   per lot $2600-4000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1978**
*Cote de Nuits, Premier Cru*
*4.5cm, stained label, nicked label, capsule cut to reveal*
*fully branded cork*
1782   1 magnum (1.5L)                        per lot $7000-11,000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1979**
*Cote de Nuits, Premier Cru*
*3.5cm, two torn labels*
1783   3 bottles                                 per lot $2800-4000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1980**
*Cote de Nuits, Premier Cru*
*two 2cm, one 2.5cm, two bin-soiled lables, two different*
*importers*
1784   3 bottles                                 per lot $4200-6000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1982**
*Cote de Nuits, Premier Cru*
*1cm*
1785   3 bottles                                 per lot $2200-3000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1983**
*Cote de Nuits, Premier Cru*
*one 1cm, two 2cm*
1786   3 bottles                                 per lot $2200-3200

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1985**
*Cote de Nuits, Premier Cru*
*three 1cm or better, three 2cm or better, two capsules cut*
*to verify vintage*
"Beautifully rich, elegant and complex, with great
depth of fruit, plum, cherry, spice and a hint of
chocolate on the palate. Very long and intense but
smooth and elegant...95." WS 5/91.
1787   6 bottles                               per lot $12,000-18,000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1985**
*Cote de Nuits, Premier Cru*
*.5cm, bin-soiled label, torn label*
1788   1 magnum (1.5L)                        per lot $6000-9000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1985**
*Cote de Nuits, Premier Cru*
*2.5cm*
1789   1 magnum (1.5L)                        per lot $6000-9000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1986**
*Cote de Nuits, Premier Cru*
*five 1.5cm, one 2.5cm, one nicked label, one capsule cut*
*to verify vintage*
1790   6 bottles                                 per lot $3500-5500

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1986**
*Cote de Nuits, Premier Cru*
*four 1.5cm, two 2cm, two slightly corroded capsules*
1791   6 bottles                                 per lot $3500-5500

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1986**
*Cote de Nuits, Premier Cru*
*1.5cm or better, sign of old seepage*
1792   1 magnum (1.5L)                        per lot $2000-3000

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1987**
*Cote de Nuits, Premier Cru*
*one 2cm, one 3cm*
1793   2 bottles                                 per lot $800-1400

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1987**
*Cote de Nuits, Premier Cru*
*one 1cm, one 2cm, one 3cm, one nicked label, one torn*
*label, two signs of old seepage*
1794   3 magnums (1.5L)                        per lot $6000-9500





**Vosne Romanee Cros Parantoux**
**Henri Jayer 1989**
*Cote de Nuits, Premier Cru*
*three 2cm, one 2.5cm, one 3cm, one 3.5cm, one wine-*
*stained label, one stained vintage tag, one sign of seepage*

| 1795 | 6 bottles | per lot $6000-9000 |
|---|---|---|

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1990**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1796-1797*
"This is a famous wine and I was fortunate enough
to taste it again at Comme Chez Soi in Brussels in
March 2001. The color was a youthful bright deep
red-violet. My nose was greeted by an avalanche of
fresh ripe cherry aromas energized by a hint of citric
zest, and sensed a touch of buttery oak and earth
trying to climb out from underneath. The cherry-
dominated flavors had sensational purity and focus.
Great. Outstanding plus." FH.

| 1796 | 3 bottles | per lot $4800-6500 |
|---|---|---|
| 1797 | 3 bottles | per lot $4800-6500 |

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1990**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1798-1800*

| 1798 | 1 magnum (1.5L) | per lot $5000-8000 |
|---|---|---|
| 1799 | 1 magnum (1.5L) | per lot $5000-8000 |
| 1800 | 1 magnum (1.5L) | per lot $5000-8000 |

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1991**
*Cote de Nuits, Premier Cru*

| 1801 | 6 bottles | per lot $6000-9000 |
|---|---|---|

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1991**
*Cote de Nuits, Premier Cru*
*one wine-stained label, one nicked label*

| 1802 | 6 bottles | per lot $6000-9000 |
|---|---|---|

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1993**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1803-1804*

| 1803 | 3 magnums (1.5L) | per lot $9000-14,000 |
|---|---|---|
| 1804 | 3 magnums (1.5L) | per lot $9000-14,000 |

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1995**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1805-1810*

| 1805 | 6 bottles | per lot $5000-7500 |
|---|---|---|
| 1806 | 6 bottles | per lot $5000-7500 |
| 1807 | 6 bottles | per lot $5000-7500 |
| 1808 | 6 bottles | per lot $5000-7500 |
| 1809 | 6 bottles | per lot $5000-7500 |
| 1810 | 6 bottles | per lot $5000-7500 |

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1995**
*Cote de Nuits, Premier Cru*

| 1811 | 3 magnums (1.5L) | per lot $7500-12,000 |
|---|---|---|

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1995**
*Cote de Nuits, Premier Cru*
*one wrinkled label, one sign of old seepage*

| 1812 | 3 magnums (1.5L) | per lot $7500-12,000 |
|---|---|---|

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1996**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1813-1815*

| 1813 | 6 bottles | per lot $7000-10,000 |
|---|---|---|
| 1814 | 6 bottles | per lot $7000-10,000 |
| 1815 | 6 bottles | per lot $7000-10,000 |

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1996**
*Cote de Nuits, Premier Cru*
*one loose capsule*

| 1816 | 6 bottles | per lot $7000-10,000 |
|---|---|---|

**Vosne Romanee Cros Parantoux**
**Henri Jayer 1996**
*Cote de Nuits, Premier Cru*
*1cm*
*Parcel: lots 1817-1819*

| 1817 | 1 magnum (1.5L) | per lot $3000-5000 |
|---|---|---|
| 1818 | 1 magnum (1.5L) | per lot $3000-5000 |
| 1819 | 1 magnum (1.5L) | per lot $3000-5000 |

**VOSNE ROMANEE CROS PARANTOUX**
**HENRI JAYER 1997**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1820-1824*

| | | |
|---|---|---|
| 1820 | 6 bottles | per lot $5500-8000 |
| 1821 | 6 bottles | per lot $5500-8000 |
| 1822 | 6 bottles | per lot $5500-8000 |
| 1823 | 6 bottles | per lot $5500-8000 |
| 1824 | 6 bottles | per lot $5500-8000 |

**VOSNE ROMANEE CROS PARANTOUX**
**HENRI JAYER 1997**
*Cote de Nuits, Premier Cru*
*one wine-stained label, one sign of old seepage*

| | | |
|---|---|---|
| 1825 | 6 bottles | per lot $5500-8000 |

**VOSNE ROMANEE CROS PARANTOUX**
**HENRI JAYER 1998**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1826-1831*

| | | |
|---|---|---|
| 1826 | 6 bottles | per lot $6000-9000 |
| 1827 | 6 bottles | per lot $6000-9000 |
| 1828 | 6 bottles | per lot $6000-9000 |
| 1829 | 6 bottles | per lot $6000-9000 |
| 1830 | 6 bottles | per lot $6000-9000 |
| 1831 | 6 bottles | per lot $6000-9000 |

**VOSNE ROMANEE CROS PARANTOUX**
**HENRI JAYER 1999**
*Cote de Nuits, Premier Cru*
*Parcel: lots 1832-1834A*

| | | |
|---|---|---|
| 1832 | 6 bottles | per lot $7000-10,000 |
| 1833 | 6 bottles | per lot $7000-10,000 |
| 1834 | 6 bottles | per lot $7000-10,000 |
| 1834A | 6 bottles | per lot $7000-10,000 |

**VOSNE ROMANEE CROS PARANTOUX HENRI JAYER**
*Cote de Nuits, Premier Cru*

| | | |
|---|---|---|
| | • 1995 | (12) |
| | • 1996 | (12) |
| | • 1997 | (12) |
| | • 1998 | (12) |
| | • 1999 | (12) |
| 1835 | above 60 bottles | per lot $60,000-90,000 |

**VOSNE ROMANEE HENRI JAYER 1976**
*Cote de Nuits, Grand Cru*
*2.5cm*
"(75% is from Cros Parantoux)...Wonderfully expressive and spicy on the nose...rustic flavors that deliver solid intensity and plenty of punch." Burghound 1/05.

| | | |
|---|---|---|
| 1836 | 1 bottle | per lot $300-500 |

**VOSNE ROMANEE HENRI JAYER 1976**
*Cote de Nuits, Grand Cru*
*one .5cm, one 1.5cm, one 2cm, one bin-soiled label, two wine-stained labels, one torn label*

| | | |
|---|---|---|
| 1837 | 3 magnums (1.5L) | per lot $2800-4000 |

**VOSNE ROMANEE HENRI JAYER 1993**
*Cote de Nuits, Grand Cru*
*two bin-soiled labels*

| | | |
|---|---|---|
| 1838 | 4 bottles | per lot $800-1200 |

**VOSNE ROMANEE HENRI JAYER 1993**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1839 | 12 bottles | per lot $2400-3500 |

**VOSNE ROMANEE HENRI JAYER 1995**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 1840 | 6 bottles | per lot $900-1200 |

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1976**
*Cote de Nuits, Premier Cru*
*2cm or better, one wrinkled label*

| | | |
|---|---|---|
| 1841 | 3 bottles | per lot $1500-2400 |

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1985**
*Cote de Nuits, Premier Cru*
*2.5cm or better, three bin-soiled labels*

| | | |
|---|---|---|
| 1842 | 6 bottles | per lot $5500-7000 |

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1987**
*Cote de Nuits, Premier Cru*

| | | |
|---|---|---|
| 1843 | 1 bottle | per lot $350-550 |

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1988**
*Cote de Nuits, Premier Cru*
*3.5cm or better*
1844 6 bottles                    per lot $3000-4500

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1991**
*Cote de Beaune, Premier Cru*
*two bin-soiled labels, two torn labels*
1845 8 bottles                    per lot $3500-5000

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1993**
*Cote de Nuits, Premier Cru*
1846 6 bottles                    per lot $3000-4500

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1993**
*Cote de Nuits, Premier Cru*
*one scuffed vintage tag, one bin-soiled label*
1847 12 bottles                    per lot $6000-9000

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1995**
*Cote de Nuits, Premier Cru*
*scuffed label, nicked label*
1848 2 bottles                    per lot $1000-1500

**VOSNE ROMANEE LES BEAUX MONTS**
**HENRI JAYER 1995**
*Cote de Nuits, Premier Cru*
1849 12 bottles                    per lot $6000-9000

**VOSNE ROMANEE LES BRULEES**
**HENRI JAYER 1983**
*Cote de Nuits, Premier Cru*
*2cm*
1850 3 bottles                    per lot $1400-2000

**VOSNE ROMANEE LES BRULEES**
**HENRI JAYER 1984**
*Cote de Nuits, Premier Cru*
*2.5cm or better*
1851 3 bottles                    per lot $750-1100

**NUITS ST GEORGES HENRI JAYER 1989**
*Cote de Nuits, Premier Cru*
*2.5cm or better, one sign of seepage*
1852 6 bottles                    per lot $1200-1800

**NUITS ST GEORGES LES MEURGERS**
**HENRI JAYER 1976**
*Cote de Nuits, Premier Cru*
*3cm or better, one nicked label*
1853 3 magnums (1.5L)                    per lot $4200-6000

**NUITS ST GEORGES LES MEURGERS**
**HENRI JAYER 1978**
*Cote de Nuits, Premier Cru*
*1.5cm*
"Jayer opened this wine during our lunch and it
showed substantially better than did the bottle at
the tasting; in fact, it stood toe to toe with the
'85 Cros that he opened – in fact, I marginally pre-
ferred the '78 because of its superior richness. The
bottle that Jayer opened was brilliantly complex
with a classic aged burg nose of earth, damp leaves
and with no trace of sous bois followed by velvety,
incredibly seductive flavors offering stupendous
richness, fantastic complexity and knock out length.
The finish is pure silk with only the subtlest trace of
background rusticity that reminds one that this is
Nuits and not Vosne." Burghound 1/05.
1854 2 bottles                    per lot $1600-2400

**NUITS ST GEORGES LES MEURGERS**
**HENRI JAYER 1978**
*Cote de Nuits, Premier Cru*
*2cm, one nicked label, foils cut to reveal fully branded*
*cork*
1855 2 magnums (1.5L)                    per lot $4000-6500

**NUITS ST GEORGES LES MEURGERS**
**HENRI JAYER 1982**
*Cote de Nuits, Premier Cru*
*1.5cm or better*
1856 2 bottles                    per lot $800-1200

**NUITS ST GEORGES LES MEURGERS**
**HENRI JAYER 1984**
*Cote de Nuits, Premier Cru*
*1cm, sign of seepage*
1857 1 bottle                    per lot $300-450

**Nuits St Georges Les Meurgers
Henri Jayer 1986**
*Cote de Nuits, Premier Cru*
*1.5cm*

1858   1 magnum (1.5L)                per lot $1000-1600

**Nuits St Georges Les Meurgers
Henri Jayer 1987**
*Cote de Nuits, Premier Cru*
*2cm or better, one nicked label*

1859   3 magnums (1.5L)              per lot $1500-2400

**Comte Georges de Vogue**

This historical domaine has been in the hands of the same family for over 500 years, and currently the 20th generation is in control. That's an incredible statistic in itself. Recent history is that towards the end of Georges de Vogüé's life the domaine went through a sticky patch in the late 1970s and early 1980s (he died in 1987), but things have since turned around. His daughter Elisabeth de Ladoucette ran things during the late 1980s until 2002, and during this spell the current 'dream team' was put together: she hired Francois Millet as winemaker, Gérard Gaudeau as chef de vignes (a position he held for 10 years until succeeded by current viticulturalist Eric Bourgogne in 1996), and Jean-Luc Pépin was given the important job of sales and marketing in 1988. The current incumbents are George's granddaughters Claire de Causans and Marie de Ladoucette.

**Bonnes Mares Comte Georges de Vogue 1959**
*Cote de Nuits, Grand Cru*
*4cm*

1860   1 bottle                      per lot $700-1200

**Bonnes Mares Comte Georges de Vogue 1990**
*Cote de Nuits, Grand Cru*
*two 1cm, two 2.5cm, three wine-stained labels*

1861   4 bottles                     per lot $1000-1600

**Bonnes Mares Comte Georges de Vogue 1998**
*Cote de Nuits, Grand Cru*
"This may be the finest Bonnes-Mares I have ever tasted from de Vogue...Positively serene in its power and quiet understatement. In short, for all its greatness, it doesn't shout at you, it just quietly and confidently delivers a remarkable performance...93." Burghound 1/01.

1862   12 bottles                    per lot $1200-1800

**Bonnes Mares Comte Georges de Vogue 1999**
*Cote de Nuits, Grand Cru*
*one nicked label*
"Massive notes of blueberry and blackberry jam yet there is a certain austerity to the nose followed by flavors that are huge, firm, reserved and extremely dense and while there is a solid underpinning of tannin, they are wrapped in sappy velvet. The length is just flat out stunning and very powerful...93." Burghound 1/02.

1863   12 bottles                    per lot $1700-2400

**Grand Musigny Vogue Cuvee Reserve 1919**
*Cote de Nuits, Grand Cru*
*3.5cm, deteriorated label, capsule cut to verify vintage, the cork is fully stamped*
"Medium-pale, pink-cheeked; a most extraordinary fragrance, cherries and poire Williamine; sweet, delicately flavoured, with cherry-like fruit, positive, good legnth and aftertaste...★★★★★." MB 3/02.

1864   1 bottle                      per lot $3500-5500

**Musigny Vieilles Vignes
Comte Georges de Vogue 1929**
*Cote de Nuits, Grand Cru*
*5cm, bin-soiled label, torn label, Nicolas Selection*
***Provenance: "Ex Zachys Wine Auctions."***

1865   1 bottle                      per lot $3000-5000

**Musigny Vieilles Vignes
Comte Georges de Vogue 1934**
*Cote de Nuits, Grand Cru*
*4cm, faded and nicked label, capsule cut to verify vintage*

1866   1 bottle                      per lot $2000-3500



Lots 1865, 1867 and 1869

**Michael Broadbent on the 1945 Burgundy vintage:**
*"A great vintage. Though the war in Europe had ended earlier in the year, labour problems and shortages continued. In the vineyards, the major setback was severe frosts in March and April, otherwise the unaffected vines benefited from a beautiful spring with flowering beginning 20 May (the earliest start between 1940 and 1977) and completed rapidly. On 21 June a sudden and severe cyclone ravaged ten of the principal villages in the Cote de Beaune. The ensuing summer was hot but dry. The result of 'nature's pruning' and low rainfall resulted in a small crop of high quality, concentrated grapes...*★★★★★*."*

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1945**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled label, capsule cut to verify vintage, fully stamped corks, original capsule*
1867    1 bottle                          per lot $3500-5500

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1945**
*Cote de Nuits, Grand Cru*
*6cm, bin-soiled label, torn label, rewaxed over complete original capsule, cracked wax capsule*
1868    1 magnum (1.5L)              per lot $7000-12,000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1947**
*Cote de Nuits, Grand Cru*
*6cm, lightly scuffed and bin-soiled label, bottle No. 1419*
1869    1 bottle                          per lot $2600-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1947**
*Cote de Nuits, Grand Cru*
*6.5cm, water stained label, bin-soiled label, bottle No. 3252*
1870    1 bottle                          per lot $2600-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1947**
*Cote de Nuits, Grand Cru*
*6cm, deteriorated label, crowned capsule, bottle No. 1603*
1871    1 magnum (1.5L)              per lot $6000-10,000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1947**
*Cote de Nuits, Grand Cru*
*7cm, bin-soiled and torn label, capsule cut to verify vintage*
1872    1 magnum (1.5L)              per lot $6000-10,000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1949**
*Cote de Nuits, Grand Cru*
*2cm, bin-soiled label*
"...this epitomized the finesse and elegance of both Musigny and the vintage. Superb colour which glowed in the Georgian decanter; opulent bouquet and a scent rarely achieved by any wine; rich yet firm, beautiful sustained flavour...★★★★★." MB.
1873    1 bottle                          per lot $3200-5000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1949**
*Cote de Nuits, Grand Cru*
*4cm, torn label, Reserve de la Maison Bichot*
1874    1 bottle                          per lot $3200-5000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1949**
*Cote de Nuits, Grand Cru*
*7.5cm, bin-soiled label, torn label*
1875    1 magnum (1.5L)              per lot $7500-12,000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1959**
*Cote de Nuits, Grand Cru*
*5.5cm, lightly bin-soiled label, bottle no. 514*
1876    1 bottle                          per lot $2600-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1959**
*Cote de Nuits, Grand Cru*
*5.5cm, lightly bin-soiled label, nicked label, bottle no. 487*
1877    1 bottle                          per lot $2600-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1959**
*Cote de Nuits, Grand Cru*
*4.5cm, scuffed and faded label, Reserve 1959 visible on cork, bottle No. 000214*
1878    1 magnum (1.5L)              per lot $6000-10,000



Lot 1873

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1961**
*Cote de Nuits, Grand Cru*
*one 3cm, one 3.5cm, two 4cm*
1879  4 bottles                            per lot $3500-5500

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1962**
*Cote de Nuits, Grand Cru*
*4cm*
"...purest expression of Pinot; fine, scented, fragrant...★★★★★." MB 9/84.
1880  1 bottle                             per lot $2000-3500

**Musigny Vieilles VIgnes**
**Comte Georges de Vogüe 1964**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled and nicked label*
1881  1 bottle                             per lot $1100-1700

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1966**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled and torn label, corroded capsule*
"...classic, perfect harmony, fine flovoury, balance and length. Touch of '66 leanness but a class act...★★★★★." MB 10/84.
1882  1 bottle                             per lot $1000-1600

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1969**
*Cote de Nuits, Grand Cru*
*one 2.5cm, three 3cm, one 3.5cm, one 6cm, two bin-soiled labels*
"Two recent notes on this highly regarded wine. The first, ex-Singleton cellar tasted in February 2000: Medium deep violet prune color, with an oloroso rim; firm rich tart cherry nose with some stem; minerally ripe cherry flavors, very expansive finish, outstanding minus. The Second, Bay Area cellar in June 1999: Deep garnet color, very little turn at the rim. Intense toasty black cherry, surprisingly youthful, almost reductive; rich sweet cherry flavors with drying tannins on the palate..." FH.
1883  6 bottles                            per lot $5500-8500

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1971**
*Cote de Nuits, Grand Cru*
*5cm*
1884  1 bottle                             per lot $1100-1700

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1985**
*Cote de Nuits, Grand Cru*
*.5cm*
1885  2 magnums (1.5L)                     per lot $1400-2000

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1988**
*Cote de Nuits, Grand Cru*
*1cm or better, three wine-stained labels*
1886  5 bottles                            per lot $1000-1600

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1989**
*Cote de Nuits, Grand Cru*
*1cm or better*
1887  4 bottles                            per lot $800-1200

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1990**
*Cote de Nuits, Grand Cru*
*1cm or better, wine-stained label*
" A monument. Brilliant, deep and stylish, delivering supple and intense currant, spice, vanilla and violet flavors. Firm finish...99." WS 2/95.
1888  4 bottles                            per lot $1200-1800

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1993**
*Cote de Nuits, Grand Cru*
*2cm*
"As tough-as-nails, assertive Grand Cru Burgundy. Full body and ripe fruit with loads of tannins that need time to open...96." WS 11/95.
1889  3 bottles                            per lot $750-1100

**Musigny Vieilles Vignes**
**Comte Georges de Vogüe 1996**
*Cote de Nuits, Grand Cru*
*one nicked label*
1890  3 bottles                            per lot $750-1100



**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1998**
*Cote de Nuits, Grand Cru*

1891  6 bottles                      per lot $900-1200

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1892-1893*
"...aromatically austere though with coaxing, reveals
wonderfully complex aromas of a simply incredible
array of black fruits, earth, spice, crushed herbs
and notes of chocolate with flavors that are huge
but fine, powerful but subtle and rich yet detailed
with a stupendously long finish that offers intense
minerality. This is genuinely stunning juice and not
to be missed...94." Burghound 1/02.

1892  12 bottles                    per lot $2600-4000
1893  12 bottles                    per lot $2600-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 2001**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
"Sumptuous aromas of violets, blackberries, and bil-
berries...amazing purity and elegance, it reverberates
on the palate revealing broad layers of floral dark
fruit flavors. Lush yet superbly delineated...94-96."
WA 6/03.

1894  12 bottles                    per lot $2800-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 2001**
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*

1895  12 bottles                    per lot $2800-4000

**Musigny Vieilles Vignes**
**Comte Georges de Vogue 2002**
*Cote de Nuits, Grand Cru*
*both lots: two 6-pack owc's*
*Parcel: lots 1896-1897*
"Expansive and very open on the nose with a fantas-
tic array of spices, flowers and fruit aromas leading
to very serious, exuberantly fresh and impressively
deep flavors that also have a wonderfully tactile tex-
ture to them...96." Burghound 1/05.

1896  12 bottles                    per lot $3000-4000
1897  12 bottles                    per lot $3000-4000

**Comte Georges de Vogue**
• **Musigny Vieilles Vignes 1976**          (1)
  *Cote de Nuits, Grand Cru*
  *2cm*
• **Chambolle Musigny**
  **Les Amoureuses 1990**                    (2)
  *Cote de Nuits, Premier Cru*
  *one 1cm, one 2cm, two bin-soiled labels*
• **Musigny Vieilles Vignes Cuvee 1995**    (1)
  *Cote de Nuits, Grand Cru*
• **Chambolle Musigny Premier Cru 1996**    (3)
  *Cote de Nuits, Premier Cru*
• **Bonnes Mares 1997**                      (3)
  *Cote de Nuits, Grand Cru*
• **Musigny Vieilles Vignes 1997**           (1)
  *Cote de Nuits, Grand Cru*
  *wine-stained label*

1898  above 11 bottles              per lot $1200-1800

**Claude Dugat**

For wines of pure hedonistic delight in Burgundy, one
has to look no further than Claude Dugat. The wines
are made in a 13th century abbey known as Cellier des
Dimes. Dugat often uses whole berry fermentation
which results in wines of great richness and concentra-
tion while still retaining a sense of class.

**Charmes Chambertin Claude Dugat 1993**
*Cote de Nuits, Grand Cru*
"...layers of flavor, a saturated deep ruby/purple
color, a huge attack, considerable tannin and muscle,
as well as an inner sweetness and that profound
mid-palate not found in many 1993s. This wine has
it all - ripeness, richness, structure, purity, and com-
plexity...96." WA 8/95.

1899  12 bottles                    per lot $6000-9000

**CHARMES CHAMBERTIN CLAUDE DUGAT 1993**
*Cote de Nuits, Grand Cru*
*three signs of seepage*

1900    12 bottles                    per lot $6000-9000

**CHARMES CHAMBERTIN CLAUDE DUGAT 1995**
*Cote de Nuits, Grand Cru*
"Medium-to-dark ruby colored with touches of purple, this elegant gem's thick texture and cascade of fat, chewy black fruits are divine. Spiced with toasty oak, long and refined…" WA 6/97.

1901    12 bottles                    per lot $4000-6000

**CHARMES CHAMBERTIN CLAUDE DUGAT 1996**
*Cote de Nuits, Grand Cru*
"I have no argument with anyone who states that this wine merits a perfect score…regales the olfactory senses with sweet and perfumed red and black cherry scents that are lively, profound, and verging on jammy - reminiscent of the filling of a deep dish cherry pie…97-99." WA 8/98.

1902    1 bottle                     per lot $450-650

**CHARMES CHAMBERTIN CLAUDE DUGAT 1997**
*Cote de Nuits, Grand Cru*
"…candied red cherry and spicy aromas. On the palate, it is opulent, sexy, refined, and gorgeously velvety. Flavors reminiscent of cinnamon-laced, red cherry jam coat the palate." WA 10/99.

1903    12 bottles                    per lot $2400-4000

**CHARMES CHAMBERTIN CLAUDE DUGAT 1998**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1904-1907*
"…coats the palate with blackberries, black cherries, and cassis liqueur. This intense, concentrated, and velvety-textured wine has firm tannins that are immersed in sweet, well-ripened fruit…93." WA 6/00.

1904    12 bottles                    per lot $2200-3500
1905    12 bottles                    per lot $2200-3500
1906    12 bottles                    per lot $2200-3500
1907    12 bottles                    per lot $2200-3500

**CHARMES CHAMBERTIN CLAUDE DUGAT 1999**
*Cote de Nuits, Grand Cru*
"…a mouth-watering nose of Asian spices, blackberries, and black cherries. This luscious, opulent, medium to full-bodied wine is creamy-textured and refined. Loads of red cherries, spices, candied raspberries, and touches of sweet oak can be found in this luxurious offering. It has an awesome depth of fruit as well as loads of exquisitely ripened, supple tannins…96." WA 8/01.

1908    5 bottles                    per lot $1900-3000

**CHARMES CHAMBERTIN CLAUDE DUGAT 1999**
*Cote de Nuits, Grand Cru*
*one stained vintage tag, one sign of seepage*

1909    12 bottles                    per lot $4500-7000

**CHARMES CHAMBERTIN CLAUDE DUGAT 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1910-1911*

1910    12 bottles                    per lot $4500-7000
1911    12 bottles                    per lot $4500-7000

**CHARMES CHAMBERTIN CLAUDE DUGAT 2000**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1913-1914*
"…offers plummy blackberry scents as well as a grapy, black cherry-dominated personality. An intensely flavored, powerful wine, it has superb concentration, grip, and density of fruit as well as an exceptionally long, ripe finish…" WA 6/03.

1912    5 bottles                    per lot $1100-1700
1913    12 bottles                    per lot $2600-4000
1914    12 bottles                    per lot $2600-4000

**GRIOTTE CHAMBERTIN CLAUDE DUGAT 1993**
*Cote de Nuits, Grand Cru*

1915    1 bottle                     per lot $850-1300

**GRIOTTE CHAMBERTIN CLAUDE DUGAT 1995**
*Cote de Nuits, Grand Cru*
"This is a mesmerizing wine…Aromatically it reveals an unreal depth of intense black fruits that give way to an explosion of black cherries, plums, blackberries, blueberries, violets, mocha, cafe au lait, sweet oak, and Asian spices. Wave upon wave of luscious fruit unfold on the palate in this opulent and hedonistic offering's velvety-textured core…99." WA 8/98.

1916    1 bottle                     per lot $700-1100

**Griotte Chambertin Claude Dugat 1996**
*Cote de Nuits, Grand Cru*

1917  3 bottles                              per lot $2400-3500

**Griotte Chambertin Claude Dugat 1998**
*Cote de Nuits, Grand Cru*
"The 1998 Griotte-Chambertin was produced from
even lower yields than the Charmes. Medium to dark
ruby-colored, and boasting black cherry aromas, this
velvety-textured wine, elegant, intense, and persis-
tent. Copious quantities of candied raspberries and
cherries are found in its elegant, layered character."
WA 6/00.

1918  4 bottles                              per lot $1100-1700
1919  12 bottles                             per lot $3200-5000

**Griotte Chambertin Claude Dugat 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1921-1922*
"The tangy cherry, Asian spice, and hoisin sauce-
scented 1999 Griotte-Chambertin is medium to dark
ruby-colored. This silky-textured beauty is loaded
with creamed cherries, blackberry syrup, spices, and
vanilla. It is fresh, focused, sexy, yet well-structured.
Its immensely appealing fruit flavors last throughout
its exceptional finish…" WA 8/01.

1920  4 bottles                              per lot $1800-2800
1921  12 bottles                             per lot $5500-8500
1922  12 bottles                             per lot $5500-8500

**Griotte Chambertin Claude Dugat 2000**
*Cote de Nuits, Grand Cru*
"A big, juicy, medium to full-bodied, backward wine,
it has massive depth, concentration, and density. Its
velvety-textured core of fruit reveals mocha-laced
black cherries and blackberries, as well as hints of
toasted oak…" WA 6/03.

1923  3 bottles                              per lot $650-1000

**Gevrey Chambertin Claude Dugat 1999**
*Cote de Nuits, Grand Cru*
"…lovely red cherry, sweet oak aromas. This pure,
lush, medium-bodied wine is velvety-textured and
filled with violets and candied cherries. It is plush,
opulent, and reveals sweet, supple tannins in its
fresh, long finish." WA 8/01.

1924  12 bottles                             per lot $800-1200

**Gevrey Chambertin Lavaux St Jacques
Claude Dugat 1993**
*Cote de Nuits, Premier Cru*
"…leaps from the glass, offering gobs of sweet berry
fruit, spice, and toasty pain grille notes. Rich and
velvety-textured with layers of fruit, this medium
to full-bodied wine has the essence of black-cherry
fruit." WA 8/95.

1925  9 bottles                              per lot $1800-2800

**Gevrey Chambertin Lavaux St Jacques
Claude Dugat 1996**
*Cote de Nuits, Premier Cru*

1926  5 bottles                              per lot $1100-1600

**Claude Dugat**
*Cote de Nuits, Grand Cru*
• **Charmes Chambertin 1995**                (2)
• **Chapelle Chambertin 1997**               (2)
• **Griotte Chambertin 1997**                (1)

1927  above 5 bottles                        per lot $1400-2200

**Gevrey Chambertin Claude Dugat**
• **Premier Cru 1993**                       (3)
  *Cote de Nuits, Premier Cru*
• **1996**                                   (2)
  *Cote de Nuits*
• **1997**                                   (2)
  *Cote de Nuits*
• **Premier Cru 1997**                       (1)
  *Cote de Nuits, Premier Cru*

1928  above 8 bottles                        per lot $500-750

**Gevrey Chambertin Lavaux St Jacques
Claude Dugat**
*Cote de Nuits, Premier Cru*
• **1995**                                   (1)
• **1997**                                   (4)
• **1998**                                   (6)

1929  above 11 bottles                       per lot $900-1200

**Clos des Lambrays**

"The Clos des Lambrays produced legendary wines in the 40's…In the words of Michel Bettane, the Clos des Lambrays is an extraordinary terroir, capable of giving wines that, in generosity of savour and length rival the greatest. It is, as Brouin pointed out to me, and shows on the palate, the most "Morey" of all the Grand Crus of that appellation—the terroir really comes through…"

*Peter Weygandt*

**Clos des Lambrays**
**Domaine des Lambrays 1937**
*Cote de Nuits, Grand Cru*
*3.5cm, bin-soiled labels, two nicked labels, one torn label, bottled by Henri de Behezre*
1930  3 bottles                      per lot $6000-10,000

**Clos des Lambrays**
**Domaine des Lambrays 1937**
*Cote de Nuits, Grand Cru*
*4cm, one lightly bin-soiled label, two bin-soiled labels, one nicked label, one torn label, bottled by Henri de Behezre*
1931  3 bottles                      per lot $6000-10,000

**Clos des Lambrays**
**Domaine des Lambrays 1945**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled label*
1932  1 bottle                       per lot $1600-2400

**Clos des Lambrays**
**Domaine des Lambrays 1945**
*Cote de Nuits, Grand Cru*
*4.5cm, nicked label, Cosson label*
1933  1 bottle                       per lot $1600-2400

**Clos des Lambrays**
**Domaine des Lambrays 1945**
*Cote de Nuits, Grand Cru*
*5.5cm*
1934  1 bottle                       per lot $1600-2400

**Clos des Lambrays**
**Domaine des Lambrays 1945**
*Cote de Nuits, Grand Cru*
*6cm, one bin-soiled label, one Cosson label*
1935  3 bottles                      per lot $4800-7000

**Clos des Lambrays**
**Domaine des Lambrays 1947**
*Cote de Nuits, Grand Cru*
*5cm, torn label, foil cut to reveal cork*
"Intense, penetrating bouquet of chocolate, fresh ripe raspberry and cherry fruit, cinnamon, with unmistakable notes of bacon fat and chalk. A truly unique tasting experience - similar exotic profile as the nose with an incredible density and a remarkable length. Still has much life to live, but hard to resist now. An eccentric wine not to be missed. From a generously offered magnum in Los Angeles, June 15, 2005…97." MJ.
1936  1 magnum (1.5L)                per lot $3000-5000

**Clos des Lambrays**
**Domaine des Lambrays 1947**
*Cote de Nuits, Grand Cru*
*5.5cm, slightly nicked label, capsule cut*
1937  1 magnum (1.5L)                per lot $3000-5000

**Clos des Lambrays**
**Domaine des Lambrays 1947**
*Cote de Nuits, Grand Cru*
*8cm, water-stained label, nicked and stained vintage tag, torn label, foil cut to reveal cork*
1938  1 magnum (1.5L)                per lot $3000-5000

**Clos des Lambrays**
**Domaine des Lambrays 1949**
*Cote de Nuits, Grand Cru*
*4cm, capsule cut to reveal stamped cork*
1939  1 magnum (1.5L)                per lot $3000-5000

**Clos des Lambrays**
**Domaine des Lambrays 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1940-1941*
"Fresh and lovely, with chocolate mousse character. Smooth, balanced, medium-bodied and supple, with hints of blackberry. Seductive finish displays mineral and wet earth terroir complexity…92." WS 2/02.
1940  12 bottles                     per lot $550-850
1941  12 bottles                     per lot $550-850

Lots 1931-1939



### Armand Rousseau

There are few finer domains in the Cote d'Or than that of Armand Rousseau...this 14 hectare estate can boast some of the finest sites in the northern part of the Cote. The vines are old, the rendement low, and the wine-making perfectionist- and the wines themselves are stunning...what exhilarates me about Rousseau's wines is their concentration and their class. CC

### Chambertin Armand Rousseau 1923
*Cote de Nuits, Grand Cru*
*4.5cm, lightly bin-soiled label, capsule cut to reveal fully branded cork, Nicolas Selection*

| 1942 | 1 bottle | per lot $6000-10,000 |

### Chambertin Armand Rousseau 1929
*Cote de Nuits, Grand Cru*
*4.5cm, lightly bin-soiled label, capsule cut to reveal fully branded cork, Nicolas Selection*

| 1943 | 1 bottle | per lot $6000-10,000 |

### Chambertin Armand Rousseau 1934
*Cote de Nuits, Grand Cru*
*5.5cm*
*Provenance: ex-Christie's Doris Duke sale*

| 1944 | 1 bottle | per lot $5000-9000 |

### Chambertin Armand Rousseau 1985
*Cote de Nuits, Grand Cru*
*ten 1.5cm or better, one 2.5cm, one 3cm, two bin-soiled labels, one torn label*
"...now medium depth, lovely colour, mature rim; excellent bouquet; magical, highly sensitive fruit, elegant, perfect condition. Class act...★★★★★." MB 8/00.

| 1945 | 12 bottles | per lot $8500-13,000 |

### Chambertin Armand Rousseau 1985
*Cote de Nuits, Grand Cru*
*1.5cm or better*

| 1946 | 3 magnums (1.5L) | per lot $6000-9500 |

### Chambertin Armand Rousseau 1990
*Cote de Nuits, Grand Cru*

| 1947 | 3 bottles | per lot $1300-2000 |

### Chambertin Armand Rousseau 1995
*Cote de Nuits, Grand Cru*
"What a sexy and exotic red Burgundy...packed with dense, ripe black cherry, plum and well-integrated oak flavors that fan out on the long finish. Very powerful, very intense, very masculine...96." WS 11/97.

| 1948 | 12 bottles | per lot $2400-3500 |

### Chambertin Armand Rousseau 1996
*Cote de Nuits, Grand Cru*
*Parcel: lots 1949-1950*

| 1949 | 12 bottles | per lot $3000-4800 |
| 1950 | 12 bottles | per lot $3000-4800 |

### Chambertin Armand Rousseau 1997
*Cote de Nuits, Grand Cru*

| 1951 | 12 bottles | per lot $1000-1500 |

### Chambertin Armand Rousseau 1999
*Cote de Nuits, Grand Cru*
"By far the class of this line-up with its super dense, concentration fruit and incredible array of spice, depth, complexity and length. Simply a knock out Chambertin, worthy of every accolade reserved for the very best in Burgundy. Textbook...93-95." Burghound 1/01.

| 1952 | 12 bottles | per lot $2200-3200 |

### Chambertin Armand Rousseau 2000
*Cote de Nuits, Grand Cru*
*Parcel: lots 1953-1954*

| 1953 | 12 bottles | per lot $1400-2200 |
| 1954 | 12 bottles | per lot $1400-2200 |

### Chambertin Armand Rousseau 2001
*Cote de Nuits, Grand Cru*
"...superb extract and the sheer depth and breadth of flavors is dazzling...incredibly long and the intensity is simply breathtaking...91-94." Burghound 1/03.

| 1955 | 12 bottles | per lot $1600-2200 |

### Chambertin Clos de Beze Armand Rousseau 1972
*Cote de Nuits, Grand Cru*
*one 2cm, one 3cm, three 3.5cm, one 4.5cm, one wine-stained label, three signs of seepage*

| 1956 | 6 bottles | per lot $1800-3000 |



Lots 1942-1944

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1985**
*Cote de Nuits, Grand Cru*
*one 1cm, two 1.5cm, one torn label*
1957  3 bottles                    per lot $2200-3200

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1988**
*Cote de Nuits, Grand Cru*
*.5cm*
1958  3 bottles                    per lot $750-1200

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1989**
*Cote de Nuits, Grand Cru*
*.5cm or better, five bin-soiled labels, seven deteriorated*
*labels*
1959  12 bottles                   per lot $3500-6000

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1990**
*Cote de Nuits, Grand Cru*
"Dark ruby-colored, the killer Chambertin Clos de
Beze floored me with its nose of roses, violets, black
cherries and Asian spices. Its sublimely elegant pal-
ate impression is intense, complex, chewy, austere,
minerally, stony, full-bodied and long. It possesses
considerable tannin behind the rich fruit..." WA 6/97.
1960  3 bottles                    per lot $1200-1800

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1993**
*Cote de Nuits, Grand Cru*
1961  12 bottles                   per lot $3500-5500

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1996**
*Cote de Nuits, Grand Cru*
1962  12 bottles                   per lot $3000-4800

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1997**
*Cote de Nuits, Grand Cru*
1963  6 bottles                    per lot $500-750
1964  12 bottles                   per lot $1000-1500

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 1999**
*Cote de Nuits, Grand Cru*
"...a beguiling perfume of red cherry and violet. It
is medium to full-bodied, elegant, and unctuously
textured. This juicy, sweet red cherry, currant, and
raspberry-flavored wine has impeccably ripened tan-
nins...92-95." WA 8/01.
1965  12 bottles                   per lot $2200-3200

**CHAMBERTIN CLOS DE BEZE**
**ARMAND ROUSSEAU 2001**
*Cote de Nuits, Grand Cru*
*Parcel: lots 1966-1967*
"Superbly elegant in every respect with its styl-
ish, astonishingly complex pinot fruit, marvelously
intense, sappy, crushed panoply of red and black
fruit flavorsThis is the essence of Clos de Bèze as it
is incredibly spicy and wonderfully seductive...92-
94." Burghound 1/03.
1966  12 bottles                   per lot $1500-2400
1967  12 bottles                   per lot $1500-2400

**CHARMES CHAMBERTIN ARMAND ROUSSEAU 1959**
*Cote de Nuits, Grand Cru*
*3.5cm, bin-soiled label*
1968  1 bottle                     per lot $400-700

**CHARMES CHAMBERTIN ARMAND ROUSSEAU 1985**
*Cote de Nuits, Grand Cru*
*1.5cm or better*
1969  12 bottles                   per lot $2400-3500

**MAZIS CHAMBERTIN ARMAND ROUSSEAU 1961**
*Cote de Nuits, Grand Cru*
*3.5cm, bin-soiled and nicked label*
1970  1 bottle                     per lot $350-550

**MAZIS CHAMBERTIN ARMAND ROUSSEAU 1985**
*Cote de Nuits, Grand Cru*
1971  12 bottles                   per lot $2400-3800

**RUCHOTTES CHAMBERTIN CLOS DES RUCHOTTES**
**ARMAND ROUSSEAU 1985**
*Cote de Nuits, Grand Cru*
*1.5cm or better*
1972  12 bottles                   per lot $3200-4500

**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 1969**
*Cote de Nuits, Premier Cru*
*one 1cm, one 1.5cm, two 2cm, one 2.5cm, one 3cm*
1973    6 bottles                      per lot $3500-5500


**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 1978**
*Cote de Nuits, Premier Cru*
*one 1cm, four 1.5cm, one 2cm*
1974    6 bottles                      per lot $1800-3000


**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 1989**
*Cote de Nuits, Premier Cru*
*two bin-soiled labels*
1975    12 bottles                     per lot $1600-2400


**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 1993**
*Cote de Nuits, Premier Cru*
1976    6 bottles                      per lot $900-1200


**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 1999**
*Cote de Nuits, Premier Cru*
"It's no secret that this is the Armand Rousseau CSJ
is the finest example of its appellation and in 1999,
it may very well have exceeded even its own lofty
accomplishments. The color is remarkably black fol-
lowed by a blast of intensely sappy pinot fruit, long,
rich, powerful and earthy flavors all held together
by extraordinary balance. This is just flat out refer-
ence standard CSJ. Though it does not often achieve
this, in 1999, the CSJ is as good as the Bèze...92-93."
Burghound 1/01.
1977    9 bottles                      per lot $750-1100


**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 2000**
*Cote de Nuits, Premier Cru*
"...delivers remarkable elegance and completely har-
monious aromas of red fruit, oak spices and Gevrey
earth with almost the same incredible complexity as
the Ruchottes. There is however even better power
and drive with outstanding acid/fruit balance and
seamless integration. I especially like the purity, pre-
cision and focus...90-92." Burghound 1/02.
1978    12 bottles                     per lot $900-1400

**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 2001**
*Cote de Nuits, Premier Cru*
"Knockout aromas of wonderfully intense black and
red cherry fruit loaded with cassis and a touch of
new oak introduce medium -bodied, sweet, harmoni-
ous, very expressive and long flavors all underpinned
by racy minerality and firm structure. The tannins
are prominent but ripe and the density of extract is
impressive...90-93." Burgound 1/03.
1979    6 bottles                      per lot $500-750


**GEVREY CHAMBERTIN CLOS ST JACQUES
ARMAND ROUSSEAU 2002**
*Cote de Nuits, Premier Cru*
*oc*
"Copious quantities of spicy black cherries explode
from the glass...Medium-bodied, complex, and deep,
this is a truly delicious wine. Its satin-textured per-
sonality coats the taster's palate with boisterous dark
cherry, cinnamon, spicy oak, and blackberry flavors
that linger in its extensive finish...92-94." WA 6/04.
1980    12 bottles                     per lot $1200-1800


**CHAMBERTIN ARMAND ROUSSEAU**
*Cote de Nuits, Grand Cru*
• 1991                                               (3)
• CLOS DE BEZE 1991                                  (3)
  *bin-soiled labels*
1981    above 6 bottles                per lot $2400-3500


**ARMAND ROUSSEAU**
• CHAMBERTIN 1995                                    (6)
  *Cote de Nuits, Grand Cru*
• GEVREY CHAMBERTIN CLOS ST JACQUES 1997  (3)
  *Cote de Nuits, Premier Cru*
1982    above 9 bottles                per lot $1400-2000


**CHAMBERTIN ARMAND ROUSSEAU**
*Cote de Nuits, Grand Cru*
• 1997                                               (6)
• CLOS DE BEZE 1997                                  (6)
1983    above 12 bottles               per lot $1000-1500


**CHAMBERTIN ARMAND ROUSSEAU**
*Cote de Nuits, Grand Cru*
• 1998                                               (6)
• CLOS DE BEZE 1998                                  (3)
1984    6 bottles                      per lot $1100-1600

### Domaine Leroy

Maison Leroy was founded in 1868 by Francois Leroy in the small village of Auxey-Duresses...Henri Leroy entered the family business in 1919 and expanded the portfolio of Leroy to include eau-de-vie at Gensac La Pallue, establishing a distillery near Segonzac. During the 1930`s he became a valued customer of Domaine de la Romanee Conti (DRC) and a close friend with its co-owner Edmond Gaudin de Villaine. It seems hard to believe now, but at that time many winemakers were impoverished and it seemed inevitable that the owners would be forced to sell its monopole holdings. In 1942, the other co-owner Jacques Chambon sold his share to Henri Leroy, which meant that the DRC could continue unchanged, although it was not until the 1950`s that he took a hands-on role in its management.

Henri had two daughters the younger of whom Marcelle took a great interest in her father's negociant business that she eventually took over in 1955, by which time she was know by her present name: Lalou. She was just 23 years old: ambitious, temperamental, pugnacious and gifted...

In April 1988 she had acquired significant holding (around 12 hectares) of prime vineyard from Domaine Charles Noëllat including rows of Grand Cru vines that had been left moribund over many years. Such soil does not come cheap, so she had to find financial backing, which came from the Far East, the Japanese company Takashimaya. Lalou had the bit between her teeth and in the following year augmented her acquisition with vines from Domaine Philippe Remy that included prize plots in Chambertin and Clos-de-la-Roche...

During the 1990`s, the wines of Domaine Leroy became some of the most sought after not only in Burgundy but in the world. With Robert Parker enamoured with her plethora of climats, many of which are produced in miniscule quantities (we are talking literally one or two barrels here) it was inevitable that prices spiralled into the stratosphere. The tiny quantities were not only a result of the small acreage, but of Lalou's draconian practices of minimizing yields to unprecedent low quantities - often less the 20hl/hc, through rigorous pruning and sorting in the vineyard and the fact that many plots of vines are between 50 and 80 years old.

*http://www.wine-journal.com*

**Lots 1990, 2001, 2020, 2035, 2042 ,2055 and 2064**



| | **Bonnes Mares Maison Leroy 1949** | | | **Chambertin Clos de Beze Maison Leroy 1937** | |
|---|---|---|---|---|---|
| | *Cote de Nuits, Grand Cru* | | | *Cote de Nuits, Grand Cru* | |
| | 5.5cm | | | .5cm | |
| 1985 | 1 bottle | per lot $1500-2600 | 1986 | 1 bottle | per lot $2000-3200 |

**Chambertin Clos de Beze Maison Leroy 1959**
*Cote de Nuits, Grand Cru*
*.5cm*
1987   1 bottle                              per lot $1500-2200

**Chambertin Maison Leroy 1949**
*Cote de Nuits, Grand Cru*
*1.5cm, bin-soiled label*
1988   1 bottle                              per lot $2000-3200

**Chambertin Domaine Leroy 1988**
*Cote de Nuits, Grand Cru*
*.5cm or better, two signs of seepage*
"It is a big, rich, earthy, cinnamon, almost raunchy-
scented wine, but it is sensationally concentrated
and full bodied, with a fabulous balance and preci-
sion to its flavors…95." RP Burgundy Book 1990.
1989   12 bottles                           per lot $4800-7000

**Chambertin Domaine Leroy 1990**
*Cote de Nuits, Grand Cru*
"The 1990 Chambertin will probably need more time,
but what is so extraordinary about this wine is the
concentrated essence of Pinot Noir. There is a nec-
tar-like, honeyed texture to this wine, wich is the
richest, longest wine I have ever tasted from this
renowned vineyard. The nose is closed nose, yet also
intense. Huge aromas of black fruits, minerals, subtle
oak, and spices emerge with coaxing. The balance
is impeccable, and the length is dazzling…100." WA
10/92.
1990   1 bottle                             per lot $800-1200
1991   12 bottles                           per lot $9500-14,000

**Chambertin Domaine Leroy 1993**
*Cote de Nuits, Grand Cru*
*one scuffed capsule, one stained vintage tag, one sign of
old seepage*
1992   2 bottles                            per lot $1500-2200

**Chambertin Domaine Leroy 1995**
*Cote de Nuits, Grand Cru*
1993   12 bottles                           per lot $5500-8000

**Chambertin Domaine Leroy 1997**
*Cote de Nuits, Grand Cru*
1994   12 bottles                           per lot $3500-5500

**Chambertin Domaine Leroy 1997**
*Cote de Nuits, Grand Cru*
*one stained vintage tag, one sign of old seepage*
1995   12 bottles                           per lot $2200-3200

**Chambertin Domaine Leroy 1998**
*Cote de Nuits, Grand Cru*
1996   6 bottles                            per lot $4200-6000

**Chambertin Domaine Leroy 1998**
*Cote de Nuits, Grand Cru*
*owc*
1997   12 bottles                           per lot $2200-3000

**Chambertin Domaine Leroy 2000**
*Cote de Nuits, Grand Cru*
1998   12 bottles                           per lot $4200-6000

**Chambertin Domaine Leroy 2001**
*Cote de Nuits, Grand Cru*
1999   6 bottles                            per lot $3000-4500
2000   12 bottles                           per lot $6000-9000

**Clos de la Roche Domaine Leroy 1993**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one lightly bin-soiled label, one stained
vintage tag, one sign of old seepage*
"The dark ruby with amber-colored 1993 Clos de la
Roche is a show-stopper. It has penetrating aromas of
cassis, blackberry, stones, and wild herbs. On the pal-
ate, leather, boysenberries, assorted dark fruits, and a
myriad of spices can be discerned in its complex and
decadently fashioned personality…98." WA 10/00.
2001   4 bottles                            per lot $3000-4500

**Clos de la Roche Domaine Leroy 1995**
*Cote de Nuits, Grand Cru*
*one stained vintage tag*
"The blackcurrant, blackberry, balsam, and spice-
scented 1995 Clos de la Roche has medium-to-
blueberry, and black cherry fruit in its medium-to-
full-bodied, super-concentrated character. At present
it is painfully tannic and backward, yet its admirable
fruit (so incredibly evident in its infancy) may well
blossom in time to regain command of this offer-
ing…94." WA 10/00.
2002   12 bottles                           per lot $4000-6000

### Clos de la Roche Domaine Leroy 1998
*Cote de Nuits, Grand Cru*
*Parcel: lots 2003-2004*
"Knockout nose combines briary red and black berries, mocha, minerals and oak. Powerfully structured but not at all austere...extraordinary silkiness... powerful...strong but suave tannins saturate thepalate.Has all the elements for greatness. But then, this wine has been superb from the beginning, notes Bize-Leroy...94-97." IWC 3/00.

| | | |
|---|---|---|
| 2003 | 12 bottles | per lot $2400-3500 |
| 2004 | 12 bottles | per lot $2400-3500 |

### Clos de la Roche Domaine Leroy 1998
*Cote de Nuits, Grand Cru*
*owc*

| | | |
|---|---|---|
| 2005 | 12 bottles | per lot $2400-3500 |

### Clos de la Roche Domaine Leroy 1999
*Cote de Nuits, Grand Cru*
*Parcel: lots 2006-2007*
"The medium to dark ruby-colored 1999 Clos de La Roche has sweet black cherry, earth, and plum-like aromas. This powerful, intense, meaty wine is filled with plums, blackberries, gelatinous veal stock, and Asian spices. It is pure, muscular, dense, and profound...96." WA 8/01.

| | | |
|---|---|---|
| 2006 | 12 bottles | per lot $5500-6500 |
| 2007 | 12 bottles | per lot $5500-6500 |

### Clos de la Roche Domaine Leroy 2000
*Cote de Nuits, Grand Cru*
*Parcel: lots 2008-2009*

| | | |
|---|---|---|
| 2008 | 12 bottles | per lot $2400-3500 |
| 2009 | 12 bottles | per lot $2400-3500 |

### Clos de la Roche Domaine Leroy 2001
*Cote de Nuits, Grand Cru*
"Quite a bit riper than any wine to this point with jammy, roasted, perfumed, slightly floral aromas and explosive ripe, very primary, rather robust flavors that just ooze pinot extract. Very thick, very dense and extremely concentrated with rounded, buried tannins and a potent, rather pungent finish...94." Burghound 1/03.

| | | |
|---|---|---|
| 2010 | 6 bottles | per lot $1500-2200 |

### Clos de Vougeot Domaine Leroy 1998
*Cote de Nuits, Grand Cru*
"...sweet aromas of black cherry and licorice... tongue-dusting tannins...poerful structure...the black fruit, herbal and mint flavors show superb sweetness...this may need a good decade of bottle aging...91-94." IWC 3/00.

| | | |
|---|---|---|
| 2011 | 12 bottles | per lot $1800-2600 |

### Clos de Vougeot Domaine Leroy 1999
*Cote de Nuits, Grand Cru*
*Parcel: lots 2012-2013*
"The dark-colored 1999 Clos Vougeot reveals provocative pain grille and vanilla bean aromas. This medium to full-bodied wine is densely packed with cherries, spices, licorice, and candied blueberries. It is velvety-textured, intense, and possesses an amazingly long, supple finish. This harmonious and extremely well-balanced wine...93." WA 8/01.

| | | |
|---|---|---|
| 2012 | 12 bottles | per lot $2400-3500 |
| 2013 | 12 bottles | per lot $2400-3500 |

### Clos de Vougeot Domaine Leroy 1999
*Cote de Nuits, Grand Cru*
*owc*

| | | |
|---|---|---|
| 2014 | 12 bottles | per lot $2400-3500 |

### Clos de Vougeot Domaine Leroy 2000
*Cote de Nuits, Grand Cru*
"Aromas reminiscent of blackberry jam emanate from the glass of the 2000 Clos Vougeot. A forward wine of outstanding depth, purity, and detail, it is medium-bodied, awash in super-ripe dark fruits, and possesses an extensive finish...92." WA 6/03.

| | | |
|---|---|---|
| 2015 | 6 bottles | per lot $1100-1600 |

### Echezeaux Maison Leroy 1969
*Cote de Nuits, Grand Cru*
*two 2cm, one 2.5cm*

| | | |
|---|---|---|
| 2016 | 3 bottles | per lot $600-900 |

### Grands Echezeaux Maison Leroy 1962
*Cote de Nuits, Grand Cru*
*1.cm*

| | | |
|---|---|---|
| 2017 | 1 bottle | per lot $900-1400 |

**Griotte Chambertin Maison Leroy 1964**
*Cote de Nuits, Grand Cru*
*5cm*

| | | |
|---|---|---|
| 2018 | 1 bottle | per lot $500-800 |

**La Romanee Maison Leroy 1953**
*Cote de Nuits, Grand Cru*
*.5cm*

| | | |
|---|---|---|
| 2019 | 3 bottles | per lot $3800-6000 |

**Latricieres Chambertin Domaine Leroy 1990**
*Cote de Nuits, Grand Cru*
*three 1.5cm, nine 2cm, four bin-soiled labels, one wine-stained label, one chipped wax capsule, one sign of seepage*
"The medium-to-dark ruby-colored 1990 Latricieres-Chambertin has gorgeous aromatic depth. Its aromas of dark, overripe fruits gives way to an intense, hugely fashioned character crammed with earth, beets, dark cherries, licorice, and touches of oak. This is a deep, medium-to-full-bodied, satin-textured, and well-structured wine...95." WA 10/00.

| | | |
|---|---|---|
| 2020 | 12 bottles | per lot $4800-7000 |

**Latricieres Chambertin Domaine Leroy 1996**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2021-2022*
"...offers fresh, pure blueberry aromas. This massive, full-bodied wine has stupendous depth, breadth, and length to its blackberry, cherry, and floral character. It is immensely powerful as well as concentrated, and has its vintage's trademark freshness and grip...97." WA 10/00.

| | | |
|---|---|---|
| 2021 | 12 bottles | per lot $5000-8000 |
| 2022 | 12 bottles | per lot $5000-8000 |

**Latricieres Chambertin Domaine Leroy 1996**
*Cote de Nuits, Grand Cru*
*owc*

| | | |
|---|---|---|
| 2023 | 12 bottles | per lot $5000-8000 |

**Latricieres Chambertin Domaine Leroy 1997**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2024-2025*
"The dark ruby/purple-colored 1997 Latricieres-Chambertin displays floral, lively sweet blackberry, cherry, and plum aromas. On the palate, baked plums, tobacco, spices, and cedar can be found in this concentrated and backward wine. It has superb depth, power, and complexity, yet is presently tightly wound and firm..." WA 10/00.

| | | |
|---|---|---|
| 2024 | 12 bottles | per lot $2400-3500 |
| 2025 | 12 bottles | per lot $2400-3500 |

**Latricieres Chambertin Domaine Leroy 1998**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2026-2028*

| | | |
|---|---|---|
| 2026 | 12 bottles | per lot $2400-3500 |
| 2027 | 12 bottles | per lot $2400-3500 |
| 2028 | 12 bottles | per lot $2400-3500 |

**Latricieres Chambertin Domaine Leroy 1999**
*Cote de Nuits, Grand Cru*
"The demure, blackberry aromas of the medium to dark ruby-colored 1999 Latricieres-Chambertin lead to a masculine, highly structured, and firm personality. This wine is intense, loaded with stony blackberry fruits and roasted black currants..." WA 8/01.

| | | |
|---|---|---|
| 2029 | 12 bottles | per lot $4200-6000 |

**Latricieres Chambertin Domaine Leroy 1999**
*Cote de Nuits, Grand Cru*
*owc*

| | | |
|---|---|---|
| 2030 | 12 bottles | per lot $4200-6000 |

**Latricieres Chambertin Domaine Leroy 2000**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2031 | 10 bottles | per lot $2000-3000 |

**Latricieres Chambertin Domaine Leroy**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| • **1995** | | (3) |
| • **1998** | | (6) |
| 2032 | above 9 bottles | per lot $1900-2800 |

**Mazis Chambertin Maison Leroy 1959**
*Cote de Nuits, Grand Cru*
*2cm, bin-soiled label*
2033  1 bottle                    per lot $1300-2000

**Mazis Chambertin Maison Leroy 1985**
*Cote de Nuits, Grand Cru*
*three .5cm or better, two 1.cm, one 3cm*
"Nearly opaque ruby/purple-colored, this wine
displays a spectacular yet unevolved nose of black-
raspberries, floral scents, and minerals. In the mouth,
there is staggering concentration, medium to full
body, a noticeable overlay of tannin, but admirable
sweetness to its fruit. The astonishing length makes
for a remarkable mouthful of wine…98." WA 12/92.
2034  6 bottles                   per lot $4200-6000

**Mazis Chambertin Hospices de Beaune
Cuvee Madelaine Collignon Leroy 1985**
*Cote de Nuits, Grand Cru*
*eight .5cm or better, one 1cm, one 2cm, two 2.5cm*
"The legendary first Burgundy awarded 100 points
by Robert Parker. A recent bottle showed a sublime
perfectly ripe cherry fruit quality with earth and
spice notes intermingling. Outstanding depth with a
velvet texture. Long rich finish. A great wine. Parker
was right." DB 10/04.
2035  12 bottles                  per lot $14,000-20,000

**Musigny Maison Leroy 1949**
*Cote de Nuits, Grand Cru*
*1cm, wine-stained label, sign of old seepage*
2036  1 bottle                    per lot $2600-4000

**Musigny Maison Leroy 1949**
*Cote de Nuits, Grand Cru*
*1.5cm, bin-soiled label*
2037  1 bottle                    per lot $2600-4000

**Musigny Maison Leroy 1953**
*Cote de Nuits, Grand Cru*
*.5cm, bin-soiled label*
2038  1 bottle                    per lot $1600-2600

**Musigny Maison Leroy 1959**
*Cote de Nuits, Grand Cru*
*3cm, bin-soiled label*
2039  1 bottle                    per lot $2600-4000

**Musigny Maison Leroy 1959**
*Cote de Nuits, Grand Cru*
*1.5cm*
2040  1 bottle                    per lot $2600-4000

**Musigny Domaine Leroy 1993**
*Cote de Nuits, Grand Cru*
*wine-stained label, sign of old seepage*
2041  1 bottle                    per lot $1200-1800

**Musigny Domaine Leroy 1995**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one wine-stained label, one sign of seep-
age due to overfill*
2042  3 bottles                   per lot $2400-3500

**Musigny Domaine Leroy 1996**
*Cote de Nuits, Grand Cru*
*crowned capsule*
2043  1 bottle                    per lot $1000-1600

**Musigny Domaine Leroy 1997**
*Cote de Nuits, Grand Cru*
"…has a darkcolored robe that reveals hints of
mahogany on the edge of the glass. It is full-bodied,
opulent, and ample, with loads of fat, juicy, blackber-
ries, blueberries, and cherries. It is well-structured
and thickly-textured…95." WA 10/00.
2044  12 bottles                  per lot $4800-7000

**Musigny Domaine Leroy 2000**
*Cote de Nuits, Grand Cru*
2045  6 bottles                   per lot $3500-5500

**Musigny Domaine Leroy 2001**
*Cote de Nuits, Grand Cru*
2046  3 bottles                   per lot $1500-2400

**Richebourg Maison Leroy 1949**
*Cote de Nuits, Grand Cru*
*4.5cm, bin-soiled labels*
*Parcel: lots 2047-2048*
2047  1 bottle                    per lot $2000-3500
2048  1 bottle                    per lot $2000-3500

### Richebourg Domaine Leroy 1995
*Cote de Nuits, Grand Cru*
"The medium-to-dark ruby-colored 1995 Richebourg offers an impressively intricate, dark fruit, spice, and fresh herb-scented nose. This full-bodied, massively broad and concentrated wine is densely layered with blackberries and tar-like flavors. It is tightly wound, firmly structured, and intensely deep. With cellaring it should blossom into a show-stopper...96." WA 10/00.

| | | |
|---|---|---|
| 2049 | 12 bottles | per lot $4200-6000 |

### Richebourg Domaine Leroy 1997
*Cote de Nuits, Grand Cru*
"The medium-to-dark ruby-colored 1997 Richebourg offers a luxurious nose of waxy cherries, plums, hoisin sauce, spices, and fresh herbs. Full-bodied, decadent, and luscious, it is an ample, richly strewn wine with superb structure. Waves of sweet, juicy cherries are interspersed with juniper berries, cloves, vanillin, leather, and raw meat...98." WA 10/00.

| | | |
|---|---|---|
| 2050 | 6 bottles | per lot $1600-2600 |
| 2051 | 12 bottles | per lot $3200-5000 |

### Richebourg Domaine Leroy 1998
*Cote de Nuits, Grand Cru*
*Parcel: lots 2053-2054*
"Medium-to-full-bodied and powerful, it is a broadly built, muscular wine. Firmly structured, yet fruit-dominated, it is packed with loads of cassis, red cherries, spices, and plums. While it possesses the vintage's strong tannins, they are, at present, buried in thick, expressive fruit...95." WA 10/00.

| | | |
|---|---|---|
| 2052 | 6 bottles | per lot $1500-2200 |
| 2053 | 12 bottles | per lot $3000-4500 |
| 2054 | 12 bottles | per lot $3000-4500 |

### Richebourg Domaine Leroy 1999
*Cote de Nuits, Grand Cru*
*Parcel: lots 2055-2056*
"The medium to dark ruby-colored 1999 Richebourg has a demure nose that leads to a broad-shouldered, powerful, concentrated personality. This muscular, masculine wine is packed with huge waves of black cherries, plums, and blueberries. Velvety-textured and dense...95." WA 8/01.

| | | |
|---|---|---|
| 2055 | 12 bottles | per lot $6000-9000 |
| 2056 | 12 bottles | per lot $6000-9000 |

### Richebourg Domaine Leroy 2000
*Cote de Nuits, Grand Cru*
*owc*
"Cherries, raspberries, and cinnamon explode from the glass of the medium to dark ruby-colored 2000 Richebourg. A dense, bold, medium to full-bodied wine, it slathers the palate with loads of jammy red and black fruits whose flavors linger throughout its exceptionally long finish. This offering is copious ripe and soft tannins are superb...94." WA 6/03.

| | | |
|---|---|---|
| 2057 | 12 bottles | per lot $2400-3500 |

### Richebourg Domaine Leroy 2000
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2058 | 12 bottles | per lot $2400-3500 |

### Romanee St Vivant Maison Leroy 1937
*Cote de Nuits, Grand Cru*
*2.5cm, slightly depressed cork*

| | | |
|---|---|---|
| 2059 | 1 bottle | per lot $2000-3200 |

### Romanee St Vivant Maison Leroy 1947
*Cote de Nuits, Grand Cru*
*1cm, slightly depressed cork*

| | | |
|---|---|---|
| 2060 | 1 bottle | per lot $2200-3800 |

### Romanee St Vivant Maison Leroy 1947
*Cote de Nuits, Grand Cru*
*1cm, bin-soiled label*

| | | |
|---|---|---|
| 2061 | 1 bottle | per lot $2200-3800 |

### Romanee St Vivant Domaine Leroy 1995
*Cote de Nuits, Grand Cru*
*1.5cm or better*
"This hugely powerful, velvety-textured, and feminine wine is precise, gloriously focused, and has an even broader body than I remember. Its flavors explode on the palate, coating it with sweet black cherries, Asian spices, roses, blueberries, and traces of chocolate. This supremely elegant yet immensely concentrated wine requires patience - a difficult proposition given how grand it is! Bravo!..98." WA 8/98.

| | | |
|---|---|---|
| 2062 | 6 bottles | per lot $2200-3200 |

**Romanee St Vivant Domaine Leroy 1995**
*Cote de Nuits, Grand Cru*
*owc*

2063   12 bottles                          per lot $4500-6500

**Romanee St Vivant Domaine Leroy 1996**
*Cote de Nuits, Grand Cru*
*owc*
*Parcel: lots 2065-2066*
"It has huge depth and concentration to its mas-
sively powerful, refined character. Raspberries, both
red and black, plums, spices, as well as herbs can be
discerned in its complex flavor profile. It remains
youthfully firm, and will require patience...97." WA
10/00.

2064   6 bottles                           per lot $2800-4200
2065   12 bottles                          per lot $5500-8500
2066   12 bottles                          per lot $5500-8500

**Romanee St Vivant Domaine Leroy 1997**
*Cote de Nuits, Grand Cru*
*two bin-soiled labels*
"The ruby-colored 1991 Romanee St. Vivant boasts a
terrific nose reminiscent of dark fruits blended with
fresh herbs and traces of cocoa powder. This wine's
deep and detailed character is loaded with mocha-
infused red and black fruits. It is highly-concentrat-
ed, elegant, and possesses an extremely long, supple
finish...95." WA 10/00.

2067   11 bottles                          per lot $2000-3000

**Romanee St Vivant Domaine Leroy 1997**
*Cote de Nuits, Grand Cru*

2068   12 bottles                          per lot $2200-3200

**Romanee St Vivant Domaine Leroy 1998**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2070-2071*
"Pungent, brilliant aromas of blackberry, cocoa pow-
der, minerals and Oriental spices...intense flavors
of incredible purity; thick but brilliantly delineated.
Finishes with great palate-staining length and lift...a
knockout in the making...95-98." IWC 3/00.

2069   11 bottles                          per lot $3000-4200
2070   12 bottles                          per lot $3200-4500
2071   12 bottles                          per lot $3200-4500

**Romanee St Vivant Domaine Leroy 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2072-2074*
"The medium ruby-colored 1999 Romanee-St.-Vivant
has delicate floral, spice, and berry aromas. It is
medium-bodied, complex, refined, and concentrat-
ed..." WA 8/01.

2072   12 bottles                          per lot $4800-7000
2073   12 bottles                          per lot $4800-7000
2074   12 bottles                          per lot $4800-7000

**Romanee St Vivant Domaine Leroy 2000**
*Cote de Nuits, Grand Cru*
*owc*
*Parcel: lots 2075-2076*

2075   12 bottles                          per lot $2200-3500
2076   12 bottles                          per lot $2200-3500

**Romanee St Vivant Domaine Leroy 2001**
*Cote de Nuits, Grand Cru*
*one 6-pack owc*
This too has a bit of obvious toast to go with the
super sexy and perfumed, ripe, spicy, lush black
fruit nose and stylish, unbelievably intense and
pure flavors that almost completely hide the power-
ful tannins beneath wave after wave of complex,
high-toned flavors and fantastic length. This just
etches itself onto the palate with spectacular preci-
sion...96." Burghound 1/03.

2077   12 bottles                          per lot $2800-3800

**Romanee St Vivant Domaine Leroy**
*Cote de Nuits, Grand Cru*
• **1998**                                         (4)
• **2000**                                         (4)

2078   above 8 bottles                     per lot $1800-2600

**Ruchottes Chambertin Maison Leroy 1959**
*Cote de Nuits, Grand Cru*
*2.5cm*
*Parcel: lots 2079-2080*

2079   1 bottle                            per lot $1000-1600
2080   1 bottle                            per lot $1000-1600

**NUITS ST GEORGES AUX BOUDOTS**
**DOMAINE LEROY 1998**
*Cote de Nuits, Premier Cru*
*one stained vintage tag*
"...pure aromas of black fruits and sexy oak. Lush and spherical in the mouth, with wonderful thickness and depth of texture. Blackberry, cassis and licorice flavors are framed...finishes with superb length and substantial but fine tannins...91-94." IWC.

2081   5 bottles                           per lot $420-650

**NUITS ST GEORGES AUX BOUDOTS**
**DOMAINE LEROY 1999**
*Cote de Nuits, Premier Cru*
"...refined aromas of roses, violets, blueberries, and blackberries. This is a profound, highly concentrated, intense, elegant wine. Loads of cherries, blackberries, blueberries, and spices can be found in this awesomely fruit-dominated, harmonious offering. It is admirably long in the finish and reveals an outstanding structure...94." WA 8/01.

2082   12 bottles                          per lot $2000-3000

**VOSNE ROMANEE LES BEAUX MONTS**
**DOMAINE LEROY 1998**
*Cote de Nuits, Premier Cru*
"...aromas of blackberry, minerals, flowers and smoke...highly concentrated...ripe tannins coat the entire palate on the very long finish...91-94." IWC.

2083   6 bottles                           per lot $700-1100

**VOSNE ROMANEE LES BEAUX MONTS**
**DOMAINE LEROY 1999**
*Cote de Beaune, Premier Cru*
"...complex nose of violets, roses, and bing cherries. This medium to full-bodied wine has remarkable depth of dark cherries, blackberries, and cassis-like fruit that lasts throughout the long, harmonious finish. It reveals copious quantities of ripe, supple tannin. It is a velvety-textured, extroverted, elegant, and boisterous wine...93." WA 8/01.

2084   6 bottles                           per lot $900-1200

**VOSNE ROMANEE LES BEAUX MONTS**
**DOMAINE LEROY 1999**
*Cote de Beaune, Premier Cru*
*one 6-pack owc*
2085   12 bottles                          per lot $1800-2400

**VOSNE ROMANEE LES BRULEES**
**DOMAINE LEROY 1995**
*Cote de Nuits, Premier Cru*
2086   6 bottles                           per lot $950-1300

**VOSNE ROMANEE LES BRULEES**
**DOMAINE LEROY 1998**
*Cote de Nuits, Premier Cru*
2087   12 bottles                          per lot $1200-1800

**VOSNE ROMANEE LES BRULEES**
**DOMAINE LEROY 1999**
*Cote de Nuits, Premier Cru*
*one 6-pack owc*
2088   12 bottles                          per lot $1800-2400

**DOMAINE LEROY**
*Cote de Beaune, Premier Cru*
• **CORTON RENARDES 1996**                    (3)
• **VOLNAY SANTENOTS 1998**                    (4)
• **CORTON RENARDES 2000**                    (3)
2089   above 10 bottles          per lot $1400-2000

**DOMAINE D'AUVENAY**

The private domaine of Madame Lalou Bize-Leroy. All of her wines are made from biodynamic vineyards. This prohibits the use of all chemicals from entering Madame Lalou's holdings. No destemming is used and the wines see 100% new oak. The wines are then bottled without fining or filtration creating the most natural product possible.

**BONNES MARES D'AUVENAY 1993**
*Cote de Nuits, Grand Cru*
*one sign of old seepage*
2090   3 bottles                           per lot $750-1200

**MAZIS CHAMBERTIN D'AUVENAY 1995**
*Cote de Nuits, Grand Cru*
"Possessing a very dark, almost black color, and an engulfing, deeply intense, brooding nose, this wine's oily texture, wild berries and spices intertwined with minerals and rocks must be tasted to be believed. Highly structured, full-bodied and powerful...95." WA 6/97.

2091   6 bottles                           per lot $1700-2200

**Mazis Chambertin d'Auvenay 1996**
*Cote de Nuits, Grand Cru*
*owc*
*Parcel: lots 2092-2093*
"This thick (almost syrupy), massively powerful, muscular, and backward wine is even bigger, denser, and more concentrated than the Bonnes Mares. Layers of black cherries, cassis, minerals, iron shavings, and plums can be found in this blockbuster's superbly-focused and extraordinarily delicious personality... Bravo!..97." WA 8/98.

| | | |
|---|---|---|
| 2092 | 12 bottles | per lot $6000-9000 |
| 2093 | 12 bottles | per lot $6000-9000 |

**Mazis Chambertin d'Auvenay 1997**
*Cote de Nuits, Grand Cru*
"Its concentrated, rich, deep, and intensely sweet character is crammed with red fruits galore. This velvety-textured wine's amazingly long finish reveals superbly ripe, supple tannins. An extraordinary effort in any vintage, in this irregular one, it stands as a testimony to Leroy's immense talents and dedication...95." WA 10/99.

| | | |
|---|---|---|
| 2094 | 9 bottles | per lot $2400-3500 |

**Mazis Chambertin d'Auvenay 1998**
*Cote de Nuits, Grand Cru*
*owc*
*Parcel: lots 2095-2096*

| | | |
|---|---|---|
| 2095 | 12 bottles | per lot $2400-3800 |
| 2096 | 12 bottles | per lot $2400-3800 |

**Mazis Chambertin d'Auvenay 1998**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2097 | 12 bottles | per lot $2400-3800 |

**Mazis Chambertin d'Auvenay 1999**
*Cote de Nuits, Grand Cru*
*owc*
"This deep, profound wine has admirable focus, great purity, harmony, and a mind-bogglingly long finish. Loads of tangy griotte (morello) cherries can be found throughout this exceptional wine's character. It is powerful, elegant, and extroverted...95." WA 6/01.

| | | |
|---|---|---|
| 2098 | 12 bottles | per lot $3800-5500 |

**Mazis Chambertin d'Auvenay 1999**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2098A | 12 bottles | per lot $3800-5500 |

**Mazis Chambertin d'Auvenay 2000**
*Cote de Nuits, Grand Cru*
*owc*

| | | |
|---|---|---|
| 2099 | 12 bottles | per lot $3500-5500 |

**Mazis Chambertin d'Auvenay 2000**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2100 | 12 bottles | per lot $3500-5500 |

## Meo-Camuzet

The Meo Camuzet domaine produces indisputably two star wines, and even in Vosne-Romanee, where there is no lack of competition, it is among the top handful of leading estates. But its fame is recent, as until 1983 everything was sold off in bulk. Only recently has the domaine been responsible for the produce of the majority of its vines, for these were leased off on a share-cropping basis. For forty years the metayars not only tended the fields but made the wine. But since 1988 these leases have slowly but surely begun to come to their end, and it was in this vintage that the Domaine Meo-Camuzet began to market the entirety of its share of the crop in bottle. CC.

**Clos de Vougeot Meo-Camuzet 1985**
*Cote de Nuits, Grand Cru*
*.5cm or better, two bin-soiled labels, one sign of seepage*

| | | |
|---|---|---|
| 2101 | 6 bottles | per lot $1800-3000 |

**Clos de Vougeot Meo-Camuzet 1996**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2102 | 6 bottles | per lot $550-850 |

**Clos Vougeot Meo-Camuzet 1998**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2103 | 6 bottles | per lot $300-450 |

**Clos Vougeot Meo-Camuzet 1999**
*Cote de Nuits, Grand Cru*
"Red-ruby. Primary aromas of sappy berries, black cherry, licorice and bitter chocolate. Very fresh and primary in the mouth, with terrific flavor intensity and sucrosity. Dense, lush and vibrant." IWC 3/02.

| | | |
|---|---|---|
| 2104 | 12 bottles | per lot $1100-1600 |

**ECHEZEAUX LES ROUGES DU BAS**
**MEO-CAMUZET 1999**
*Cote de Nuits, Grand Cru*
2105   12 bottles                    per lot $1500-2200

**NUITS ST GEORGES AUX BOUDOTS**
**MEO-CAMUZET 1996**
*Cote de Nuits, Premier Cru*
2106   6 bottles                     per lot $450-650

**RICHEBOURG MEO-CAMUZET 1985**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one sign of seepage*
"Intense, beautifully focused and concentrated,
exquisitely balancing raspberry fruit with smoky,
meaty aromas and flavors, magnificent structure and
harmony of texture and flavors, exploding on the
palate and echoing forever...97." WS 3/88.
2107   6 bottles                     per lot $5500-8000

**RICHEBOURG MEO-CAMUZET 1990**
*Cote de Nuits, Grand Cru*
*one 1cm, one 1.5cm, one 2cm*
"Flirts with a perfect 100 score...Good solid color,
with lovely violet, perfumy, floral aromas and the
sort of supple, ultrarich, ripe, smooth, creamy tex-
ture that you expect top-flight red Burgundies to
deliver...99." WS 5/98.
2108   3 bottles                     per lot $2200-3000

**RICHEBOURG MEO-CAMUZET 1993**
*Cote de Nuits, Grand Cru*
"Near-perfect Pinot Noir...packed with so much fla-
vor, earth and mineral, it just bounces like a ball all
over the palate, teasing you with nuances you didn't
think you were able to pick up. Elegant, racy and
aristocratic, it has terroir etched in. Full-bodied, long
and marvelously classy...99." WS 5/98.
2109   6 bottles                     per lot $4200-6000
2110   1 magnum (1.5L)               per lot $1400-2000

**RICHEBOURG MEO-CAMUZET 1995**
*Cote de Nuits, Grand Cru*
2111   6 bottles                     per lot $1800-2600

**RICHEBOURG MEO-CAMUZET 1997**
*Cote de Nuits, Grand Cru*
2112   6 bottles                     per lot $1100-1600

**RICHEBOURG MEO-CAMUZET 1998**
*Cote de Nuits, Grand Cru*
2113   12 bottles                    per lot $3000-5000

**RICHEBOURG MEO-CAMUZET 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2114-2115*
2114   12 bottles                    per lot $5000-8000
2115   12 bottles                    per lot $5000-8000

**RICHEBOURG MEO-CAMUZET 2000**
*Cote de Nuits, Grand Cru*
2116   4 bottles                     per lot $1000-1500

**RICHEBOURG MEO-CAMUZET 2001**
*Cote de Nuits, Grand Cru*
2117   6 bottles                     per lot $1500-2000

**RICHEBOURG MEO-CAMUZET 2002**
*Cote de Nuits, Grand Cru*
2118   3 bottles                     per lot $1500-2000

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 1985**
*Cote de Nuits, Premier Cru*
*1.5cm or better*
2119   1 bottle                      per lot $700-1100

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 1990**
*Cote de Nuits, Premier Cru*
*one bin-soiled label, one torn label, one capsule cut to
verify vintage, one sign of seepage*
"Amazingly ripe, complex and elegant, with tiers of
black cherry, currant, raspberry and spice aromas and
flavors. Shows tremendous balance between elegance
and concentration, suppleness and structure, inten-
sity and finesse...99." WS 6/93.
2120   6 bottles                     per lot $3500-5500

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 1990**
*Cote de Nuits, Premier Cru*
*Parcel: lots 2121-2123*
2121   6 bottles                     per lot $3500-5500
2122   6 bottles                     per lot $3500-5500
2123   6 bottles                     per lot $3500-5500

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 1991**
*Cote de Nuits, Premier Cru*
2124   6 bottles                            per lot $1800-2800

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 1999**
*Cote de Nuits, Premier Cru*
2125   12 bottles                           per lot $3000-4800

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 2000**
*Cote de Nuits, Premier Cru*
2126   6 bottles                            per lot $1000-1500

**VOSNE ROMANEE CROS PARANTOUX**
**MEO-CAMUZET 2001**
*Cote de Nuits, Premier Cru*
*one stained vintage tag*
2127   6 bottles                            per lot $1200-1800

**VOSNE ROMANEE AUX BRULEES**
**MEO-CAMUZET 1990**
*Cote de Nuits, Premier Cru*
*2cm*
2128   6 bottles                            per lot $2200-3200

**VOSNE ROMANEE LES BRULEES**
**MEO CAMUZET 1996**
*Cote de Nuits, Premier Cru*
2129   12 bottles                           per lot $1800-2400

**VOSNE ROMANEE LES BRULEES**
**MEO CAMUZET 1999**
*Cote de Nuits, Premier Cru*
2130   12 bottles                           per lot $1500-2000

**VOSNE ROMANEE LES BRULEES**
**MEO CAMUZET 2001**
*Cote de Nuits, Premier Cru*
*one sign of seepage*
2131   6 bottles                            per lot $650-950

**VOSNE ROMANEE LES BRULEES MEO-CAMUZET**
**2002**
*Cote de Nuits, Premier Cru*
2132   6 bottles                            per lot $800-1200

**VOSNE ROMANEE CROS PARANTOUX MEO-CAMUZET**
*Cote de Nuits, Premier Cru*
• **1997**                                        (4)
• **1998**                                        (3)
2133   above 7 bottles                      per lot $1100-1600

### DUGAT-PY

Dugat-Py, this is a small domaine whose marvelous vaulted cellar was once the crypt of the church of a leprosarium. Bernard Dugat has now taken over completely from his father Pierre, under whose label old bottles can still be found, and is now selling less and less en vrac. A small amount of the stems is retained, the wine vinified at a maximum of 32 C, and the top wines are reared in 50-100 per cent new oak. There is minimal racking, no fining and no filtration. The wines have an old-vine, minimum-yield concentration, are abundantly fruity and very stylish and well balanced. A high-class establishment presided over by a charming couple. CC

**CHAMBERTIN DUGAT-PY 1998**
*Cote de Nuits, Grand Cru*
"Extraordinary. Clean and fresh, with the extra dimension of rich, thick texture, it shows refined tannins, flavorful fruit and modest oak notes. Claws its way into the earth, and it's smooth despite some impressive tannins...96." WS 10/00.
2134   12 bottles                           per lot $4000-6000

**CHAMBERTIN DUGAT-PY 1999**
*Cote de Nuits, Grand Cru*
"...bursts from the glass with licorice, cookie dough, blackberry and cassis liqueur aromas. This is a massive, full-bodied wine with loads of sweet candied black fruits, licorice, freshly laid asphalt, spice, fresh herbs, and toasty oak flavors. It is mind-numbingly powerful, conquering the taster with wave upon wave of supple, syrup-like fruit..." WA 8/01.
2135   6 bottles                            per lot $4800-8000

**CHAMBERTIN DUGAT-PY 2000**
*Cote de Nuits, Grand Cru*
2136   12 bottles                           per lot $4800-7000

**CHAMBERTIN DUGAT-PY 2001**
*Cote de Nuits, Grand Cru*
"...blackberry, chocolate, tar, and dark cherry-filled
nose. Medium to full-bodied, supple, sweet, and
thick, its voluminous, harmonious character con-
quers the palate with unbelievably dense layers of
lush black fruits. A viscous, yet perfectly-balanced
effort, it sports an imposing, seemingly unending
finish...97-100." WA 6/03.

2137    1 bottle                          per lot $600-900

**CHARMES CHAMBERTIN BERNARD DUGAT-PY 1990**
*Cote de Nuits, Grand Cru*
*1.5cm*
2138    3 bottles                        per lot $1200-1800

**CHARMES CHAMBERTIN DUGAT-PY 1993**
*Cote de Nuits, Grand Cru*
*one torn label*
2139    9 bottles                        per lot $3200-4500

**CHARMES CHAMBERTIN DUGAT-PY 1995**
*Cote de Nuits, Grand Cru*
2140    9 bottles                        per lot $2600-4200

**CHARMES CHAMBERTIN DUGAT-PY 1996**
*Cote de Nuits, Grand Cru*
2141    4 bottles                        per lot $1200-1700

**CHARMES CHAMBERTIN DUGAT-PY 1998**
*Cote de Nuits, Grand Cru*
"...offers a hugely spicy, candied cherry-scented nose.
Loads of black fruits and sweet cherries, as well as
asphalt and oak, can be found in this broad, medium
to full-bodied wine. Sweet, almost jammy fruit coats
the taster's palate throughout this offering's well-
ripened personality and long, focused finish...93-95."
WA 6/00.

2142    6 bottles                        per lot $750-1000

**CHARMES CHAMBERTIN DUGAT-PY 1999**
*Cote de Nuits, Grand Cru*
"This is virtually identical to what I tasted from cask
as it is very Charmes in style yet grand cru length,
size, power and richness. Everything is in perfect
harmony in an ultra ripe style. Impressive juice...93."
Burghound 1/02.

2143    12 bottles                      per lot $3000-4200

**CHARMES CHAMBERTIN DUGAT-PY 1999**
*Cote de Nuits, Grand Cru*
*one bin-soiled label*
2144    12 bottles                      per lot $3000-4200

**CHARMES CHAMBERTIN DUGAT-PY 1999**
*Cote de Nuits, Grand Cru*
*two bin-soiled labels*
2145    12 bottles                      per lot $3000-4200

**CHARMES CHAMBERTIN DUGAT-PY 2000**
*Cote de Nuits, Grand Cru*
*one wine stained vintage tag, one sign of seepage*
"Highly aromatic nose combines cherry, espresso,
game and minerals. Lush, sweet and pliant, with
superb texture and flesh. Remarkably well-balanced
and suave, thanks to its harmonious acidity and
thoroughly buffered tannins. One eats, rather than
drinks, this wonderfully rich wine...93." IWC 3/03.

2146    12 bottles                      per lot $1600-2400

**CHARMES CHAMBERTIN DUGAT-PY 2001**
*Cote de Nuits, Grand Cru*
"Chocolate-covered black cherries can be discerned in
the viscous aromas of the 2001 Charmes-Chambertin.
This huge, medium to full-bodied wine has excep-
tional depth of fruit. Its personality displays a flavor
profile reminiscent of cherry syrup-laced with vanilla
beans. Ample, lush, and rich, its stupendous finish
reveals waves of fruit and copious, exquisitely rip-
ened tannin...95-97." WA 6/03.

2147    6 bottles                        per lot $1100-1800

**CHARMES CHAMBERTIN DUGAT-PY 2002**
*Cote de Nuits, Grand Cru*
2148    11 bottles                      per lot $2400-3500

**GEVREY CHAMBERTIN LAVAUX ST JACQUES
DUGAT-PY 1996**
*Cote de Nuits, Premier Cru*
2149    6 bottles                        per lot $900-1200

**MAZIS CHAMBERTIN DUGAT-PY 1995**
*Cote de Nuits, Grand Cru*
2150    8 bottles                        per lot $2800-4000

### Mazis Chambertin Dugat-Py 1996
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2151 | 1 bottle | per lot $350-550 |

### Mazi Chambertin Dugat-Py 1998
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2152 | 6 bottles | per lot $700-1000 |

### Mazi Chambertin Dugat-Py 1999
*Cote de Nuits, Grand Cru*
"Its licorice, black cherry syrup, and chocolate chip cookie dough-scented nose leads to a hugely power-ful, medium to full-bodied character. This road tar, blackberry, cassis liqueur, and spice-flavored wine has the density, structure, and balance for moderate to long-term aging...94-95." WA 8/01.

| | | |
|---|---|---|
| 2153 | 6 bottles | per lot $1300-2000 |

### Mazis Chambertin Dugat-Py 2000
*Cote de Nuits, Grand Cru*
*Parcel: lots 2154-2155*
"A thick, yet juicy wine, it coats the taster's palate with jammy black cherries. Medium to full-bodied, it is bold, dense, deep, expansive, and hugely con-centrated. Its considerable tannin, discernable in its prodigious finish, is perfectly ripe, almost sweet.. Bravo!...97." WA 6/03.

| | | |
|---|---|---|
| 2154 | 12 bottles | per lot $2800-4000 |
| 2155 | 12 bottles | per lot $2800-4000 |

### Chambertin Dugat-Py
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| • 1997 | | (1) |
| • 1998 | | (1) |
| *lightly bin-soiled label* | | |
| 2156 | above 2 bottles | per lot $600-900 |

### Dugat-Py

| | | |
|---|---|---|
| • **Charmes Chambertin 1997** | | (3) |
| *Cote de Nuits, Premier Cru* | | |
| • **Gevrey Chambertin Coeur de Roi 1997** | | (1) |
| *Cote de Nuits, Grand Cru* | | |
| • **Mazis Chambertin 1997** | | (2) |
| *Cote de Nuits, Grand Cru* | | |
| • **Mazi Chambertin 1998** | | (1) |
| *Cote de Nuits, Grand Cru* | | |
| • **Charmes Chambertin 2000** | | (2) |
| *Cote de Nuits, Grand Cru* | | |
| 2157 | above 9 bottles | per lot $1200-1700 |

### Emmanuel Rouget

Emmanuel Rouget, a tractor engineer by training, was given a job by his uncle, the legendary Henri Jayer, in 1976. Uncle Henri instilled an unbridled enthusiasm and knowledge of winemaking in his young nephew and in 1985 Emmanuel set up on his own operating out of cellars in Flagey. He took on vines from Henri's brother, Lucien, in Echézeaux and Vosne-Romanée on a share cropping basis, which in effect meant that Emmanuel worked the vines and vinified the wine, and then gave half the wine to Uncle Lucien, while keeping the other half for himself.

By 1996 Emmanuel was producing wines from the vine-yards of three of his uncles - Henri, Lucien and Georges, as well as from the vineyards of the Michelin star chef, Jean Crottet. By and large, Emmanuel has remained faithful to the techniques employed by Henri Jayer - namely an insistence on ultra low yields, a pre-fer-mentation cold maceration and the maturation of the wines in 100% new oak barrels. His wines are now very highly rated and keenly sought-after by connoisseurs worldwide.

### Echezeaux Emmanuel Rouget 1988
*Cote de Nuits, Grand Cru*
*three 1.5cm or better, one 2.5cm, three bin-soiled labels, one deteriorated label, three signs of seepage*

| | | |
|---|---|---|
| 2158 | 4 bottles | per lot $1200-1800 |

### Echezeaux Emmanuel Rouget 1989
*Cote de Nuits, Grand Cru*
*five 1.5cm or better, one 3cm, one bin-soiled label, one wine-stained label, two stained vintage tags, two signs of seepage*

| | | |
|---|---|---|
| 2159 | 6 bottles | per lot $1800-2800 |

### Echezeaux Emmanuel Rouget 1990
*Cote de Nuits, Grand Cru*
*3cm, four bin-soiled labels, four nicked labels*

| | | |
|---|---|---|
| 2160 | 12 bottles | per lot $5000-8000 |

### Echezeaux Emmanuel Rouget 1990
*Cote de Nuits, Grand Cru*
*ten 3cm, two 3.5cm, two nicked labels*

| | | |
|---|---|---|
| 2161 | 12 bottles | per lot $5000-8000 |

**Echezeaux Emmanuel Rouget 1993**
*Cote de Nuits, Grand Cru*
"Stunning from start to finish, seamless in its silky
texture, exotic and bursting with rose, violet, toast
and spice character. Big and full-bodied, it remains
extremely racy. Sensational…95." WS 5/96.

2162    12 bottles                    per lot $2400-3500

**Echezeaux Emmanuel Rouget 1995**
*Cote de Nuits, Grand Cru*

2163    12 bottles                    per lot $1500-2200

**Echezeaux Emmanuel Rouget 1996**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2164-2165*
"Rose, violet, lily, perfume, cherry, blackberry, and
earth aromas lead to a full-bodied, velvety-textured,
and immensely refined wine. This feminine, yet pow-
erful beauty is magnificently proportioned, balanced,
and reveals creamy blackberries, candied cherries,
and hints of chocolate in its complex, concentrated
and pure personality…92-94." WA 2/98.

2164    12 bottles                    per lot $2000-3200
2165    12 bottles                    per lot $2000-3200

**Echezeaux Emmanuel Rouget 1997**
*Cote de Nuits, Grand Cru*

2166    8 bottles                     per lot $800-1200

2167    No Lot

**Echezeaux Emmanuel Rouget 1999**
*Cote de Nuits, Grand Cru*
"Beautiful ripe Pinot of great complexity. Thick, lay-
ered with deftly dosed oak notes of mocha, coffee
and smoke. It turns up the volume in the midpal-
ate, ripping with fresh, black fruit that vaults with
Olympic grace to a long, long finish." WS 8/02.

2168    12 bottles                    per lot $1700-2400

**Echezeaux Emmanuel Rouget 1999**
*Cote de Nuits, Grand Cru*
*one wine-stained label*

2169    12 bottles                    per lot $1700-2400

**Vosne Romanee Les Beaumonts
Emmanuel Rouget 1990**
*Cote de Nuits, Premier Cru*
*ten .5cm, one 3cm, one 3.5cm, two signs of seepage*

2170    12 bottles                    per lot $2400-3500

**Vosne Romanee Les Beaumonts
Emmanuel Rouget 1999**
*Cote de Beaune, Premier Cru*

2171    6 bottles                     per lot $450-650

**Echezeaux Emmanuel Rouget**
*Cote de Nuits, Grand Cru*
• **1993**                            magnum (1)
• **1996**                            magnum (1)
*nicked label, capsule cut to verify vintage*
• **1999**                            magnum (1)

2172    above 3 magnums (1.5L)        per lot $1000-1600

**Roty**

Roty's wines are very distinctive. The are full, very
intense, very perfumed and very harmonious. They are
certainly immensely seductive…CC

**Charmes Chambertin Cuvee Tres
Vieilles Vignes Joseph Roty 1985**
*Cote de Nuits, Grand Cru*
*one 1.5cm, four 2cm, four 2.5cm, three 3cm, nine bin-
soiled labels, one foil cut to reveal fully branded cork,
three signs of old seepage*

2173    12 bottles                    per lot $7000-11,000

**Charmes Chambertin Cuvee Tres
Vieilles Vignes Joseph Roty 1985**
*Cote de Nuits, Grand Cru*
*2.5cm*

2174    1 magnum (1.5L)               per lot $1500-2000

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1990**
*Cote de Nuits, Grand Cru*
*nine bin-soiled labels, two signs of seepage*
"The spectacular Charmes Chambertin Vieilles Vignes
(from 90-95 year old vines) is the essence of Pinot
Noir, with a saturated color, intense nose of black
fruits, flowers, and oak, and a phenomenal, port-like
richness. This stunning wine has plenty of tannin,
sound acidity, and a mind-boggling finish…96." WA
10/92.
2175   12 bottles                          per lot $5000-8000

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1991**
*Cote de Nuits, Grand Cru*
*three bin-soiled labels*
2176   6 bottles                           per lot $900-1200

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1993**
*Cote de Nuits, Grand Cru*
*four bin-soiled labels, one deteriorated label*
2177   6 bottles                           per lot $1800-3000

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSPEH ROTY 1993**
*Cote de Nuits, Grand Cru*
2178   1 magnum (1.5L)                      per lot $600-900

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1995**
*Cote de Nuits, Grand Cru*
*one torn label*
2179   12 bottles                          per lot $1800-2400

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1995**
*Cote de Nuits, Grand Cru*
2180   12 bottles                          per lot $1800-2400

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1997**
*Cote de Nuits, Grand Cru*
2181   12 bottles                          per lot $1000-1500

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1997**
*Cote de Nuits, Grand Cru*
*two wine-stained labels*
2182   12 bottles                          per lot $1000-1500

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1998**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2184-2185*
2183   11 bottles                          per lot $1000-1500
2184   12 bottles                          per lot $1100-1600
2185   12 bottles                          per lot $1100-1600

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2186-2187*
"…This huge, medium to full-bodied wine is extraor-
dinarily concentrated, powerful, and chewy-textured.
Its black fruit, licorice, asphalt, and cherry flavors are
extremely expressive and last throughout its unbeliev-
ably long, thick, and sweet finish…95-97." WA 8/01.
2186   12 bottles                          per lot $2800-4000
2187   12 bottles                          per lot $2800-4000

**CHARMES CHAMBERTIN CUVEE TRES**
**VIEILLES VIGNES JOSEPH ROTY 2001**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2188-2190*
"As big as a Chambertin with the intensity and sheer
flavor authority to match. Sumptuously, even lavishly
oaked yet it carries its oak as though it were noth-
ing and there is no doubt that this will absorb the
wood completely as there is a mind boggling amount
of mid-palate sap and punch and it completely coats
the mouth and the persistence is exemplary…94."
Burghound 1/04.
2188   12 bottles                          per lot $1600-2400
2189   12 bottles                          per lot $1600-2400
2190   12 bottles                          per lot $1600-2400

**GRIOTTES CHAMBERTIN JOSEPH ROTY 1996**
*Cote de Nuits, Grand Cru*
2191   3 bottles                           per lot $850-1100

**GRIOTTES CHAMBERTIN JOSEPH ROTY 1998**
*Cote de Nuits, Grand Cru*
2192   12 bottles                          per lot $2400-3500

### Jacques Frederic Mugnier

The wines made by Jacques Frederic Mugnier are some of the best being made in Burgundy today. For some, his wines are the quintessential expression of the Chambolle Musigny appellation. The wines are usually fully destemmed, given less than a week long maceration, and given a long cuvaison of several weeks. The wines see around 20% new oak without being fined or filtered. The result is a clean and ripe textbook example of Chambolle. Lacy finesse and delicacy with great intensity of flavors.



### Chambolle Musigny Les Amoureuses JF Mugnier 2002
*Cote de Nuits, Premier Cru*
"Candied fruit aromas of raspberry and framboise, complicated by notes of blood orange and rose petal; like an essence of Chambolle. Wonderfully sweet and perfumed in the mouth, with silky flavors of red berries and flowers. Dense, juicy and broad wine, finishing with very fine tannins and unflagging flavor...92-95." IWC 3/04.

2193   6 bottles                          per lot $600-900

### Musigny Vieilles Vignes JF Mugnier 1986
*Cote de Nuits, Grand Cru*
2194   5 bottles                          per lot $750-1000

### Musigny JF Mugnier 1989
*Cote de Nuits, Grand Cru*
2195   1 magnum (1.5L)                    per lot $400-700

### Musigny JF Mugnier 1993
*Cote de Nuits, Grand Cru*
2196   6 bottles                          per lot $1800-3000

### Musigny JF Mugnier 1995
*Cote de Nuits, Grand Cru*
2197   3 bottles                          per lot $450-600

### Musigny JF Mugnier 1996
*Cote de Nuits, Grand Cru*
*two lightly bin-soiled labels, four wine-stained labels*
2198   6 bottles                          per lot $1400-2000

### Musigny JF Mugnier 1997
*Cote de Nuits, Grand Cru*
2199   6 bottles                          per lot $900-1200

### Musigny JF Mugnier 1998
*Cote de Nuits, Grand Cru*
2200   6 bottles                          per lot $1400-2000

### Musigny JF Mugnier 1999
*Cote de Nuits, Grand Cru*
"Saturated ruby-red...sappy aromas of crushed black raspberry, black cherry and bitter chocolate. Fat, ripe and full, but firmly delineated. This is still rather closed and backward in the middle palate, and shows terrific grip for the vintage. Broadens out impressively on the finish, which features ripe, fine tannins and superb persistence...91-94." IWC 3/01.

2201   12 bottles                         per lot $2400-3500
2202   1 magnum (1.5L)                    per lot $450-650

### Musigny JF Mugnier 2001
*Cote de Nuits, Grand Cru*
"Deeply pitched, musky aromas of raspberry, black plum, pepper, coffee and menthol. Very rich and supple but backward, with slightly medicinal dark fruit flavors lifted by a note of white pepper. Slow-building finish features superb sweetness and classy tannins...94." IWC 3/04.

2203   12 bottles                         per lot $1800-2400

### Domaine Dujac

There are Burgundy domaines which are long established and long renowned, having estate-bottled for fifty years or more. There are others which have only recently become stars, because it is only in the last decade that they have themselves bottled a significant portion of their produce, though they might have been producing wine for generations. And there is a third category: domaines which have been created from scratch. Of these, none has had such a meteoric rise to super-stardom as the Domaine Dujac in Morey-Saint-Denis. It is only thirty years since Jacques Seysses first arrived to work in Burgundy…but the quality of the Seysses wine was recognised from the outset. And the reputation of Domaine Dujac has not looked back since…

Today the Domaine Dujac covers 11.5 hectares and produces eleven appellations…What I like about the Dujac wines is their purity…These are wines of lightish colour but intense fruit, and great elegance and definition. They are very individual, with a particular style which is only echoed elsewhere…Thirty years' experience has proved that this is a style which is enthusiastically appreciated throughout the world. A deserved success. A very fine domaine.

*Clive Coates*

### Bonnes Mares Dujac 1995
*Cote de Nuits, Grand Cru*
2204   6 bottles                         per lot $900-1200

### Bonnes Mares Dujac 1997
*Cote de Nuits, Grand Cru*
2205   12 bottles                        per lot $1100-1600

### Bonnes Mares Dujac 1999
*Cote de Nuits, Grand Cru*
"Very lovely fruit here. Great depth too. This is full, aristocratic in personality. Splendidly harmonious and multi-dimensional. Very, very long and complex at the end. Very fine." CC 2/01.
2206   12 bottles                        per lot $1800-2400

### Bonnes Mares Dujac 2001
*Cote de Nuits, Grand Cru*
*Parcel: lots 2208-2209*
2207   9 bottles                         per lot $1000-1400
2208   12 bottles                        per lot $1300-1900
2209   12 bottles                        per lot $1300-1900

### Chambolle Musigny Les Greunchers Dujac 2001
*Cote de Nuits, Premier Cru*
2210   6 bottles                         per lot $500-650

### Charmes Chambertin Dujac 1999
*Cote de Nuits, Grand Cru*
2211   12 bottles                        per lot $1100-1600

### Charmes Chambertin Dujac 2000
*Cote de Nuits, Grand Cru*
"Ultra pure pinot fruit that is almost delicate in character. This is sweet, fine, pure and long with juicy, succulent, somewhat fleshy flavors yet offers surprisingly good precision on the back end." Burghound.
2212   6 bottles                         per lot $450-650

### Charmes Chambertin Dujac 2001
*Cote de Nuits, Grand Cru*
2213   6 bottles                         per lot $500-750

### Clos de la Roche Dujac 1998
*Cote de Nuits, Grand Cru*
2214   7 bottles                         per lot $700-1100

### Clos de la Roche Dujac 1999
*Cote de Nuits, Grand Cru*
"Slightly austere with a mineral essence that tends to suppress the pinot baby fat lurking beneath the surface. The potential here is enormous yet it is largely hidden and unlike many 99s, this is not at all showy but rather calm and deliberate…92-94." Burghound 1/01.
2215   6 bottles                         per lot $750-1000

### Clos de la Roche Dujac 2001
*Cote de Nuits, Grand Cru*
"Briary dark berries, menthol and brown spices on the nose. Thick on entry, then sweet and powerful in the middle, with explosive, sappy flavors of wild berries. Quite full in the mouth, and impressively structured. Brooding, strong finish offers terrific grip and lingering perfume. A star in the making…92-94." IWC 3/03.
2216   12 bottles                        per lot $1200-1800

**CLOS DE LA ROCHE DUJAC 2001**
*Cote de Nuits, Grand Cru*
oc
2217  12 bottles                                    per lot $1200-1800


**CLOS ST DENIS DUJAC**
*Cote de Nuits, Grand Cru*
• 1997                                              (7)
• 1997                                    magnums (2)
2218  above 7 bottles &
2 magnums (1.5L)                          per lot $850-1200


**CLOS ST DENIS DUJAC 1999**
*Cote de Nuits, Grand Cru*
"This is very lovely. Medium-full body. Very intense
raspberry-redcurrant fruit. Fresh, vigorous, rich and
intense. Long and very elegant. Fine plus." CC 2/01.
2219  6 bottles                           per lot $600-900


**CLOS ST DENIS DUJAC 2000**
*Cote de Nuits, Grand Cru*
"Much earthier than the Charmes yet with the same
sweet, elegant, refined aromas and flavors that dis-
play even more intensity and better length. Relatively
thick and rich for the vintage with plenty of pinot
baby fat. Wonderfully expressive...90-92." Burghound
1/02.
2220  6 bottles                           per lot $500-750


**CLOS ST DENIS DUJAC 2001**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2221-2222*
"Structurally similar but this is even more aromati-
cally complex with more of a compelling mix of red
and black fruits and a stunningly precise and pure
flavor profile of abundant mineral notes and a chalky,
slightly dusty finish. There is a really lovely mouth
feel as the flavors are velvety and mouth coating...93."
Burghound 1/04.
2221  12 bottles                          per lot $1000-1500
2222  12 bottles                          per lot $1000-1500


**ECHEZEAUX DUJAC 1995**
*Cote de Nuits, Grand Cru*
2223  6 bottles                           per lot $550-800


**ECHEZEAUX DUJAC 1997**
*Cote de Nuits, Grand Cru*
2224  10 bottles                          per lot $750-1100


**ECHEZEAUX DUJAC 1998**
*Cote de Nuits, Grand Cru*
2225  10 bottles                          per lot $750-1100


**ECHEZEAUX DUJAC 1999**
*Cote de Nuits, Grand Cru*
2226  6 bottles                           per lot $750-1100


**ECHEZEAUX DUJAC 2000**
*Cote de Nuits, Grand Cru*
2227  6 bottles                           per lot $500-750


**ECHEZEAUX DUJAC 2001**
*Cote de Nuits, Grand Cru*
"Utterly seductive black cherry fruit nose with abun-
dant Vosne spice notes and big, rich, full, mouth coat-
ing flavors with a fine sense of minerality and super
finishing intensity. This doesn't have the density and
sap of the Clos de la Roche but this is a very impres-
sive wine in its own right and is every bit as power-
ful...92." Burghound 1/04.
2228  12 bottles                          per lot $950-1300


**VOSNE ROMANEE LES BEAUMONTS DUJAC 1995**
*Cote de Nuits, Premier Cru*
2229  6 bottles                           per lot $600-900


**DUJAC**
*Cote de Nuits, Grand Cru*
• CLOS ST DENIS 1995                               (7)
• CLOS DE LA ROCHE 2000                            (5)
2230  above 12 bottles            per lot $950-1400

### Domaine Robert Groffier

Robert Groffier is the leading grower in Morey-Saint-Denis who doesn't have a single vine in the commune, and happens to be the biggest land holder in Chambolle Musigny, Les Amoureuses. Robert Groffier is like his wine...Groffier is self-effacing, gentle, pacific. His wines are soft but intense, elegant but understated, delicate and subtle...

From the 1930's onward, the Groffier history and estate was built by Frederic Groffier's son Jules (1898-1974). He acquired Amouresuses, Bonnes Mares and Hauts Doix from a firm of negociants called Peloux. In 1960 he passed the inheritance to his three children Madame Gerard Peirazeau (whose share has alsays been sold off in bulk) and the rest to his sons Robert and Jean-Claude. Jean-Claude was not as interested in the vine and the inheritance, and sold off his shares to Robert... Today Robert, who is in charge of the cellar, is assisted by his son Serge, who does most of the vineyard work. And Madame Groffier is in charge of the accounts.

Groffier makes only 7 or 8 barrels of Chambertin Clos de Beze in a good year...In Amoureuses, Robert owns 1.12 hectares made up of adjoining sections on slightly different levels, with twenty-six years old vines. In Bonnes Mares, Groffier owns one hectare of thirty-six year old vines next to plots of his sister and Georges Lignier toward the Morey end of the climat...This is a top domaine, and the wines have all the elegance and purity of Pinot Noir that you would wish. CC

### Bonnes Mares Robert Groffier 1996
*Cote de Nuits, Grand Cru*
*three 1.5cm or better, three bin-soiled labels*
2231   12 bottles                   per lot $1500-2200

### Chambertin Clos de Beze
### Robert Groffier 1999
*Cote de Nuits, Grand Cru*
*five wine-stained labels*
2232   12 bottles                   per lot $1500-2000

### Chambertin Clos de Beze
### Robert Groffier 1999
*Cote de Nuits, Grand Cru*
*one wine-stained label*
2233   12 bottles                   per lot $1500-2000

### Chambertin Clos de Beze
### Robert Groffier 1999
*Cote de Nuits, Grand Cru*
*two bin-soiled labels*
2234   12 bottles                   per lot $1500-2000

### Chambolle Musigny Les Amoureuses
### Robert Groffier 1999
*Cote de Nuits, Premier Cru*
"Deep bright ruby. Aromas of black cherry, raw crushed dark berries, violet and coffee. Dense and delineated in the mouth, with primal flavors of crushed fruits. Finishes with palate-staining length and plenty of verve; vibrant black fruit flavors are at once thoroughly expressed and quite cool...91-93." IWC 3/01.
2235   12 bottles                   per lot $950-1300

### Robert Groffier
*Cote de Nuits, Grand Cru*
• **Chambertin Clos de Beze 1993**          (2)
  *one lightly nicked label, one sign of seepage*
• **Bonnes Mares 1997**          (5)
• **Bonnes Mares 1998**          (1)
• **Chambertin Clos de Beze 1998**          (4)
2236   above 12 bottles            per lot $800-1300

### Robert Groffier
• **Bonnes Mares 1999**          (3)
  *Cote de Nuits, Grand Cru*
• **Chambolle Musigny**
  **Les Amoureuses 1999**          (4)
  *Cote de Nuits, Premier Cru*
• **Bonnes Mares 2000**          (6)
  *Cote de Nuits, Grand Cru*
2237   above 13 bottles            per lot $1000-1500

**Louis Jadot**



Founded in 1859. It is one of the largest and most important of Beaune's negociants. Today, their domaine consists of 70 hectares, including Domaine Clair-Dau in Marsannay, which they acquired in 1985. CC

Managed by three generations of the Jadot family and then by Mr. André Gagey for more than 30 years, Maison Louis Jadot is now directed by his son Mr. Pierre Henry Gagey, assisted by Mr. Jacques Lardière, who has been Louis Jadot's wine maker for more than 20 years.

For Lardiere there are only a few simple rules and only one single object. The object is the expression of the terroir, whether that of a humble Santenay or a grand Clos de Beze. The way to achieve this is an illogical (on the face of it) mixture of interfering as little as possible and being prepared to take risks. Some of the things he does would be shot to bits by the teachers of any wine school.

He would be equally criticized for not doing a lot of what he doesn't do...This is a man of passion and sensuality. Wine for him is part of the magic of life. Wine is made by God, but too often screwed up by the ignorant human, he once said to me. 'Look at all the boring wines,' he says. 'Many of them are technically impeccable, but they have no soul, no personality in them... I sometimes wonder if the people who make them ever taste them. You must use your tastebuds, your imagination, your intelligence. Not a rule book!" And look at all the Jadot wines, you could reply. They are not all perfect. But on the scale that they are made the overall quality is remarkable, mind-boggling even. Jadot are lucky to have him. And, as customers, so too are we. CC

### Bonnes Mares Louis Jadot 1990
*Cote de Nuits, Grand Cru*

| 2238 | 6 bottles | per lot $900-1200 |

### Bonnes Mares Louis Jadot 1996
*Cote de Nuits, Grand Cru*

| 2239 | 12 bottles | per lot $1200-1800 |

### Chambertin Clos de Beze Louis Jadot 1996
*Cote de Nuits, Grand Cru*

| 2240 | 3 bottles | per lot $350-550 |

### Chambertin Clos de Beze Louis Jadot 1999
*Cote de Nuits, Grand Cru*
*Parcel: lots 2241-2242*

| 2241 | 12 bottles | per lot $1100-1600 |
| 2242 | 12 bottles | per lot $1100-1600 |

### Musigny Louis Jadot 1985
*Cote de Nuits, Grand Cru*
*1cm, one sign of seepage*

| 2243 | 2 magnums (1.5L) | per lot $1000-1600 |

### Musigny Louis Jadot 1990
*Cote de Nuits, Grand Cru*

| 2244 | 1 bottle | per lot $220-350 |

### Musigny Louis Jadot 1993
*Cote de Nuits, Grand Cru*

| 2245 | 6 bottles | per lot $1000-1600 |

### Romanee St Vivant Louis Jadot 1999
*Cote de Nuits, Grand Cru*

| 2246 | 12 bottles | per lot $1200-1800 |

### Bonnes Mares Louis Jadot
*Cote de Nuits, Grand Cru*
- 1996 (6)
- 1999 (6)

| 2247 | above 12 bottles | per lot $1000-1500 |

### Dominique Laurent

"…is a new star in the Cote d'Or firmament. Formerly a pastry chef, and with the girth to prove it, he was bitten by the wine bug, moved to Nuits, and set about buying up the odd cask here and there from some of the leading growers in the Cote de Nuits. Quantities are miniscule, the approach is determinedly 'hands off', and the wines are for those who like lots of oak (Laurent often racks from new to new, i.e. to give his wines, as he puts it, '200 per cent' new oak)…but the results are undeniably pure, concentrated and of high quality…" CC

### Bonnes Mares Dominique Laurent
*Cote de Nuits, Grand Cru*
- **• 1996** (1)
- **• 1996** magnums (2)
2248  above 1 bottle &
2 magnums (1.5L)        per lot $500-750

### Bonnes Mares Dominique Laurent 1999
*Cote de Nuits, Grand Cru*
2249  6 bottles        per lot $600-900

### Chambertin Clos de Beze Dominique Laurent 1996
*Cote de Nuits, Grand Cru*
*one torn label*
2250  3 bottles        per lot $400-550

### Grands Echezeaux Dominique Laurent 1996
*Cote de Nuits, Grand Cru*
2251  6 bottles        per lot $500-750

### Grands Echezeaux Dominique Laurent 1999
*Cote de Nuits, Grand Cru*
2252  6 bottles        per lot $500-750

### Grands Echezeaux Dominique Laurent 1999
*Cote de Nuits, Grand Cru*
*two 6-pack owc's*
2253  12 bottles        per lot $1000-1500

### Latricieres Chambertin Dominique Laurent 1996
*Cote de Nuits, Grand Cru*
2254  6 bottles        per lot $750-1100

### Mazis Chambertin Dominique Laurent 1996
*Cote de Nuits, Grand Cru*
2255  9 bottles        per lot $600-900

### Mazis Chambertin Dominique Laurent 1999
*Cote de Nuits, Grand Cru*
"Very pure, very cool and very classy. Ripe and concentrated and full and with a very fine grip. Fullish body. Very lovely. This is excellent. Very fine long finish. Splendid quality." CC 2/01.
2256  12 bottles        per lot $800-1200

### Richebourg Dominique Laurent 1999
*Cote de Nuits, Grand Cru*
2257  6 bottles        per lot $900-1200

### Dominique Laurent 1993
*Cote de Nuits, Grand Cru*
- **• Mazis Chambertin** (2)
- **• Ruchottes Chambertin** (3)
2258  above 5 bottles        per lot $550-750

### Dominique Laurent 1996
*Cote de Nuits, Grand Cru*
- **• Charmes Chambertin** (2)
- **• Grands Echezeaux** magnum (1)
- **• Romanee St Vivant** (1)
2259  above 3 bottles &
1 magnum (1.5L)        per lot $400-600

### Echezeaux Dominique Laurent
*Cote de Nuits, Grand Cru*
- **• 1996** (6)
  *two wine-stained labels, two torn labels*
- **• 1998** (4)
2260  above 10 bottles        per lot $600-850

### Dominique Laurent
*Cote de Nuits, Grand Cru*
- **• Clos de la Roche 1998** (4)
- **• Grands Echezeaux 1998** (3)
- **• Mazis Chambertin 1998** (4)
- **• Grands Echezeaux 1999** (1)
2261  above 12 bottles        per lot $750-1100

**Dominique Laurent 1996**
- **Gevrey Chambertin Evocelles** (1)
  *Cote de Nuits, Premier Cru*
- **Gevrey Chambertin Lavaux St Jacques** (1)
  *Cote de Nuits, Premier Cru*
- **Gevrey Chambertin Les Combottes** (1)
  *Cote de Nuits, Premier Cru*
- **Gevrey Chambertin Poissenot** (1)
  *Cote de Nuits, Premier Cru*
- **Morey St Denis** (5)
  *Cote de Nuits, Premier Cru*
- **Vosne Romanee Chante Perdrix** (1)
  *Cote de Nuits, Premier Cru*
- **Vosne Romanee Croix Blanche** (1)
  *Cote de Nuits, Premier Cru*
- **Vosne Romanee Cuvee Royale** (1)
  *Cote de Nuits*
- **Vosne Romanee Malconsort** (1)
  *Cote de Nuits, Premier Cru*

2262  above 13 bottles          per lot $500-750


**Volnay Clos des Chenes Ampeau 1952**
*Cote de Beaune, Premier Cru*
*two 5cm, one 5.5cm*
2263  3 bottles          per lot $450-750


**Clos de Vougeot Robert Arnoux 1929**
*Cote de Nuits, Grand Cru*
*.5cm*
2264  3 bottles          per lot $1500-2400


**La Romanee Bouchard Pere et Fils 1959**
*Cote de Nuits, Grand Cru*
*4cm, water-stained labels*
2265  2 bottles          per lot $1600-2400


**La Romanee Chateau de Vosne-Romanee Bouchard Pere et Fils 1985**
*Cote de Nuits, Grand Cru*
*one 2.5cm, one 3.5cm*
2266  2 bottles          per lot $600-950


**La Romanee Chateau de Vosne-Romanee Bouchard Pere et Fils 1990**
*Cote de Nuits, Grand Cru*
*1cm or better*
2267  6 bottles          per lot $1800-3000


**La Romanee Chateau de Vosne-Romanee Bouchard Pere et Fils 1999**
*Cote de Nuits, Grand Cru*
2268  1 jeroboam (3L)          per lot $1400-2000


**La Romanee Chateau de Vosne-Romanee Bouchard Pere et Fils 2000**
*Cote de Nuits, Grand Cru*
2269  12 bottles          per lot $2000-3200


**Chambertin Clos de Beze Clair Dau 1966**
*Cote de Nuits, Grand Cru*
*one 3cm, four 4cm, one 5.5cm*
2270  6 bottles          per lot $1800-3000


**Bonnes Mares Clair Dau 1978**
*Cote de Nuits, Grand Cru*
*one .5cm, one 2cm, one 5cm, one sign of seepage*
2271  3 bottles          per lot $900-1500


**Chambertin Maison Doudet Naudin 1929**
*Cote de Nuits, Grand Cru*
*1cm or better, scuffed labels*
*Parcel: lots 2272-2273*
2272  1 bottle          per lot $450-650
2273  1 bottle          per lot $450-650


**Clos Vougeot Maison Doudet Naudin 1929**
*Cote de Nuits, Grand Cru*
*1cm, scuffed label*
2274  1 bottle          per lot $260-400


**Richebourg Maison Doudet Naudin 1934**
*Cote de Nuits, Grand Cru*
*.5cm*
2275  2 bottles          per lot $500-800


**Musigny Camille Giroud 1949**
*Cote de Nuits, Grand Cru*
*3cm, bin-soiled label, modern cork*
2276  1 bottle          per lot $1800-3000


**Grands Echezeaux Colette Gros 1959**
*Cote de Nuits, Grand Cru*
*1cm, nicked label, torn vintage tag*
2277  1 bottle          per lot $260-400

### RICHEBOURG ANNE GROS 1995
*Cote de Nuits, Grand Cru*

2278  6 bottles                          per lot $1100-1500

### RICHEBOURG ANNE GROS 1996
*Cote de Nuits, Grand Cru*

2279  12 bottles                         per lot $3500-6000

### RICHEBOURG ANNE GROS 1997
*Cote de Nuits, Grand Cru*
"…violet, herbal, spicy, and toasty nose leads to a silky textured core of amazing depth, ripeness, and harmony. It is expansive, crammed with jellied black fruits that seemingly linger forever on the oak spice-infused finish…" WA 10/99.

2280  5 bottles                          per lot $650-900

### RICHEBOURG ANNE GROS 1998
*Cote de Nuits, Grand Cru*
*Parcel: lots 2281-2282*
"…Full-bodied, sweet, and supple, this satin-textured wine has outstanding depth to its red fruit-flavored character. This feminine, well-defined, and elegant Richebourg has loads of well-ripened tannins, providing it with a firm backbone." WA 6/00.

2281  12 bottles                         per lot $2000-3200
2282  12 bottles                         per lot $2000-3200

### RICHEBOURG ANNE GROS 1999
*Cote de Nuits, Grand Cru*
*Parcel: lots 2283-2284*
"…magnificently concentrated on the palate. Fabulous fruit. Fullish weight. Very fine grip. The tannins are very ripe. Great length, complexity and vigor, intensity and quality. A great wine…" CC 3/01.

2283  12 bottles                         per lot $2800-4000
2284  12 bottles                         per lot $2800-4000

### RICHEBOURG ANNE GROS 2000
*Cote de Nuits, Grand Cru*
"Compelling soil-inflected aromas of berries, cocoa powder, minerals and flowers. Sweet but precise and penetrating, with lovely harmonious acidity. Rigorous but not austere; this makes the Clos Vougeot seem almost jammy by comparison. Finishes very long and vibrant, with fine tannins and a degree of thrust that's rare for the vintage…93." IWC 3/03.

2285  12 bottles                         per lot $1800-2400

### RICHEBOURG A ET F GROS 1996
*Cote de Nuits, Grand Cru*

2286  1 bottle                           per lot $240-350

### LA ROMANEE LIGER-BELAIR 2002
*Cote de Nuits, Grand Cru*
"…an adroit trace of wood framing stunningly elegant and dazzlingly complex black fruit aromas that lead to sappy, mouth coating, powerful and very deep flavors of astonishing richness and length. But it's the seamless harmony and sheer class that puts this at another level…96." Burghound 1/05.

2287  6 bottles                          per lot $3500-5500

## HUBERT LIGNIER

### CHARMES CHAMBERTIN HUBERT LIGNIER 1978
*Cote de Nuits, Grand Cru*
*one 2cm, two 2.5cm*

2288  3 bottles                          per lot $900-1500

### CLOS DE LA ROCHE HUBERT LIGNIER 1985
*Cote de Nuits, Grand Cru*
*one 2cm, one 2.5cm*

2289  2 magnums (1.5L)                   per lot $1600-2600

### CLOS DE LA ROCHE HUBERT LIGNIER 1988
*Cote de Nuits, Grand Cru*
*2cm or better, one nicked label, one water-stained label and vintage tag, one bin-soiled label*

2290  2 bottles                          per lot $400-600

### CLOS DE LA ROCHE HUBERT LIGNIER 1990
*Cote de Nuits, Grand Cru*

2291  9 bottles                          per lot $3500-5000
2292  2 magnums (1.5L)                   per lot $1400-2000

### CLOS DE LA ROCHE HUBERT LIGNIER 1993
*Cote de Nuits, Grand Cru*
"On the palate, this full-bodied, broad, fat, and velvety-textured wine is packed with tobacco, cedar, spice, and super-ripe dark fruit flavors. Its plump, supple tannins, and palate-coating, dense character are a hedonist's dream while its complexity and refinement are made-to-order for those searching out intellectual delights…95." WA 10/00.

2293  6 bottles                          per lot $2000-2800
2294  2 magnums (1.5L)                   per lot $1200-1800

**Clos de la Roche Hubert Lignier 1996**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2295-2296*

| | | |
|---|---|---|
| 2295 | 12 bottles | per lot $2400-3500 |
| 2296 | 12 bottles | per lot $2400-3500 |
| 2297 | 3 magnums (1.5L) | per lot $1200-1800 |

**Clos de la Roche Hubert Lignier**
*Cote de Nuits, Grand Cru*
• **1997**                                    (1)
• **1997**                        magnums (2)

| | | |
|---|---|---|
| 2298 | above 1 bottle & | |
| | 2 magnums (1.5L) | per lot $650-900 |

**Clos de la Roche Hubert Lignier 1998**
*Cote de Nuits, Grand Cru*

| | | |
|---|---|---|
| 2299 | 11 bottles | per lot $1200-1700 |
| 2300 | 3 magnums (1.5L) | per lot $650-900 |

**Clos de la Roche Hubert Lignier 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2301-2302*
"…exhibits a black cherry, blackberry, licorice, and
violet-scented nose that leads to its explosive,
immensely flavorful character. Medium to full-bodied
and pure, this fresh, sweet wine is packed to the
gills with cherries, raspberries, blueberries, and black-
berries…94-96." WA 8/01.

| | | |
|---|---|---|
| 2301 | 12 bottles | per lot $2000-3000 |
| 2302 | 12 bottles | per lot $2000-3000 |
| 2303 | 3 magnums (1.5L) | per lot $1000-1500 |

**Clos de la Roche Hubert Lignier 2001**
*Cote de Nuits, Grand Cru*
"…hints of coffee, ripe berries and an interesting
herbal component followed by big, concentrated,
very powerful large-scaled flavors and stunning
length. This is relatively understated for such a big
wine but it packs plenty of flavor authority and
there is a crystalline purity to the extract that ele-
vates this to the sublime…93." Burghound 1/04.

| | | |
|---|---|---|
| 2304 | 6 bottles | per lot $700-1000 |

## Rare and Collectible Red Burgundy

**Clos de Tart Mommessin 1900**
*Cote de Nuits, Grand Cru*
*2.5cm, cracked wax capsule*
**Provenance: Purchased from "Ex Nicolas."**

| | | |
|---|---|---|
| 2305 | 1 bottle | per lot $1000-1600 |

**Romanee St Vivant Henri Mathieu 1947**
*Cote de Nuits, Grand Cru*
*4cm*

| | | |
|---|---|---|
| 2306 | 1 bottle | per lot $260-400 |

**Richebourg Charles Noellat 1985**
*Cote de Nuits, Grand Cru*
*one 2cm, one 3cm, one 3.5cm*

| | | |
|---|---|---|
| 2306A | 3 bottles | per lot $1100-1600 |

**Richebourg Charles Noellat 1985**
*Cote de Nuits, Grand Cru*
*1cm, water-stained label*

| | | |
|---|---|---|
| 2307 | 1 magnum (1.5L) | per lot $600-900 |

**Romanee St Vivant Charles Noellat 1985**
*Cote de Nuits, Grand Cru*
*one 2cm, two 2.5cm*

| | | |
|---|---|---|
| 2308 | 3 bottles | per lot $900-1400 |

**Musigny Jacques Prieur 1959**
*Cote de Nuits, Grand Cru*
*3cm, bin-soiled labels*

| | | |
|---|---|---|
| 2309 | 3 bottles | per lot $750-1200 |

**Chambertin Henri Remy 1949**
*Cote de Nuits, Grand Cru*
*5cm, bin-soiled label, deteriorated wax capsule*

| | | |
|---|---|---|
| 2310 | 1 magnum (1.5L) | per lot $700-1100 |

**Chambertin Henri Remy 1964**
*Cote de Nuits, Grand Cru*
*three 3cm, one 4cm, one nicked label*

| | | |
|---|---|---|
| 2311 | 4 bottles | per lot $600-950 |

**Chambertin Louis Remy 1947**
*Cote de Nuits, Grand Cru*
*two 1cm, two 2cm, bin-soiled labels, modern vintage tags*

| | | |
|---|---|---|
| 2312 | 4 bottles | per lot $1000-1600 |

**Louis Remy 1964**
*Cote de Nuits, Grand Cru*
- **Chambertin** (3)
  *one 2.5cm, two 3cm*
- **Clos de la Roche** (2)
  *.5cm*
- **Latricieres Chambertin** (1)
  *4.5cm, bin-soiled and scuffed label*
2313  above 6 bottles                  per lot $900-1400

**Charmes Chambertin Arlaud Pere et Fils 1999**
*Cote de Nuits, Grand Cru*
2314  12 bottles                  per lot $600-900

**Clos de la Roche Arlaud Pere et Fils 1999**
*Cote de Nuits, Grand Cru*
2315  6 bottles                  per lot $300-450

**Clos St Denis Arlaud Pere et Fils 1999**
*Cote de Nuits, Grand Cru*
2316  12 bottles                  per lot $600-900

**Pommard Clos des Epeneaux
Comte Armand 1985**
*Cote de Beaune, Premier Cru*
*2cm, one nicked label, one bin-soiled vintage tag*
2317  3 bottles                  per lot $240-350

**Clos de Vougeot Robert Arnoux 1996**
*Cote de Nuits, Grand Cru*
2318  3 bottles                  per lot $220-320

**Romanee St Vivant Robert Arnoux 1997**
*Cote de Nuits, Grand Cru*
2319  12 bottles                  per lot $800-1200

**Romanee St Vivant Robert Arnoux 1998**
*Cote de Nuits, Grand Cru*
2320  3 magnums (1.5L)                  per lot $650-900

**Vosne Romanee Suchots Robert Arnoux 1999**
*Cote de Nuits, Premier Cru*
"A very intensely flavored, multi-dimensional wine.
Fullish but splendidly concentrated wine. Everything
in its place. Excellent fruit. Very fine grip. Very
lovely." CC 3/01.
2321  12 bottles                  per lot $1100-1600

**Richebourg Frantin Bichot 1990**
*Cote de Nuits, Grand Cru*
2322  5 bottles                  per lot $850-1300

**Romanee St Vivant Sylvain Cathiard 1997**
*Cote de Nuits, Grand Cru*
2323  6 bottles                  per lot $500-800

**Charmes Chambertin Charlopin-Parizot 1990**
*Cote de Nuits, Grand Cru*
2324  8 bottles                  per lot $480-750

**Charmes Chambertin Charlopin-Parizot 1999**
*Cote de Nuits, Grand Cru*
2325  12 bottles                  per lot $800-1200

**Echezeaux Charlopin-Parizot 1999**
*Cote de Nuits, Grand Cru*
2326  6 bottles                  per lot $400-600

**Clos St Denis Charlopin-Parizot**
*Cote de Nuits, Grand Cru*
- **1996** (5)
- **1997** (2)
- **1999** (6)
2327  above 13 bottles                  per lot $600-900

**Charlopin-Parizot**
*Cote de Nuits, Grand Cru*
- **Charmes Chambertin 1996** (6)
- **Charmes Chambertin 1998** (3)
- **Mazis Chambertin 1998** (3)
2328  above 12 bottles                  per lot $650-950

**Richebourg Clos Frantin 1971**
*Cote de Nuits, Grand Cru*
*one 2.5cm, one 3cm, one 4cm*
2329  3 bottles                  per lot $300-450

**JJ Confuron**

**Romanee St Vivant JJ Confuron 1990**
*Cote de Nuits, Grand Cru*
"…huge nose of flowers, licorice, sweet oak, and extraordinarily ripe black-cherries and black-raspberries is profound. In the mouth, the wine is closed, but its huge, weighty, massive extraction of fruit, decent acidity, and blazingly well-defined personality make for a compelling example of Pinot Noir…If you can find any, it is a must purchase." WA 10/92.
2330  1 bottle                                per lot $260-420

**Romanee St Vivant JJ Confuron 1993**
*Cote de Nuits, Grand Cru*
2331  4 bottles                              per lot $800-1300

**Romanee St Vivant JJ Confuron 1996**
*Cote de Nuits, Grand Cru*
2332  6 bottles                              per lot $900-1200
2333  1 magnum (1.5L)                        per lot $300-400

**Romanee St Vivant JJ Confuron 1997**
*Cote de Nuits, Grand Cru*
2334  4 bottles                              per lot $240-360

**Romanee St Vivant JJ Confuron 1998**
*Cote de Nuits, Grand Cru*
2335  5 bottles                              per lot $300-450

**Romanee St Vivant JJ Confuron 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2336-2338*
"…raspberry, cherry, and blackberry aromas intermingled with freshly cut flowers. Medium to full-bodied and extremely spicy, this wine is packed with blackberries and black cherries. It is refined yet firm and highly structured." WA 8/01.
2336  12 bottles                             per lot $1700-2400
2337  12 bottles                             per lot $1700-2400
2338  12 bottles                             per lot $1700-2400

**Romanee St Vivant JJ Confuron 2000**
*Cote de Nuits, Grand Cru*
2339  6 bottles                              per lot $550-800

**Romanee St Vivant JJ Confuron 2002**
*Cote de Nuits, Grand Cru*
2340  6 bottles                              per lot $850-1200

**Pierre Damoy**
*Cote de Nuits, Grand Cru*
• **Chambertin Clos de Beze 1997**            (3)
• **Chapelle Chambertin 1999**                (6)
2341  above 9 bottles                        per lot $320-480

**Echezeaux Joseph Drouhin 1971**
*Cote de Nuits, Grand Cru*
*one 2.5cm, three 3cm, one nicked label*
2342  4 bottles                              per lot $600-800

**Griotte Chambertin Joseph Drouhin 1971**
*Cote de Nuits, Grand Cru*
*three 2.5cm, two 3cm*
2343  5 bottles                              per lot $750-1100

**Richebourg Joseph Drouhin 1971**
*Cote de Nuits, Grand Cru*
*one 1.5cm, three 2.5cm, three 3cm, one 3.5cm, one 4.5cm, three torn labels, three torn vintage tags*
2344  9 bottles                              per lot $1800-3000

**Bonnes Mares Joseph Drouhin 1999**
*Cote de Nuits, Grand Cru*
"Full, rich, fresh, cool and composed. This is very classy indeed. Lovely fruit. Very complex. Excellent balance. Fine plus." CC 2/01.
2345  6 bottles                              per lot $450-650

**Griotte Chambertin Joseph Drouhin 1999**
*Cote de Nuits, Grand Cru*
2346  12 bottles                             per lot $1000-1600

**Musigny Joseph Drouhin 1999**
*Cote de Nuits, Grand Cru*
"Splendid colour. Marvellous nose. Very special fruit on the palate. Really very intense and very high class. Marvellous harmony here. Real energy underneath. This is very exciting. Grand vin!" CC 2/01.
2347  12 bottles                             per lot $1600-2400

**CHAMBERTIN JOSEPH DROUHIN 1993**
*Cote de Nuits, Grand Cru*
2348  4 bottles                     per lot $480-650

**JOSEPH DROUHIN 1971**
*Cote de Nuits, Grand Cru*
*3cm*
• **CHARMES CHAMBERTIN**                (1)
  *bin-soiled label*
• **CLOS DE LA ROCHE**                  (2)
2349  above 3 bottles               per lot $400-600

**JOSEPH DROUHIN**
*Cote de Nuits, Grand Cru*
• **CHARMES CHAMBERTIN 1990**           (3)
• **GRIOTTE CHAMBERTIN 1990**           (2)
• **CHAMBERTIN CLOS DE BEZE 1993**      (2)
• **ROMANEE ST VIVANT 1996**            (3)
2350  above 10 bottles            per lot $1000-1500

**MUSIGNY DROUHIN-LAROZE 1999**
*Cote de Nuits, Grand Cru*
2351  6 bottles                     per lot $600-900

**GRANDS ECHEZEAUX RENE ENGEL 1998**
*Cote de Nuits, Grand Cru*
2352  4 bottles                     per lot $220-320

**CLOS DE LA ROCHE FAIVELEY 1971**
*Cote de Nuits, Grand Cru*
*two 3cm, one 3.5cm, one nicked label*
2353  3 bottles                     per lot $600-900

**CHARMES CHAMBERTIN FAIVELEY 1985**
*Cote de Nuits, Grand Cru*
*2.5cm*
2354  5 bottles                     per lot $380-550

**CHAMBERTIN CLOS DE BEZE FAIVELEY 1999**
*Cote de Nuits, Grand Cru*
"Explosive nose combines cherry, raspberry, minerals,
flowers and game; at once expressive and cool. Fat,
thick and stuffed with fruit; offers an uncanny combi-
nation of sheer volume and texture and great elegance.
Finishes with extremely suave tannins and great
resounding length and sweetness…93-95." IWC 3/01.
2355  6 bottles                    per lot $750-1000

**VINCENT GIRARDIN 1998**
• **CHAMBOLLE MUSIGNY AMOUREUSES**      (6)
  *Cote de Nuits, Premier Cru*
• **CLOS ST DENIS**                     (6)
  *Cote de Nuits, Grand Cru*
2356  above 12 bottles             per lot $450-700

**VINCENT GIRARDIN 1998**
*Cote de Nuits, Grand Cru*
• **BONNES MARES**                      (6)
• **LATRICIERES CHAMBERTIN**            (6)
2357  above 12 bottles             per lot $600-900

**RICHEBOURG JEAN GRIVOT 1985**
*Cote de Nuits, Grand Cru*
*1.5cm or better, one crowned cork*
2358  6 bottles                   per lot $1800-2400

**RICHEBOURG JEAN GRIVOT 1998**
*Cote de Nuits, Grand Cru*
2359  2 bottles                     per lot $260-350

**RICHEBOURG GROS FRERES ET SOEUR 1990**
*Cote de Nuits, Grand Cru*
*1cm, one nicked vintage tag*
2360  1 bottle                      per lot $200-320

**GRANDS ECHEZEAUX GROS FRERE ET SOEUR 1999**
*Cote de Nuits, Grand Cru*
2361  6 bottles                     per lot $400-600

**RICHEBOURG GROS FRERE ET SOEUR 1999**
*Cote de Nuits, Grand Cru*
2362  12 bottles                  per lot $1300-1900
2363  3 magnums (1.5L)             per lot $650-1000

**CLOS VOUGEOT MUSIGNI GROS FRERE ET SOEUR**
*Cote de Nuits, Grand Cru*
• **1990**                              (2)
• **1996**                              (3)
• **1999**                              (6)
2364  above 11 bottles             per lot $800-1200

**RICHEBOURG HUDELOT NOELLAT 1997**
*Cote de Nuits, Grand Cru*
2365  6 bottles                     per lot $480-700

**ROMANEE ST VIVANT HUDELOT NOELLAT 1997**
*Cote de Nuits, Grand Cru*

2366  12 bottles         per lot $700-1000

**RICHEBOURG HUDELOT NOELLAT 1998**
*Cote de Nuits, Grand Cru*

2367  6 bottles         per lot $700-1000
2368  12 bottles         per lot $1400-2000

**ROMANEE ST VIVANT HUDELOT NOELLAT 1998**
*Cote de Nuits, Grand Cru*

2369  12 bottles         per lot $1500-2200

**RICHEBOURG HUDELOT NOELLAT 2001**
*Cote de Nuits, Grand Cru*

2370  12 bottles         per lot $1500-2200

**ROMANEE ST VIVANT HUDELOT NOELLAT 2001**
*Cote de Nuits, Grand Cru*
"…seductive, very dark and expressive smoky black Vosne fruit that is laced through and through with anise, tea and seemingly endless variations of Oriental spice. The moderately structured flavors deliver a stunningly beautiful mix of spice, intensity and perfectly integrated structure…93." Burghound 1/04.

2371  12 bottles         per lot $1500-2200

**RICHEBOURG HUDELOT NOELLAT 2002**
*Cote de Nuits, Grand Cru*
"…crushed black cherries, ripe earth and a deft touch of wood spice followed by unctuously rich, robust, muscular flavors that display outstanding density and first rate balance. This intensity builds from the mid-palate and finally explodes on the finish with abso-lutely perfect acid/fruit balance and the phenomenal length just doesn't quit…92-95." Burghound 1/04.

2372  12 bottles         per lot $1600-2400
2373  1 magnum (1.5L)         per lot $260-400

**ROMANEE ST VIVANT HUDELOT NOELLAT 2002**
*Cote de Nuits, Grand Cru*
"A dazzlingly complex and fine nose that is abso-lutely regal in its elegance and incredible breadth of spice-box aromas are followed ripe, relatively acces-sible yet incredibly intense flavors that display mar-velous depth and perfect balance. Sappy and sweet yet the powerfully long finish is beautifully detailed and focused…91-94." Burghound 1/04.

2374  6 bottles         per lot $900-1300

**HUDELOT NOELLAT 1997**
*Cote de Nuits, Grand Cru*
- **RICHEBOURG**          (2)
- **ROMANEE ST VIVANT**          (3)

2375  above 5 bottles         per lot $320-480

**ECHEZEAUX JAYER-GILLES 1990**
*Cote de Nuits, Grand Cru*

2376  1 magnum (1.5L)         per lot $600-900
2377  2 magnums (1.5L)         per lot $1200-1800

**ECHEZEAUX JAYER-GILLES 1996**
*Cote de Nuits, Grand Cru*

2378  6 bottles         per lot $750-1100
2379  12 bottles         per lot $1500-2200

**ECHEZEAUX JAYER-GILLES**
*Cote de Nuits, Grand Cru*
- **1995**          (3)
- **1997**          (1)

2380  above 4 bottles         per lot $380-550

**ECHEZEAUX JAYER-GILLES 1998**
*Cote de Nuits, Grand Cru*

2381  10 bottles         per lot $750-1000

**ECHEZEAUX JAYER-GILLES 1999**
*Cote de Nuits, Grand Cru*

2382  12 bottles         per lot $1200-1800

**Georges Lignier 1985**
*Cote de Nuits, Grand Cru*
- **Bonnes Mares** (1)
  *3cm*
- **Clos de la Roche** (1)
  *1.5cm, torn label*
- **Clos St Denis** (3)
  *2.5cm or better, one missing vintage tag*
2383   above 5 bottles                per lot $420-650

**Charmes Chambertin Michel Magnien 1999**
*Cote de Nuits, Grand Cru*
2384   6 bottles                      per lot $420-600

**Clos de la Roche Reserve
Michel Magnien 1999**
*Cote de Nuits, Grand Cru*
2385   12 bottles                     per lot $850-1100

**Clos St Denis Michel Magnien 1999**
*Cote de Nuits, Grand Cru*
2386   12 bottles                     per lot $600-850

**Chambolle Musigny Amoureuses
Moine Hudelot 1978**
*Cote de Nuits, Premier Cru*
*2cm, one nicked label*
2387   3 bottles                      per lot $300-450

**Musigny Moine Hudelot 1990**
*Cote de Nuits, Grand Cru*
2388   10 bottles                     per lot $1500-2200

**Clos de Tart Mommessin 1985**
*Cote de Nuits, Grand Cru*
2389   6 bottles                      per lot $1100-1600

**Clos de Tart Mommessin 1998**
*Cote de Nuits, Grand Cru*
2390   12 bottles                     per lot $700-1100

**Clos de Tart Mommessin 1999**
*Cote de Nuits, Grand Cru*
"Knockout aromas of wonderfully intense black cherry fruit loaded with cassis and a touch of new oak introduce medium-bodied, sweet, harmonious and long flavors all underpinned by racy minerality. The tannins are firm and the density of extract impressive and the length incredible..." Burghound 1/02.
2391   12 bottles                     per lot $900-1200

**Clos de Tart Mommessin 2001**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2393-2395*
"Extremely ripe aromas of roasted earth, coffee, spice and intensely perfumed black cherries combine with very structured, robust, remarkably complex and precise, full-bodied, sweet, chewy flavors that seem to go on and on. But the quality that impresses me the most is with all of this muscle and power, there is near perfect harmony and balance...93." Burghound 1/04.
2392   6 bottles                      per lot $500-750
2393   12 bottles                     per lot $1000-1500
2394   12 bottles                     per lot $1000-1500
2395   12 bottles                     per lot $1000-1500

**Clos de Tart Mommessin**
*Cote de Nuits, Grand Cru*
- **1997** (6)
- **1998** (3)
- **1998** magnums (2)
- **1999** magnum (1)
2396   above 9 bottles &
       3 magnums (1.5L)              per lot $900-1400

**Richebourg Mongeard Mugneret 1995**
*Cote de Nuits, Grand Cru*
2397   3 bottles                      per lot $280-400

**Corton Morin Pere & Fils 1949**
*Cote de Beaune, Grand Cru*
*one 2cm, one 3cm, bin-soiled labels, one nicked label, one nicked vintage tag*
2398   2 bottles                      per lot $300-500

**CHAMBERTIN DENIS MORTET 1998**
*Cote de Nuits, Grand Cru*
2399  3 bottles                          per lot $260-400


**CHAMBERTIN D MORTET 2000**
*Cote de Nuits, Grand Cru*
2400  12 bottles                        per lot $1500-2200


**CHAMBERTIN D MORTET**
*Cote de Nuits, Grand Cru*
• 1997                                        (3)
• 1997                              magnums (2)
2401  above 3 bottles &
2 magnums (1.5L)                 per lot $850-1200


**GEVREY CHAMBERTIN LAVAUX ST JACQUES
D MORTET**
*Cote de Nuits, Premier Cru*
• 1997                              magnums (2)
• 1998                                        (7)
2402  above 7 bottles &
2 magnums (1.5L)                  per lot $380-550


**CLOS DE LA ROCHE VIEILLES VIGNES
DOMAINE PONSOT 1998**
*Cote de Nuits, Grand Cru*
2403  6 bottles                          per lot $350-550


**BONNES MARES NICOLAS POTEL 1999**
*Cote de Nuits, Grand Cru*
2404  9 bottles                          per lot $550-850


**CLOS DE LA ROCHE NICOLAS POTEL 1999**
*Cote de Nuits, Grand Cru*
2405  6 bottles                          per lot $320-480


**ROMANEE ST VIVANT POTEL 1999**
*Cote de Nuits, Grand Cru*
"Perfumed, nuanced nose combines red berry liqueur,
new oak, leather and subtle earth tones. Broad, rich
and mouthfilling; complex mineral, earth and coffee
notes. Perhaps most impressive today on the finish,
which features lush, spreading tannins and terrific
persistence...90-93." IWC 3/01.
2406  12 bottles                        per lot $1000-1500


**VOLNAY CLOS DE LA CHAPELLE
NICHOLAS POTEL 1999**
*Cote de Beaune, Premier Cru*
2407  6 bottles                          per lot $200-350


**CHAMBERTIN CLOS DE BEZE PRIEURE ROCH 1996**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2409-2410*
2408  6 bottles                          per lot $450-700
2409  12 bottles                         per lot $900-1400
2410  12 bottles                         per lot $900-1400


**VOSNE ROMANEE CLOS GOILLOTTE
DOMAINE PRIEURE ROCH 1996**
*Cote de Nuits, Grand Cru*
2411  6 bottles                          per lot $320-480


**CLOS VOUGEOT DOMAINE PRIEURE ROCH 1997**
*Cote de Nuits, Grand Cru*
2412  8 bottles                          per lot $280-400


**CHAMBERTIN CLOS DE BEZE PRIEURE ROCH 1999**
*Cote de Nuits, Grand Cru*
*Parcel: lots 2414-2415*
2413  6 bottles                          per lot $420-600
2414  12 bottles                         per lot $850-1200
2415  12 bottles                         per lot $850-1200


**CLOS VOUGEOT DOMAINE PRIEURE ROCH 1999**
*Cote de Nuits, Grand Cru*
2416  12 bottles                         per lot $500-800


**VOSNE ROMANEE LES SUCHOTS
PRIEURE ROCH 1999**
*Cote de Nuits, Premier Cru*
2417  12 bottles                         per lot $400-600


**CHAMBERTIN CLOS DE BEZE JEAN RAPHET 1999**
*Cote de Nuits, Grand Cru*
2418  12 bottles                         per lot $850-1200

**JEAN RAPHET**
*Cote de Nuits, Grand Cru*
• **CHARMES CHAMBERTIN CUVEE UNIQUE**
  **RESERVE 1996**                                (6)
• **CLOS DE LA ROCHE ET FILS 1996**              (3)
• **CHAMBERTIN CLOS DE BEZE CUVEE UNIQUE**
  **RESERVE 1997**                                (5)
2419   above 14 bottles            per lot $900-1300


**CHAMBERTIN TRAPET 1996**
*Cote de Nuits, Grand Cru*
2420   12 bottles                  per lot $750-1100


**LATRICIERES CHAMBERTIN TRAPET 1996**
*Cote de Nuits, Grand Cru*
2421   6 bottles                   per lot $300-400


**CHAMBERTIN TRAPET 1998**
*Cote de Nuits, Grand Cru*
2422   9 bottles                   per lot $450-700
2423   12 bottles                  per lot $600-900


The End

# Zachys Wine Auction Team



**Don Zacharia**
CEO



**Jeff Zacharia**
President



**Ursula Hermacinski**
Auctioneer/Sr. Advisor



**Fritz Hatton**
Auctioneer/Sr. Advisor



**Kevin Swersey**
Senior Advisor
Co-Pres, The Connossieur's
Advisory Group, LLC



**Dennis Foley**
Rare Wine Consultant



**Jeff Smith**
LA Consultant



**Linnea Housewright**
Business Manager



**Michael Jessen**
Specialist Dept. Manager



**Amanda Keston**
LA Auction Manager



**Matthew Chung**
Specialist



**Elizabeth Salapatas**
Specialist



**Dave Sutro**
Specialist



**Julia Gilbert**
Junior Specialist



**Sean Kobbe**
Junior Specialist



**Damien Alexander**
Cataloger



**Edgar Barbosa**
Customer Service



**Anthony Starry**
Shipping Coordinator



**Jermaine Stone**
Office Administrator

# Zachys Wine Auction Support Team



DICK TRAUNER
CHIEF OPERATING OFFICER



RICHARD ANSTETT
IT DIRECTOR



FRANK CROSETTO
IT



MINDY ROTHMAN
ART DIRECTOR



DANIELLE CETANI
ACCOUNTS PAYABLE



JULIANE ROGERS
ACCOUNTS PAYABLE



HASSAN NEWBY
WAREHOUSE

# Buying & Bidding Information

## Conditions of Sale & Limited Warranty

Prior to bidding, all participants must read the Conditions of Sale & Limited Warranty contained in this catalog that state the terms governing the purchase of wine sold at auction. By participating in an auction, an auction participant agrees to be bound by the Conditions of Sale and Limited Warranty, printed in this catalog.

## Estimates

Catalog lot entries include a description of every lot and an estimated price range that is our opinion of the price expected at auction. Estimates are a guide for bidders and reflect prices recently paid at auction for comparable wines. Each estimate takes into account, among other things, condition, rarity, quality and provenance (history of ownership). Estimates are determined in advance of the sale and are therefore subject to revision. Buyers should not rely upon estimates as a prediction of actual selling prices. Estimates do not include Buyer's Premium or sales tax. Certain lots may be noted with "Estimate on Request" instead of a printed value in the catalog. Please contact a Zachys Wine Auctions wine specialist for further information and bidding assistance.

## Buyers Premium

An **18% Buyer's Premium** will be added to the successful bid price of each lot you purchase and is payable by you, together with the applicable sales tax which is applied to the total cost of your purchase, as stated in the Conditions of Sale located in this catalog.

## Reserves

Unless otherwise indicated, all lots are sold subject to a reserve. A reserve is the confidential minimum price established between Zachys Wine Auctions and the consignor. This confidential amount is the value below which a lot will not be sold. The reserve will not exceed the low estimate for the lot. If any lot in the catalog is not subject to a reserve, the lot will be identified by the symbol (▲) next to the lot number.

## Examination of Wines

Prospective Buyers are invited by appointment to examine any lots prior to the auction at our temperature-controlled warehouse. Please contact our specialists at 914.448.3026 to set up an appointment.

## Bidder Registration

Prospective Buyers are asked to supply a bank reference to register for the auction. To avoid any delay in the release of purchases, please pre-arrange check or credit approval through our Finance Department at 914.874.8039. All bidders who wish to attend the auction are asked to pre-register for a paddle at least two business days in advance of the auction.

If you plan to attend the auction, a Pre-Registration form is provided in this catalog or online at www.zachys.com. Please complete the requested information and fax the form to Dick Trauner at 914.472.6390 at least two days prior to the auction. Bidders should arrive at least 30 minutes before the sale to retrieve an auction paddle.

## Bidding

Wine lots are auctioned in consecutive numerical order, as they appear in the catalog. The auctioneer will accept bids from those present in the saleroom or absentee bidders participating by telephone or by written bid left with Zachys Wine Auctions at least 24 hours prior to the first day of the auction. The auctioneer may also execute bids on behalf of the consignor's reserve, however, under no circumstances will the auctioneer place any bid on behalf of the consignor at or above the reserve. The auctioneer will not identify bids placed on behalf of the consignor.

## Parcel Lots

A parcel is a sequence of lots carrying the same estimates and consisting of the same type of, quantity and bottle size. In this sale the buyer of the first lot of a parcel of wine will have, at the discretion of the auctioneer, the option to take any or all further lots in the parcel for the same price. If the option is not exercised on all lots in the same parcel, the auctioneer will open bidding on the next unsold lot and offer the buyer of that lot the option to take any or all of the remaining lots in the parcel sequence. Bidding shall continue in the same manner until all lots in the parcel have been offered and declared sold or unsold by the auctioneer.

## Absentee Bids

If you are unable to attend the auction in person and wish to place bids, you may give Zachys Wine Auctions instructions in writing to bid on your behalf. Our representatives will then try to purchase the lot or lots of your choice for the lowest price possible, taking into account the reserve price and other bids. This service is free and confidential.

**Please note: Zachys Wine Auctions offers this service as a convenience to clients, and although we will make every effort, Zachys Wine Auctions will not be held responsible for error or failure to execute bids.**

## Placing Absentee Bids

To place an absentee bid, please use the absentee bid form provided in this catalog or online at www.zachys.com. Be certain to accurately record the lot numbers and the highest hammer price you are willing to pay for the lot.

Please note: Your bid amount does not include Buyer's Premium or applicable sales tax. Buyer's Premium and applicable sales tax will be added to the hammer price of each lot.

Absentee bids must be submitted in consecutive numerical order, or they will not be executed. In addition, please use the bid increments included on the absentee bid form. If bids are submitted incorrectly, we will round your bid down to the lower increment. Please place your bids as soon as possible and at least 24 hours prior to the start of the first session of the auction. In the event of identical bids, the earliest bid received will take precedence.

## Placing Telephone Bids

Prospective Buyers may bid by telephone during the sale provided that bids are accepted only at Zachys Wine Auctions discretion and at the prospective Buyer's risk. Because of limited phone lines in the saleroom, Zachys Wine Auctions must confirm arrangements for this service as soon as possible and at least 48 hours prior to the start of the first session of the auction. At Zachys Wine Auctions discretion, telephone bids may be limited to lots with a value above $2,000. At Zachys Wine Auctions discretion, telephone bids may be recorded. By bidding on the telephone, prospective purchasers agree to be bound by the Conditions of Sale & Limited Warranty.

## Sales Tax

Purchases picked up or delivered within the state of New York or California are subject to sales or compensating use tax. Buyers are required to pay any state and local sales and use tax which may be due, as well as any applicable use tax of another state which Zachys Wine Auctions may be required by law to collect. New York or California sales tax is charged on the successful bid price, Buyer's Premium, and any other applicable charges on any other property picked up or delivered in New York State or California, regardless of the state or country in which the Buyer resides or transacts business, unless Buyer has a valid exemption there from. All such taxes shall be paid by Buyer at the time of payment of the purchase price. Buyers claiming exemption from sales or use tax must provide Zachys Wine Auctions with documentation, which, in Zachys Wine Auctions opinion, is satisfactory evidence of such exemption, prior to the release of property to the Buyer. Buyers claiming such exemption who are licensed dealers of alcoholic beverages, or who hold New York State

Liquor Authority Licenses or California ABC licenses, must submit Resale Certificates and copies of their valid New York State Liquor License or California ABC licenses to Zachys Wine Auctions prior to the release of property. All questions regarding sales tax and exemptions should be directed to Dick Trauner at 914.874.8039.

If Zachys Wine Auctions is selling lots as agent for an organization, which holds a State of New York or California Exempt Organization Certificate, the lot will be marked with the symbol (✱). Accordingly, no sales tax is due on the purchase price of any of the foregoing lots if the wine is picked up or delivered in the State of New York or California. It is the Buyer's responsibility to ascertain and pay all taxes due.

## Owned or Guaranteed Property

Zachys Wine Auctions offers property consigned by others for sale at public auction. Occasionally, lots are offered which have in the course of the sale process become the property of Zachys Wine Auctions. These lots are identified with the symbol (■) next to the lot number. On rare occasions Zachys Wine Auctions may guarantee a minimum price to the consignor of property. Such lots are identified in the catalog by the symbol (◆) next to the lot number. Guaranteed lots may also be sold subject to a reserve.

## Successful Bid

The fall of the auctioneer's hammer indicates the final bid, at which time the Buyer assumes full responsibility of the lot. Successful bidders will be notified and invoiced within a few days of the sale. Successful Buyers will pay the price of the final bid plus **18% Buyer's Premium** plus any applicable taxes for each lot purchased.

## Payment

Buyers are expected to pay for purchases within 14 calendar days of the auction. Payments received after this deadline will be subject to a 1.5% per month late charge. Payment can be made by credit card, check, cash, money order or bank wire transfer. To avoid delays in the release of your purchases, potential Buyers are requested to supply bank references prior to the auction. Buyers wishing to make payment by credit card must present the card in person at or prior to the auction. All charges are subject to acceptance by Zachys Wine Auctions and the applicable credit card company. Zachys Wine Auctions will accept Visa, MasterCard and American Express. In the event a charge is not approved, Buyers nevertheless remain liable for all amounts owed. Credit card purchases may not exceed $20,000. Buyers wishing to pay for purchases via wire transfer should direct funds to:
JPMorgan Chase Bank
White Plains, NY
Acct# 590 407406
ABA# 021000021

## Collection of Purchases

Buyers are expected to remove their property within 14 calendar days of the auction. Please refer to the page on Collection & Delivery of Wine in the catalog for specific collection information in this catalog.

## Shipping & Collection

For your convenience, Zachys Wine Auctions Collection & Delivery Form is located in this catalog. It is the Buyer's responsibility to pick up purchases or make shipping arrangements within 14 calendar days of the auction. After payment has been received, we can assist in the arrangement of packing, transit insurance and shipping at the Buyers expense and request.

## Export/Import Permits

Wine sold at auction may be subject to laws governing export from the US and import restrictions of foreign countries. Buyers should always check whether an export license is required before exporting wine. It is the Buyer's sole responsibility to obtain any relevant export or import license. A delay in obtaining licenses shall neither justify the rescission of any sale nor excuse delay in providing full payment for the lot. Local laws may prohibit the import of some property and/or may prohibit the resale of some property in the country of importation; no such restriction shall justify the rescission of any sale or delay in making full payment for the lot.

## Delivery Restrictions

Bidders are also reminded that various states impose limitations on the quantity of alcoholic beverages which may be purchased and brought into their jurisdiction by a purchaser from another state, without requiring the purchaser, a consignor or shipper to possess certain licenses or permits. Zachys Wine Auctions shall not as a condition of sale assume any obligation nor bear any responsibility whatsoever for applying for or obtaining any permits or licenses in the event the quantity purchased exceeds said limitations. Therefore, all bidders are strongly advised to investigate the possibility of such limitations and to determine the manner in which alcoholic beverages shall be brought into the state so as to comply with all local requirements.

## For More Information

For further information, please contact us at 914.448.3026.

## Auction Results

To obtain results for the auction, please refer to www.zachys.com

## Upcoming Zachys Wine Auctions

December 2 and 3, 2005 - New York
February 3 and 4, 2006 - New York
March 10 and 11, 2006 - Los Angeles

# Additional Catalog Notes for Bidders





## Level/Ullage Descriptions & Interpretations

BN **Bottom Neck:** perfectly good for any age of wine. Outstandingly good for a wine of 10 years in bottle, or longer.

TS **Top Shoulder:** normal for any claret 15 years old or older.

US **Upper-Shoulder:** slight natural reduction through easing of cork and evaporation through cork and capsule. Usually no problem. Acceptable for any wine over 20 years old. Exceptional for pre-1940 wines.

MS **Mid-Shoulder:** probably some weakening of the cork and some risk. Not abnormal for wines 30/40 years of age. Estimates usually take this into account.

LS **Low-Shoulder:** risky and usually only accepted for sale if wine or label is exceptionally rare or interesting. Always offered without reserve and with low estimate.

Because of the slope of shoulder it is impractical to describe levels of Burgundy-shaped bottles as mid-shoulder, etc. Wherever appropriate the level between cork and wine will be measured and cataloged in centimeters.

The condition and drinkability of Burgundy is less affected by ullage than its equivalent from Bordeaux. For example, a 5 to 7 cm. ullage in a 50-year-old Burgundy can be considered normal, indeed good for age, 3.5 to 4 cm. excellent for age, even 7 cm. rarely a risk.

**Special Notices**

Though every effort is made to describe or measure the levels of older vintages, corks over 20 years old begin to lose their elasticity and levels can change between cataloguing and sale. Old corks have also been known to fail during or after shipment.

We therefore repeat that there is always a risk of cork failure with old wines and Zachys Wine Auctions assumes no responsibility for this.

Under no circumstances can an adjustment of price or credit be made after delivery except under the terms of warranty stated in Paragraph 10 of the Conditions of Sale in this catalog.

Unless otherwise stated, Bordeaux are chateau bottled.

Important note regarding opening of cases and listing levels. It is Zachys Wine Auctions general policy to open all wood cases prior to the 1985 vintage and to describe levels. Bidders must make allowances for reasonable variations in ullage, which may be encountered, in unopened cases from the 1985 vintage and later. Unless otherwise noted, ullage levels will be appropriate to age.

Lots which include original wooden case are marked owc. Lots which include original case are marked oc.

**Tasting Notes & Comments**

Quotations marked **AM** are notes by Andrew McMurray.

Quotations marked **DB** are notes by David Beckwith.

Quotations marked **CC** are from the 'Cote d'Or', copyright 1997 and 'The Vine' publication by Clive Coates.

Quotations marked **FH** are notes by Fritz Hatton.

Quotations marked **IWC** are from International Wine Cellar, published by Stephen Tanzer.

Quotations marked **JL** are from 'California Wine', copyright 1999, published by Wine Spectator Press by James Laube.

Quotations marked **JS** are notes by Jeff Smith

Quotations marked **JZ** are notes by Jeff Zacharia.

Quotations marked **KS** are notes by Kevin Swersey.

Quotations marked **LH** are notes by Linnea Housewright.

Quotations marked **LS** are notes by Elizabeth Salapatas.

Quotations marked **MB** are from 'Vintage Wine' by Michael Broadbent published by Harcourt, text copyright Michael Broadbent, 2002.

Quotations marked **MC** are notes by Matthew Chung.

Quotations marked **MJ** are notes by Michael Jessen.

Quotations marked **RP** are either from the book Wines of the Rhone Valley written by Robert M. Parker, Jr. published by Simon & Schuster, copyright 1997 or from the book Bordeaux written by Robert M. Parker, Jr. published by Simon & Schuster, copyright 1998.

Quotations marked **UH** are notes by Ursula Hermacinski.

Quotations marked **WA** are from The Wine Advocate all by Robert M. Parker, Jr. and tasting note dated.

Quotations marked **WS** are from Wine Spectator's 'Ultimate Guide to Buying Wine', copyright 1998, from Wine Spectator magazine or Wine Spectator online, all published by M. Shanken Communications, Inc.

# Conditions of Sale & Limited Warranty

These Conditions of Sale & Limited Warranty, together with any Glossary which may appear in these catalog pages, are Zachys Wine Auctions and the Consignor's entire agreement with the Buyer with respect to the property listed in this catalog. The Conditions of Sale & Limited Warranty and all other contents of this catalog may be amended by posted notices or oral announcements made during the sale. The property will be offered by Zachys Wine Auctions as agent for the Consignor, unless the catalog indicates otherwise. By participating in an auction, you agree to be bound by these terms and conditions.

## Conditions of Sale

**1**
The authenticity of property listed in the catalog is guaranteed only as stated herein and otherwise all property is sold "AS IS" without any representations or warranties by Zachys Wine Auctions or the Consignor as to merchantability, fitness for a particular purpose, correctness of catalog, description, size, quality, condition, rarity, importance, provenance, exhibition history, literature, previous storage conditions or historical relevance of any property. No statement set forth in this catalog, made at the auction or in the bill of sale, posting, announcement or otherwise, whether oral or written, shall be deemed such a warranty, representation or assumption of liability. Zachys Wine Auctions and the Consignor make no representations and warranties, express or implied, as to whether the Buyer acquires any copyright or other reproduction rights in any property. Neither Zachys Wine Auctions nor the Consignor is responsible for errors or omissions in the catalog, glossary or any supplemental material. Prospective bidders are invited to inspect the property before bidding.

**2**
The purchase price payable by the Buyer will be the sum of the final bid price plus the Buyer's Premium, together with any applicable sales or compensating use tax. The Buyer's Premium is 18% of the final bid price.

**3**
Zachys Wine Auctions reserves the right to withdraw any property before or at the sale and shall have no liability whatsoever for such withdrawal.

**4**
Zachys Wine Auctions reserves the right to reject any bid. The highest bidder acknowledged by the auctioneer will be the Buyer. In the event of any dispute between bidders, or any other issue with respect to the bidder, the auctioneer will have absolute discretion to determine the successful bidder, to continue the bidding, to cancel the sale or to reoffer and resell the property in dispute. If any dispute arises after the sale, Zachys Wine Auctions' sale record is conclusive.

**5**
Although at Zachys Wine Auctions' discretion, Zachys Wine Auctions may execute absentee bids (written bids left with Zachys Wine Auctions prior to the sale) or may accept telephone bids as a convenience to clients who are not present at auction, Zachys Wine Auctions is not responsible for failing to execute such bids or for any errors or omissions in connection therewith.

**6**
Unless otherwise indicated, all lots in this catalog are offered subject to a reserve, which is the minimum price the Consignor is willing to accept and below which the lot will not be sold. This amount is confidential and will not exceed the low pre-sale estimate. Lots not subject to a reserve are identified with the symbol (▲) next to the lot number. Zachys Wine Auctions shall act to protect the reserve by bidding through the auctioneer. The auctioneer may open bidding on any lot below the reserve by placing a bid on behalf of the Consignor. The auctioneer may continue to bid on behalf of the Consignor up to the amount of the reserve, either by placing successive bids or by placing bids in response to other bidders.

**7**
Title to the offered lot passes to the Buyer upon the fall of the auctioneer's hammer and the announcement by the auctioneer that the lot has been sold, subject to compliance by the Buyer with all other Conditions of Sale. The Buyer thereupon assumes full risk and responsibility for the lot and shall immediately pay the full purchase price or such part, as Zachys Wine Auctions, in our sole discretion, requires.

## 8

No lot may be removed from Zachys Wine Auctions premises until the Buyer has paid the purchase price in full plus all other fees and taxes and has satisfied such terms, as Zachys Wine Auctions, in our sole discretion, shall require. Upon receipt of payment, Zachys Wine Auctions will issue a Release Order, which must be presented in order for Zachys Wine Auctions to release purchases made at auction. Subject to the foregoing, all lots are to be paid for no later than 4:30pm of the fourteenth calendar day following the sale, and removed from Zachys Wine Auctions' premises at the Buyer's expense no later than 30 days after the date of sale. If payment is not made within 14 days of purchase, Zachys Wine Auctions reserves the right to a late charge of up to $1\frac{1}{2}\%$ per month of the total purchase price, in addition to any other rights and remedies available by law to Zachys Wine Auctions. If not so removed, Zachys Wine Auctions may transfer such property to a public warehouse for the account, and at the risk and expense, of the Buyer. If a lot has not been collected within 30 days of the date of sale and Zachys Wine Auctions does not transfer the uncollected property to a public warehouse, the Buyer will be liable to Zachys Wine Auctions for storage and handling charges of $1.75 per day for each lot.

## 9

Zachys Wine Auctions is not responsible for acts or omissions by itself or others in packing or shipping whether or not the carrier or packer is recommended by us. Packing and handling of purchased lots are at the entire risk of the Buyer. If Zachys Wine Auctions arranges and bills for such services via invoice or credit card, Zachys Wine Auctions will include an administration charge.

## 10

If the Buyer fails to comply with any of these Conditions of Sale, the Buyer will be in default and Zachys Wine Auctions may avail itself of all remedies available by law, including, without limitation, the right to (i) hold such defaulting Buyer liable for the purchase price including all fees, charges and expenses, (ii) cancel the sale of that lot and any other property sold to Buyer, (iii) resell the property without reserve at public auction or privately on seven days' notice to the Buyer, (iv) pay the Consignor an amount equal to the net proceeds payable in respect of the amount bid by the defaulting Buyer and then resell the property to a third party without reserve at public or privately on seven days' notice to such Buyer and (v) take such other action as Zachys Wine Auctions deem necessary or appropriate. If Zachys Wine Auctions resells the property pursuant to clause (iii) or (iv) above, the defaulting Buyer shall be liable for the payment of any deficiency between the purchase price and the price obtained upon resale pursuant to clause (iii) and (iv) above and all costs and expenses, including, without limitation, warehousing, the expenses of both sales, reasonable attorneys' fees, commissions, incidental damages and all other charges due hereunder. In the event that such Buyer pays a portion of the purchase price for any or all lots purchased, Zachys Wine Auctions shall apply the payment received to such lot or lots that Zachys Wine Auctions, in our sole discretion, deem appropriate. Any Buyer who fails to comply with these Conditions of Sale will be deemed to have granted us a security interest in, and Zachys Wine Auctions may retain as collateral security for such Buyer's obligation to us, any property in our possession owned by such Buyer. Zachys Wine Auctions shall have the benefit of all rights of a secured party under the Uniform Commercial Code adopted in the state where the auction is held.

Payment will not be deemed to have been made in full until we have collected good funds. In the event the Buyer fails to pay any or all of the total purchase price for any lot and Zachys Wine Auctions nonetheless elects to pay the Consignor any portion of the sale proceeds, the Buyer acknowledges that Zachys Wine Auctions shall have all of the rights of the Consignor to pursue the Buyer for any amounts paid to the Consignor, whether at law, in equity, or under these Conditions of Sale.

Notwithstanding any other terms of these Conditions of Sale, if within 3 days of receipt of the wine, Zachys Wine Auctions has received from the original Buyer of any property notice of a claim in writing that any lot is short or has suffered breakage, then Zachys Wine Auctions in their sole discretion will decide any such claim as between the Consignor and the Buyer and may rescind the sale and refund the purchase price received.

The benefits of this provision are not assignable and shall be applicable only to the original Buyer of the lot and not to subsequent assigns, buyers, heirs, owners or other who have or may acquire an interest therein.

The Buyer's sole and exclusive remedy against Zachys Wine Auctions and the Consignor under this provision shall be the rescission of the sale and the refund of the original purchase price paid for the lot. This remedy shall be in lieu of any other remedy which might otherwise be available to the Buyer as a matter of law or at equity, and neither Zachys Wine Auctions, nor the Consignor shall be liable, in whole or in part, for any special, incidental or consequential damages, including, without limitation, loss of profits.

**11**

The respective rights and obligations of the parties with respect to the Conditions of Sale and the conduct of the auction shall be governed by and interpreted in accordance with the laws of the State of New York. By participating in an auction, whether present in person or by agent, by absentee bid, telephone or other means, the Buyer shall be deemed to have consented to the exclusive jurisdiction of the State Courts of, and the Federal Courts sitting in, the State of New York. The Buyer expressly agrees that (i) neither Zachys Wine Auctions nor the Consignor shall be liable, in whole or in part, for any special, indirect or consequential damages, including, without limitation, loss of profits, and (ii) the Buyer's damages are limited exclusively to the original purchase price paid for the lot.

**12**

All offers and sales of wine by Zachys Wine Auctions are subject to the local laws governing the sale of alcoholic beverages in the state that the auction takes place.

**13**

New York State law requires that Buyers of alcoholic beverages must be at least 21 years of age.

**14**

Zachys Wine Auctions does not ship wines. As an accommodation to Buyers, Zachys Wine Auctions may arrange to have property packed, insured and shipped at Buyers expense, but Zachys Wine Auctions shall have no liability or obligation for shipping wines. Most states regulate the shipment of wines into their state. Some states require a Buyer, Consignor or shipper to possess certain licenses or permits, while other states have a strict prohibition on such shipments. In addition, various states impose limitations on the quantity of alcoholic beverages, which may be purchased and brought into its jurisdiction from another state. Zachys Wine Auctions makes no representation, and assumes no obligation, as to the legality of shipment of alcoholic beverages into any state. Zachys Wine Auctions urges all Buyers to investigate and understand the wine shipping laws and regulations of the state to which they intend the wine to be shipped prior to the purchase of wines at auction.

# Collection, Delivery & Storage of Wine

## New York Fine Wine Storage

Wine purchased at auction is stored at
New York Fine Wine Storage (NYFWS)
located in White Plains, New York.
The 15,000 square foot warehouse is
equipped with a state-of-the-art alarm
system that is monitored 24 hours a day,
7 days a week. A 50-ton refrigeration
system insures an ideal temperature, and
all wines are protected with a tempera-
ture alarm system, as well as a backup
generator. Rates are competitive and the
merchandise will not have to be moved
to another location.

For further information, please call
Zachys at 914.723.0241.

Purchases will be stored free of charge for
the first 30 days after the auction from
which the wine is purchased. After 30
days, clients will automatically be billed
for any future storage with NYFWS.

## Directions to New York Fine Wine Storage and Zachys Wine & Liquor

Please visit our website at
www.zachys.com for directions.

## Pickup

Wines can be picked up from Zachys
Wine and Liquor, Inc. between the hours
of 9 a.m. and 5 p.m. Monday thru Friday,
provided that payment for the lots has
been received. Buyers can arrange to
collect their wine by appointment by
phoning Zachys at 914.723.0241. Please
provide at least 48 hours notice before
coming to collect your wines.

## Delivery

Once payment has been received,
arrangements can be made to deliver
the wines to the Buyer. Deliveries will

be made to the address set forth on the
bidders registration form or as otherwise
instructed by the customer. Zachys Wine
Auctions requires that the Buyer com-
plete the delivery instructions on the bid-
ding form prior to the auction.

**Original wooden cases, when available,
will be shipped automatically at $10 per
case, unless instructed otherwise.**

Bidders are also reminded that various
states impose limitations on the quan-
tity of alcoholic beverages which may
be purchased and brought into their
jurisdiction by a purchaser from another
state, without requiring the purchaser, a
consignor or shipper to possess certain
licenses or permits. Zachys Wine Auctions
makes no representation, and assumes
no obligation, as to the legality of ship-
ment of alcoholic beverages into any
state. Most states regulate the shipment
of wines into their state. Some states
require a purchaser, consignor or shipper
to possess certain licenses or permits,
while other states have a strict prohibi-
tion on such shipments. Zachys Wine
Auctions urges all Buyers to investigate
and understand the wine shipping laws
and regulations of the state to which
they intend the wine to be shipped prior
to the purchase of wines at auction.

Zachys Wine Auctions can assist you in
making arrangements to have the wine
purchased at auction shipped through
the appropriate channels. All shipments
will be subject to a 1% insurance charge
(2% for international shipments). It is
important to note that this insurance
covers only breakage or loss. Zachys Wine
Auctions and its forwarding agents can-
not be held responsible for any other
changes to the wines during shipment. To
insure the safety of the wines, it may be

required in some shipments for the wines
to be repacked in protective shipping
containers and the wooden cases shipped
separately at an additional charge.

Loss or breakage resulting from deliv-
ery transportation must be reported to
Zachys Wine Auctions in writing within
three days of delivery of the property,
which must be examined in the presence
of the carrier on arrival.

A lot can be delivered to one address only.

## Local Delivery in Manhattan and Westchester

Zachys Wine Auctions will deliver wines
within Westchester for $5.00 per deliv-
ery, and within Manhattan for $7.00 per
delivery.

## Delivery in New York State outside of Westchester and Manhattan

Zachys Wine Auctions will deliver wines
within the state of New York (out-
side Westchester and Manhattan) at a
charge of $15/case or part thereof. In
some instances outside carriers may be
required at an additional cost.

**DELIVERY OUTSIDE THE STATE OF NEW YORK, BUT WITHIN THE CONTINENTAL UNITED STATES**

Zachys Wine Auctions will help you coordinate all necessary shipping and packing arrangements though the appropriate freight forwarders. There will be three levels of service available to the purchaser.

· A common carrier ground service ranging from $25 to $50 per case.
· Air shipment from $70 per case.
· A fully licensed temperature controlled trucking company. (Please see bottom of the page for regions and rates).

**DELIVERY OUTSIDE OF THE U.S.**

Zachys Wine Auctions will help you coordinate the delivery and insurance of your wines through the appropriate freight forwarders. Please call Zachys at 914.723.0241 for information regarding rates and time schedules.

Zachys Wine Auctions is not responsible for any acts or omissions of any shipper, including, without limitation, any packing, shipping or delivery of purchased lots.

# Temperature Controlled Trucking Rates

**ZONE 1**
CT, DC, DE, MD, MA*, NJ, NY**, PA, Northern VA

**ZONE 2**
AZ, CA, GA, IL, IN, KY, MN, MO, NC,NM, OH, SC, TN, TX***, Southern VA, WI, WV

**ZONE 3**
AL, FL, LA, ME, MS, NH, NV

**ZONE 4**
AR, CO,IA, KS, NE, NV, OK, UT, VT

**ZONE 5**
ID, MT, ND, OR, SD, WA, WY

*525.00 surcharge on Marthas Vineyard, Nantucket and Northern Cape Cod.

** Upstate NY rates vary. Please inquire.

*** $925.00 surcharge on Southern Texas (other than Houston).

Additional charges may apply to out of the way areas (in all states).

*Please note minimum includes up to 39 cases*

|  | MINIMUM CHARGE | UP TO 39 CASES | 40 – 99 CASES | 100+ CASES |
|---|---|---|---|---|
| Zone 1 | $650 | $21.50/cs | $18.40/cs | $15.35/cs |
| Zone 2 | $745 | $25.00/cs | $21.85/cs | $18.80/cs |
| Zone 3 | $960 | $33.00/cs | $29.15/cs | $25.30/cs |
| Zone 4 | $1265 | $34.50/cs | $30.70/cs | $26.85/cs |
| Zone 5 | $2110 | $36.00/cs | $32.25/cs | $28.40/cs |

Surcharges may occur for some areas in certain states. Please inquire.

# Collection & Delivery Form

## Payment

You are expected to pay for your purchases within fourteen calendar days of the date of sale, unless other arrangements have been made prior to the sale. Purchases which have not been paid in full within this time period will be assessed a late charge of 1 1/2% per month thereafter. Payment must be made to Zachys Wine Auctions by credit card, check, cash, money order or bank wire transfer. Shipping or delivery information must be supplied to Zachys Wine Auctions in order to receive a final invoice which includes sales tax. The use of this form, faxed or mailed to Zachys Wine Auctions will expedite the process. Once payment is settled, Zachys Wine Auctions will be able to release wine to the successful bidder. To avoid delays, prospective Buyers are encouraged to supply bank or other suitable references before the auction.

**Please remit checks to:**
**Zachys Wine Auctions, Inc., 16 East Parkway, Scarsdale, NY 10583**

**Checks should be payable to: Zachys Wine Auctions**
**Credit card purchases may not exceed $20,000. Amounts exceeding $20,000 may be paid by check or wire transfer.**

_____
**Today's Date**

_____
**Invoice Number**

_____
**Name/Client Number**

_____
**Attention**

_____
**Delivery Address**

_____
**Delivery Address**

_____
**Daytime Telephone**

_____
**Lots Purchased**

_____
**Special Instructions**

_____

## Delivery

To expedite the delivery of your wine, please supply the following information as soon as possible after the auction. A lot can be delivered to one address only.

## Type of Delivery

*Please allow at least 48 hours for delivery instructions to be processed.*
❑ Manhattan or Westchester New York Delivery (local)
❑ Common Carrier Ground Service
❑ Second Day air service
❑ Next day air service
❑ Fully licensed temperature controlled trucking (allow 3 weeks)
❑ Customer Pickup at Zachys Auctions warehouse, White Plains
❑ Customer Pickup at Zachys Wine and Liquor, Scarsdale

Please indicate pickup date (allow at least 48 hours):_____

## Delivery Instructions

❑ Transfer to New York Fine Wine Storage account
❑ Call prior to deliveries (local deliveries only)
❑ Special instructions

❑ **Ship Original Wooden Cases If Available\***
   $10 per case. (*cases will be shipped automatically unless you request that we do not ship your original wooden cases)
❑ **Please do not ship owc**

Payment for purchases
❑ Check            ❑ Money Order         ❑ Wire Transfer
❑ Visa             ❑ MasterCard          ❑ American Express

_____
**Credit Card Number                    Expiration Date**

_____
**Card Member Signature**

Payment for shipping    ❑ Same as above
❑ Check            ❑ Money Order         ❑ Wire Transfer
❑ Visa             ❑ MasterCard          ❑ American Express

_____
**Credit Card Number                    Expiration Date**

_____
**Card Member Signature**

**Fax Collection & Delivery Form to 914.472.6390.**
For further information or collection and delivery assistance, please call 914.723.0241 or email auction@zachys.com.

# Catalog Subscription Order Form

Access to some of the world's most wonderful wine cellars, these indispensable guides to forthcoming auctions will be mailed to you as soon as available. Catalogs are generally mailed two weeks prior to the auction.

### Please reply to

Zachys Wine Auctions Catalogs
39 Westmoreland Avenue
White Plains, New York 10606
Phone: 914.448.3026, Fax: 914.206.4544
Email: auction@zachys.com

❑ Annual Subscription $160, International $220
Approximately nine annual auctions in New York and Los Angeles

Single Catalog ❑ $30, ❑ $40 International

### The Deluxe Auction Package

You can now purchase the Deluxe Auction Package, which includes six lunches at DANIEL and catalogs for one year. $250 (a $460 value). Please call 914.448.3026 for details.



The Zachys Auction Catalog
New York and Los Angeles

### Send Catalogs To

**Name**

**Address**

**Address**

**City**                               **State**                **Zip**

**Daytime Telephone Number**           **Fax**

**Email Address**

**Method of payment**     ❑ Visa        ❑ MasterCard        ❑ American Express

**Card Member Name**

**Credit Card Number**                 **Expiration Date**

**Card Member Signature**

**Billing Address, if different from above**

**Address**

**City**                               **State**                **Zip**

# Bidder Pre-Registration Form

**Paddle Number:** _____
*To be filled in by Zachys Wine Auctions*

If you plan to attend the auction, please fill out this form and fax it to 914.472.6390 at least two business days prior to the first session of the auction.

**Sale 0510NY**                    **October 28 & 29, 2005**

## Invoice Information

_____
**Name (as it will appear on the invoice)**

_____
**Street Address**              **City**        **State**    **Zip Code**    **Country**

_____
**Daytime Telephone**           **Fax Number**               **Email address**

**Please Note:** Invoice details cannot be changed once registered.

**Trade:** Invoice Name and Address must agree with your state or local sales tax exemption certificate and liquor license.

I agree that I will bid subject to, and hereby agree to be bound by, the Conditions of Sale printed in the catalog for this sale. I further agree that I will not bid, either on my behalf or in my capacity as agent for another, on any lot consigned by me for sale by Zachys Wine Auctions.

_____
**Signature**                                    **Date**

_____
**Agent's Name & Address**

_____
**Daytime Telephone**                            **Fax Number**

I agree to Terms & Conditions of Sale. _____
                              **Signature (required)**              **Date**

## Shipping Address
❑ Same as invoice address      ❑ Address if different from above

_____
**Name (as it will appear on the invoice)**

_____
**Street Address**              **City**        **State**    **Zip Code**    **Country**

_____
**Daytime Telephone**           **Fax Number**               **Email address**

## Credit Information
❑ Driver's License   ❑ Visa   ❑ MC   ❑ Amex   ❑ Social Security   ❑ Passport   ❑ Other _____

_____
**Number**                          **Expiration Date**

_____
**Bank Name**                       **Contact**              **Branch**

_____
**Account Number**                  **Telephone**

Approximately how high a credit authorization do you want for this sale? $_____

*Your credit card will automatically be charged for auction purchases if payment is not received within fourteen days after the auction. Credit card purchases are limited to $20,000. Amounts in excess of $20,000 may be paid by check or wire transfer.*

❑  I authorize the above bank to release account information to ZWA.

_____
**Signature (required)**                         **Date**

# Absentee Bid Form

PADDLE NUMBER: _____
*To be filled in by Zachys Wine Auctions*

**FAX BIDS BY WEDNESDAY, OCTOBER 26**
914.206.4544

**SALE TITLE**
The Fall Auction
Over 17,000 Bottles of Greatness

**DATE**
Friday, October 28, 2005 at 9:30am
Saturday, October 29, 2005 at 9:30am

**SALE NUMBER**
0510NY

**SALE ADDRESS**
DANIEL, 60 East 65th Street, NYC

Zachys Wine Auctions is requested to bid on the following lots up to the price stated. All lots are to be purchased at the lowest possible price, subject to other absentee bids and competitive bidding of those in attendance. I understand that if my bid is successful, the purchase price payable will be the sum of the final bid, and a Buyer's Premium of **18%** of the final bid, together with any state, local or compensating use tax due thereon.

All bids shall be treated as offers made on the terms of the Conditions of Sale found in this catalog.

In the event of duplicate bids, the earliest bid takes priority. Telephoned bids are not recommended and cannot be accepted the days of the sales. **Telephone bids are not accepted on any lots below $2,000.**

Payment for lots purchased by successful bids must be forwarded immediately upon receipt of invoice. Payments not received within fourteen days after the auction will be subject to a 1.5% per month late charge.

All charges are subject to acceptance by Zachys Wine Auctions and the applicable credit card company. Zachys Wine Auctions will accept Visa, MasterCard and American Express. In the event a charge is not approved, Buyers nevertheless remain liable for all amounts owed. Credit card purchases may not exceed **$20,000.**

**BIDS MUST BE RECEIVED NO LATER THAN 5PM WEDNESDAY, OCTOBER 26.**
Bids will be confirmed by fax and must be received no later than 5pm, Wednesday, October 26. If you do not receive confirmation, please call 914.448.3026.

**Zachys Wine Auctions offers this service without charge and with the understanding that any failure to execute bids or any mistake in so doing cannot be the responsibility of Zachys Wine Auctions or its staff.**

**INVOICE INFORMATION**

| BILLING NAME (INVOICE DETAILS CANNOT BE CHANGED AFTER THE SALE) | CLIENT NUMBER |
|---|---|

**ADDRESS**

**ADDRESS**

| CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|

| DAYTIME PHONE | FAX (FOR BID CONFIRMATION) |
|---|---|

| EVENING OR MOBILE PHONE | EMAIL ADDRESS |
|---|---|

**SIGNATURE (REQUIRED)** I agree to the Terms & Conditions of Sale

**SHIPPING INFORMATION**
❏ Same as invoice address    ❏ Address if different from above

**NAME**

**ADDRESS**

| CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|

| DAYTIME TELEPHONE | FAX NUMBER | EMAIL ADDRESS |
|---|---|---|

*Auction purchases will not automatically be shipped following the sale.* Please fill out and fax the Collection & Delivery form with complete payment and shipment instructions, or contact Zachys Auctions at 914.448.3026.

To be sure that bids will be accepted and delivery of lots not delayed, bidders are required to supply a bank reference.

**NAME OF BANK(S)**

**ACCOUNT NUMBER(S)**

| NAME OF ACCOUNT OFFICER(S) | BANK TELEPHONE NUMBER |
|---|---|

| CREDIT CARD NUMBER & EXPIRATION DATE | ❏ Visa | ❏ MasterCard | ❏ American Express |
|---|---|---|---|

*Your credit card will automatically be charged for auction purchases if payment is not received within fourteen days after the auction. Credit card purchases are limited to $20,000. Amounts in excess of $20,000 may be paid by check or wire transfer.*

| SIGNATURE (REQUIRED) | DATE |
|---|---|

# NAME (REQUIRED)

PAGE      OF

**PLEASE PRINT CLEARLY IN BLOCK LETTERS AND PLACE BIDS IN SEQUENTIAL ORDER.**

Please use the bid increments provided below. Any bids placed out of the increment will be rounded down to the next increment.
*Use middle column only when placing bids for parcel lots. Please visit zachys.com to see any addenda to the catalog.

| Lot # | # OF LOTS REQUIRED * (PARCEL LOTS ONLY) | MAXIMUM BID IN $ PER LOT AS CATALOGED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Lot # | # OF LOTS REQUIRED * (PARCEL LOTS ONLY) | MAXIMUM BID IN $ PER LOT AS CATALOGED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Lot # | # OF LOTS REQUIRED * (PARCEL LOTS ONLY) | MAXIMUM BID IN $ PER LOT AS CATALOGED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## BID INCREMENTS

The auctioneer retains the right to call bids at his own discretion but the following give Buyers an indication of the bid steps used in the auction and required for all absentee bids.

| | |
|---|---|
| Up to $200 | by 10's |
| $200-300 | by 20's |
| $300-500 | by 20-50-80 |
| $500-1,000 | by 50's |
| $1,000-2,000 | by 100's |
| $2,000-3,000 | by 200's |
| $3,000-5,000 | by 200-500-800 |
| $5,000-10,000 | by 500's |
| $10,000-20,000 | by 1000's |
| $20,000-above | by 2000's |

*Please refer to Buying and Bidding Information for an explanation of Parcel Lots.

# Index By Region & Bottle Size

## Alsace Half-Bottle (375ml)

1995 Tokay Pinot Gris Clos Jebsal Selection Grains Nobles Zind-Humbrecht
.................................................................................(849)

## Alsace 750ml

1981 Riesling Clos St Hune Trimbach ....................................................825
1983 Riesling Clos St Hune Trimbach ..............................................(846)
     Riesling Clos St Hune Vendange Tardive Trimbach ................... 826, 827
1985 Riesling Clos St Hune Trimbach ..............................................(846)
1988 Riesling Clos St Hune Trimbach .............................828, 829, 830, 831
1989 Gewurztraminer Goldert Vendange Tardive Zind-Humbrecht ......... (847)
     Riesling Brand Vendange Tardive Zind Humbrecht ...................... (847)
     Riesling Clos St Hune Vendange Tardive Trimbach ...... 832, 833, 834, 835
     Tokay Pinot Gris Clos St Urbain Rangen de Thann Zind Humbrecht .. (847)
     Tokay Pinot Gris Hugel Selection de Grains Nobles Hugel .............. 824
1990 Riesling Clos St Hune Trimbach .............................. 836, 837, 838, 839
1991 Tokay Pinot Gris Clos Jebsal Selection Grains Nobles Zind Humbrecht
     .................................................................................(849)
1993 Riesling Clos St Hune Trimbach .................................................. 840
1994 Pinot Gris Clos Windsbuhl Vendanges Tardive Zind Humbrecht...... (847)
     Tokay Pinot Gris Clos Jebsal Selection Grains Nobles Zind Humbrecht ...
     .................................................................................(849)
     Tokay Pinot Gris Clos St Urbain Rangen de Thann Vendanges Tardive
     Zind-Humbrecht .................................................................(847)
1995 Gewurztraminer Herrenweg Turckheim Vendange Tardive
     Zind Humbrecht .................................................................(848)
     Riesling Clos St Hune Trimbach ..............................................(846)
1996 Riesling Clos St Hune Trimbach ...........................................842, 843
     Tokay Pinot Gris Clos Jebsal Selection de Grains Nobles
     Zind Humbrecht .................................................................(849)
1997 Riesling Clos St Urbain Rangen de Thann Zind Humbrecht ...........(848)
     Tokay Pinot Gris Clos Jebsal Selection de Grains Nobles
     Zind Humbrecht .................................................................(849)
     Tokay Pinot Gris Clos St Urbain Rangen de Thann Zind-Humbrecht .. (847)
1998 Riesling Clos St. Hune Trimbach......................................... 844, 845

## Alsace Double Magnum (3L)

1993 Riesling Clos St Hune Trimbach ....................................................841

## Australia Red 750ml

1995 Greenock Creek Roennfeldt Road Shiraz ..................................... 1188
1996 Burge Draycott Reserve Shiraz.......................................... 1178, 1180
     Torbreck Run Rig ..........................................................(1194)
1997 Torbreck Run Rig ................................................... 1190, 1191
1998 Burge Draycott Reserve Shiraz...........................................1179, 1181
     Clarendon Hills Astralis ....................................................1183
     Fox Creek Reserve Shiraz .............................................1186, 1187
     Kay Brothers Block 6 Shiraz .........................................1192, 1193
     Torbreck Run Rig .............................................................1189
     Veritas Hanisch Vineyard Shiraz................................................ 1195

1999 Torbreck Run Rig ................................................................(1194)
2001 Clarendon Hills Astralis ........................................................ 1184
2002 Clarendon Hills Astralis ........................................................ 1185

## Australia Red Magnum (1.5L)

1998 Burge Draycott Reserve Shiraz................................................... 1182

## Austria Half-Bottles (375ml)

1995 Grand Cuvee Trockenbeerenauslese No. 12 Kracher ...................... (855)
1998 Chardonnay Trockenbeerenauslese Nouvelle Vague No. 13 Kracher ... 850
     Chardonnay Trockenbeerenauslese Nouvelle Vague No. 9 Kracher..........
     .........................................................................851, (855)
     Chardonnay Trockenbeerenauslese Nouvelle Vague No. 9 Kracher.....854,
(855)
     Chardonnay/Welschriesling Trockenbeerenauslese Nouvelle Vague
     No. 7 Kracher ...................................................................(855)
     Grand Cuvee Trockenbeerenauslese Nouvelle Vague No. 10 Kracher .......
     .........................................................................852, (855)
     Muscat Ottonel Trockenbeerenauslese Zwischen den Seen No. 5
     Kracher ..........................................................................853
     Scheurebe Trockenbeerenauslese Zwischen den Seen No. 12 Kracher.. (856)
     Scheurebe Trockenbeerenauslese Zwischen den Seen No. 3 Kracher ... (856)

## Bordeaux Red 750ml

1805 Chateau Lafite ......................................................................379
1811 Chateau Lafite Rothschild.......................................................380
1832 Chateau Lafite Rothschild.......................................................381
1864 Chateau Lafite Rothschild................................................ 382, 383
     Chateau Latour .......................................................... 400, 401
1865 Chateau Lafite Rothschild....................................................... 384
     Chateau Latour .............................................................. 402
1870 Chateau Lafite Rothschild................................386, 387, 388
     Chateau Latour .......................................................... 403, 404
1874 Chateau Lafite Rothschild.......................................................391
1875 Chateau Latour .................................................................. 405
1893 Chateau Margaux ............................................................... 428
1896 Chateau Mouton Rothschild.................................................431
1899 Chateau Latour .................................................................. 406
1900 Chateau Latour .................................................................. 407
1921 Chateau Mouton Rothschild.................................................432
1928 Chateau Ausone .................................................................356
     Chateau Beychevelle.............................................................452
     Chateau Brane Cantenac .................................................... 454
     Chateau Cheval Blanc ......................................................... 360
     Chateau Cos d'Estournel................................................. 459, 460
     Chateau Gruaud Larose ....................................................... 463
     Chateau Latour .......................................................... 408, 409
     Chateau Mouton Rothschild..................................................433
1945 Chateau Haut Brion ..................................................... 371, 372
     Chateau Lafite Rothschild......................................................393
     Chateau Latour .......................................................... 411, 412

Chateau Mouton Rothschild .......................................... 434, 435, 436
Chateau Trotanoy ................................................................. 527
1947 Chateau Cheval Blanc ..................................... 361, 362, 363
Chateau Lafleur ..................................................................... 484
Chateau L'Eglise Clinet ........................................................ 513
1947 Chateau Vieux Chateau Certan .............................. 533, 534
1949 Chateau Cantemerle ......................................................... 456
Chateau Cheval Blanc ................................................. 367, 368
Chateau Cos d'Estournel .................................................... 461
Chateau La Conseillante ..................................................... 466
Chateau Lafite Rothschild .................................................. 396
Chateau Latour ............................................... 415, 416, 417
1950 Chateau Cheval Blanc ..................................................... 369
Chateau La Fleur Petrus ..................................................... 468
Chateau Lafleur ........................................................ 490, 491
1953 Chateau Cos d'Estournel ................................................ 462
Chateau Latour ...................................................................... 418
Chateau Margaux ................................................................ 429
1955 Chateau Haut Brion ................................................. 373, 374
Chateau La Mission Haut Brion ......................................... 473
Chateau Lafite Rothschild .................................................. 398
Chateau Latour a Pomerol .................................................. 500
1959 Chateau Haut Brion .......................................................... 375
Chateau La Mission Haut Brion ................................. 474, 475
Chateau Latour ............................................... 419, 420, 421
Chateau Montrose ................................................................ 522
Chateau Mouton Rothschild ........................................ 438, 439
1961 Chateau Beychevelle ........................................................ 453
Chateau Calon Segur ........................................................... 455
Chateau Gruaud Larose ...................................................... 465
Chateau Haut Brion .................................................... 377, 378
Chateau La Mission Haut Brion ................................. 477, 478
Chateau Latour ............................................ 423, 424, 425, 426
Chateau Latour a Pomerol .......................... 502, 503, 504
Chateau L'Evangile ............................................................... 518
Chateau Lynch Bages ........................................................... 521
Chateau Margaux ................................................................ 430
Chateau Mouton Rothschild .............................................. 442
Chateau Palmer ............................................ 523, 524, 525, 526
Chateau Petrus ..................................................................... 451
Chateau Trotanoy ........................................ 528, 529, 530
Chateau Vieux Chateau Certan .......................................... 535
1964 Chateau Ausone ................................................................ 232
Chateau Petrus ..................................................................... 346
Domaine de Chevalier ........................................................... 47
1966 Chateau Palmer ...................................................... 158, 159
1970 Chateau Latour ......................................................... 288, 289, 290
Chateau Palmer .................................................................... 160
Chateau Petrus ..................................................................... 347
1971 Chateau Petrus ................................................................. (348)
1975 Chateau Haut Brion ....................................................... (247)
Chateau La Mission Haut Brion ........................................... 76
Chateau Trotanoy ................................................................ 221
1976 Chateau Lafite Rothschild .............................................. 267
1982 Chateau Certan de May ..................................................... 27
Chateau Cheval Blanc ......................................................... 234
Chateau Gruaud Larose ........................................................ 59
Chateau La Mission Haut Brion ................................... 79, 80
Chateau Lafite Rothschild ................................................. 269
Chateau Latour ..................................................................... 293
Chateau Leoville Las Cases ................................................ 120

Chateau Leoville Poyferre ..................................... 128, 129
Chateau L'Evangile .............................................................. 134
Chateau Lynch Bages ......................................................... (147)
Chateau Margaux ................................................................ 311
Chateau Mouton Rothschild ....................................... 327, 328, 329
1982 Chateau Pichon Longueville Comtesse de Lalande ................... 193, 194
1983 Chateau Cheval Blanc ..................................................... 236
Chateau Lafleur ...................................................................... 96
Chateau Margaux ........................................................ 312, 313
Chateau Palmer ............................................... (161), 162, 163
Chateau Petrus ................................................................... (348)
Chateau Pichon Longueville Comtesse de Lalande ....................... 195
Le Pin .................................................................................... 107
1985 Chateau Cheval Blanc ..................................................... 237
Chateau L'Eglise Clinet ...................................................... 112
Chateau L'Evangile .............................................................. 135
Chateau Lynch Bages ......................................................... (147)
Chateau Petrus .................................................................... 349
1986 Chateau Lafite Rothschild ....................................... 270, 271
Chateau Leoville Las Cases ................................................ 122
Chateau Mouton Rothschild ...................................... 331, 332
1988 Chateau Lafleur ................................................................. 97
1989 Chateau Clinet ........................................................... 29, 30
Chateau Cos d'Estournel ...................................................... 42
Chateau Haut Brion ................................................. 248, 249, 250
Chateau La Mission Haut Brion ..................................... 82, 83
Chateau Lafleur .................................................................... 98
Chateau Lynch Bages .......................................................... 143
Chateau Palmer ................................................................... 165
Chateau Petrus .................................................................... 350
1990 Chateau Beausejour Duffau Lagarrosse ......... 10, 11, 12, 13, 14, 15, 16, 17
Chateau Cheval Blanc .................................................. 238, 239
Chateau Cos d'Estournel ...................................................... 43
Chateau Grand Puy Lacoste ................................................ 56
Chateau Haut Brion ................................................. 252, 253
Chateau Latour ............................................................ 294, 295
Chateau L'Evangile .............................................................. 136
Chateau Lynch Bages ......................................................... (147)
Chateau Margaux ........................................................ 315, 316
Chateau Montrose ....................................................... 155, 156
Chateau Petrus .................................................................... 353
Chateau Pichon Longueville Baron ................................... 190
Chateau Tertre Roteboeuf ......................................... 211, 212
Chateau Troplong Mondot .......................................... 217, 218
1995 Chateau Cheval Blanc ..................................................... 240
Chateau Clerc Milon ............................................................ 28
Chateau Clinet ............................................................... 32, 33
Chateau Cos d'Estournel ...................................................... 44
Chateau Ducru Beaucaillou .................................................. 48
Chateau Grand Puy Ducasse ................................................ 55
Chateau Grand Puy Lacoste ............................................... (58)
Chateau Haut Brion ................................................. 254, 255, 256
Chateau Lafite Rothschild ......................................... 273, 274
Chateau Lafleur ............................................................ 99, 100
Chateau Latour ............................................................ 297, 298, 299
Chateau L'Eglise Clinet ...................................................... 113
Chateau Leoville Las Cases ................................................ 123
Chateau L'Evangile ..................................................... 137, 138
Chateau Lynch Bages ......................................................... (147)
Chateau Margaux ........................................................ 317, 318
Chateau Mouton Rothschild ...................................... 333, 334, 335

Chateau Petrus ........................................................ 354
Chateau Pichon Longueville Comtesse de Lalande .......196, 197, 198, 199
Chateau Pontet Canet.............................................. 204
Le Pin .................................................................. 108
1996 Chateau Cheval Blanc .........................................241
1996 Chateau Cos d'Estournel ...................................... 45
Chateau Ducru Beaucaillou.......................................49
Chateau Grand Puy Lacoste...................................... 57
Chateau Haut Brion.................................................258
Chateau Lafite Rothschild............................ 275, 276, 277
Chateau Latour ........................................ 302, 303, 304
Chateau Leoville Las Cases ........................ 124, 125, 126
Chateau Margaux ..................................... 320, 321, 322
Chateau Mouton Rothschild........................ 336, 337
Chateau Palmer.......................................................166
Chateau Petrus........................................................ 355
Chateau Pichon Longueville Comtesse de Lalande ......................... 200
La Mondotte ......................................................... 87
1998 Chateau Angelus.................................................6
Chateau Cheval Blanc ............................... 242, 243
Chateau Haut Brion.................................260, 261, 262
Chateau La Fleur de Gay ........................... 70, 71
Chateau La Gomerie ............................................... 73
Chateau La Mission Haut Brion ............................85, 86
Chateau Lafite Rothschild.........................279, 280, 281
Chateau Latour ..................................................... 306
Chateau L'Eglise Clinet ............................................114
Chateau L'Evangile ..................................................139
Chateau Margaux....................................................324
Chateau Mouton Rothschild........................ 339, 340, 341
Chateau Pavie ..................................... 172, 173
Chateau Pavie Macquin ......................... 179, 180
Chateau Peby Faugeres ...........................................187
Chateau Quinault L'Enclos.......................................207
Chateau Tertre Roteboeuf ......................... 213, 214, 215
Chateau Trotanoy....................................222, 223
Clos L'Eglise ....................................................... 39
La Mondotte .....................................................88, 89, 90
Vieux Chateau Certan ......................... 225, 226, 227
1999 Chateau Ausone.................................................233
Chateau Cheval Blanc ............................. 244, 245, 246
Chateau Haut Brion ............................................ 264
Chateau La Conseillante ......................................... 65
Chateau Lafite Rothschild.........................................283
Chateau Latour.......................................................307
Chateau L'Evangile ..................................................141
Chateau Mouton Rothschild......................................343
Chateau Pavie ......................................174, 175, 176
Chateau Pavie Macquin ...............181, 182, 183, 184
Clos L'Eglise..........................................................40
La Mondotte ......................................... 92, 93, 94, 95
2000 Chateau Angelus.............................................7, 8
Chateau Beau Sejour Becot.......................................9
Chateau Beausejour Duffau Lagarrosse.......................(231)
Chateau Bellevue .................................. 22, 23, (231)
Chateau Branon .................................24, (231)
Chateau Canon La Gaffeliere .............25, 26, (231)
Chateau Certan De May...........................................(231)
Chateau Clinet......................................34, (231)
Chateau Clos de l'Oratoire .................35, 36, (231)
Chateau Clos Dubreuil..............................37, 38, (231)

Chateau Croix de Labrie ...............................46, (231)
Chateau Ducru Beaucaillou ..............50, 51, (231)
Chateau Figeac...................................52, (231)
Chateau Gracia ..............................53, 54, (231)
Chateau Gruaud Larose ...................60, 61, (231)
2000 Chateau Haut Bergey............................62, 63, (231)
Chateau Haut Brion.............................................(231)
Chateau Hosanna ...............................64, (231)
Chateau La Conseillante ....................66, 67, 68, (231)
Chateau La Gomerie ....................74, 75, (231)
Chateau Lafite Rothschild......................................(231)
Chateau Lafleur.....................................................103
Chateau Latour ...........................(231), 265, 308
Chateau Le Bon Pasteur ..................104, 105, 106, (231)
Chateau Le Moulin................................................(231)
Chateau Le Plus De La Fleur de Bouard ............ 110, 111, (231)
Chateau L'Eglise Clinet ...................... 116, (231)
Chateau Leoville Barton ..................117, 118, (231)
Chateau Leoville Las Cases .................127, (231)
Chateau Leoville Poyferre .................. 130, 131, (231)
Chateau Les Carmes Haut Brion.................. 132, 133, (231)
Chateau L'Evangile ............................ 142, (231)
Chateau Lynch Bages ........................ 144, 145, (231)
Chateau Lynsolence ....................... 148, 149, (231)
Chateau Margaux .......................... (231), 325
Chateau Marojallia ........................150, 151, (231)
Chateau Monbousquet ................... 152, 153, (231)
Chateau Montrose............................157, (231)
Chateau Mouton Rothschild......................(231), 344
Chateau Palmer ...............................167, 168, (231)
Chateau Pape Clement ......................169, 170, 171, (231)
Chateau Pavie ...............................177, (231)
Chateau Pavie Decesse ..........................................178
Chateau Pavie Macquin ...................185, 186, (231)
Chateau Peby Faugeres ....................188, 189, (231)
Chateau Pichon Longueville Baron .............. 191, 192, (231)
Chateau Pichon Longueville Comtesse de Lalande .......... 201, 202, (231)
Chateau Pontet Canet.....................205, 206, (231)
Chateau Quinault L'Enclos....................208, 209, (231)
Chateau Rauzan Segla ......................... 210, (231)
Chateau Tertre Roteboeuf ......................... 216, (231)
Chateau Troplong Mondot .........................219, 220, (231)
Chateau Trotanoy.....................................................224
Clos L'Eglise............................................41, (231)
Vieux Chateau Certan ....................... 228, 229, 230, (231)

## BORDEAUX RED MAGNUMS (1.5L)

1865 Chateau Lafite Rothschild.............................................385
1870 Chateau Lafite Rothschild...................................389, 390
1875 Chateau Lafite Rothschild.............................................392
1921 Chateau Cheval Blanc ........................... 357, 358, 359
Chateau L'Eglise Clinet .................................. 510, 511, 512
Chateau Lafleur ................................................ 479, 480
Chateau Petrus ...................................... 443, 444
1928 Chateau Petrus ............................................... 445, 446
Chateau Vieux Chateau Certan ...................................531, 532
1929 Chateau Latour ................................................. 410
Chateau Petrus .................................................. 447
1945 Chateau Clinet.....................................................457

Chateau Gruaud Larose .......................................................... 464
Chateau La Mission Haut Brion ...................... 469, 470, 471
Chateau Lafite Rothschild......................................394, 395
Chateau Lafleur .............................................481, 482, 483
Chateau Latour ......................................................413, 414
1947 Chateau Cheval Blanc ............................... 364, 365, 366
Chateau Clinet................................................................458
Chateau Lafleur ...........................................485, 486, 487
Chateau Latour a Pomerol ...................................498, 499
Chateau L'Eglise Clinet ...............................514, 515, 516
Chateau Mouton Rothschild......................................437
1949 Chateau La Conseillante ....................................... 467
Chateau Lafleur ................................................488, 489
1950 Chateau Cheval Blanc .............................................370
Chateau Lafleur ...........................................492, 493, 494
Chateau Le Gay ..............................................508, 509
Chateau L'Eglise Clinet ...........................................517
Chateau Petrus ..........................................448, 449, 450
1953 Chateau Lafite Rothschild.....................................397
1955 Chateau La Mission Haut Brion ...........................472
Chateau Latour a Pomerol ................................... 501
1959 Chateau Haut Brion ................................................376
Chateau La Mission Haut Brion ............................ 476
Chateau Lafite Rothschild .................................. 399
Chateau Latour .........................................................422
Chateau Mouton Rothschild ..................... 440, 441
1961 Chateau Lafleur ...........................................495, 496, 497
Chateau Latour...........................................................427
Chateau Latour a Pomerol ...........................505, 506, 507
Chateau L'Evangile .......................................519, 520
1966 Chateau Latour ..................................285, 286, 287
Chateau Margaux.......................................................310
1970 Chateau Latour ................................... 291, 292
Chateau Palmer ...............................................(161)
1975 Chateau Haut Brion ........................................ (247)
Chateau La Mission Haut Brion ...........................77, 78
1982 Chateau Cheval Blanc ....................................235
Chateau La Mission Haut Brion ............................ 81
Chateau Lafite Rothschild.....................................268
Chateau Leoville Las Cases ................................ 121
Chateau Mouton Rothschild ........................... 330
1983 Chateau Palmer.................................................164
1986 Chateau Lafite Rothschild...................................272
Chateau Margaux.......................................................314
1989 Chateau Clinet ................................................... 31
Chateau Haut Brion ...............................................251
Chateau La Mission Haut Brion ...........................84
Chateau Petrus .................................................351, 352
1990 Chateau Beausejour Duffau Lagarrosse.................. 18, 19
Chateau Latour.........................................................296
1995 Chateau Angelus ......................................................5
Chateau Grand Puy Lacoste.................................(58)
Chateau Haut Brion ...............................................257
Chateau Lafleur .............................................101, 102
Chateau Latour ................................... 300, 301
Chateau Le Pin ................................................. 109
Chateau Margaux.......................................................319
1996 Chateau Lafite Rothschild...................................278
Chateau Latour ................................................... 305
Chateau Margaux......................................................323
Chateau Mouton Rothschild...............................338

1998 Chateau Haut Brion................................................263
Chateau La Fleur de Gay ....................................... 72
Chateau Lafite Rothschild......................................282
Chateau L'Eglise Clinet ....................................... 115
Chateau L'Evangile .................................. 140
Chateau Mouton Rothschild...............................342
La Mondotte ............................................................. 91
2000 Chateau Haut Brion................................................266
Chateau La Conseillante ..................................... 69
Chateau Lafite Rothschild.................................... 284
Chateau Latour ..................................... 309
Chateau Leoville Barton ...............................119
Chateau Lynch Bages ...................................146
Chateau Margaux.....................................................326
Chateau Monbousquet ...................................154
Chateau Mouton Rothschild ........................... 345
Chateau Pichon Longueville Comtesse de Lalande ......................... 203

## BORDEAUX RED DOUBLE MAGNUM (3L)

1996 Chateau Haut Brion...................................................259

## BORDEAUX RED JEROBOAM (5L)

1990 Chateau Beausejour Duffau Lagarrosse...................................... 20, 21

## BORDEAUX SWEET WHITE HALF-BOTTLES (375ml)

1986 Chateau d'Yquem .....................................................567
1988 Chateau d'Yquem ..................................................... 569
1989 Chateau d'Yquem ....................................................(571)
Chateau de Fargues ............................................(582)
1990 Chateau d'Yquem ..................................................... 572
1995 Chateau d'Yquem .....................................................576
1997 Chateau d'Yquem ..................................................... 577

## BORDEAUX SWEET WHITE 750ml

1811 Chateau d'Yquem .....................................................536
1862 Chateau d'Yquem .....................................................537
1865 Chateau d'Yquem ............................................ 538, 539
1870 Chateau d'Yquem .................................................... 540
1871 Chateau d'Yquem .....................................................541
1893 Chateau d'Arche Creme de Tete ...............................................579
Chateau d'Yquem .....................................................542
1900 Chateau d'Yquem ............................................ 543, 544, 545
1921 Chateau d'Yquem ................................... 546, 547, 548, 549, 550, 551
1928 Chateau d'Yquem .....................................................552
1929 Chateau d'Yquem .....................................................553
1939 Chateau d'Yquem .................................................... 554
1943 Chateau d'Yquem .....................................................555
1947 Chateau d'Yquem .....................................................556
1949 Chateau d'Yquem ............................................ 557, 558
1955 Chateau d'Yquem .....................................................559
1959 Chateau d'Yquem .................................................... 560
1961 Chateau Gilette Creme de Tete ..............................................(583)
1967 Chateau d'Yquem ............................................ 561, 562
Chateau de Fargues ...............................................581
Chateau Gilette Creme de Tete ..............................................(583)

1975 Chateau d'Yquem ........................................................ 564
        Chateau de Fargues ............................................... (582)
1976 Chateau d'Yquem ........................................................565
        Chateau Gilette Creme de Tete .............................. (583)
1983 Chateau d'Yquem ........................................................ 566
1986 Chateau d'Yquem ........................................................ 568
1988 Chateau Coutet Cuvee Madame ............................... 580
        Chateau Rieussec ...................................................... 584
        Chateau d'Yquem ........................................................ 570
1989 Chateau d'Yquem ......................................................(571)
1990 Chateau d'Yquem ........................................................573
        Chateau de Fargues ............................................... (582)
1994 Chateau d'Yquem ........................................................575
1997 Chateau d'Yquem ........................................................578

## Bordeaux Sweet White Magnum (1.5L)

1971 Chateau d'Yquem ........................................................563

## Bordeaux Sweet White Double Magnum (3L)

1990 Chateau d'Yquem ........................................................574

## Burgundy Red 750ml

1900 Chambolle Musigny Les Amoureuses Seguin Manuel ..................... 1619
1900 Romanee St. Vivant Seguin Manuel ...................................... 1620
1918 Musigny Seguin Manuel ................................................... 1621
1919 Musigny Vieilles Vignes Comte Georges de Vogue........................1864
1923 Chambertin Rousseau ..................................................... 1942
1929 Chambertin Rousseau ..................................................... 1943
        Grands Echezeaux Seguin Manuel ....................................... 1624
        Les Gaudichots Domaine de la Romanee Conti ...........1522, 1523, 1524
        Musigny Seguin Manuel ........................................1625, 1626, 1627
        Musigny Vieilles Vignes Comte Georges de Vogue........................ 1865
        Richebourg Domaine de la Romanee Conti ................................ 1563
        Romanee Conti Domaine de la Romanee Conti ........................... 1492
1934 Bonnes Mares Seguin Manuel ............................................. 1628
        Chambertin Armand Rousseau ...........................................1944
        Chambolle Musigny Les Amoureuses Seguin Manuel ..................... 1629
        Grands Echezeaux Seguin Manuel .......................................1630
        Musigny Vieilles Vignes Comte Georges de Vogue........................1866
1937 Chambertin Clos de Beze Leroy.............................................1986
        Clos des Lambrays Domaine des Lambrays .......................... 1930, 1931
        Romanee St Vivant Leroy.................................................2059
1938 La Tache Domaine de la Romanee Conti ................................... 1525
1942 La Tache Domaine de la Romanee Conti ................................... 1526
1943 La Tache Domaine de la Romanee Conti ...................................1527
        Richebourg Domaine de la Romanee Conti ................................1564
1945 Clos des Lambrays Domaine des Lambrays ......... 1932, 1933, 1934, 1935
        Griotte Chambertin Seguin Manuel ...............................1631, 1632
        Musigny Vieilles Vignes Comte Georges de Vogue......................... 1867
        Romanee Conti Domaine de la Romanee Conti ........................... 1493
1947 Charmes Chambertin Seguin Manuel ...................................... 1633
        La Tache Domaine de la Romanee Conti ................................... 1528
        Musigny Vieilles Vignes Comte Georges de Vogue.................1869, 1870
        Richebourg Domaine de la Romanee Conti ................................ 1565
        Romanee St Vivant Leroy............................................. 2060, 2061
1949 Bonnes Mares Leroy ....................................................... 1985

        Chambertin Clos de Beze Seguin Manuel ........................... 1634, 1635
        Chambertin Leroy ........................................................1988
        Chambolle Musigny Les Amoureuses Seguin Manuel .................... 1636
        Clos St Denis Seguin Manuel .....................................1637, 1638, 1639
        Mazis Chambertin Seguin Manuel ..........................1640, 1641, 1642
        Musigny Leroy.......................................................2036, 2037
        Musigny Seguin Manuel .........................................1643, 1644, 1645
        Musigny Vieilles Vignes Comte Georges de Vogue.................1873, 1874
        Richebourg Domaine de la Romanee Conti ................................ 1567
        Richebourg Leroy....................................................2047, 2048
1953 La  Romanee Leroy ......................................................... 2019
        Musigny Leroy............................................................2038
1955 Chambolle Musigny Les Amoureuses Seguin Manuel ....................1646
        Musigny Roumier ........................................................ 1672
        Romanee St. Vivant Seguin Manuel ......................................1647
1957 La Tache Domaine de la Romanee-Conti .................................. 1529
1959 Bonnes Mares Comte Georges de Vogue ..................................1860
        Chambertin Clos de Beze Leroy............................................ 1987
        Charmes Chambertin A Rousseau .......................................1968
        La Tache Domaine de la Romanee Conti ........................... 1530, 1531
        Mazis Chambertin Leroy..................................................2033
        Musigny Leroy ....................................................... 2039, 2040
        Musigny Vieilles Vignes Comte Georges de Vogue.................1876, 1877
        Richebourg Domaine de la Romanee Conti ................................ 1568
        Richebourg Henri Jayer ........................................... 1707, 1708
        Romanee Conti Domaine de la Romanee Conti ...................1495, 1496
        Ruchottes Chambertin Leroy.........................................2079, 2080
1961 La Tache Domaine de la Romanee Conti ................................... 1532
        Mazis Chambertin Armand Rousseau .....................................1970
        Musigny Vieilles Vignes Comte Georges de Vogue........................ 1879
        Romanee Conti Domaine de la Romanee Conti ........................... 1497
1962 Echezeaux Domaine de la Romanee Conti..................................1599
        Grands Echezeaux Leroy..................................................2017
        Musigny Roumier ........................................................ 1673
        Musigny Vieilles Vignes Comte Georges De Vogue .......................1880
        Romanee Conti Domaine de la Romanee Conti ........................... 1498
1964 Griotte Chambertin Leroy..................................................2018
        La Tache Domaine de la Romanee Conti ................................... 1534
        Musigny Vieilles Vignes Comte Georges de Vogue ....................... 1881
        Richebourg Domaine de la Romanee Conti ................................ 1570
1966 Grands Echezeaux Domaine de la Romanee Conti ...................... 1588
        La Tache Domaine de la Romanee Conti ................................... 1536
        Musigny Vieilles Vignes Comte Georges de Vogue........................1882
        Richebourg Domaine de la Romanee Conti ................................1571
1969 Bonnes Mares Georges Roumier ..........................................1648
        Echezeaux Domaine de la Romanee Conti................................. 1600
        Echezeaux Leroy.........................................................2016
        Gevrey Chambertin Clos St Jacques A Rousseau ......................... 1973
        Grands Echezeaux Domaine de la Romanee Conti ...................... 1589
        Musigny Vieilles Vignes Comte Georges de Vogue........................1883
        Richebourg Domaine de la Romanee Conti ................................1572
        Romanee Conti Domaine de la Romanee Conti ........................... 1501
1970 Clos de Vougeot G Roumier...............................................1705
        Romanee Conti Domaine de la Romanee Conti ........................... 1502
1971 Bonnes Mares Roumier....................................................1649, 1650
        Clos de Vougeot G Roumier...............................................1671
        Echezeaux Domaine de la Romanee Conti.................................1601
        Grands Echezeaux Domaine de la Romanee Conti ...................... 1590
        La Tache Domaine de la Romanee Conti .................................. 1537
        Musigny Vieilles Vignes Comte Georges de Vogue........................1884
        Romanee Conti Domaine de la Romanee Conti ........................... 1503

Romanee St Vivant Domaine de la Romanee Conti ........................1604
1972  Chambertin Clos de Beze Rousseau ............................................1956
      La Tache Domaine de la Romanee Conti ................................ 1539
      Romanee Conti Domaine de la Romanee Conti ...........................1504
1976  Bonnes Mares Roumier.......................................................... 1651
      Musigny Roumier .................................................... 1674, 1675
      Musigny Vieilles Vignes Comte Georges de Vogue......................(1898)
      Vosne Romanee Henri Jayer ................................................ 1836
      Vosne Romanee Les Beaumonts Henri Jayer ............................... 1841
1978  Bonnes Mares Roumier.......................................................... 1652
      Echezeaux Henri Jayer ....................................................... 1730
      Gevrey Chambertin Clos St Jacques A Rousseau .......................... 1974
      La Tache Domaine de la Romanee Conti ................................ 1540
      Nuits St. Georges Les Meurgers Henri Jayer ............................... 1854
      Richebourg Henri Jayer ...................................................1710, 1711, 1712
      Romanee Conti Domaine de la Romanee Conti ..................1505, 1506
      Romanee St Vivant Domaine de la Romanee Conti ........................1606
      Vosne Romanee Cros Parantoux Henri Jayer..............................1781
1979  Echezeaux Henri Jayer ....................................................... 1731
      Vosne Romanee Cros Parantoux Henri Jayer............................... 1783
1980  Grands Echezeaux Domaine de la Romanee Conti ....................... 1591
      Richebourg Domaine de la Romanee Conti ............................... 1573
      Romanee Conti Domaine de la Romanee Conti ...........................1509
      Romanee St Vivant Domaine de la Romanee Conti ....................... 1607
      Vosne Romanee Cros Parantoux Henri Jayer............................... 1784
1982  Echezeaux Henri Jayer ....................................................... 1733
      Nuits St. Georges Les Meurgers Henri Jayer ............................... 1856
      Richebourg Domaine de la Romanee Conti .............................. (1617)
      Richebourg Henri Jayer ...................................................... 1715
      Vosne Romanee Cros Parantoux Henri Jayer .............................. 1785
1983  Chambolle Musigny Les Amoureuses G Roumier ......................(1706)
      Richebourg Henri Jayer ...................................................... 1716
      Vosne Romanee Cros Parantoux Henri Jayer............................... 1786
      Vosne Romanee Les Brulees Henri Jayer .................................... 1850
1984  Bonnes Mares Roumier..........................................................(1706)
      Echezeaux Henri Jayer ....................................................... 1734
      Nuits St. Georges Les Meurgers Henri Jayer ............................... 1857
      Richebourg Henri Jayer ...................................................... 1717
      Vosne Romanee Les Brulees Henri Jayer .................................... 1851
1985  Bonnes Mares Roumier.......................................................... 1653
      Chambertin Clos de Beze Rousseau.......................................... 1957
      Chambertin Rousseau ......................................................... 1945
      Chambolle Musigny Les Amoureuses Roumier.............................1700
      Charmes Chambertin Armand Rousseau.................................... 1969
      Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ..........2173
      Clos de Vougeot Meo-Camuzet ............................................. 2101
      Echezeaux Domaine de la Romanee Conti................................ (1617)
      Echezeaux Henri Jayer ....................................................... 1735
      Echezeaux Henri Jayer for George Jayer ............................ 1748, 1749
      Mazis Chambertin Armand Rousseau........................................1971
      Mazis Chambertin Hospices de Beaune Cuvee Madelaine Collignon
      Leroy ........................................................................ 2035
      Mazis Chambertin Leroy......................................................2034
      Musigny Roumier ....................................................1676, 1677
      Richebourg Meo-Camuzet..................................................... 2107
      Ruchottes Chambertin Clos des Ruchottes Armand Rousseau ......... 1972
      Vosne Romanee Cros Parantoux Henri Jayer............................... 1787
      Vosne Romanee Cros Parantoux Meo-Camuzet............................ 2119
      Vosne Romanee Les Beaux Monts Henri Jayer ............................ 1842
1986  Bonnes Mares Roumier.......................................................... 1654
      La Tache Domaine de la Romanee Conti .................................. (1617)

Musigny Vieilles Vignes JF Mugnier ........................................ 2194
Richebourg Domaine de la Romanee Conti .............................. (1617)
Richebourg Henri Jayer ......................................................1718
Romanee Conti Domaine de la Romanee Conti ........................... 1510
Vosne Romanee Cros Parantoux Henri Jayer...................... 1790, 1791
1987  Echezeaux Henri Jayer for G Jayer ......................................... 1750
      Richebourg Henri Jayer ......................................................1722
      Vosne Romanee Cros Parantoux Henri Jayer ............................. 1793
      Vosne Romanee Les Beaux Monts Henri Jayer ........................... 1843
1988  Bonnes Mares Roumier.......................................................... 1655
      Chambertin Clos de Beze Rousseau.......................................... 1958
      Chambertin Leroy ............................................................. 1989
      Echezeaux Emmanuel Rouget ................................................ 2158
      Echezeaux Henri Jayer ........................................................1737
      Echezeaux Henri Jayer for G Jayer ................................1751, 1752
      Musigny Roumier ....................................................1678, 1679
      Musigny Vieilles Vignes Comte Georges de Vogue....................... 1886
      Richebourg Domaine de la Romanee Conti ............................... 1574
      Romanee Conti Domaine de la Romanee Conti ...........................1511
      Ruchottes Chambertin Roumier .............................................(1706)
      Vosne Romanee Les Beaux Monts Henri Jayer ............................1844
1989  Chambertin Clos de Beze Rousseau.......................................... 1959
      Echezeaux Emmanuel Rouget ................................................ 2159
      Echezeaux Henri Jayer for Georges Jayer ..........................1753, 1754
      Gevrey Chambertin Clos St Jacques Rousseau ............................ 1975
      Musigny Roumier .............................................................1680
      Musigny Vieilles Vignes Comte Georges de Vogue....................... 1887
      Nuits St Georges Henri Jayer................................................. 1852
      Ruchottes Chambertin C Roumier .......................................... 1691
      Vosne Romanee Cros Parantoux Henri Jayer............................... 1795
1990  Bonnes Mares Comte Georges de Vogue .................................... 1861
      Bonnes Mares Louis Jadot.................................................... 2238
      Bonnes Mares Roumier........................................................ 1658
      Chambertin Clos de Beze Armand Rousseau ...............................1960
      Chambertin Leroy .....................................................1990, 1991
      Chambertin Rousseau ........................................................ 1947
      Chambolle Musigny Les Amoureuses Comte Georges de Vogue .....(1898)
      Charmes Chambertin Bernard Dugat-Py.................................... 2138
      Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ..........2175
      Echezeaux Henri Jayer ................................................1740, 1741
      Echezeaux Henri Jayer for George Jayer ...........................1755, 1756
      Echezeaux Rouget ......................................................2160, 2161
      La Tache Domaine de la Romanee Conti ................................. 1543
      Latricieres Chambertin Leroy ................................................2020
      Musigny Louis Jadot .......................................................... 2244
      Musigny Vieilles Vignes Comte Georges de Vogue....................... 1888
      Richebourg Meo-Camuzet..................................................... 2108
      Romanee Conti Domaine de la Romanee Conti ...........................1513
      Romanee St Vivant Domaine de la Romanee Conti ..................... 1608
      Ruchottes Chambertin Roumier .....................................1693, 1694
      Vosne Romanee Aux Brulees Meo-Camuzet ............................... 2128
      Vosne Romanee Cros Parantoux Henri Jayer........................1796, 1797
      Vosne Romanee Cros Parantoux Meo-Camuzet.......2120, 2121, 2122, 2123
      Vosne Romanee Les Beaumonts Emmanuel Rouget...................... 2170
1991  Chambertin A Rousseau.......................................................(1981)
      Chambertin Clos de Beze Rousseau.........................................(1981)
      Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ..........2176
      Echezeaux Henri Jayer for Georges Jayer ...........................1757, 1758
      La Tache Domaine de la Romanee Conti ................................. 1545
      Vosne Romanee Cros Parantoux Henri Jayer......................1801, 1802
      Vosne Romanee Cros Parantoux Meo-Camuzet............................ 2124

Vosne Romanee Les Beaumonts Henri Jayer ................................. 1845

1993 Bonnes Mares d'Auvenay ........................................................ 2090
Bonnes Mares Roumier................................................................ 1659
Chambertin Clos de Beze Robert Groffier................................... (2236)
Chambertin Clos de Beze Rousseau.............................................. 1961
Chambertin Leroy ...................................................................... 1992
Chambolle Musigny Les Amoureuses G Roumier ........................... 1701
Charmes Chambertin Claude Dugat .................................. 1899, 1900
Charmes Chambertin Cuvee Tres Vieilles Vignes Jospeh Roty .........2177
Charmes Chambertin Dugat-Py .................................................. 2139
Clos de la Roche Leroy .............................................................. 2001
Echezeaux Emmanuel Rouget ..................................................... 2162
Echezeaux Henri Jayer ............................................................... 1745
Echezeaux Henri Jayer for G Jayer .............................................. 1759
Gevrey Chambertin Clos St Jacques Armand Rousseau ................... 1976
Gevrey Chambertin Lavaux St Jacques Claude Dugat ...................... 1925
Gevrey Chambertin Premier Cru Claude Dugat........................... (1928)
Griotte Chambertin C Dugat ...................................................... 1915
Mazis Chambertin Laurent ....................................................... (2258)
Musigny Jacques Frederic Mugnier .............................................. 2196
Musigny Leroy .......................................................................... 2041
Musigny Louis Jadot ................................................................. 2245
Musigny Vieilles Vignes Comte Georges de Vogue.......................... 1889
Richebourg Meo-Camuzet ......................................................... 2109
Romanee St Vivant Domaine de la Romanee Conti ........... 1609, (1618)
Ruchottes Chambertin Laurent ................................................ (2258)
Ruchottes Chambertin Roumier ................................................. 1696
Vosne Romanee Henri Jayer .............................................. 1838, 1839
Vosne Romanee Les Beaumonts Henri Jayer ......................... 1846, 1847

1995 Assortiment Case Domaine de la Romanee Conti ................. 1615, 1616
Bonnes Mares Dujac .................................................................. 2204
Chambertin Leroy ..................................................................... 1993
Chambertin Rousseau ...................................................... 1948, (1982)
Charmes Chambertin Claude Dugat .................................. 1901, (1927)
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty .. 2179, 2180
Charmes Chambertin Dugat-Py .................................................. 2140
Clos de la Roche Leroy .............................................................. 2002
Clos St Denis Dujac ................................................................ (2230)
Echezeaux Dujac ...................................................................... 2223
Echezeaux Henri Jayer ...................................................... 1746, 1747
Echezeaux Henri Jayer for G Jayer ............................ 1760, 1761, 1762, 1763
Echezeaux Rouget ..................................................................... 2163
Gevrey Chambertin Lavaux St Jacques Claude Dugat.................. (1929)
Grands Echezeaux Domaine de la Romanee Conti ........................ 1594
Griotte Chambertin Claude Dugat ............................................. 1916
Latricieres Chambertin Leroy ................................................. (2032)
Mazis Chambertin d'Auvenay ..................................................... 2091
Mazis Chambertin Dugat-Py ...................................................... 2150
Musigny JF Mugnier .................................................................. 2197
Musigny Leroy .......................................................................... 2042
Musigny Vieilles Vignes Cuvee Comte Georges de Vogue.............. (1898)
Richebourg Domaine de la Romanee Conti .......................... 1575, 1576
Richebourg Leroy ..................................................................... 2049
Richebourg Meo-Camuzet ......................................................... 2111
Romanee Conti Domaine de la Romanee Conti ........................... 1516
Romanee St Vivant Domaine de la Romanee Conti ....................... 1610
Romanee St Vivant Leroy .................................................. 2062, 2063
Vosne Romanee Cros Parantoux Henri Jayer ........................................
................................................1805, 1806, 1807, 1808, 1809, 1810, (1835)
Vosne Romanee Henri Jayer ...................................................... 1840
Vosne Romanee Les Beaumonts Dujac.......................................... 2229

Vosne Romanee Les Beaumonts Henri Jayer ......................... 1848, 1849
Vosne Romanee Les Brulees Leroy .............................................. 2086

1996 Bonnes Mares Dominique Laurent .......................................... (2248)
Bonnes Mares Louis Jadot ................................................. 2239, (2247)
Bonnes Mares Robert Groffier .................................................... 2231
Bonnes Mares Roumier................................................................ 1660
Chambertin Clos de Beze Dominique Laurent ............................. 2250
Chambertin Clos de Beze Louis Jadot ........................................ 2240
Chambertin Clos de Beze Rousseau.............................................. 1962
Chambertin Rousseau ........................................................ 1949, 1950
Chambolle Musigny Premier Cru Comte Georges de Vogue............ (1898)
Charmes Chambertin Claude Dugat .............................................. 1902
Charmes Chambertin Dominique Laurent ................................... (2259)
Charmes Chambertin Dugat-Py .................................................. 2141
Charmes Chambertin Roumier .................................................... 1670
Clos de Vougeot Meo-Camuzet .................................................... 2102
Corton Renardes Leroy ........................................................... (2089)
Echezeaux Domaine de la Romanee Conti.................................... 1602
Echezeaux Dominique Laurent .................................................. (2260)
Echezeaux Emmanuel Rouget ............................................. 2164, 2165
Echezeaux Henri Jayer for G Jayer ....................................... 1764, 1765
Gevrey Chambertin Claude Dugat.............................................. (1928)
Gevrey Chambertin Evocelles Dominique Laurent ...................... (2262)
Gevrey Chambertin Lavaux St Jacques Claude Dugat.................... 1926
Gevrey Chambertin Lavaux St Jacques Dominique Laurent............ (2262)
Gevrey Chambertin Lavaux St Jacques Dugat-Py .......................... 2149
Gevrey Chambertin Les Combottes Dominique Laurent .............. (2262)
Gevrey Chambertin Poissenot Dominique Laurent...................... (2262)
Grands Echezeaux Dominique Laurent ....................................... 2251
Griotte Chambertin Claude Dugat.............................................. 1917
Griottes Chambertin Joseph Roty ............................................... 2191
La Tache Domaine de la Romanee Conti ...................................... 1547
Latricieres Chambertin Dominique Laurent ............................... 2254
Latricieres Chambertin Leroy ................................... 2021, 2022, 2023
Mazis Chambertin d'Auvenay....................................... 2092, 2093
Mazis Chambertin Dominique Laurent ....................................... 2255
Mazis Chambertin Dugat-Py ...................................................... 2151
Morey St Denis Dominique Laurent .......................................... (2262)
Musigny JF Mugnier ................................................................. 2198
Musigny Leroy .......................................................................... 2043
Musigny Vieilles Vignes Comte Georges de Vogue........................ 1890
Nuits St Georges Aux Boudots Meo-Camuzet............................... 2106
Richebourg Domaine de la Romanee Conti .................................. 1577
Romanee Conti Domaine de la Romanee Conti ............................ 1517
Romanee St Vivant Domaine de la Romanee Conti ....................... 1611
Romanee St Vivant Dominique Laurent ...................................... (2259)
Romanee St Vivant Leroy................................................ 2064, 2065, 2066
Ruchottes Chambertin Bonnefond............................................. 1697
Ruchottes Chambertin Roumier ................................................. 1698
Vosne Romanee Chante Perdrix Dominique Laurent ................... (2262)
Vosne Romanee Croix Blanche Dominique Laurent ..................... (2262)
Vosne Romanee Cros Parantoux Henri Jayer .. 1813, 1814, 1815, 1816, (1835)
Vosne Romanee Cuvee Royale Dominique Laurent....................... (2262)
Vosne Romanee Les Brulees Meo Camuzet ................................... 2129
Vosne Romanee Malconsort Dominique Laurent ........................ (2262)

1997 Bonnes Mares Comte Georges de Vogue ................................... (1898)
Bonnes Mares Dujac .................................................................. 2205
Bonnes Mares R Groffier........................................................ (2236)
Bonnes Mares Roumier............................................................... 1662
Chambertin Clos de Beze Rousseau........................ 1963, 1964, (1983)
Chambertin Dugat-Py............................................................. (2156)

Chambertin Leroy ..............................................................1994, 1995
Chambertin Rousseau ................................................1951, (1983)
Chapelle Chambertin Claude Dugat ........................................(1927)
Charmes Chambertin Claude Dugat .........................................1903
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ...2181, 2182
Charmes Chambertin Dugat-Py ...............................................(2157)
Clos St Denis Dujac ...............................................................(2218)
Echezeaux Dujac ...................................................................2224
Echezeaux Emmanuel Rouget ........................................2166, 2167
Echezeaux Henri Jayer for G Jayer ......................1766, 1767, 1768, 1769
Gevrey Chambertin Claude Dugat........................................(1928)
Gevrey Chambertin Clos St Jacques Armand Rousseau................(1982)
Gevrey Chambertin Coeur de Roi Dugat-Py ..............................(2157)
Gevrey Chambertin Lavaux Claude Dugat.................(1929)
Gevrey Chambertin Lavaux St Jacques Dugat-Py .......................(2157)
Gevrey Chambertin Premier Cru Claude Dugat.........................(1928)
Grands Echezeaux Domaine de la Romanee Conti .......................1595
Griotte Chambertin Claude Dugat ..........................................(1927)
La Tache Domaine de la Romanee Conti .............................1549, 1550
Latricieres Chambertin Leroy ............................................2024, 2025
Mazis Chambertin d'Avenay....................................................2094
Mazis Chambertin Dugat-Py ..................................................(2157)
Musigny JF Mugnier ............................................................. 2199
Musigny Leroy......................................................................2044
Musigny Roumier .........................................................1682, 1683
Musigny Vieilles Vignes Comte Georges de Vogue.....................(1898)
Richebourg Domaine de la Romanee Conti .........................1579, 1580
Richebourg Leroy .........................................................2050, 2051
Richebourg Meo-Camuzet......................................................2112
Romanee Conti Domaine de la Romanee Conti ........................... 1518
Romanee St Vivant Domaine de la Romanee Conti ...................... 1613
Romanee St Vivant Leroy.................................................2067, 2068
Vosne Romanee Cros Parantoux Henri Jayer...............1824, 1825, (1835)
Vosne Romanee Cros Parantoux Reserve Henri Jayer.........................
     ..............................................................1820, 1821, 1822, 1823
Vosne Romanee Cros Parentoux Meo-Camuzet.........................(2133)
1998 Bonnes Mares Comte Georges de Vogue ................................... 1862
Bonnes Mares R Groffier......................................................(2236)
Chambertin Clos de Beze Robert Groffier.................................(2236)
Chambertin Clos de Beze Rousseau........................................(1984)
Chambertin Dugat-Py.................................................2134, (2156)
Chambertin Leroy .......................................................1996, 1997
Chambertin Rousseau .........................................................(1984)
Chambolle Musigny Les Amoureuses G Roumier ...........................1702
Charmes Chambertin Claude Dugat ...............1904, 1905, 1906, 1907
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ..............
     ..............................................................2183, 2184, 2185
Charmes Chambertin Dugat-Py ...............................................2142
Clos de la Roche Dominique Laurent.......................................(2261)
Clos de la Roche Dujac .........................................................2214
Clos de la Roche Leroy ...........................................2003, 2004, 2005
Clos de Vougeot Leroy..........................................................2011
Clos Vougeot Meo-Camuzet...................................................2103
Echezeaux Dominique Laurent...............................................(2260)
Echezeaux Dujac ..................................................................2225
Echezeaux Henri Jayer for G Jayer ......................1770, 1771, 1772, 1773
Gevrey Chambertin Lavaux St Jacques Claude Dugat.................(1929)
Grands Echezeaux Domaine de la Romanee Conti .......................1596
Grands Echezeaux Dominique Laurent ....................................(2261)
Griotte Chambertin C Dugat ...........................................1918, 1919
Griottes Chambertin Joseph Roty.............................................2192

La Tache Domaine de la Romanee Conti ..............1551, 1552, 1553, 1554
Latricieres Chambertin Leroy ........................ 2026, 2027, 2028, (2032)
Mazi Chambertin Dugat-Py ............................................2152, (2157)
Mazis Chambertin d'Auvenay....................................2095, 2096, 2097
Mazis Chambertin Dominique Laurent ....................................(2261)
Musigny JF Mugnier .............................................................2200
Musigny Roumier ........................................................1684, 1685, 1686
Musigny Vieilles Vignes Comte Georges de Vogue........................ 1891
Nuits St Georges Aux Boudots Leroy........................................2081
Richebourg Domaine de la Romanee Conti .................1581, 1582, 1583
Richebourg Leroy .......................................................2052, 2053, 2054
Richebourg Meo-Camuzet......................................................2113
Romanee St Vivant Domaine de la Romanee Conti ....................(1618)
Romanee St Vivant Leroy................................2069, 2070, 2071, (2078)
Volnay Santenots Leroy........................................................(2089)
Vosne Romanee Cros Parantoux Henri Jayer.................................
     ..................................1826, 1827, 1828, 1829, 1830, 1831, (1835)
Vosne Romanee Cros Parantoux Meo-Camuzet..........................(2133)
Vosne Romanee Les Beaux Monts Leroy ....................................2083
Vosne Romanee Les Brulees Leroy ...........................................2087
1999 Bonnes Mares Comte Georges de Vogue ................................... 1863
Bonnes Mares Dominique Laurent...........................................2249
Bonnes Mares Dujac ...........................................................2206
Bonnes Mares Louis Jadot.................................................(2247)
Bonnes Mares R Groffier......................................................(2237)
Bonnes Mares Roumier..................................................1663, 1664
Chambertin Armand Rousseau ...............................................1952
Chambertin Clos de Beze Louis Jadot................................2241, 2242
Chambertin Clos de Beze Robert Groffier.................2232, 2233, 2234
Chambertin Clos de Beze Rousseau.........................................1965
Chambertin Dugat-Py............................................................2135
Chambolle Musigny Les Amoureuses R Groffier..................2235, (2237)
Charmes Chambertin Claude Dugat .............1908, 1909, 1910, 1911
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty .. 2186, 2187
Charmes Chambertin Dugat-Py ................................2143, 2144, 2145
Charmes Chambertin Dujac...................................................2211
Clos de la Roche Dujac..........................................................2219
Clos de la Roche Leroy .................................................2006, 2007
Clos de Vougeot Leroy..................................2012, 2013, 2014
Clos des Lambrays Domaine des Lambrays ........................1940, 1941
Clos St Denis Dujac ............................................................2219
Clos Vougeot Meo-Camuzet...................................................2104
Echezeaux Domaine de la Romanee Conti................................1603
Echezeaux Dujac .................................................................2226
Echezeaux Emmanuel Rouget ........................................2168, 2169
Echezeaux Henri Jayer for Georges Jayer .............................1774, 1775
Echezeaux Les Rouges du Bas Meo-Camuzet .............................2105
Gevrey Chambertin Claude Dugat............................................1924
Gevrey Chambertin Clos St Jacques A Rousseau ......................... 1977
Grands Echezeaux Domaine de la Romanee Conti ....................... 1597
Grands Echezeaux Dominique Laurent ....................2252, 2253, (2261)
Griotte Chambertin Claude Dugat......................1920, 1921, 1922
La Tache Domaine de la Romanee Conti ................................... 1556
Latricieres Chambertin Leroy .........................................2029, 2030
Mazi Chambertin Dugat-Py ...................................................2153
Mazis Chambertin Cuvee "A" Dominique Laurent.........................2256
Mazis Chambertin d'Auvenay.................................................2098
Musigny JF Mugnier .............................................................2201
Musigny Roumier ..........................................................1687, 1688, 1689
Musigny Vieilles Vignes Comte Georges de Vogue................1892, 1893
Nuits St Georges Aux Boudots Leroy........................................2082

Richebourg Dominique Laurent ................................................ 2257
Richebourg Leroy ...................................................... 2055, 2056
Richebourg Meo-Camuzet ............................................. 2114, 2115
Romanee Conti Domaine de la Romanee Conti ............. 1519, 1520, 1521
Romanee St Vivant Leroy ........................................ 2072, 2073, 2074
Romanee St Vivant Louis Jadot ............................................. 2246
Ruchottes Chambertin Roumier ........................................... 1699
Vosne Romanee Cros Parantoux Henri Jayer ...... 1832, 1833, 1834, (1835)
Vosne Romanee Cros Parantoux Meo-Camuzet ........................... 2125
Vosne Romanee Les Beaumonts Emmanuel Rouget ........................ 2171
Vosne Romanee Les Beaux Monts Leroy ........................... 2084, 2085
Vosne Romanee Les Brulees Leroy ....................................... 2088
Vosne Romanee Les Brulees Meo Camuzet ............................... 2130
2000 Bonnes Mares R Groffier ......................................... (2237)
Bonnes Mares Roumier .............................. 1665, 1666, 1667
Chambertin A Rousseau .............................................. 1953, 1954
Chambertin Dugat-Py .................................................... 2136
Chambertin Leroy ...................................................... 1998
Chambolle Musigny Amoureuses Roumier .......................... 1703, 1704
Charmes Chambertin Claude Dugat ........................... 1912, 1913, 1914
Charmes Chambertin Dugat-Py ...................................... 2146, (2157)
Charmes Chambertin Dujac .............................................. 2212
Clos de la Roche Dujac ................................................ (2230)
Clos de la Roche Leroy .......................................... 2008, 2009
Clos de Vougeot Domaine Leroy ......................................... 2015
Clos St Denis Dujac .................................................... 2220
Corton Renardes Domaine Leroy ...................................... (2089)
Echezeaux Dujac ....................................................... 2227
Echezeaux Henri Jayer for Georges Jayer ..................... 1776, 1777, 1778
Gevrey Chambertin Clos St Jacques A Rousseau .......................... 1978
Griotte Chambertin C Dugat ............................................ 1923
La Tache Domaine de la Romanee Conti ........................ 1558, 1559
Latricieres Chambertin Leroy ........................................... 2031
Mazis Chambertin d'Auvenay ...................................... 2099, 2100
Mazis Chambertin Dugat-Py ...................................... 2154, 2155
Musigny Leroy .......................................................... 2045
Musigny Roumier ...................................................... 1690
Richebourg Domaine de la Romanee Conti ....................... 1584, 1585
Richebourg Leroy ................................................ 2057, 2058
Richebourg Meo-Camuzet ............................................... 2116
Romanee St Vivant Domaine de la Romanee Conti .................... (1618)
Romanee St Vivant Domaine Leroy ................ 2075, 2076, (2078)
Vosne Romanee Cros Parantoux Meo-Camuzet .......................... 2126
2001 Bonnes Mares Dujac ....................................... 2207, 2208, 2209
Bonnes Mares Roumier ................................................. 1668
Chambertin Armand Rousseau ........................................ 1955
Chambertin Clos de Beze Rousseau ........................... 1966, 1967
Chambertin Dugat-Py ................................................... 2137
Chambertin Leroy .............................................. 1999, 2000
Chambolle Musigny Les Greunchers Dujac ............................ 2210
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ...............
.................................................................. 2188, 2189, 2190
Charmes Chambertin Dugat-Py ......................................... 2147
Charmes Chambertin Dujac .............................................. 2213
Clos de la Roche Dujac ......................................... 2216, 2217
Clos de la Roche Leroy ................................................ 2010
Clos St Denis Dujac .......................................... 2221, 2222
Echezeaux Dujac ....................................................... 2228
Echezeaux Henri Jayer for Georges Jayer ............................... 1779
Gevrey Chambertin Clos St Jacques A Rousseau .......................... 1979
Grands Echezeaux Domaine de la Romanee Conti ........................ 1598

La Tache Domaine de la Romanee Conti .................... 1560, 1561, 1562
Musigny JF Mugnier ................................................... 2203
Musigny Leroy ......................................................... 2046
Musigny Vieilles Vignes Comte Georges de Vogue .............. 1894, 1895
Richebourg Domaine de la Romanee Conti ....................... 1586, 1587
Richebourg Meo-Camuzet ............................................... 2117
Romanee St Vivant Domaine de la Romanee Conti ..................... 1614
Romanee St Vivant Leroy ............................................... 2077
Vosne Romanee Cros Parantoux Meo-Camuzet ........................... 2127
Vosne Romanee Les Brulees Meo Camuzet ............................... 2131
2002 Bonnes Mares Roumier ............................................. 1669
Chambolle Musigny Les Amoureuses JF Mugnier ....................... 2193
Charmes Chambertin Dugat-Py .......................................... 2148
Echezeaux Emmanuel Rouget For Georges Jayer ......................... 1780
Gevrey Chambertin Clos St Jacques A Rousseau ........................ 1980
Musigny Vieilles Vignes Comte Georges de Vogue .............. 1896, 1897
Richebourg Meo-Camuzet ............................................... 2118
Vosne Romanee Brulees Meo-Camuzet .................................. 2132

## Burgundy Red Magnums (1.5L)

1929 Chambertin Clos de Beze Seguin Manuel ..................... 1622, 1623
1945 Musigny Vieilles Vignes Comte Georges De Vogue ........................ 1868
1947 Clos des Lambrays Domaine des Lambrays ................... 1936, 1937, 1938
Musigny Vieilles Vignes Comte Georges de Vogue ............. 1871, 1872
Richebourg Domaine de la Romanee Conti ................................ 1566
1949 Clos des Lambrays Domaine des Lambrays ............................ 1939
Musigny Vieilles Vignes Comte Georges de Vogue ...................... 1875
1952 Romanee Conti Domaine de la Romanee Conti ........................... 1494
1959 Musigny Vieilles Vignes Comte Georges de Vogue ...................... 1878
1962 Romanee Conti Domaine de la Romanee Conti ........................... 1499
1964 La Tache Domaine de la Romanee Conti ................................. 1535
1966 Romanee Conti Domaine de la Romanee Conti ........................... 1500
1971 La Tache Domaine de la Romanee Conti ................................. 1538
Romanee St Vivant Domaine de la Romanee Conti ...................... 1605
1976 Echezeaux Henri Jayer ........................................ 1725, 1726, 1727
Nuits St. Georges Les Meurgers Henri Jayer ............................ 1853
Richebourg Henri Jayer ................................................ 1709
Vosne Romanee Henri Jayer ............................................ 1837
1978 Echezeaux Henri Jayer ............................................. 1728, 1729
La Tache Domaine de la Romanee Conti ................................. 1541
Nuits St. Georges Les Meurgers Henri Jayer ............................ 1855
Richebourg Henri Jayer ........................................... 1713, 1714
Romanee Conti Domaine de la Romanee Conti .................... 1507, 1508
Vosne Romanee Cros Parantoux Henri Jayer ............................ 1782
1980 Echezeaux Henri Jayer ............................................. 1732
1985 Chambertin Rousseau ................................................ 1946
Charmes Chambertin Cuvee Tres Vieilles Vignes Joseph Roty ......... 2174
Musigny Louis Jadot ................................................... 2243
Musigny Vieilles Vignes Comte Georges de Vogue ...................... 1885
Vosne Romanee Cros Parantoux Henri Jayer ...................... 1788, 1789
1986 Echezeaux Henri Jayer ............................................. 1736
Nuits St Georges Les Meurgers Henri Jayer ............................ 1858
Richebourg Henri Jayer ...................................... 1719, 1720, 1721
Vosne Romanee Cros Parantoux Henri Jayer ............................ 1792
1987 Nuits St. Georges Les Meurgers Henri Jayer ............................ 1859
Richebourg Henri Jayer ........................................... 1723, 1724
Vosne Romanee Cros Parantoux Henri Jayer ............................ 1794
1988 Bonnes Mares Roumier ............................................... 1656
Echezeaux Henri Jayer ............................................... 1738

1989 Bonnes Mares Roumier............................................ 1657
     Echezeaux Henri Jayer ........................................ 1739
     Grands Echezeaux Domaine de la Romanee Conti ...................... 1592
     La Tache Domaine de la Romanee Conti ................................... 1542
     Musigny JF Mugnier .................................................... 2195
     Musigny Roumier ...................................................... 1681
     Romanee Conti Domaine de la Romanee Conti ..........................1512
     Ruchottes Chambertin Roumier ................................. 1692
1990 Echezeaux Henri Jayer ..........................................1742, 1743, 1744
     Grands Echezeaux Domaine de la Romanee Conti ...................... 1593
     La Tache Domaine de la Romanee Conti ..................................1544
     Romanee Conti Domaine de la Romanee Conti .......................... 1514
     Ruchottes Chambertin Roumier ................................. 1695
     Vosne Romanee Cros Parantoux Henri Jayer...............1798, 1799, 1800
1991 La Tache Domaine de la Romanee Conti ...................................1546
1993 Charmes Chambertin Cuvee Tres Vieilles Vignes Jospeh Roty ......... 2178
     Echezeaux Emmanuel Rouget ............................................ (2172)
     Richebourg Meo-Camuzet................................................ 2110
     Vosne Romanee Cros Parantoux Henri Jayer........................1803, 1804
1995 Vosne Romanee Cros Parantoux Henri Jayer.........................1811, 1812
1996 Bonnes Mares Dominique Laurent...........................................(2248)
     Bonnes Mares Roumier................................................. 1661
     Echezeaux Emmanuel Rouget ............................................ (2172)
     Grands Echezeaux Dominique Laurent ...................................(2259)
     Richebourg Domaine de la Romanee Conti ............................. 1578
     Romanee St Vivant Domaine de la Romanee Conti ...................... 1612
     Vosne Romanee Cros Parantoux Henri Jayer................ 1817, 1818, 1819
1997 Clos St Denis Dujac .....................................................(2218)
1998 La Tache Domaine de la Romanee Conti ................................... 1555
1999 Echezeaux Emmanuel Rouget ............................................ (2172)
     La Tache Domaine de la Romanee Conti ................................... 1557
     Musigny JF Mugnier .................................................... 2202

## Burgundy Red Jeroboams (3L)

1962 La Tache Domaine de la Romanee Conti ................................... 1533
     Richebourg Domaine de la Romanee Conti ................................. 1569
1990 Romanee Conti Domaine de la Romanee Conti ........................... 1515
1996 La Tache Domaine de la Romanee Conti ................................... 1548

## Burgundy White 750ml

1949 Chevalier Montrachet Leroy ..............................................1410
1966 Montrachet Leroy .................................................... 1412
1969 Meursault Charmes Leroy ...............................................(1415)
     Meursault Perrieres Leroy .............................................(1415)
     Montrachet Leroy .................................................... 1413
     Montrachet Marquis de Laguiche J Drouhin .................................1311
1971 Batard Montrachet Ramonet............................................. 1427
     Montrachet Marquis de Laguiche J Drouhin .................................1312
1976 Meursault Perrieres Coche-Dury................................................ 1283
1978 Batard Montrachet Ramonet............................................. 1429
     Meursault Charmes Coche-Dury ........................................ 1269, 1270
     Meursault Perrieres Coche-Dury .................................... 1284, 1285
     Montrachet Leroy .................................................... 1414
     Montrachet Ramonet............................................ 1439, 1440, 1441
1981 Meursault Perrieres Coche-Dury................................................ 1286
1982 Montrachet Comtes Lafon ............................................. 1319
     Montrachet Ramonet.................................................. 1442
1983 Montrachet Comtes Lafon ............................................. 1320

     Montrachet Ramonet.................................................. 1444
1985 Batard Montrachet Domaine Leflaive........................................ 1393
     Batard Montrachet Ramonet............................................ 1430
     Chevalier Montrachet Domaine Leflaive ................................... 1379
     Meursault Charmes Comtes Lafon ........................................1337
     Meursault Perrieres Coche-Dury ......................................... 1287
     Meursault Perrieres Comtes Lafon ..................................... 1356
     Montrachet Comtes Lafon ..............................................1321
     Montrachet Ramonet.................................................. 1445
1986 Batard Montrachet Domaine Leflaive........................................ 1394
     Batard Montrachet Pernot.............................................. 1250
     Batard Montrachet Ramonet............................................ 1431
     Chevalier Montrachet Domaine Leflaive ................................... 1380
     Meursault Charmes Comtes Lafon ....................................... 1338
     Meursault Genevrieres Comtes Lafon ......................................(1368)
     Meursault Perrieres Comtes Lafon ..................................... 1357
     Meursault Perrieres Leroy .............................................(1415)
     Montrachet Comtes Lafon ..............................................1322
     Montrachet Ramonet.................................................. 1449
1988 Chevalier Montrachet Domaine Leflaive ................................... 1381
     Meursault Genevrieres Comtes Lafon ......................................(1368)
     Meursault Perrieres Coche-Dury ......................................... 1288
     Montrachet Comtes Lafon ............................................. 1323
     Montrachet Marquis de Laguiche J Drouhin .............................(1318)
1989 Bienvenues Batard Montrachet Pernot......................................(1252)
     Bienvenues Batard Montrachet Ramonet....................................... 1436
     Chevalier Montrachet Domaine Leflaive ................................... 1382
     Meursault Charmes Comtes Lafon ....................................... 1339
     Meursault Clos de la Barre Comtes Lafon.................................(1369)
     Meursault Desiree Comtes Lafon ..........................................(1370)
     Meursault Genevrieres Comtes Lafon ....................................1351
     Meursault Les Rougeots Coche-Dury ...........................................1273
     Meursault Perrieres Coche-Dury ......................................... 1289
     Montrachet Comtes Lafon ............................................. 1324
     Montrachet Louis Jadot................................................ 1230
     Montrachet Ramonet.................................................. 1453
1990 Batard Montrachet Ramonet............................................ 1432
     Bienvenues Batard Montrachet Ramonet.................................(1437)
     Chevalier Montrachet Domaine Leflaive ................................... 1383
     Chevalier Montrachet Niellon ........................................... 1419
     Corton Charlemagne Coche Dury ....................................... 1255
     Meursault Charmes Comtes Lafon .......................................1340
     Meursault Perrieres Coche-Dury ......................................... 1290
     Montrachet Marc Colin ................................................ 1214
     Montrachet P Morey................................................... 1247
     Montrachet Ramonet.................................................. 1457
1991 Batard Montrachet Niellon .............................................(1425)
     Chevalier Montrachet Domaine Leflaive .................................(1409)
     Chevalier Montrachet Niellon .........................................(1426)
     Corton Charlemagne Coche Dury ....................................... 1256
     Meursault Charmes Comtes Lafon .........................................(1371)
     Meursault Genevrieres Comtes Lafon ......................................(1368)
     Meursault Perrieres Coche-Dury ......................................... 1291
     Montrachet Comtes Lafon ............................................. 1325
1992 Batard Montrachet Domaine Leflaive........................................ 1395
     Batard Montrachet Ramonet............................................ 1433
     Bienvenues Batard Montrachet Ramonet.................................(1437)
     Chevalier Montrachet Michel Niellon......................................1420
     Chevalier Montrachet Sauzet............................................ 1478
     Corton Charlemagne Coche-Dury ..........................................1257
     Meursault Charmes Comtes Lafon ....................................... 1341

Meursault Desiree Comtes Lafon ...........................................(1370)
Meursault Genevrieres Comtes Lafon .......................................... 1352
Meursault Perrieres Comtes Lafon ............................................ 1358
Meursault Rougeots Coche-Dury ............................................... 1274
Montrachet Comtes Lafon ..................................................... 1326
Montrachet Domaine Leflaive..................................................1372
Montrachet Louis Jadot......................................................1231
Montrachet Marquis de Laguiche Joseph Drouhin .........................1313
Montrachet Ramonet..........................................................1458
Montrachet Sauzet........................................................... 1481
Montrachet Verget .......................................................... 1253

1993 Corton Charlemagne Coche-Dury .................................. 1258, 1259
Meursault Perrieres Coche-Dury .............................................. 1292
Montrachet Comtes Lafon .....................................................1327
Montrachet Domaine Leflaive.................................................1373

1994 Corton Charlemagne Coche-Dury ..................................... 1260, 1261
Montrachet Domaine Leflaive................................................. 1374

1995 Batard Montrachet Domaine Leflaive...................................... 1396
Batard Montrachet Niellon ..................................................(1425)
Batard Montrachet Sauzet ...................................................(1491)
Bienvenues Batard Montrachet Domaine Leflaive........................1403
Chevalier Montrachet Domaine Leflaive ...................................... 1384
Chevalier Montrachet Niellon ...............................................(1426)
Corton Charlemagne Coche Dury ............................................. 1262
Corton Charlemagne Roumier ................................................(1472)
Corton Charlemagne Verget .................................................. 1254
Meursault Chevaliers Coche Dury ............................................1271
Meursault Desiree Comtes Lafon ............................................(1370)
Meursault Goutte d'Or Comtes Lafon.........................................(1371)
Meursault Les Rougeots Coche-Dury ..........................................1275
Meursault Perrieres Coche-Dury .............................................. 1293
Meursault Perrieres Comtes Lafon ........................................... 1359
Montrachet Comtes Lafon ..................................................... 1328
Montrachet Domaine de la Romanee Conti ................................. 1310
Montrachet Domaine Leflaive................................................. 1375
Montrachet Marquis de Laguiche J Drouhin ............................... 1314
Montrachet Ramonet..........................................................1462
Montrachet Sauzet........................................................... 1482
Puligny Montrachet Enseigneres Coche-Dury .............................. 1297

1996 Batard Montrachet Chateau de Puligny Montrachet ............ 1211, (1212)
Batard Montrachet Colin-Deleger............................................. 1219
Batard Montrachet Domaine Leflaive ......................................... 1397
Batard Montrachet Hospice de Beaune Cuvee Dames de Flandres
Louis Latour............................................................... 1236
Batard Montrachet Ramonet ................................................. 1434
Batard Montrachet Sauzet ................................................... 1473
Bienvenues Batard Montrachet Domaine Leflaive............................1404
Chevalier Montrachet Chateau de Puligny Montrachet............... (1212)
Chevalier Montrachet Domaine Leflaive ............................. 1385, 1386
Chevalier Montrachet Les Demoiselles Louis Jadot .................... (1235)
Chevalier Montrachet Michel Niellon ........................................ 1421
Corton Charlemagne Coche Dury ............................................ 1263
Corton Charlemagne Roumier ................................................(1472)
Criots Batard Montrachet d'Auvenay..........................................1306
Criots Batard Montrachet Louis Jadot ......................................(1235)
Meursault Charmes Comtes Lafon ................................... 1342, 1343
Meursault Clos de la Barre Comtes Lafon........................... 1347, 1348
Meursault Les Rougeots Coche-Dury ..........................................1276
Meursault Perrieres Chateau de Puligny Montrachet................... (1212)
Meursault Perrieres Coche-Dury .............................................. 1294
Meursault Perrieres Comtes Lafon ..................................... 1360, 1361

Montrachet Chateau de Puligny Montrachet ............................. (1212)
Montrachet Comtes Lafon .................................................... 1329
Montrachet Domaine Leflaive................................................. 1376
Montrachet Louis Jadot......................................................1232
Montrachet Marquis de Laguiche J Drouhin ................................1315
Montrachet Sauzet .......................................................... 1483
Puligny Montrachet Chalumeaux Chateau de Puligny Montrachet.. (1213)
Puligny Montrachet Champs Gains Comtes Lafon ....................... 1365
Puligny Montrachet Enseigneres Coche-Dury ............................. 1298

1997 Batard Montrachet Domaine Leflaive................................... 1398
Batard Montrachet Ramonet.................................................(1435)
Bienvenues Batard Montrachet Domaine Leflaive......................1405
Chevalier Montrachet d'Auvenay............................................. 1303
Chevalier Montrachet Domaine Leflaive ................................. (1409)
Chevalier Montrachet La Cabotte Bouchard Pere et Fils ............... 1203
Chevalier Montrachet Michel Niellon ....................................... 1422
Chevalier Montrachet Sauzet................................................(1491)
Meursault Desiree Comtes Lafon ...........................................(1370)
Meursault Les Gouttes d'Or d'Auvenay ...................................... 1309
Montrachet Comtes Lafon .................................................... 1330
Montrachet Domaine Leflaive................................................1377
Montrachet Etienne Sauzet .................................................(1491)
Montrachet Marquis de Laguiche Joseph Drouhin ..................... (1318)
Montrachet Ramonet......................................................... 1465
Puligny Montrachet Champs Gains Comtes Lafon ..................... (1371)

1998 Corton Charlemagne Coche-Dury ..................................... 1264
Meursault Les Rougeots Coche-Dury ....................................... (1277)
Montrachet Ramonet......................................................... 1466
Puligny Montrachet Les Perrieres V Girardin ............................ (1213)

1999 Batard Montrachet d'Auvenay ......................................... 1302
Batard Montrachet Domaine Leflaive................................. 1399, 1400
Batard Montrachet Louis Latour .............................................1237
Batard Montrachet Niellon ................................................. 1416
Batard Montrachet Sauzet ................................................... 1474
Batard Montrachet Vincent Girardin.........................................1221
Bienvenue Batard Montrachet Chartron et Trebuchet ................. 1210
Bienvenues Batard Montrachet Domaine Leflaive................1406, 1407
Bienvenues Batard Montrachet Sauzet...................................(1491)
Chevalier Montrachet Colin Deleger........................................ 1218
Chevalier Montrachet d'Auvenay............................................. 1304
Chevalier Montrachet Domaine Leflaive ....................1387, 1388, 1389
Chevalier Montrachet Domaine Marc Morey................................ 1248
Chevalier Montrachet Henri Boillot..........................................1197
Chevalier Montrachet La Cabotte Bouchard Pere et Fils ............... 1204
Chevalier Montrachet Les Demoiselles Louis Jadot ....................... 1227
Chevalier Montrachet Les Demoiselles Louis Latour ...........................
....................................................1238, 1239, 1240, 1241, 1242
Chevalier Montrachet Michel Niellon .........................1423, (1426)
Chevalier Montrachet Ramonet ............................................. 1438
Chevalier Montrachet Sauzet................................................ 1479
Corton Charlemagne Coche-Dury ........................................... 1265
Corton Charlemagne Domaine Leroy........................................ 1411
Criots Batard Montrachet d'Auvenay........................................ 1307
Criots Batard Montrachet Louis Latour ..................................... 1243
Meursault Caillerets Coche-Dury ............................................ 1267
Meursault Charmes Comtes Lafon .................................... 1344, 1345
Meursault Chevaliers Coche Dury ...........................................1272
Meursault Clos de la Barre Comtes Lafon.................................. 1349
Meursault Genevrieres Comtes Lafon ...................................... 1353
Meursault Les Rougeots Coche-Dury .................................1278, 1279
Meursault Perrieres Comtes Lafon ................................... 1362, 1363

Montrachet Chateau de Puligny Montrachet .............................. (1212)
Montrachet Comtes Lafon ............................................... 1331, 1332
Montrachet Henri Boillot ......................................................... 1199
Montrachet Louis Jadot ....................................................1233, 1234
Montrachet Louis Latour ................................................. 1244, 1245
Montrachet Marquis de Laguiche J Drouhin ............................... 1316
Montrachet Michel Coutoux.................................................... 1220
Montrachet Ramonet...................................................... 1467, 1468
Montrachet Sauzet............................................................1484, 1485
Montrachet Vincent Girardin...........................................1222, 1223
Puligny Montrachet Champs Gains Comtes Lafon ........................ 1366
Puligny Montrachet Combettes Sauzet....................................1490
Puligny Montrachet Enseignerés Coche-Dury .....................1299, 1300
2000 Batard Montrachet Domaine Leflaive...............................1401, 1402
Batard Montrachet Henri Boillot.............................................. 1201
Batard Montrachet Marc Colin.................................................1215
Batard Montrachet Niellon...................................................... 1417
Batard Montrachet Ramonet ..................................................(1435)
Batard Montrachet Sauzet ...................................................... 1475
Bienvenues Batard Montrachet Domaine Leflaive.......................1408
Chevalier Montrachet d'Auvenay.............................................1305
Chevalier Montrachet Domaine Leflaive ..................... 1390, 1391, 1392
Chevalier Montrachet Domaine Marc Morey................................ 1249
Chevalier Montrachet La Cabotte Bouchard Pere et Fils ................ 1205
Chevalier Montrachet Marc Colin .......................................... 1216
Chevalier Montrachet Niellon.................................................1424
Chevalier Montrachet Sauzet..................................................1480
Corton Charlemagne Coche Dury ............................................ 1266
Corton Charlemagne Roumier.................................................(1472)
Criots Batard Montrachet d'Auvenay..........................................1308
Meursault Caillerets Coche-Dury ............................................ 1268
Meursault Charmes Comtes Lafon ........................................... 1346
Meursault Clos de la Barre Comtes Lafon..................................(1369)
Meursault Desiree Comtes Lafon.............................................1350
Meursault Genevrieres Comtes Lafon ....................................... 1354
Meursault Goutte d'Or Comtes Lafon........................................ 1355
Meursault Les Rougeots Coche-Dury .................................. 1280, 1281
Meursault Perrieres Comtes Lafon ............................................ 1364
Montrachet Amiot Guy et Fils ................................................ 1196
Montrachet Bouchard Pere et Fils ............................................1206
Montrachet Comte Lafon .............................................. 1333, 1334
Montrachet Ramonet...................................................... 1470, 1471
Montrachet Sauzet............................................................. 1487
Montrachet Vincent Girardin.................................................. 1224
Puligny Montrachet Champs Gains Comtes Lafon ........................ 1367
Puligny Montrachet Enseignerés Coche-Dury ............................. 1301
2001 Meursault Les Rougeots Coche-Dury ........................................ 1282
Montrachet Comtes Lafon ...............................................1335, 1336
Montrachet Domaine Leflaive............................................... 1378
2002 Batard Montrachet Henri Boillot.......................................... 1202
Batard Montrachet Louis Latour ............................................. 1246
Batard Montrachet Marc Colin.................................................1217
Batard Montrachet Niellon...................................................... 1418
Batard Montrachet Sauzet ...................................................... 1476
Batard Montrachet Vincent Girardin......................................... 1225
Bienvenues Batard Montrachet Pernot.......................................1251
Bienvenues Batard Montrachet Sauzet ...................................... 1477
Chevalier Montrachet La Cabotte Bouchard Pere et Fils ........ 1207, 1208
Chevalier Montrachet Les Demoiselles Louis Jadot ...............1228, 1229
Meursault Coche-Dury....................................................1295, 1296
Montrachet Bouchard .............................................................1209

Montrachet Girardin............................................................... 1226
Montrachet Marquis de Laguiche J Drouhin .................................1317
Montrachet Sauzet...............................................................1489

## Burgundy White Magnums (1.5L)

1976 Batard Montrachet Ramonet .................................................... 1428
1982 Montrachet Ramonet............................................................. 1443
1985 Montrachet Ramonet.............................................1446, 1447, 1448
1986 Montrachet Ramonet.............................................1450, 1451, 1452
1989 Montrachet Ramonet.............................................1454, 1455, 1456
1992 Montrachet Ramonet.............................................1459, 1460, 1461
1995 Batard Montrachet Pernot....................................................(1252)
Montrachet Ramonet.......................................................1463, 1464
1998 Meursault Les Rougeots Coche-Dury ........................................(1277)
1999 Chevalier Montrachet Henri Boillot .......................................... 1198
Montrachet Henri Boillot .........................................................1200
Montrachet Ramonet.............................................................1469
Montrachet Sauzet...............................................................1486
2000 Montrachet Sauzet................................................................1488

## California Red 750ml

1944 Heitz Wine Cellars Cellar Treasure Tawny Port ............................ 1143
1951 Beaulieu Vineyards Private Reserve Cabernet Sauvignon ...............1118
1974 Heitz Wine Cellars Martha's Vineyard Cabernet Sauvignon ............. 1144
1978 Stags Leap Wine Cellars Cask 23.............................................. 1169
1985 Caymus Special Selection Cabernet Sauvignon.............................1119
Groth Reserve Cabernet Sauvignon.......................................... 1130
Heitz Wine Cellars Cabernet Sauvignon Martha's Vineyard ............. 1146
Silver Oak Cellars Bonnys Vineyard Napa Valley Cabernet Sauvignon ..(1168)
Stags Leap Wine Cellars Cask 23......................................1170, 1171
1986 Silver Oak Cellars Bonnys Vineyard Napa Valley Cabernet Sauvignon ..(1168)
1990 Silver Oak Cellars Bonnys Vineyard Napa Valley Cabernet Sauvignon ..(1168)
Stags Leap Wine Cellars Cask 23..............................................1173
1991 Dominus................................................................... 1126
Harlan Estate ......................................................................1133
Stags Leap Wine Cellars Cask 23..............................................1174
1992 Araujo Eisele Vineyard Syrah ................................................ (1117)
Caymus Special Selection Cabernet Sauvignon............................. 1120
Dalla Valle Vineyards Maya....................................................1122
Harlan Estate ..................................................................... 1134
Screaming Eagle Cabernet Sauvignon ........................................ 1155
Shafer Vineyards Hillside Select Cabernet Sauvignon ..................(1166)
1993 Dalla Valle Maya.................................................................1123
Harlan Estate ......................................................................1135
Pride Mountain Vineyards Claret Reserve ................................(1154)
1994 Araujo Eisele Vineyard Syrah ................................................ (1117)
Colgin Herb Lamb Vineyard Cabernet Sauvignon........................... 1124
Dominus...............................................................................1127
Groth Reserve Cabernet Sauvignon............................................1131
Joseph Phelps Vineyards Insignia ............................................ 1148
Pride Mountain Vineyards Claret Reserve Red ..........................(1154)
Pride Mountain Vineyards Reserve Cabernet Sauvignon .............(1154)
Screaming Eagle Cabernet Sauvignon ........................................ 1156
Shafer Hillside Select Cabernet Sauvignon .................................. 1160
Shafer Napa Valley Cabernet Sauvignon .....................................1167
1995 Araujo Eisele Vineyard Syrah ................................................ (1117)
Caymus Special Selection Cabernet Sauvignon..............................1121
Colgin Herb Lamb Vineyard Cabernet Sauvignon...........................1125

Groth Reserve Cabernet Sauvignon.............................................1132
Harlan Estate .............................................................. 1136
Joseph Phelps Vineyards Insignia ............................................1149
Pride Mountain Vineyards Claret Reserve Red ...........................(1154)
Pride Mountain Vineyards Reserve Cabernet Sauvignon ..................1153
Screaming Eagle Cabernet Sauvignon ...............................1157, 1158
Shafer Vineyards Hillside Select Cabernet Sauvignon ................... 1162
Stags Leap Wine Cellars Cask 23..............................................1175
Vineyard 29 Cabernet Sauvignon..............................................1176
1996 Araujo Eisele Vineyard Cabernet Sauvignon .................................1115
Araujo Eisele Vineyard Syrah...................................................1116
Harlan Estate ...............................................................1137
Robert Mondavi Winery 30th Anniversary Reserve Cabernet Sauvignon .
...................................................................... 1147
Screaming Eagle Cabernet Sauvignon ........................................ 1159
Shafer Vineyards Hillside Select Cabernet Sauvignon ............ 1163, 1164
1997 Dominus.................................................................... 1128
Harlan Estate ........................................................1138, 1139
Joseph Phelps Vineyards Insignia ............................................1150
Shafer Vineyards Hillside Select Cabernet Sauvignon ................... 1165
1999 Harlan Estate .............................................................. 1141
NV  ZD Abacus Napa Valley Cabernet Sauvignon ..................................1177

## California Red Magnums (1.5L)

1974 Heitz Wine Cellars Martha's Vineyard Cabernet Sauvignon ............. 1145
1985 Stags Leap Wine Cellars Cask 23..........................................1172
1994 Shafer Hillside Select Cabernet Sauvignon ...............................1161
1995 Shafer Vineyards Hillside Select Cabernet Sauvignon ................. (1166)
1996 Dominus...........................................................(1129)
1997 Dominus...........................................................(1129)
Harlan Estate .............................................................1140
Joseph Phelps Vineyards Insignia ..........................................1151
1999 Harlan Estate ............................................................. 1142

## California Double Magnum (3L)

1997 Joseph Phelps Vineyards Insignia ...............................................1152

## Champagne 750ml

1992 Bollinger Vieilles Vignes Francaises............................................ 3, 4
1959 Dom Perignon Oenotheque ....................................................1
1962 Dom Perignon Oenotheque ....................................................2

## Italy Red 750ml

1918 Barolo Marchesi di Barolo....................................................... 940
1937 Barolo Enrico Serafino .................................................990, 991
Barolo Riserva Giacomo Borgogno........................................... 865
Barolo Riserva Speciale Aldo Conterno ..................................877, 878
1943 Barolo Riserva Marchesi di Barolo ....................................941, 942
1945 Barolo Francesco Rinaldi ................................................966, 967
Barolo Monfortino Riserva Speciale Giacomo Conterno ................. 890
Barolo Riserva Marchesi di Barolo ...................................... 943, 944
1947 Barolo Antichi Vignetti Giacomo Borgogno.................................. 866
Barolo Canelli ......................................................... 874, 875
1949 Barolo Conti della Cremosina ...........................................898, 899
Barolo Enrico Serafino .....................................................992, 993

Barolo Luigi Rizzo ......................................................969, 970
1951 Barolo Riserva Giacomo Conterno ................................................891
1952 Barolo Conti della Cremosina ............................................... 900
Barolo Riserva Giacomo Borgogno...........................................867
Barolo Riserva Marchesi di Barolo ........................................... 945
1953 Barolo Cantina Bartolo Mascarello........................................... 950
Barolo Marchesi di Barolo .................................................. 946
1955 Barolo Marchesi di Barolo ......................................................... 947
Barolo Riserva Giacomo Borgogno........................................... 868
Barolo Riserva Speciale A Conterno ......................................879, 880
Brunello di Montalcino Il Greppo Riserva Biondi Santi .........1000, 1001
1958 Barolo Antichi Vignetti Giacomo Borgogno............................... 869
Barolo Riserva Cantina Bartolo Mascarello ............................ 951, 952
1961 Barbaresco Gaja ............................................................ 901
Barolo Barbero Giorgio.....................................................939
Barolo Cantina Bartolo Mascarello......................................953, 954
Barolo Marchesi di Barolo ............................................. 948, 949
Barolo Monfortino Riserva Speciale Giacomo Conterno ...........892, 893
Barolo Riserva Giacomo Borgogno........................................... 870
Barolo Riserva Giovanni Scanavino ..............................................979
Brunello di Montalcino Il Greppo Riserva Biondi Santi ...1002, 1003, 1004
1964 Barolo Cantina Bartolo Mascarello...........................................957
Barolo Riserva Riccorolo Ceretto ................................................876
Brunello di Montalcino Il Greppo Riserva Biondi Santi .........1005, 1006
1967 Barolo Cantina Bartolo Mascarello.................................959, 960, 961
Barolo G Conterno ....................................................... 894
Barolo Riserva Giacomo Borgogno...........................................871
Barolo Riserva Speciale Aldo Conterno .......................................881
1971 Barbaresco Gaja ............................................................ 902
Barbaresco Sori San Lorenzo Gaja ........................................... 903
Barolo Riserva Speciale Aldo Conterno .......................................882
1978 Barolo Riserva Giacomo Borgogno...........................................872
1982 Brunello di Montalcino Il Greppo Riserva Biondi Santi ..................1007
1985 Barbaresco Santo Stefano di Neive Riserva Bruno Giacosa ..............926
Barolo Gran Bussia Riserva Aldo Conterno ................................. (883)
Barolo Riserva Giacomo Borgogno...........................................873
Sassicaia San Guido ............................................... 1032, 1033
Tignanello Antinori ......................................................... 1060
1989 Barolo Bartolo Mascarello ...................................................... (962)
Barolo Cannubi Boschis Sandrone ........................................... 971
Barolo Gran Bussia Riserva Aldo Conterno ................................... 884
1990 Barbaresco Sori Tildin Gaja ............................................... 905
Barolo Bartolo Mascarello ................................................. 963
Barolo Bric del Fiasc Scavino .................................................. (988)
Barolo Bricco Bussia Vigna Cicala Aldo Conterno............................ 886
Barolo Cannubi Boschis Sandrone .........................................973
Barolo Gran Bussia Riserva Aldo Conterno .................................887
Barolo Monfortino Riserva Giacomo Conterno .............................. 896
Brunello di Montalcino Case Basse Soldera........................ 1045, 1046
1993 Barolo Cerequio Roberto Voerzio...............................................(964)
1995 Barolo Bric del Fiasc Scavino ..................................................(989)
Barolo Cannubi Scavino.....................................................(989)
Barolo Gran Bussia Riserva Aldo Conterno ................................. 889
Barolo Rocche dell'Annunziata Scavino ......................................(989)
Brunello di Montalcino Montosoli Altesino .................................. 965
Masseto Tenuta dell Ornellaia ............................................1020
1996 Amarone della Valpolicella Classico Superiore Dal Forno .. 1067, 1068, 1069
Barbaresco Asili Riserva Bruno Giacosa......................................927
Barolo Cannubi Boschis Sandrone ...........................................(974)
Barolo Falletto di Serralunga Bruno Giacosa...................................929
Brunello di Montalcino Case Basse Riserva Soldera .......................1047

Masseto Ornellaia.......................................................... 1021
Ornellaia................................................................... 1023
Sperss Gaja.................................................................. 906
1997 Amarone della Valpolicella Classico Superiore Dal Forno .. 1070, 1071, 1072
Barbaresco Santo Stefano di Neive Bruno Giacosa...................... (938)
Barolo Bric Del Fiasc Scavino...................................980, 981
Barolo Cannubi Boschis Sandrone ....................................... 975, 976
Barolo Cannubi Scavino.....................................................982
Barolo Cerequio Roberto Voerzio....................................... 995
Barolo Falletto Serralunga Bruno Giacosa .................................. (938)
Barolo La Serra Roberto Voerzio....................................... 996
Barolo Rocche dell Annunziata Scavino ...................................... 983
Barolo Sori Ginestra Conterno Fantino........................................897
Brunello di Montalcino Il Greppo Riserva Biondi Santi ......... 1008, 1009
Brunello di Montalcino Vigna Pianrosso Ciacci Piccolomini d'Argona .. 1015
Campoleone Lamborghini ............................................... 1017
Masseto Ornellaia .......................................................... 1022
Ornellaia..........................................................1024, 1025, 1026
Percarlo San Giusto ....................................................... 1029, 1030
Sammarco Castello dei Rampolla............................................1010
Sassicaia Tenuta San Guido ...........................................1038, 1039
Solaia Antinori ........................................................ 1043, 1044
Sori Tildin Gaja..........................................................907, 908
Sperss Gaja ................................................................ 909, 910
Tignanello Antinori.................................................1061, 1062
1998 Barbaresco Santo Stefano di Neive Riserva Bruno Giacosa ........ 930, 931
Barolo Bric Del Fiasc Scavino........................................... 986
Barolo Brunate Roberto Voerzio...............................................(964)
Barolo Cannubi Scavino...................................................... 985
Barolo Cerequio Roberto Voerzio..............................................(964)
Barolo La Serra Roberto Voerzio...............................................(964)
Barolo Rocche di Falletto Bruno Giacosa ............................... 932, 933
Campoleone Lamborghini ............................................... 1018
Costa Russi Gaja............................................................912
Ornellaia...........................................................1027, 1028
Sori San Lorenzo Gaja ................................................. 913, 914
Sori Tildin Gaja ....................................................... 916, 917
Sperss Gaja .............................................................. 918, 919
Tignanello Antinori............................................................1063
Vigna D'Alceo Castello dei Rampolla .........................................1011
1999 Brunello di Montalcino Riserva Casse Basse Gianfranco Soldera ...........
............................................................................. 1048, 1049
Campoleone Lamborghini ............................................... 1019
Costa Russi Gaja ......................................................... 920
Guado Al Tasso Antinori ............................................... 1016
Pin la Spinetta di G. Rivetti ............................................. 968
Redigaffi Tua Rita....................................................1050, 1051
Sori San Lorenzo Gaja ................................................... 921
Tignanello Antinori ................................................. 1064, 1065
Vigna d'Alceo Castello dei Rampolla .......................................... 1012
2000 Barbaresco Rabaja Bruno Giacosa ............................................ 934
Barbaresco Santo Stefano Bruno Giacosa .......................................935
Barolo Bric del Fiasc Scavino............................................987
Barolo Brunate Roberto Voerzio..........................................997
Barolo Cannubi Boschis Sandrone ...........................................978
Barolo Cerequio Roberto Voerzio............................................ 998
Barolo Falletto di Serralunga Bruno Giacosa ............................. 936
Barolo Rocche dell'Annunziata Torriglione Roberto Voerzio ............. 999
Redigaffi Tua Rita....................................................1052, 1053
Sassicaia Tenuta San Guido ...............................................1040
Sperss Gaja ...............................................................922

Vigna d'Alceo Castello dei Rampolla.................................... 1013, 1014
2001 Redigaffi Tua Rita ......................................... 1054, 1055, 1056, 1057

## Italy Red Magnums (1.5L)

1961 Barolo Cantina Bartolo Mascarello.........................................955, 956
1964 Barolo Cantina Bartolo Mascarello............................................ 958
1970 Barolo Monfortino Riserva Speciale Giacomo Conterno .................. 895
1971 Barbaresco Sori San Lorenzo Gaja.............................................. 904
1985 Barolo Gran Bussia Riserva Aldo Conterno .................................. (883)
Sassicaia San Guido ........................................ 1034, 1035, 1036, 1037
1989 Barolo Bartolo Mascarello ........................................................ (962)
Barolo Bric del Fiasc Scavino ................................................(988)
1989 Barolo Cannubi Boschis Sandrone ...............................................972
Barolo Gran Bussia Riserva Aldo Conterno ..................................... 885
1990 Barolo Gran Bussia Riserva Aldo Conterno .................................. 888
1996 Barbaresco Asili Riserva Bruno Giacosa........................................928
Barolo Falletto di Serralunga Riserva Bruno Giacosa ........................937
1997 Barbera d'Alba Riserva Pozzo Dellannunciata Roberto Voerzio.......... 994
Barolo Cannubi Boschis Sandrone ...............................................977
Barolo Rocche dell'Annunziata Scavino ....................................... 984
Palazzi Tenuta Di Trinoro..............................................1058, 1059
Percarlo San Giusto ................................................................ 1031
Sperss Gaja .........................................................................911
1998 Sori San Lorenzo Gaja ...........................................................915
1999 Sassicaia Tenuta San Guido .................................................... 1041
Tignanello Antinori...............................................................1066
2000 Sassicaia Tenuta San Guido .................................................... 1042

## Italy Red Double Magnums (3L)

2000 Costa Russi Gaja ...............................................................923
Sori San Lorenzo Gaja .......................................................... 924
Sori Tildin Gaja....................................................................925

## Madeira White 750ml

1834 Madeira Malvazia Barbeito............................................... 857, 858
1862 Madeira Sercial D'Oliveiras........................................................862
1863 Madeira Bual Barbeito ............................................................ 859
1900 Madeira Malvasia Reserva Velha Barbeito......................................861
Madeira Malvazia Barbeito...................................................... 860
Madeira Moscatel d'Oliveiras ................................................ 863
1905 Madeira Verdelho d'Oliveiras .................................................... 864

## Rhone Red 375ml

1964 Hermitage La Chapelle Jaboulet ....................................................748

## Rhone Red 750ml

1959 Chateauneuf du Pape Chateau Beaucastel......................................585
Hermitage La Chapelle Paul Jaboulet .......................738, 739, 740, 741
1961 Hermitage La Chapelle Jaboulet ................................742, 743, 744, 745
1962 Chateauneuf du Pape Cuvee des Celestins Marcel Bonneau ............. 610
1966 Chateauneuf du Pape Chateau Beaucastel...................................... 586
Hermitage La Chapelle Jaboulet ...............................................749
1969 Chateauneuf du Pape Reserve Rayas ...............................784, 785, 786
1970 Hermitage JL Chave........................................................... 642

Hermitage La Chapelle P Jaboulet ............................................. 750
1971 Chateauneuf du Pape Reserve Rayas ....................... 787, 788, 789, 790
      Cote Rotie La Mouline Guigal...............................................696, 697
1976 Cote Rotie La Mouline Guigal...............................................698, 699
1978 Chateauneuf du Pape Rayas Reserve Reynaud ........................791, 792
      Cote Rotie La Landonne Guigal.....................................................678
      Cote Rotie La Mouline Guigal........................................................700
      Hermitage La Chapelle Jaboulet .................................... 751, 752, 753
1981 Chateauneuf du Pape Rayas Reserve J. Reynaud............................793
1982 Cote Rotie La Mouline Guigal........................................................701
1983 Chateauneuf du Pape Rayas Reserve Reynaud ............................. 794
      Cote Rotie La Landonne Guigal.....................................................679
      Cote Rotie La Mouline Guigal............................................... 702, 703
1985 Cote Rotie La Landonne Guigal.......................680, 681, 682, 683, 684
      Cote Rotie La Turque Guigal.............................. 721, 722, 723, 724, 725
      Hermitage JL Chave ........................................................... (657)
1986 Chateauneuf du Pape Reserve des Celestins Henri Bonneau .............611
1988 Chateauneuf du Pape Rayas Reserve J. Reynaud............................795
      Chateauneuf du Pape Reserve des Celestins Henri Bonneau .............612
      Cote Rotie La Landonne Guigal.................................................... 685
      Cote Rotie La Mouline Guigal...............................................704, 705
      Cote Rotie La Turque Guigal.................................................726, 727
      Hermitage JL Chave.............................................................643, (657)
      Hermitage La Chapelle Paul Jaboulet ...........................................755
1989 Chateauneuf du Pape Chateau Beaucastel....................................587
      Chateauneuf du Pape Chateau Rayas Reserve J Reynaud .......... 796, 797
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      ....................................................................... 588, 589, 590, 591
      Chateauneuf du Pape Marie Beurrier Henri Bonneau .................. (628)
      Chateauneuf du Pape Reserve des Celestins Henri Bonneau ................
      ....................................................................... 613, 614, 615, 616
      Chateauneuf du Pape Vieilles Vignes Domaine de Marcoux .............667
      Cote Rotie La Landonne Guigal............................................686, 695
      Hermitage JL Chave.................................................................... 644
      Hermitage La Chapelle Jaboulet ..........................................756, 757
1990 Chateauneuf du Pape Cuvee du Papet Clos Mont Olivet Joseph Sabon ...
      ...............................................................................812, 813, 814, 815
      Chateauneuf du Pape Cuvee Marie Beurrier Henri Bonneau .............618
      Chateauneuf du Pape Cuvee Reserve Pegau ...................................773
      Chateauneuf du Pape Cuvee Speciale Henri Bonneau.. 619, 620, 621, 622
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      ....................................................................................................593
      Chateauneuf du Pape Les Cailloux Cuvee Centenaire
      Lucien et Andre Brunel .......................................................629, 630
      Chateauneuf du Pape Rayas Reserve Reynaud .......... 798, 799, 800, 801
      Chateauneuf du Pape Reserve des Celestins Henri Bonneau ............617
      Chateauneuf du Pape VV Domaine de Marcoux............................. 668
      Cote Rotie La Landonne Guigal....................................................687
      Cote Rotie La Mouline Guigal...............................................706, 707
      Ermitage Cuvee Cathelin JL Chave............................................. 646
      Hermitage JL Chave.................................................................. 645
      Hermitage La Chapelle Jaboulet .......................................758, 759, 760
1991 Chateauneuf du Pape Cuvee Marie Beurrier Henri Bonneau ...... (628)
      Cote Rotie La Landonne Guigal.................................................... 688
      Cote Rotie La Mordoree Chapoutier......................................634, 635
      Cote Rotie La Mouline Guigal ........................................ 708, 709, 710
      Ermitage Cuvee Cathelin JL Chave............................................. 648
      Hermitage JL Chave.................................................................. 647
1992 Chateauneuf du Pape Reserve des Celestins Henri Bonneau .......... (628)
1994 Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ....595
      Cote Rotie La Mouline Guigal..................................................... 711

1995 Chateauneuf du Pape Cuvee Marie Beurrier Henri Bonneau .......625
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      ....................................................................................... 596, 597
      Chateauneuf du Pape Rayas Reserve J. Reynaud....... 803, 804, 805, 806
      Chateauneuf du Pape Reserve des Celestins Henri Bonneau ...... 623, 624
      Cote Rotie La Landonne Guigal.................................................... 689
      Cote Rotie La Mouline Guigal..................................................... 712
      Ermitage Cuvee Cathelin JL Chave............................................. 649
      Hermitage JL Chave............................................................. (657)
1996 Cote Rotie La Mouline Guigal...........................................(713), (737)
      Cote Rotie La Turque Guigal...................................................(737)
1997 Cote Rotie La Landonne Guigal..............................................(737)
      Cote Rotie La Mouline Guigal.........................................714, 715
      Cote Rotie La Turque Guigal....................................................729
1998 Chateauneuf du Pape Cuvee de Capo Pegau ............... 774, 775, 776, 777
      Chateauneuf du Pape Cuvee de la Reine des Bois Mordoree .............768
      Chateauneuf du Pape Cuvee du Papet Clos Mont Olivet Jospeh Sabon..818
      Chateauneuf du Pape Cuvee Mon Aieul Pierre Usseglio ...................819
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      ....................................................................................... 598, 599
      Chateauneuf du Pape Rayas Reserve J. Reynaud............... 809, 810, 811
      Chateauneuf du Pape Reserve Clos du Caillou........... 658, 659, 660, 661
      Chateauneuf du Pape Vieilles Vignes Domaine de Marcoux .......669, 670
      Cote Rotie La Landonne Guigal............................................690, 691
      Cote Rotie La Mouline Guigal...............................................716, 717
      Cote Rotie La Turque Guigal............................................... 730, 731
      Ermitage Cuvee Cathelin JL Chave........................................ 651, 652
      Hermitage JL Chave................................................................. 650
      Hermitage La Chapelle ......................................................... (763)
1999 Chateauneuf du Pape Cuvee Des Celestins Henri Bonneau ........ 626, 627
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      ....................................................................................... 601, 602
      Chateauneuf du Pape Le Secret de Sabons Domaine Roger Sabon......816
      Cote Rotie Cuvee Belle Helene Michel Ogier................................ 772
      Cote Rotie La Barbarine Gangloff..............................................(671)
      Cote Rotie La Landonne Guigal........................... 692, 693, 694, (735)
      Cote Rotie La Mouline Guigal ........................ 718, 719, 720, (735)
      Cote Rotie La Serie Noir Gangloff .............................................(671)
      Cote Rotie La Turque Guigal................................732, 733, 734, (735)
      Cote Rotie Mordoree Chapoutier.......................................... 637, 638
      Hermitage JL Chave..........................................................653, 654
2000 Chateauneuf du Pape Charvin ............................................ 640, 641
      Chateauneuf du Pape Cuvee Capo Pegau ...................779, 780, 781, 782
      Chateauneuf du Pape Cuvee de la Reine des Bois Mordoree ....... 769, 770
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      ....................................................................................... 603, 604
      Chateauneuf du Pape Les Cailloux Cuvee Centenaire
      Lucien et Andre Brunel ................................................... 631, 632
      Chateauneuf du Pape Mon Aieul Pierre Usseglio ..........................823
      Chateauneuf du Pape Reserve Clos du Caillou........... 662, 663, 664, 665
      Chateauneuf du Pape Reserve La Vieille Julienne ................... 764, 765
      Chateauneuf du Pape VV Domaine de la Vieille Julienne.......... 766, 767
      Ermitage Cuvee Cathelin JL Chave............................................. 656
2001 Chateauneuf du Pape Deux Freres Pierre Usseglio ................. 820, 821
      Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
      .......................................................................................607, 608
      Chateauneuf du Pape Les Cailloux Cuvee Centenaire Les Cailloux......633
      Chateauneuf du Pape Mon Aieul Pierre Usseglio ..........................822
      Chateauneuf du Pape Reine des Bois Mordoree ........................... 771
      Chateauneuf du Pape Reserve Clos du Caillou................................ 666

## Rhone Red Magnums (1.5L)

1961 Hermitage La Chapelle Jaboulet .......................................... 746, 747
1978 Hermitage La Chapelle Jaboulet .................................................. 754
1989 Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
.......................................................................................................592
1990 Chateauneuf du Pape Cuvee du Papet Clos Mont Olivet Joseph Sabon ...
..........................................................................................................817
    Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
.................................................................................................... 594
    Chateauneuf du Pape Rayas Reserve Reynaud ............................... 802
    Hermitage La Chapelle Jaboulet .............................................761, 762
1991 Cote Rotie La Mordoree Chapoutier........................................... 636
1995 Chateauneuf du Pape Rayas Reserve J. Reynaud......................807, 808
1996 Hermitage La Chapelle Jaboulet ............................................... (763)
1998 Chateauneuf du Pape Cuvee Capo Pegau ......................................778
    Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
.....................................................................................................600
1999 Hermitage JL Chave...................................................................655
2000 Chateauneuf du Pape Cuvee Capo Pegau ......................................783
    Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
.............................................................................................. 605, 606
2001 Chateauneuf du Pape Hommage a Jacques Perrin Chateau Beaucastel ...
.....................................................................................................609

## Rhone White 750ml

1979 Chateau Grillet Condrieu ......................................................672
1996 Chateau Grillet Condrieu ..................................................... (677)
    Condrieu La Doriane Guigal ................................................... (736)
1997 Chateau Grillet Condrieu .............................................. 673, (677)
1998 Chateau Grillet Condrieu .................................................. 674, 675
    Condrieu La Doriane Guigal ................................................... (736)
1999 Chateau Grillet Condrieu ......................................................676
    Condrieu La Doriane Guigal ................................................... (736)
    Ermitage L'Ermite Blanc Chapoutier........................................... 639

## Spain Red 750ml

1921 Vega Sicilia Unico ................................................................1073
1922 Vega Sicilia Unico ................................................................1074
1939 Vega Sicilia Unico .......................................................1075, 1076
1940 Vega Sicilia Unico ................................................................1077
1941 Vega Sicilia Unico .......................................................1078, 1079
1948 Vega Sicilia Unico ........................................................ 1080, 1081
1953 Vega Sicilia Unico ................................................................1082
1958 Vega Sicilia Unico ................................................................1083
1959 Vega Sicilia Unico ........................................................1084, 1085
1960 Vega Sicilia Unico ................................................................1086
1962 Vega Sicilia Unico ........................................................1087, 1088
1964 Vega Sicilia Unico ........................................................1089, 1090
1968 Vega Scilia Unico .........................................................1091, 1092
1970 Vega Sicilia Unico ........................................................ 1093, 1094
1975 Vega Sicilia Unico ................................................................1099
1981 Muga Prado Enea Gran Reserva .............................................. (1111)
    Vega Sicilia Unico ........................................................ 1100, 1101
1989 Vega Sicilia Unico ............................................................... 1102
1990 Vega Sicilia Unico ........................................................1103, 1104
1994 Muga Torre Rioja................................................................. (1111)
    Pesquera Janus Reserva Alejandro Fernandez......................1108, 1109
    Remirez de Ganuza Unfiltered ................................................ 1114

1996 Pingus ............................................................................ 1112, 1113
1998 Clos Erasmus......................................................................1106
NV   Vega Sicilia Unico Reserva .....................................................1105

## Spain Red Magnums (1.5L)

1970 Vega Sicilia Unico ......................................... 1095, 1096, 1097, 1098
1996 Pesquera Reserva Alejandro Fernandez....................................... 1110
1998 Clos Erasmus.......................................................................1107

**NOTES**





122 BOTTLES TO GO
AND WE CAN FINALLY
CLOSE THE ACCOUNTS
FOR YEAR END, 1945.

THE MACALLAN FINE & RARE.
VINTAGE BOTTLINGS, 1926 TO 1973.

©2004 THE MACALLAN DISTILLERS LTD. THE MACALLAN® SCOTCH WHISKY. REMY AMERIQUE INC., NEW YORK, NY. WWW.THEMACALLAN.COM

PLEASE SAVOR RESPONSIBLY.