Jones, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM I. KOCH, an individual,

       Plaintiff,

   vs.

ERIC GREENBERG, an individual; ZACHYS
WINE & LIQUOR STORE, INC., a New York
corporation; and ZACHYS WINE AUCTIONS,
INC., a New York corporation.

       Defendants.
------------------------------------X

07 Civ. 9600 (BSJ) (DCF)
ECF Case

**STIPULATION AND ORDER
EXTENDING TIME FOR
OPPOSITIONS AND REPLIES
REGARDING DEFENDANTS'
RESPECTIVE MOTIONS TO
DISMISS COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

WHEREAS on October 26, 2007, William I. Koch ("Koch") filed a complaint in this Court against Zachys Wine & Liquor Store, Inc. and Zachys Wine Auctions, Inc. (collectively, "Zachys") and Eric Greenberg ("Greenberg") (the "Complaint").

WHEREAS on December 19, 2007, Zachys and Greenberg, respectively, filed in this Court separate Motions to Dismiss the Complaint (collectively, the "Motions to Dismiss").

WHEREAS Koch's Oppositions to the Motions to Dismiss are currently due on January 7, 2008 and Zachys' and Greenberg's respective Replies in support of the Motions to Dismiss are currently due on January 14, 2008 and Koch, Zachys and Greenberg have agreed to extend the time to file the Oppositions and Replies.

NOW, THEREFORE, the parties through their undersigned counsel, hereby stipulate and agree and request the Court to enter the following Order:

1. The time for Koch to file Oppositions to the Motions to Dismiss is hereby extended to and including January 22, 2008.

2. The time for Zachys and Greenberg to file Replies in support of the Motions to Dismiss is hereby extended to and including February 15, 2008.

1750764

Dated: Los Angeles, California
January 3, 2008

IRELL & MANELLA LLP

By: *Bruce Wessel (w/permission)*
Bruce A. Wessel (admitted *pro hac vice*)
Layn R. Phillips (admitted *pro hac vice*)
Melissa R. McCormick (admitted *pro hac vice*)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

-and-


HUNTON & WILLIAMS LLP

Shawn Patrick Regan
Thomas G. Slater (admitted *pro hac vice*)
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for William I. Koch*

Dated: New York, New York
January 3, 2008

DICKSTEIN SHAPIRO LLP

By: *Deborah Skakel (w/permission)*
Deborah A. Skakel
Lindsay A. Bush
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

*Attorneys for Zachys Wine & Liquor Store, Inc. & Zachys Wine Auctions, Inc.*

Dated: New York, New York
January 3, 2008

DLA PIPER

By: *Anthony Coles (w/permission)*
Anthony Paul Coles
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4844

*Attorneys for Eric Greenberg*


SO ORDERED on this 5th day of Jan, 2008.

_____
Hon. Barbara S. Jones
United States District Judge