ANTHONY P. COLES (AC 7942)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
anthony.coles@dlapiper.com
(212) 335-4500
Attorneys for Defendant Eric Greenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
WILLIAM I. KOCH, an individual,        :   No.: 07 Civ. 9600(BSJ)(DCF)
                                           ECF CASE
                Plaintiff,             :

        vs.                            :   **MOTION TO ADMIT COUNSEL *PRO***
                                           ***HAC VICE***
ERIC GREENBERG, an individual, ZACHYS  :
WINE & LIQUOR STORE, INC., a New York  .
corporation; and ZACHYS WINE AUCTIONS, :
INC., a New York corporation,

                Defendants.
------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Anthony P. Coles, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission pro hac vice of:

    Arthur J. Shartsis
    Shartsis Friese LLP
    1800 Maritime Plaza, 18th Floor
    San Francisco, California 94111
    ashartsis@sflaw.com
    Telephone:   (415) 421-6500
    Fax Number: (415) 421-2922

Arthur J. Shartsis is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Arthur J. Shartsis in any State or

Federal Court.

NEWY1\8201449.2

Dated: February 25, 2008
New York, New York

                                      Respectfully submitted,

                                      Anthony P. Coles (AC 7942)
                                      DLA PIPER US LLP
                                      1251 Avenue of the Americas
                                      New York, New York 10020
                                      anthony.coles@dlapiper.com
                                      (212) 335-4500

*Of Counsel:*
Arthur J. Shartsis
Tracy L. Salisbury
Richard F. Munzinger
Amy L. Hespenheide
SHARTSIS FRIESE LLP
1800 Maritime Plaza, 18th Floor
San Francisco, California 94111
(415) 421-6500


To:    Shawn Patrick Regan, Esq.
        Hunton & Williams LLP
        200 Park Avenue, 52nd Floor
        New York, New York 10166

        *Attorneys for Plaintiff William I. Koch*


        Deborah A. Skakel
        Lindsay A. Bush
        Dickstein Shapiro LLP
        1177 Avenue of the Americas
        New York, New York 10036

        *Attorneys for Defendants Zachys Wine & Liquor Store, Inc. & Zachys Wine Auctions, Inc.*

ANTHONY P. COLES, ESQ.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
anthony.coles@dlapiper.com
(212) 335-4844
Attorneys for Defendant Eric Greenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
WILLIAM I. KOCH, an individual,        :

      Plaintiff,                      :

  -against-                             :   INDEX NO. 07 Civ. 9600 (BSJ)

ERIC GREENBERG, an individual; ZACHYS  :   **AFFIDAVIT OF ANTHONY P. COLES**
WINE & LIQUOR STORE, INC., a New York      **IN SUPPORT OF MOTION TO ADMIT**
corporation; and ZACHYS WINE AUCTIONS, :   **COUNSEL *PRO HAC VICE***
INC., a New York corporation,

      Defendants.                     :
------------------------------------- X

ANTHONY P. COLES, being duly sworn, hereby deposes and says as follows:

1. I am a partner at DLA Piper US LLP, counsel for Defendant Eric Greenberg in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Arthur J. Shartsis as counsel *pro hac vice* to represent Defendant Eric Greenberg in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have found Mr. Shartsis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

NEWY1\8198551.1

4.      Accordingly, I am pleased to move the admission of Arthur J. Shartsis, *pro hac vice*.

5.      Attached as Exhibit A hereto is a Certificate of Good Standing attesting to Arthur J. Shartsis' membership in good standing with the Bar of the State of California.

6.      I respectfully submit a proposed order granting the admission of Arthur J. Shartsis, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Arthur J. Shartsis, *pro hac vice*, to represent Defendant Eric Greenberg in the above-captioned matter, be granted.

Dated: February 25, 2008
New York, New York

By: _____
ANTHONY P. COLES, ESQ.

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

Sworn to before me this 25th
day of February, 2008.

_____
Notary Public

NANCY ALBAN-MENDOZA
Notary Public, State of New York
No. 01AL0031...
Qualified in New York County
Commission Expires February 28, 20__

NEWY1/8198551v1

- 2 -

NEWY1\8198551.1

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

February 20, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARTHUR JOEL SHARTSIS, #51549 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1972; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
WILLIAM I. KOCH, an individual,          :     No.: 07 Civ. 9600(BSJ)(DCF)
                                               ECF CASE
            Plaintiff,                   :

      vs.                                :

ERIC GREENBERG, an individual, ZACHYS    :     **ORDER FOR ADMISSION *PRO HAC***
WINE & LIQUOR STORE, INC., a New York          ***VICE***
corporation; and ZACHYS WINE AUCTIONS,   :
INC., a New York corporation,

            Defendants.
---------------------------------------- X

Upon the motion of Anthony P. Coles, attorney for Defendant Eric Greenberg, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

> Arthur J. Shartsis
> Shartsis Friese LLP
> 1800 Maritime Plaza, 18th Floor
> San Francisco, California 94111
> (415) 421-6500
> ashartsis@sflaw.com

is admitted to practice *pro hac vice* as counsel for Defendant Eric Greenberg in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has forwarded the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED.

_____
U.S.D.J.

Dated: New York, New York
       _____2008

## CERTIFICATE OF SERVICE

Melinda H. Waterhouse hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am an associate at the law firm of DLA Piper US LLP, attorneys for Defendant Eric Greenberg.

That on February 25, 2008, I served a true copy of the attached Motion to Admit Counsel *Pro Hac Vice*, via first class mail on counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2008
New York, New York

Melinda H. Waterhouse

To:   Shawn Patrick Regan, Esq.
      Hunton & Williams LLP
      200 Park Avenue, 52nd Floor
      New York, New York 10166

      *Attorneys for Plaintiff William I. Koch*


      Deborah A. Skakel
      Lindsay A. Bush
      Dickstein Shapiro LLP
      1177 Avenue of the Americas
      New York, New York 10036

      *Attorneys for Defendants Zachys Wine & Liquor Store, Inc. & Zachys Wine Auctions, Inc.*