UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
WILLIAM I. KOCH, an individual,

               Plaintiff,

    vs.

ERIC GREENBERG, an individual, ZACHYS
WINE & LIQUOR STORE, INC., a New York
corporation; and ZACHYS WINE AUCTIONS,
INC., a New York corporation,

               Defendants.
------------------------------------ X

No.: 07 Civ. 9600(BSJ)(DCF)
ECF CASE

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of Anthony P. Coles, attorney for Defendant Eric Greenberg, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

    Arthur J. Shartsis
    Shartsis Friese LLP
    1800 Maritime Plaza, 18th Floor
    San Francisco, California 94111
    (415) 421-6500
    ashartsis@sflaw.com

is admitted to practice *pro hac vice* as counsel for Defendant Eric Greenberg in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has forwarded the *pro hac vice* fee to the Clerk of the Court.

NEWY1\8201263.1

SO ORDERED.

_____
/ U.S.D.J.

Dated: New York, New York
       Feb. 29, 2008

NEWY1\8201263.1