UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

WILLIAM I. KOCH, an individual,

      Plaintiff,

vs.

ERIC GREENBERG, an individual; ZACHYS
WINE & LIQUOR STORE, INC., a New York
corporation; and ZACHYS WINE
AUCTIONS, INC., a New York corporation.

      Defendants.

------------------------------------ X

**PLAINTIFF'S NOTICE OF MOTION FOR ELIMINATION OR MODIFICATION OF THE PROTECTIVE ORDER; APPLICATION FOR REMOVAL OF CONFIDENTIALITY <u>DESIGNATIONS</u>**

07 Civ. 09600 (BSJ)(DCF)
ECF Case

IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

-and-

MORVILLO, ABRAMOWITZ, GRAND,
  IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

*Attorneys for Plaintiff*

2341651

PLEASE TAKE NOTICE that, upon the Declaration of Bruce A. Wessel and the exhibits thereto, the Declaration of Adam L. Pollock and the exhibits thereto, the "Memorandum of Law in Support of Motion for Elimination or Modification of the Protective Order; Application for Removal of Confidentiality Designations," and all filed papers and proceedings herein, Plaintiff William I. Koch will move this Court, before the Honorable Debra C. Freeman, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for (1) an order eliminating or modifying the Confidentiality and Protective Order entered in this action on August 7, 2009 (the "Protective Order"), (2) an order removing the "Confidential Information" or "Confidential – Attorneys' Eyes Only Information" designation from documents and deposition testimony that has been so designated by Defendant Eric Greenberg pursuant to the procedures outlined in the Protective Order, and (3) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 23, 2010

IRELL & MANELLA LLP

By: /s/ Bruce A. Wessel
Bruce A. Wessel (*pro hac vice*)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991
bwessel@irell.com

-and-

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason,
Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
espiro@maglaw.com

*Attorneys for Plaintiff*
*WILLIAM I. KOCH*

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On November 23, 2010, I served the foregoing documents described as:
 (1) **PLAINTIFF'S NOTICE OF MOTION FOR ELIMINATION OR MODIFICATION OF THE PROTECTIVE ORDER; APPLICATION FOR REMOVAL OF CONFIDENTIALITY DESIGNATIONS**
(2) **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ELIMINATION OR MODIFICATION OF THE PROTECTIVE ORDER; APPLICATION FOR REMOVAL OF CONFIDENTIALITY DESIGNATIONS**
(3) **DECLARATION OF ADAM L. POLLOCK**
(4) **DECLARATION OF BRUCE A. WESSEL**
on each interested party, as stated on the service list below.

Arthur J. Shartsis
Frank Cialone
Amy L. Hespenheide
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Email:  ashartsis@sflaw.com
           fcialone@sflaw.com
           ahespenheide@sflaw.com

Deborah A. Skakel
Savannah Stevenson
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Email:  skakeld@dicksteinshapiro.com
           stevensons@dicksteinshapiro.com

Anthony Paul Coles
Melinda Waterhouse
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Email:  anthony.coles@dlapiper.com
           melinda.waterhouse@dlapiper.com

[X]  **(BY MAIL)** I placed a true copy of the foregoing document(s) in a sealed envelope addressed to each interested party, as stated on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[X]  **(BY ELECTRONIC MAIL)** I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and no error was reported.

Executed on November 23, 2010, at Newport Beach, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Bonnie Blythe (bblythe@irell.com) | /s/ Bonnie Blythe |
|---|---|
| (Type or print name) | (Signature) |

2344309.1 01