UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM I. KOCH, an individual, | Case No. 07 Civ. 9600 (BSJ)(DCF) |
| Plaintiff, | ECF Case |
| vs. | |
| ERIC GREENBERG, an individual, ZACHYS WINE & LIQUOR STORE, INC., a New York corporation; and ZACHYS WINE AUCTIONS, INC., a New York corporation, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 1/19/11 |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action be, and the same is hereby, dismissed with prejudice as against defendants Zachys Wine & Liquor Store, Inc. and Zachys Wine Auctions, Inc.

This Stipulation and Order may be executed in counterparts.

Dated: New York, New York
       January 10, 2011

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
    Edward M. Spiro
565 Fifth Avenue
New York, NY  10017
(212) 856-9600

– and –

DICKSTEIN SHAPIRO LLP

By: _____
    Deborah A. Skakel
1633 Broadway
New York, New York  10019
(212) 277-6500
Attorneys for Defendants Zachys Wine &
Liquor Store, Inc. and Zachys Wine Auctions,
Inc.

1

IRELL & MANELLA LLP
840 Newport Center Drive
Newport Beach, CA  92660
(949) 760-0991

Attorneys for Plaintiff William I. Koch

SO ORDERED:                                         Dated:  January 19, 2011

_____
United States District Judge