Ct. Ex. 10

COPY 4/12/13 2:37pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WILLIAM I. KOCH,
:
              Plaintiff,
:
                                                                                               07 Civ. 9600 (JPO)
:
   -v-
:
:
ERIC GREENBERG,
:
              Defendant.       X
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/13

The Clerk of Court is Directed to:
___ Term motion (doc. # ___)
✓ Doc. and File As: Jury Verdict (2)

**VERDICT FORM: PHASE II**

1

**I.      Punitive Damages**

Based on the standards stated in my instructions, do you award punitive damages for Mr. Koch's fraud claim?

YES ✓      NO ___

If you answered YES above, please specify the amount of punitive damages that you award:

$ 12,000,000

After completing the form, each juror who agrees with this verdict must sign below:



Foreperson

Date: 4/14/13